E-FILED
Monday, 09 July, 2018 11:46:50 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:18-cv-01100 |
| v. | ) ) | |
| SANGAMON COUNTY, ILLINOIS, WES BARR, LARRY BECK JR., and DOES 1-5, | ) ) ) | |
| Defendants. | ) ) | |

## REPORT OF RULE 26(f) PLANNING MEETING

Pursuant to the Court's May 18, 2018 Notice of Hearing order, the parties respectfully submit this Report of their Rule 26(f) planning meeting. Plaintiff are represented by Stephen H. Weil and Alexis G. Chardon, Weil & Chardon LLC; Alan Mills, Elizabeth Mazur, and Nicole Schult, Uptown People's Law Center; Emmanuel Andre, Northside Transformative Law Center. The Defendants are represented by Theresa Powell and Alisha L. Sheehan of Heyl, Royster, Voelker & Allen, P.C.

Counsel met on multiple occasions via telephone conference, including July 3 and 5, 2018, for the purpose of formulating a proposed discovery calendar for consideration by the Court. Through these meetings the parties were able to agree to the following:

*Case Schedule*

1. August 15, 2018 – Parties exchange Rule 26(a)(1) disclosures

2. February 15, 2019 – deadline to amend pleadings and join additional parties

3. April 1, 2019 – close of fact discovery

4. May 15, 2019 – Plaintiff's expert reports due

5. September 9, 2019 – Defendants' expert reports due

6. November 4, 2019 – Rebuttal expert reports due

7. December 2, 2019 – Close of expert discovery

8. February 3, 2020 – Motions for Summary Judgment Due

9. Trial suggested for May 2020

*Electronically Stored Information*

1. Electronically Stored Information ("ESI") is to be produced in the following forms:

    a. Except as stated below, ESI may be produced in PDF form. However, ESI shall not be scanned to PDF (*i.e.*, printed out on paper and then scanned). Rather, the PDF shall be generated directly from the underlying electronic file.

    b. The parties anticipate that for most ESI the production of metadata will not be necessary. Thus, unless otherwise identified in a request, ESI converted to PDF need not be accompanied by the underlying metadata of the native ESI. However, if a party later determines that the production of metadata may be relevant for certain documents, the party will request metadata for such documents, and the responding party shall produce responsive metadata within 14 days of such a follow-up request.

    c. Notwithstanding the foregoing instructions, to the extent that information responsive to a document request is stored in a spreadsheet, database, or similar form of ESI, such ESI shall not be produced in PDF. Rather, such ESI shall be produced in its original or native form, such that it can be manipulated in the same manner that it would be manipulated in the normal course of business.

2. The parties will discuss in advance the protocol for locating, gathering and producing electronically stored information, including email.

3. To the extent that documents responsive to a request contain colors (*i.e.*, colors in addition to black and white), production of such documents should be in color.

| Plaintiff | Defendants |
|---|---|
| /s/ Stephen H. Weil | /s/ Theresa M. Powell |
| BY: Stephen H. Weil | BY: Theresa M. Powell |
| Weil & Chardon LLC | Heyl, Royster, Voelker & Allen, P.C. |
| 333 S. Wabash Ave. Suite 2700 | 3731 Wabash Avenue |
| Chicago, IL 60604 | Springfield, IL 62711 |
| 312-585-7404 | 217-522-8822 |
| steve@weilchardon.com | TPowell@heylroyster.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 9, 2018, I caused the foregoing Report of Rule 26(f) Planning Meeting to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to counsel of record.

      I further certify that I sent a copy of the foregoing to Emmanuel Andre via email, at eandre@northsidetlc.com.

       s/ Stephen H. Weil  
      Weil & Chardon LLC  
      333 S. Wabash Ave. Suite 2700  
      Chicago, IL 60604  
      312-585-7404  
      steve@weilchardon.com