

# United States District Court
# Central District of Illinois
# Courtroom Evidence Presentation Technology

The UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS offers evidence presentation equipment in each of the District Courtrooms in our Peoria, Rock Island, Springfield and Urbana divisions.  A Technology Matrix is provided on the last page of this document to clarify available technologies in each courtroom.  The following is a brief description of the available technologies.  Please consider scheduling a tour and/or time for testing your evidence presentation needs.



A Document Camera enables counsel to present evidence via video monitors and, when applicable, projection screens.  Documents, pictures and 3-D objects can be placed on the presentation surface.  Now with the recent technology upgrades, large 3-D objects can be placed on the floor or table in front of the Document Camera for display on the courtroom monitors and projection screens.



Inputs for counsel's Computer or Laptop are available at counsel tables and the Presentation Carts.  The Court's video standard resolution is 1024x768.  All evidence is converted by the Court's Evidence Presentation System to this standard.

Prior to creating a presentation, setup the computer / laptop to the 1024x768 standard resolution.  For best viewing results create the presentation in Landscape mode and use when possible a True Type Font such as Times New Roman with a Font Size of 22-point or larger.  Less text will fit on the screen, but the text will be clearer for viewing.



The Court has recently standardized on the DVD video format and is currently phasing out VHS Tape Players from courtroom operations.  Counsel is encouraged to test any evidence DVD that might have been created for the purpose of a hearing or trial prior to the hearing or trial.

Notice:  Some DVD creation processes do not work with all DVD players.  Testing is vital to a successful presentation.

The DVD player may also be used to play standard Audio CDs and MP3 Audio CDs.



In addition to the previously mentioned video monitors and projection screens, the Court provides Annotation Video Monitors.   These touchscreen monitors are located at the Presentation Cart, Witness Stand and Judge's Bench and provide counsel, witnesses and the Judge the opportunity point out and draw on the Annotation Monitors with their fingers, specific information shown on all monitors and screens without any changes being made to the original document.  Any evidence shown from any source (ie. Document Camera, DVD Player or Laptop) may be annotated and shown with markups on the monitors and screens.



Closely associated with the Annotated Evidence is <u>Color Video Printing</u>.  Upon request to and the approval of the Court, counsel may be provided with a color printout of any Annotated Evidence.  Counsel must request the printout at the time the Annotated Evidence is shown on the monitors and projection screens.  This option allows counsel to preserve any evidence annotated or otherwise for the record.



<u>Assistive Listening Devices</u> are currently available in all courtrooms.  The Court is actively upgrading courtrooms to include Hearing Aid Induction Loops in all Jury Boxes and Witness Stands.  If a prospective juror or witness has a Telecoil or T-Coil hearing aid, audio from all microphones and any Audio Evidence source will be automatically provided in these locations to anyone with a hearing aid.  The loops are currently located in Peoria – Courtrooms A & C, Springfield – Courtrooms I & III, and Urbana – Courtroom A.  Plans are in place to upgrade all courtrooms with this technology by January 2012.



All courtrooms have Assistive Listening Headphones that can be provided upon request.  The provided headphones are in ear devices and do not easily work with hearing aids.  Additional measures are being researched to help provide more solutions.

The Court strongly recommends that counsel test their systems and evidence in the courtroom before use in open court. Demonstrations and testing times are available by contacting the Clerk's Office to make an appointment with the appropriate courtroom deputy.

*Note: Past experiences with sound and video have proven that different creation or recording processes produce different results on the Court's system.  Adjustments by counsel might be needed to help insure successful presentation of evidence.*

| **Division** | **Clerk's Office Phone Number** |
| --- | --- |
| Peoria | 309.671.7117 |
| Rock Island | 309.793.5778 |
| Springfield | 217.492.4020 |
| Urbana | 217.373.5830 |

# Courtroom Technology
**Matrix** Last Updated: August 2015

| | Document Camera | Inputs for Counsel Laptop VGA | Inputs for Counsel Laptop HDMI | DVD / BluRay Player | Annotation Video Monitors | Evidence Capture & Printing | Assistive Listening – Hearing Aid Induction Loop Jury | Assistive Listening – Hearing Aid Induction Loop Witness | Assistive Listening – Hearing Aid Induction Loop Neck Lanyard | Assistive Listening – Hearing Aid Over Ear Headphones | Assistive Listening Headphones |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Peoria** | | | | | | | | | | | |
| Courtroom A District | X | X | X | X | X | X | X | X | X | X | X |
| Courtroom B District | X | X | X | X | X | X | X | X | X | X | X |
| Courtroom C Magistrate | | | | | | | X | X | X | | X |
| Courtroom D District | X | X | X | X | X | X | X | X | X | X | X |
| **Rock Island** | | | | | | | | | | | |
| Courtroom A District | X | X | X | X | X | X | X | X | | | X |
| **Springfield** | | | | | | | | | | | |
| Courtroom I District | X | X | X | X | X | X | X | X | X | X | X |
| Courtroom II District | X | X | X | X | X | X | X | X | X | X | X |
| Courtroom III Magistrate | | | | | | | X | X | | | X |
| **Urbana** | | | | | | | | | | | |
| Courtroom A District | X | X | X | X | X | X | X | X | X | X | X |
| Courtroom B District | X | X | X | X | X | X | X | X | X | X | X |
| Courtroom C Magistrate | | | | | | | X | X | X | X | X |