IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

KELLI ANDREWS, as Administrator of the )
Estate of TIFFANY ANN RUSHER, )
deceased, )
       )
            Plaintiff, )
       )
        v. )           Law No. 18-cv-01100-SEM-TSH
       )
SANGAMON COUNTY ILLINOIS, WES )
BARR, LARRY BECK, JR. and DOES 1-5, )

       Defendants.

## <u>MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER</u>

      NOW COME Defendants, WES BARR, LARRY BECK, and SANGAMON COUNTY,

ILLINOIS, by and through their counsel, HEYL, ROYSTER, VOELKER & ALLEN, P.C., for

their Motion for Entry of Agreed Protective Order, state as follows:

      1.     Discovery is ongoing in this matter. Pursuant to Federal Rule of Civil Procedure

26(c) and in an attempt to facilitate discovery, the parties, in good faith, have conferred in order to

reach a mutual agreement regarding confidential documents that are anticipated to be turned over

in discovery. The parties are seeking to prohibit disclosure of these confidential documents to

entities that are not a party to this litigation.

      2.     The parties have reached an agreement and request entry of the attached Agreed

Protective Order, which is marked as Exhibit A.

      3.     The Agreed Protective Order has been electronically signed, with consent, by the

attorneys for all parties.

      WHEREFORE, for the above and foregoing reasons, the parties respectfully request the

Court enter the attached Agreed Protective Order.

WES BARR and LARRY BECK,
Defendants

_____/s/ Alisha L. Sheehan_____
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Theresa M. Powell, IL ARDC #: 6230402
Alisha L. Sheehan, IL ARDC #: 6320311

HEYL, ROYSTER, VOELKER & ALLEN, P.C.
3731 Wabash Avenue
Springfield, IL 62711-6261
Phone: 217.522.8822, Ext. 2222/2219
Fax:    217.523.3902
Email: tpowell@heylroyster.com
        asheehan@heylroyster.com

## <u>PROOF OF SERVICE</u>

  The undersigned hereby certifies that on this **30th** day of **August, 2018** the foregoing **Motion for Entry of Agreed Protective Order** was served upon all counsel of record via email.

    Alexis G. Chardon
    Stephen H. Weil
    WEIL & CHARDON LLC
    333 South Wabash Avenue
    Suite 2700
    Chicago, IL  60604
    Email: ali@weilchardon.com
    Email: steve@weilchardon.com

    -and-

    Nicole Rae Schult
    Alan Mills
    Elizabeth Mazur
    UPTOWN PEOPLE'S LAW CENTER
    4413 North Sheridan
    Chicago, IL  60640
    Email: nicole@uplcchicago.org
    Email: alan@uplcchicago.org
    Email: liz@uplcchicago.org

    *Attorneys for Plaintiff*

I also hereby certify that I have mailed by United States Postal Service the above-referenced document to the following non-CM/ECF participants:

None.

          _____ /s/ Alisha L. Sheehan\_\_\_\_

HEYL, ROYSTER, VOELKER & ALLEN, P.C.
3731 Wabash Avenue
Springfield, IL 62711-6261
Phone: 217.522.8822, Ext. 2222/2219
Fax: 217.523.3902
Email: tpowell@heylroyster.com
    asheehan@heylroyster.com