# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| Kelli Andrews, | ) |
|       Plaintiff, | ) |
|   v. | ) No. 18-cv-01100-SEM-TSH |
| Sangamon County et al., | ) |
|       Defendants. | ) |

**PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Plaintiff by her undersigned attorneys, propounds the following requests for production pursuant to Fed. R. Civ. P. 34 upon Defendants Sangamon County, Illinois, Wes Barr, and Larry Beck, Jr. ("Defendants").

**DEFINITIONS AND INSTRUCTIONS**

1. The term "document" shall have the broadest possible meaning under the Federal Rules of Civil Procedure and shall include any handwritten, typed, photographed, computerized, audio, video, or other graphic matter, regardless of how it is printed, stored or reproduced, in the possession and/or control of Defendants or known by Defendants to exist, whether or not claimed to be privileged or otherwise excludable from discovery. Any document with any marks or notations, including but limited to: initials; routing instructions; date stamps; and any comment, marking, or notation of any character, is to be considered a separate document. "Document" includes communications.

2. "Defendants," "You," and "Your" shall refer to any of Defendants Sangamon County, Illinois, Wes Barr, and Larry Beck, Jr., as well as their counsel and any consultants, experts, investigators, representatives, agents or other Persons acting on their behalf.

3. "Sangamon Jail" refers to the Sangamon County Detention Facility.

4. If there are no documents in your possession, custody, or control that are responsive to a particular request, please so state and identify the request.

5. If you know of any documents responsive to this request that are not in your possession, custody or control, identify those document(s) and the person who has possession, custody or control thereof.

9. "Relate," "relating to," or "regarding" shall mean directly or indirectly mentioning or describing, pertaining to, being connected with, reflecting upon, or having any logical or factual connection with a stated subject matter.

10. "Communications" shall refer to any form of communication, including but not limited to letters, memos, e-mails, notes, text messages, electronic chats, correspondence, recordings, or the like.

11. "Person" shall refer to any individual, corporation, partnership, organization, or other legal entity.

13. Unless otherwise stated, the "Relevant Time Period" for these discovery requests shall be the period from five years prior to the incident described in the Complaint to the present.

14. These requests are to be responded to separately by each of the Defendants.

15. If any document is withheld under a claim of privilege, please list any such document with respect to which you claim a privilege, identifying the source and nature of the privilege.

## REQUESTS FOR PRODUCTION

1. All documents which relate to, support, or rebut any of the allegations or claims in the Complaint.

2. All documents upon which Defendants may rely at trial.

3. All documents relating to the detainment of Tiffany Rusher at Sangamon Jail from December 2016 through March 2017.

4. All documents relating to the detainment of Tiffany Rusher at Sangamon Jail from any period other than December 2016 through March 2017.

5. All medical records pertaining to Tiffany Rusher, without limitation to time.

6. All visual depictions, including photographs or floor plans, of any cell or cells in which Tiffany Rusher was housed from December 2016 through March 2017.

7. All floorplans of the Sangamon County Jail as of March 2017.

8. All photographs of Tiffany Rusher.

9. All items which belong or once belonged to Tiffany Rusher, or which were possessed by her.

10. All notes, grievances, or other documents authored by Tiffany Rusher or on her behalf.

11. All notes or recordings of any interviews pertaining to the death of Tiffany Rusher.

12. All physical evidence in your possession relating to the death of Tiffany Rusher.

13. All documents relating to any investigation into the cause of Tiffany Rusher's death, including but not limited to all internal or administrative reports, medical reports, investigative reports, notes, collected evidence, witness statements, medical evidence, photographs, communications, and documents reflecting conclusions of such investigation.

14. All communications, including but not limited to e-mailed communications, relating to Tiffany Rusher.

15.     All documents relating to Sangamon Jail's policies and procedures relating to the prevention of detainee suicide.

16.     All documents relating to Sangamon Jail's policies and procedures relating to the provision of mental health treatment to detainees.

17.     All documents relating to Sangamon Jail's policies and procedures relating to detainee mental health screening.

18.     All documents relating to Sangamon Jail's policies and procedures governing detainee classification, housing assignments, and housing arrangements.

19.     All documents relating to Sangamon Jail's policies and procedures governing solitary confinement, administrative segregation, restricted housing, disciplinary segregation, or any other name for the detainment of a prisoner with no other cellmate.

20.     All documents relating to Sangamon Jail's current contract with Associated Clinical Healthcare or any other entity regarding the provision of mental health services at Sangamon Jail.


Dated: June 20, 2018               /s/ Alan Mills
                                   Alan Mills - alan@uplcchicago.org
                                   Nicole Schult - Nicole@uplcchicago.org
                                   Uptown People's Law Center
                                   4413 North Sheridan Rd.
                                   Chicago, Illinois 60640
                                   Tel: (773) 769-1411
                                   Fax: (773) 769-2224

                                   Stephen H. Weil – steve@weilchardon.com
                                   Alexis G. Chardon – ali@weilchardon.com
                                   Weil & Chardon LLC
                                   333 S. Wabash Ave., Suite 2700
                                   Chicago, IL 60604
                                   312-585-7404

Emmanuel Andre - eandre@northsidetlc.com
Northside Transformative Law Center
1543 W. Morse Ave.
Chicago, IL 60626
(312) 219-654

*Attorneys for Plaintiff*

5

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on June 20, 2018, service of the foregoing was made via email on the following attorneys:

Theresa Powell – tpowell@heylroyster.com

Brett E. Siegel – bsiegel@heylroyster.com

Alan Mills – alan@uplcchicago.org

Nicole Schult – nicole@uplcchicago.org

Alexis Chardon – ali@weilchardon.com

Emmanuel Andre – eandre@northsidetlc.com

    /s/ Stephen H. Weil