# Exhibit 2

## DAILY ADMINISTRATIVE DISCIPLINARY REPORT

COUNTY OF SANGAMON  
SANGAMON COUNTY SHERIFF'S OFFICE  
DIVISION OF CORRECTIONS

VERIFYING COMMANDER (1ST): _[signature]_  
VERIFYING COMMANDER (2ND): _Sgt Brown_  
VERIFYING COMMANDER (3RD): _Sgt [signature]_

DATE: 2-16-17   CELL BLOCK: Intake

| INMATE'S NAME | CELL | ADMINISTRATIVE DISCIPLINARY OR SPEC. OBSERVATION | BEHAVIORAL PRECAUTION *SPECIFY* | DATE IN | DATE DUE OUT | BR | LU | SU | SH | PH | DATE IN OR OUT REASON WHY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | spec observation | unstable | 10-25-16 | pend | Y | Y | Y | | | |
| | 15 | spec observation | unstable | 1-19-17 | pend | Y | Y | Y | | | |
| | 3 | spec observation | unstable | 2-9-17 | pend | — | Y | — | — | — | T15 @ 1630 |
| Rusher Tiffany | 16 | spec observation | unstable | 1-13-17 | pend | Y | R | R | | | |
| | 2 | spec observation | suicidal | 2-2-17 | pend | Y | R | Y | | | |
| | 1 | " | "Suicidal" | 2/16/17 | pend | Y | — | Y | | | in @ 1500 |

BR-BREAKFAST    LU-LUNCH    SU-SUPPER    SH-SHOWER    PH-PHONE    Y-YES    R-REFUSED

BEHAVIORIAL PRECAUTIONS: SUICIDAL, SEXUAL OFFENDER, SELF ADMIT, SECURITY OFFENDER, COMBATIVE, ASSAULTIVE MENTALLY CHALLENGED, MENTALLY UNSTABLE, ESCAPE RISK, PROTECTIVE CUSTODY, MEDICAL PROBLEMS, RULE VIOLATION, RECLASSIFY HOUSING OR HABITUAL VIOLATOR

SPECIAL NOTATIONS: Rusher Refused her Entire Dinner Portion VB

# DAILY ADMINISTRATIVE DISCIPLINARY REPORT

**COUNTY OF SANGAMON**
**SANGAMON COUNTY SHERIFF'S OFFICE**
**DIVISION OF CORRECTIONS**

VERIFYING COMMANDER (1ST): _[signature]_
VERIFYING COMMANDER (2ND): Sgt N Brown
VERIFYING COMMANDER (3RD): _[signature]_

DATE: 2-15-17   CELL BLOCK: intake

| INMATE'S NAME | CELL | ADMINISTRATIVE DISCIPLINARY OR SPEC. OBSERVATION | BEHAVIORAL PRECAUTION *SPECIFY* | DATE IN | DATE DUE OUT | BR | LU | SU | SH | PH | DATE IN OR OUT REASON WHY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 4 | administrative | unstable | 10-25-16 | pend | Y | Y | Y | R | R | |
| [redacted] | 15 | administrative | unstable | 1-19-17 | pend | Y | Y | Y | R | R | |
| [redacted] | 3 | administrative | unstable | 2-9-17 | pend | Y | Y | Y | R | R | |
| Rusher Tiffany | 16 | administrative | unstable | 1-13-17 | pend | Y | R | Y | Y | R | |
| [redacted] | 2 | administrative | suicidal | 2-2-17 | pend | Y | Y | Y | Y | Y | |

**BR-BREAKFAST    LU-LUNCH    SU-SUPPER    SH-SHOWER    PH-PHONE    Y-YES    R-REFUSED**

**BEHAVIORIAL PRECAUTIONS:** SUICIDAL, SEXUAL OFFENDER, SELF ADMIT, SECURITY OFFENDER, COMBATIVE, ASSAULTIVE MENTALLY CHALLENGED, MENTALLY UNSTABLE, ESCAPE RISK, PROTECTIVE CUSTODY, MEDICAL PROBLEMS, RULE VIOLATION, RECLASSIFY HOUSING OR HABITUAL VIOLATOR

**SPECIAL NOTATIONS:** Music And Rusher ate their Entire Dinner Portions 1/B.

# DAILY ADMINISTRATIVE DISCIPLINARY REPORT

**COUNTY OF SANGAMON**
**SANGAMON COUNTY SHERIFF'S OFFICE**
**DIVISION OF CORRECTIONS**

VERIFYING COMMANDER (1ST): _[signature]_
VERIFYING COMMANDER (2ND): _Sgt. Gass_
VERIFYING COMMANDER (3RD): _Sgt. Kirby_

DATE: 2-14-17    CELL BLOCK: intake

| INMATE'S NAME | CELL | ADMINISTRATIVE DISCIPLINARY OR SPEC. OBSERVATION | BEHAVIORAL PRECAUTION *SPECIFY* | DATE IN | DATE DUE OUT | BR | LU | SU | SH | PH | DATE IN OR OUT REASON WHY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 4 | spec observation | unstable | 10-25-16 | pend | Y | Y | Y | | | |
| [redacted] | 13 | spec observation | suicidal | 2-12-17 | pend | — | Y | — | — | — | FCC 11 |
| [redacted] | 2 | spec observation | suicidal | 2-11-17 | pend | — | Y | — | — | — | DCF |
| [redacted] | 15 | spec observation | unstable | 1-19-17 | pend | Y | Y | Y | | | |
| [redacted] | 1 | spec observation | medical | 2-8-17 | pend | — | Y | — | — | — | H-1 |
| [redacted] | 3 | spec observation | unstable | 2-9-17 | pend | Y | Y | Y | | | |
| Rusher, Tiffany | 3 | spec observation | unstable | 1-13-17 | pend | Y | Y | Y | | | |
| [redacted] | 1 | spec observation | medical DTS | 2-9-17 | pend | — | Y | — | — | — | H-5 |
| [redacted] | 16 | spec observation | suicidal | 2-2-17 | pend | Y | Y | Y | | | |
| [redacted] | 13 | spec observation | suicidal | 2-12-17 | pend | — | Y | — | — | — | I-17 |
| [redacted] | 14 | spec observation | suicidal | 2-12-17 | pend | — | Y | — | — | — | FCC 6 |

BR-BREAKFAST    LU-LUNCH    SU-SUPPER    SH-SHOWER    PH-PHONE    Y-YES    R-REFUSED

**BEHAVIORIAL PRECAUTIONS:** SUICIDAL, SEXUAL OFFENDER, SELF ADMIT, SECURITY OFFENDER, COMBATIVE, ASSAULTIVE MENTALLY CHALLENGED, MENTALLY UNSTABLE, ESCAPE RISK, PROTECTIVE CUSTODY, MEDICAL PROBLEMS, RULE VIOLATION, RECLASSIFY HOUSING OR HABITUAL VIOLATOR

**SPECIAL NOTATIONS:** _____