IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KELLI ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Law No. 18-cv-01100-SEM-TSH |
| ) | |
| SANGAMON COUNTY ILLINOIS, WES ) | |
| BARR, LARRY BECK and DOES 1-5, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants, WES BARR, LARRY BECK and SANGAMON COUNTY, by Alisha L. Sheehan of HEYL, ROYSTER, VOELKER & ALLEN, have issued a Subpoena upon Logan Correctional Center; Attn: Records Office, 1096 1350th Street, PO Box 1000, Lincoln, IL 62656.

        WES BARR, LARRY BECK and
        SANGAMON COUNTY, ILLINOIS,
        Defendants

        s/ Alisha L. Sheehan
        Theresa M. Powell, IL ARDC #: 6230402
        Alisha L. Sheehan, IL ARDC #: 6320311

HEYL, ROYSTER, VOELKER & ALLEN, P.C.
3731 Wabash Avenue
Springfield, IL 62711-6261
Phone: 217.522.8822, Ext. 2222/2219
Fax:   217.523.3902
Email: tpowell@heylroyster.com
       asheehan@heylroyster.com

5487-15 TMP/BES

# **PROOF OF SERVICE**

I hereby certify that on November 12, 2018, I electronically filed the foregoing instrument, NOTICE OF SUBPOENA, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Alexis G. Chardon | Attorneys for Plaintiff |
| Stephen H. Weil | |
| WEIL & CHARDON LLC | |
| 333 South Wabash Avenue | |
| Suite 2700 | |
| Chicago, IL 60604 | |
| Email: ali@weilchardon.com | |
| Email: steve@weilchardon.com | |

-and-

Nicole Rae Schult
Alan Mills
Elizabeth Mazur
UPTOWN PEOPLE'S LAW CENTER
4413 North Sheridan
Chicago, IL 60640
Email: nicole@uplcchicago.org
Email: alan@uplcchicago.org
Email: liz@uplcchicago.org

and I hereby certify that I have mailed on November 12, 2018, by United States Postal Service the foregoing instrument, NOTICE OF SUBPOENA, to the following non-CM/ECF participants:

None

                                              s/ Alisha L. Sheehan
                                                        Alisha L. Sheehan

ALS/mh (5487-15)
35437363_1