IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 18-cv-1100 |
| SANGAMON COUNTY, ILLINOIS, WES BARR, LARRY BECK JR., ADVANCED CORRECTIONAL HEALTHCARE, INC. ARUN ABRAHAM, MICHAEL SHMIKLER, KYLE MEYER, Z. WHITLEY, JENNFER EALEY, GUY BOUVET III, AND DOES 1-5, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ADVANCED CORRECTIONAL HEALTHCARE'S MOTION TO DISMISS COUNTS IV AND V OF PLAINTIFF'S FIRST AMENDED COMPLAINT

NOW COME Defendants Advanced Correctional Healthcare, Inc., and Michael Shmikler, LCSW by their attorneys, QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, and for their Motion to Dismiss Counts IV and V of Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), state as follows:

1. Plaintiff KELLI ANDREWS filed her First Amended Complaint making claims against ACH and Michael Shmikler, LCSW. Count IV alleges a claim for wrongful death and Count V alleges a survival claim. Both claims assert that these defendants had a duty to the plaintiff's decedent and that the duty was breached. The duty owed arose out of the health care provider – patient relationship. Thus, the claims are based on alleged healing art malpractice.

2. Counts IV and V must be dismissed, as Plaintiff has failed to file a healing art malpractice affidavit and certificate of merit as required under Section 2-622 of the Illinois Code of Civil Procedure, 735 ILCS 5/2-622.

3. Section 2-622 requires that in any case asserting healing art malpractice, that the plaintiff or plaintiff's attorney must file an affidavit stating that he or she has consulted with a qualified health professional and has concluded that a meritorious cause of action exists. That Section also requires that a report from the health care professional be attached to the complaint.

4. Medical negligence lawsuits in the United States District Court are subject to the requirements of Section 2-622. *Smith v. Gottlieb,* 2002 WL 1636546, *1 (N.D. Ill. 2002) ("This requirement [§2-622] applies to claims in federal court."). As noted by the court in *Landstrom v. Illinois Dept. of Children and Family Services*, 699 F. Supp. 1270, 1282 (N.D. Ill. 1988), Section 2-622 is substantive, and not merely procedural. *See also, Baumann v. American Nat'l Red Cross,* 262 F.Supp.2d 965, 966 (C.D. Ill. 2003) (Hon. M. Mihm) (dismissing phlebotomy malpractice claim for lack of §2-622 affidavit) ("Baumann correctly admits that if section 2-622 would apply to this case in state court, then it also applies in this Court.").

5. Plaintiff failed to file either an attorney's affidavit or report of health care professional as required under Section 5/2-622.

WHEREFORE, Defendants ADVANCED CORRECTIONAL HEALTHCARE, INC. and Michael Shmikler, LCSW request that the Court enter an Order dismissing Counts IV and V of Plaintiff's Complaint.

        Advanced Correctional Healthcare, Inc. and Michael Shmikler. LCSW,

By:    *s/Matthew J. Maddox*
       Matthew J. Maddox
  QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

Matthew J. Maddox (Illinois Bar No. 6185870)
Betsy A. Wirth (Illinois Bar No. 6298163)
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
400 South Ninth Street, Suite 102
Springfield, IL 62701
Telephone: (217) 753-1133
Facsimile: (217) 753-1180
E-mail: mmaddox@quinnjohnston.com
E-mail: bwirth@quinnjohnston.com

CERTIFICATE OF SERVICE

       I hereby certify that on February 22, 2019, I electronically filed the foregoing ADVANCED CORRECTIONAL HEALTHCARE'S MOTION TO DISMISS COUNTS IV AND V OF PLAINTIFF'S FIRST AMENDED COMPLAINT with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Stephen H. Weil
Alexis G. Chardon
Weil & Chardon LLC
333 S. Wabash Ave., Suite 2700
Chicago, IL 60604
steve@weilchardon.com
ali@weilchardon.com

Alan Mills
Elizabeth Mazur
Nichole Schult
Uptown People's Law Center
4413 North Sheridon Road
Chicago, IL 60640
alan@uplcchicago.org
liz@uplcchicago.org
Nicole@uplcchicago.org

Teresa M. Powell
Alisha Lynne Sheehan
Brett Eric Siegel
Heyl Royster Voelker & Allen
3731 Wabash Avenue
PO Box 9678
Springfield, IL 62971
tpowell@heylroyster.com
asheehan@heylroyster.com
bsiegel@heylroyster.com

                                         *s/Matthew J. Maddox*
                                         Matthew J. Maddox (Illinois Bar No. 6185870)
                                         Betsy A. Wirth (Illinois Bar No. 6298163)
                                         QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
                                         400 South Ninth Street, Suite 102
                                         Springfield, IL 62701
                                         Telephone:    (217) 753-1133
                                         Facsimile:     (217) 753-1180
                                         E-mail:         mmaddox@quinnjohnston.com
                                         E-mail:         bwirth@quinnjohnston.com
                                         4840-2514-1896, v. 1