## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

KELLI ANDREWS,               )
                                  )
         Plaintiff,        )
                                  )     No. 1:18-cv-1100-SEM-TSH
      v.                       )
                                  )
SANGAMON COUNTY et al.,    )
                                  )
        Defendants.    )

### JOINT MOTION TO AMEND SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, the parties jointly move to amend the Scheduling Order in this case (ECF 13), and in support state:

1.      In accordance with the discovery schedule (ECF 13), Plaintiff amended her Complaint on December 6, 2018, adding seven new defendants. (ECF 34.)

2.      Three of the new defendants (Kyle Meyer, Z. Whitley, Jennifer Ealey, and Guy Bouvet III) are employees or former employees of Sangamon County Jail. They have been served, and counsel for Sangamon County has appeared on their behalf. These defendants filed an Answer to the Amended Complaint on January 11, 2019. (ECF 45.)

3.      Counsel for new defendant Advanced Correctional Healthcare ("ACH") has also agreed to accept summons for ACH, and appeared on ACH's behalf on January 24, 2019. (ECF 48, 49.) The same counsel has also appeared on behalf of Michael Shmikler, who has now filed an Answer and partial Motion to Dismiss. (ECF 60; 61.)

4.      Plaintiffs are still in the process of executing service of process on one new defendant, Dr. Arun Abraham, who was formerly employed by defendant ACH and who was unable to be served via waiver. The parties anticipate that this defendant will be served and counsel for ACH will be able to appear on his behalf within the coming weeks. Nonetheless,

the parties agree that additional time is necessary to allow counsel for defendants, in particular counsel for ACH and the ACH employee defendants, to engage in written discovery and prepare for fact depositions.

5. The parties have engaged in substantial written discovery, and to date, no less than 15,000 pages of documents have been produced by parties and third parties.

6. Counsel jointly request that the time to complete fact discovery be extended to November 1, 2019, and that other dates be pushed out by the same amount of time (seven months), as follows:

- The parties will have until November 1, 2019, to complete fact discovery.

- The parties will have until July 2, 2020 to complete expert discovery. All depositions for discovery or use at trial shall be completed no later than the close of expert discovery.

- Plaintiff will identify testifying experts and to provide Rule 26 expert reports by December 16, 2019. Plaintiff will provide deposition dates for her experts within 30 days their disclosure.

- All Defendants will identify testifying experts and to provide Rule 26 expert reports by April 9, 2020. Defendants will provide deposition dates for their experts within 30 days of their disclosure.

- Rebuttal experts will be identified by June 4, 2020.

- The parties will have until September 3, 2020 to file dispositive motions.

- Defendants will have 30 days after rulings on motions for summary judgment to answer punitive damages discovery.

For the foregoing reasons, the parties request that this Court enter an order amending the Scheduling Order in this case and providing for a seven-month extension on all deadlines.

Dated:     February 25, 2019

Respectfully submitted,

Alan Mills - alan@uplcchicago.org
Elizabeth Mazur - liz@uplcchicago.org
Nicole Schult - Nicole@uplcchicago.org
Uptown People's Law Center
4413 North Sheridan Rd.
Chicago, Illinois 60640
Tel: (773) 769-1411
Fax: (773) 769-2224

Stephen H. Weil – steve@weilchardon.com
Alexis G. Chardon – ali@weilchardon.com
Weil & Chardon LLC
333 S. Wabash Ave., Suite 2700
Chicago, IL 60604
312-585-7404

*Attorneys for Plaintiff*

Matthew J. Maddox – mmaddox@quinnjohnston.com
Betsy A. Wirth – bwirth@quinnjohnston.com
Quinn, Johnston, Henderson, Pretorius & Cerulo
400 S. Ninth Street, Suite 102
Springfield, Illinois 62701
Phone: 217-753-1133
Fax: 217-753-1180

*Attorneys for Defendants Advanced Correctional
Healthcare, Michael Shmikler*

Theresa M. Powell- tpowell@heylroyster.com
Alisha L. Sheehan – asheehan@heylroyster.com
Heyl, Royster, Voelker & Allen, P.c.
3721 Wabash Avenue
Springfield, Illinois 62711-6261
Phone: 217-522=8822
Fax: 217-523-3902

*Attorneys for Defendants Sangamon County, Wes
Barr, Larry Beck, Kyle Meyer, Z. Whitley, Jennifer
Ealey, and Guy Bouvet III*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2019, a true and correct copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ *Alexis G. Chardon*