## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased, <br><br> Plaintiff, <br><br> v. <br><br> SANGAMON COUNTY, ILLINOIS, WES BARR, LARRY BECK JR., ADVANCED CORRECTIONAL HEALTHCARE, INC. ARUN ABRAHAM, MICHAEL SHMIKLER, KYLE MEYER, Z. WHITLEY, JENNIFER EALEY, GUY BOUVET III, and DOES 1-5, <br><br> Defendants. | No. 1:18-cv-1100-SEM-TSH <br><br><br> JURY TRIAL DEMANDED |

### 735 ILCS 5/2-622 AFFIDAVIT OF PLAINTIFF'S ATTORNEY

1. My name is Alexis Garmey Chardon, and I am one of Plaintiff's attorneys in the above-captioned matter.

2. I have consulted and reviewed the facts of this case with a licensed physician who is board-certified in family medicine, who I reasonably believe: (i) is knowledgeable in the relevant issues involved in Plaintiff's wrongful death and survival act claims sounding in medical negligence against Dr. Arun Abraham; (ii) has practiced within the last six years in the same area of medicine that is the subject of the claim; and (iii) is qualified by experience and demonstrated competence in the subject of the claim.

3. The licensed medical doctor with whom I have consulted has determined in a written report, after a review of the medical record, that there is a reasonable and meritorious cause for filing of Plaintiff's medical negligence claim against Dr. Arun Abraham.

4. Based on the review of the aforementioned licensed family medicine doctor and her written report, I believe there is reasonable and meritorious cause for filing of Plaintiff's medical negligence claim in this action.

5. Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are

true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

March 29, 2019                                                  /s/ Alexis G. Chardon

Alexis G. Chardon – ali@weilchardon.com
Weil & Chardon LLC
333 S. Wabash Avenue, Suite 2700
Chicago, IL 60604
(312) 585-7404

*One of the Plaintiff's Attorneys*