## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased,<br><br>Plaintiff,<br><br>v.<br><br>SANGAMON COUNTY, ILLINOIS, WES BARR, LARRY BECK JR., ADVANCED CORRECTIONAL HEALTHCARE, INC. ARUN ABRAHAM, MICHAEL SHMIKLER, KYLE MEYER, Z. WHITLEY, JENNIFER EALEY, GUY BOUVET III, and DOES 1-5,<br><br>Defendants. | No. 1:18-cv-1100-SEM-TSH<br><br>JURY TRIAL DEMANDED |

### 735 ILCS 5/2-622 AFFIDAVIT OF PLAINTIFF'S ATTORNEY

1. My name is Elizabeth Mazur, and I am one of Plaintiff's attorneys in the above-captioned matter.

2. I have consulted and reviewed the facts of this case with a licensed clinical social worker (LCSW) who I reasonably believe: (i) is knowledgeable in the relevant issues involved in Plaintiff's wrongful death and survival claims sounding in professional negligence against Michael Shmikler, LCSW; (ii) has practiced within the last six years in the same area of healing arts that is the subject of the claim; and (iii) is qualified by experience and demonstrated competence in the subject of the claim.

3. The LCSW with whom I have consulted has determined in a written report, after a review of the medical record, that there is a reasonable and meritorious cause for filing of Plaintiff's professional negligence claim against Michael Shmikler, LCSW.

4. Based on the review of the aforementioned LCSW and her written report, I believe there is reasonable and meritorious cause for filing of Plaintiff's professional negligence claim against Mr. Shmikler in this action.

5. Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as

to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

March 29, 2019								*s/ Elizabeth Mazur*
									Elizabeth Mazur – liz@uplcchicago.org
									Uptown People's Law Center
									4413 North Sheridan Rd.
									Chicago, Illinois 60640
									Tel: (773) 769-1411
									Fax: (773) 769-2224


									*One of the Plaintiff's Attorneys*