# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLI ANDREWS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cv-1100-SEM-TSH ) ) |
| SANGAMON COUNTY et al., | ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S STATEMENT REGARDING MAY 13, 2019 VIDEOCONFERENCE

Pursuant to the Court's May 13, 2019 Minute Entry order to file notice of her position regarding the matters raised at the May 13 videoconference, Plaintiff, through counsel, states:

1. Counsel consulted with Plaintiff regarding the matters raised during the videoconference.

2. After consulting with counsel, Plaintiff does not believe that recusal, or any other remedy, is necessary regarding said matters.

3. Plaintiff and her counsel appreciate the Court's and opposing counsel's efforts to avoid any possible appearance of bias regarding this case.

Dated: May 15, 2019

Respectfully submitted,

　/s/ Alan Mills　

Stephen H. Weil – steve@weilchardon.com
Alexis G. Chardon – ali@weilchardon.com
Weil & Chardon LLC
333 S. Wabash Ave., Suite 2700
Chicago, IL 60604
312-585-7404

Alan Mills - alan@uplcchicago.org
Elizabeth Mazur - liz@uplcchicago.org
Nicole Schult - Nicole@uplcchicago.org
Uptown People's Law Center
4413 North Sheridan Rd.
Chicago, Illinois 60640
Tel: (773) 769-1411

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 15, 2019, a true and correct copy of the foregoing was filed electronically.  Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

                                                /s/ *Stephen H. Weil*