IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased,<br><br>Plaintiff,<br><br>v.<br><br>SANGAMON COUNTY, ILLINOIS, WES BARR, LARRY BECK JR., ADVANCED CORRECTIONAL HEALTHCARE, INC. ARUN ABRAHAM, MICHAEL SHMIKLER, KYLE MEYER, Z. WHITLEY, JENNFER EALEY, GUY BOUVET III, AND DOES 1-5,<br><br>Defendants. | Case No. 18-cv-1100 |

## **MOTION FOR RELEASE OF RECORDS – KILLIAN & ASSOCIATES**

NOW COME Defendants Arun Abraham, M.D., Advanced Correctional Healthcare, Inc. and Michael Shmikler, by their attorneys, QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, and for their Motion for Release of Records to Killian & Associates, state as follows:

1. On May 16, 2019 the undersigned counsel sent correspondence to Killian & Associates, requesting certain records with regards to Tiffany Rusher, deceased and enclosing a signed release from Kelli Andrews as administrator of the estate of Tiffany Rusher.

2. Specifically, counsel for defendants sought records in relation to Ms. Rusher's evaluation and determination of fitness to stand trial.

3. The undersigned counsel received a telephone call from Killian & Associates in response to the May 16, 2019 correspondence on June 3, 2019.

4. Killian & Associates has indicated that, due to the highly sensitive nature of the records, they would strongly prefer a court order authorizing the release of the requested records, in addition to the signed release.

5. In order to accommodate Killian & Associates and access the requested records, Defendants request that this Court enter an Order, authorizing Killian & Associates to release the records requested in Defendants' May 16, 2019 correspondence.

6. Plaintiffs and co-defendants have reviewed the above five paragraphs and the attached Proposed Order and have not indicated an objection to the same.

WHEREFORE, Defendants respectfully request that this Court enter an Order, authorizing Killian & Associates to release the records requested in Defendants' May 16, 2019 correspondence.

        Arun Abraham, M.D., Advanced Correctional Healthcare, Inc.
        and Michael Shmikler, Defendants

        By:     *s/Matthew J. Maddox*
                Matthew J. Maddox
                QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

Agreed: *[signature]*
Counsel for Plaintiff Andrews

*Theresa Powell*
Counsel for Defendants Sangamon County, Barr and Beck

Matthew J. Maddox (Illinois Bar No. 6185870)
Betsy A. Wirth (Illinois Bar No. 6298163)
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
400 South Ninth Street, Suite 102
Springfield, IL 62701
Telephone:   (217) 753-1133
Facsimile:    (217) 753-1180
E-mail:       mmaddox@quinnjohnston.com
E-mail:       bwirth@quinnjohnston.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 5, 2019, I electronically filed the foregoing Motion for Release of Records-Killian & Associates with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Stephen H. Weil
Alexis G. Chardon
Weil & Chardon LLC
333 S. Wabash Ave., Suite 2700
Chicago, IL 60604
steve@weilchardon.com
ali@weilchardon.com

Alan Mills
Elizabeth Mazur
Nicole Schult
Uptown People's Law Center
4413 North Sheridon Road
Chicago, IL 60640
alan@uplcchicago.org
liz@uplcchicago.org
Nicole@uplcchicago.org

Teresa M. Powell
Alisha Lynne Sheehan
Brett Eric Siegel
Heyl Royster Voelker & Allen
3731 Wabash Avenue
PO Box 9678
Springfield, IL 62971
tpowell@heylroyster.com
asheehan@heylroyster.com
secf@heylroyster.com
cskaggs@heylroyster.com

      *s/Matthew J. Maddox*
      Matthew J. Maddox (Illinois Bar No. 6185870)
      Betsy A. Wirth (Illinois Bar No. 6298163)
      QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
      400 South Ninth Street, Suite 102
      Springfield, IL 62701
      Telephone:  (217) 753-1133
      Facsimile:  (217) 753-1180
      E-mail:  mmaddox@quinnjohnston.com
      E-mail:  bwirth@quinnjohnston.com