IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 18-cv-1100 |
| SANGAMON COUNTY, ILLINOIS, WES BARR, LARRY BECK JR., ADVANCED CORRECTIONAL HEALTHCARE, INC. ARUN ABRAHAM, MICHAEL SHMIKLER, KYLE MEYER, Z. WHITLEY, JENNFER EALEY, GUY BOUVET III, AND DOES 1-5, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## **PROPOSED AGREED ORDER FOR RELEASE OF RECORDS**
## **KILLIAN & ASSOCIATES**

THIS MATTER comes before the Court on Defendants Arun Abraham, M.D., Advanced Correctional Healthcare, Inc. and Michael Shmikler's Motion for Release of Records from Killian & Associates. The Court having reviewed Defendants' Motion, orders as follows:

The Court hereby authorizes Killian & Associates to release the records requested by Defendants in their May 16, 2019 correspondence.

_____
U.S. District Court Judge


_____
Date

1

# CERTIFICATE OF SERVICE

      I hereby certify that on June 5, 2019, I electronically filed the foregoing Proposed Order with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Stephen H. Weil | Teresa M. Powell |
| Alexis G. Chardon | Alisha Lynne Sheehan |
| Weil & Chardon LLC | Brett Eric Siegel |
| 333 S. Wabash Ave., Suite 2700 | Heyl Royster Voelker & Allen |
| Chicago, IL 60604 | 3731 Wabash Avenue |
| steve@weilchardon.com | PO Box 9678 |
| ali@weilchardon.com | Springfield, IL 62971 |
| | tpowell@heylroyster.com |
| Alan Mills | asheehan@heylroyster.com |
| Elizabeth Mazur | secf@heylroyster.com |
| Nicole Schult | cskaggs@heylroyster.com |
| Uptown People's Law Center | |
| 4413 North Sheridon Road | |
| Chicago, IL 60640 | |
| alan@uplcchicago.org | |
| liz@uplcchicago.org | |
| Nicole@uplcchicago.org | |

                *s/Matthew J. Maddox*
                Matthew J. Maddox (Illinois Bar No. 6185870)
                Betsy A. Wirth (Illinois Bar No. 6298163)
                QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
                400 South Ninth Street, Suite 102
                Springfield, IL 62701
                Telephone:   (217) 753-1133
                Facsimile:    (217) 753-1180
                E-mail:       mmaddox@quinnjohnston.com
                E-mail:       bwirth@quinnjohnston.com