IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

KELLI ANDREWS, as Administrator of the )
Estate of Tiffany Ann Rusher, deceased, )
)
    Plaintiff, )
)
v. ) Case No. 18-cv-1100
)
SANGAMON COUNTY, ILLINOIS, WES BARR, )
LARRY BECK JR., ADVANCED CORRECTIONAL )
HEALTHCARE, INC. ARUN ABRAHAM, MICHAEL )
SHMIKLER, KYLE MEYER, Z. WHITLEY, JENNFER )
EALEY, GUY BOUVET III, AND DOES 1-5, )
)
    Defendants. )

## AGREED ORDER FOR RELEASE OF RECORDS
## KILLIAN & ASSOCIATES

THIS MATTER comes before the Court on Defendants Arun Abraham, M.D., Advanced Correctional Healthcare, Inc. and Michael Shmikler's Motion for Release of Records from Killian & Associates. The Court having reviewed Defendants' Motion, orders as follows:

The Court hereby authorizes Killian & Associates to release the records requested by Defendants in their May 16, 2019 correspondence.

s/ Tom Schanzle-Haskins
UNITED STATES MAGISTRATE JUDGE

    June 5, 2019
Date

1