# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased, </br></br>Plaintiff,</br></br>v.</br></br>SANGAMON COUNTY, ILLINOIS, JACK CAMPBELL, WES BARR, LARRY BECK JR., ADVANCED CORRECTIONAL HEALTHCARE, INC. ARUN ABRAHAM, MICHAEL SHMIKLER, KYLE MEYER, ZACH WHITLEY, JENNIFER EALEY, GUY BOUVET III, and DOES 1-5,</br></br>Defendants. | No. 1:18-cv-1100-SEM-TSH</br></br>JURY TRIAL DEMANDED |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, the parties jointly move to amend the Scheduling Order in this case, and in support state:

1. The current fact discovery period in case is set to close on November 1, 2019. With this motion, the parties seek to amend the scheduling order in order to extend that period by approximately 45 days.

2. The current scheduling order was entered on February 26, 2019. Pursuant to that order, fact discovery closes on November 1, 2019, plaintiff's expert disclosures due by December 16, 2019, defendants' expert disclosures due by April 9, 2020, rebuttal expert disclosures due by June 4, 2020, expert discovery closed on July 2, 2020, and dispositive motions due by September 3, 2020, with trial to proceed in January 2021. *See* February 26, 2019 Scheduling Order.

3. Notwithstanding the parties' best efforts to complete fact discovery by November 1, 2019, additional time is needed to complete depositions of fact witnesses whose testimony

plaintiff's experts may rely on in preparing their reports. The parties expect to complete the outstanding fact witness depositions by December 16, 2019.

4. For that reason, the parties respectfully request that this Court modify the scheduling order such that currently pending dates are postponed by approximately 45 days. The parties propose the following dates:

   a. Fact discovery closes on December 16, 2019;
   b. Plaintiff's expert disclosures due on January 31, 2020;
   c. Defendants' expert disclosures due on May 21, 2020;
   d. Rebuttal expert disclosures due by July 16, 2020;
   e. Expert discovery closed on August 13, 2020;
   f. Dispositive motions due by October 15, 2020; and
   g. Trial to proceed on the Court's schedule following entry of entry of an order on dispositive motions.

5. Good cause exists to modify the scheduling order for this purpose. The parties have been working diligently over the past several months to complete discovery. More than 20,000 pages of documents have been exchanged, along with dozens of hours of audio and video recordings, and over 20 depositions have taken place. In addition, some of the outstanding witnesses to be deposed are non-party witnesses whose personal schedules need to be accommodated.

WHEREFORE, the parties respectfully request that the Court modify the scheduling order as set forth in this motion.

s/ Elizabeth Mazur

| | |
|---|---|
| Stephen H. Weil – weil@loevy.com<br>Loevy & Loevy, Attorneys at Law<br>311 N. Aberdeen Street<br>Third Floor<br>Chicago, IL 60607<br>312-243-5900 | Alan Mills - alan@uplcchicago.org<br>Elizabeth Mazur – liz@uplcchicago.org<br>Nicole Schult - Nicole@uplcchicago.org<br>Uptown People's Law Center<br>4413 North Sheridan Rd.<br>Chicago, Illinois 60640<br>Tel: (773) 769-1411<br>Fax: (773) 769-2224 |

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2019, a true and correct copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Elizabeth Mazur