E-FILED
Friday, 25 September, 2020  12:21:01 PM
Clerk, U.S. District Court, ILCD



## MEDICATION ADMINISTRATION RECORD

**DIAMOND PHARMACY SERVICES**
1.800.882.6337  FAX: 724.349.4209

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Stribild Tablet**
Generic: ELVITEGRAVIR/COBICISTAT/EMTRICITABINE/TE   MARY T DAMB...
/15/16  F:2
0700
CONTINUE  /15/17  17635
TAKE ONE TABLET(S) ORALLY IN THE MORNING

**Venlafaxine ER 75mg Cap**
Brand: EFFEXOR XR   MARY T DAMBACHER, MD
/15/16  F:3
0700
CONTINUE  /14/17  17694
TAKE THREE CAPSULE(S) ORALLY IN THE MORNING

**Divalproex DR 500mg Tab**
Brand: DEPAKOTE   MARY T DAMBACHER, MD
15/16  F:2
0700
INTINUE  15/17  17646
TAKE ONE TABLET(S) ORALLY TWICE DAILY
1900

**Ranitidine 150mg Tablet**
Brand: ZANTAC   MARY T DAMBACHER, MD
15/16  F:2
0700
TTAW  16/17  7655
TAKE ONE TABLET(S) ORALLY TWICE DAILY
1900

**Senna PLUS TABLET**
Brand: SENOKOT-S   MARY T DAMBACHER, MD
15/16  F:2
0700
CTINUE  15/17  7675
TAKE ONE TABLET(S) ORALLY TWICE DAILY
1900

**ChlorproMAZINE 200mg Tab**
Brand: THORAZINE   MARY T DAMBACHER, MD
15/16  F:2
TINUE  15/17  7718
TAKE ONE TABLET(S) ORALLY THREE TIMES DAILY

| Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|

DATE OF BIRTH OR SOC. SEC. NO.  ...89
ALLERGIES  NO KNOWN DRUG ALLERGY

NAME AND NUMBER  ...SHER. TIFFANY

FACILITY  SANGAMON COUNTY JAIL

CHARTING FOR  01/01/2017   THROUGH  01/31/2017

DIAGNOSIS  N/A



MEDICATION ADMINISTRATION RECORD — DIAMOND PHARMACY SERVICES
1.800.882.6337  FAX: 724.349.4209

| MEDICATIONS | HOUR |
|---|---|
| ChlorproMAZINE 100mg Tab  Brand: THORAZINE   MARY T DAMBACHER, MD  TAKE ONE TABLET(S) ORALLY ONCE DAILY AT 1300 | 1300 |
| Loratadine 10mg Tablet  Brand: CLARITIN   MARY T DAMBACHER, MD  TAKE ONE TABLET(S) ORALLY AT BEDTIME | 1900 |
| Prazosin 1mg Capsule  Brand: MINIPRESS   MARY T DAMBACHER, MD  TAKE THREE CAPSULE(S) ORALLY (3MG) AT BEDTIME | 1900 |
| Therems M Tablet  Brand: THERAGRAN M   MARY T DAMBACHER, MD  TAKE ONE TABLET(S) ORALLY AT BEDTIME | 1900 |
| Tylenol XS ī  po BID  x20d | 0800  2000 |
| Aspirin  325 mg HS | 2000 |

DATE OF BIRTH OR SOC. SEC. NO. 89
ALLERGIES: NO KNOWN DRUG ALLERGY
DIAGNOSIS: N/A

NAME AND NUMBER: SHER. TIFFANY

FACILITY: SANGAMON COUNTY JAIL
CHARTING FOR 01/01/2017  THROUGH 01/31/2017

ACH 113
(Organized)



## MEDICATION ADMINISTRATION RECORD

### DIAMOND PHARMACY SERVICES
1.800.882.6337   FAX: 724.349.4209

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zofran 8 mg 1x dose | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Push fluids | info | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Leave Boot on LLE | info | | | | | | | | | | | | | | D/C | | NON weight Bearing | | | | | | | | | | | | | | |
| MOM 30ml 1x dose | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prilosec 20 mg qd x14d | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| (R) hand, TAO + bandaid qd + prn tw healed | am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|

ON IN   89   ALLERGIES NKDA
NAME AND NUMBER   Usher, Tiffany   SCT   CHARTING FOR 1-1-17   THROUGH 1-31-17   DIAGNOSIS

## MEDICATION ADMINISTRATION RECORD

DIAMOND PHARMACY SERVICES
1.800.882.6337  FAX: 724.349.4209



| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ORAL ORDER** 2/15/16 REF:1 / DISCONTINUE 3/15/17 1317635 — **Stribild Tablet** Generic: ELVITEGRAVIR/COBICISTAT/EMTRICITABINE/TE   MARY T DAMBACHER, MD — TAKE ONE TABLET(S) ORALLY IN THE MORNING ✓ — 0700

**ORAL ORDER** 2/15/16 REF:2 / DISCONTINUE 4/14/17 1317694 — **Venlafaxine ER 75mg Cap** Brand: EFFEXOR XR   MARY T DAMBACHER, MD — TAKE THREE CAPSULE(S) ORALLY IN THE MORNING ✓ — 0700

**ORAL ORDER** 2/15/16 REF:1 / DISCONTINUE 3/15/17 1317646 — **Divalproex DR 500mg Tab** Brand: DEPAKOTE   MARY T DAMBACHER, MD — TAKE ONE TABLET(S) ORALLY TWICE DAILY ✓ — 0700 / 1900

**ORAL ORDER** 2/15/16 REF:2 / DISCONTINUE 3/15/17 1317675 — **Senna PLUS TABLET** Brand: SENOKOT S   MARY T DAMBACHER, MD — TAKE ONE TABLET(S) ORALLY TWICE DAILY — 0700 / 1900 — DIC

**ORAL ORDER** 2/15/16 REF:2 / DISCONTINUE 3/15/17 317718 — **ChlorproMAZINE 200mg Tab** Brand: THORAZINE   MARY T DAMBACHER, MD — TAKE ONE TABLET(S) ORALLY THREE TIMES DAILY ✓ — 0800 / 1300 / 2000

**ORAL ORDER** 2/15/16 REF:1 / DISCONTINUE 3/15/17 317630 — **ChlorproMAZINE 100mg Tab** Brand: THORAZINE   MARY T DAMBACHER, MD — TAKE ONE TABLET(S) ORALLY ONCE DAILY AT 1300 ✓ — 1300

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|

DATION   J3 JH4   DATE OF BIRTH OR SOC. SEC. NO. ...89   ALLERGIES: NO KNOWN DRUG ALLERGY   DIAGNOSIS N/A

ENT NAME AND NUMBER: JSHER. TIFFAN...   FACILITY: SANGAMON COUNTY JAIL   CHARTING FOR 02/01/2017   THROUGH 02/28/2017

ACH 115
(Organized)

## MEDICATION ADMINISTRATION RECORD

**DIAMOND PHARMACY SERVICES**
1.800.882.6337 FAX: 724.349.4209



| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/03/17 EF:3 1-1-1 5/03/17 I644316 | **Aspirin EC 325mg Tablet** Brand: ECOTRIN ARUN V. ABRAHAM, MD TAKE ONE TABLET(S) ORALLY AT BEDTIME | 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2/15/16 EF:1 3/15/17 I317656 | **Prazosin 1mg Capsule** Brand: MINIPRESS MARY T DAMBACHER, MD TAKE THREE CAPSULE(S) ORALLY (3MG) AT BEDTIME | 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/25 2/8 | Amoxil 500 mg BID x 14 d | 0800 3000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/26 3/1 | Motrin 800 mg BID x 7 d. | 0800 3000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2/10 | Tylenol x5 ī po now 1x dose | 1300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2/27 2/27 | Tyl x5 ī po 1x dose | 3000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

MEDICATION: ⎯⎯ I3 DATE OF BIRTH OR SOC. SEC. NO. ___89 ALLERGIES NO KNOWN DRUG ALLERGY DIAGNOSIS N/A

PATIENT NAME AND NUMBER: USHER, TIFFANY ___ FACILITY: SANGAMON COUNTY JAIL CHARTING FOR 02/01/2017 THROUGH 02/28/2017

ACH 116
(Organized)

**MEDICATION ADMINISTRATION RECORD**

**DIAMOND PHARMACY SERVICES**
1.800.882.6337   FAX: 724.349.4209

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER '24 CONTINUE '26 | Tylenol XS ⅱ po daily x30 | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 5 CONTINUE | Amoxicillin 500mg po B×d x 14days | 0800 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 25 CONTINUE | motrin 800mg po B×d x 7days | 0800 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ID | | SOC. SEC. NO. | ALLERGIES | | DIAGNOSIS |
|---|---|---|---|---|---|
| J17 | | 89 | NKDA | | |

NAME AND NUMBER: Kusher, Tiffany

FACILITY: SCJ

CHARTING FOR 1-24-16 THROUGH 1-21-11

## MEDICATION ADMINISTRATION RECORD

**DIAMOND PHARMACY SERVICES**
1.800.882.6337  FAX: 724.349.4209

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INAL ORDER 2/15 SCONTINUE 2/ | Tylenol 1000 mg po BID x 5 days  AA | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| ATION I 13 | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES NKDA | | | DIAGNOSIS |
|---|---|---|---|---|---|
| PATIENT NAME AND NUMBER Rusher, Tiffany | | FACILITY Sangamon Cty Jail | CHARTING FOR 3-1-17 | THROUGH 3-31-17 | |

**MEDICATION ADMINISTRATION RECORD**  ⟨DIAMOND⟩ **DIAMOND PHARMACY SERVICES**
1.800.882.6337  FAX: 724.349.4209

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORAL ORDER 2/15/16 REF:0 DISCONTINUE 3/15/17 1317635 | **Stribild Tablet** Generic: ELVITEGRAVIR/COBICISTAT/EMTRICITABINE/TE   MARY T DAMBA TAKE ONE TABLET(S) ORALLY IN THE MORNING | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORAL ORDER 2/15/16 REF:1 DISCONTINUE 4/14/17 1317694 | **Venlafaxine ER 75mg Cap** Brand: EFFEXOR XR   MARY T DAMBACHER, MD TAKE THREE CAPSULE(S) ORALLY IN THE MORNING | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORAL ORDER 2/15/16 REF:1 DISCONTINUE 3/15/17 1317646 | **Divalproex DR 500mg Tab** Brand: DEPAKOTE   MARY T DAMBACHER, MD TAKE ONE TABLET(S) ORALLY TWICE DAILY | 0700 / 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORAL ORDER 2/15/16 REF:1 DISCONTINUE 3/15/17 317718 | **ChlorproMAZINE 200mg Tab** Brand: THORAZINE   MARY T DAMBACHER, MD TAKE ONE TABLET(S) ORALLY THREE TIMES DAILY | 0800 1300 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORAL ORDER 2/15/16 REF:0 DISCONTINUE 3/15/17 317630 | **ChlorproMAZINE 100mg Tab** Brand: THORAZINE   MARY T DAMBACHER, MD TAKE ONE TABLET(S) ORALLY ONCE DAILY AT 1300 | 1300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORAL ORDER /03/17 REF:2 DISCONTINUE /03/17 544316 | **Aspirin EC 325mg Tablet** Brand: ECOTRIN   ARUN V. ABRAHAM, MD TAKE ONE TABLET(S) ORALLY AT BEDTIME | 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| ATION | H OR SOC. SEC. NO. 89 | ALLERGIES NO KNOWN DRUG ALLERGY | | DIAGNOSIS N/A |
|---|---|---|---|---|
| ENT NAME AND NUMBER USHER, TIFFANY | | FACILITY SANGAMON COUNTY JAIL | CHARTING FOR 03/01/2017  THROUGH 03/31/2017 | |



**MEDICATION ADMINISTRATION RECORD**

DIAMOND PHARMACY SERVICES
1.800.882.6337  FAX: 724.349.4209

03/23/2017 09:51 (FAX) P.043/219



**MEDICATION ADMINISTRATION RECORD**

DIAMOND PHARM
1.800.862.6337 FA

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Striblid Tablet** Generic: ELVITES/RAVIX/COBIC/ATITEMTRX/ITABBINS/TE MARY T DAMB/ 2/15/16 EF:0 | 0700 | | | | | | | | | | | | | | | | | | | |
| TAKE ONE TABLET(S) ORALLY IN THE MORNING 3/15/17 1317635 | | | | | | | | | | | | | | | | | | | | |
| **Venlafaxine ER 75mg Cap** Brand: EFFEXOR-XR MARY T DAMBACHER, MD 2/15/16 EF:1 | 0700 | | | | | | | | | | | | | | | | | | | | |
| TAKE ONE CAPSULE(S) ORALLY IN THE MORNING 4/14/17 1317694 | | | | | | | | | | | | | | | | | | | | |
| **Divalproex DR 500mg Tab** Brand: DEPAKOTE MARY T DAMBACHER, MD 2/15/16 EF:1 | 0700 | | | | | | | | | | | | | | | | | | | | |
| TAKE ONE TABLET(S) ORALLY TWICE DAILY 3/15/17 1317646 | | | | | | | | | | | | | | | | | | | | |
| **ChlorproMAZINE 200mg Tab** Brand: THORAZINE MARY T DAMBACHER, MD 2/15/16 EF:1 | 0800 1800 | | | | | | | | | | | | | | | | | | | | |
| TAKE ONE TABLET(S) ORALLY THREE TIMES DAILY 3/15/17 317718 | | | | | | | | | | | | | | | | | | | | |
| **ChlorproMAZINE 100mg Tab** Brand: THORAZINE MARY T DAMBACHER, MD 2/15/16 EF:0 | 1300 | | | | | | | | | | | | | | | | | | | | |
| TAKE ONE TABLET(S) ORALLY ONCE DAILY AT 1300 3/15/17 317630 | | | | | | | | | | | | | | | | | | | | |
| **Aspirin EC 325mg Tablet** Brand: ECOTRIN ARUN V. ABRAHAM, MD 1/03/17 EF:2 | | | | | | | | | | | | | | | | | | | | | |
| TAKE ONE TABLET(S) ORALLY AT BEDTIME 1/03/17 644318 | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|

| ROOM 3 | DATE OF BIRTH OR SOC. SEC. NO. /89 | ALLERGIES NO KNOWN DRUG ALLERGY |
|---|---|---|
| PATIENT NAME AND NUMBER | | FACILITY |

ACH 000042

03/23/2017   10:03                                        (FAX)                    P.071/219



## MEDICATION ADMINISTRATION RECORD   DIAMOND PHARMAC
1.800.882.6337   FAX:

| MEDICATIONS | HOUR |
|---|---|
| **Stribild Tablet** Generic: ELVITEGRAVIR/COBICISTAT/EMTRICITABINE   MARY T DAMB | 0700 |
| TAKE ONE TABLET(S) ORALLY IN THE MORNING | |
| **Venlafaxine ER 75mg Cap** Brand: EFFEXOR XR   MARY T DAMBACHER, MD | 0700 |
| TAKE TWO (2) CAPSULE(S) ORALLY IN THE MORNING | |
| **Divalproex DR 500mg Tab** Brand: DEPAKOTE   MARY T DAMBACHER, MD | 0700 |
| TAKE ONE TABLET(S) ORALLY TWICE DAILY | |
| **SONDI PLUS TABLET** Brand: SONDI PLUS TABLET   MARY T DAMBACHER, MD | 0700 / 1900 |
| TAKE ONE TABLET(S) ORALLY TWICE DAILY | |
| **ChlorproMAZINE 200mg Tab** Brand: THORAZINE   MARY T DAMBACHER, MD | 0900 / 1300 |
| TAKE ONE TABLET(S) ORALLY THREE TIMES DAILY | |
| **ChlorproMAZINE 100mg Tab** Brand: THORAZINE   MARY T DAMBACHER, MD | 1300 |
| TAKE ONE TABLET(S) ORALLY ONCE DAILY AT 1300 | |

