E-FILED
Friday, 25 September, 2020  12:21:01 PM
Clerk, U.S. District Court, ILCD

03/23/2017   12:04                                    (FAX)                    P. 198/234

State of Illinois
Department of Human Services - Division of Mental Health

## DISCHARGE SUMMARY/TRANSITION RECORD - PHYSICIAN

| Last Name: | First Name: | Middle: | DMH ID Number: |
|---|---|---|---|
| Rusher | Tiffany | | |

| Date of Admission: | Time of Admission: | Date of Discharge: | Time of Discharge: |
|---|---|---|---|
| May 3, 2016 | 3:45:00 PM | Dec 14, 2016 | |

*If form is printed and completed by hand, add additional pages as necessary.*

Section THREE-Detailed Narrative-continued
(Completed by Discharging Physician)

**7) Instructions Given Individual/Family on Discharge (Current Medications)**

a. Discharge Medications and the amounts given: *(the table below is expandable).*

| Name of Discharge Medication | Dose | Indication for Use | Amount to Patient (No. of days supply) | Amount to Clinic (No. of days supply) | |
|---|---|---|---|---|---|
| See Medication Reconciliation | | | | | Add |
| | | | | | Delete |

☒ I have reviewed and discussed with the following people all medications prescribed for use after discharge, including any changes from the hospital prescriptions. I have advised the Individual to avoid any other medications, herbal or "over the counter" treatments and nutritional supplements until community doctor reviews them for safe use.

Mark all that applies:

☒ Individual Served   ☐ Guardian   ☐ Other Support Person _____

b. Special Medication Instructions: (Diet, Allergy, Physical Activity)

| Diet: |
|---|
| Regular Diet |

| Allergy: |
|---|
| No Known Drug Allergies |

| Physical Activity |
|---|
| Please see Dr. Treanor's medical discharge summary |

**File in Record / Copy to Agencies**

IL462-0018 (N-10-16) Discharge Summary/Transition Record - Physician     -0- copies
(FORMERLY DMHDD-20-1, 2 & 3 & IL462-0020A, B, & C)     Printed by Authority of the State of Illinois

ACH000396

03/23/2017   12:04                                                (FAX)                    P.199/234

Department of Human Services - Division of Mental Health

## DISCHARGE SUMMARY/TRANSITION RECORD - PHYSICIAN

| Last Name: | First Name: | Middle: | DMH ID Number: |
|---|---|---|---|
| Rusher | Tiffany | | ▮▮▮▮▮ |
| Date of Admission: | Time of Admission: | Date of Discharge: | Time of Discharge: |
| May 3, 2016 | 3:45:00 PM | Dec 14, 2016 | |

If form is printed and completed by hand, add additional pages as necessary.

I CERTIFY THAT THE NARRATIVE DESCRIPTIONS OF THE PRINCIPAL AND SECONDARY DIAGNOSES AND THE MAJOR PROCEDURES PERFORMED ARE ACCURATE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.

| Physician's (printed) Name: | | |
|---|---|---|
| Ajay Jeetwani, MD | | |
| Physician's Signature: | Date: | Time: |
| ▮▮▮▮▮▮▮▮ | Dec 14, 2016 | 5:30:00 PM |

**File in Record / Copy to Agencies**

IL462-0018 (N-10-16) Discharge Summary/Transition Record - Physician      -0- copies
(FORMERLY DMHDD-20-1, 2 & 3 & IL462-0020A, B, & C)      Printed by Authority of the State of Illinois      Page 12 of 12

ACH000397

ACH 266
(Organized)

03/23/2017   11:13                                  (FAX)                          P.060/234



State of Illinois
Department of Human Services – Division of Mental Health

### DISCHARGE SUMMARY/TRANSITION RECORD - SOCIAL WORKER

*PATIENT COPY*

<div align="center">Section ONE</div>

| Last Name: | | | First Name: | | Middle: | DMH ID Number: | |
|---|---|---|---|---|---|---|---|
| RUSHER | | | TIFFANY | | | | |
| Birth Date: | Sex: | Race: | Religion: | Marital Status: | | Discharge Date. | Discharge Time: |
| 989 | FEMALE | WHITE | Other Christian | SINGLE | | | |
| Admitting Address Street: | | | City: | | State: | Zip Code: | Ping Area: |
| Logan Correctional Center 1096 1350th St | | | Lincoln | | IL | 62656 | 03 |

**NOTIFICATION OF DISCHARGE/TRANSFER TO:**

| ☒ RCP Individual ☐ REL Relative ☐ ATT Attorney ☐ PAR Parent (if minor) <br> ☐ GRD Guardian ☐ Other - specify: | RIN Number: <br> 069588620 |
|---|---|

| INDIVIDUAL WILL BE RELEASED TO: | Facility Name: <br> Andrew McFarland MHC |
|---|---|
| Name: Illinois State Police    Relationship: | |
| Individual will reside at this address: | Facility Number: <br> 74 |
| Sangamon County Jail <br> 1 Sheriff's Plaza <br> Springfield, IL 62701 | Subunit Name: <br> Jefferson Hall |

| Discharge Geo Code: <br> Discharge Planning Area: <br> Area Code Phone Number: | | Discharge Type: <br> ABS=Absolute <br> PRE=Pre Discharge <br> CD=Conditional <br> Discharge (enter one) | ABS | Subunit Number: <br> 4462 |
|---|---|---|---|---|

| Hospital Contact Name: | Hospital Contact Phone: | ICD Code: |
|---|---|---|
| Mindy Oldham, LCSW, Clinical Director | 217-786-6808 | |

| Primary Discharge Diagnosis: | Medications, Dosage and Indications for use post Discharge: |
|---|---|
| See Physician Summary | See Medication Reconciliation Form |
| Other Psychiatric Diagnosis(es): | |
| See Physician Summary | |
| Medical Diagnosis(es): | |
| See Physician Summary | |

| | ☐ No medications are prescribed |
|---|---|
| | ☒ Medication Instructions Given (see Section Three) |
| | ☒ See Medication Reconciliation Form - (attached) |

<div align="center">File in Record / Copy to Agencies</div>

IL462-0017 (N-10-16) Discharge Summary/Transition Record - Social Worker    -0- copies
(FORMERLY DMHDD-20-1, 2 & 3 & IL462-0020A, B, & C)    Printed by Authority of the State of Illinois

ACH000258 Page 1 of 11

03/23/2017   11:14                                           (FAX)                    P.061/234

  PATIENT COPY

State of Illinois
Department of Human Services - Division of Mental Health

## DISCHARGE SUMMARY/TRANSITION RECORD - SOCIAL WORKER

Outpatient Aftercare Appointment(s)
Section ONE

| Last Name: RUSHER | First Name: TIFFANY | Middle: | DMH ID Number: ▮▮▮ |
|---|---|---|---|

**1. Agency Responsible for Planning/Providing and/or Monitoring Services:** | Date of Appointment: | Time:

Sangamon County Jail

| Agency Address: 1 Sheriff's Plaza Springfield, Illinois 62701 | Agency Code: | Unit Code: |
|---|---|---|

| Contact Person of Agency: | Contact Phone Number: |
|---|---|

| Pre-Discharge Linkage Activity Code: | Individual's Identification at Agency: |
|---|---|

**2. Agency Responsible for Planning/Providing and/or Monitoring Services:** | Date of Appointment: | Time:

| Agency Address: | Agency Code: | Unit Code: |
|---|---|---|

| Contact Person of Agency: | Contact Phone Number: |
|---|---|

| Pre-Discharge Linkage Activity Code: | Individual's Identification at Agency: |
|---|---|

IF APPLICABLE, Appointment for medical condition requiring follow-up after Discharge:

Name of Agency/Physician:
*** Is to follow up with appointments for medical and health related issues

| Address: | Date of Appointment: | Time: |
|---|---|---|

An appointment was made for you to be seen regarding: (Medical condition/problems/symptoms)

| Contact Person: | Contact Phone Number: |
|---|---|

The above medical appointments have been made for you to assist you in your recovery plans.

If you need immediate assistance anytime with suicidal feelings, you can call the free Life Line at 1-800-273-TALK(8255).
Si tienepensamientos de suicidio y necesita ayudainmediatamente puedellamargraits a la Linea en Vivo al 1-800-273-TALK(8255).

**Discharge Authorized by: FACILITY DIRECTOR (Printed Name)**

Greg Donathan, LCSW

**Discharge Approved by: PHYSICIAN (Printed Name)**

Dr. Ajay Jeetwani, M.D.

**Summarized By: (Printed Name and Title)**

Mindy Oldham, LCSW, Clinical Director/Kimberly A Swenka, LCSW

**Individual/Guardian; (Printed Name and Signature)**

Tiffany Rusher

| Date of Admission: | Time of Admission: | Date of Discharge: | Time of Discharge: | Date Sections 1 and 2 Completed: |
|---|---|---|---|---|
| May 3, 2016 | 1545 hours | | | Dec 9, 2016 |

File in Record / Copy to Agencies

IL462-0017 (N-10-16) Discharge Summary/Transition Record - Social Worker     -0- copies
(FORMERLY DMHDD-20-1, 2 & 3 & IL462-0020A, B, & C)     Printed by Authority of the State of Illinois     ACH000 Page 2 of 11

03/23/2017   11:14                                        (FAX)                          P.062/234



State of Illinois
Department of Human Services - Division of Mental Health

*PATIENT COPY*

## DISCHARGE SUMMARY/TRANSITION RECORD - SOCIAL WORKER

| Last Name: | First Name: | Middle: | DMH ID Number: |
|---|---|---|---|
| RUSHER | TIFFANY | | |
| Date of Admission: | Time of Admission: | Date of Discharge: | Time of Discharge: |
| May 3, 2016 | 1545 hours | | |

If form is printed and completed by hand, add additional pages as necessary.

### Section ONE - A

**Advance Directives or Surrogate Decision Maker**
(Plan is documented, or reason for not providing advance care plan.)

☐ Individual **has** an Advance Directive and/or Surrogate Decision Maker

    ☐ Medical Advance Directive

    ☐ Mental Health Treatment Preference

☒ Advance Directive was discussed but Individual **did not wish**, or was not able to name a Surrogate Decision Maker or Provide an Advance Care Plan.

    ☒ Medical Advance Directive

    ☒ Mental Health Treatment Preference

☐ The Individual's cultural and/or spiritual beliefs preclude a discussion of advance care planning as an advance directive would be viewed as harmful to the patient's beliefs and thus harmful to the physician patient relationship.

☐ Individual expressed an interest in obtaining an Advance Directive or Surrogate Decision Maker during this hospitalization. Information has been given to begin and assist with the process of obtaining an Advance Directive and/or Mental Health Treatment Preference.

For assistance with executing an Advance Directive, contact:

    ➢ *Illinois Guardianship & Advocacy Commission/Human Rights Authority*
       (866) 274-8023

    ➢ *Equip for Equality*
       (800) 537-2632

**Instructions Given to Individual/Family on Discharge:**

Ms Rusher is to inform of her medical and health status and risk and to continue with medical/health follow up at discharge.

**Plan for follow-up care and Recommendations: (Include additional discharge arrangements not included on section 1.)**

**a. Additional discharge arrangements:**

Ms Rusher is currently in contact with her grandmother, Betty Glenn, who resides in Clinton, Illinois. She has had contact with Ms Glenn via telephone and some visits while at McFarland MHC. Ms Rusher had been meeting with Dana from House of Grace to begin planning for eventual discharge. Ms Rusher chose not to meet with Dana today on 12/12/16. Ms Rusher will be transferred to Sangamon County Jail due to her aggressive and assaultive behaviors. Ms Rusher is to have a payee for SSI benefits. She has requested assistance with her finances when she is eventually discharged.

**File in Record / Copy to Agencies**

03/23/2017   11:14                                    (FAX)                    P.063/234



State of Illinois
Department of Human Services - Division of Mental Health

## DISCHARGE SUMMARY/TRANSITION RECORD - SOCIAL WORKER

*PATIENT COPY*

| Last Name: | First Name: | Middle: | DMH ID Number: |
|---|---|---|---|
| RUSHER | TIFFANY | | |
| Date of Admission: | Time of Admission: | Date of Discharge: | Time of Discharge: |
| May 3, 2016 | 1545 hours | | |

If form is printed and completed by hand, add additional pages as necessary.

Section ONE - A

b. Referral for Alcohol Treatment and/or Drug use Treatment:

☐ Plan for Alcohol and/or Drug use Treatment  - see appointment on section one.

☐ Individual did not screen positive for unhealthy alcohol or drug use.

c. Referral for Tobacco cessation treatment:

☒ Individual did not use tobacco products in the 30 days prior to admission.

☐ Called Quitline (1-866-784-8937) with Individual on:   Date: _____   Time: _____

☐ Quitline appointment scheduled for:   Date: _____   Time: _____

☐ Referral information given, no appointment made.

☐ Individual refused referral.

☐ Referral was not made for the following reason:

☐ Individual is not a U.S. resident.

☐ Other: Referred from Logan Correctional Center, Ms. Rusher has not smoked tobacco product in several years

---

**24-hr / 7-day contact information for emergencies related to inpatient stay: (including physician name, or title name and phone number)**

Andrew McFarland MHC Shift Coordinator: 217-786-6857

---

**Contact information for obtaining results of studies pending at discharge: (including physician name, or title name and phone number)**

Andrew McFarland MHC Shift Coordinator: 217-786-6857

---

**File in Record / Copy to Agencies**

IL482-0017 (N-10-16) Discharge Summary/Transition Record - Social Worker     -0- copies
(FORMERLY DMHDD-20-1, 2 & 3 & IL462-0020A, B, & C)     Printed by Authority of the State of Illinois     ACH000268   Page 4 of 11

03/23/2017   11:15                                        (FAX)                    P.064/234

 State of Illinois
Department of Human Services - Division of Mental Health

*PATIENT COPY*

## DISCHARGE SUMMARY/TRANSITION RECORD - SOCIAL WORKER

| Last Name: | First Name: | Middle: | DMH ID Number: |
|---|---|---|---|
| RUSHER | TIFFANY | | |
| Date of Admission: | Time of Admission: | Date of Discharge: | Time of Discharge: |
| May 3, 2016 | 1545 hours | | |

If form is printed and completed by hand, add additional pages as necessary.

### Section TWO

*Note: Benefits-related information is shared as a professional courtesy. It is not a guarantee of coverage. Benefit status can change rapidly. IDHS rules require providers to check each individual's Medicaid status on-line.*

Indicate Individual's Funding Source (You may indicate more than one)

- ☐ Social Security/Retirement
- ☐ Medicare
- ☒ Medicaid
- ☐ GRANT/No Fee Payment
- ☐ Social Security/Disability
- ☐ VA
- ☐ Other Personal

- ☒ Supplemental Security Income
- ☐ Social Security Funds
- ☐ CHAMPUS
- ☐ DMHDD Purchase Care
- ☐ Public Aid/Other Pub Res
- ☐ Health Insurance
- ☐ None

Living Arrangement Code:   JAIL

Discharge Movement:   FACDIR

Referral for Services:   JAIL

*Requires Home Code for Long Term Care Nursing Facility:

LLTCF Home Name:   N/A

LLTCF Home Code:   N/A

Did Individual have a hearing loss? Yes ☐   No ☒

If so, did Individual require a reasonable accommodation during Hospitalization? Yes ☐   No ☐   Not Applicable ☒

What, if any, accommodations are needed? (Mark all that apply)

- ☐ Sign Language Interpreter
- ☐ FM System
- ☐ Large Print Materials
- ☐ Closed Captions
- ☐ Other: N/A

IL462-0017 (N-10-16) Discharge Summary/Transition Record - Social Worker    -0- copies    ACH00... Page 5 of 11
(FORMERLY DMHDD-20-1, 2 & 3 & IL462-0020A, B, & C)   Printed by Authority of the State of Illinois

03/23/2017  11:15                                        (FAX)                        P.065/234

State of Illinois
Department of Human Services – Division of Mental Health

*PATIENT COPY*

## DISCHARGE SUMMARY/TRANSITION RECORD - SOCIAL WORKER

| Last Name: | | First Name: | | Middle: | DMH ID Number: |
|---|---|---|---|---|---|
| RUSHER | | TIFFANY | | | |
| Date of Admission: | Time of Admission: | | Date of Discharge: | | Time of Discharge: |
| May 3, 2016 | 1545 hours | | | | |

If form is printed and completed by hand, add additional pages as necessary.

Section FOUR

### Initial MEDICARE Screening:

Medicare Number:

(Please mark as many that apply):

☐ Individual has inpatient coverage (A) only

☐ Individual has outpatient (B) coverage

☐ Individual has Medicare (D) coverage (drugs and pharmaceuticals)

If yes, name of Prescription Drug Plan: _____

If no, Did s/he enroll in Medicare D while in hospital?   Yes ☐   No ☒

If yes, on what date did s/he enroll? _____

### Initial MEDICAID Screening:

Does s/he have any type of Medicaid?   Yes ☒   No ☐

If yes to Medicaid screening, check all that apply:

☒ Full Medicaid (includes disability-related, family-related and ACA Medicaid)

☐ Spend down. Amount if applicable: $ _____

☐ Medicare Savings Plan (please choose one)

☐ QMB (pays Medicare B and D premiums, as well as all Medicare co-pays and deductibles)

☐ SLIB (pays Medicare B and D premiums)

☐ Q. I. (pays Medicare B and D premiums)

*Note: Benefits-related information is shared as a professional courtesy. It is not a guarantee of coverage. Benefit status can change rapidly. IDHS rules require providers to check each individual's Medicaid status on-line.*

File in Record / Copy to Agencies

IL462-0017 (N-10-16) Discharge Summary/Transition Record - Social Worker      -0- copies
(FORMERLY DMHDD-20-1, 2 & 3 & IL462-0020A, B, & C)      Printed by Authority of the State of Illinois      ACH00Page 6 of 11

ACH 272
(Organized)

03/23/2017  11:16                                    (FAX)                    P.066/234

State of Illinois
Department of Human Services - Division of Mental Health

**DISCHARGE SUMMARY/TRANSITION RECORD - SOCIAL WORKER**

PATIENT COPY

| Last Name: | First Name: | Middle: | DMH ID Number: |
|---|---|---|---|
| RUSHER | TIFFANY | | |
| Date of Admission: | Time of Admission: | Date of Discharge: | Time of Discharge: |
| May 3, 2016 | 1545 hours | | |

If form is printed and completed by hand, add additional pages as necessary.