Signature          Init.   Signature          Init.   Signature          Init.   Signature

NO KNOWN DRUG ALLERGY

HER. TIFFANY

ACH 000070

03/23/2017   10:08                          (FAX)                P.083/219



## MEDICATION ADMINISTRATION RECORD

DIAMOND PHARMA
1.800.882.6337  FAX

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Stribild Tablet** Generic: ELVITEGRAVIR/COBICISTAT/EMTRICITABINE/TE  MARY T DAMB | 0700 | | | | | | | | | | | | | | | | | | | |
| 2/16/16 EF:1 | | | | | | | | | | | | | | | | | | | | | |
| 3/15/17 1317835 TAKE ONE TABLET(S) ORALLY IN THE MORNING | | | | | | | | | | | | | | | | | | | | | |
| **Venlafaxine ER 75mg Cap** Brand: EFFEXOR XR   MARY T DAMBACHER, MD | 0700 | | | | | | | | | | | | | | | | | | | | |
| 2/15/16 EF:2 | | | | | | | | | | | | | | | | | | | | | |
| 4/14/17 1317694 TAKE THREE CAPSULE(S) ORALLY IN THE MORNING | | | | | | | | | | | | | | | | | | | | | |
| **Divalproex DR 500mg Tab** Brand: DEPAKOTE   MARY T DAMBACHER, MD | 0700 | | | | | | | | | | | | | | | | | | | | |
| 2/16/16 EF:1 | | | | | | | | | | | | | | | | | | | | | |
| 3/15/17 1317846 TAKE ONE TABLET(S) ORALLY TWICE DAILY | | | | | | | | | | | | | | | | | | | | | |
| **Senna PLUS TABLET** Generic: SENNOSIDES/DOCUSATE SODIUM   MARY | 0700 | | | | | | | | 10 | 11 | | | | | | | | | | |
| TAKE ONE TABLET(S) ORALLY TWICE DAILY | 1900 | | | | | | | | | | | | | | | | | | | |
| 1317875 | | | | | | | | | | | | | | | | | | | | | |
| **ChlorproMAZINE 200mg Tab** Brand: THORAZINE   MARY T DAMBACHER, MD | 0800 | | | | | | | | | | | | | | | | | | | |
| 2/16/16 EF:2 | 1300 | | | | | | | | | | | | | | | | | | | |
| 3/15/17 1317716 TAKE ONE TABLET(S) ORALLY THREE TIMES DAILY | | | | | | | | | | | | | | | | | | | | | |
| **ChlorproMAZINE 100mg Tab** Brand: THORAZINE   MARY T DAMBACHER, MD | | | | | | | | | | | | | | | | | | | | | |
| 2/16/16 EF:1 | 1300 | | | | | | | | | | | | | | | | | | | |
| 3/15/17 1317830 TAKE ONE TABLET(S) ORALLY ONCE DAILY AT 1300 | | | | | | | | | | | | | | | | | | | | | |

| Init'l | Signature | Init'l | Signature | Init'l | Signature | Init'l | Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

PATIENT NAME AND NUMBER   J3 JH4   DATE OF BIRTH OR SOC. SEC. NO.   8/89   ALLERGIES   NO KNOWN DRUG ALLERGY

ACH 000082

03/23/2017  09:59                    (FAX)                P.062/219



MEDICATION ADMINISTRATION RECORD        DIAMOND    DIAMOND PHARMAC
                                                   1.800.862.6337  FAX: 7

NO KNOWN DRUG ALLERGY

SUED TIFFANY

ACH 000061

03/23/2017  10:04                              (FAX)                    P.072/219



**MEDICATION ADMINISTRATION RECORD**

| MEDICATIONS | HOUR |
|---|---|
| Aspirin EC 325mg Tablet Brand: ECOTRIN    ARUN V. ABRAHAM, MD | |
| TAKE ONE TABLET(S) ORALLY AT BEDTIME | |
| Prazosin 1mg Capsule Brand: MINIPRESS    MARY T DAMBACHER, MD | |
| TAKE TWO CAPSULE(S) ORALLY (3MG) AT BEDTIME | |
| Amoxil 500 mg BID x 14d | |
| Motrin 800mg BID x 7d. | |
| tylenol x5 Ti po now 1x dose | |

SHER. TIFFAN

NO KNOWN DRUG ALLERGY

SANGAMON CO.

ACH 000071

03/23/2017  10:08                          (FAX)                    P.084/219

## MEDICATION ADMINISTRATION RECORD          DIAGNOSIS

| DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
|-------|-------------|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|
| 1/03/17 :EF:3 | **Aspirin EC 325mg Tablet** Brand: ECOTRIN  ARUN V. ABRAHAM, MD | | | | | | | | | | | | | | | | | | | | |
| 6/03/17 1644316 | TAKE ONE TABLET(S) ORALLY AT BEDTIME | | | | | | | | | | | | | | | | | | | | |
| 2/16/16 :EF:1 | **Prazosin 1mg Capsule** Brand: MINIPRESS  MARY T DAMBACHER, MD | | | | | | | | | | | | | | | | | | | | |
| 3/15/17 1317656 | TAKE THREE CAPSULE(S) ORALLY (3MG) AT BEDTIME | | | | | | | | | | | | | | | | | | | | |
| 1/25 2/8 | Amoxil 500 mg BID x 14 d | | | | | | | | | | | | | | | | | | | | |
| 1/26 2/1 | Motrin 800 mg BID x 7d. | | | | | | | | | | | | | | | | | | | | |

| ATION | | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES |
|-------|--|-------------------------------|-----------|
| RINT NAME AND NUMBER | I3 | /89 | NO KNOWN DRUG ALLERGY |
| USHER, TIFFANY | | | FACILITY |

ACH 000083

03/23/2017   10:17                          (FAX)                 P.103/219



ACH 000102

03/23/2017  10:16                                (FAX)                    P.102/219

## MEDICATION ADMINISTRATION RECORD

DIAMOND PHARMAC
1.800.882.6337  FAX:

| DATE OF ORDER | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/15/16 EF:1 | **Stribild Tablet** Brand: ELVITEGRAVIR/COBICISTAT/EMTRICITABINE/TE   MARY T DAMBA | 0700 | | | | | | | | | | | | | | | | | | | | |
| 3/15/17 I317635 | TAKE ONE TABLET(S) ORALLY IN THE MORNING | | | | | | | | | | | | | | | | | | | | | |
| 2/15/16 EF:2 | **Venlafaxine ER 75mg Cap** Brand: EFFEXOR XR   MARY T DAMBACHER, MD | 0700 | | | | | | | | | | | | | | | | | | | | | |
| 4/12/17 I317694 | TAKE THREE CAPSULE(S) ORALLY IN THE MORNING | | | | | | | | | | | | | | | | | | | | | |
| 2/15/16 EF:1 | **Divalproex DR 500mg Tab** Brand: DEPAKOTE   MARY T DAMBACHER, MD | 0700 | | | | | | | | | | | | | | | | | | | | | |
| 3/15/17 I317646 | TAKE ONE TABLET(S) ORALLY TWICE DAILY | 1800 | | | | | | | | | | | | | | | | | | | | | |
| 2/15/16 | **SulfaPLUS TABLET** Brand:   MARY T DAMBACHER, MD | 0700 | | | | | | | | | | | | | | | | | | | | | |
| 3/15/17 I317675 | TAKE ONE TABLET(S) ORALLY TWICE DAILY | 1900 | | | | | | | | | | | | | | | | | | | | | |
| 2/15/16 EF:2 | **ChlorproMAZINE 200mg Tab** Brand: THORAZINE   MARY T DAMBACHER, MD | 0800 | | | | | | | | | | | | | | | | | | | | | |
| 3/15/17 I317716 | TAKE ONE TABLET(S) ORALLY THREE TIMES DAILY | 1300 1900 | | | | | | | | | | | | | | | | | | | | | |
| 2/15/16 EF:1 | **ChlorproMAZINE 100mg Tab** Brand: THORAZINE   MARY T DAMBACHER, MD | 1300 | | | | | | | | | | | | | | | | | | | | | |
| 3/15/17 I317830 | TAKE ONE TABLET(S) ORALLY ONCE DAILY AT 1300 | | | | | | | | | | | | | | | | | | | | | | |

| INITIAL | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ATION | | MED DATE BIRTH OR SOC. SEC. NO. | ALLERGIES |
|---|---|---|---|
| | JIY | 89 | NO KNOWN DRUG ALLERGY |

RENT NAME AND NUMBER
USHER, TIFFANY

ACH 000101

03/23/2017   09:52                    (FAX)              P.044/219

MEDICATION ADMINISTRATION RECORD          DIAMOND    DIAMOND PHARM
                                                      1.800.552.6337

| PROPH DATE | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/15/16 EFRO 3/15/17 #317655 | Prazosin 1mg Capsule Brand: MINIPRESS  MARY T DAMBACHER, MD TAKE THREE CAPSULE(S) ORALLY (3MG) AT BEDTIME | | | | | | | | | | | | | | | | | | | | | |

| ATION | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES |
|---|---|---|
| 3 | 89 | NO KNOWN DRUG ALLERGY |
| TENT NAME AND NUMBER |

ACH 000043

THIS PAGE INTENTIONALLY LEFT BLANK

THIS PAGE INTENTIONALLY LEFT BLANK

THIS PAGE INTENTIONALLY LEFT BLANK

THIS PAGE INTENTIONALLY LEFT BLANK

THIS PAGE INTENTIONALLY LEFT BLANK

THIS PAGE INTENTIONALLY LEFT BLANK

03/23/2017   09:57                              (FAX)                    P.056/219



**PACKING SLIP - THIS IS NOT A BILL**

**Ship Information:** Please notify us of any shipping address
TIFFANY RUSHER
1 SHERIFFS PLAZA
ATTN: MEDICAL
SPRINGFIELD , IL 62701

105 MALL BLVD MONROEVILLE , PA 15146



You have the right to consult with a pharmacist about the prescriptions in this order. If you
would like to speak to a Pharmacist or have any questions about this order please call
800-238-7828 IMMEDIATELY.

Order Number: 000374755701

| Rx No | Description | Qty Ord | Qty Ship |
|-------|-------------|---------|----------|
| 14016052 | STRIBILD | 30 | 30 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**SPECIA**
IF YOU HAVE ANY A
YOUR DOCTOR PF
MEDICATION(S). F
AT 1-800-238-7828
PROFILE. YOUR ME

Call your doctor for medical
report side effects to the FD.
www.fda.gov/medwatch
Written information about thi
you. Please read this inform
If you have questions conce
available during normal busi
800-238-7828 or 800-238-7!
Do not flush unused medica

If a less expensive generically equivalent drug is available for certain brand drugs, you have the right to choose between the gen
have any questions about the availability of generically equivalent drugs for your prescriptions, please call 800-238-7828 to spea
Register on our secure website to view information about your prescriptions at www.cvsspecialty.com

Estimated Shipped Date:              02/23/2017                    **CVS/specialty**

ACH 000055

03/23/2017   09:57   (FAX)   P.057/219

ACH 000056

## Integrated MedFacts Module

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information.

## Elvitegravir, Cobicistat, Emtricitabine, and Tenofovir Disoproxil Fumarate

**Pronunciation:** (el vi TEG ra vir, koe BIK i stat, em trye SYE ta been, & ten OF oh vir dye soe PROX il FUE ma rate)
**Brand Name:** Stribild

- This drug may rarely cause swollen liver and an acid health problem in the blood. This may be deadly in some cases. The chance may be higher in women, in overweight people, and in people who have taken drugs like this one for a long time. Talk with your doctor.
- Hepatitis B has gotten worse when this drug was stopped in some people with hepatitis B. Close follow-up for a few months is needed when therapy is stopped in people who have hepatitis B. Do not stop taking this drug without calling your doctor. Talk with your doctor.
- This drug is not approved to treat hepatitis B. Hepatitis B testing needs to be done before taking this drug. Talk with your doctor.

- It is used to treat HIV infection.

- If you have an allergy to elvitegravir, cobicistat, emtricitabine, tenofovir, or any other part of this drug.
- If you are allergic to any drugs like this one, any other drugs, foods, or other substances. Tell your doctor about the allergy and what signs you had, like rash; hives; itching; shortness of breath; wheezing; cough; swelling of face, lips, tongue, or throat; or any other signs.
- If you have any of these health problems: Kidney disease or liver disease.
- If you take any drugs (prescription or OTC, natural products, vitamins) that must not be taken with this drug, like certain drugs that are used for high cholesterol, migraines, or mood problems. There are many drugs that must not be taken with this drug.
- If you are taking any of these drugs: Adefovir,

This is not a list of all drugs or health problems that interact with this drug.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- Bone problems like bone pain, soft bones, and thin bones have happened with this drug. This may lead to broken bones. You may need to have a test to check your bones. Talk with your doctor.
- Have blood work checked as you have been told by the doctor. Talk with the doctor.
- Take calcium and vitamin D as you were told by your doctor.
- This drug is not a cure for HIV. Stay under the care of your doctor.
- This drug may affect how much of some other drugs are in your body. If you are taking other drugs, talk with your doctor. You may need to have your blood work checked more closely while taking this drug with your other drugs.
- This drug does not stop the spread of diseases like HIV or hepatitis that are passed through blood or having sex. Do not have any kind of sex without using a latex or polyurethane condom. Do not share needles or other things like toothbrushes or razors. Talk with your doctor.
- Birth control pills and other hormone-based birth control may not work as well to prevent pregnancy. Use some other kind of birth control also like a condom when taking this drug.

Integrated MedFacts Module

- Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.
- Take this drug with food.
- Do not take antacids within 2 hours of this drug.

What do I do if I miss a dose?

- Take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Signs of kidney problems like unable to pass urine, change in how much urine is passed, blood in the urine, or a big weight gain.
- Signs of liver problems like dark urine, feeling tired, not hungry, upset stomach or stomach pain, light-colored stools, throwing up, or yellow skin or eyes.
- Signs of too much lactic acid in the blood (lactic acidosis) like fast breathing, fast heartbeat, a heartbeat that does not feel normal, very bad upset stomach or throwing up, feeling very sleepy, shortness of breath, feeling very tired or weak, very bad dizziness, feeling cold, or muscle pain or cramps.
- Bone pain.
- Muscle pain or weakness.
- Pain in arms or legs.
- Change in body fat.
- This drug may help the immune system work. If you have an infection that you did not know you had, it may show up when you take this drug. Tell your doctor

- Headache.
- Upset stomach.
- Loose stools (diarrhea).

These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects. You may report side effects to the FDA at 1-800-FDA-1088. You may also report side effects at http://www.fda.gov/medwatch.

If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

- Store at room temperature.
- Store in a dry place. Do not store in a bathroom.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Check with your pharmacist about how to throw out unused drugs.