**Section FOUR**

If s/he has Medicaid:

Does s/he have Managed Care?  Yes ☒    No ☐

Indicate the Managed Care: (if applicable)

(Check only one)

**Medicaid Only Plans: (Without Medicare)**

☐ Advocate Accountable Care          ☐ Humana Health Plan
☐ Aetna Better Health                ☐ IlliniCare Health Plan
☐ Aetna Better Health Premier        ☐ Illinois Health Connect
☐ Be Well Partners                   ☐ Illinois Partnership for Health
☐ BlueCross Community Family Health Plan   ☐ Loyola Family Care
☐ BlueCross Community ICP            ☐ Lurie Children's Health
☐ Cigna-HealthSpring                 ☐ Meridian Health Plan
☐ Community Care Alliance            ☐ Meridian Complete
☐ Community Care Partners            ☒ Molina Health Care Plan
☐ County Care                        ☐ Molina Health Care of Illinois
☐ Family Health Network              ☐ My Care Chicago
☐ Harmony Health Plan                ☐ Next Level Health
☐ Health Alliance Connect            ☐ Smart Plan Choice
☐ HealthCura                         ☐ UI Health Plus
☐ Other:

**Medicaid/Medicare Combined Plans:**

☐ Aetna Better Health                ☐ Humana Health Plan
☐ Be Well Partners                   ☐ Illini Care Health
☐ Blue Cross Community ICP           ☐ Meridian Complete Health Plan
☐ Cigna-HealthSpring                 ☐ Molina Healthcare of Illinois
☐ Community Care Alliance            ☐ Next Level Health
☐ CountyCare                         ☐ Precedence CCE
☐ Health Alliance Connect            ☐ Together 4Health
☐ Other Managed Care Plan:

**File in Record / Copy to Agencies**

IL462-0017 (N-10-16) Discharge Summary/Transition Record - Social Worker    -0- copies
(FORMERLY DMHDD-20-1, 2 & 3 & IL462-0020A, B, & C)    Printed by Authority of the State of Illinois    ACH00Page 7 of 11

ACH 273
(Organized)

03/23/2017  11:16                                        (FAX)                        P.067/234

State of Illinois
Department of Human Services - Division of Mental Health

DISCHARGE SUMMARY/TRANSITION RECORD - SOCIAL WORKER

*PATIENT COPY*

| Last Name: | | First Name: | | Middle: | DMH ID Number: |
|---|---|---|---|---|---|
| RUSHER | | TIFFANY | | | |
| Date of Admission: | Time of Admission: | | Date of Discharge: | | Time of Discharge: |
| May 3, 2016 | 1545 hours | | | | |

If form is printed and completed by hand, add additional pages as necessary.

### Section FOUR

**Redetermination Screening**

If s/he has Medicaid Redetermination Screen:

When is the next Medicaid Redetermination date?   JUNE 2017

Did Medicaid Re-determination date occur during hospital stay?   Yes ☐    No ☒

    If person does not get SNAP or DHS Cash Assistance, choose one:
    (Note: For these people, FCRC/Local Office can not handle "Re-De")

If yes to redetermination:

(Mark only one)

    ☐ Redetermination was completed by uploading documents to www.medredes.hfs.illinois.gov

    ☐ Redetermination was mailed to: Illinois Redetermination Project, PO Box 1242, Chicago, IL 60690-1242

    If person does get SNAP or DHS Cash Assistance in addition to Medicaid:
    If yes to redetermination: Redetermination was done through the following FCRC (Local Office)

        Name of FCRC: _____

        FCRC Contact Name: _____

        IDHS/DMH Staff who assisted: _____

___

If yes to Medicaid:

Complete the following if Medicaid application was approved during his/her hospitalization:

Date "un-suppression" request was sent to OCAPS: _____

Name of staff person who sent request: _____

If s/he does NOT have Medicaid:

Was an On-Line Medicaid Application done?   Yes ☐    No ☐

If yes, date application was made: _____    Application Number: _____

Documentation Uploaded:
(Check all that apply)

    ☐ Proof of Residency (Court Order)        ☐ Identifying Information (Face Sheet/Photo ID)

    ☐ Approved Representative Form

    ☐ Other: _____

    ☐ Check here if this application was for a Medicare Savings Plan (QMB, SLIB)

If on-line Medicaid Application was NOT done, was a mail-in Medicaid Application done?   Yes ☐    No ☐

If yes, date application was mailed: _____    FCRC (DHS Office) Number: _____

File In Record / Copy to Agencies

IL462-0017 (N-10-16) Discharge Summary/Transition Record - Social Worker    -0- copies
(FORMERLY DMHDD-20-1, 2 & 3 & IL462-0020A, B, & C)    Printed by Authority of the State of Illinois    ACH000265    Page 8 of 11

ACH 274
(Organized)

03/23/2017  11:16                                  (FAX)                    P. 068/234

 State of Illinois
Department of Human Services - Division of Mental Health

## DISCHARGE SUMMARY/TRANSITION RECORD - SOCIAL WORKER

| Last Name: | First Name: | Middle: | DMH,ID Number: |
|---|---|---|---|
| RUSHER | TIFFANY | | |

| Date of Admission: | Time of Admission: | Date of Discharge: | Time of Discharge: |
|---|---|---|---|
| May 3, 2016 | 1545 hours | | |

If form is printed and completed by hand, add additional pages as necessary.

### Section FOUR

☐ CHECK THIS BOX IF S/HE IS NOT A CITIZEN

Was an immigrant service agency contacted?  Yes ☐    No ☐

Name of Agency contacted: _____

☐ NO MEDICAID APPLICATION WAS DONE DURING THIS STAY

IF s/he has SSI/SSDI /SSR:

☒ SSI          ☐ SSDI          ☐ Social Security Retirement

Does the Individual have SSA benefits (SSDI, SSI) benefits that are suspended or discontinued due to UST or NGRI legal status?  Yes ☐   No ☒

The individual must go to SSA office after discharge, and must show the following to re-instate or re-start benefits:

   • Court order indicating release to the community

   • Discharge paperwork from IDHS/DMH (if discharged to community from IDHS/DMH)

   • Discharge paperwork from jail (if discharged to jail from IDHS/DMH)

(Choose all that apply)

☐ Individual was given these instructions. _____

☐ S/he verbalized an understanding of these instructions.

☐ The following person(s) in his/her support system was given these instructions.

   Family: (printed name) _____

   Friend: (printed name) _____

   From Community Mental Health Center: _____

   From the County Jail: _____

☐ The address of the SSA office was given.

☐ A map showing the location of the SSA office was given.

WAS ANY SOCIAL SECURITY- RELATED APPLICATION MADE? (SSI, SSDI, Social Security Retirement)  Yes ☒    No ☐

If yes, date application was made: JUNE 2016 _____

Please write confirmation number here: _____

Applied for: (check only one)   ☒ SSDI & /or SSI          ☐ Social Security Retirement

For Disability-Related (SSDI and/or SSI) Applications done in the Hospital

Phone Interview Completed?  Yes ☒   No ☐          Is the disability assessment complete?  Yes ☒   No ☐

### File In Record / Copy to Agencies

IL462-0017 (N-10-16) Discharge Summary/Transition Record - Social Worker     -0- copies                          Page 9 of 11
(FORMERLY DMHDD-20-1, 2 & 3 & IL462-0020A, B, & C)     Printed by Authority of the State of Illinois   ACH000266

ACH 275
(Organized)

03/23/2017   11:17                                           (FAX)                    P.069/234

State of Illinois
Department of Human Services - Division of Mental Health

## DISCHARGE SUMMARY/TRANSITION RECORD - SOCIAL WORKER

| Last Name: | | First Name: | | Middle: | DMH ID Number: |
|---|---|---|---|---|---|
| RUSHER | | TIFFANY | | | |
| Date of Admission: | Time of Admission: | | Date of Discharge: | | Time of Discharge: |
| May 3, 2016 | 1545 hours | | | | |

If form is printed and completed by hand, add additional pages as necessary.

Section FOUR

☒ Documents sent to SSA:

(Choose all that apply)

☒ ADL Questionnaire (SSA form)

☒ Psychiatrist and Nursing Progress Notes

☒ Initial psychiatric assessment

☐ IQ testing (if done)

☐ Picture ID

☒ Psychiatric Report (SSA form)

☒ Global assessment of function

☐ Records from community providers (Please ensure you have permission to release community records)

☐ Records from previous admissions

☒ SSA's Authorization for release of information

☒ Letter from clinician that summarizes function

☒ Social Assessment

The documents above were: (check one)   Uploaded ☐       Mailed ☒

**File in Record / Copy to Agencies**

ACH 276
(Organized)

State of Illinois
Department of Human Services – Division of Mental Health

## DISCHARGE SUMMARY/TRANSITION RECORD - SOCIAL WORKER

| Last Name: | First Name: | Middle: | DMH ID Number: |
|---|---|---|---|
| RUSHER | TIFFANY | | |

| Date of Admission: | Time of Admission: | Date of Discharge: | Time of Discharge: |
|---|---|---|---|
| May 3, 2016 | 1545 hours | | |

If form is printed and completed by hand, add additional pages as necessary.

A copy of the entire Discharge Summary was given to ☒ Individual  ☐ Guardian  ☐ Surrogate Decision Maker  by:

| Printed Name/Title: |
|---|

| Signature: | Date: | Time: |
|---|---|---|

AND Sections 1, 3, and 4 were  ☐ Made available electronically  ☐ Faxed to aftercare facility, physician
☐ Mailed to aftercare facility, physician or other health care provider by:

| Printed Name/Title: |
|---|

| Signature: | Date: | Time: |
|---|---|---|

**File In Record / Copy to Agencies**

IL462-0017 (N-10-16) Discharge Summary/Transition Record - Social Worker  –0- copies
(FORMERLY DMHDD-20-1, 2 & 3 & IL462-0020A, B, & C)  Printed by Authority of the State of Illinois  ACH000268

ACH 277
(Organized)

03/23/2017  11:17                                      (FAX)                      P.071/234



State of Illinois
Department of Human Services - Division of Mental Health

## DISCHARGE SUMMARY/TRANSITION RECORD - PHYSICIAN

*PATIENT COPY*

Mental Health
DISCHARGE PACKET
INSTRUCTIONS
NOTE: Use of IL462-0018 REQUIRES completion of IL462-0017, Discharge Summary/Transition Record - Social Worker form, to make a complete Discharge Summary that includes Sections 1-4 and signatures. IL462-0020, Discharge Summary/Transition Record can be completed as a single document in lieu of the combined IL462-0017 & IL462-0018.

**UNIT STAFF:**
- Physician completes IL462-0018 (Section 3) and Social Worker completes IL462-0017 (Sections1, 2, 4 & Signatures).
- Give a copy of the entire 4 sections of the Discharge Summary to the Individual Served at the time of Discharge.
- Send the entire original 4 sections of the Discharge Summary to HIM (Health Information Services) on the date of discharge.
- Complete the Cross Disabilities for Mental Health Information form, IL462-0060, or data entry.
  (If entering into CICS, do not print. If completing fillable pdf., print form, sign, and send to HIM.
  Do not give IL462-0060 to the patient. Do not file in record. Do not send to next level of care)

**HIM STAFF:**
- If Cross Disabilities for Mental Health form is received, maintain in a record separate from the patient record.
- Send entire 4 sections to the next level of care (agency or service provider) within 24 hours of discharge and ensure transmission date and time are documented on the last page of the discharge summary.

### Code Abbreviations Key

| | |
|---|---|
| **Living Arrangement Code:**<br>**MH:**<br>*Private Residence:*<br>　ALONE - Living alone [includes hotel]<br>　BOARD - Boarding house, meals included<br>　RELAT - Living with relative<br>　XRLTN - Living with non-relative<br>　HOTEL - Hotel<br>　OTIND - Other Independent Living Arrangement | **MH or DD:**<br>　CILA - Community. Integrated Living. Arrange<br>　SCHL - Residential school/cci<br>　CHILD - Children's group home<br>　FOSTR - Foster family home<br>　UNDOM - Undomiciled / homeless<br>　HSLTR - Homeless shelter<br>　VSTR - Visiting the provider area<br>　HOSP - Hospital<br>　JAIL - Criminal Justice<br>　SVP - Sexually Violent Persons program |
| **Other Residential Setting:**<br>　FCHOM - Family Care Home<br>　CRISC - Crisis care residential<br>　SUPRS - Supported residential<br>　SUPRV - Supervised residential [24/7]<br>　OTCOM - Other Community Residence | 　CSLA - Community Supported Living Arrange<br>　DASA - Alcohol or Substance Use Program<br>　DOC - Department of Corrections<br>　DHS - Department of Human Services<br>　XXXXX - Unknown<br>　OTHER - Other |
| **DD:**<br>　COMLF - Community living facility<br>　COMRA - Community residential alternative<br>　HOME - Home/individual program<br>　SPHME - Special home placement | **LTCF (Nursing Facilities):**<br>　SCFAC* - Shelter care facility<br>　ICFAC* - Intermediate care facility<br>　SNFAC* - Skilled care facility |
| **Discharge Movement:**<br>　REQUST = Rec-Fam-Grdn Request<br>　FACDIR = Fac Dir-Staff Initiated<br>　DEATH = Death<br>　COMMPL = Abs Discharge Comm. Placement<br>　MHCRT = Mental Health Court<br>　CCOURT = Criminal Court<br>　VOLXUA = Vol-Admn/absent-not UA<br>　INVXUA = Invol-emerg-jud/absent-not UA<br>　VOL/UA = Vol-Admn/absent-reported UA<br>　INV/UA = Invol-emerg-jud/absent-reported UA<br>　Below Codes DHS Retains Responsibility<br>　SVPAD = Discharged by court to SVP-41 only<br>　SVPCD = Cond. Discharge SVP-41 only<br>　NGRICR = Cond. Release NGRI | 　ICFDD* - ICFDD specialized living center<br>　ICF /15* - ICFDD for 15 or less persons<br>　SNFPD* - SNF/pediatric under age 22 |

| Referral For Services:<br>Grant Agency (Grant)<br>Org Unit (Unit)<br>Purch Care (DMHPC)<br>Com IntLvngArr (CILA)<br>NON - DHS Fund Agency (XFUND) | None - Refused (REFUS)<br>Prvt Practitioner (Priv)<br>SA Program (DASA)<br>VA Facility (VAFac)<br>Court (Court)<br>Out-of-State (OutSt) | Psych Hospital (PSYCH)<br>Acute Hospital (HOSP)<br>Criminal Justice (Jail)<br>Absent/UA (A/UA)<br>None Need (XNEED) |
|---|---|---|

| | | |
|---|---|---|
| Pre-Discharge Linkage Codes:<br>XS/O = In person not at SOF<br>ATS/O = In person at SOF<br>RECPH = By phone involving individual<br>STFPH = By phone no individual involvement<br>(XLINK) = Not Linked | | |

IL462-0018 (N-10-16) Discharge Summary/Transition Record – Physician   -0- copies
(FORMERLY DMHDD-20-1, 2 & 3 & IL462-0020A, B, & C)   Printed by Authority of the State of Illinois

ACH000269

03/23/2017   11:18                                    (FAX)                    P.072/234

State of Illinois
Department of Human Services - Division of Mental Health

## DISCHARGE SUMMARY/TRANSITION RECORD - PHYSICIAN

PATIENT C.

ACH 279
(Organized)

03/23/2017   11:18                                              (FAX)                        P.073/234



State of Illinois
Department of Human Services - Division of Mental Health

## DISCHARGE SUMMARY/TRANSITION RECORD - PHYSICIAN

*PATIENT COPY*

| Last Name: | First Name: | | Middle: | DMH ID Number: |
|---|---|---|---|---|
| Rusher | Tiffany | | | ▇▇▇▇ |
| Date of Admission: | Time of Admission: | | Date of Discharge: | Time of Discharge: |
| May 3, 2016 | 3:45:00 PM | | Dec 14, 2016 | |

If form is printed by hand and completed by hand, add additional pages as necessary.

Section THREE-Detailed Narrative
(Completed by Discharging Physician)

**COMPREHENSIVE SUMMARY:**

**1) Reason for inpatient admission: (brief list/description of events/symptoms that led to hospitalization)**

Ms.Rusher is a 27-year-old, Caucasian female transferred from Logan Correctional Center with a Court Order for Involuntary Hospitalization. She had been incarcerated for Aggravated Sexual Abuse of a Minor since 02-18-2011 at Logan Correctional Center. She has an extensive history of self-harming behaviors and suicide attempts prior to and throughout her incarceration. Between 10-19-2014 to 04-14-2016 she  made 10 attempts to hang herself/strangle herself and 12 incidents of self-injury (cutting, biting self, head banging), 3 incidents of swallowing ink pens or segregation pens, 7 incidents of choking herself on toilet paper, 5 incidents of blocking her airway with celery and carrot sticks. On 04-06-2016, she swallowed a spork which was lodged so tightly in her throat that it had to be removed by endoscopy in Memorial Hospital in Springfield. She fought with rescue workers trying to save her life and reports indicate that if she did not have a partial airway she very well could have died. About 3 weeks prior to admission she swallowed a toothbrush. She was on constant watch in Logan since 09-11-2015. She was placed on a healthcare unit there, to be closer to nursing to allow for a more timely response to her frequent suicide attempts. Given her ongoing risk of harm to self, she was transferred to McFarland Mental Health Center after she maxed out on her prison sentence. Per the Logan Correctional Center records, she appears to have an immature and undeveloped sense of self and appears to copy and imitate the emotions and attitude of others. She used to seek validation, affection, and support from others who suffered from similar pathologies in prison. She was noted to have very unstable moods. She was noted to go from happy and cheerful to making a suicide attempt with trivial frustrations (such as not getting coffee), feelings of estrangement from other significant offenders, and ongoing frustrations with her safety restrictions.