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- Keep a list of all your drugs (prescription, natural products, vitamins, OTC) with you. Give this list to your doctor.
- Talk with the doctor before starting any new drug, including prescription or OTC, natural products, or vitamins.
- Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

03/23/2017    09:58    (FAX)    P.058/219

ACH 000057

## Integrated MedFacts Module

medical advice and does not replace information you
receive from the healthcare provider. You must talk with
the healthcare provider for complete information about the
risks and benefits of using this medicine.

Issue Date: February 1, 2017
Database Edition 17.1.1.002
Copyright © 2017 Wolters Kluwer Health, Inc.

McFarland

## Medication Verification Form

Date: 12-15-16   Time: 1400   Detainee name: Rusker, Tiffany ID #: [redacted]   Age: ____   DOB: [redacted] 89

Allergies: NKA   Blood sugar results (if indicated): _____   Peak flow results (if indicated): _____

Vitals (if indicated): B/P: _____   Temp: _____   Resp: _____   Pulse: _____   Pulse Ox (if indicated): _____

| | Rx Filled | # of pills in bottle | Medication Name | Medication Dose | Medication Instructions | Approved | | | Modified order or Reason Not Approved | Duration |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Yes | No | Modify | | |
| 1 | 4/29 | 1 | Clindamycin Topical solution | | Apply thin film to face Daily | X | | | Acne | |
| | Pharmacy: | | | | Script #: | | | | | |
| | Phone #: | | | | Prescriber: | | | | | |
| 2 | 9/22 | 1 | Flutexasone | | ↑ Spray @ Nare Daily | X | | | | |
| | Pharmacy: | | | | Script #: | | | | | |
| | Phone #: | | | | Prescriber: | | | | | |
| 3 | 12/9 | 3 | Stribild | | ↑ qd | X | | | | |
| | Pharmacy: | | | | Script #: | | | | | |
| | Phone #: | | | | Prescriber: | | | | | |
| 4 | 11/26 | 1 | Proventil inhaler | | ↑ Puff qd | X | | | | |
| | Pharmacy: | | | | Script #: | | | | | |
| | Phone #: | | | | Prescriber: | | | | | |
| 5 | 12/9 | 9 | Chlorpromazine 200 | | ↑ TID | X | | | | |
| | Pharmacy: | | | | Script #: | | | | | |
| | Phone #: | | | | Prescriber: | | | | | |
| 6 | 12/9 | 3 | Chlorpromazine 100mg | | ↑ q 1300 | X | | | | |
| | Pharmacy: | | | | Script #: | | | | | |
| | Phone #: | | | | Prescriber: | | | | | |

Practitioner's name: [redacted]  12-15-16 nn
Received by: _____   Date: _____

Nurse/officer's name: [redacted]
Delivered by: _____ Date: 12-15-16

00-00a.0316 Medication Verification Form

Page 1 of 1

McFarland

**Medication Verification Form**

Date: 12-15-16  Time: 1400  Detainee name: Lusher, Tiffany  ID # ████████  e: ____  DOB: ████ 89

Allergies: NKA  Blood sugar results (if indicated): _____  Peak flow results (if indicated): _____

Vitals (if indicated): B/P: _____  Temp: ____  Resp: ____  Pulse: _____  Pulse Ox (if indicated): _____

| | Rx Filled | # of pills in bottle | Medication Name | Medication Dose | Medication Instructions | Approved Yes | No | Modify | Modified order or Reason Not Approved | Duration |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/9 | 6 | Depakote | 500 | ꝷ BID | X | | | | |
| | Pharmacy: | | | | Script #: | | | | | |
| | Phone #: | | | | Prescriber: | | | | | |
| 2 | 12/9 | 3 | Loratidine | 10mg | ꝷ q̄ HS | X | | | | |
| | Pharmacy: | | | | Script #: | | | | | |
| | Phone #: | | | | Prescriber: | | | | | |
| 3 | 12/9 | 3 | Prazosin | 3mg | ꝷ q̄ HS | V | | | | |
| | Pharmacy: | | | | Script #: | | | | | |
| | Phone #: | | | | Prescriber: | | | | | |
| 4 | 12/9 | 6 | Ranitidine | 150 | ꝷ BID | V | | | | |
| | Pharmacy: | | | | Script #: | | | | | |
| | Phone #: | | | | Prescriber: | | | | | |
| 5 | 12/9 | 6 | Senna Docusate | 8.6/50 | ꝷ BID | X | | | | |
| | Pharmacy: | | | | Script #: | | | | | |
| | Phone #: | | | | Prescriber: | | | | | |
| 6 | 12/9 | 3 | multiVit | | ꝷ q̄ HS | X | | | | |
| | Pharmacy: | | | | Script #: | | | | | |
| | Phone #: | | | | Prescriber: | | | | | |

Practitioner's name: ████████  12-15-16 M
Received by: _____  Date: _____

Nurse/officer's name: ████████
Delivered by: _____  Date: 12-15-16

90-00a.f0316 Medication Verification Form

Page 1 of 1

McFarland

## Medication Verification Form

Date: 12-10-16  Time: 1400  Detainee name: Rusher, Tiffany  ID #: ▓▓▓  Age: ___  DOB: ▓▓▓ 89

Allergies: NKA  Blood sugar results (if indicated): ___  Peak flow results (if indicated): ___

Vitals (if indicated): B/P: ___  Temp: ___  Resp: ___  Pulse: ___  Pulse Ox (if indicated): ___

| | Rx Filled | # of pills in bottle | Medication Name | Medication Dose | Medication Instructions | Approved | | | Modified order or Reason Not Approved | Duration |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Yes | No | Modify | | |
| 1 | 12/9 | 3 | Effexor XR | 150m | @ AM | ✓ | | | | |
| | Pharmacy: | | | Script #: | | | | | | |
| | Phone #: | | | Prescriber: | | | | | | |
| 2 | 12/9 | 3 | Effexor XR | 25mg | @ AM | ✓ | | | | |
| | Pharmacy: | | | Script #: | | | | | | |
| | Phone #: | | | Prescriber: | | | | | | |
| 3 | | | | | | | | | | |
| | Pharmacy: | | | Script #: | | | | | | |
| | Phone #: | | | Prescriber: | | | | | | |
| 4 | | | | | | | | | | |
| | Pharmacy: | | | Script #: | | | | | | |
| | Phone #: | | | Prescriber: | | | | | | |
| 5 | | | | | | | | | | |
| | Pharmacy: | | | Script #: | | | | | | |
| | Phone #: | | | Prescriber: | | | | | | |
| 6 | | | | | | | | | | |
| | Pharmacy: | | | Script #: | | | | | | |
| | Phone #: | | | Prescriber: | | | | | | |

Practitioner's name: ▓▓▓  12-15-16 w

Received by: ___  Date: ___

Nurse/officer's name: ▓▓▓

Delivered by: ___  Date: 12-13-16

00-00a.0316 Medication Verification Form

Page 1 of 1



### ANDREW MCFARLAND M.H.C

**Unit:** *Jefferson*

**Medication Reconciliation Form**

Drug Profile is current as of 7:00 PM on 12/13/2016

Page 1 of 2
Date 12/14/2016
Time 14:11

000918537 Rusher, Tiffany  Date of Birth       39

| Drug Name | Each Individual Dose | Frequency* | Times Administered | As Needed? | Start Date | Continue Meds? Y | N | Reason for Not Continuing Med |
|---|---|---|---|---|---|---|---|---|
| ATOMOXETINE HCL 25MG CAP | 25 MG | D | 09 13 | | 9/15/16 | ☐ | ☑ | |
| Comments: | | | | | | | | |
| CHLORPROMAZINE TAB 100MG | 100 MG | D | 13 | | 10/19/16 | ☑ | ☐ | |
| Comments: MAY GIVE W/MILK / FOOD | | | | | | | | |
| CHLORPROMAZINE TAB 200MG | 200 MG | D | 09 13 18 | | 10/19/16 | ☑ | ☐ | |
| Comments: MAY GIVE W/MILK / FOOD | | | | | | | | |
| CLINDAMYCIN TOP SOL BTL | | D | 21 | | 11/29/16 | ☒ | ☐ | |
| Comments: APPLY A THIN FILM TO FACE  ACNE | | | | | | | | |
| DIPHENHYDRAMINE ELIXIR 12.5MG/5ML | 100 MG | D | Daily 01 | Yes | 11/18/16 | ☐ | ☑ | |
| Comments: DOSE = 40ML / PRN ANXIETY | | | | | | | | |
| DIVALPROEX NA ER 500MGTAB | 500 MG | D | 09 18 | | 10/19/16 | ☑ | ☐ | |
| Comments: | | | | | | | | |
| ELVIT/COBIC/EMTRICITAB/TENOFOV | 1 EA | D | 09 | | 12/1/16 | ☒ | ☐ | |
| Comments:  HIV | | | | | | | | |
| ENOXAPARIN SODIUM 40MG/0.4ML INJ | 40 MG | D | 09 | | 12/9/16 | ☐ | ☒ DC @ AD | |
| Comments: DVT PROPHYLAXIS | | | | | | | | |
| EUCERIN/HYDROPHILIC CREAM | | D | Daily 01 | Yes | 9/27/16 | ☐ | ☒ prn | |
| Comments: APPLY TO DRY SKIN PRN | | | | | | | | |
| FLUTICASONE HFA INH 220MCG | | D | 09 21 | | 10/27/16 | ☒ | ☐ | |
| Comments: 1 PUFF  ASTHMA | | | | | | | | |
| FLUTICASONE PROPIONATE NSL SPRAY | | D | 21 | Yes | 5/26/16 | ☒ | ☐ | |
| Comments: 1 SPRAY EACH NOSTRIL PRN CONGES | | | | | | | | |
| IBUPROFEN TAB 200MG | 800 MG | D | Q6 04 | Yes | 11/22/16 | ☐ | ☒ prn | |
| Comments: DOSE = 4 TABS PRN FOR PAIN | | | | | | | | |
| LORATADINE 10MG TAB | 10 MG | D | 21 | | 5/19/16 | ☒ | ☐ | |
| Comments: ALLERGIC RHINITIS | | | | | | | | |
| MG/AL HYDROXIDE 400/400& SIMETH | 15 ML | D | Q4 04 | Yes | 7/12/16 | ☐ | ☒ prn | |
| Comments: PC & AT HS PRN INDIGESTION | | | | | | | | |

* Example:  D=Daily;  02=Every Two Days;  21=Every 21 Days;  M=Monday;  T=Tuesday;  W=Wednesday;  R=Thursday;  F=Friday;  S=Saturday;  N=Sunday

P. 184/234

(FAX)

11:59

03/23/2017

ACH 143
(Organized)

P. 185/234

*ANDREW MCFARLAND M.H.C*   Unit: *Jefferson*   Page 2 of 2

**Medication Reconciliation Form**   Date 12/14/2016

Drug Profile is current as of 7:00 PM on 12/13/2016   Time 14:11

000918537 Rusher, Tiffany   Date of Birth: ████ 89

| Drug Name | Each Individual Dose | Frequency* | Times Administered | As Needed? | Start Date | Continue Meds? Y | N | Reason for Not Continuing Med |
|---|---|---|---|---|---|---|---|---|
| PRAZOSIN CAP 1MG | 1 MG | D | 18 | | 10/19/16 | ☑ | ☐ | |
| Comments: | | | | | | | | |
| PRAZOSIN CAP 2MG | 2 MG | D | 18 | | 10/19/16 | ☑ | ☐ | |
| Comments: | | | | | | | | |
| RANITIDINE HCL TAB/CAP 150MG | 150 MG | D | 09 21 | | 10/27/16 | ☑ | ☐ | |
| Comments: GASTROESOPHAGEAL REFLUX | | | | | | | | |
| SENNA/DOCUSATE SOD TAB 8.6MG/50M | 1 EA | D | 09 21 | | 5/4/16 | ☑ | ☐ | |
| Comments: CONSTIPATION | | | | | | | | |
| TRAMADOL HCL 50MG TAB | 50 MG | D | Q6 04 | Yes | 11/22/16 | ☐ | ☑ | PVO |
| Comments: PRN | | | | | | | | |
| VENLAFAXINE XR 150MG TAB/CAP | 150 MG | D | 12 | | 10/12/16 | ☑ | ☐ | |
| Comments: | | | | | | | | |
| VENLAFAXINE XR 75MG CAP | 75 MG | D | 12 | | 10/12/16 | ☑ | ☐ | |
| Comments: | | | | | | | | |
| VIT THERAPEUTIC W/MIN TAB | 1 EA | D | 09 | | 12/1/16 | ☒ | ☒ | OTC |
| Comments: NUTRITIONAL SUPPLEMENT | | | | | | | | |
| ZOLPIDEM TARTRATE 10MG TAB | 10 MG | D | 18 | | 10/19/16 | ☐ | ☑ | |
| Comments: | | | | | | | | |

| Medication Allergies | Severity | Medication Sensitivities | |
|---|---|---|---|
| No Known Allergies | | No Known Sensitivities | |

████████ (21)   12/14/16 @ 1635

'Sending Psychiatrist' Signature   Date/Time   'Receiving Medical Physician' Signature **   Date/Time

████████ (3)   12/14/16

'Sending Medical Physician' Signature **   Date/Time   'Receiving Psychiatrist' Signature   Date/Time

* Example: D=Daily; 02=Every Two Days; 21=Every 21 Days; M=Monday; T=Tuesday; W=Wednesday; R=Thursday; F=Friday; S=Saturday; N=Sunday

The Patient was given access to the following documents on Dec 9, 2016

**Clindamycin (Topical) (Pad, Lotion, Liquid, Gel/Jelly, Foam)  - DrugNote, English**

**Elvitegravir/Cobicistat/Emtricitabine/Tenofovir (Oral) (Tablet)  - DrugNote, English**

**Prazosin (Oral) (Capsule)  - DrugNote, English**

**Venlafaxine (Oral) (Capsule, Extended Release, Tablet, Tablet, Extended Release)  - DrugNote, English**

**Chlorpromazine (Oral) (Tablet, Capsule, Extended Release, Liquid)  - DrugNote, English**

**Divalproex (Oral) (Capsule, Delayed Release, Tablet, Delayed Release, Tablet, Enteric Coated, Tablet, Extended Release)  - DrugNote, English**

**Laxative, Stimulant Combination (Oral) (Tablet, Capsule, Liquid Filled, Liquid, Granule, Capsule, Powder for Suspension)  - DrugNote, English**

**Multivitamins with Minerals (Oral) (Tablet, Tablet, Chewable, Liquid, Tablet, Extended Release, Capsule, Liquid Filled, Spray, Packet, Capsule)  - DrugNote, English**

**Loratadine (Oral) (Tablet, Tablet, Disintegrating, Liquid, Capsule, Liquid Filled, Tablet, Chewable)  - DrugNote, English**

**Ranitidine (Oral) (Capsule, Tablet, Liquid, Tablet, Effervescent, Capsule, Liquid Filled, Granule)  - DrugNote, English**

**Fluticasone (Inhalation) (Aerosol Powder, Powder, Disk)  - DrugNote, English**

**Fluticasone (Nasal) (Spray)  - DrugNote, English**

ACH000231

ACH 145
(Organized)

## Clindamycin (On the skin)
## Clindamycin (klin-da-MYE-sin)

**Treats skin infections and severe acne. This medicine is an antibiotic.**

**Brand Name(s):Cleocin T , Clindacin ETZ , Clindacin P , Clindacin Pac , Clindagel , Clindets , Evoclin**
There may be other brand names for this medicine.

**When This Medicine Should Not Be Used:**
This medicine is not right for everyone. Do not use it if you had an allergic reaction to clindamycin or you have a history of intestinal or stomach disorders or colitis.