Ms. Rusher was cooperative with the interview at McFarland Mental Health Center. She reported a history of anger problems. She revealed that she had punched a wall prior to her admission, resulting in bruising of her hand, and x-rays were negative for fracture. She also revealed a history of spitting at staff at Logan Correctional Center and also stated that she had hit them when they touched her. She reported chronic feelings of emptiness, long history of significant interpersonal conflict. She stated that she had a lot of "insecurities." She said she experienced flashbacks of her past physical abuse at the hands of her father in addition to daily nightmares. She was able to carry on a reality based and rational conversation.

**PRINCIPAL DIAGNOSIS AT DISCHARGE:**

Primary Diagnosis:

Antisocial Personality Disorder,
Other Specified Personality Disorder (Borderline Personality Traits)

Secondary Diagnoses:

Unspecified Depressive disorder
Posttraumatic Stress Disorder
Stimulant use disorder (cocaine), severe, in sustained remission, in controlled environment.
Cannabis use disorder, severe, in sustained remission, in controlled environment.

Medical Diagnoses:

Asthma
HIV
Gastroesophageal Reflux Disease
Obesity
Recent foreign body ingestion
Allergic Rhinitis
Constipation

---

IL462-0018 (N-10-16) Discharge Summary/Transition Record - Physician          -0- copies
(FORMERLY DMHDD-20-1, 2 & 3 & IL462-0020A, B, & C)          Printed by Authority of the State of Illinois          ACH000   Page 1 of 12

03/23/2017   11:19                                        (FAX)                        P.074/234

State of Illinois
Department of Human Services - Division of Mental Health

## DISCHARGE SUMMARY/TRANSITION RECORD - PHYSICIAN

| Last Name: | | First Name: | | Middle: | DMH ID Number: |
|---|---|---|---|---|---|
| Rusher | | Tiffany | | | |
| Date of Admission: | Time of Admission: | | Date of Discharge: | | Time of Discharge: |
| May 3, 2016 | 3:45:00 PM | | Dec 14, 2016 | | |

If form is printed and completed by hand, add additional pages as necessary.

1a) The individual was (Y) ☐    was not (N) ☒    cognitively impaired during the first 3 days.

Comfort care measure status:  ☒ (1) Not on Comfort measures    ☐ (2) Comfort measures documented on Day 0 or 1  ☐ (3) Day 2 or after

**Reason for Hospitalization:**

CIVIL:        Danger to Self/Others ☒        Inability to care for Self ☐        Likely to deteriorate without treatment ☐

FORENSIC:      ☐ UST              ☐ NGRI

               ☐ UST Extended

               ☐ UST G-2

               ☐ USS

2a)  Results of Alcohol Use Disorders Identification Test: (AUDIT) (alcohol use 30 days prior to admission)

☒ 0-7 (Low risk)  ☐ 8-15 (Moderate risk)    ☐ 16-19 (High risk)    ☐ 20-40 (Alcohol related problems)    ☐ Refused Screen

☐ Screen not complete because: [                    ]

2b)  Results of TOBACCO Screen: (tobacco use 30 days prior to admission)

☒ Non-Smoker        ☐ Light Smoker        ☐ Heavy Smoker        ☐ Refused Screen

☐ Screen not complete because: [                    ]

File in Record / Copy to Agencies

ACH 281
(Organized)

03/23/2017  11:19                                    (FAX)                        P.075/234

State of Illinois
Department of Human Services - Division of Mental Health

## DISCHARGE SUMMARY/TRANSITION RECORD - PHYSICIAN

| Last Name: | First Name: | Middle: | DMH ID Number: |
|---|---|---|---|
| Rusher | Tiffany | | |
| Date of Admission: | Time of Admission: | Date of Discharge: | Time of Discharge: |
| May 3, 2016 | 3:45:00 PM | Dec 14, 2016 | |

If form is printed and completed by hand, add additional pages as necessary.

Section THREE-Detailed Narrative-continued
(Completed by Discharging Physician)

**3) Hospital Course:** (Treatment/Habilitation Including Medication Tried and Response, Laboratory Results, Significant Findings, Major procedures and tests performed during inpatient stay and summary of results)

**a. Tobacco and Alcohol use treatment:**

Tobacco: ☐ Received <u>practical counseling</u> for Tobacco use.  ☐ Received <u>medication</u> for Tobacco use.  ☒ Not Applicable

Alcohol: ☐ Received <u>brief intervention</u> for Alcohol use.  ☐ Received <u>brief counseling</u> for Alcohol use.  ☒ Not Applicable

**b. Cooperation:**

☐ Individual was generally cooperative during the stay.  ☒ Individual was frequently uncooperative.

☐ Individual was initially uncooperative but later, cooperative.  ☐ Individual was occasionally uncooperative.

☐ Individual was not cooperative.

| Comment: |
|---|
| |

**c. Group Participation:** Individual attended the prescribed groups with:

☐ minimal participation  ☒ moderate participation  ☐ active cooperation

| Comment: |
|---|
| |

**d. Restriction of Rights:** (Episodes of restraint/seclusion, or ROR during stay)

Individual was in Restraints:  ☐ never  ☒ occasionally  ☐ frequently

Individual was in Seclusion:  ☒ never  ☐ occasionally  ☐ frequently

Individual received Restriction of Rights for:

☒ activities  ☒ medications  ☒ other: Restraints and Physical Holds

| Comments for Restriction of Rights Section: |
|---|
| |

**e. Non Suicidal Self-Harming Behavior:**

Did Individual exhibit self-harming behavior during Hospital stay? Yes ☒  No ☐

| If yes, please describe below: |
|---|
| Please see section K (Other Significant Issues addressed during Hospitalization). |

File In Record / Copy to Agencies

IL462-0018 (N-10-16) Discharge Summary/Transition Record - Physician     -0- copies                    Page 3 of 12
(FORMERLY DMHDD-20-1, 2 & 3 & IL462-0020A, B, & C)     Printed by Authority of the State of Illinois  ACH000279

03/23/2017   11:19                           (FAX)                        P.076/234



State of Illinois
Department of Human Services - Division of Mental Health

## DISCHARGE SUMMARY/TRANSITION RECORD - PHYSICIAN

PATIENT COPY

| Last Name: | | First Name: | | Middle: | DMH ID Number: |
|---|---|---|---|---|---|
| Rusher | | Tiffany | | | |
| Date of Admission: | Time of Admission: | | Date of Discharge: | | Time of Discharge: |
| May 3, 2016 | 3:45:00 PM | | Dec 14, 2016 | | |

If form is printed and completed by hand, add additional pages as necessary.
Section THREE-Detailed Narrative-continued
(Completed by Discharging Physician)

**f. Medication:**
Medication tried and response: (Include Adverse Drug Reactions /significant Side Effects, blood levels of medicines

*The table below is expandable.*

| Name of Medication | ADR/SE Adverse Drug Reaction /Side Effect(s) | Response/Reason for Discontinuing Medicine | |
|---|---|---|---|
| Chlorpromazine | none | tolerates well | Add |
| | | | Delete |
| Atomoxetine | none | tolerates well | Add |
| | | | Delete |
| Diphenhydramine | none | tolerates well | Add |
| | | | Delete |
| Prazosin | none | tolerates well | Add |
| | | | Delete |
| Venlafaxine XR | none | tolerates well | Add |
| | | | Delete |
| Zolpidem | none | tolerates well | Add |
| | | | Delete |
| Divalproex Sodium ER | weight gain | tolerates well | Add |
| | | | Delete |
| Risperidone | none | tolerates well | Add |
| | | | Delete |
| Lamotrigine | none | tolerates well | Add |
| | | | Delete |
| Lorazepam | none | tolerates well | Add |
| | | | Delete |
| Hydroxyzine | none | tolerates well | Add |
| | | | Delete |
| Quetiapine | weight gain | tolerates well | Add |
| | | | Delete |
| Clonazepam | none | tolerates well | Add |
| | | | Delete |
| Diazepam | none | tolerates well | Add |
| | | | Delete |

IL462-0018 (N-10-16) Discharge Summary/Transition Record - Physician       -0- copies
(FORMERLY DMHDD-20-1, 2 & 3 & IL462-0020A, B, & C)   Printed by Authority of the State of Illinois   ACH000   Page 4 of 12

ACH 283
(Organized)

State of Illinois
Department of Human Services - Division of Mental Health

## DISCHARGE SUMMARY/TRANSITION RECORD - PHYSICIAN

PATIENT COPY

| Last Name: | First Name: | Middle: | DMH ID Number: |
| --- | --- | --- | --- |
| Rusher | Tiffany | | |

| Date of Admission: | Time of Admission: | Date of Discharge: | Time of Discharge: |
| --- | --- | --- | --- |
| May 3, 2016 | 3:45:00 PM | Dec 14, 2016 | |

If form is printed and completed by hand, add additional pages as necessary.

File in Record / Copy to Agencies

03/23/2017   11:20                                    (FAX)                    P.078/234

State of Illinois
Department of Human Services - Division of Mental Health

## DISCHARGE SUMMARY/TRANSITION RECORD - PHYSICIAN

| Last Name: | First Name: | Middle: | DMH ID Number: |
|---|---|---|---|
| Rusher | Tiffany | | |
| Date of Admission: | Time of Admission: | Date of Discharge: | Time of Discharge: |
| May 3, 2016 | 3:45:00 PM | Dec 14, 2016 | |

If form is printed and completed by hand, add additional pages as necessary.
Section THREE-Detailed Narrative-continued
(Completed by Discharging Physician)

**g. Medication Adherence:** (Adherence with medication and treatment)

☒ Individual adherence to medication was excellent.          ☐ Court ordered medications.

☐ Individual initially did not agree to take medication and later agreed.          ☐ Poor medication adherence.

☐ Adherence with medication was questionable.

Comments on Medication Adherence:

**h. Medical Issues & Procedures:** (List any medical issues treated during hospitalization including major procedures performed during inpatient stay and summarize results)

☐ None

☒ List:    Please see Dr. Treanor's medical discharge summary

**i. Laboratory/Tests:**

☐ No significant abnormal laboratory/test results.          ☒ Significant laboratory/test results.

List and Describe results:

Please see Dr. Treanor's medical discharge summary

**j. Family involvement:** (Family involvement during the stay)

Family involvement was:   ☒ minimal          ☐ some          ☐ extensive family involvement

☐ Individual has no known family.          ☐ Individual or Family refused Involvement.

☐ Other:

Comments on Family Involvement:

**k. Other Significant issues addressed during Hospitalization:** (if any) or

She was discharged on the following psychotropics from Logan Correctional Center: Ziprasidone 80 mg PO q HS, Hydroxyzine 100 mg PO q HS, Lamotrigine 200 mg PO q HS, Lorazepam 1 mg PO BID, Mirtazapine 15 mg PO q HS (tapering dose, discontinue after 3 days), Prazosin 3 mg PO q HS, Risperidone 1 mg PO q a.m., Risperidone 2 mg PO q HS, Venlafaxine ER 225 mg PO q daily. Ziprasidone was tapered and stopped, Mirtazapine was not continued, Hydroxyzine was changed to PRN dosing, Venlafaxine was changed to XR formulation, and the rest of her psychotropics were continued as prescribed at Logan. Risperidone was later tapered and stopped. She was started on Quetiapine which was gradually uptitrated during her stay. Lorazepam and Hydroxyzine were also stopped and Clonazepam was started per patient request. This was later switched to Diazepam. Diazepam was later switched to PRN Diphenhydramine in May 2016. She was prescribed Atomoxetine in August

IL462-0018 (N-10-16) Discharge Summary/Transition Record - Physician          -0- copies          Page 6 of 12
(FORMERLY DMHDD-20-1, 2 & 3 & IL462-0020A, B, & C)          Printed by Authority of the State of Illinois

ACH000276



State of Illinois
Department of Human Services - Division of Mental Health

### DISCHARGE SUMMARY/TRANSITION RECORD - PHYSICIAN

PATIENT COPY

| Last Name: | First Name: | Middle: | DMH ID Number: |
|---|---|---|---|
| Rusher | Tiffany | | |
| Date of Admission: | Time of Admission: | Date of Discharge: | Time of Discharge: |
| May 3, 2016 | 3:45:00 PM | Dec 14, 2016 | |

If form is printed and completed by hand, add additional pages as necessary.

2016 for attention and focus, and the dose was adjusted during her stay. The patient did not find this of any benefit, hence this will not be continued at discharge. Quetiapine was tapered and stopped in August, and she was started on Chlorpromazine, which was gradually uptitrated. She was also started on Zolpidem in August to help with sleep, this will not be continued at discharge. Lamotrigine was stopped in September and She was started on Divalproex Sodium ER.

She had multiple incidents of self-harm during this hospitalization. She was frequently on one on one observations or frequent observations to prevent self-harm. She swallowed an ink pen in May 2016, it was removed endoscopically at Memorial Medical Center. In June 2016 , she was found in her room slumped against a wall with the waist band of her underwear tied around her neck. She had been holding her breath when discovered and after a few chest compressions, she gasped a very dramatic large breath. She later admitted that she was seeking medications. The next day she pretended to lose consciousness and fell in to the arms of a male peer. She was also noted to have multiple incidents of inappropriately touching and hugging male peers. She attempted to lure a male peer in to her room in August 2016. In September, she revealed that she had swallowed another pen two weeks prior, and this was also removed endoscopically at Memorial Medical Center. Later that month, she swallowed a ring and two quarters. She also tried to strangle herself with her underwear on 9-14-16, was aggressive when discovered, and required restraints.

She repeatedly threatened aggression and had recurrent and multiple physical and verbal aggression incidents towards staff and peers during her stay. Aggression incidents included hitting, punching, kicking, biting, shoving, and spitting at staff and peers. She also flipped furniture, slammed doors, banged on a door with her food tray. She shoved an elderly female peer a few times. She was medication seeking throughout her stay, and frequently became aggressive  in order to obtain IM emergency medications. Eventually, she was placed in restraints whenever she had severe aggression incidents, and IM emergency medications and benzodiazepines were avoided. On 11-8-16, she fell and sustained a complete spiral fracture of tibia. She tore off her cast later on, and slipped while getting in to her wheelchair, resulting in a second fracture of the same ankle. She swallowed a plastic fork on 11-29-16, which was removed endoscopically at Memorial Medical Center.

She punched an elderly male peer on 12-6-16, She swallowed another fork on 12-7-16, which was removed endoscopically again. On 12-8-16, she started hitting an elderly peer with her fists. She then grabbed him, pulled him out of his wheelchair and stomped on his face, stomach and neck with her casted leg. A few minutes after staff intervened, she kicked a female staff member. She later tried to hit and grab the hair of another staff member. A male peer placed her in a hold from behind to prevent her from further aggression, and she bit him on his forearm. When staff members intervened again, she struggled with them and fell to the ground, resulting in injuries to another staff member. She was then placed in restraints. Later the same evening, she stuffed a wad of toilet paper down her throat, and clamped her mouth shut so it could not be retrieved. She was noted to lose consciousness and then staff proceeded to retrieve the wad of toilet paper from her mouth. She then proceeded to shake all of her extremities, pretending to have a seizure. She was combative and was placed back in restraints until she was able to contract for safety.

She has been reality based and rational throughout her stay, and her aggressive behavior is noted to be premeditated and consistent with her antisocial personality disorder. She was charged with one count of aggravated battery and two counts of battery, and is being discharged to Sangamon County Jail.

File in Record / Copy to Agencies

ACH 286
(Organized)

03/23/2017   11:21                                    (FAX)                    P.080/234

State of Illinois
Department of Human Services - Division of Mental Health

*PATIENT COPY*

## DISCHARGE SUMMARY/TRANSITION RECORD - PHYSICIAN

| Last Name: | First Name: | Middle: | DMH ID Number: |
|---|---|---|---|
| Rusher | Tiffany | | ▮▮▮ |

| Date of Admission: | Time of Admission: | Date of Discharge: | Time of Discharge: |
|---|---|---|---|
| May 3, 2016 | 3:45:00 PM | Dec 14, 2016 | |

If form is printed and completed by hand, add additional pages as necessary.
Section THREE-Detailed Narrative-continued
(Completed by Discharging Physician)

**4) Reason for Discharge or Transfer:**

☐ No longer meets criteria for inpatient hospitalization/needs can be met in a less restrictive environment.

☐ Completed a request for discharge and does not meet criteria for involuntary commitment.

☐ Jurisdictional court did not grant petition for involuntary commitment.

☐ Jurisdictional court adjudicated Individual restored to fitness.

☐ Jurisdictional court granted petition for conditional release.

☐ Individual reached maximum date of confinement and does not meet criteria for involuntary commitment.

☐ Individual's significant medical needs cannot be met in inpatient psychiatric facility.

☒ Other: Ms.Rusher is being charged with 1 count of aggravated battery and 2 counts of battery. She is being discharged to Sangamon County Jail.