**How to Use This Medicine:**
**Pad, Lotion, Liquid, Gel/Jelly, Foam**

- Your doctor will tell you how much medicine to use. Do not use more than directed.
- Use this medicine only on your skin. Rinse it off right away if it gets on a cut or scrape. Do not get the medicine in your eyes, nose, or mouth.
- Wash your hands with soap and water before and after you use this medicine.
- **Liquid:** Shake well just before each use. Apply a thin layer of the medicine to the affected area. Rub it in gently.
- **Foam:** Do not spray the foam directly onto your hand. It will begin to melt as soon as it touches your skin. Instead, spray the foam onto a tissue, the cap from the medicine can, or a cool surface. Then dip your fingertips into the foam to pick up small amounts of the medicine and apply to the affected skin areas. Gently massage the foam into your skin until it disappears.
- If the **foam** can is warm, the medicine may become watery. You may cool the can by running it under cold water from a faucet. Do not refrigerate the can.
- **Missed dose:** Take a dose as soon as you remember. If it is almost time for your next dose, wait until then and take a regular dose. Do not take extra medicine to make up for a missed dose.
- Store the medicine in a closed container at room temperature, away from heat, moisture, and direct light. Do not freeze.

**Drugs and Foods to Avoid:**
**Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.**

- Do not apply other prescription medicines when you apply clindamycin.
- Some cosmetics may cause your acne to get worse, or cause clindamycin to irritate your skin. Use only water-based cosmetics.

**Warnings While Using This Medicine:**

- Tell your doctor if you are pregnant or breastfeeding, or if you have any allergies.
- This medicine can cause diarrhea. Call your doctor if the diarrhea becomes severe, does not stop, or is bloody. Do not take any medicine to stop diarrhea until you have talked to your doctor. Diarrhea can occur 2 months or more after you stop taking this medicine.

ACH000232

ACH 146
(Organized)

- This medicine may make your skin more sensitive to sunlight. Wear sunscreen. Do not use sunlamps or tanning beds.
- Tell any doctor or dentist who treats you that you are using this medicine. You may need to stop using this medicine several days before you have surgery or medical tests.
- Keep all medicine out of the reach of children. Never share your medicine with anyone.

**Possible Side Effects While Using This Medicine:**
**Call your doctor right away if you notice any of these side effects:**

- Allergic reaction: Itching or hives, swelling in your face or hands, swelling or tingling in your mouth or throat, chest tightness, trouble breathing
- Severe diarrhea (watery or bloody)

**If you notice these less serious side effects, talk with your doctor:**

- Burning where the medicine is applied
- Skin rash or very small pimples
- Stomach pain or upset

**If you notice other side effects that you think are caused by this medicine, tell your doctor.**
**Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088**

© 2016 Truven Health Analytics Inc. Generated on Friday, December 9, 2016 2:44:20 PM

ACH000233

ACH 147
(Organized)

**Elvitegravir/Cobicistat/Emtricitabine/Tenofovir (By mouth)**
**Cobicistat (koe-BIK-i-stat), Elvitegravir (el-vi-TEG-ra-vir), Emtricitabine (em-trye-SYE-ta-been), Tenofovir Disoproxil Fumarate (ten-OF-oh-vir dye-soe-PROX-il FUE-ma-rate)**

**Treats HIV infection. HIV causes AIDS. This medicine does not cure HIV or AIDS, but combinations of drugs may slow the progress of the disease.**

**Brand Name(s):Stribild**
There may be other brand names for this medicine.

**When This Medicine Should Not Be Used:**
This medicine is not right for everyone. Do not use it if you had an allergic reaction to elvitegravir, cobicistat, emtricitabine, or tenofovir.

**How to Use This Medicine:**
**Tablet**

- Your doctor will tell you how much medicine to use. Do not use more than directed.
- Do not stop using this medicine without checking first with your doctor. If you stop the medicine even for a short time, the virus may become harder to treat. Contact your doctor or pharmacist when your supply is running low so you do not run out.
- It is best to take this medicine with food or milk.
- Read and follow the patient instructions that come with this medicine. Talk to your doctor or pharmacist if you have any questions.
- **Missed dose:** Take a dose as soon as you remember. If it is almost time for your next dose, wait until then and take a regular dose. Do not take extra medicine to make up for a missed dose.
- Store the medicine in a closed container at room temperature, away from heat, moisture, and direct light. Keep the medicine in the original bottle. Keep the bottle tightly closed.

**Drugs and Foods to Avoid:**
**Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.**

- Do not use this medicine together with alfuzosin, carbamazepine, cisapride, dihydroergotamine, ergotamine, lovastatin, lurasidone, methylergonovine, oral midazolam, phenobarbital, phenytoin, pimozide, rifampin, sildenafil, simvastatin, St John's wort, or triazolam.
- There are many other drugs that can interact with this medicine. Make sure your doctor knows about **all** other medicines you are using, especially any of the following:
  - Atorvastatin, bosentan, colchicine, cyclosporine, dexamethasone, fluticasone, ledipasvir/sofosbuvir, oxcarbazepine, quetiapine, rifabutin, rifapentine, salmeterol, sirolimus, tacrolimus
  - Birth control pills
  - Blood pressure medicine
  - Blood thinner (including warfarin)
  - Medicine for heart rhythm problems

ACH000234

ACH 148
(Organized)

  ○ Medicine to treat an infection
  ○ NSAID pain or arthritis medicine (including aspirin, celecoxib, diclofenac, ibuprofen, naproxen)
- Take antacids at least **2 hours before or after** you take this medicine.

**Warnings While Using This Medicine:**

- Tell your doctor if you are pregnant, or if you have kidney problems, liver disease (including hepatitis B), or bone problems (including osteoporosis).
- Do not breastfeed. You can spread HIV or AIDS to your baby through your breast milk.
- This medicine may cause the following problems:
  ○ Lactic acidosis
  ○ Severe liver problems
  ○ Worsening of hepatitis B infection
  ○ Kidney problems
  ○ Lower bone mineral density
- Your immune system may get stronger when you start taking HIV medicines. This could cause a hidden infection in your body to become active. Tell your doctor right away if you notice any changes in your health.
- This medicine will not keep you from giving HIV to others. Always practice safe sex, even if your partner also has HIV. Do not share needles or other items that may have blood or body fluids on them.
- Your doctor will do lab tests at regular visits to check on the effects of this medicine. Keep all appointments.
- Keep all medicine out of the reach of children. Never share your medicine with anyone.

**Possible Side Effects While Using This Medicine:**
**Call your doctor right away if you notice any of these side effects:**

- Allergic reaction: Itching or hives, swelling in your face or hands, swelling or tingling in your mouth or throat, chest tightness, trouble breathing
- Bone, joint, or muscle pain
- Change in how much or how often you urinate, cloudy urine
- Dark urine or pale stools, vomiting, loss of appetite, stomach pain, yellow skin or eyes
- Fast breathing, trouble breathing, nausea and vomiting, lightheadedness, severe weakness, tiredness, confusion

**If you notice these less serious side effects, talk with your doctor:**

- Diarrhea, nausea
- Weight gain around your neck, upper back, breast, or waist, moon-shaped face

**If you notice other side effects that you think are caused by this medicine, tell your doctor.**
**Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088**

© 2016 Truven Health Analytics Inc. **Generated on Friday, December 9, 2016 2:44:20 PM**

ACH000235

ACH 149
(Organized)

**Prazosin (By mouth)**
**Prazosin (PRAZ-oh-sin)**

**Treats high blood pressure.**

**Brand Name(s):Minipress**
There may be other brand names for this medicine.

**When This Medicine Should Not Be Used:**
This medicine is not right for everyone. Do not use it if you had an allergic reaction to prazosin or quinazolines.

**How to Use This Medicine:**
**Capsule**

- Take your medicine as directed. Your dose may need to be changed several times to find what works best for you.
- **Missed dose:** Take a dose as soon as you remember. If it is almost time for your next dose, wait until then and take a regular dose. Do not take extra medicine to make up for a missed dose.
- Store the medicine in a closed container at room temperature, away from heat, moisture, and direct light.

**Drugs and Foods to Avoid:**
**Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.**

- Some medicines can affect how prazosin works. Tell your doctor if you also use any of the following:
  - Sildenafil, tadalafil, vardenafil, or similar medicines
  - Beta-blockers, including propranolol
  - Diuretic (water pill)

**Warnings While Using This Medicine:**

- Tell your doctor if you are pregnant or breastfeeding, or if you have kidney disease or cataracts.
- This medicine could lower your blood pressure too much, especially when you first use it or if you are dehydrated. This can make you dizzy or lightheaded. Do not drive or do anything else that could be dangerous until you know how this medicine affects you. Stand or sit up slowly if you feel lightheaded or dizzy. These symptoms may be worse if you drink alcohol.
- Tell any doctor or dentist who treats you that you are using this medicine. This medicine may affect certain medical test results.
- Your doctor will check your progress and the effects of this medicine at regular visits. Keep all appointments.
- Keep all medicine out of the reach of children. Never share your medicine with anyone.

ACH000236

ACH 150
(Organized)

**Possible Side Effects While Using This Medicine:**
**Call your doctor right away if you notice any of these side effects:**

- Allergic reaction: Itching or hives, swelling in your face or hands, swelling or tingling in your mouth or throat, chest tightness, trouble breathing
- Fast, pounding, or uneven heartbeat
- Lightheadedness, dizziness, or fainting
- Painful erection of your penis for more than 4 hours

**If you notice these less serious side effects, talk with your doctor:**

- Headache
- Tiredness

**If you notice other side effects that you think are caused by this medicine, tell your doctor.**
**Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088**

© 2016 Truven Health Analytics Inc. Generated on Friday, December 9, 2016 2:44:20 PM

ACH000237

ACH 151
(Organized)

**Venlafaxine (By mouth)**
**Venlafaxine (ven-la-FAX-een)**

**Treats depression, generalized anxiety disorder, panic disorder, and social anxiety disorder.**

**Brand Name(s):Effexor XR**
There may be other brand names for this medicine.

**When This Medicine Should Not Be Used:**
This medicine is not right for everyone. Do not use it if you had an allergic reaction to venlafaxine.

**How to Use This Medicine:**
**Long Acting Capsule, Tablet, Long Acting Tablet**

- Take your medicine as directed. Your dose may need to be changed several times to find what works best for you.
- It is best to take the **extended-release form** at the same time each day (either in the morning or evening).
- It is best to take this medicine with food or milk.
- Swallow the extended-release capsule whole. Do not crush, break, or chew it. Do not place the capsule in a liquid.
- If you cannot swallow the extended-release capsule, you may open it and pour the medicine into a small amount of soft food such as pudding, yogurt, or applesauce. Stir this mixture well and swallow it without chewing.
- This medicine should come with a Medication Guide. Ask your pharmacist for a copy if you do not have one.
- **Missed dose:** Take a dose as soon as you remember. If it is almost time for your next dose, wait until then and take a regular dose. Do not take extra medicine to make up for a missed dose.
- Store the medicine in a closed container at room temperature, away from heat, moisture, and direct light.

**Drugs and Foods to Avoid:**
**Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.**

- Do not use this medicine if you have used an MAO inhibitor (MAOI), such as methylene blue or linezolid, within the past 14 days. Do not take an MAO inhibitor for at least 7 days after you stop this medicine.
- Some medicines can affect how venlafaxine works. Tell your doctor if you are using the following:
  - Buspirone, cimetidine, fentanyl, ketoconazole, lithium, metoprolol, St John's wort, tramadol, tryptophan supplements, or warfarin
  - A diuretic (water pill), a tricyclic antidepressant, a triptan medicine for migraine headaches, medicine to lose weight (such as phentermine), or an NSAID pain or arthritis medicine (such as aspirin, celecoxib, diclofenac, ibuprofen, naproxen)

ACH000238

ACH 152
(Organized)

- Tell your doctor if you use anything else that makes you sleepy. Some examples are allergy medicine, narcotic pain medicine, and alcohol.

**Warnings While Using This Medicine:**

- Tell your doctor if you are pregnant or breastfeeding, or if you have kidney disease, liver disease, glaucoma, heart disease, high blood pressure, or thyroid problems. Tell your doctor if you have a history of seizures or heart attack.
- For some children, teenagers, and young adults, this medicine may increase mental or emotional problems. This may lead to thoughts of suicide and violence. Talk with your doctor right away if you have any thoughts or behavior changes that concern you. Tell your doctor if you or anyone in your family has a history of bipolar disorder or suicide attempts.
- This medicine may cause the following problems:
  - Serotonin syndrome (when taken with certain medicines)
  - Low sodium levels (more common in elderly patients and those who take diuretics or become dehydrated)
  - Increased cholesterol levels
  - Increased blood pressure
  - Bleeding problems (more likely when taken with aspirin, other NSAIDs, or warfarin)
  - Interstitial lung disease and eosinophilic pneumonia
- This medicine may make you dizzy or drowsy. Do not drive or do anything that could be dangerous until you know how this medicine affects you.
- Do not stop using this medicine suddenly. Your doctor will need to slowly decrease your dose before you stop it completely.
- Your doctor will do lab tests at regular visits to check on the effects of this medicine. Keep all appointments.
- Keep all medicine out of the reach of children. Never share your medicine with anyone.

**Possible Side Effects While Using This Medicine:**
**Call your doctor right away if you notice any of these side effects:**

- Allergic reaction: Itching or hives, swelling in your face or hands, swelling or tingling in your mouth or throat, chest tightness, trouble breathing
- Anxiety, restlessness, fever, sweating, muscle spasms, nausea, vomiting, diarrhea, seeing or hearing things that are not there
- Blistering, peeling, red skin rash
- Chest pain, cough, trouble breathing
- Confusion, weakness, and muscle twitching
- Eye pain, vision changes, seeing halos around lights
- Fast or pounding heartbeat
- Feeling more excited or energetic than usual
- Headache, trouble concentrating, memory problems, unsteadiness
- Seizures
- Trouble sleeping, nervousness, unusual dreams
- Unusual behavior, thoughts of hurting yourself or others
- Unusual bleeding or bruising

**If you notice these less serious side effects, talk with your doctor:**

- Dry mouth
- Headache
- Mild nausea, constipation, vomiting, loss of appetite, weight loss

ACH000239

ACH 153
(Organized)

CareNotes® System                                                    Page 10 of 27

- Sexual problems
- Sleepiness or unusual drowsiness

**If you notice other side effects that you think are caused by this medicine, tell your doctor.**
**Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088**

© 2016 Truven Health Analytics Inc. Generated on Friday, December 9, 2016 2:44:20 PM

ACH000240

ACH 154
(Organized)

### Chlorpromazine (By mouth)
### Chlorpromazine (klor-PROE-ma-zeen)

**Treats bipolar disorder, schizophrenia, tetanus, porphyria, severe hiccups, and severe nausea and vomiting. Also used to reduce anxiety before surgery. This medicine is a phenothiazine.**

#### Brand Name(s):
There may be other brand names for this medicine.

#### When This Medicine Should Not Be Used:
This medicine is not right for everyone. Do not use it if you had an allergic reaction to chlorpromazine or any other phenothiazine drug.

#### How to Use This Medicine:
#### Tablet, Long Acting Capsule, Liquid

- Take your medicine as directed. Your dose may need to be changed several times to find what works best for you.
- Do not crush or chew the **tablet** or **capsule**.
- **Missed dose:** Take a dose as soon as you remember. If it is almost time for your next dose, wait until then and take a regular dose. Do not take extra medicine to make up for a missed dose.
- Store the medicine in a closed container at room temperature, away from heat, moisture, and direct light.