**5) Condition on Discharge: (Mental, Physical, Psychosocial/Behavioral)**

.a. Mental Status at the time of discharge:

Oriented to:

☒ Person    ☒ Place    ☒ Time    ☒ Context

Motor behavior and symptoms:

☒ Normoactive    ☐ Tardive Dyskinesia (TD)    ☐ Extrapyramidal Symptoms (EPS)

☐ Psychomotor agitation    ☐ Psychomotor retardation

☐ Other  Specify:

Comments:

Mood and Affect:

☒ Euthymic    ☐ Sad    ☐ Anxious    ☐ Euphoric    ☐ Angry

☐ Other Specify:

☒ Affect is appropriate to mood    ☐ Affect is inappropriate to mood

Comments:

File in Record / Copy to Agencies

IL462-0018 (N-10-16) Discharge Summary/Transition Record - Physician       -0- copies                    Page 8 of 12
(FORMERLY DMHDD-20-1, 2 & 3 & IL462-0020A, B, & C)    Printed by Authority of the State of Illinois   ACH000278

ACH 287
(Organized)

03/23/2017  11:22                                    (FAX)                      P.081/234

 State of Illinois
Department of Human Services - Division of Mental Health

**DISCHARGE SUMMARY/TRANSITION RECORD - PHYSICIAN**

*PATIENT COPY*

| Last Name: | First Name: | Middle: | DMH ID Number: |
|---|---|---|---|
| Rusher | Tiffany | | ███ |

| Date of Admission: | Time of Admission: | Date of Discharge: | Time of Discharge: |
|---|---|---|---|
| May 3, 2016 | 3:45:00 PM | Dec 14, 2016 | |

If form is printed and completed by hand, add additional pages as necessary.
Section THREE-Detailed Narrative-continued
(Completed by Discharging Physician)

a. Mental Statue at the time of discharge: (continued)

Speech:

☒ Normal in rate and rhythm      ☐ Hyper-verbal      ☐ Paucity of Speech

☐ Other Specify:

Thought Process:

☒ Coherent, Logical and Goal-Directed      ☐ Loosening of Association

☐ Flight of Ideas      ☐ Confusion      ☐ Disorganization

☐ Other Specify:

Delusional Thinking: (Check one)

☒ No, Delusions are not present.

☐ Yes, Delusions are present.

Describe:

Hallucinations: (Check all that apply)

☒ None      ☐ Auditory      ☐ Visual      ☐ Tactile      ☐ Olfactory

☐ No Evidence of Psychosis

Comments:

Suicidal ideations/plans:

☐ None

☒ Not current, but has ongoing risk - see below

Comments:

She has a history of recurrent and severe self-harm incidents prior to and during her stay.

Homicidal ideations/plans:

☒ None

☐ Not current, but has ongoing risk - see below

Comments:

File in Record / Copy to Agencies

IL462-0018 (N-10-15) Discharge Summary/Transition Record - Physician      -0- copies            ACH00  Page 9 of 12
(FORMERLY DMHDD-20-1, 2 & 3 & IL462-0020A, B, & C)      Printed by Authority of the State of Illinois

ACH 288
(Organized)

03/23/2017  11:22                                    (FAX)                      P.082/234



State of Illinois
Department of Human Services - Division of Mental Health

## DISCHARGE SUMMARY/TRANSITION RECORD - PHYSICIAN

PATIENT COPY

| Last Name: | First Name: | Middle: | DMH ID Number: |
|---|---|---|---|
| Rusher | Tiffany | | |

| Date of Admission: | Time of Admission: | Date of Discharge: | Time of Discharge: |
|---|---|---|---|
| May 3, 2016 | 3:45:00 PM | Dec 14, 2016 | |

If form is printed and completed by hand, add additional pages as necessary.
**Section THREE-Detailed Narrative-continued**
(Completed by Discharging Physician)

**a. Mental Status at the time of discharge: (continued)**

Insight:  ☐ Good   ☐ Improved   ☐ Marginal   ☒ Poor

Comments regarding insight:

Judgment:  ☐ Good   ☐ Improved   ☐ Marginal   ☒ Poor

Comments regarding judgement:

Additional comments on Mental Status:
Rational and reality based. Patient does not have a thought disorder.

**b. Lifetime Risk Factors for suicide/violence/readmission:**

| | | | | |
|---|---|---|---|---|
| Prior suicide attempts? | Yes ☒ | No ☐ | ☐ | |
| History of causing property damage? | Yes ☒ | No ☐ | ☐ | |
| History of violence against a person? | Yes ☒ | No ☐ | ☐ | |
| History of nonadherence with treatment? | Yes ☐ | No ☒ | Occasional ☐ | |
| History of substance abuse? | Yes ☒ | No ☐ | Occasional ☐ | |

**c. Proactive measures taken to reduce risk:**

☐ Counseled Individual/Family about the availability of firearms and other lethal weapons.

☒ Discharged Individual with a safety plan that s/he participated in developing.

**d. Problems active at the time of discharge: (Medical, Psychosocial/Behavioral)**

☐ None

☒ List:  Antisocial Personality Disorder.
Other Specified Personality Disorder (Borderline Personality Traits)
Also, please see Dr. Treanor's medical discharge summary

**6) Studies Pending at discharge: (e.g. laboratory, radiological)**

☒ None

☐ List:

File in Record / Copy to Agencies

ACH 289
(Organized)

03/23/2017  11:22                                    (FAX)                        P.083/234

State of Illinois
Department of Human Services - Division of Mental Health

PATIENT COPY

## DISCHARGE SUMMARY/TRANSITION RECORD - PHYSICIAN

| Last Name: | First Name: | Middle: | DMH ID Number: |
|---|---|---|---|
| Rusher | Tiffany | | |

| Date of Admission: | Time of Admission: | Date of Discharge: | Time of Discharge: |
|---|---|---|---|
| May 3, 2016 | 3:45:00 PM | Dec 14, 2016 | |

If form is printed and completed by hand, add additional pages as necessary.
Section THREE-Detailed Narrative-continued
(Completed by Discharging Physician)

7) Instructions Given Individual/Family on Discharge (Current Medications)

a. Discharge Medications and the amounts given: (the table below is expandable).

| Name of Discharge Medication | Dose | Indication for Use | Amount to Patient (No. of days supply) | Amount to Clinic (No. of days supply) | |
|---|---|---|---|---|---|
| See Medication Reconciliation | | | | | Add |
| | | | | | Delete |

☒ I have reviewed and discussed with the following people all medications prescribed for use after discharge, including any changes from the hospital prescriptions. I have advised the individual to avoid any other medications, herbal or "over the counter" treatments and nutritional supplements until community doctor reviews them for safe use.

Mark all that applies:

☒ Individual Served    ☐ Guardian    ☐ Other Support Person  _____

b. Special Medication Instructions: (Diet, Allergy, Physical Activity)

Diet:
Regular Diet

Allergy:
No Known Drug Allergies

Physical Activity
Please see Dr. Treanor's medical discharge summary

File In Record / Copy to Agencies

ACH 290
(Organized)

03/23/2017   11:23                                    (FAX)                      P.084/234



State of Illinois
Department of Human Services - Division of Mental Health

## DISCHARGE SUMMARY/TRANSITION RECORD - PHYSICIAN

PATIENT COPY

| Last Name: | First Name: | Middle: | DMH ID Number: |
|---|---|---|---|
| Rusher | Tiffany | | |
| Date of Admission: | Time of Admission: | Date of Discharge: | Time of Discharge: |
| May 3, 2016 | 3:45:00 PM | Dec 14, 2016 | |

If form is printed and completed by hand, add additional pages as necessary.

I CERTIFY THAT THE NARRATIVE DESCRIPTIONS OF THE PRINCIPAL AND SECONDARY DIAGNOSES AND THE MAJOR PROCEDURES PERFORMED ARE ACCURATE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.

| Physician's (printed) Name: | | |
|---|---|---|
| Ajay Jeetwani, MD | | |
| Physician's Signature: | Date: | Time: |
| | Dec 14, 2016 | 5:30:00 PM |

File in Record / Copy to Agencies

IL462-0018 (N-10-16) Discharge Summary/Transition Record - Physician        -0- copies
(FORMERLY DMHDD-20-1, 2 & 3 & IL462-0020A, B, & C)      Printed by Authority of the State of Illinois   ACH000292      Page 12 of 12

ACH 291
(Organized)

03/23/2017   11:37                                    (FAX)                        P.123/234

## WORK ORDER

Order Number:   00764544

*Memorial Home Services of Central Illinois, Inc.*

644 NORTH SECOND STREET
SPRINGFIELD, IL 62702
(217) 788-4663

Patient:    ATTN STEPHANIE RASMUSSEN SANG
            1 SHERIFF PLAZO                     CMN/Rx Doctor:
            SPRINGFIELD, IL  62701
            (217) 753-6720                      Scheduled Del. Time: After Noon        Thursday, December 29, 2016
                                                ACCOUNT:  87613
                                                Printed: 12/29/2016      1:29:36PM
            Primary Insurance:ADVANCED CORRECTIONAL HEALTHCARE    Service by:  WALK-IN PATIENT
Secondary Insurance:                            Order completed by: Dianore, Patricia A
                                                Pickup Reason:

     Assigned                                                                          Rental = R
  QUANTITY                                                                             Purchase = P
ORD P/U  PROD. CODE  DESCRIPTION          SERIAL NO.    BIN    CON/HRS  P/R          PRICE

| ORD P/U | PROD. CODE | DESCRIPTION | SERIAL NO. | BIN | CON/HRS | P/R | | PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | OR95415 | MAX TRAX AIR WALKER BOOT MEDIUM | | 100-J | | P | Delivery | 247.85 |

[] I have been notified that the company does not rent items that Medicare categorizes as inexpensive       Sub Total:       $247.85
and frequently purchased.                                                                                   Sales Tax:        $2.48
 [ ] I have been advised that capped rental items are paid on a monthly rental basis, not to exceed a period        Total:    $250.33
of 13 months.

t have received:

    [ ] Instruction information for the safe operation and maintenance of equipment
    [ ] HIPAA Privacy Notice
    [ ] Warranty Information
    [ ] Written Instructions
    [ ] Training-safe & proper use of equipment
    [ ] Equipment is clean and in working order
    [ ] Basic home safety assessment performed including fall risk and electrical safety, if applicable.

Oxygen in Home [ ]Yes [ ]No (Company name other than MHSvc_____),       Smoker in Residence [ ]Yes[ ]No.
Functional Smoke Detectors [ ]Yes[ ]No. If no encourage to purchase & install. [ ]Oxygen Safety stressed and educated to avoid open flames,
are near stove, if a smoker turn off, take off, leave; or if unable to leave wait 10 minutes for oxygen to dissipate prior to smoking.
 ] Customer has been made aware of and understands the hazards and potential harm to self and others in the building that may be caused by
moking while utilizing or being near oxygen.

ACH000321

### Patient Copy

03/23/2017   11:37                                  (FAX)                        P. 121/234


**ADVANCED**
Correctional Healthcare

A Higher Standard. Delivered.

Sangamon County Sheriff's Office
One Sheriff's Plaza
Springfield, IL 62701

Phone 217-753-6886 * Fax 217-753-6387
Medical Phone 217-753-6815 * Medical Fax 217-241-0773

| To: Medical Billing (Name) | From: KMe |
|---|---|
| CC: | Phone: 217·753·6815 |
| Fax: 309·272·3465 | Date: 1/2/16 |
| Re: Tiffany Rusher. | Pages: 3 |

( * Urgent )      * For Your Records      * Per Your Request      * Please Reply

→ Doctor ordered walking boot for
   Tiffany Rusher.

   Picked up boot & placed on Tiffany
                      Here is bill

This transmission (including attached pages) may contain medical information that is privileged or confidential and is intended only for the named addressee(s). If you are not a named addressee, you are hereby notified that any use, disclosure or copying of this transmission is prohibited. If you received this transmission in error, please destroy all copies and notify Advanced Correctional Healthcare by calling (309) 692-8100 immediately.

ACH000319

03/23/2017   11:36   (FAX)   P. 120/234

# Send Result Report

**MFP**

## ECOSYS M3540idn

Firmware Version 2NM_2000.003.034 2015.10.30

01/02/2017 10:22
[2NM_1000.006.002] [2NM_1100.001.004] [2NM_7000.003.021]

Job No.: 006022          Total Time: 0°01'27"          Page: 003

# Complete

Document:          doc00602220170102102010



**ADVANCED** Correctional Healthcare

A Higher Standard, Delivered.

Sangamon County Sheriff's Office
One Sheriff Plaza
Springfield, IL 62701

Phone 217-753-5886 • Fax 217-753-6387
Medical Phone 217-753-6815 • Medical Fax 217-241-0773

To: Medical Billing (Jane)        From: Kate
CC:                               Phone: 217-753-6815
Fax: 309·272·3465                 Date: 1/2/16
Re: Tiffany Rushon               Pages: 3

• Urgent    * For Your Records    * For Your Request    ª Please Reply

→ Doctor ordered walking boot for
   Tiffany Rushor.

Picked up boot + placed on Tiffany
        Here is bill

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|-----|---------------|-------------|-------|------|--------|----------------|
| 001 | 01/02/17 10:20 | 13092723465 | 0°01'27" | FAX | OK | 200x100 Normal/Off |

ACH000318

[ LSH6318475 ]

1

03/23/2017  11:40                    (FAX)                    P.130/234

**Originated From:**                              **Performing Facility:**
**SC1st 1W-D**                                    **Springfield Clinic Radiology**

800 N. 1st St., 1st Floor
Springfield Clinic 1st Springfield, IL 62704
(217) 528-7541                          Printed by: RDAVIDSON   12/27/2016  4:47:34PM

| | |
|---|---|
| Patient: TIFFANY RUSHER | Patient ID: 0001416767    Sex: F |
| MCFARLAND MENTAL HEALTH CTR | MMC MRN: 1328693    Age: 27 |
| 901 E SOUTHWIND RD | DOB: ███ 989 |
| SPRINGFIELD, ILLINOIS 62703-5125 | Insurance: MOLINA HEALTHCARE OF ILLINOIS / PO BOX 540 / LONG BEACH,CA |
| Home: (217) 786-6807 | |
| Guarantor: RUSHER, TIFFANY - [Self] | PO BOX 540 |
| PCP: Khatiwada MD, Binod - [M101007583] | |
| Ordering Provider STEPHEN PINEDA, MD - [765] | LONG BEACH, CA 90801 |
| NPI:        1528178654 | (855)866-5462 |
| | Name of Insured: RUSHER, TIFFANY A [Self] |

» - [XR TIB/FIB LEFT 73590] - [73590LT]              Order #:   TW1328770170

Date Ordered     Approving Provider                  CPT4 Code
27-Dec-2016  4:47 pr STEPHEN PINEDA [NPI:1528178654]  73590

                        _Electronic Signature_

**Patient Instructions**

To Be Done Date                                Performing Location Comments
27 Dec 2016      Priority        Status
                 Routine         Active
Encounter Date                          * Remain Non Weightbearing
27-Dec-2016                                for Now.
Prompts
RG Modality                             RG
Could you possibly be pregnant? If yes/maybe; notify MD   Future order-ask at time of service
Date of LMP                             Unknown
Problems
Fracture of left tibia (823.80)(S82.202A)

* Please get copy of Film & Report
     to Dr Pineda

* Let us known when performed
                    528.7541. ext 21182

Lab Order Requisition                                ACH Page 1 of 1

03/23/2017   11:37   ~~~~~~~~~~ ~~~   12/28/2016 12:40:37 PM   PAGE   2/002   Fax Server   (FAX)   P. 122/234

**Originated From:**
**SC1st 1W-D**

800 N. 1st St., 1st Floor
Springfield Clinic 1st Springfield, IL 62704
(217) 528-7541

**Performing Facility:**
**SC Physical Therapy**

Printed by: DAVIDSON, RACHEL    12/29/2016  12:40:12PM

| | |
|---|---|
| Patient: TIFFANY RUSHER | Patient ID: 0001416767 |
| MCFARLAND MENTAL HEALTH CTR | MMC MRN: 1326693 |
| 901 E SOUTHWIND RD | DOB: ████ 989 |
| SPRINGFIELD, IL 62703-5125 | Insurance: MOLINA HEALTHCARE OF ILLINOIS / PO BOX 540 / LONG BEACH, CA |
| Home: (217) 786-6807 | |
| Guarantor: RUSHER, TIFFANY  -  [Self] | PO BOX 540 |
| PCP: Khatiwada MD, Binod  -  [M101007583] | |
| Ordering STEPHEN PINEDA, MD  -  [765] | LONG BEACH, CA 90801 |
| NPI:        1528178654 | (855)866-5462 |
| | Name of Insured: RUSHER, TIFFANY  A  [Self] |

Sex: F
Age: 27

**» - [PT Ankle Brace/ Walker/ Ski Boot]  -**   Order #: TW1330996480
**[PTL4386]**

| Date Ordered | Approving Provider | CPT4 Code |
|---|---|---|
| 29-Dec-2016  12:30 p | STEPHEN PINEDA [NPI:1528178654] | L4386 |

Electronic Signature

**Patient Instructions**

Please report to the appropriate location based upon your scheduled appointment for Physical Therapy.  If your appointment location is not listed below, please contact your physician's office.