#### Drugs and Foods to Avoid:
**Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.**

- Many other drugs can interact with chlorpromazine. Tell your doctor about all other medicines you are taking, including the following:
  - Blood thinner, such as warfarin
  - Blood pressure medicine, such as atenolol, guanethidine, metoprolol, propranolol
  - Diuretic (water pill), such as hydrochlorothiazide
  - Lithium
  - Medicine to treat muscle spasms, such as atropine
  - Seizure medicine
- Tell your doctor if you use anything else that makes you sleepy. Some examples are allergy medicine, narcotic pain medicine, and alcohol.

#### Warnings While Using This Medicine:

- Tell your doctor if you are pregnant or breastfeeding, or if you have asthma, emphysema, breast cancer, trouble urinating, glaucoma, seizures, or a bone marrow or blood disorder. Tell your doctor if you have heart, kidney, or liver disease, or lupus.
- This medicine may cause drowsiness or affect your sight. Do not drive or do anything that could be dangerous until you know how this medicine affects you.
- This medicine may cause the following problems:

ACH000241

- Neuroleptic malignant syndrome (NMS)
- Tardive dyskinesia
- This medicine may make your skin more sensitive to sunlight. Wear sunscreen. Do not use sunlamps or tanning beds.
- Do not stop using this medicine suddenly. Your doctor will need to slowly decrease your dose before you stop it completely.
- Tell any doctor or dentist who treats you that you are using this medicine. This medicine may affect certain medical test results.
- Tell any doctor or dentist who treats you that you are using this medicine. You may need to stop using this medicine several days before you have surgery or medical tests.
- Keep all medicine out of the reach of children. Never share your medicine with anyone.

**Possible Side Effects While Using This Medicine:**
**Call your doctor right away if you notice any of these side effects:**

- Allergic reaction: Itching or hives, swelling in your face or hands, swelling or tingling in your mouth or throat, chest tightness, trouble breathing
- Drowsiness or dizziness, confusion
- Fast or uneven heartbeat
- Jerky muscle movement you cannot control (often in your face, tongue, or jaw)
- Seizures

**If you notice these less serious side effects, talk with your doctor:**

- Agitation, restlessness, or insomnia
- Weakness

**If you notice other side effects that you think are caused by this medicine, tell your doctor.**
**Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088**

© 2016 Truven Health Analytics Inc. Generated on Friday, December 9, 2016 2:44:20 PM

ACH000242

**Divalproex (By mouth)**
**Divalproex Sodium (dye-VAL-proe-ex SOE-dee-um)**

**Treats seizures. Also treats bipolar disorder and helps prevent migraine headaches.**

**Brand Name(s):Depakote , Depakote ER , Depakote Sprinkles**
There may be other brand names for this medicine.

**When This Medicine Should Not Be Used:**
This medicine is not right for everyone. Do not use it if you had an allergic reaction to divalproex, valproate sodium, valproic acid, if you are pregnant, or if you have liver disease or certain genetic disorders (such as urea cycle disorder or mitochondrial disorders).

**How to Use This Medicine:**
**Delayed Release Capsule, Delayed Release Tablet, Coated Tablet, Long Acting Tablet**

- Take your medicine as directed. Your dose may need to be changed several times to find what works best for you.
- You may take this medicine with food to decrease stomach upset.
- **Capsule, tablet, or extended-release tablet:** Swallow the medicine whole. Do not crush, break, or chew it.
- **Sprinkle capsule:** You may open the capsule and pour the medicine into a small amount of soft food such as pudding or applesauce. Stir this mixture well and swallow it without chewing.
- This medicine should come with a Medication Guide. Ask your pharmacist for a copy if you do not have one.
- **Missed dose:** Take a dose as soon as you remember. If it is almost time for your next dose, wait until then and take a regular dose. Do not take extra medicine to make up for a missed dose. If you miss 2 or more doses, call your doctor.
- Store the medicine in a closed container at room temperature, away from heat, moisture, and direct light.

**Drugs and Foods to Avoid:**
**Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.**

- Some medicines can affect how divalproex sodium works. Tell your doctor if you are using any of the following:
  - Amitriptyline, aspirin, clonazepam, diazepam, nortriptyline, rifampin, ritonavir, rufinamide, tolbutamide, zidovudine
  - Carbapenem antibiotic (including ertapenem, imipenem, meropenem)
  - Blood thinner (including warfarin)
  - Other seizure medicines (including carbamazepine, ethosuximide, felbamate, lamotrigine, phenobarbital, phenytoin, primidone, topiramate)
- Alcohol, narcotic pain relievers, or sleeping pills may cause you to feel more lightheaded, dizzy, or faint when used with this medicine.

ACH000243

ACH 157
(Organized)

## Warnings While Using This Medicine:

- It is not safe to take this medicine during pregnancy. It could harm an unborn baby. Tell your doctor right away if you become pregnant.
- Tell your doctor if you are breastfeeding, or if you have kidney disease, a blood disease, or pancreas problems.
- This medicine may cause depression or thoughts of suicide. Tell your doctor if you have a history of depression or mental illness.
- This medicine may cause the following problems:
  - Liver problems
  - Pancreatitis
  - Hyperammonemic encephalopathy (too much ammonia in your blood)
  - Thrombocytopenia (decrease in blood cells that affect clotting)
  - Hypothermia (low body temperature)
  - Drug reaction with eosinophilia and systemic symptoms (DRESS), which may damage organs such as the liver, kidney, or heart
- This medicine may make you dizzy or drowsy. Do not drive or do anything that could be dangerous until you know how this medicine affects you.
- Do not stop using this medicine suddenly. Your doctor will need to slowly decrease your dose before you stop it completely.
- Tell any doctor or dentist who treats you that you are using this medicine. This medicine may affect certain medical test results.
- Your doctor will check your progress and the effects of this medicine at regular visits. Keep all appointments.
- Keep all medicine out of the reach of children. Never share your medicine with anyone.

## Possible Side Effects While Using This Medicine:
## Call your doctor right away if you notice any of these side effects:

- Allergic reaction: Itching or hives, swelling in your face or hands, swelling or tingling in your mouth or throat, chest tightness, trouble breathing
- Blistering, peeling, or red skin rash
- Confusion, problems with memory, unusual drowsiness, clumsiness
- Dark urine or pale stools, loss of appetite, stomach pain, yellow skin or eyes
- Fever, rash, swollen glands in the neck, armpit, or groin
- Sudden and severe stomach pain, nausea, vomiting, lightheadedness
- Thoughts of hurting yourself, depression, unusual changes in behavior or moods
- Unusual bleeding, bruising, or weakness

## If you notice these less serious side effects, talk with your doctor:

- Diarrhea, stomach upset
- Hair loss
- Tiredness, sleepiness
- Trouble sleeping, tremor
- Vision changes, dizziness, headache

## If you notice other side effects that you think are caused by this medicine, tell your doctor.
## Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088

© 2016 Truven Health Analytics Inc. Generated on Friday, December 9, 2016 2:44:20 PM

ACH000244

ACH 158
(Organized)

**Laxative, Stimulant Combination (By mouth)**
**Treats constipation by helping you have a bowel movement.**

**Brand Name(s):Doc-Q-Lax , Dok Plus , Good Neighbor Pharmacy Stool Softener &
Laxative , Good Sense Stimulant Laxative Plus , Laxacin , Medi-Laxx , Peri-Colace ,
Rite Aid Laxative and Stool Softener , Rite Aid P Col-Rite , Senexon-S , Senna-S ,
Senna-Time S , SennaLax-S , SennaPrompt , Senokot S**
There may be other brand names for this medicine.

**When This Medicine Should Not Be Used:**
You should not use this medicine if you have had an allergic reaction to senna, sennosides,
docusate, casanthranol, or psyllium. Some brand names for these medicines are Correctol®
stool softener, Ex-Lax®, Colace®, or Metamucil®. Make sure your doctor knows if you are
allergic to any other laxative medicines.

**How to Use This Medicine:**
**Tablet, Liquid Filled Capsule, Liquid, Granule, Capsule, Powder for Suspension**

- Your doctor will tell you how much medicine to use. Do not use more than directed.
- If you have had a sudden change in your bowel movements in the past two weeks, ask
  your doctor before using this medicine.
- Follow the instructions on the medicine label if you are using this medicine without a
  prescription.
- Drink a full glass of water when you take this medicine. One full glass of water is
  about 8 ounces or 1 cup. Drinking 6 to 8 full glasses of water every day will help keep
  your bowel movements soft.
- You might need to mix the **granules** or **powder** with water before you take each
  dose. Drink this mixture right away. Do not swallow the **granules** or **powder** dry
  unless the directions say you can.
- Measure the oral liquid medicine with a marked measuring spoon, oral syringe, or
  medicine cup.
- Use this medicine at bedtime, unless your doctor tells you otherwise.

**If a dose is missed:**

- Take a dose as soon as you remember. If it is almost time for your next dose, wait
  until then and take a regular dose. Do not take extra medicine to make up for a
  missed dose.

**How to Store and Dispose of This Medicine:**

- Store the medicine in a closed container at room temperature, away from heat,
  moisture, and direct light.
- Ask your pharmacist, doctor, or health caregiver about the best way to dispose of any
  outdated medicine or medicine no longer needed.
- Keep all medicine out of the reach of children. Never share your medicine with anyone.

ACH000245

**Drugs and Foods to Avoid:**
**Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.**

- Make sure your doctor knows if you are also using mineral oil.
- Some laxatives need to be taken 2 hours before or 2 hours after other medicines. If you need to take any other medicine, ask your health caregiver if you need to follow a special schedule.

**Warnings While Using This Medicine:**

- Make sure your doctor knows if you are pregnant or breast feeding.
- Do not use this medicine if you have stomach pain, nausea, or vomiting, unless your health caregiver tells you to use it.
- If you do not have a bowel movement after using this medicine, talk to your doctor. Most people will have a bowel movement within 6 to 12 hours after using this laxative.
- You should not use this laxative for more than 1 week unless your doctor says it is okay. Laxatives may be habit-forming and can harm your bowels if you use them too long.

**Possible Side Effects While Using This Medicine:**
**Call your doctor right away if you notice any of these side effects:**

- Bleeding from your rectum.
- Skin rash.
- Urine turns a different color.

**If you notice these less serious side effects, talk with your doctor:**

- Diarrhea, cramps, nausea, burping.

**If you notice other side effects that you think are caused by this medicine, tell your doctor.**
**Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088**

© 2016 Truven Health Analytics Inc. Generated on Friday, December 9, 2016 2:44:20 PM

ACH000246

**Multivitamins with Minerals (By mouth)**
**Multivitamins with minerals are given to people who need more vitamins and minerals in their diet.**

**Brand Name(s):Ace + Z , Aces , Aces Plus Zinc , Activite EC , Advanced Calcium Formula , Airborne , AquADEKs , Basic's Women's Multivitamin Health Formula , Bee Zee , Bugs Bunny Complete , Calcet Citrate Creamy Bites , Calcium Plus , Calna , Caltrate Plus , Cardi-Rite**
There may be other brand names for this medicine.

**When This Medicine Should Not Be Used:**
You should not use this medicine if you have had an allergic reaction to a vitamin, multivitamin, or any mineral (such as fluoride, calcium, iron, zinc, and others).

**How to Use This Medicine:**
**Tablet, Chewable Tablet, Liquid, Long Acting Tablet, Liquid Filled Capsule, Spray, Packet, Capsule**

- Your doctor will tell you how much medicine to use. Do not use more than directed.
- Follow the instructions on the medicine label if you are using this medicine without a prescription.
- Swallow the **capsule** or **tablet** whole, unless the directions say you can break, crush, or chew the vitamin. Some tablets have a special coating and should not be chewed. **Chewable tablets** should be chewed thoroughly before swallowing.
- Measure the **oral liquid** vitamins with a marked measuring spoon, oral syringe, medicine dropper, or medicine cup. You may mix the liquid with food.
- For **spray** vitamins: Spray the liquid directly into your mouth, on the inside of your cheek. Wait 30 seconds before swallowing.

**If a dose is missed:**

- If a dose is missed, you can take it when you remember.
- It is generally not harmful if you miss a dose of a multivitamin.

**How to Store and Dispose of This Medicine:**

- Store at room temperature in a closed container away from heat, moisture, and light. Do not freeze.
- Keep all medicine away from children.

**Drugs and Foods to Avoid:**


**Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.**


**Warnings While Using This Medicine:**

ACH000247

- If you are pregnant or breast feeding, check with your doctor. It is very important during this time to take the right vitamins in the right amounts.
- Make sure your doctor knows if you have kidney disease. You should not use certain brands of this medicine if you have kidney disease or are on dialysis, because they may harm your kidneys. Ask your caregiver what brands are best for you.
- This medicine might contain phenylalanine (aspartame). This is only a concern if you have a disorder called phenylketonuria (a problem with amino acids). Talk to your doctor before using this medicine.
- You should not use more of this medicine than your doctor has ordered or more than the label on the bottle recommends. Certain vitamins can build up in the body and may cause harm.
- Vitamin supplements can sometimes make the stool darker and the urine dark yellow. This is normal.

**Possible Side Effects While Using This Medicine:**
**If you notice these less serious side effects, talk with your doctor:**

- Tiredness
- Loss of appetite, indigestion, or nausea
- Staining of teeth
- Constipation or diarrhea

**If you notice other side effects that you think are caused by this medicine, tell your doctor.**
**Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088**

© 2016 Truven Health Analytics Inc. Generated on Friday, December 9, 2016 2:44:20 PM

ACH000248

**Loratadine (By mouth)**
**Loratadine (lor-A-ta-deen)**

**Treats allergy symptoms and hives.**

**Brand Name(s):Alavert , Allergy , Brite-Life Allergy Relief , Children's Claritin , Children's Claritin Allergy , Children's Loratadine , Children's Loratadine Allergy , Claritin , Claritin 24HR , Claritin Liqui-Gels , Claritin RediTabs , Good Neighbor Loratadine , Good Neighbor Pharmacy Children's Loratadine , Good Neighbor Pharmacy Loratadine , Good Sense Allergy Relief**
There may be other brand names for this medicine.

**When This Medicine Should Not Be Used:**
You should not use this medicine if you have had an allergic reaction to loratadine. Do not give any over-the-counter (OTC) cough and cold medicine to a baby or child under 4 years old. Using these medicines in very young children might cause serious or possibly life-threatening side effects.

**How to Use This Medicine:**
**Tablet, Dissolving Tablet, Liquid, Liquid Filled Capsule, Chewable Tablet**

- Your doctor will tell you how much of this medicine to use and how often. Do not use more medicine or use it more often than your doctor tells you to.
- Follow the instructions on the medicine label if you are using this medicine without a prescription.
- After you remove a **rapidly disintegrating tablet (Reditab®)** from the package, use it right away by putting the tablet on your tongue. The tablet will break up and dissolve quickly. You may take the tablet with or without water.
- Measure the oral liquid medicine with a marked measuring spoon, oral syringe, or medicine cup.

**If a dose is missed:**

- If you miss a dose or forget to take your medicine, take it as soon as you can. If it is almost time for your next dose, wait until then to take the medicine and skip the missed dose.
- Do not use extra medicine to make up for a missed dose.