Springfield Clinic Physical Therapy, 3020 S. 6th St (217)528-7541 or (800)444-7541

Memorial Medical Center, 701 N. 1st Street, Room 3C (217)788-3300

Koke Mill Medical Center, 3132 Old Jacksonville Rd, Suite 140 (217)862-0400

~~~~~~~~ ~~~~~~~~ ~~~~~~~~ ~~~ ~ ~~~~~~ ~~~~~~~~ ~~~~

| To Be Done Date | | | Performing Location Comments |
|---|---|---|---|
| 29 Dec 2016 | **Priority** | **Status** | |
| | Routine | Active | |
| **Encounter Date** | | | |
| 27-Dec-2016 | | | |

**Prompts**

| | |
|---|---|
| Wt. Bearing Status | Non-Weight Bearing |
| Wear for Sleep | Yes |

**Problems**

Fracture of left tibia (823.80)(S82.202A)

| | |
|---|---|
| Lab Order Requisition | Page 1 of 1 |
| | ACH000320 |

03/23/2017   11:42                                    (FAX)                    P. 136/234



## A Higher Standard. Delivered.

Sangamon County Sheriff's Office
One Sheriff's Plaza
Springfield, IL 62701

Phone 217-753-6886 * Fax 217-753-6387
Medical Phone 217-753-6815 * Medical Fax 217-241-0773

| To: Dr Pineda | From: SCJ |
|---|---|
| CC: | Phone: (217) 753-6720 |
| Fax: 527-2887 | Date: 12-28-16 |
| Re: Tiffany Rushen | Pages: |

* Urgent        * For Your Records        * Per Your Request        * Please Reply

This transmission (including attached pages) may contain medical information that is privileged or confidential and is intended only for the named addressee(s). If you are not a named addressee, you are hereby notified that any use, disclosure or copying of this transmission is prohibited. If you received this transmission in error, please destroy all copies and notify Advanced Correctional Healthcare by calling (309) 692-8100 immediately.

ACH000334

03/23/2017 11:41 (FAX) P.135/234

# Send Result Report

KYOCERA

MFP
ECOSYS M3540idn
Firmware Version 2NM_2000.003.034 2015.10.30

12/28/2016 06:48
[2NM_1000.006.002] [2NM_1100.001.004] [2NM_7000.003.021]

Job No.: 005763 Total Time: 0°05'42" Page: 024

## Complete

Document: doc00576320161228064159

ADVANCED Correctional Healthcare

A Higher Standard, Delivered.

Sangamon County Sheriff's Office
One Sheriff's Plaza
Springfield, IL 62701
Phone 217-753-6886 • Fax 217-753-6387
Medical: Phone 217-753-6815 • Medical Fax 217-241-0773

| | |
|---|---|
| To: Dr Pinnow | From: SCJ |
| CC: | Phone: (217)753-6830 |
| Fax: 527-2887 | Date: 12-28-16 |
| Re: Tiffany Rusher | Pages: |

• Urgent • For Your Records • Per Your Request • Please Reply

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 12/28/16 06:43 | 5272887 | 0°05'42" | FAX | OK | 200x100 Normal/On |

ACH000333
[ LSH6318475 ]

Report Created: 03/18/17 1653    FARRIS, WILLIAM MD, RES    Page 1

**ST.JOHN'S HOSPITAL-SPRINGFIELD**
800 E. Carpenter
Springfield, Il

**ED Provider Documentation**
**Document Date:**  03/18/17

| | |
|---|---|
| NAME: | TR, QUEEN18 |
| MR#: | MA01378491 |
| ACCT#: | Y00001998994 |
| ROOM#: | EDED-05 |
| ED PROVIDER: | FARRIS, WILLIAM MD, RES |
| ED ARRIVAL DATE: | 03/18/17 |
| BIRTHDATE/AGE/SEX | ▇▇▇1989 / 27 / F |
| PCP: | KOTTEMANN, STEVEN, MD, REF |

**Copies To**
~
(FARRIS, WILLIAM MD, RES)

**HPI-ED Trauma**
Trauma Name & Number
Tr, Queen18
Category: I
Mode of Arrival: Ground Ambulance
(FARRIS, WILLIAM MD, RES)

**Allergies/Meds**
Allergies:
Coded Allergies:
   No Known Allergies (Unverified , 12/12/13)
**Scheduled**
Benzoyl Peroxide 10 % Wash 227 Gm (Benzoyl Peroxide) 1 APPL TOP BID *(Reported)*
ClonazePAM Odt (ClonazePAM) 1 MG PO BEDTIME *(Reported)*
Elvitegr/Cobicist/Emtric/Tenof (Stribild Tablet) 150-200 MG PO DAILY *(Reported)*
FLUoxetine (FLUoxetine) 40 MG PO DAILY *(Reported)*
Haloperidol (Haldol) 5 MG PO BID *(Reported)*
LamoTRIgine (LamoTRIgine) 75 MG PO BID *(Reported)*
Lithium Cap (Lithium Carbonate) 300 MG PO TID *(Reported)*
Minocycline (Minocycline Hcl) 50 MG PO BID *(Reported)*
Mirtazapine (Remeron) 30 MG PO BEDTIME *(Reported)*
Multivitamin (Tab A Vite) 1 TAB PO DAILY *(Reported)*

**Scheduled PRN**
Ativan (LORazepam) 1 MG PO BID PRN PRN ANXIETY *(Reported)*
TramADOL Hcl (Ultram) 50 MG PO Q6HR PRN PRN PAIN (MODERATE 4-7)

**Medical History**
EENT History Comments:
USED TO WEAR GLASSES.
(FARRIS, WILLIAM MD, RES)
Skin History Comments:
ACNE

Report#: 0318-0087  Report Dept: ED  Report Mnemonic: EDPDOC
NAME: TR, QUEEN18  ACCT#: Y00001998994  MR#: MA01378491

ACH000219



Report Created: 03/18/17 1653                                    Page 2

(FARRIS,WILLIAM MD, RES)
Immune History: HIV
(FARRIS,WILLIAM MD, RES)
Psychosocial Problems: Bipolar Disorder, Depression, Suicidal Ideation
Psychosocial History Comment:
SCHIZOAFFECTIVE

SWALLOWS THINGS TO HARM SELF.
(FARRIS,WILLIAM MD, RES)

## Surgical History
### Blood Transfusion
History of Blood Transfusions: No
(FARRIS,WILLIAM MD, RES)

### Transplants
History of Organ Transplants: No
(FARRIS,WILLIAM MD, RES)

### Surgical History
Surgical History: Yes
(FARRIS,WILLIAM MD, RES)

## Family/Social History
Patient History:
Cancer
Family history: Diabetes mellitus
Family history: Hypertension
Malignant neoplasm of breast

No Family History of:
   Family history: Asthma
   Family history: Blood disorder
   Family history: Cardiovascular disease
   Ischemic heart disease
   Malignant neoplasm of gastrointestinal tract
   Malignant neoplasm of lung
   Malignant neoplasm of ovary
   Prostate cancer
   Stroke (FARRIS,WILLIAM MD, RES)
Patient History:
Cancer
Family history: Diabetes mellitus
Family history: Hypertension
Malignant neoplasm of breast

No Family History of:
   Family history: Asthma
   Family history: Blood disorder
   Family history: Cardiovascular disease
   Ischemic heart disease
   Malignant neoplasm of gastrointestinal tract

Report#: 0318-0087   Report Dept: ED   Report Mnemonic: EDPDOC
NAME: TR,QUEEN18   ACCT#: Y00001998994   MR#: MA01378491

ACH000220

03/23/2017   10:59                                          (FAX)                    P.023/234

Report Created: 03/18/17 1553                              Page 3

Malignant neoplasm of lung
Malignant neoplasm of ovary
Prostate cancer
Stroke (HELLER,ROSS A MD)
Smoking Status: Former Smoker
Current Tobacco Use: None
Tobacco Use History: Cigarettes
Hx of Drug Use: Yes
Drug History: Alcohol, Crack, Hallucinogens, Prescription Drugs
Hx of Abuse: No
(FARRIS,WILLIAM MD, RES)

## Exam-ED Trauma
### Vital Signs

**Vital Signs**

| Date Time | Temp | Pulse | Resp | B/P (MAP) | Pulse Ox | O2 Delivery | O2 Flow Rate | FIO2 |
|---|---|---|---|---|---|---|---|---|
| 3/18/17 16:00 | | | | | | Ventilator | | 100 |
| 3/18/17 16:00 | | 118 | | | | | | 100 |

(HELLER,ROSS A MD)
Result Diagram:
3/18/17 1619                                            3/18/17 1619