**How to Store and Dispose of This Medicine:**

- Store the medicine at room temperature, away from heat and direct light. Do not freeze.
- Ask your pharmacist, doctor, or health caregiver about the best way to dispose of any outdated medicine or medicine no longer needed.
- Keep all medicine out of the reach of children and never share your medicine with anyone.

**Drugs and Foods to Avoid:**

ACH000249

ACH 163
(Organized)

CareNotes® System

**Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.**

**Warnings While Using This Medicine:**

- Make sure your doctor knows if you are pregnant or breastfeeding, or if you have liver disease or kidney disease.

**Possible Side Effects While Using This Medicine:**
**Call your doctor right away if you notice any of these side effects:**

- Allergic reaction: Itching or hives, swelling in face or hands, swelling or tingling in the mouth or throat, tightness in chest, trouble breathing
- Extreme weakness
- Fast or irregular heartbeat
- Uncontrolled movements of the head, neck, eyes or tongue

**If you notice these less serious side effects, talk with your doctor:**

- Cough, sore throat, hoarseness
- Drowsiness
- Dry mouth
- Headache
- Nervousness
- Red, irritated eyes

**If you notice other side effects that you think are caused by this medicine, tell your doctor.**
**Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088**

© 2016 Truven Health Analytics Inc. Generated on Friday, December 9, 2016 2:44:20 PM

ACH000250

**Ranitidine (By mouth)**
**Ranitidine Hydrochloride (ra-NI-ti-deen hye-droe-KLOR-ide)**

**Treats and prevents heartburn. Also treats stomach ulcers, gastroesophageal reflux disease (GERD), and conditions that cause too much stomach acid.**

**Brand Name(s):DermaSilkRx Anodynexa Pak , DermacinRx Inflammatral Pak , Good Neighbor Pharmacy Acid Control 150 , Good Neighbor Pharmacy Acid Reducer , Good Sense Acid Reducer , Leader Acid Control , Leader raNITIdine HCl , Rite Aid Acid Reducer , Sunmark Acid Reducer , TopCare Heartburn Relief 150 , TopCare Heartburn Relief 75 , Zantac , Zantac 150 , Zantac 300 , Zantac 75**
There may be other brand names for this medicine.

**When This Medicine Should Not Be Used:**
This medicine is not right for everyone. Do not use it if you had an allergic reaction to ranitidine.

**How to Use This Medicine:**
**Capsule, Tablet, Liquid, Fizzy Tablet, Liquid Filled Capsule, Granule**

- Your doctor will tell you how much medicine to use. Do not use more than directed.
- Follow the instructions on the medicine label if you are using this medicine without a prescription.
- Measure the oral liquid medicine with a marked measuring spoon, oral syringe, or medicine cup.
- The **effervescent tablet** should not be chewed, swallowed whole, or dissolved on the tongue. The **Zantac 25 EFFERdose Tablet** should be mixed in 1 teaspoon (or more) of water. Do not drink the liquid until the tablet is completely dissolved.
- If you are using this medicine to prevent heartburn, take it 30 to 60 minutes before you eat or drink anything that causes you to have heartburn.
- **Missed dose:** Take a dose as soon as you remember. If it is almost time for your next dose, wait until then and take a regular dose. Do not take extra medicine to make up for a missed dose.
- Store the medicine in a closed container at room temperature, away from heat, moisture, and direct light. You may store the **oral liquid** in the refrigerator.

**Drugs and Foods to Avoid:**
**Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.**

- Some medicines can affect how ranitidine works. Tell your doctor if you are using the following:
    - Atazanavir
    - Delavirdine
    - Gefitinib
    - Glipizide
    - Ketoconazole
    - Midazolam
    - Triazolam

ACH000251

- Warfarin

**Warnings While Using This Medicine:**

- Tell your doctor if you are pregnant or breastfeeding, or if you have kidney disease, liver disease, or a history of acute porphyria.
- **EFFERdose® tablets** contain phenylalanine. If you have phenylketonuria (PKU), talk to your doctor before you use this medicine.
- Tell any doctor or dentist who treats you that you are using this medicine. This medicine may affect certain medical test results.
- Keep all medicine out of the reach of children. Never share your medicine with anyone.

**Possible Side Effects While Using This Medicine:**
**Call your doctor right away if you notice any of these side effects:**

- Allergic reaction: Itching or hives, swelling in your face or hands, swelling or tingling in your mouth or throat, chest tightness, trouble breathing
- Blistering, peeling, red skin rash
- Dark urine or pale stools, nausea, vomiting, loss of appetite, stomach pain, yellow skin or eyes
- Fast, slow, or uneven heartbeat
- Unusual bleeding, bruising, or weakness

**If you notice these less serious side effects, talk with your doctor:**

- Constipation or diarrhea
- Headache
- Mild nausea, vomiting, or stomach pain

**If you notice other side effects that you think are caused by this medicine, tell your doctor.**
**Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088**

© 2016 Truven Health Analytics Inc. Generated on Friday, December 9, 2016 2:44:20 PM

ACH000252

ACH 166
(Organized)

CareNotes® System

**Fluticasone (By breathing)**
**Fluticasone (floo-TIK-a-sone)**

**Prevents asthma attacks. This medicine is a corticosteroid.**

**Brand Name(s):Arnuity Ellipta , Flovent Diskus , Flovent HFA**
There may be other brand names for this medicine.

**When This Medicine Should Not Be Used:**
This medicine is not right for everyone. Do not use it if you had an allergic reaction to
fluticasone or while you are having an asthma attack. Do not use Arnuity™ Ellipta® or
Flovent® Diskus® if you are allergic to milk proteins.

**How to Use This Medicine:**
**Powder Under Pressure, Powder, Disk**

- Take your medicine as directed. Your dose may need to be changed several times to
  find what works best for you.
- Read and follow the patient instructions that come with this medicine. Talk to your
  doctor or pharmacist if you have any questions. Your doctor or pharmacist should also
  show you how to use the inhaler.
- Do not breathe into the inhaler. To inhale this medicine, breathe out fully, trying to get
  as much air out of the lungs as possible. Put the mouthpiece just in front of your
  mouth with the canister upright. Open your mouth and breathe in slowly and deeply
  (like yawning), and at the same time firmly press down on the top of the canister
  once.
- Hold your breath for about 5 to 10 seconds, and then breathe out slowly.
- When you have finished all your inhalations, rinse your mouth out with water. Do not
  swallow the water.
- **Arnuity™ Ellipta®:**
  - Do not shake the inhaler. When you are ready to use the medicine, open the
    cover of the inhaler. You should hear a click, and the dose counter number will
    change. This means the medicine is ready.
  - The dose counter will turn red when the inhaler has fewer than 10 doses. Stop
    using the inhaler when the counter reaches 0, or 6 weeks after you open the
    package, whichever comes first.
- **Flovent® HFA:**
  - Before you use the inhaler for the first time, point it away from your face and
    test spray into the air 4 times. Shake the inhaler before each spray. Test spray 1
    time if the inhaler has not been used for 7 days or if it has been dropped.
  - When the dose counter reaches 020, you will need a refill soon. Stop using the
    inhaler when it reaches 0.
- **Flovent® Diskus®:**
  - To use the inhaler, hold it level and push the lever away from you. You should
    hear a click and see the mouthpiece. The dose counter number should change.
  - When you are finished, slide the lever back into place until it clicks. The dose
    counter will turn red when you have 5 or fewer doses left.
  - Do not use a spacer device with the inhaler. Do not wash the inhaler.

ACH000253

- **Missed dose:** Take a dose as soon as you remember. If it is almost time for your next dose, wait until then and take a regular dose. Do not take extra medicine to make up for a missed dose. Do not use more than 1 dose of **Arnuity™ Ellipta®** in 1 day.
- Store the canister at room temperature, away from heat and direct light. Do not freeze. Do not keep this medicine inside a car where it could be exposed to extreme heat or cold. Do not poke holes in the canister or throw it into a fire, even if the canister is empty. Store the medicine at room temperature in a dry place, away from heat, moisture, or light. Store the **Flovent® HFA** inhaler with the mouthpiece down.

## Drugs and Foods to Avoid:
**Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.**

- Some foods and medicines can affect how fluticasone works. Tell your doctor if you are using clarithromycin, conivaptan, indinavir, itraconazole, ketoconazole, lopinavir, nefazodone, nelfinavir, ritonavir, saquinavir, telithromycin, troleandomycin, or voriconazole.

## Warnings While Using This Medicine:

- Tell your doctor if you are pregnant or breastfeeding, or if you have liver disease, osteoporosis, cataracts, or glaucoma.
- This medicine will not stop an asthma attack that has already started. You should have another medicine to use in case of an acute asthma attack.
- This medicine may cause the following problems:
  - Increased trouble breathing right after use (paradoxical bronchospasm)
  - Low bone mineral density, which may lead to osteoporosis
  - Cataracts, glaucoma, or other vision problems
  - Slow growth in children
  - Problems with the adrenal glands
- This medicine may weaken your immune system and increase your risk for infections, including fungus infection in the mouth (thrush). Tell your doctor if you have any immune system problems or infections, including herpes simplex in your eye or tuberculosis. Tell your doctor right away if you are exposed to measles or chickenpox.
- If any of your asthma medicines do not seem to be working as well as usual, call your doctor right away. Do not change your doses or stop using your medicines without asking your doctor.
- You may need to use this medicine for 1 to 2 weeks before your asthma starts to get better. Call your doctor if your symptoms do not improve or if they get worse.
- Tell any doctor or dentist who treats you that you are using this medicine.
- Keep all medicine out of the reach of children. Never share your medicine with anyone.

## Possible Side Effects While Using This Medicine:
**Call your doctor right away if you notice any of these side effects:**

- Allergic reaction: Itching or hives, swelling in your face or hands, swelling or tingling in your mouth or throat, chest tightness, trouble breathing
- Color changes on the skin, dark freckles, easy bruising, muscle weakness, round or puffy face
- Eye pain or vision changes
- Fever, chills, cough, runny or stuffy nose, sore throat, and body aches
- Sores or white patches in your mouth or throat, pain when eating or swallowing
- Tiredness, weakness, nausea and vomiting, dizziness
- Worsening of breathing problems

ACH000254

CareNotes® System                                                Page 25 of 27

**If you notice these less serious side effects, talk with your doctor:**

- Headache

**If you notice other side effects that you think are caused by this medicine, tell your doctor.**
**Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088**

© 2016 Truven Health Analytics Inc. Generated on Friday, December 9, 2016 2:44:20 PM

ACH000255

**Fluticasone (Into the nose)**
**Fluticasone (floo-TIK-a-sone)**

**Treats allergy symptoms, such as runny or stuffy nose. This medicine is a corticosteroid.**

**Brand Name(s):Children's Flonase , DermacinRx Azenase Pak , DermacinRx Ticanase Pak , Flonase , Fluticasone Propionate Novaplus , Ticaspray , Veramyst**
There may be other brand names for this medicine.

**When This Medicine Should Not Be Used:**
This medicine is not right for everyone. Do not use if you had an allergic reaction to fluticasone.

**How to Use This Medicine:**
**Spray**

- Your doctor will tell you how much medicine to use. Do not use more than directed.
- This medicine is for use only in the nose. Do not get any of it in your eyes or on your skin. If it does get on these areas, rinse it off right away.
- Prime the spray: Release 6 test sprays into the air away from the face, or pump the bottle until some of the medicine sprays out. Now it is ready to use. Prime the spray if it has not been used for more than 7 days (or 30 days for Veramyst®) or if the cap has been left off the bottle for 5 days or longer.
- Shake the medicine well just before each use.
- Before using the medicine, gently blow your nose to clear the nostrils.
- After using the nasal spray, wipe the tip of the bottle with a clean tissue and put the cap back on.
- You may need to use this medicine for a few days before you start to feel better.
- Read and follow the patient instructions that come with this medicine. Talk to your doctor or pharmacist if you have any questions.
- Follow the instructions on the medicine label if you are using this medicine without a prescription.
- **Missed dose:** Take a dose as soon as you remember. If it is almost time for your next dose, wait until then and take a regular dose. Do not take extra medicine to make up for a missed dose.
- Keep the bottle tightly closed when not using it. Store at room temperature, away from heat and direct light. Do not freeze or refrigerate. Throw this medicine away after you use 120 sprays.

**Drugs and Foods to Avoid:**
**Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.**

- Do not use this medicine together with ritonavir.
- Some foods and medicines can affect how fluticasone works. Tell your doctor if you are using ketoconazole.

**Warnings While Using This Medicine:**

ACH000256

- Tell your doctor if you are pregnant or breastfeeding, or if you have liver disease, asthma, an infection, or a history of cataracts or glaucoma. Make sure your doctor knows if you have had nose surgery, a nose injury, or a recent infection in your nose.
- This medicine may cause the following problems:
  - Holes or ulcers inside the nose
  - Slow wound healing
  - Cataracts or glaucoma
  - Problems with the adrenal glands
  - Slow growth in children
- Avoid people who are sick or have infections. Tell your doctor right away if you think you have been exposed to measles or chickenpox.
- Your doctor will check your progress and the effects of this medicine at regular visits. Keep all appointments.
- Call your doctor if your symptoms do not improve or if they get worse.
- Keep all medicine out of the reach of children. Never share your medicine with anyone.

**Possible Side Effects While Using This Medicine:**
**Call your doctor right away if you notice any of these side effects:**

- Allergic reaction: Itching or hives, swelling in your face or hands, swelling or tingling in your mouth or throat, chest tightness, trouble breathing
- Burning, redness, swelling, or irritation around or inside your nose
- Eye pain or vision changes
- Fever, chills, cough, sore throat, and body aches
- Heavy nosebleeds
- Sores or white patches inside the nose or mouth
- Tiredness, weakness, dizziness

**If you notice other side effects that you think are caused by this medicine, tell your doctor.**
**Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088**

© 2016 Truven Health Analytics Inc. Generated on Friday, December 9, 2016 2:44:20 PM

ACH 171
(Organized)

03/23/2017   11:39

BioTech X-ray   888-282-9739

(FAX)

P. 129/234

ID: #824394 Page 1 of 1

Phone: 877-909-9729
Alt Phone: 314-548-2900
FAX: 888-282-9739

# PATIENT REPORT

| | |
|---|---|
| PATIENT NAME: | RUSHER, TIFFANY |
| DATE OF BIRTH: | ███989 |
| PATIENT ID: | ███ |
| FACILITY: | SANGAMON COUNTY JAIL (CBO) |
| ROOM #: | N/A |

| | |
|---|---|
| DATE OF SERVICE: | 12/28/2016 |
| REFERRING PHY. : | DAMBACHER, MARY FNP-BC |
| TECHNOLOGIST: | Jason Wood, RT(R) |
| INTERPRETING COMPANY: | PREMIER RADIOLOGY |
| REASON: | PREVIOUS FX |

Results Document ID:     607248

**PROCEDURE:**     73590 - LEFT TIBIA AND FIBULA, TWO VIEWS

**FINDINGS :**     History: Pain.

LEFT TIBIA/FIBULA

FINDINGS:

Examination of the left tibia/fibula demonstrates a spiral fracture involving mid left tibia. The soft tissues are unremarkable.

**IMPRESSIONS:**     IMPRESSION:

Since 11/8/2016, no change in spiral fracture mid left tibia.