```
                                          141    ▓▓▓   11
          ▓▓▓▓    <   ▓▓▓▓                9.5    ▓▓▓   1.03   ▓▓▓▓
```

**Lab Results Text**

Laboratory

3/18/17 16:19:
White Blood Count 18.0, Red Blood Count 3.49, Hemoglobin 10.6, Hematocrit 32.6, Mean Corpuscular Volume 94.0, Mean Corpuscular Hemoglobin 30.4, Mean Corpuscular Hemoglobin Concent 32.3, Red Cell Distribution Width 14.1, Platelet Count 136, Mean Platelet Volume 10.6, Nucleated RBC Absolute Count (auto) 0.00, Absolute Segmented Neutrophils 2.52, Absolute Band Neutrophils 4.86, Total Absolute Neutrophils 9.36, Absolute Lymphocytes (CBC) 7.20, Absolute Monocytes (CBC) 0.90, Absolute Eosinophils (CBC) 0.54, Absolute Basophils (CBC) 0.00, Absolute Metamyelocytes 1.80, Absolute Myelocytes 0.18, Platelet Morphology Low, Red Blood Cell Morphology Hypochromasia slight, Prothrombin Time 24.5, Prothromb Time International Ratio 2.1, Activated Partial Thromboplast Time 90.6, Sodium Level 141, Potassium Level 3.6, Chloride Level 111, Carbon Dioxide Level 1.7, Anion Gap 18.3, Blood Urea Nitrogen 11, Creatinine 1.03, Estimated GFR (African American) 78, Estimated GFR (Non-African American 64, Glucose Level 256, Calculated Osmolality 289, Calcium Level 7.4, Serum Alcohol Zero
(HELLER,ROSS A MD)

## Disposition
Past Medical Hx Reviewed: Yes
Prior Medical Record: Unavailable
Critical Care Total Time (min): Yes
Number of Mins. Excluding Proc: 60
Narrative Course
patient brought in full cardiac arrest from jail, supposedly from autostrangulation, hx of pica, initially no pulse, fixed and dilated, no tracheal airway combi tube in but unable to auscultate any bs with bagging, with Resident Ferris, using glidescope airway passed, while I maintained cervical spine precautions and inline traction as patient came in without collar confirmed with xray, auscultation and CO2 changes, continued ACLS and approximately 5 minutes after airway ultrasound done and found heart activity, I auscultated and found good heart sounds, got pulse, initial pressure very low and placed on levophed with slow response, added epi drip as well and responded well to now at this time bp 121/65 pulse 124, 100 pulse ox, placed central femoral line with ultrasound on right and left arterial line under ultrasound as well for monitoring. Foley catheter placed as well as OG tube, exam showed many areas of stria

Report#: 0318-0087  Report Dept: ED  Report Mnemonic: EDPDOC
NAME: TR,QUEEN18  ACCT#: Y00001998994  MR#: MA01378491

ACH000221



Report Created: 03/18/17 1659                                    Page 4

secondary to weight loss, no central hump on neck, no significant findings on neck, no other injuries seen, was a level one trauma, CT of head, cervical spine and CTA neck done as per trauma, no significant findings, continue drips and admitted to ICU  discussed with Jail personnel the issues and prognosis, no family here

I have seen and evaluated the patient and was there for the entire resuscitation, and I agree with the resident write up and plan of care
  (HELLER,ROSS A MD)
Patient Endorsed to: Admitting Provider
  (HELLER,ROSS A MD)
Disposition: 09 ADMITTED AS INPATIENT
Risks/Benefits/Alternatives: : and/or patient representative (HELLER,ROSS A MD)
DIAGNOSIS/IMPRESSION:
        Primary Impression: Cardiac arrest
Condition: CRITICAL
Referrals:
KOTTEMANN,STEVEN MD, REF (PCP)
3 Days
Attending Attestation
patient brought in full cardiac arrest from jail, supposedly from autostrangulation, hx of pica, initially no pulse, fixed and dilated, no tracheal airway combi tube in but unable to auscultate any bs with bagging, with Resident Ferris, using glidescope airway passed, while I maintained cervical spine precautions and inline traction as patient came in without collar confirmed with xray, auscultation and CO2 changes, continued ACLS and approximately 5 minutes after airway ultrasound done and found heart activity, I auscultated and found good heart sounds, got pulse, initial pressure very low and placed on levophed with slow response, added epi drip as well and responded well to now at this time bp 121/63 pulse 124, 100 pulse ox,  placed central femoral line with ultrasound on right and left arterial line under ultrasound as well for monitoring. Foley catheter placed as well as OG tube, exam showed many areas of stria secondary to weight loss no central hump on neck, no significant findings on neck, no other injuries seen, was a level one trauma, CT of head, cervical spine and CTA neck done as per trauma, no significant findings, continue drips and admitted to ICU  discussed with Jail personnel the issues and prognosis, no family here

I have seen and evaluated the patient and was there for the entire resuscitation, and I agree with the resident write up and plan of care
  (HELLER,ROSS A MD)


FARRIS,WILLIAM MD, RES                                Mar 18, 2017 16:53
HELLER,ROSS A MD                                      Mar 18, 2017 17:38


Report#: 0318-0087  Report Dept: ED  Report Mnemonic: EDPDOC
NAME: TR,QUEEN18  ACCT#: Y00001998994  MR#: MA01378491

ACH000222

03/23/2017  11:00                                          (FAX)                        P.025/234

St. John's Hospital
Springfield, IL
Department of Radiology

TR,QUEEN18                                  Ordering MD: FARRIS,WILLIAM MD, RES
MRN: MA01376491                             Acct: Y00001996994
DOB ████ 989                                Pt Type: ADM IN
Sex: F                                      Ord Site: MAIN

Study Date          Accession #      Procedure Code       Procedure
03/18/17            0818-0097        CXR1V                 XR Chest 1 View

*** Signed ***

Examination: Chest radiograph

Exam time: 3/18/2017 4:45 PM

Clinical history: Trauma. Post arrest.

Comparison: 10/9/2014

Technique: One view of the chest obtained.

Findings: Endotracheal tube tip at the level of the clavicles, 3.5 cm above the carina.
Endogastric tube extends into the left upper quadrant, tip looping upwards back towards the
fundus. Normal heart size. Ill-defined groundglass and reticular opacities in both lung
fields, left worse than right. No definite pleural effusions. No definite pneumothorax. No
acute osseous abnormalities identified.

IMPRESSION:
Endotracheal and endogastric tubes as above. Ill-defined bilateral pulmonary opacities could
reflect edema or consolidation.

                              Electronically Signed By: BEKKER,SIMON V MD 03/18/17 1713

Dictated On: 03/18/17 1711
Interpreted By: BEKKER,SIMON V MD
Transcribed On: 03/18/17 1711 - INFCE

CC:
FARRIS,WILLIAM MD, RES

<TOFAXNUM:>

CC: ()
Fax:

Printed On: 03/18/17                                                      1 of 1

                                                                         ACH000223

03/23/2017  11:00                                    (FAX)                        P .026/234

**St. John's Hospital**
**Springfield, IL**
**Department of Radiology**

TR,QUEEN18
MRN:                                    Ordering MD: NIO,KUSUMA MD
DOB:                                    Acct: Y00001998994
Sex: F                                  Pt Type: ADM IN
                                        Ord Site: MAIN

Study Date         Accession #        Procedure Code      Procedure
03/18/17           0318-0052          H/BWOC              CT Head Brain WO

\*\*\* Signed \*\*\*

EXAMINATION: CT of the head

CLINICAL HISTORY: Trauma, Post arrest.

COMPARISON: None

TECHNIQUE: CT examination of the head without contrast was performed with axial images obtained.

A dose lowering technique was used for this procedure, which may include, but is not limited to, dose reduction technique, automated exposure control, the use of iterative reconstruction, and ALARA (As Low As Reasonably Achievable) / Image Gently techniques.

FINDINGS:
There is somewhat muted appearance and subtle diminished gray-white matter differentiation in both cerebral hemispheres. The lateral ventricles and hemispheric sulci appear diminutive. Findings are concerning for global anoxic injury. Otherwise, there is no evidence of acute intracranial hemorrhage, abnormal extra-axial collections, intracranial mass effect, or midline shift. Basilar cisterns remain visualized. Calvarium unremarkable. Mastoid air cells clear. Complete/near-complete opacification of the left maxillary and left sphenoid sinuses. Partial opacification remaining in the paranasal sinuses. Visualized orbits unremarkable.

IMPRESSION:
1. Imaging findings concerning for global anoxic injury.

NOTIFICATION OF CRITICAL OR DISCREPANT RESULTS
Critical results of above findings were discussed with Dr. Nio by myself on 3/18/2017 at 5:20 PM.

                                        Electronically Signed By: BEKKER,SIMON V MD 03/18/17 1721

Dictated On: 03/18/17 1714
Interpreted By: BEKKER,SIMON V MD
Transcribed On: 03/18/17 1714 - INFCE

<TOFAXNUM:>

CC: ()
Fax:

Printed On: 03/18/17

                                                                              1 of 2

ACH000224

03/23/2017  11:01  (FAX)  P.027/234

**St. John's Hospital**
**Springfield, Illinois**
**Department of Radiology**

TR.QUEEN18  MRN: MAD1378491

CC:
NIO,KUSUMA MD

<TOFAXNUM:>

CC: ()
Fax:

Printed On: 03/18/17

2 of 2

ACH000225

St. John's Hospital
Springfield, IL
Department of Radiology

TR,QUEEN18
MRN: MA01378491
DOB: ████ 989
Sex: F

Ordering MD: NIO,KUSUMA MD
Acct: Y00001996994
Pt Type: ADM IN
Ord Site: MAIN

| Study Date | Accession # | Procedure Code | Procedure |
| --- | --- | --- | --- |
| 03/18/17 | 0318-0051 | CSPNWOC | CT Cervical Spine WO |

\*\*\* Signed \*\*\*

EXAMINATION: CT Cervical Spine without contrast

CLINICAL HISTORY: Trauma, Post arrest.

COMPARISON: None

TECHNIQUE: CT examination of the cervical spine was performed without contrast. Axial and multiplanar reformatted images were obtained.

A dose lowering technique was used for this procedure, which may include, but is not limited to, dose reduction technique, automated exposure control, the use of iterative reconstruction, and ALARA (As Low As Reasonably Achievable) / Image Gently techniques.

FINDINGS:
There is some motion artifact at the upper cervical levels. Straightening of the cervical lordosis. Otherwise the cervical vertebral alignment, vertebral body heights, and facet alignment are maintained. No definite acute displaced fractures identified in the cervical spine. Examination of the individual intervertebral levels reveals no osseous canal or foraminal compromise. Endotracheal and endogastric tubes evident. Right basilar subsegmental atelectasis and dependent left-sided consolidation. Patchy groundglass opacities and interlobular septal thickening also evident.

IMPRESSION:
1. Somewhat motion degraded exam. No acute cervical spine fractures.
2. Pulmonary edema and dependent left-sided consolidation (aspiration?).

Electronically Signed By: BEKKER,SIMON V MD 03/18/17 1725

Dictated On: 03/18/17 1722
Interpreted By: BEKKER,SIMON V MD
Transcribed On: 03/18/17 1722 - INFCE

CC:
NIO,KUSUMA MD

<TOFAXNUM:>

CC: ()
Fax:

Printed On: 03/18/17

1 of 1

ACH000226

**St. John's Hospital**
**Springfield, IL**
**Department of Radiology**

TR,QUEEN18                               Ordering MD: NIO,KUSUMA MD
MRN: MA01378491                          Acct: Y00001998994
DOB ███████ 989                          Pt Type: ADM IN
Sex: ████                                Ord Site: MAIN

Study Date          Accession #         Procedure Code        Procedure
03/18/17            0318-0053            A-NECK                CTA Neck

\*\*\* Signed \*\*\*

EXAMINATION: CT Angiography neck

CLINICAL HISTORY: Trauma. Post arrest. Hanging. Evaluate for vascular injury.

COMPARISON: None

TECHNIQUE: CT angiography of the neck was performed after uneventful intravenous injection of
80 mL Isovue-370. Internal carotid stenosis measured according to NASCET criteria. Axial and
multiplanar MIP images were reformatted and reviewed. Additional 3-D reconstructions and
postprocessing were performed independently by the attending radiologist and a separate
dedicated 3-D workstation.

A dose lowering technique was used for this procedure, which may include, but is not limited
to, dose reduction technique, automated exposure control, the use of iterative reconstruction,
and ALARA (As Low As Reasonably Achievable) / Image Gently techniques.

FINDINGS:
CTA NECK FINDINGS:
Aorta and great vessel origins: Classic 3 vessel aortic arch origin anatomy. Medial stem and
great vessels patent and unremarkable.

Right carotid artery: No evidence of occlusion, dissection, or hemodynamically significant
stenosis. Tortuous cervical ICA.

Left carotid artery: No evidence of occlusion, dissection, or hemodynamically significant
stenosis. Tortuous cervical ICA.

Vertebral arteries: Left vertebral artery developmentally tiny in caliber. No focal
significant stenosis seen along the course of either vertebral artery in the neck.

Imaged portions of the intracranial circulation reveal gross patency and unremarkable
appearance of the intracranial ICA segments and proximal portions of the anterior and middle
cerebral arteries.

Posterior circulation right dominant. Basilar artery patent and unremarkable to the terminus.
Proximal portions of the posterior cerebral arteries, superior cerebellar arteries, and PICA

<TOFAXNUM:>

CC: ()
Fax:

Printed On: 03/18/17                                                      1 of 2

ACH000227

**St. John's Hospital**
**Springfield, Illinois**
**Department of Radiology**

TR.QUEEN18    MRN: MA01378481

branches patent.

SOFT TISSUES:
See separately reported head CT for description of intracranial abnormality suggestive of anoxic injury. Mucosal thickening and opacification of the paranasal sinuses. Endotracheal and endogastric tubes. Patchy ground glass opacities and interlobular septal thickening. Dependent consolidation in the left lung.

IMPRESSION:

1. No acute traumatic arterial injury is identified in the neck. Proximal portions of the circle of Willis appear patent at this time.
2. Pulmonary edema and dependent left-sided consolidation (aspiration?)

Electronically Signed By: BEKKER,SIMON V MD 03/16/17 1728

Dictated On: 03/16/17 1725
Interpreted By: BEKKER,SIMON V MD
Transcribed On: 03/16/17 1725 - INFCE

CC:
NIO,KUSUMA MD

<TOFAXNUM:>

CC:  ()
Fax:

Printed On: 03/16/17

2 of 2

ACH000228

**St. John's Hospital**
**Springfield, IL**
**Department of Radiology**

TR,QUEEN18
MRN: MA01376491
DOB: ███████ 989
Sex: F

Ordering MD: FARRIS,WILLIAM MD, RES
Acct: Y00001996394
Pt Type: ADM IN
Ord Site: MAIN

| Study Date | Accession # | Procedure Code | Procedure |
|---|---|---|---|
| 03/18/17 | 0318-0098 | CSPN1V | XR Cervical Spine 1 View |

*** Signed ***

Examination: Cervical spine

Exam time: 3/18/2017 4:45 PM

Clinical history: Trauma. Post arrest. Hanging.

Comparison: None

Technique: Cervical spine, single lateral view

Findings: Overlying soft tissue obscures the inferior C5-T1 levels. Upper cervical vertebral alignment maintained. No remarkable degenerative changes seen. Visualized intervertebral disc heights preserved. Endotracheal and endogastric tubes evident. Dental amalgam.

IMPRESSION:
Straightening of the cervical lordosis. Mid and lower cervical levels incompletely visualized. Endotracheal and endogastric tubes.

Electronically Signed By: BEKKER,SIMON V MD 03/18/17 1728

Dictated On: 03/18/17 1728
Interpreted By: BEKKER SIMON V MD
Transcribed On: 03/18/17 1728 - INFCE

CC:
FARRIS,WILLIAM MD, RES

<TOFAXNUM:>

CC: ()
Fax:

Printed On: 03/18/17

1 of 1

ACH000229



**St. John's Hospital**
**Springfield, IL**
**Department of Radiology**

TR,QUEEN18
MRN: MA01378491
DOB ████ 1989
Sex:

Ordering MD: FAIRFAX,LINDSAY M MD
Acct: Y00001898994
Pt Type: ADM IN
Ord Site: MAIN

| Study Date | Accession # | Procedure Code | Procedure |
|---|---|---|---|
| 03/19/17 | 0819-0020 | CXR1VPORT | XR Chest 1 View Portable |

*** Signed ***

Examination: Chest radiograph

Exam time: 3/19/2017 6:40 AM

Clinical history: Intubated. Status post arrest.

Comparison: 3/18/2017

Technique: One view of the chest obtained.

Findings: Endotracheal tube and endogastric tube in stable positions. Stable appearance of the cardiomediastinal silhouette. Improving left-sided pulmonary opacities with some residual. Minimal linear atelectasis right midlung. No significant pleural effusions. No definite pneumothorax. Low lung volumes.

IMPRESSION:
Improving left-sided opacities.

Electronically Signed By: BEKKER,SIMON V MD 03/19/17 0757

Dictated On: 03/19/17 0756
Interpreted By: BEKKER,SIMON V MD
Transcribed On: 03/19/17 0756 - INFCE

CC:
FAIRFAX,LINDSAY M MD

<TOFAXNUM:>

CC: 0
Fax:

Printed On: 03/19/17

1 of 1

ACH000230

03/23/2017

10:24

St. John's Hospital
Springfield, IL
Department of Radiology

TR.QUEEN18                         Ordering MD: FAIRFAX,LINDSAY M MD
MRN: MA01378491                    Acct: Y00001998994
DOB: ████ 989                      Pt Type: ADM IN
Sex: █                             Ord Site: MAIN

Study Date        Accession #      Procedure Code     Procedure
03/19/17          0319-0001        BRNWOC             MRI Brain WO

*** Signed ***

INDICATION: Strangulation. Hanging. Possible anoxic injury.

EXAMINATION: MRI brain without contrast.

TECHNIQUE: Sagittal and axial T1, and axial T2, FLAIR, gradient (T2*), and DWI images with ADC
map reconstructions were obtained.

COMPARISON:
Previous head CT and CTA 3/18/2017.

FINDINGS:
Extensive symmetric diffusion restriction and corresponding T2/FLAIR hyperintensity seen
involving the bihemispheric cortex, basal ganglia, and cerebellum. Findings are consistent
with diffuse/global anoxic injury. The brainstem appears relatively spared. The overlying
hemispheric sulci and lateral ventricles are somewhat diminutive which may reflect increased
intracranial pressure. The basilar cisterns remain visible and are not effaced. No evidence of
midline shift. No hemorrhagic transformation or hemorrhagic foci of susceptibility seen at
this time. Proximal portions of the major intracranial arterial flow voids are patent. No
abnormal extra-axial collections. Craniocervical junction, sellar content, and pineal region
unremarkable. Minimal fluid in the mastoid air cells. Prominent mucosal thickening seen in the
paranasal sinuses. Dependent hemorrhage seen in the left maxillary sinus. Please correlate
clinically. Somewhat prominent CSF within the optic nerve sheath complexes also indicative of
increased intracranial/CSF pressure.

IMPRESSION:
1. Imaging findings consistent with diffuse anoxic injury to both cerebral hemispheres, basal
ganglia, and cerebellum. Brainstem appears relatively spared.
2. Probable increased intracranial/CSF pressure with diminutive hemispheric sulcation, small
lateral ventricles, and prominent CSF within the optic nerve sheath complexes.
3. No midline shift. Basilar cisterns remain patent.
4. Partial opacification of the paranasal sinuses with hemorrhagic contents suggested.

ACH 0001124

(FAX)

P. 125/219

**St. John's Hospital**
**Springfield, Illinois**
**Department of Radiology**

TR,QUEEN18     MRN: MA01378491

Interpreted By: BEKKER,SIMON V MD
Transcribed On: 03/18/17 1153 - INFCE

CC:
FAIRFAX,LINDSAY M MD

03/23/2017

10:24

(FAX)

ACH 000125

P. 126/219

03/23/2017

10:25

(FAX)

P. 127/219

St. John's Hospital
Springfield, IL
Department of Radiology

TR,QUEEN18
MRN: M401378491
DOB:      1989
Sex: F

Ordering MD: FAIRFAX,LINDSAY M MD
Acct: Y00001995894
Pt Type: ADM IN
Ord Site: MAIN

| Study Date | Accession # | Procedure Code | Procedure |
|---|---|---|---|
| 03/19/17 | 0319-0002 | CSPWOC | MRI Cervical Spine WO |

\*\* Signed \*\*\*

INDICATION: Strangulation. Hanging.

EXAMINATION: MRI of the cervical spine without contrast.

TECHNIQUE: Sagittal T1, T2, and STIR images, and axial T2 and gradient images of the cervical
spine were obtained.

COMPARISON:
Cervical spine CT 3/8/2017

FINDINGS:
Straightening of the cervical lordosis. Otherwise the cervical vertebral alignment, vertebral
body heights, and facet alignment are maintained. No discrete regions of abnormal signal seen
within the visualized cervical or upper thoracic cord. No suspicious marrow replacing lesions
identified. There is ill-defined STIR hyperintensity seen in the C4-C7 interspinous regions.
Anterior and posterior longitudinal ligamentous complexes appear intact. No marrow edema to
suggest acute fracture. Examination of the individual intervertebral levels reveals no
compressive disc herniations, spinal canal compromise, or foraminal narrowing. Endotracheal
and endogastric tubes. Partial opacification of the paranasal sinuses with layering content,
possibly hemorrhage. Please refer to separately reported MRI brain for description of anoxic
injuries.

IMPRESSION:
1. Mild increased STIR signal within the C4-C7 interspinous regions which could reflect mild
interspinous ligamentous injury.
2. No evidence of acute fracture. No cord signal abnormality. Anterior and posterior
longitudinal ligamentous complexes intact.