**INTERPRETING DOCTOR:**     RANJIV KUMAR SAINI MD

**ELECTRONICALLY SIGNED :**     RANJIV KUMAR SAINI MD Wed, Dec 28, 2016 17:07:15 CST

ACH000327

03/23/2017  11:34                                          (FAX)                    P. 114/234

01/01/2017 Sun 01:51              BioTech X-ray  888-282-8739        ID: #827080  Page 1 of 2

**BTX**
BioTech X-ray
                                                          Phone:   877-909-9729
                                                       Alt Phone:  314-548-2900
                                                          FAX:    888-282-8739

# PATIENT REPORT

PATIENT NAME:      BUSHER, TIFFANY
DATE OF BIRTH:     ███ 89
PATIENT ID:
FACILITY:          SANGAMON COUNTY JAIL (CBO)
ROOM #:            N/A

DATE OF SERVICE:         12/31/2016
REFERRING PHY.:          DAMBACHER, MARY  FNP-BC
TECHNOLOGIST:            Audra Shepard, RT(R)
INTERPRETING COMPANY:    PREMIER RADIOLOGY
REASON:                  STOOD ON IT WRONG CAUSING PAIN

Results Document ID:     608498

PROCEDURE:       73590 - LEFT TIBIA AND FIBULA, TWO VIEWS

FINDINGS :       HISTORY: Pain.

                 TECHNIQUE: 2 VIEWS OF THE LEFT TIBIA-FIBULA:

                 COMPARISION: None.

                 FINDINGS:

                 The alignment is normal. Here is fracture at the mid to distal shaft of the
                 tibial shaft. There is no dislocation. The visualised joint spaces are
                 preserved. The soft tissues are unremarkable.

IMPRESSIONS:     IMPRESSION:

                 Tibial shaft fracture as above.

INTERPRETING DOCTOR:     ANIMESH  SHAH MD

ELECTRONICALLY SIGNED :  ANIMESH  SHAH MD Sat, Dec 31, 2016 23:38:09 CST

1-3-17

03/23/2017   12:16

BioTech X-ray   888-282-9739

(FAX)                                P.207/234
ID: #838381  Page 1 of 1

Phone:  877-909-9729
Alt Phone:  314-548-2900
FAX:  888-282-9739

# PATIENT REPORT

PATIENT NAME:    RUSHER, TIFFANY
DATE OF BIRTH:    89
PATIENT ID:
FACILITY:    SANGAMON COUNTY JAIL (CBO)
ROOM #:    N/A

DATE OF SERVICE:    01/10/2017
REFERRING PHY. :    ABRAHAM, ARUN  MD
TECHNOLOGIST:    Yunior Caso, RDMS, RVT
INTERPRETING COMPANY:    Anthony M Johnson, MD INC
REASON:    DVT

Results Document ID:    612149

PROCEDURE:    93971 - LEFT DUPLEX SCAN, VEINS, EXTREMITY, UNILAT/LIMITED
STUDY

FINDINGS :    Technique: Real-time ultrasonography of the left lower extremity venous
vasculature was performed and static images are presented for
interpretation.

Findings: The left common femoral, superficial femoral, and popliteal veins
were visualized and are compressible. Appropriate augmentation is
identified. The surrounding soft tissues are normal.

IMPRESSIONS:    No evidence of deep venous thrombosis.

INTERPRETING DOCTOR:    MICHAEL J PALEY MD

ELECTRONICALLY SIGNED :    MICHAEL J PALEY MD Wed, Jan 11, 2017 00:04:57 CST

1065 Executive Parkway Dr #220 Saint Louis, MO 63141-6367

Page 1 of 1

ACH 000426

**Ordered By:**
SANGAMON COUNTY JAIL
#1 SHERIFF'S PLAZA
SPRINGFIELD, IL 62701-1628
Phone:   217-753-6815
Fax:      217-241-0773



**Performed By:**
BioTech X-ray
1065 Executive Parkway Dr #220
Saint Louis, MO 63141-6367
Main Phone: 877-909-9729
All Phone:   314-548-2900
Fax:          888-282-9739

## Portable Service Requisition

| | | | |
|---|---|---|---|
| PATIENT NAME: | RUSHER, TIFFANY | GENDER: | F |
| DATE OF BIRTH: | ██████/1989 | ROOM #: | N/A |
| HOME PATIENT: | | | |

### Service Requisition / Order

| | | |
|---|---|---|
| SERVICE DATE: 01/28/2017 | PRIORITY: ROUTINE | ENTERED BY: DAVID JOHNSON |

PROCEDURE(S): Left Tibia Fibula

REASON(S):   Pain

**Attestation of Ordering Physician:**

This study is medically necessary for the diagnosis and immediate treatment of my patient. The study is to be performed portably because the patient is unable to travel safely for the study due to patient's

SIGNATURE: ████████████████   DATE: 12/30/16

ORDERING PHYSICIAN: FINDUR, STEPHEN        NPI:  1528178654

| INSURANCE TYPE | PAYER NAME | HIC/SUBSCRIBER | POLICY#/GROUP | PLAN |
|---|---|---|---|---|
| PRIMARY: (ie. Medicare/HMO) | SANGAMON COUNTY JAIL | ████████ | | |
| SECONDARY: (ie. supplement) | | | | |

MED A:   Y / N / NA        HOSPICE:   Y / N / NA

| RESPONSIBLE PARTY | ADDRESS 1 | ADDRESS 2 | CITY | ST | ZIP | PHONE |
|---|---|---|---|---|---|---|
| | | | | | | |

### EXAM TRACKING INFORMATION

| | |
|---|---|
| ACCESSION #:  106564698 | PATIENT ID:  219349 |
| ARRIVAL DATE/TIME: | TECH: |

CLINICAL NOTES:

TRANSPORTATION: (total patients seen this trip.) _____   # IMAGES / VIEWS / RETAKES:  __ / __ / __

PHONED TO: _____   PH#:2177536720   DATE/TIME:  Not Yet Phoned

ASSISTED BY: _____   DEDUCTIBLE MET:  No   INS VERIFIED ON: Not Verified

ACH 000181

01/30/2017 Mon 16:46                 BioTech X-ray   888-282-9739                          ID: #954576  Page 1 of 1

**BTX!**
BioTech X-ray

Phone: 877-909-9729
Alt Phone: 314-548-2900
FAX: 888-282-9739

# PATIENT REPORT

PATIENT NAME:   RUSHER, TIFFANY
DATE OF BIRTH:  ██████ 989
PATIENT ID:
FACILITY:       SANGAMON COUNTY JAIL (CBO)
ROOM #:         N/A

DATE OF SERVICE:        01/30/2017
REFERRING PHY. :        DAMBACHER, MARY FNP-BC
TECHNOLOGIST:           Jason Wood, RT(R)
INTERPRETING COMPANY:   PREMIER RADIOLOGY
REASON:                 COMPLAINS OF INTENTIONAL INGESTION OF FOREIGN BODY
                        UNWITNESSED

Results Document ID:    619839

---

PROCEDURE:       71020 - CHEST, 2 VIEWS, FRONTAL AND LATERAL

FINDINGS :       CHEST PA & LATERAL

                 FINDINGS:

                 The cardiac silhouette measures within normal limits. The hilar and
                 mediastinal structures appear unremarkable. The lungs are clear. The
                 osseous structures appear grossly intact. There is no pleural effusion or
                 pneumothorax.

IMPRESSIONS:     IMPRESSION:

                 No evidence of acute cardiopulmonary disease, communicable disease or
                 active tuberculosis.

INTERPRETING DOCTOR:     JAMES M. ESSER MD

ELECTRONICALLY SIGNED :  JAMES M. ESSER MD Mon, Jan 30, 2017 16:31:09 CST



ACH 000109

03/23/2017   10:19   (FAX)   P. 110/219

01/30/2017 Mon 16:46          BioTech X-ray  888-282-9739          ID: #854577  Page 1 of 1

Phone:  877-909-9729
Alt Phone:  314-548-2900
FAX:  888-282-9739

## PATIENT REPORT

PATIENT NAME:   RUSHER, TIFFANY
DATE OF BIRTH:   ██████89
PATIENT ID:
FACILITY:   SANGAMON COUNTY JAIL (CBO)
ROOM #:   N/A

DATE OF SERVICE:        01/30/2017
REFERRING PHY. :        DAMBACHER, MARY  FNP-BC
TECHNOLOGIST:           Jason Wood, RT(R)
INTERPRETING COMPANY:   PREMIER RADIOLOGY
REASON:                 COMPLAINS OF INTENTIONAL INGESTION OF FOREIGN BODY
                        UNWITNESSED

Results Document ID:    619840

PROCEDURE:      74000 - ABDOMEN, KUB SINGLE ANTEROPOSTERIOR VIEW

FINDINGS :      KUB, 1 VIEW

                FINDINGS:

                The bowel gas pattern is nonspecific.  No abnormal calcifications are seen
                overlying the kidneys or the course of the ureters.  The osseous structures
                appear intact.

IMPRESSIONS:    IMPRESSION:

                Normal KUB.

INTERPRETING DOCTOR:    JAMES M. ESSER MD

ELECTRONICALLY SIGNED : JAMES M. ESSER MD Mon, Jan 30, 2017 16:32:58 CST



ACH 000108

01/31/2017 Tue 17:18      BioTech X-ray   888-282-9738      ID: #855717   Page 1 of 1



Phone:   877-909-9729
Alt Phone:   314-548-2900
FAX:   888-282-9739

## PATIENT REPORT

PATIENT NAME:    RUSHER, TIFFANY
DATE OF BIRTH:    ███ 889
PATIENT ID:
FACILITY:    SANGAMON COUNTY JAIL (CBO)
ROOM #:    N/A

DATE OF SERVICE:    01/31/2017
REFERRING PHY.:    DAMBACHER, MARY  FNP-BC
TECHNOLOGIST:    Shannon Lowry, RT (R)
INTERPRETING COMPANY:    Anthony M Johnson, MD INC
REASON:    AGAIN FOREIGN BODY

Results Document ID:    620359

PROCEDURE:    71020 - CHEST, 2 VIEWS, FRONTAL AND LATERAL

FINDINGS:    The cardiac silhouette and mediastinal contours are normal. The lungs are free of infiltrates and focal consolidations. No pleural fluid or masses are noted. No pneumothorax is present. No radiopaque foreign bodies are identified.

IMPRESSIONS:    No acute intrathoracic disease process.

Short interval followup is recommended if symptoms persist. A KUB may be helpful if clinically indicated.

INTERPRETING DOCTOR:    MICHAEL J PALEY MD

ELECTRONICALLY SIGNED:    MICHAEL J PALEY MD Tue, Jan 31, 2017 17:07:53 CST

ACH 000177

03/23/2017

10:41

(FAX)

P - 176/218

01/31/2017 Tue 17:24    BioTech X-ray   888-282-9739    ID: 8855723  Page 1 of 1

**BTX**
BioTech X-ray

Phone:    877-909-9729
Alt Phone:  314-548-2900
FAX:    888-282-9739

## PATIENT REPORT

PATIENT NAME:    RUSHER, TIFFANY
DATE OF BIRTH:    ███ 89
PATIENT ID:    ███
FACILITY:    SANGAMON COUNTY JAIL (CBO)
ROOM #:    N/A

DATE OF SERVICE:    01/31/2017
REFERRING PHY. :    DAMBACHER, MARY  FNP-BC
TECHNOLOGIST:    Shannon Lowry, RT (R)
INTERPRETING COMPANY:    Anthony M Johnson, MD INC
REASON:    AGAIN FOREIGN BODY

Results Document ID:    620359

PROCEDURE:    71020 - CHEST, 2 VIEWS, FRONTAL AND LATERAL

FINDINGS :    The cardiac silhouette and mediastinal contours are normal. The lungs are free of infiltrates and focal consolidations. No pleural fluid or masses are noted. No pneumothorax is present. No radiopaque foreign bodies are identified.

IMPRESSIONS:    No acute intrathoracic disease process.

Short interval followup is recommended if symptoms persist. A KUB may be helpful if clinically indicated.

INTERPRETING DOCTOR:    MICHAEL J PALEY MD

ELECTRONICALLY SIGNED :    MICHAEL J PALEY MD Tue, Jan 31, 2017 17:07:53 CST

Normal
1-31-17

ACH 000130

03/23/2017   10:26   (FAX)   P. 131/219

01/31/2017 Tue 17:24     BioTech X-ray   888-282-9739     ID: #855724   Page 1 of 1

**BTX**
BioTech X-ray

Phone: 877-909-9729
Alt Phone: 314-546-2900
FAX: 888-282-9739

03/23/2017

10:25

## PATIENT REPORT

PATIENT NAME:    RUSHER, TIFFANY
DATE OF BIRTH:    ██████ 989
PATIENT ID:
FACILITY:    SANGAMON COUNTY JAIL (CBO)
ROOM #:    N/A

DATE OF SERVICE:    01/31/2017
REFERRING PHY.:    DAMBACHER, MARY FNP-BC
TECHNOLOGIST:    Shannon Lowry, RT (R)
INTERPRETING COMPANY:    Anthony M Johnson, MD INC
REASON:    AGAIN FOREIGN BODY

Results Document ID:    620363

PROCEDURE:    74000 - ABDOMEN, KUB SINGLE ANTEROPOSTERIOR VIEW

FINDINGS:    Comparison: 01/30/2017

Multiple nondilated gas-filled loops of bowel are identified. No abnormal air-fluid levels or calcifications are noted. The visualized lung bases are clear.

IMPRESSIONS:    Nonspecific bowel gas pattern. A 2.0 cm metallic foreign body is identified in the left upper quadrant. This may lie within the stomach. Only one forearm is identified.

INTERPRETING DOCTOR:    MICHAEL J PALEY MD

ELECTRONICALLY SIGNED:    MICHAEL J PALEY MD Tue, Jan 31, 2017 17:12:53 CST

*Continue to monitor*

*1-31-17,* ████

(FAX)

P. 129/219

ACH 000128

**BTX**
Biotech X-ray

Phone: 877-909-9729
Alt Phone: 314-548-2900
FAX: 888-282-9739

## PATIENT REPORT

PATIENT NAME:     RUSHER, TIFFANY
DATE OF BIRTH:    ██ 89
PATIENT ID:
FACILITY:         SANGAMON COUNTY JAIL (CBO)
ROOM #:           N/A

DATE OF SERVICE:        02/08/2017
REFERRING PHY. :        DAMBACHER, MARY  FNP-BC
TECHNOLOGIST:           Jason Wood, RT(R)
INTERPRETING COMPANY:   PREMIER RADIOLOGY
REASON:                 PETAL SWELLING

Results Document ID:    623524

PROCEDURE:         73630 - LEFT FOOT, COMPLETE, 3+ VIEWS

FINDINGS :         History: Swelling.

                   LEFT FOOT

                   FINDINGS:

                   There is a complex fracture of the distal tibia with diffuse soft tissue swelling.
                   Films of tibia recommended.  The joint spaces appear preserved.  Tarsal
                   bone alignment is normal.

IMPRESSIONS:       IMPRESSION:

                   There is a complex fracture of the distal tibia with diffuse soft tissue swelling.
                   Films of tibia recommended.