3. Please refer to separately reported brain MRI for description of anoxic injuries.

Electronically Signed By: BEKKER,SIMON V MD 03/19/17 1225

Dictated On: 03/19/17 1222

ACH 000126

ACH 000127

St. John's Hospital
Springfield, Illinois
Department of Radiology

TR.QUEEN18  MRN: MA0137849M

CC:
FAIRFAX,LINDSAY M MD



DATE: 03/19/17 @ 1516          St. John's Springfield *MRI*              PAGE 1
USER:. ALANGSHE                      Chart Record

Patient:     TR.QUEEN18
Unit Number: MA01270491
Account:     Y00001999994

ACH000218



Tiffany Rusher DOB [redacted] 89

# Hospital Sisters
HEALTH SYSTEM

ID # [redacted]

trauma # tr, Queen 18

# Fax

Belleville, IL
St. Elizabeth's Hospital

Breese, IL
St. Joseph's Hospital

Decatur, IL
St. Mary's Hospital

Effingham, IL
St. Anthony's Memorial Hospital

Highland, IL
St. Joseph's Hospital

Litchfield, IL
St. Francis' Hospital

Springfield, IL
St. John's Hospital

Chippewa Falls, WI
St. Joseph's Hospital

Eau Claire, WI
Sacred Heart Hospital

Green Bay, WI
St. Mary's Hospital Medical Center
St. Vincent's Hospital

Oconto Falls, WI
St. Clare's Hospital

Sheboygan, WI
St. Nicholas' Hospital

| | | | |
|---|---|---|---|
| **To:** | Sangamon County Jail | **From:** | Sheryl Langiano HIM St. Johns |
| **Fax:** | 2172410773 | **Fax:** | 217-525-5658 |
| **Phone:** | | **Phone:** | 217-544-6464 |
| **Company:** | | **Email:** | Sheryl.Langiano@hshs.org |
| **Pages:** | 18 | **Date:** | Sunday, March 19, 2017 |

**Comments:**

*This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the US Postal Service. Thank You.*

4936 LaVerna Road•Springfield, Illinois62707
(217)788-6230 • FAX (217)788-6263
*Sponsored by the Hospital Sisters of the Third Order of St. Francis*

Memorial Medical Center

12/19/16

ACH 317
(Organized)

03/23/2017   11:52                                      (FAX)                        P. 166/234



Memorial Medical Center
701 N. First Street, Springfield, IL 62781
Telephone (217) 788-3000

## Emergency Services Discharge Instructions

**Name:** RUSHER, TIFFANY A            **DOB** ▮▮ 1989            **Visit Date:** 12/19/2016 2343

**Primary Care Provider:**
   **Name:** Treanor MD, Kathleen, Non-Staff Physician (Typically determined by Ancillary)

*12/27 4:15*
*800 W 1st*
*1st Fl.*

**Emergency Department Provider:**
   **ED Provider:** Patel DO, Chinmay Y

Thank you for choosing Memorial Medical Center Emergency Department for your care. Our goal is to provide very good care. You may be receiving a survey in the mail regarding the care you received, as well as a follow-up phone call after your visit. Please fill out the survey and return it to the address provided. Your feedback is important to us. We are here to serve you for all your healthcare needs.

The following includes patient education materials and information regarding your injury/illness.

## Follow-Up Instructions

RUSHER, TIFFANY A has been given these follow-up instructions:

| Follow Up With: | Where: | When: |
|---|---|---|
| Kathleen Treanor | 901 Southwind Rd | Within 1-2 days for |
| | Springfield, IL 62703 | worsening/continued |
| | (217) 786-6900 Business (1) | problem |

**Comments:**

| Follow Up With: | Where: | When: |
|---|---|---|
| Stephen Pineda | 800 N. 1st St; Springfield Clinic | Within 1-2 days for |
| | Springfield, IL 62702 | worsening/continued |
| | (217) 528-7541 Business (1) | problem |

**Comments:**
Please follow-up with Dr. Pineda within 1 week for further evaluation. Under no circumstances should the splint be removed until Dr. Pineda is ok with removal. Please do not bear weight until Dr. Pineda approves. You may take Tylenol or Motrin as needed for pain.

**Follow Up With:**            **Where:**            **When:**

ACH000364

Name: RUSHER, TIFFANY A               2 of                    12/20/2016 0713
MRN: 1328693
Name: RUSHER, TIFFANY A   MRN: 1328693

Return to Emergency                          Within 1-2 days for
Department                                   worsening/continued
                                             problem

**Comments:**
Return for worsening signs or symptoms such as severely increasing pain, numbness and
tingling, or other new symptoms.

ACH000365

Name:'RUSHER, TIFFANY A                    3 of                12/20/2016 0713
MRN: 1328693
Name: RUSHER, TIFFANY A   MRN: 1328693

---

**Patient Education Materials**

RUSHER, TIFFANY A has been given the following patient education materials:

Ortho Trauma

## Ankle Fracture



Fracture

You have an ankle fracture. This means that one or more of the bones that make up the ankle joint are broken. This causes pain, swelling, and sometimes bruising.

A fracture is treated with a splint or cast or special boot. It will take about 4 to 6 weeks for the fracture to heal. Surgery may be needed to fix severe injuries.

### Home care

- You will be given a splint, cast or boot to prevent movement at the ankle joint. Unless you were told otherwise, use crutches or a walker. Don't weight on the injured leg until cleared by your healthcare provider to do so. Crutches and walkers can be rented at many pharmacies and surgical or orthopedic supply stores. Don't put weight on a splint. It will break.

- Keep your leg elevated to reduce pain and swelling. When sleeping, place a pillow under the injured leg. When sitting, support the injured leg so it is level with your waist. This is very important during the first 48 hours.

- Apply an ice pack over the injured area for no more than 15 to 20 minutes. Do this

ACH000368

Name: RUSHER, TIFFANY A                    4 of                    12/20/2016 0713
MRN: 1328693
Name: RUSHER, TIFFANY A   MRN: 1328693

every 3 to 6 hours for the first 24 to 48 hours. Continue with Ice packs 3 to 4 times a day for the next 2 days, then as needed to ease pain and swelling. To make an ice pack, put ice cubes in a plastic bag that seals at the top. Wrap the bag in a clean, thin towel or cloth. Never put ice or an ice pack directly on the skin. You can place the ice pack directly over the cast or splint. As the ice melts, be careful that the cast or splint doesn't get wet.

- Keep the cast, splint, or boot completely dry at all times. Bathe with your cast, splint, or boot out of the water, protected with 2 large plastic bags. Place 1 bag outside of the other. Tape each bag with duct tape at the top end. Water can still leak in. So it's best to keep the cast, splint, or boot away from water. If a boot or fiberglass cast or splint gets wet, dry it with a hair dryer on a cool setting.

- You may use over-the-counter pain medicine to control pain, unless another pain medicine was prescribed. Talk with your provider before using these medicines if you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding.

## Follow-up care

Follow up with your healthcare provider in 1 week, or as advised. This is to be sure the bone is healing properly. If you were given a splint, it may be changed to a cast at your follow-up visit.

If X-rays were taken, you will be told of any new findings that may affect your care.

## When to seek medical advice

Call your healthcare provider right away if any of these occur:

- The plaster cast or splint becomes wet or soft

- The fiberglass cast or splint stays wet for more than 24 hours

- There is increased tightness, sore areas, or pain under the cast or splint

- Your toes become swollen, cold, blue, numb, or tingly

- The cast becomes loose

- The cast has a bad smell

- The cast develops cracks or breaks

© 2000-2015 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

ACH000367

Name: RUSHER, TIFFANY A                5 of                12/20/2016 0713
MRN: 1328693
Name: RUSHER, TIFFANY A  MRN: 1328693

Continue home medications as prescribed unless otherwise noted.

**Prescriptions:**

**Follow Up Information**

If you had any radiology imaging performed during your visit, your final reports will be reviewed by the radiologist.  You will be contacted if any further instructions are needed.

ACH000368

Name: RUSHER, TIFFANY A                    6 of              12/20/2016 0713
MRN: 1328693
Name: RUSHER, TIFFANY A   MRN: 1328693

*The previous pages numbered with this document have been provided to the patient for education*



# Memorial Medical Center

701 N. First Street, Springfield, IL 62781
Telephone (217) 788-3000

## Emergency Services Discharge Instructions

Name: RUSHER, TIFFANY A          DOB: 6/28/1989          Visit Date: 12/19/2016 2343

**Primary Care Provider:**
     Name: Treanor MD, Kathleen, Non-Staff Physician (Typically determined by Ancillary)


**Emergency Department Physician:**
     ED Physician: Patel DO, Chinmay Y

Thank you for choosing Memorial Medical Center Emergency Department for your care. Our goal is to provide very good care. You may be receiving a survey in the mail regarding the care you received, as well as a follow-up phone call after your visit. Please fill out the survey and return it to the address provided. Your feedback is important to us. We are here to serve you for all your healthcare needs.

The following includes patient education materials and information regarding your injury/illness.

**Follow-Up Instructions**

RUSHER, TIFFANY A has been given these follow-up instructions:

| **Follow Up With:** | **Where:** | **When:** |
|---|---|---|
| Kathleen Treanor | 901 Southwind Rd<br>Springfield, IL 62703<br>(217) 786-6900 Business (1) | Within 1-2 days for<br>worsening/continued<br>problem |

**Comments:**


| **Follow Up With:** | **Where:** | **When:** |
|---|---|---|
| Stephen Pineda | 800 N. 1st St; Springfield Clinic<br>Springfield, IL 62702<br>(217) 528-7541 Business (1) | Within 1-2 days for<br>worsening/continued<br>problem |

**Comments:**
Please follow-up with Dr. Pineda within 1 week for further evaluation. Under no circumstances should the splint be removed until Dr. Pineda is ok with removal. Please do not bear weight until Dr. Pineda approves. You may take Tylenol or Motrin as needed for pain.

ACH000369

Name: RUSHER, TIFFANY A                7 of                    12/20/2016 0713
MRN: 1328693
Name: RUSHER, TIFFANY A   MRN: 1328693

**Follow Up With:**          **Where:**                    **When:**
Return to Emergency                                        Within 1-2 days for
Department                                                 worsening/continued
                                                           problem

**Comments:**
Return for worsening signs or symptoms such as severely increasing pain, numbness and
tingling, or other new symptoms.


**Patient Education Materials Received**
Ortho Trauma
  FRACTURE, Ankle (General)


I, RUSHER, TIFFANY A, understand that the treatment I have received was rendered on an Emergency
basis only and that further treatment may be necessary. I have been given a copy of the above instructions
and I will arrange for follow-up care as outlined above. If my condition worsens, I will call my doctor or
return to the Emergency Department.


_____    _____
Patient Signature         Date


_____    _____
Witness Signature         Date



ACH000370

Memorial Medical Center

12/20/16

ACH 325
(Organized)



**Memorial**
HEALTH SYSTEM

701 North First Street
Springfield, Illinois 62781-0001
Phone (217) 788-3000

# Fax Cover Sheet

| | | | |
|---|---|---|---|
| **TO:** | SCT | **FROM:** | DON L. |
| Company: | | Company: | Memorial Medical Center |
| Phone: | | Facility/Dept.: | Health Information Management |
| Fax: | 217 241 0773 | Phone: | 217-788-4405 |
| | *(Please notify us if your fax number changes)* | Fax: | 217-788-5521 |

**DATE:** 12/20          **TIME:**

Total number of PAGES
including this cover page: 22

Immediate action required?

Yes _____ No ✗

***Confidentiality Notice:***
This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential and/or privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address. Thank you.

**COMMENTS:**

Rushler, Tiffany

ACH000335

03/23/2017   11:42                    пдм          21770552621 >>   (FAX)   21724107773  P 2/23     P.138/234

ED Physician Notes                                   RUSHER, TIFFANY A - 1328693
* Final Report *

Result type:          ED Physician Notes
Result date:          December 20, 2016 00:33:00
Result status:        Auth (Verified)
Result title:         Ankle pain-swelling
Performed by:         Miedema MD RES, Christopher on December 20, 2016 00:37:40
Electronically signed by: Miedema MD RES, Christopher on December 20, 2016 07:14:42
Encounter Info:       271857880, MMC, Emergency, 12/19/2016 -

# * Final Report *

Ankle pain-swelling

Patient: RUSHER, TIFFANY A     MRN: 1328693     FIN: 271857880
Age: 27 years   Sex: Female   DOB: ▮▮▮▮89
Associated Diagnoses: Tibia fracture; Aftercare for cast or splint check or change
Author: Miedema MD RES, Christopher

Basic Information
    Time seen: Date & time 12/20/2016 0035.
    History source: Patient.
    Arrival mode: Include from Flowsheet: 12/20/2016 0002     Mode of Arrival     Wheelchair.
    History limitation: None.
    Additional Information: Chief Complaint from Nursing Triage Note ; Chief Complaint
            12/20/2016 0002          Chief Complaint          complaining of pain to left leg
            after taking cast off leg.  in custody of county PD
            12/19/2016 2345          Chief Complaint          complaining of pain to left leg
            after taking cast off leg.  in custody of county PD  ,

    Infectious Disease Protocol from Nursing Triage Note

                     Result  Data Documented
    Infectious Disease Contact:    No    12/20 00:02
    Infectious Disease Live In Area:  No    12/20 00:02
    Infectious Disease Travel:    No    12/20 00:02

Health Status

    Vital Signs

    Vital Signs - Last 15

    | Date | Temp | BP | HR | RR | SpO2 | ETCO2 | L/O2% | Mode |
    |------|------|------|------|------|------|------|------|------|
    | 12/20 00:02 | 36.8 | 102/86 | 118 | 20 | 99 | --- | --- | --- |

Printed by:     HIM, DJL                              Page 1 of 7
Printed on:     12/20/16 07:46:25                     (Continued)

                                                      ACH000336

03/23/2017   11:43
2016 12-20 00:03                    HIM        217/885521 >>    (FAX)    2172410773  P 3/23

P. 139/234

ED Physician Notes
* Final Report *

RUSHER, TIFFANY A - 1328693

Result type:              ED Physician Notes
Result data:              December 20, 2016 00:33:00
Result status:            Auth (Verified)
Result title:             Ankle pain-swelling
Performed by:             Miedema MD RES, Christopher on December 20, 2016 00:37:40
Electronically signed by: Miedema MD RES, Christopher on December 20, 2016 07:14:42
Encounter info:           271857880, MMC, Emergency, 12/19/2016 -


12/19 23:45  36.8     102/86   118   20    99    ---    ---    ---

**Measurements**
**Admit Wt**
**Yesterday Wt**
**Current Wt**
**Height 5 ft/3 in - 12/20/2016 00:03**
**BSA**
**BMI** .
**O2 Sat Resting**
    12/20/2016 0002             O2 Sat Resting           95 %  Normal
    12/19/2016 2345             O2 Sat Resting           99 %  Normal   .
Normal oxygen saturation.
Allergies:
    Allergic Reactions (Selected)
        No known allergies.
Medications: (Selected)
    Inpatient Medications
        Ordered
            Tylenol oral: 650 mg, 2 Tablet(s), PO, ONE-TIME
        Documented Medications
        Documented
            Eucerin topical cream: 1 Application(s), Topical, BID, PRN; for dry skin, 120 gm, 0 Refill(s)
            Senna 8.6 mg oral tablet: 17.2 mg, 2 Tablet(s), PO, BID, PRN; for constipation, 100 Tablet(s), 0 Refill(s)
            Tab-A-Vite oral tablet: 1 Tablet(s), PO, qDay, 30 Tablet(s), 0 Refill(s)
            atomoxetine 25 mg oral capsule: 25 mg, 1 Capsule(s), PO, BID, 30 Capsule(s), 0 Refill(s)
            chlorproMAZINE 100 mg oral tablet: 100 mg, 1 Tablet(s), PO, qDay, 180 Tablet(s), 0 Refill(s)
            chlorproMAZINE 200 mg oral tablet: 200 mg, 1 Tablet(s), PO, qDay, 180 Tablet(s), 0 Refill(s)
            diphenhydrAMINE 12.5 mg/5 mL oral liquid: 100 mg, 40 mL, PO, BID, PRN; for allergy symptoms, 150 mL,
                0 Refill(s)
            divalproex sodium 500 mg oral delayed release tablet: 500 mg, 1 Tablet(s), PO, BID, 90 Tablet(s), 0
                Refill(s)
            enoxaparin 40 mg/0.4 mL injectable solution: 40 mg, SubQ, qDay, 0 Refill(s)
            fluticasone 27.5 mcg/inh nasal spray: 1 Spray(s), Nasal, qDay, PRN; for allergy symptoms, 10 gm, 0
                Refill(s)
            fluticasone CFC free 220 mcg/inh inhalation aerosol: 1 Puff(s), Inhalation, qDay, 12 gm, 0 Refill(s)
            ibuprofen 200 mg oral tablet: 800 mg, 4 Tablet(s), PO, Q8H, PRN; for pain, 120 Tablet(s), 0 Refill(s)
            loratadine 10 mg oral tablet: 10 mg, 1 Tablet(s), PO, qDay, 90 Tablet(s), 0 Refill(s)
            magaldrate-simethicone 540 mg-40 mg/5 mL oral suspension: 15 mL, PO, AC&HS, PRN; indigestion, 0
                Refill(s)
            prazosin 1 mg oral capsule: 1 mg, 1 Capsule(s), PO, qDay, 60 Capsule(s), 0 Refill(s)


Printed by:    HIM, DJL
Printed on:    12/20/16 07:46:25

Page 2 of 7
(Continued)

ACH000337

03/23/2017   11:43                                              (FAX)                          P. 140/234

ED Physician Notes                                              RUSHER, TIFFANY A - 1328693
* Final Report *

Result type:        ED Physician Notes
Result date:        December 20, 2016 00:33:00
Result status:      Auth (Verified)
Result title:       Ankle pain-swelling
Performed by:       Miedema MD RES, Christopher on December 20, 2016 00:37:40
Electronically signed by: Miedema MD RES, Christopher on December 20, 2016 07:14:42
Encounter info:     271857880, MMC, Emergency, 12/19/2016 -

        prazosin 2 mg oral capsule: 2 mg, 1 Capsule(s), PO, qDay, 90 Capsule(s), 0 Refill(s)
        raNITIdine 150 mg oral tablet: 150 mg, 1 Tablet(s), PO, BID, 180 Tablet(s), 0 Refill(s)
        traMADol 50 mg oral tablet: 50 mg, 1 Tablet(s), PO, Q6H, PRN: for pain, 60 Tablet(s), 0 Refill(s)
        venlafaxine 150 mg oral tablet, extended release: 150 mg, 1 Tablet(s), PO, qDay, 30 Refill(s)
        venlafaxine 75 mg oral tablet, extended release: 75 mg, 1 Tablet(s), PO, qDay, 30 Tablet(s), 0 Refill(s)
        zolpidem 10 mg oral tablet: 10 mg, 1 Tablet(s), PO, QPM, PRN: for sleep, 0 Refill(s).

**History of Present Illness**
Ms. Rusher is a 27-year-old lady presenting per PD from sangamon county jail with concern for left ankle pain.  Patient
sustained a left distal tibial fracture on 11/9 and was casted at that time.  Patient was told to not remove her cast, however
she states that today she wanted to shower and so she removed the cast and was bearing weight on the leg.  Complains
of increased left ankle pain.  No numbness and tingling.  Reports she was told that she would be switching to a walking
boot.

**Review of Systems**
        Constitutional symptoms:  No fever, no chills.
        Skin symptoms:  Bruising, No rash,
        Eye symptoms:  No pain,
        ENMT symptoms:  No sore throat,
        Respiratory symptoms:  No shortness of breath,
        Cardiovascular symptoms:  No chest pain,
        Gastrointestinal symptoms:  No nausea, no vomiting.

**Past Medical/ Family/ Social History**

  **Medical history**
    Reviewed as documented in chart.

  **Medical history**
  HIV, schizoaffective disorder, bipolar disorder, anxiety, depression, AV malformation on the greater curvature of
  stomach, previous history of foreign body ingestion.
  Social history: The patient is single without children.  She lives in De Witt County when she is not incarcerated.  She
  is a smoker.  She denies alcohol.  She has abused crack cocaine. .

**Physical Examination**
        General:  Alert, no acute distress.
        Skin:  Warm, dry, pink.
        Head:  Normocephalic.
        Eye:  Pupils are equal, round and reactive to light, extraocular movements are intact.

Printed by:      HIM, DJL                                       Page 3 of 7
Printed on:      12/20/16 07:46:25                              (Continued)

ACH000338

03/23/2017   11:44                                      (FAX)                    P.141/234

ED Physician Notes                                              RUSHER, TIFFANY A - 1328693
* Final Report *

Result type:        ED Physician Notes
Result date:        December 20, 2016 00:33:00
Result status:      Auth (Verified)
Result title:       Ankle pain-swelling
Performed by:       Miedema MD RES, Christopher on December 20, 2016 00:37:40
Electronically signed by: Miedema MD RES, Christopher on December 20, 2016 07:14:42
Encounter Info:     271857880, MMC, Emergency, 12/19/2016 -


Ears, nose, mouth and throat: Oral mucosa moist.
Cardiovascular: Regular rate and rhythm, No murmur.
Respiratory: Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal.
Gastrointestinal: Soft, Nontender, Non distended, Normal bowel sounds.
Back: Nontender.