INTERPRETING DOCTOR:    RANJIV KUMAR SAINI MD

ELECTRONICALLY SIGNED :   RANJIV KUMAR SAINI MD Wed, Feb 8, 2017 17:25:04 CST

2-9-17

ACH 000086

03/23/2017

10:10

(FAX)

P.087/219

02/13/2017 Mon 03:14                BioTech X-ray   838-282-9739                    ID: #866787  Page 1 of 1

**BTX**
BioTech X-ray

Phone:    877-909-9729
Alt Phone:  314-548-2900
FAX:      888-282-9739

## PATIENT REPORT

PATIENT NAME:    RUSHER, TIFFANY
DATE OF BIRTH:   ████89
PATIENT ID:
FACILITY:        SANGAMON COUNTY JAIL (CBO)
ROOM #:          N/A

DATE OF SERVICE:        02/12/2017
REFERRING PHY.:         DAMBACHER, MARY FNP-BC
TECHNOLOGIST:           Audra Shepard, RT(R)
INTERPRETING COMPANY:   PREMIER RADIOLOGY
REASON:                 ABDOMINAL PAIN DUE TO EATING MATTRESS STUFFING

Results Document ID:    625003

PROCEDURE:      74000 – ABDOMEN, KUB SINGLE ANTEROPOSTERIOR VIEW

FINDINGS:       EXAMINATION: Abdominal view was obtained.

                HISTORY: Pain.

                TECHNIQUE: 1 view of the abdomen was obtained.

                COMPARISION: None.

                FINDINGS:

                No dilated bowel loops are noted. No large intraperitoneal free air is noted.
                The bowel gas is unremarkable. There is no evidence of pathologic
                calcification or obvious soft tissue mass. The visualized osseous structures
                are intact.

IMPRESSIONS:    IMPRESSION:
                No bowel obstruction or large free intraperitoneal air. No radio-opaqwue
                foreign body.

INTERPRETING DOCTOR:    ANIMESH SHAH MD

ELECTRONICALLY SIGNED:  ANIMESH SHAH MD Mon, Feb 13, 2017 01:51:37 CST

14-17

ACH 000077

03/23/2017    10:06    (FAX)    P. 078/218

03/15/2017 Wed 15:17                BioTech X-ray   883-282-9739                    ID: 8895064  Page 1 of 1

**BIX**
BioTech X-ray                                                Phone:  877-909-9729
                                                          Alt Phone:  314-548-2900
                                                                FAX:  888-282-9739

## PATIENT REPORT

PATIENT NAME:   RUSHER, TIFFANY
DATE OF BIRTH:  ███89
PATIENT ID:
FACILITY:       SANGAMON COUNTY JAIL (CBO)
ROOM #:         N/A

DATE OF SERVICE:        03/15/2017
REFERRING PHY.:         ABRAHAM, ARUN
TECHNOLOGIST:           Jason Wood, RT(R)
INTERPRETING COMPANY:   Emergence
REASON:                 POST TRAUMA

Results Document ID:    637553

PROCEDURE:      73130 - RIGHT HAND, 3+ VIEWS

FINDINGS :      Hand: Frontal, oblique, lateral views right hand submitted.  No prior studies.
                There is no acute fracture or dislocation.  Mineralization is normal.  Joint
                spaces normal with no suspicious erosions.  No focal soft tissue findings.

IMPRESSIONS:    Impression: No acute hand fracture or dislocation.

INTERPRETING DOCTOR:    DEREK URBAN MD

ELECTRONICALLY SIGNED : DEREK URBAN MD Wed, Mar 15, 2017 16:00:42 CDT


### Emergence is Accredited by The Joint Commission

3-16-17 

ACH 000034

03/23/2017

09:46

(FAX)

P. 035/219

 544-8484



# GARCIA LABORATORY

PHONE (517) 787-9200 • 1-800-888-8598
FAX (517) 787-1249

Sangamon County Jail
Springfield, IL 62701   **SCJ2**

03/23/2017

10:10

(FAX)

**Special Circumstances:**
If testing is in relation to one of the following diagnoses, please check the appropriate box:

Hepatitis C ☐        HIV/AIDS ☐        Psych ☐

| Patient's Name (Last) | (First) | (MI) | (Sex) | D.O.B Mo/Day/Yr | Collection Time | Fasting | Collection Date: Mo/Day/Yr |
|---|---|---|---|---|---|---|---|
| Rusher | Tiffany | A | F | ▓ | 1424 | Yes ☐ No ☒ | 2/8/17 |

| Inmate ID# | Ordering Physician Name | Ordering Physician # | Dx 1 (ICD-9) | Dx 2 (ICD-9) | Dx 3 (ICD-9) | Urine Hrs/vol – Patient Ht/Wt |
|---|---|---|---|---|---|---|
| ▓ | Dombacher | | | | | |

**PANELS**
- 1284 ☐ Comp Panel S
- 1288 ☒ Comp Panel + CBC/Plt S,L
- 1615 ☐ Liver (Hepatic) Function Panel (6) S
- 1645 ☐ Hepatitis Panel, Acute S
- 1791 ☐ Lipid Panel S
- 1955 ☐ Prenatal Profile I (w/Hep B Surface Antigen) 3L,2S
- 2115 ☐ Thyroid Panel (T4, TSH, T3U) S

**MICROBIOLOGY**
- 1045 ☐ Aerobic Bacterial Culture, General*
- 1040 ☐ AFB Culture & Smear
- 1101 ☐ Anaerobic and Aerobic Culture*
- 1176 ☐ Blood Culture, Routine
- 2080 ☐ Culture, Stool
- 1511 ☐ Fungus (Mycology) Culture*
- 1889 ☐ Occult Blood, Stool
- 1902 ☐ Ova and Parasites Examination
- 2156 ☐ Trichomonas Culture
- 2192 ☐ Urine Culture, Routine
- 1229 ☐ Viral Culture
- *Source _____

**INFECTIOUS DISEASE**
- 1591 ☐ Helper T-Lymphocyte Maker CD4 L
- 1524 ☐ Hepatitis B Surface Antibody S
- 1633 ☐ Hepatitis C Virus Antibody S
- 1701 ☐ HIV-1 Antibodies S
- 2008 ☐ Rapid Plasma Reagin (RPR), Qualitative Test S
- 1895 ☐ Versant HIV-1 RNA 3.0 Assay (bDNA) P

**CLINICAL TESTS**
- 1046 ☐ Alanine Aminotransferase (ALT) S
- 1078 ☐ Alpha-Fetoprotein (AFP), Serum, Tumor Maker S
- 1088 ☐ Amitriptyline, Serum R
- 1095 ☐ Amylase, Serum S
- 1133 ☐ Antinuclear Antibodies (ANA) S
- 1147 ☐ Aspartate Aminotransferase (AST) S
- 1692 ☐ Beta HCG S
- 1352 ☐ CBC with Differential L
- 1255 ☐ Chlamydia/Gonococcus, by DNA Probe(w/conf) ✓
- 1046 ☐ Digoxin S
- 1933 ☐ Dilantin (Phenytoin), Serum S
- 1411 ☐ Doxepin, Serum R

**CLINICAL TESTS (cont)**
- 1588 ☐ H. Pylori, IgG S
- 1682 ☐ Herpes Simplex Virus (HSV), Type VI IgG
- 1669 ☐ Hgb + Hct L
- 1660 ☐ HgbA1C L
- 1764 ☐ Iron and TIBC S
- 1790 ☐ Lipase, Serum S
- 1795 ☐ Lithium (Eskalith), Serum S
- 1849 ☐ Microalbumin, Random Urine U
- 1931 ☐ Phenobarbital (Luminal) S
- 1936 ☐ Platelet Count L
- 1947 ☐ Potassium, Serum S
- 1951 ☐ Pregnancy Test, Urine U
- 1998 ☐ (PT/INR) Prothrombin Time B
- 1971 ☐ PSA, Serum S
- 1919 ☐ PTT B
- 2018 ☐ Retic Count L
- 2044 ☐ Sedimentation Rate, Westergren L
- 1219 ☐ Tegretol (Carbamazepine), Serum S
- 2107 ☐ Theophylline, Serum S
- 2129 ☐ Thyroxine Free (FT4), Direct, Serum S
- 2142 ☐ Toxoplasma gondii Antibodies, IgG S

ACH 000087

P. 088/219

PAGE:  2

RUSHER, TIFFANY A.

████████

SANGAMON CO JAIL, IL

62701-

FACILITY: SCJ2
SEX: F  D/O/B: ████/1959

DAMBAUHER, MARY
COLLECTION DATE: 02/08/2017
RECEIVED DATE: 02/08/2017
REPORT DATE: 02/08/2017 23:41 auto

ACCESSION NO.: 945225

| <=== DESCRIPTION ===> | <= RESULT => | <OUT OF RANGE> | <= REF RANGE => | | <= UNITS => |
|---|---|---|---|---|---|
| LYMPHOCYTE | 48.5 | | 14 | – 51 | % |
| MONOCYTES | 9.5 | | 0 | – 13 | % |
| EOSINOPHIL | 7.5 | | 0 | – 8 | % |
| BASOPHILS | 1.0 | | 0 | – 2 | % |
| RED BLOOD CELLS | 4.82 | | 3.89 | – 4.97 | M/CU MM |
| HEMOGLOBIN | 14.5 | | 12.0 | – 16.0 | G/DL |
| HEMATOCRIT | 42.2 | | 36.0 | – 48.0 | % |
| MCV | 87.6 | | 80.0 | – 100.0 | FL |
| MCH | 30.1 | | 27.0 | – 33.0 | PG |
| MCHC | 34.4 | | 31.0 | – 37.0 | G/DL |
| RDW | 15.9 | * HIGH * | 11.0 | – 14.5 | % |
| PLATELET COUNT | 309 | | 140 | – 400 | TH/CUMM |
| MPV | 10.8 | | 7.4 | – 12.0 | FL |

2-14-17

████████

ACH 000074

03/23/2017    10:05    (FAX)    P.076/219

ACH 000075

```
                                        PAGE:  1
                                        RUSHER   TIFFANY A.

                                        SANGAMON CO JAIL, IL

   62701-                               FACILITY: SCJ2
                                        SEX: F   D/O/B:        1959

       DAMBAUHER, MARY
       COLLECTION DATE: 02/08/2017
       RECEIVED DATE: 02/09/2017
       REPORT DATE: 02/09/2017 23:41 auto

       ACCESSION NO.: 945225
   <=== DESCRIPTION ===> <= RESULT =>  <OUT OF RANGE>    <= REF RANGE => <= UNITS =>

   CMP12/8AC/CBC/PLT
   ALBUMIN              4.1                              3.5  -   5.5  G/DL
   ALK PHOS                           111   *HIGH*      42.0  -  98.0  U/L
   TOTAL BILIRUBIN      0.4                              0.2  -   1.2  MG/DL
   BUN                             6    *LOW*            7   -   18   MG/DL
   CALCIUM              8.9                              8.4  -  10.7  MG/DL
   CHLORIDE             107                             98   -  107   MEQ/L
   CHOLESTEROL                        209  * HIGH *       0   -  200   MG/DL

                   DESIRABLE:  LESS THAN 200 MG/DL
                   BORDERLINE HIGH:  200-239 MG/DL
                   HIGH:  GREATER THAN OR EQUAL TO 240 MG/DL

   CREATININE, SERUM   0.78                              0.6  -   1.2  MG/DL
   GFR (NON-AFR AMER)  81                               60   - 300   mL/MIN
   GFR (AFR AMER)      98                               60   - 300   mL/MIN
   GLUCOSE                            110  *HIGH*        70   - 105   MG/DL
                   REFERENCE RANGES
                   FASTING DRAW: 70-105  mg/dl
                   RANDOM DRAW: DEPENDENT UPON TIME AND CONTENT OF LAST MEAL

   POTASSIUM           3.7                               3.5  -   5.1  MEQ/L
   LDH                 188                             100   - 250   U/L
   SODIUM              141                             136   - 145   MEQ/L
   PHOSPHORUS          4.3                               2.5  -   5.0  MG/DL
   TOTAL PROTEIN       6.5                               6.0  -   8.3  G/DL
   SGOT/AST            18                               13   -  30   U/L
   SGPT/ALT            14                                7   -  45   U/L
   TRIGLYCERIDES                      181  * HIGH *       0   - 150   MG/DL
                   NORMAL:  <150 MG/DL
                   BORDERLINE:  150-199 MG/DL
                   HIGH:  >=200 MG/DL

   URIC ACID           3.3                               2.6  -   6.0  MG/DL
   YGT (GGPT)          12                                1   -  24   U/L
   SERUM IRON
```

03/23/2017

10:49

(FAX)

P. 195/219

ACH 000195

# Dr. Keith Cummins D.M.D.

Today's Date: 1-18-17

Patient Name: Rushin Tiffany

Cell Block: ▮▮▮▮▮

Date of Birth: ▮▮▮▮▮ 79

Social Security: ▮▮▮▮▮

Sheriff ID #: ▮▮▮▮▮

Federal Inmate: _____

County Inmate: ✓

Bureau of Prisons: _____

**Are you allergic to or have you had reactions to the following?**

| | Yes | No | |
|---|---|---|---|
| Are you under medical treatment now? | ☐ | ☑ | |
| Have you ever been hospitalized for any surgical operation or serious illness? | ☐ | ☑ | |
| Are you taking and medication (s) including non-perscription medicine? | ☑ | ☐ | |

If Yes, what medication(s) are you taking? *Acivue, Troozene, Depacote, Inkno, Fissor..., Buspar, Prozac*

Do you use tobacco?
Do you use alcohol, cocaine, or other drugs?
Are you wearing contact lenses?

| | Yes | No | |
|---|---|---|---|
| | ☐ | ☑ | Local Anesthetics (eg. Novocaine) |
| | ☐ | ☑ | Penicilin or other antibiotics |
| | ☐ | ☑ | Sulfa Drugs |
| | ☐ | ☑ | Barbiturates |
| | ☐ | ☑ | Sedatives |
| | ☐ | ☑ | Iodine |
| | ☐ | ☑ | Aspirin |
| | ☐ | ☑ | Other |

**Women Only:**

| | Yes | No |
|---|---|---|
| A.) Are you pregnant or think you may be pregnant? | ☐ | ☑ |
| B.) Are you nursing? | ☐ | ☑ |
| C.) Are you taking birth control pills? | ☐ | ☑ |

**Do you OR have you had any of the following?**

| Yes | No | | Yes | No | | Yes | No | |
|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | High Blood Pressure | ☐ | ☑ | Heart Disease | ☐ | | Chest Pains |
| ☐ | ☑ | Heart Attack | ☐ | ☑ | Cardiac Pacemaker | | | Easily Winded |
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | Heart Murmur | | | Stroke |
| ☐ | ☑ | Swollen Ankles | ☐ | ☑ | Angina | | | Hay Fever / Allergies |
| ☑ | ☐ | Fainting / Seizure | ☑ | ☐ | Frequently Tired | | | Tuberculosis |
| ☑ | ☐ | Asthma | ☐ | ☑ | Anemia | | | Radiation Therapy |
| ☑ | ☐ | Low Blood Pressure | ☐ | ☑ | Emphysema | | | Glaucoma |
| ☐ | ☑ | Epilepsy / Convulsions | ☐ | ☑ | Cancer | | | Recent Weight Loss |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Arthritis | | | Liver Disease |
| ☐ | ☑ | Leukemia | ☐ | ☑ | Joint Replacement or Implant | | | Heart Trouble |
| ☐ | ☑ | Kidney Disease | ☐ | ☑ | Hepatitis / Jaundice | | | Respiratory Problems |
| ☑ | ☐ | AIDS or HIV Infection | ☐ | ☑ | Sexually Transmitted Disease | | | |
| ☐ | ☑ | Thyroid Problem | ☐ | ☑ | Stomach Troubles / Ulcers | ☐ | ☐ | Other: |

Inmate Signature: _____

Treatment Notes: 1-25-17 Dental Exam PAW w/
↓ (D) (R) # 17 32 will place on mops
... left ext by OS Once Released