Musculoskeletal: Normal ROM, normal strength, Mild ecchymosis of the left tib/fib region, No significant TTP,
    Soft compartments..
Neurological: Alert and oriented to person, place, time, and situation, No focal neurological deficit observed.
Psychiatric: Cooperative, appropriate mood & affect.

**Medical Decision Making**
Rationale: Patient presents with complaints of left ankle pain after she removed her cast. Has history of distal tibial
    fracture last month. We will obtain x-rays of the fracture and discussed with North ch,.
Documents reviewed: Emergency department nurses' notes, emergency department records, prior records.
Radiology results: Ankle Lt 3 V Event Date: 12/20/2016 0108 Updated: 12/20/2016 0200
D Ankle Lt 3 Views
This document has an image
Reason For Exam
ankle fracture, removed cast, increased pain
RADRPT
ACCESSION: 16355000150

EXAMINATION: Plain film left tibia and fibula and left ankle

HISTORY: Patient states previous fracture to middle of lower leg. Visible bruising around middle of lower
    leg. Patient states cut off cast this evening at 2330.

COMPARISON: Prior plain film left tibia and fibula dated 12/05/2016

FINDINGS: Frontal and lateral images of the left tibia and fibula again demonstrate a stably aligned fracture
    involving the mid to distal third of the left tibia. There has been callus formation and periosteal
    reaction since prior, compatible with interval healing. No new fracture or change in appearance
    appreciated.

3 views of the left ankle demonstrate the ankle mortise to be preserved without fracture or dislocation.

IMPRESSION: Stably aligned healing fracture left tibia.

Left ankle appears unremarkable.


Printed by:     HIM, DJL                                        Page 4 of 7
Printed on:     12/20/16 07:46:25                               (Continued)

ACH000339

03/23/2017   11:44                                    (FAX)                    P.142/234

ED Physician Notes                                    RUSHER, TIFFANY A - 1328693
'* Final Report *

Result type:        ED Physician Notes
Result date:        December 20, 2016 00:33:00
Result status:      Auth (Verified)
Result title:       Ankle pain-swelling
Performed by:       Miederna MD RES, Christopher on December 20, 2016 00:37:40
Electronically signed by: Miederna MD RES, Christopher on December 20, 2016 07:14:42
Encounter Info:     271867880, MMC, Emergency, 12/19/2016 -

              To report a quality concern regarding this report, please call the
              Medical Imaging Quality Assurance Hotline at 217-788-3336
                   press zero to reach the Radiologist.
Signature Line
"** Final Report***
Dictated:  12/20/2016 1:48   Haag MD, Robert K
Signed:    12/20/2016 1:51   Haag MD, Robert K

IMAGE
Tibia/Fibula Event Date: 12/20/2016 0108 Updated: 12/20/2016 0201
D Tibia & Fibula Lt
This document has an image
Reason For Exam
Fracture, removed cast today.
RADRPT
ACCESSION: 16365000187

EXAMINATION: Plain film left tibia and fibula and left ankle

HISTORY: Patient states previous fracture to middle of lower leg. Visible bruising around middle of lower
       leg. Patient states cut off cast this evening at 2330.

COMPARISON: Prior plain film left tibia and fibula dated 12/05/2016

FINDINGS: Frontal and lateral images of the left tibia and fibula again demonstrate a stably aligned fracture
       involving the mid to distal third of the left tibia. There has been callus formation and periosteal
       reaction since prior, compatible with interval healing.  No new fracture or change in appearance
       appreciated.

3 views of the left ankle demonstrate the ankle mortise to be preserved without fracture or dislocation.

IMPRESSION: Stably aligned healing fracture left tibia.

Left ankle appears unremarkable.

              To report a quality concern regarding this report, please call the
              Medical Imaging Quality Assurance Hotline at 217-788-3336
                   press zero to reach the Radiologist.

Printed by:     HIM, DJL                                        Page 5 of 7
Printed on:     12/20/16 07:46:25                                (Continued)

ACH000340

ED Physician Notes
\* Final Report \*

RUSHER, TIFFANY A - 1328693

Result type:    ED Physician Notes
Result date:    December 20, 2016 00:33:00
Result status:    Auth (Verified)
Result title:    Ankle pain-swelling
Performed by:    Miedema MD RES, Christopher on December 20, 2016 00:37:40
Electronically signed by:   Miedema MD RES, Christopher on December 20, 2016 07:14:42
Encounter Info:    271857880, MMC, Emergency, 12/19/2016 -

Signature Line
\*\*\* Final Report\*\*\*
Dictated:   12/20/2016 1:46   Haag MD, Robert K
Signed:     12/20/2016 1:51   Haag MD, Robert K

IMAGE

Impression and Plan
Tibia fracture - ICD10-CM S82.209A
Aftercare for cast or splint check or change - ICD10-CM Z47.89

Calls-Consults
- Gardner MD, Matthew P, Recommended replacing posterior long splint with sidebars and having patient follow up with Dr. Pineda..

Plan
Condition: Stable.
Disposition: Discharged: to home.
Disposition time: Time 12/20/2016 0709.
Patient was given the following educational materials: FRACTURE, Ankle (General).
Follow up with: Kathleen Treanor Within 1-2 days for worsening/continued problem; Stephen Pineda Within 1-2 days for worsening/continued problem Please follow-up with Dr. Pineda within 1 week for further evaluation. Under no circumstances should the splint be removed until Dr. Pineda is ok with removal. Please do not bear weight until Dr. Pineda approves. You may take Tylenol or Motrin as needed for pain. ; Return to Emergency Department Within 1-2 days for worsening/continued problem Return for worsening signs or symptoms such as severely increasing pain, numbness and tingling, or other new symptoms..
Counseled: Patient, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Patient indicated understanding of instructions.

Signature Line

(Electronically Signed By: ) Miedema MD RES, Christopher MD R 12/20/2016 07:14
Patel DO, Chinmay Y DO

"Please Refer to Millennium PowerChart for the Most Current Version of This Document."

03/23/2017   11:45
2016-12-20 06:03                         HIM              2177885521 >>      2172410773  P 8/23
                                                          (FAX)                            P.144/234

.ED Physician Notes                                                  RUSHER, TIFFANY A - 1328693
* Final Report *


Result type:          ED Physician Notes
Result date:          December 20, 2016 00:33:00
Result status:        Auth (Verified)
Result title:         Ankle pain-swelling
Performed by:         Miedema MD RES, Christopher on December 20, 2016 00:37:40
Electronically signed by: Miedema MD RES, Christopher on December 20, 2016 07:14:42
Encounter Info:       271867880, MMC, Emergency, 12/19/2016 -


Completed Action List:
* Perform by Miedema MD RES, Christopher on December 20, 2016 00:37:40
* Modify by Miedema MD RES, Christopher on December 20, 2016 00:46:54
* Modify by Miedema MD RES, Christopher on December 20, 2016 07:13:47
* Sign by Miedema MD RES, Christopher on December 20, 2016 07:14:42
* VERIFY by Miedema MD RES, Christopher on December 20, 2016 07:14:42

03/23/2017   11:45
2016-12-20 06:06                    HIM          2177885521 >>    (FAX)    2172410773  P 9/23                    P.145/234

ED Physician Notes                                              RUSHER, TIFFANY A - 1328693
* Preliminary Report *


Result type:        ED Physician Notes
Result date:        December 20, 2016 00:42:00
Result status:      In Process
Result title:       Teaching-Supervisory Addendum-Brief *ED
Performed by:       Patel DO, Chinmay Y on December 20, 2016 00:49:53
Encounter info:     271857880, MMC, Emergency, 12/19/2016 -


# * Preliminary Report *


Teaching-Supervisory Addendum-Brief *ED

Patient:  RUSHER, TIFFANY A      MRN: 1328893      FIN: 271857880
Age:  27 years   Sex: Female     DOB: ████ 89
Associated Diagnoses:  None
Author:  Patel DO, Chinmay Y

Addendum

Teaching-Supervisory Addendum-Brief
I participated in the following activities of this patients care: the medical history, the physical exam, medical decision making.
I personally performed: supervision of the patient's care, the medical history, the physical exam, the medical decision making.
The case was discussed with: Miedema MD RES, Christopher, the resident.
Results interpretation: I agree with the study interpretation in this patient's care.
Notes: 27 YO F presents with LLE pain, hx of Tib Fx with splint in early Nov, removed it today so she should take a shower. Denies bearing any weight bearing or change in alignment, neurovasc intact, XR to confirm alignment and then splint with f/u with ortho. , Was notified by PD that patient is incarcerated and has a history of reporting sexual assault against medical professionals. All interactions wiht patient between staff to include myself, Dr.Miedema, and RN and Techs had in presence of two officers. .

Signature Line
Patel DO, Chinmay Y DO


"Please Refer to Millennium PowerChart for the Most Current Version of This Document."


Completed Action List:
* Perform by Patel DO, Chinmay Y on December 20, 2016 00:49:53


Printed by:      HIM, DJL                                              Page 1 of 1
Printed on:      12/20/16 07:46:28                                     (End of Report)

ACH000343

03/23/2017   11:45                                    (FAX)                         P.146/234

Discharge Information\Education                        RUSHER, TIFFANY A - 1328693

Result type:        Discharge Information\Education
Result date:        December 20, 2016 07:13:13
Result status:      Auth (Verified)
Result title:       Discharge Information\Education
Performed by:       Miedema MD RES, Christopher on December 20, 2016 07:13:13
Electronically signed by:  Miedema MD RES, Christopher on December 20, 2016 07:13:13
Encounter Info:     271857880, MMC, Emergency, 12/19/2016 -

Discharge Information\Education (Verified)

Memorial Medical Center
701 N. First Street, Springfield, IL 62781
Telephone (217) 788-3000

## Emergency Services Discharge Instructions

Name: RUSHER, TIFFANY A         DOB ███ 989         Visit Date: 12/19/2016 2343

Primary Care Provider:
    Name:  Treanor MD, Kathleen, Non-Staff Physician (Typically determined by Ancillary)

Emergency Department Provider:
    ED Provider: Patel DO, Chinmay Y

Thank you for choosing Memorial Medical Center Emergency Department for your care. Our goal is to provide
very good care. You may be receiving a survey in the mail regarding the care you received, as well as a
follow-up phone call after your visit. Please fill out the survey and return it to the address provided. Your
feedback is important to us. We are here to serve you for all your healthcare needs.

The following includes patient education materials and information regarding your injury/illness.

Follow-Up Instructions
RUSHER, TIFFANY A has been given these follow-up instructions:
    Follow Up With:          Where:                        When:

Printed by:       HIM, DJL                                          Page 1 of 9
Printed on:       12/20/16 07:46:31                                 (Continued)

ACH000344

2016-12-20 08:06                        HIM              2177885521 >>          2172410773  P 11/23

Discharge Information\Education                                       RUSHER, TIFFANY A - 1328693

Result type:          Discharge Information\Education
Result date:          December 20, 2016 07:13:13
Result status:        Auth (Verified)
Result title:         Discharge Information\Education
Performed by:         Miedema MD RES, Christopher on December 20, 2016 07:13:13
Electronically signed by: Miedema MD RES, Christopher on December 20, 2016 07:13:13
Encounter Info:       271857880, MMC, Emergency, 12/19/2016 -

| | | |
|---|---|---|
| Kathleen Treanor | 901 Southwind Rd | Within 1-2 days for |
| | Springfield, IL 62703 | worsening/continued |
| | (217) 786-6900 Business (1) | problem |

Comments:

| Follow Up With: | Where: | When: |
|---|---|---|
| Stephen Pineda | 800 N. 1st St; Springfield Clinic | Within 1-2 days for |
| | Springfield, IL 62702 | worsening/continued |
| | (217) 528-7541 Business (1) | problem |

Comments:
Please follow-up with Dr. Pineda within 1 week for further evaluation. Under no
circumstances should the splint be removed until Dr. Pineda is ok with removal. Please do
not bear weight until Dr. Pineda approves. You may take Tylenol or Motrin as needed for
pain.

| Follow Up With: | Where: | When: |
|---|---|---|
| Return to Emergency | | Within 1-2 days for |
| Department | | worsening/continued |
| | | problem |

Comments:
Return for worsening signs or symptoms such as severely increasing pain, numbness and
tingling, or other new symptoms.

| | | |
|---|---|---|
| Printed by: | HIM, DJL | Page 2 of 9 |
| Printed on: | 12/20/16 07:46:31 | (Continued) |

ACH000345

2016-12-20 08:06                    HIM          2177885521 >>        2172410773  P 12/23

Discharge Information\Education                              RUSHER, TIFFANY A - 1328693

Result type:        Discharge Information\Education
Result date:        December 20, 2016 07:13:13
Result status:      Auth (Verified)
Result title:       Discharge Information\Education
Performed by:       Miedema MD RES, Christopher on December 20, 2016 07:13:13
Electronically signed by:  Miedema MD RES, Christopher on December 20, 2016 07:13:13
Encounter info:     271857880, MMC, Emergency, 12/19/2016 -

**Patient Education Materials**

RUSHER, TIFFANY A has been given the following patient education materials:

Ortho Trauma

## Ankle Fracture



Fracture

You have an ankle fracture. This means that one or more of the bones that make up the ankle joint are broken. This causes pain, swelling, and sometimes bruising.

A fracture is treated with a splint or cast or special boot. It will take about 4 to 6 weeks for the

Printed by:      HIM, DJL                                          Page 3 of 9
Printed on:      12/20/16 07:46:31                                   (Continued)
                                                                    ACH000346

Discharge Information\Education                                        RUSHER, TIFFANY A - 1328693

Result type:           Discharge Information\Education
Result date:           December 20, 2016 07:13:13
Result status:         Auth (Verified)
Result title:          Discharge Information\Education
Performed by:          Miedema MD RES, Christopher on December 20, 2016 07:13:13
Electronically signed by: Miedema MD RES, Christopher on December 20, 2016 07:13:13
Encounter info:        271857880, MMC, Emergency, 12/19/2016 -

fracture to heal. Surgery may be needed to fix severe injuries.

## Home care

- You will be given a splint, cast or boot to prevent movement at the ankle joint. Unless you were told otherwise, use crutches or a walker. Don't weight on the injured leg until cleared by your healthcare provider to do so. Crutches and walkers can be rented at many pharmacies and surgical or orthopedic supply stores. Don't put weight on a splint. It will break.

- Keep your leg elevated to reduce pain and swelling. When sleeping, place a pillow under the injured leg. When sitting, support the injured leg so it is level with your waist. This is very important during the first 48 hours.

- Apply an ice pack over the injured area for no more than 15 to 20 minutes. Do this every 3 to 6 hours for the first 24 to 48 hours. Continue with ice packs 3 to 4 times a day for the next 2 days, then as needed to ease pain and swelling. To make an ice pack, put ice cubes in a plastic bag that seals at the top. Wrap the bag in a clean, thin towel or cloth. Never put ice or an ice pack directly on the skin. You can place the ice pack directly over the cast or splint. As the ice melts, be careful that the cast or splint doesn't get wet.

- Keep the cast, splint, or boot completely dry at all times. Bathe with your cast, splint, or boot out of the water, protected with 2 large plastic bags. Place 1 bag outside of the other. Tape each bag with duct tape at the top end. Water can still leak in. So it's best to keep the cast, splint, or boot away from water. If a boot or fiberglass cast or splint gets wet, dry it with a hair dryer on a cool setting.

- You may use over-the-counter pain medicine to control pain, unless another pain medicine was prescribed. Talk with your provider before using these medicines if you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding.

## Follow-up care

Follow up with your healthcare provider in 1 week, or as advised. This is to be sure the bone is healing properly. If you were given a splint, it may be changed to a cast at your follow-up visit.

2016-12-20 08:06                HIM            2177885521 >>        2172410773 P 14/23

Discharge Information\Education                         RUSHER, TIFFANY A - 1328693

Result type:        Discharge Information\Education
Result date:        December 20, 2016 07:13:13
Result status:      Auth (Verified)
Result title:       Discharge Information\Education
Performed by:       Miedema MD RES, Christopher on December 20, 2016 07:13:13
Electronically signed by: Miedema MD RES, Christopher on December 20, 2016 07:13:13
Encounter Info:     271857880, MMC, Emergency, 12/19/2016 –

If X-rays were taken, you will be told of any new findings that may affect your care.

## When to seek medical advice

Call your healthcare provider right away if any of these occur:

- The plaster cast or splint becomes wet or soft
- The fiberglass cast or splint stays wet for more than 24 hours
- There is increased tightness, sore areas, or pain under the cast or splint
- Your toes become swollen, cold, blue, numb, or tingly
- The cast becomes loose
- The cast has a bad smell
- The cast develops cracks or breaks

© 2000-2015 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Printed by:   HIM, DJL                         Page 5 of 9
Printed on:   12/20/16 07:46:31                 (Continued)
                                               ACH000348

Discharge Information\Education                                    RUSHER, TIFFANY A - 1328693

Result type:          Discharge Information\Education
Result date:          December 20, 2016 07:13:13
Result status:        Auth (Verified)
Result title:         Discharge Information\Education
Performed by:         Miedema MD RES, Christopher on December 20, 2016 07:13:13
Electronically signed by:  Miedema MD RES, Christopher on December 20, 2016 07:13:13
Encounter Info:       271657660, MMC, Emergency, 12/19/2016 -

Continue home medications as prescribed unless otherwise noted.

**Prescriptions:**

**Follow Up Information**

If you had any radiology imaging performed during your visit, your final reports will be reviewed by the
radiologist.  You will be contacted if any further instructions are needed.

Discharge Information\Education                    RUSHER, TIFFANY A - 1328693

Result type:            Discharge Information\Education
Result date:            December 20, 2016 07:13:13
Result status:          Auth (Verified)
Result title:           Discharge Information\Education
Performed by:           Miedema MD RES, Christopher on December 20, 2016 07:13:13
Electronically signed by:  Miedema MD RES, Christopher on December 20, 2016 07:13:13
Encounter Info:         271857880, MMC, Emergency, 12/19/2016 -

*The previous pages numbered with this document have been provided to the patient for education*



## Memorial Medical Center
701 N. First Street, Springfield, IL 62781
Telephone (217) 788-3000

## Emergency Services Discharge Instructions

Name: RUSHER, TIFFANY A            DOB ███ 989          Visit Date: 12/19/2016 2342

**Primary Care Provider:**
   Name:  Treanor MD, Kathleen, Non-Staff Physician (Typically determined by Ancillary)

**Emergency Department Physician:**
   ED Physician: Patel DO, Chinmay Y

Thank you for choosing Memorial Medical Center Emergency Department for your care. Our goal is to provide very good care. You may be receiving a survey in the mail regarding the care you received, as well as a follow-up phone call after your visit. Please fill out the survey and return it to the address provided. Your feedback is important to us. We are here to serve you for all your healthcare needs.

The following includes patient education materials and information regarding your injury/illness.

**Follow-Up Instructions**

RUSHER, TIFFANY A has been given these follow-up instructions:

| Follow Up With: | Where: | When: |
|---|---|---|
| Kathleen Treanor | 901 Southwind Rd<br>Springfield, IL 62703 | Within 1-2 days for<br>worsening/continued |

Printed by:    HIM, DJL                                    Page 7 of 9
Printed on:    12/20/16 07:46:31                            (Continued)
                                                            ACH000350