E-FILED
Friday, 25 September, 2020  12:21:02 PM
Clerk, U.S. District Court, ILCD

03/23/2017   11:48                                              (FAX)                        P.153/234

2016-12-20 08:06              HIM        2177885521 >>        2172410773  P 17/23

Discharge Information\Education                           RUSHER, TIFFANY A - 1328693

Result type:          Discharge Information\Education
Result date:          December 20, 2016 07:13:13
Result status:        Auth (Verified)
Result title:         Discharge Information\Education
Performed by:         Miedema MD RES, Christopher on December 20, 2016 07:13:13
Electronically signed by:  Miedema MD RES, Christopher on December 20, 2016 07:13:13
Encounter Info:       271857860, MMC, Emergency, 12/19/2016 -

                      (217) 786-6900 Business (1)        problem
**Comments:**

**Follow Up With:**        **Where:**                      **When:**
Stephen Pineda             800 N. 1st St; Springfield Clinic   Within 1-2 days for
                           Springfield, IL  62702              worsening/continued
                           (217) 528-7541 Business (1)         problem

**Comments:**
Please follow-up with Dr. Pineda within 1 week for further evaluation.  Under no
circumstances should the splint be removed until Dr. Pineda is ok with removal.  Please do
not bear weight until Dr. Pineda approves.  You may take Tylenol or Motrin as needed for
pain.

**Follow Up With:**        **Where:**                      **When:**
Return to Emergency                                        Within 1-2 days for
Department                                                 worsening/continued
                                                           problem

**Comments:**
Return for worsening signs or symptoms such as severely increasing pain, numbness and
tingling, or other new symptoms.

**Patient Education Materials Received**
Ortho Trauma
   FRACTURE, Ankle (General)

I, RUSHER, TIFFANY A, understand that the treatment I have received was rendered on an Emergency basis
only and that further treatment may be necessary. I have been given a copy of the above instructions and I will
arrange for follow-up care as outlined above. If my condition worsens, I will call my doctor or return to the
Emergency Department.

Printed by:     HIM, DJL                                   Page 8 of 9
Printed on:     12/20/16 07:46:31                          (Continued)
                                                           ACH000351

ACH 342
(Organized)

Discharge Information\Education                          RUSHER, TIFFANY A - 1328693

Result type:            Discharge Information\Education
Result date:            December 20, 2016 07:13:13
Result status:          Auth (Verified)
Result title:           Discharge Information\Education
Performed by:           Miedema MD RES, Christopher on December 20, 2016 07:13:13
Electronically signed by: Miedema MD RES, Christopher on December 20, 2016 07:13:13
Encounter info:         271867880, MMC, Emergency, 12/19/2016 -

_____        _____
Patient Signature       Date

_____        _____
Witness Signature       Date

Completed Action List:
* Perform by Miedema MD RES, Christopher on December 20, 2016 07:13:13
* Sign by Miedema MD RES, Christopher on December 20, 2016 07:13:13
* VERIFY by Miedema MD RES, Christopher on December 20, 2016 07:13:13

Printed by:     HIM, DJL                                    Page 9 of 9
Printed on:     12/20/16 07:46:31                           (End of Report)
                                                            ACH000352

ACH 343
(Organized)

·Ankle Lt 3 V                                              RUSHER, TIFFANY A · 1328693

Result type:            Ankle Lt 3 V
Result date:            December 20, 2016 01:08:42
Result status:          Auth (Verified)
Result title:           D Ankle Lt 3 Views
Performed by:           Haag MD, Robert K on December 20, 2016 01:51:00
Electronically signed by: Haag MD, Robert K on December 20, 2016 01:51:00
Encounter info:         271867880, MMC, Emergency, 12/19/2016 -

**Reason For Exam**
ankle fracture, removed cast, increased pain

**RADRPT**
ACCESSION: 16355000150

EXAMINATION:  Plain film left tibia and fibula and left ankle

HISTORY: Patient states previous fracture to middle of lower leg. Visible bruising around
middle of lower leg. Patient states cut off cast this evening at 2330.

COMPARISON:  Prior plain film left tibia and fibula dated 12/05/2016

FINDINGS:  Frontal and lateral images of the left tibia and fibula again demonstrate a
stably aligned fracture involving the mid to distal third of the left tibia.  There has
been callus formation and periosteal reaction since prior, compatible with interval
healing.  No new fracture or change in appearance appreciated.

3 views of the left ankle demonstrate the ankle mortise to be preserved without fracture
or dislocation.

IMPRESSION:  Stably aligned healing fracture left tibia.

Left ankle appears unremarkable.

        To report a quality concern regarding this report, please call the
          Medical Imaging Quality Assurance Hotline at 217-788-3338
                      press zero to reach the Radiologist.

**Signature Line**
*** Final Report***
Dictated:   12/20/2016 1:46    Haag MD, Robert K
Signed:     12/20/2016 1:51    Haag MD, Robert K

**IMAGE**
This document has an image

Printed by:     HIM, DJL                              Page 1 of 2
Printed on:     12/20/16 07:46:33                     (Continued)
                                                     ACH000353

2016-12-20 08:07                 HIM          2177885521 >>        2172410773 P 20/23

Ankle Lt 3 V                                                RUSHER, TIFFANY A - 1328693

Result type:              Ankle Lt 3 V
Result date:              December 20, 2016 01:08:42
Result status:            Auth (Verified)
Result title:             D Ankle Lt 3 Views
Performed by:             Haag MD, Robert K on December 20, 2016 01:51:00
Electronically signed by: Haag MD, Robert K on December 20, 2016 01:51:00
Encounter info:           271857860, MMC, Emergency, 12/16/2016 –

**Completed Action List:**
* Order by   on December 20, 2016 00:33:05
* Perform by Bajrami RT (R), Flora on December 20, 2016 01:08:42
* VERIFY by Haag MD, Robert K on December 20, 2016 01:51:00

Printed by:    HIM, DJL                                        Page 2 of 2
Printed on:    12/20/16 07:46:33                              (End of Report)
ACH000354

03/23/2017  11:49                                                    (FAX)                        P.157/234

2016-12-20 08:07              HIM          2177885521 >>        2172410773 P 21/23

. Tibia/Fibula                                    RUSHER, TIFFANY A - 1328693

Result type:            Tibia/Fibula
Result date:            December 20, 2016 01:08:42
Result status:          Auth (Verified)
Result title:           D Tibia & Fibula Lt
Performed by:           Haag MD, Robert K on December 20, 2016 01:51:00
Electronically signed by: Haag MD, Robert K on December 20, 2016 01:51:00
Encounter Info:         271657880, MMC, Emergency, 12/19/2016 -

**Reason For Exam**
Fracture, removed cast today.

**RADRPT**
ACCESSION: 16355000187

EXAMINATION:  Plain film left tibia and fibula and left ankle

HISTORY: Patient states previous fracture to middle of lower leg. Visible bruising around
middle of lower leg. Patient states cut off cast this evening at 2330.

COMPARISON:  Prior plain film left tibia and fibula dated 12/05/2016

FINDINGS: Frontal and lateral images of the left tibia and fibula again demonstrate a
stably aligned fracture involving the mid to distal third of the left tibia. There has
been callus formation and periosteal reaction since prior, compatible with interval
healing.  No new fracture or change in appearance appreciated.

3 views of the left ankle demonstrate the ankle mortise to be preserved without fracture
or dislocation.

IMPRESSION:  Stably aligned healing fracture left tibia.

Left ankle appears unremarkable.

        To report a quality concern regarding this report, please call the
        Medical Imaging Quality Assurance Hotline at 217-788-3338
                press zero to reach the Radiologist.

**Signature Line**
*** Final Report***
Dictated:    12/20/2016 1:46    Haag MD, Robert K
Signed:      12/20/2016 1:51    Haag MD, Robert K

**IMAGE**
This document has an image

Printed by:    HIM, DJL                                              Page 1 of 2
Printed on:    12/20/16 07:46:36                                     (Continued)

ACH000355

03/23/2017  11:50                                          (FAX)                    P.158/234
2016-12-20 08:07                HIM        2177885521 >>        2172410773 P 22/23

Tibia/Fibula                                          RUSHER, TIFFANY A - 1328693


Result type:             Tibia/Fibula
Result date:             December 20, 2016 01:08:42
Result status:           Auth (Verified)
Result title:            D Tibia & Fibula Lt
Performed by:            Haag MD, Robert K on December 20, 2016 01:51:00
Electronically signed by: Haag MD, Robert K on December 20, 2016 01:51:00
Encounter info:          271857880, MMC, Emergency, 12/19/2016 -


**Completed Action List:**
* Order by   on December 20, 2016 01:06:00
* Perform by Bajrami RT (R), Flora on December 20, 2016 01:08:42
* VERIFY by Haag MD, Robert K on December 20, 2016 01:51:00

Printed by:    HIM, DJL                                    Page 2 of 2
Printed on:    12/20/16 07:46:36                            (End of Report)
                                                            ACH000356

ACH 347
(Organized)

03/23/2017  11:50
2016-12-20 08:07          HIM          2177885521 >>          2172410773  P 23/23
(FAX)          P.159/234

PRN Response - Text                                    RUSHER, TIFFANY A - 1328693

Result type:              PRN Response - Text
Result date:              December 20, 2016 03:00:00
Result status:            Auth (Verified)
Result title:             PRN Response
Performed by:             Killen RN, Jennifer A on December 20, 2016 07:19:42
Electronically signed by: Killen RN, Jennifer A on December 20, 2016 07:19:42
Encounter Info:           271857880, MMC, Emergency, 12/19/2016 -

PRN Response Entered On: 12/20/16 0719
 Performed On: 12/20/16 0300 by Killen RN, Jennifer A

Intervention Information:

acetaminophen
Performed by Hagen RN, Jessica M on 12/20/2016 0200

acetaminophen,650mg
PO

PRN Medication Response
*PRN Medication Effectiveness :* Yes
*Intensity (0-10) :* 4

                                              Killen RN, Jennifer A - 12/20/16 0719

Completed Action List:
* VERIFY by Killen RN, Jennifer A on December 20, 2016 07:19:42
* Sign by Killen RN, Jennifer A on December 20, 2016 07:19:42
* Perform by Killen RN, Jennifer A on December 20, 2016 07:19:42

Printed by:    HIM, DJL                          Page 1 of 1
Printed on:    12/20/16 07:46:40                  (End of Report)
ACH000357

Memorial Medical Center

12/31/16

ACH 349
(Organized)

03/23/2017  11:23      Fax Server        1/1/2017 7:28:43 AM  PAGE  2/028  Fax Server      (FAX)      P.085/234



**Memorial Health System**
701 N. First St., Springfield, IL 62781
Phone: 217-788-3000

Patient Name:    RUSHER, TIFFANY A
DOB/Age/Sex:     989  27 years    Female
MRN:             1328593
FIN:             272167610
Encounter Type:  Emergency

Registration Date:  12/31/2016
Discharge Date:
Admitting Doctor:   EMERGENCY ROOM,PHYSICIAN
Facility:           Memorial Medical Center

## Hematology

Legend: c=Corrected, *=Abnormal, C=Critical, L=Low, H=High, F=Result Comment, ^=Interp Data

### CBC

| Procedure | Date 1/1/2017 Time :00:04 CST | Units | Reference Range |
|---|---|---|---|
| Hemoglobin | 13.8 | gm/dl | [12.0-16.0] |
| Hematocrit | 44 | % | [37-47] |
| RBC | 4.95 | M/CUMM | [4.20-5.40] |
| MCV | 88 | | [81-94] |
| MCH | 27.8 | pg | [27.5-33.2] |
| MCHC | 31.5 | G/DL | [31.0-36.0] |
| RDW | 17.8 H | % | [11.7-15.5] |
| WBC | 5.5 | K/CUMM | [3.4-9.4] |
| Absolute neutrophils | 1.7 L | K/CUMM | [1.8-6.5] |
| Absolute basophils | 0.0 | K/CUMM | [0.0-0.2] |
| Absolute eosinophils | 0.2 | K/CUMM | [0.0-0.4] |
| Absolute monocytes | 0.5 | K/CUMM | [0.2-0.8] |
| Absolute lymphocytes | 3.0 | K/CUMM | [0.9-3.0] |
| Neutrophils | 31 L | % | [47-67] |
| Eosinophils | 4 | % | [0-6] |
| Basophils | 1 | % | [0-2] |
| Monocytes | 9 | % | [1-9] |
| Lymphocytes | 55 H | % | [25-45] |
| Platelets | 300 | K/CUMM | [140-410] |

## Chemistry

Legend: c=Corrected, *=Abnormal, C=Critical, L=Low, H=High, F=Result Comment, ^=Interp Data

### Routine Chemistries & Enzymes

| Procedure | Date 1/1/2017 Time :00:04 CST | Units | Reference Range |
|---|---|---|---|
| Sodium | 137 | mmol/L | [133-142] |
| Potassium | 3.8 | mmol/L | [3.6-5.1] |
| Chloride | 108 | mmol/L | [96-110] |
| CO2 | 20 L | mmol/L | [24-32] |
| Anion gap | 11 * | | [8-16] |

Report Request ID: 13399752          Page 1 of 27          Printed Date/Time:  1/1/2017 07:16 CST

ACH000283

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex ▓▓▓ 989  27 years    Female       MRN: 1328693        FIN: 272167610

| Chemistry |
|---|

Legend: c=Corrected, *=Abnormal, C=Critical, L=Low, H=High, F=Result Comment, ^=Interp Data

| Routine Chemistries & Enzymes |
|---|

| Procedure | Date: 1/1/2017 Time: 03:04 CST | Units | Reference Range |
|---|---|---|---|
| BUN | 7 | mg/dL | [6-22] |
| Creatinine | 0.9 | mG/dL | [0.7-1.4] |
| eGFR -AA | 91 F | | |
| eGFR -NonAA | 75 | | |
| Glucose | 86 *^2 | mg/dL | [70-105] |
| Calcium | 9.1 | mg/dL | [8.5-10.5] |
| Alk phos | 91 | IU/L | [30-130] |
| Lipase, serum | 39 | u/L | [8-57] |
| AST | 36 | IU/L | [0-41] |
| ALT | 49 H | IU/L | [0-45] |
| LD | 312 H | IU/L | [90-200] |
| Bilirubin (direct) | 0.1 | mg/dL | [0.0-0.4] |
| Bilirubin (total) | 0.4 | mg/dL | [0.0-1.0] |
| Total protein | 5.8 L | gm/dl | [6.0-8.0] |
| Albumin | 3.7 | gm/dl | [3.6-5.5] |

Result Comments
F1:     eGFR - AA
        Average GFR for 20-29 years = 116 mL/min/1.73 sq. m.  Chronic Kidney Disease has GFR <60 ml/min/1.73 sq. m for
        >or = 3 months

Interpretive Data
^1:     Anion gap
        Anion gap calculated using formula: Na - (Cl + CO2)
        Measured total CO2 is used in place of HCO3
^2:     Glucose
        Random Glucose greater than 200 mg/dL on more than one occasion is diagnostic of
        diabetes mellitus.

        A test result diagnostic of diabetes should be repeated unless the
        diagnosis is clear on clinical grounds,  such as a patient with classic
        symptoms of hyperglycemia or hyperglycemic crisis.  It is preferable
        that the same test be repeated for confirmation, since there will be a
        greater likelihood of concurrence.

        American Diabetes Association Position Statement on Diagnosis and
        Classification of Diabetes Mellitus, Diabetes Care, Volume 36,
        Supplement 1, January 2013.

ACH000284

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex:        89  27 years   Female        MRN: 1328693        FIN: 272187810

### Chemistry

Legend: c=Corrected, *=Abnormal, C=Critical, L=Low, H=High, F=Result Comment, ^=Interp Data

### Endocrine studies

| Date  1/1/2017 Time  01:44 CST Procedure | Units | Reference Range |
|---|---|---|
| Urine pregnancy test | Negative ^3 | |

Interpretive Data
^3:      Urine pregnancy test
        For weakly positive results a repeat specimen is suggested 24 to 48 hours later.

### Urine Studies

Legend: c=Corrected, *=Abnormal, C=Critical, L=Low, H=High, F=Result Comment, ^=Interp Data

### Routine Urinalysis

| Date 1/1/2017 Time  01:44 CST Procedure | | Units | Reference Range |
|---|---|---|---|
| Color | Yellow | | |
| Appearance | Cloudy * | | [Clear] |
| pH urine | 5.0 | | [4.5-7.5] |
| Specific gravity | 1.023 | | [1.003-1.030] |
| Protein | 30 * | mg/dL | [Negative] |
| Urine glucose | Negative | mg/dL | [Negative] |
| Ketones | Trace * | mg/dL | [Negative] |
| Urine bilirubin | Negative | | [Negative] |
| Urine HGB | Negative | | [Negative] |
| Urobilinogen | Normal | mg/dL | [Normal] |
| Nitrite | Negative | | [Negative] |
| Leukocyte esterase | Moderate * | | [Negative] |
| Urine WBCs | 13 H | /HPF | [0-4] |
| Urine RBCs | 1 | /HPF | [0-2] |
| Squamous epithelial cells | 12 H | /HPF | [0-5] |
| Bacteria | Many * | | |
| Ca oxalate crystals | Occasional * | /HPF | |

ACH000285

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex ███ 989  27 years    Female    MRN: 1328693    FIN: 272167610

### Fecal Studies

Legend: c=Corrected, *=Abnormal, C=Critical, L=Low, H=High, F=Result Comment, ^=Interp Data

| Date  1/1/2017 | | |
|---|---|---|
| Time  00:00 CST | | |
| Procedure | Units | Reference Range |
| Fecal occult blood | Negative | [Negative] |

### ED Documents

Document Type:                        ED Discharge Summary
Service Date/Time:                    1/1/2017 02:52 CST
Result Status:                        Auth (Verified)
Perform Information:                  Moscardelli RN,Emily A (1/1/2017 02:52 CST)
Sign Information:                     Moscardelli RN,Emily A (1/1/2017 02:52 CST)

**ED Discharge Summary Entered On: 01/01/17 0253**
**Performed On: 01/01/17 0252 by Moscardelli RN, Emily A**

**ED Discharge Instructions**
*ED Disposition :* Discharge
*ED Destination :* HOME
*D/C Pain Assessment :* No, no intervention
*Mode of Discharge :* Wheelchair
*Discharge Transportation :* Private vehicle
*IV Discontinued Per Protocol :* Yes
*ED Discharge Assessment :* No
*Reason DC Assessment Not Done :* recently assessed
*Discharge VS :* Within normal limits
*Discharge Date/Time:* 1/1/2017 0252
*ED DC Instructions :* Patient received instructions and stated understanding.

Moscardelli RN, Emily A - 01/01/17 0252

Document Type:                        ED Treatments and Procedures NEW
Service Date/Time:                    1/1/2017 01:21 CST
Result Status:                        Auth (Verified)
Perform Information:                  Moscardelli RN,Emily A (1/1/2017 01:21 CST)
Sign Information:                     Moscardelli RN,Emily A (1/1/2017 01:21 CST)

**ED Treatments and Procedures NEW Entered On: 01/01/17 0121**
**Performed On: 01/01/17 0121 by Moscardelli RN, Emily A**

**Nursing Intervention**
*Nursing Intervention Date/Time :* 1/1/2017 0121

Report Request ID: 13398752            Page 4 of 27            Printed Date/Time:  1/1/2017 07:16 CST

ACH000286

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex: ██████ 989   27 years   Female      MRN: 1328693      FIN: 272167610

---
### ED Documents
---

Care Measures ;   Other: patient back from US

Moscardelli RN, Emily A - 01/01/17 0121

| | |
|---|---|
| Document Type: | ED Adult Admission Assessment NEW |
| Service Date/Time: | 12/31/2016 23:48 CST |
| Result Status: | Auth (Verified) |
| Perform Information: | Moscardell RN, Emily A (12/31/2016 23:48 CST) |
| Sign Information: | Moscardelli RN, Emily A (12/31/2016 23:48 CST) |

**ED Adult Admission Assessment NEW Entered On: 12/31/16 2355**
**Performed On: 12/31/16 2348 by Moscardelli RN, Emily A**

**Adult Initial Assessment**
*Medical Devices :*  Other: SURGICAL CLIPS IN ESOPHAGUS
*PIU Height/ Length Feet :*  5 ft
*PIU Height/ Length Inches :*  3 in
*PIU Estimated/ Actual Height :*  Estimated
*Fall Risk :*  Yes
*PIU Actual Weight :*  Actual
*Weight in KG :*  67.2 kg(Converted to: 192.243 lb)
*Allergies Reviewed - ED :*  Yes
*Pain Symptoms Triage :*  Yes
*PIU Height CM :*  160 cm
*PIU Height Total Inches :*  63 in
*Body Mass Index :*  34.063 kg/m2

Moscardelli RN, Emily A - 12/31/16 2348

**Allergies**

(As Of: 12/31/2016 2355 CST)

<u>Allergies (Active)</u>
No known allergies                  *Estimated Onset Date:*  Unspecified ; *Created By:*  Noreuil RN,
                                    Lonnie H; *Reaction Status:*  Active ; *Category:*  Drug ;
                                    *Substance:*  No known allergies ; *Type:*  Allergy ; *Updated By:*
                                    Noreuil RN, Lonnie H; *Reviewed Date:*  12/31/16 2348

**ED Cardiovascular**
*Cardiovascular System Norms :*  Heart rhythm regular, Nail beds pink, No edema, Dorsalis pedis and radial pulses +2
bilaterally
*Cardiac Monitor :*  Yes
*Alarms On :*  Yes
*Heart Rhythm Description :*  Regular
*Cardiovascular Symptoms :*  Edema

Moscardelli RN, Emily A - 12/31/16 2348

<u>Pulses Grid</u>
*Radial Pulse, Left :*  2+ Normal
*Radial Pulse, Right :*  2+ Normal
*Dorsalis Pedis Pulse, Left :*  2+ Normal

Report Request ID: 13399752              Page 5 of 27          Printed Date/Time:  1/1/2017 07:18 CST

ACH000287

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex     989  27 years    Female    MRN: 1328693    FIN: 272167610

### ED Documents

*Dorsalis Pedis Pulse, Right :*  2+ Normal

Moscardelli RN, Emily A - 12/31/16 2348

*Cardiovascular Additional Info- Adult :*  Other: EDEMA TO THE LEFT ANKLE/SHIN,

Moscardelli RN, Emily A - 12/31/16 2348

**ED Respiratory Adult**
*Respiratory System Norms :*  Respirations unlabored and regular, Breath sounds clear in all lobes
*Airway Patency :*  Clear
*Respiratory Symptoms :*  Cough
*Cough :*  Productive
*Sputum Color :*  Green
*Respiratory Additional Info- Adult :*  Other: STATES COUGH FOR 1 WEEK WITH SMALL AMNT OF GREEN SPUTUM

Moscardelli RN, Emily A - 12/31/16 2348

**ED Gastrointestinal**
*GI Symptoms :*  Anorexia, Cramping, Diarrhea, Nausea
*Frequency of Diarrhea :*  4 DAYS
*GI Additional Info- Adult :*  Other: NAUSEA FOR ABOUT A WEEK STATES APPETIETE COMES AND GOES; STATES ABD
PAIN, LOWER ABD IS TENDER TO TOUCH; LOWER ABD CRAMPING FOR 1 WEEK

Moscardelli RN, Emily A - 12/31/16 2348

**ED Genitourinary**
*GU System Norms :*  Continent, Voiding without distress or difficulty, No hematuria or complaint of frequency

Moscardelli RN, Emily A - 12/31/16 2348

**ED Musculoskeletal**
*Musculoskeletal System Norms :*  No joint or musculoskeletal abnormalities, Full range of motion
*Musculoskeletal Additional Info-Adult :*  Other: EDEMA TO THE LEFT LOWER LEG; STATES FRACTURE FROM EARLY
NOV. IN WALKING BOOT, WAS IN CAST AND WC BEFOE

Moscardelli RN, Emily A - 12/31/16 2348

**ED Integumentary**
*Integumentary System Norms :*  Skin color normal for ethnicity
*Integumentary Additional Info Adult :*  Other: NO DISCOLORAITON TO THE LEFT LOWER LEG

Moscardelli RN, Emily A - 12/31/16 2348

**ED Neurological**
*Neurological System Norms :*  Alert, Oriented x 3, Able to move all extremities w/o difficulty, equal strength bilaterally, Speech
clear
*Neurological Additional Info- Adult :*  Other: SENSATION, MOVMENT, COLOR INTACT TO LEFT FOOT

Moscardelli RN, Emily A - 12/31/16 2348

**Psychosocial**
*Psychosocial Norms :*  Calm, Appropriate, Cooperative
*Distress :*  Mild
*Eye Contact :*  Normal
*Abuse Signs :*  No indications
*Tobacco Use :*  Former smoker (smoked at least 100 cigarettes during lifetime but does not currently smoke)
*Exposure to Tobacco Smoke :*  No exposure to smoke reported
*Psychosocial Additional Info- Adult :*  Other: IN PRISON

Moscardelli RN, Emily A - 12/31/16 2348

**Home Medications '**
*Home Medication History Reviewed :*  Reviewed medication list with patient

Moscardelli RN, Emily A - 12/31/16 2348

Medication List

(As Of: 12/31/2016 2356 CST)

Home Meds

Report Request ID: 13399752              Page 6 of 27          Printed Date/Time:  1/1/2017 07:16 CST

ACH000288

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex:    69  27 years    Female     MRN: 1326693      FIN: 272167610

| *ED Documents* |
|---|

| | |
|---|---|
| diphenhydrAMINE | : diphenhydrAMINE ; *Status:* Documented ; *Ordered As Mnemonic:* diphenhydrAMINE 12.5 mg/5 mL oral liquid ; *Simple Display Line:* 100 mg, 40 mL, PO, BID, PRN: for allergy symptoms, 150 mL, 0 Refill(s) ; *Catalog Code:* diphenhydrAMINE ; *Order Dt/Tm:* 11/30/2016 1503 |
| zolpidem | : zolpidem ; *Status:* Documented ; *Ordered As Mnemonic:* zolpidem 10 mg oral tablet ; *Simple Display Line:* 10 mg, 1 Tablet(s), PO, QPM, PRN: for sleep, 0 Refill(s) ; *Catalog Code:* zolpidem ; *Order Dt/Tm:* 11/30/2016 1437 |
| venlafaxine | : venlafaxine ; *Status:* Documented ; *Ordered As Mnemonic:* venlafaxine 150 mg oral tablet, extended release ; *Simple Display Line:* 150 mg, 1 Tablet(s), PO, qDay, 30 Tablet(s), 0 Refill(s) ; *Catalog Code:* venlafaxine ; *Order Dt/Tm:* 11/30/2016 1436 |
| venlafaxine | : venlafaxine ; *Status:* Documented ; *Ordered As Mnemonic:* venlafaxine 75 mg oral tablet, extended release ; *Simple Display Line:* 75 mg, 1 Tablet(s), PO, qDay, 30 Tablet(s), 0 Refill(s) ; *Catalog Code:* venlafaxine ; *Order Dt/Tm:* 11/30/2016 1436 |
| traMADol | : traMADol ; *Status:* Documented ; *Ordered As Mnemonic:* traMADol 50 mg oral tablet ; *Simple Display Line:* 50 mg, 1 Tablet(s), PO, Q6H, PRN: for pain, 60 Tablet(s), 0 Refill(s) ; *Catalog Code:* traMADol ; *Order Dt/Tm:* 11/30/2016 1435 |
| senna | : senna ; *Status:* Documented ; *Ordered As Mnemonic:* Senna 8.6 mg oral tablet ; *Simple Display Line:* 17.2 mg, 2 Tablet(s), PO, BID, PRN: for constipation, 100 Tablet(s), 0 Refill(s) ; *Catalog Code:* senna ; *Order Dt/Tm:* 11/30/2016 1434 |
| raNITIdine | : raNITIdine ; *Status:* Documented ; *Ordered As Mnemonic:* raNITIdine 150 mg oral tablet ; *Simple Display Line:* 150 mg, 1 Tablet(s), PO, BID, 180 Tablet(s), 0 Refill(s) ; *Catalog Code:* raNITIdine ; *Order Dt/Tm:* 11/30/2016 1433 |
| prazosin | : prazosin ; *Status:* Documented ; *Ordered As Mnemonic:* prazosin 2 mg oral capsule ; *Simple Display Line:* 2 mg, 1 Capsule(s), PO, qDay, 90 Capsule(s), 0 Refill(s) ; *Catalog Code:* prazosin ; *Order Dt/Tm:* 11/30/2016 1432 |
| magaldrate-simethicone | : magaldrate-simethicone ; *Status:* Documented ; *Ordered As Mnemonic:* magaldrate-simethicone 540 mg-40 mg/5 mL oral suspension ; *Simple Display Line:* 15 mL, PO, AC&HS, PRN: indigestion, 0 Refill(s) ; *Catalog Code:* magaldrate-simethicone ; *Order Dt/Tm:* 11/30/2016 1431 |

Report Request ID: 13399752        Page 7 of 27        Printed Date/Time: 1/1/2017 07:18 CST

ACH000289

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex: ███ 89  27 years    Female      MRN: 1328693        FIN: 272167610

### ED Documents

prazosin
: prazosin ; *Status:* Documented ; *Ordered As Mnemonic:* prazosin 1 mg oral capsule ; *Simple Display Line:* 1 mg, 1 Capsule(s), PO, qDay, 60 Capsule(s), 0 Refill(s) ; *Catalog Code:* prazosin ; *Order Dt/Tm:* 11/30/2016 1426

loratadine
: loratadine ; *Status:* Documented ; *Ordered As Mnemonic:* loratadine 10 mg oral tablet ; *Simple Display Line:* 10 mg, 1 Tablet(s), PO, qDay, 90 Tablet(s), 0 Refill(s) ; *Catalog Code:* loratadine ; *Order Dt/Tm:* 11/30/2016 1427

fluticasone nasal
: fluticasone nasal ; *Status:* Documented ; *Ordered As Mnemonic:* fluticasone 27.5 mcg/inh nasal spray ; *Simple Display Line:* 1 Spray(s), Nasal, qDay, PRN: for allergy symptoms, 10 gm, 0 Refill(s) ; *Catalog Code:* fluticasone nasal ; *Order Dt/Tm:* 11/30/2016 1425

ibuprofen
: ibuprofen ; *Status:* Documented ; *Ordered As Mnemonic:* ibuprofen 200 mg oral tablet ; *Simple Display Line:* 800 mg, 4 Tablet(s), PO, Q8H, PRN: for pain, 120 Tablet(s), 0 Refill(s) ; *Catalog Code:* ibuprofen ; *Order Dt/Tm:* 11/30/2016 1425

fluticasone
: fluticasone ; *Status:* Documented ; *Ordered As Mnemonic:* fluticasone CFC free 220 mcg/inh inhalation aerosol ; *Simple Display Line:* 1 Puff(s), Inhalation, qDay, 12 gm, 0 Refill(s) ; *Catalog Code:* fluticasone ; *Order Dt/Tm:* 11/30/2016 1423

emollients, topical
: emollients, topical ; *Status:* Documented ; *Ordered As Mnemonic:* Eucerin topical cream ; *Simple Display Line:* 1 Application(s), Topical, BID, PRN: for dry skin, 120 gm, 0 Refill(s) ; *Catalog Code:* emollients, topical ; *Order Dt/Tm:* 11/30/2016 1422

enoxaparin
: enoxaparin ; *Status:* Documented ; *Ordered As Mnemonic:* enoxaparin 40 mg/0.4 mL injectable solution ; *Simple Display Line:* 40 mg, SubQ, qDay, 0 Refill(s) ; *Catalog Code:* enoxaparin ; *Order Dt/Tm:* 11/30/2016 1421 ; *Comment:* 40mg = 0.4mL

chlorproMAZINE
: chlorproMAZINE ; *Status:* Documented ; *Ordered As Mnemonic:* chlorproMAZINE 200 mg oral tablet ; *Simple Display Line:* 200 mg, 1 Tablet(s), PO, qDay, 180 Tablet(s), 0 Refill(s) ; *Catalog Code:* chlorproMAZINE ; *Order Dt/Tm:* 11/30/2016 1408

atomoxetine
: atomoxetine ; *Status:* Documented ; *Ordered As Mnemonic:* atomoxetine 25 mg oral capsule ; *Simple Display Line:* 25 mg, 1 Capsule(s), PO, BID, 30 Capsule(s), 0 Refill(s) ; *Catalog Code:* atomoxetine ; *Order Dt/Tm:* 11/30/2016 1407

ACH000290

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex ████ 1989   27 years    Female        MRN:1328693        FIN:272167610

---

### ED Documents

chlorproMAZINE : chlorproMAZINE ; *Status:* Documented ; *Ordered As Mnemonic:* chlorproMAZINE 100 mg oral tablet ; *Simple Display Line:* 100 mg, 1 Tablet(s), PO, qDay, 180 Tablet(s), 0 Refill(s) ; *Catalog Code:* chlorproMAZINE ; *Order Dt/Tm:* 11/30/2016 1407

multivitamin : multivitamin ; *Status:* Documented ; *Ordered As Mnemonic:* Tab-A-Vite oral tablet ; *Simple Display Line:* 1 Tablet(s), PO, qDay, 30 Refill(s), 0 Refill(s) ; *Catalog Code:* multivitamin ; *Order Dt/Tm:* 06/19/2015 0910

divalproex sodium : divalproex sodium ; *Status:* Documented ; *Ordered As Mnemonic:* divalproex sodium 500 mg oral delayed release tablet ; *Simple Display Line:* 500 mg, 1 Tablet(s), PO, BID, 90 Tablet(s), 0 Refill(s) ; *Catalog Code:* divalproex sodium ; *Order Dt/Tm:* 06/19/2015 0906

**Morse Fall Risk**
*History of Fall in Last 3 Months Morse :* Yes
*Presence of Secondary Diagnosis Morse :* No
*Use of Ambulatory Aid Morse :* None, bedrest, wheelchair, nurse
*IV/Heparin Lock Fall Risk Morse :* No
*Gait Weak or Impaired Fall Risk Morse :* Weak
*Mental Status Fall Risk Morse :* Oriented to own ability
*Morse Fall Risk Score :* 35

Moscardelli RN, Emily A - 12/31/16 2348

**Early Warning Scoring System**
*Systolic BP EWSS :* 101-199 = 0
*Heart Rate EWSS :* 51-100 = 0
*Temperature EWSS :* 35-38.4 = 0
*Respiratory Rate EWSS :* 15-20 = 1
*SaO2 EWSS :* 94-100% = 0
*Urine Output EWSS :* None = 3
*AVPU EWSS :* Alert = 0
*Early Warning Scoring System Score :* 4

Moscardelli RN, Emily A - 12/31/16 2348

---

| | |
|---|---|
| Document Type: | ED Red Flag List TLRN |
| Service Date/Time: | 12/31/2016 23:38 CST |
| Result Status: | Auth (Verified) |
| Perform Information: | VanMeter RN,Devhan M (12/31/2016 23:38 CST) |
| Sign Information: | VanMeter RN,Devhan M (12/31/2016 23:38 CST) |

ED Red Flag List TLRN Entered On: 12/31/16 2340
Performed On: 12/31/16 2338 by VanMeter RN, Devhan M

---

Report Request ID: 13399752            Page 9 of 27            Printed Date/Time: 1/1/2017 07:16 CST

ACH000291

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex: ███ 989   27 years    Female      MRN: 1326593     FIN: 272167610

| ED Documents |
| --- |

**Infectious Disease Protocol - New**
*Signs/Symptoms Infectious Disease :* Deferred

VanMeter RN, Devhan M - 12/31/16 2338

**Image 1 -** Images currently included in the form version of this document have not been included in the text rendition version
of the form.
**Vitals ED**
*Respiratory Rate :* 14 bt/min
*Pulse Rate :* 107 bpm (HI)
*Systolic Blood Pressure Manual :* 120 mmHg
*Diastolic Blood Pressure Manual :* 79 mmHg
*Limb Alert ED :* N/A
*O2 Sat Resting :* 100 %
*Temperature :* 37.0 DegC(Converted to: 98.6 DegF)
*Temperature Method :* Oral
*PIU Height/ Length Feet :* 5 ft
*PIU Height/ Length Inches :* 3 in
*PIU Estimated/ Actual Height :* Estimated
*PIU Height CM :* 160 cm
*PIU Height Total Inches :* 63 in

VanMeter RN, Devhan M - 12/31/16 2338

**ED Chief Complaint**
*Chief Complaint :* pt here from county jail with officer and is concerned that she may have a blood clot in the lle. has a
walking boot on the extremity.

VanMeter RN, Devhan M - 12/31/16 2338

| | |
| --- | --- |
| Document Type: | ED Nursing Notes |
| Service Date/Time: | 12/31/2016 23:45 CST |
| Result Status: | Auth (Verified) |
| Perform Information: | Moscardelli RN,Emily A (12/31/2016 23:45 CST) |
| Sign Information: | Moscardelli RN,Emily A (12/31/2016 23:45 CST) |

**ED Initial Screening Tool Entered On: 12/31/16 2348**
**Performed On: 12/31/16 2345 by Moscardelli RN, Emily A**

**Initial Screening Tool - ED**
*Medical Devices :* Other: SURGICAL CLIPS IN ESOPHAGUS
*Triage Date/Time :* 12/31/2016 2345
*Mode of Arrival :* Wheelchair
*Pain Symptoms Triage :* Yes
*Fall Risk :* Yes
*Chief Complaint :* pt here from county jail with officer and is concerned that she may have a blood clot in the lle. has a
walking boot on the extremity.
*Tobacco Use :* Former smoker (smoked at least 100 cigarettes during lifetime but does not currently smoke)
*Exposure to Tobacco Smoke :* No exposure to smoke reported
*When patient quit smoking :* Greater than 1 year ago

Report Request ID: 13399752              Page 10 of 27          Printed Date/Time: 1/1/2017 07:16 CST

ACH000292

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex: [REDACTED]989  27 years     Female      MRN: 1328693          FIN: 272167610

### ED Documents

Moscardelli RN, Emily A - 12/31/16 2345

**Vitals ED**
*Respiratory Rate :* 14 br/min
*Pulse Rate :* 107 bpm (HI)
*Limb Alert ED :* N/A
*Is Patient Less than 4 Yrs Old? :* No
*Systolic Blood Pressure Manual :* 120 mmHg
*Diastolic Blood Pressure Manual :* 79 mmHg
*O2 Sat Resting :* 100 %
*Temperature :* 37.0 DegC(Converted to: 98.6 DegF)
*Temperature Method :* Oral
*PIU Height/ Length Feet :* 5 ft
*PIU Height/ Length Inches :* 3 in
*PIU Estimated/ Actual Height :* Estimated
*PIU Height CM :* 160 cm
*PIU Height Total Inches :* 63 in
*Weight in KG :* 87.2 kg(Converted to: 192.243 lb)
*PIU Actual Weight :* Actual

Moscardelli RN, Emily A - 12/31/16 2345

**Infectious Disease Protocol - New**
*Signs/Symptoms Infectious Disease :* Yes
*Infectious Disease Symptoms :* Cough
*Infectious Disease Live in Area :* No
*Infectious Disease Contact :* No
*Infectious Disease Travel :* No

Moscardelli RN, Emily A - 12/31/16 2345

**Image 1 -** Images currently included in the form version of this document have not been included in the text rendition version of the form.
**Pain Assessment NEW**
*Left Pain Location :* Foot, Knee, Other: SHIN
*Right Pain Location :* None
*Intensity (0-10) Pain ED :* 9
*Time Pattern Pain Assessment 1 :* Acute
*Acceptable Pain Intensity Admission :* 2
*Onset Pain Assessment 1 :* Sudden
*Pain Radiates Pain Assessment 1 :* Yes
*Characteristics of pain admission :* Sharp
*Radiation Characteristics Pain Assess 1 :* LEFT SHIN PAIN RADIATES TO LET KNEE AND LEFT FOOT
*Pain Education :* Not Appropriate At This Time

Moscardelli RN, Emily A - 12/31/16 2345

**Morse Fall Risk**
*History of Fall in Last 3 Months Morse :* Yes
*Presence of Secondary Diagnosis Morse :* No
*Use of Ambulatory Aid Morse :* None, bedrest, wheelchair, nurse
*IV/Heparin Lock Fall Risk Morse :* No
*Gait Weak or Impaired Fall Risk Morse :* Weak
*Mental Status Fall Risk Morse :* Oriented to own ability
*Morse Fall Risk Score :* 35

Moscardelli RN, Emily A - 12/31/16 2345

Report Request ID: 13399752            Page 11 of 27         Printed Date/Time:  1/1/2017 07:16 CST

ACH000293

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex: ( 989  27 years    Female    MRN:1328693      FIN:272167810

*ED Documents*

---

Document Type:                        ED Physician Notes
Service Date/Time:                    1/1/2017 00:18 CST
Result Status:                        Auth (Verified)
Perform Information:                  Dela Cruz MD,Jonathan (1/1/2017 00:20 CST)
Sign Information:                     Dela Cruz MD,Jonathan (1/1/2017 02:18 CST)

**Teaching-Supervisory Addendum-Brief *ED**

Patient: **RUSHER, TIFFANY A**      **MRN: 1328693**      **FIN: 272167810**
Age: **27 years**   Sex: **Female**   DOB: **8/28/1989**
Associated Diagnoses: None
Author: **Dela Cruz MD, Jonathan**

**Addendum**

**Teaching-Supervisory Addendum-Brief**
I participated in the following activities of this patients care: the medical history, the physical exam, medical decision making.
I personally performed: supervision of the patient's care, the medical history, the physical exam, the medical decision making.
The case was discussed with: Steen MD RES, Sven W, the resident.
Notes: I performed a history and physical examination of the patient and discussed the patient's management with the resident. I reviewed the resident's current note and agree with the current documented findings and plan of care. I will also review and sign off on their final note when it is forwarded to me for signature., 27 y/o female presents for evaluation of left leg. had fracture and worried has blood clot. patient also with diffuse symptoms of nausea, abdominal pain, bloody stools. benign exam. agree with dvt w/u and labs. if normal d/c home with f/u..
Plan: Notes: isolated calf thrombosis. discussed with patient. aspirin and repeat US. return with chest pain or sob. neg w/u for other symptoms. d/c with asa and f/u..

*(Electronically Signed By: ) Dela Cruz MD, Jonathan MD 01/01/2017 02:18*

---

*"Please Refer to Millennium PowerChart for the Most Current Version of This Document."*

Document Type:                        ED Physician Notes
Service Date/Time:                    12/31/2016 23:48 CST
Result Status:                        Auth (Verified)
Perform Information:                  Steen MD RES,Sven W (12/31/2016 23:49 CST)
Sign Information:                     Dela Cruz MD,Jonathan (1/1/2017 02:37 CST); Steen MD
                                      RES,Sven W (1/1/2017 02:31 CST)

**General Medical Problem *ED**

Patient: **RUSHER, TIFFANY A**      **MRN: 1328693**      **FIN: 272167810**
Age: **27 years**   Sex: **Female**   DOB: **8/28/1989**
Associated Diagnoses: **Acute superficial venous thrombosis of left lower extremity**
Author: **Steen MD RES, Sven W**

Report Request ID: 13399762            Page 12 of 27        Printed Date/Time: 1/1/2017 07:16 CST

ACH000294

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex ███████ 989   27 years     Female        MRN: 1328693        FIN: 272167810

---
### ED Documents
---

**Basic Information**
Time seen: Date & time 12/31/2016 2349.
History source: Patient, police.
Arrival mode: Include from Flowsheet: 12/31/2016 2345    Mode of Arrival    Wheelchair .
Additional Information: Chief Complaint from Nursing Triage Note : Chief Complaint

 12/31/2016 2345         Chief Complaint         pt here from county jail with
 officer and is concerned that she may have a blood clot in the lle. has a walking
 boot on the extremity.
 12/31/2016 2338         Chief Complaint         pt here from county jail with
 officer and is concerned that she may have a blood clot in the lle. has a walking
 boot on the extremity.  ,

**Infectious Disease Protocol from Nursing Triage Note**

  Result  Date Documented
Infectious Disease Contact:     No     12/31 23:45
Infectious Disease Live In Area:     No     12/31 23:45
Infectious Disease Travel:   No   12/31 23:45

**Health Status**

 **Vital Signs**

 Vital Signs - Last 15

| Date | Temp | BP | HR | RR | SpO2 | ETCO2 | L/O2% | Mode |
|------|------|-----|-----|-----|------|-------|-------|------|
| 01/01 02:00 | ---- | 126/66 | 99 | 16 | 100 | --- | --- | --- |
| 01/01 01:30 | ---- | 130/88 | 94 | 16 | 100 | --- | --- | --- |
| 01/01 01:21 | --- | 130/87 | 95 | 16 | 100 | --- | --- | --- |
| 12/31 23:45 | 37.0 | 120/79 | 107 | 14 | 100 | --- | --- | --- |
| 12/31 23:38 | 37.0 | 120/79 | 107 | 14 | 100 | --- | --- | --- |

 Measurements
 Admit Wt 87.2 kg 12/31/2016 23:43
 Yesterday Wt 87.2 kg 12/31/2016 23:48
 Current Wt 87.2 kg 12/31/2016 23:48
 Height 5 ft/3 in - 12/31/2016 23:48
 BSA
 BMI 34.063 - 12/31/2016 23:48.
 O2 Sat Resting
  1/1/2017  0200          O2 Sat Resting          100 %  Normal

ACH000295

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex: ███████ 989  27 years    Female      MRN: 1328693        FIN: 272187610

### ED Documents

|  |  |  |  |
|---|---|---|---|
| 1/1/2017 0130 | O2 Sat Resting | 100 % | Normal |
| 1/1/2017 0121 | O2 Sat Resting | 100 % | Normal |
| 12/31/2016 2345 | O2 Sat Resting | 100 % | Normal |
| 12/31/2016 2338 | O2 Sat Resting | 100 % | Normal |

**Allergies:**
  Allergic Reactions (Selected)
    No known allergies.
**Medications: (Selected)**
  Inpatient Medications
    Ordered
      0.9% NaCl 1,000 mL: BOLUS, IV
  Documented Medications
    Documented
      Eucerin topical cream: 1 Application(s), Topical, BID, PRN: for dry skin, 120 gm, 0 Refill(s)
      Senna 8.6 mg oral tablet: 17.2 mg, 2 Tablet(s), PO, BID, PRN: for constipation, 100 Tablet(s), 0 Refill(s)
      Tab-A-Vite oral tablet: 1 Tablet(s), PO, qDay, 30 Tablet(s), 0 Refill(s)
      atomoxetine 25 mg oral capsule: 25 mg, 1 Capsule(s), PO, BID, 30 Capsule(s), 0 Refill(s)
      chlorproMAZINE 100 mg oral tablet: 100 mg, 1 Tablet(s), PO, qDay, 180 Tablet(s), 0 Refill(s)
      chlorproMAZINE 200 mg oral tablet: 200 mg, 1 Tablet(s), PO, qDay, 180 Tablet(s), 0 Refill(s)
      diphenhydrAMINE 12.5 mg/5 mL oral liquid: 100 mg, 40 mL, PO, BID, PRN: for allergy symptoms, 150 mL, 0 Refill(s)
      divalproex sodium 500 mg oral delayed release tablet: 500 mg, 1 Tablet(s), PO, BID, 90 Tablet(s), 0 Refill(s)
      enoxaparin 40 mg/0.4 mL injectable solution: 40 mg, SubQ, qDay, 0 Refill(s)
      fluticasone 27.5 mcg/inh nasal spray: 1 Spray(s), Nasal, qDay, PRN: for allergy symptoms, 10 gm, 0 Refill(s)
      fluticasone CFC free 220 mcg/inh inhalation aerosol: 1 Puff(s), Inhalation, qDay, 12 gm, 0 Refill(s)
      ibuprofen 200 mg oral tablet: 800 mg, 4 Tablet(s), PO, Q6H, PRN: for pain, 120 Tablet(s), 0 Refill(s)
      loratadine 10 mg oral tablet: 10 mg, 1 Tablet(s), PO, qDay, 90 Tablet(s), 0 Refill(s)
      magaldrate-simethicone 540 mg-40 mg/5 mL oral suspension: 15 mL, PO, AC&HS, PRN: indigestion, 0 Refill(s)
      prazosin 1 mg oral capsule: 1 mg, 1 Capsule(s), PO, qDay, 60 Capsule(s), 0 Refill(s)
      prazosin 2 mg oral capsule: 2 mg, 1 Capsule(s), PO, qDay, 60 Capsule(s), 0 Refill(s)
      raNITIdine 150 mg oral tablet: 150 mg, 1 Tablet(s), PO, BID, 180 Tablet(s), 0 Refill(s)
      traMADol 50 mg oral tablet: 50 mg, 1 Tablet(s), PO, Q6H, PRN: for pain, 60 Tablet(s), 0 Refill(s)
      venlafaxine 150 mg oral tablet, extended release: 150 mg, 1 Tablet(s), PO, qDay, 30 Tablet(s), 0 Refill(s)
      venlafaxine 75 mg oral tablet, extended release: 75 mg, 1 Tablet(s), PO, qDay, 30 Tablet(s), 0 Refill(s)
      zolpidem 10 mg oral tablet: 10 mg, 1 Tablet(s), PO, QPM, PRN: for sleep, 0 Refill(s)

**History of Present Illness**
    Patient is a 27-year-old female brought to the emergency department from jail. She reports she has been in jail for the past 2 weeks and previously she was at McFarland. She is complaining of pain in her left lower extremity. She has a history of an injury to that leg approximately 2 months ago. She reports she has had increasing calf pain and swelling. She is concerned she has a blood clot she has a family history of blood clots. She also reports nausea vomiting diarrhea and bloody stool as well as lower abdominal pain. She denies any blood in her vomit. She denies vaginal bleeding or discharge

**Review of Systems**
    **Constitutional symptoms:** No fever,
    **Skin symptoms:** No rash,
    **Eye symptoms:** No recent vision problems,
    **Respiratory symptoms:** No shortness of breath,
    **Cardiovascular symptoms:** No chest pain,

Report Request ID:  13399752            Page 14 of 27            Printed Date/Time:  1/1/2017 07:16 CST

ACH000296

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex:          9   27 years      Female        MRN: 1328693          FIN: 272167610

---
### ED Documents
---

Gastrointestinal symptoms: Abdominal pain, nausea, vomiting.
Genitourinary symptoms: No dysuria,
Neurologic symptoms:  no focal weakness, no numbness, no tingling.
Endocrine symptoms:  No polyuria,
Hematologic/Lymphatic symptoms: denies blood thinners.

### Past Medical/ Family/ Social History

Medical history
HIV, asthma.
Social history: Drug use: Heroin,

### Physical Examination
General: Alert, no acute distress.
Skin: Warm, dry.
Head: Normocephalic, atraumatic.
Neck: Supple, trachea midline.
Eye: Extraocular movements are intact, normal conjunctiva.
Ears, nose, mouth and throat:  Oral mucosa moist.
Cardiovascular: Regular rate and rhythm, No murmur.
Respiratory:  Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal.
Gastrointestinal: Soft, Mild suprapubic tenderness, no rebound or guarding, no other abdominal tenderness..
Extremity:  Normal tone.  Left lower extremity in a walking bool, trace edema in left lower extremity, distally
       neurovascularly intact, mild calf tenderness to palpation.
Musculoskeletal: No deformity.
Neurological: Alert and oriented to person, place, time, and situation, No focal neurological deficit observed.
Psychiatric: Cooperative, appropriate mood & affect.
   Additional physical exam information: rectal  exam performed with RN Emily: Normal tone, no gross blood,
Hemoccult sent to lab.

### Medical Decision Making
Rationale: Critical diagnosis for patient's presentation considered.  Staffed with Dr. Dela Cruz.,

Orders  Launch Order Profile (Selected)
  Inpatient Orders
    Ordered
      0.9% NaCl 1,000 mL: BOLUS, IV
      Anticipated Length of Stay:
      ESOPHAGOGASTRODUODENOSCOPY:
      ESOPHAGOGASTRODUODENOSCOPY:
      ESOPHAGOGASTRODUODENOSCOPY:
      ESOPHAGOGASTRODUODENOSCOPY:
      ESOPHAGOGASTRODUODENOSCOPY:
      PUSH ENTEROSCOPY:
      Point of Care Testing:
      Saline Lock Insert:
    Ordered (Collected)
      Urine Culture:
  Documented Medications
    Documented

Report Request ID:  13389752                    Page 15 of 27           Printed Date/Time:  1/1/2017 07:16 CST

ACH000297

(FAX)                                                           P. 100/234

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex: ███ 989   27 years    Female      MRN: 1328693      FIN: 272167610

### ED Documents

Eucerin topical cream: 1 Application(s), Topical, BID, PRN: for dry skin, 120 gm, 0 Refill(s)
Senna 8.6 mg oral tablet: 17.2 mg, 2 Tablet(s), PO, BID, PRN: for constipation, 100 Tablet(s), 0 Refill(s)
Tab-A-Vite oral tablet: 1 Tablet(s), PO, qDay, 30 Tablet(s), 0 Refill(s)
atomoxetine 25 mg oral capsule: 25 mg, 1 Capsule(s), PO, BID, 30 Capsule(s), 0 Refill(s)
chlorproMAZINE 100 mg oral tablet: 100 mg, 1 Tablet(s), PO, qDay, 180 Tablet(s), 0 Refill(s)
chlorproMAZINE 200 mg oral tablet: 200 mg, 1 Tablet(s), PO, qDay, 180 Tablet(s), 0 Refill(s)
diphenhydrAMINE 12.5 mg/5 mL oral liquid: 100 mg, 40 mL, PO, BID, PRN: for allergy symptoms, 160 mL, 0 Refill(s)
divalproex sodium 500 mg oral delayed release tablet: 500 mg, 1 Tablet(s), PO, BID, 90 Tablet(s), 0 Refill(s)
enoxaparin 40 mg/0.4 mL injectable solution: 40 mg, SubQ, qDay, 0 Refill(s)
fluticasone 27.5 mcg/inh nasal spray: 1 Spray(s), Nasal, qDay, PRN: for allergy symptoms, 10 gm, 0 Refill(s)
fluticasone CFC free 220 mcg/inh inhalation aerosol: 1 Puff(s), Inhalation, qDay, 12 gm, 0 Refill(s)
ibuprofen 200 mg oral tablet: 800 mg, 4 Tablet(s), PO, Q6H, PRN: for pain, 120 Tablet(s), 0 Refill(s)
loratadine 10 mg oral tablet: 10 mg, 1 Tablet(s), PO, qDay, 90 Tablet(s), 0 Refill(s)
magaldrate-simethicone 540 mg-40 mg/5 mL oral suspension: 15 mL, PO, AC&HS, PRN: indigestion, 0 Refill(s)
prazosin 1 mg oral capsule: 1 mg, 1 Capsule(s), PO, qDay, 60 Capsule(s), 0 Refill(s)
prazosin 2 mg oral capsule: 2 mg, 1 Capsule(s), PO, qDay, 60 Capsule(s), 0 Refill(s)
raNITIdine 150 mg oral tablet: 150 mg, 1 Tablet(s), PO, BID, 180 Tablet(s), 0 Refill(s)
traMADol 50 mg oral tablet: 50 mg, 1 Tablet(s), PO, Q6H, PRN: for pain, 60 Tablet(s), 0 Refill(s)
venlafaxine 150 mg oral tablet, extended release: 150 mg, 1 Tablet(s), PO, qDay, 30 Tablet(s), 0 Refill(s)
venlafaxine 75 mg oral tablet, extended release: 75 mg, 1 Tablet(s), PO, qDay, 30 Tablet(s), 0 Refill(s)
zolpidem 10 mg oral tablet: 10 mg, 1 Tablet(s), PO, QPM, PRN: for sleep, 0 Refill(s).

**Results review: Lab results : Laboratory**

| 1/1/2017 0144 | Urine pregnancy test | Negative |
| | Color | Yellow |
| | Appearance | Cloudy |
| | pH urine | 5.0 Normal |
| | Specific gravity | 1.023 Normal |
| | Protein | 30 mg/dL |
| | Urine glucose | Negative mg/dL |
| | Ketones | Trace mg/dL |
| | Urine bilirubin | Negative |
| | Urine HGB | Negative |
| | Urobilinogen | Normal mg/dL |
| | Nitrite | Negative |
| | Leukocyte esterase | Moderate |
| | Urine WBCs | 13 /HPF  HI |
| | Urine RBCs | 1 /HPF  Normal |
| | Squamous epithelial cells | 12 /HPF  HI |
| | Bacteria | Many |
| | Ca oxalate crystals | Occasional /HPF |
| 1/1/2017 0004 | Hemoglobin | 13.8 gm/dl  Normal |
| | Hematocrit | 44 %  Normal |
| | RBC | 4.95 M/CUMM Normal |
| | MCV | 88  Normal |
| | MCH | 27.8 pg  Normal |
| | MCHC | 31.5 G/DL  Normal |
| | RDW | 17.8 %  HI |
| | WBC | 5.5 K/CUMM  Normal |

ACH000298

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex: ███ 27 years   Female   MRN: 1328693        FIN: 272167610

### ED Documents

|  |  |  |
|---|---|---|
| Absolute neutrophils | 1.7 K/CUMM | LOW |
| Absolute basophils | 0.0 K/CUMM | Normal |
| Absolute eosinophils | 0.2 K/CUMM | Normal |
| Absolute monocytes | 0.5 K/CUMM | Normal |
| Absolute lymphocytes | 3.0 K/CUMM | Normal |
| Neutrophils | 31 % | LOW |
| Eosinophils | 4 % | Normal |
| Basophils | 1 % | Normal |
| Monocytes | 9 % | Normal |
| Lymphocytes | 55 % | HI |
| Platelets | 300 K/CUMM | Normal |
| Sodium | 137 mmol/L | Normal |
| Potassium | 3.8 mmol/L | Normal |
| Chloride | 106 mmol/L | Normal |
| $CO_2$ | 20 mmol/L | LOW |
| Anion gap | 11 | Normal |
| BUN | 7 mg/dL | Normal |
| Creatinine | 0.9 mG/dL | Normal |
| eGFR - AA | 91 | NA |
| eGFR - NonAA | 75 | NA |
| Glucose | 98 mg/dL | Normal |
| Calcium | 9.1 mg/dL | Normal |
| Alk phos | 91 IU/L | Normal |
| Lipase, serum | 39 u/L | Normal |
| AST | 36 IU/L | Normal |
| ALT | 49 IU/L | HI |
| LD | 313 IU/L | HI |
| Bilirubin (direct) | 0.1 mg/dL | Normal |
| Bilirubin (total) | 0.4 mg/dL | Normal |
| Total protein | 5.8 gm/dl | LOW |
| Albumin | 3.7 gm/dl | Normal |
| Fecal occult blood | Negative | . |

1/1/2017 0000

Radiology results: Radiologist's interpretation: : Radiology Reports
1/1/2017 0111      Duplex Low E         US Duplex Lower Ext Veins Bi , Duplex Low E Event Date: 01/01/2017
      0111 Updated: 1/1/2017 0138
US Duplex Lower Ext Veins Bi
This document has an image
Reason For Exam
LLE pain
RADRPT
ACCESSION: 17001000087

EXAMINATION: Bilateral lower extremity deep venous duplex ultrasound

TECHNIQUE: Gray scale and color imaging of the bilateral lower extremity deep venous structures obtained.
Spectral waveform analysis also performed.

HISTORY: Left tibial fracture 2 months ago. Continues to have pain and mild swelling left lower leg. Was in cast
until 1 week ago,, now has walking boot.

Report Request ID: 13389752              Page 17 of 27          Printed Date/Time:  1/1/2017 07:16 CST

ACH000299

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex: ███████ 368  27 years    Female     MRN: 1328893      FIN: 272167610

---
### ED Documents
---

**COMPARISON:** None

**FINDINGS:** The bilateral external iliac veins, common femoral veins, superficial femoral veins, and popliteal veins are fully compressible. There is normal response augmentation. However, there is lack of filling within a peroneal vein within the left calf secondary to thrombosis.

**IMPRESSION:** Thrombosis of left peroneal vein within the left calf. No deep venous thrombosis above the knee.

To report a quality concern regarding this report, please call the
Medical Imaging Quality Assurance Hotline at 217-788-3339
press zero to reach the Radiologist.
Signature Line
*** Final Report***
Dictated:  01/01/2017 1:32  Brooks MD, Justin
Signed:    01/01/2017 1:37  Brooks MD, Justin

IMAGE

**Procedure**
Incision and drainage
   Complications: None.
   Estimated Blood Loss: None.
   Specimens Removed: None.
   Findings: no procedure performed.

**Reexamination/ Reevaluation**
Time: 01/01/2017 0225 .
Notes: patient and police updated on results and plan, reports she is already aware of having an elevated liver enzyme, discussed with patient for anticoagulation versus aspirin, she is agreeable to taking aspirin daily.  She would like something for pain before she leaves. Discussed results and red flags for return to the ER with patient who verbalized understanding and agreement with plan..

**Impression and Plan**
Acute superficial venous thrombosis of left lower extremity - ICD10-CM I82.812
**Plan**
   Condition: Stable.
   Disposition: Discharged; to police.
   Patient was given the following educational materials: Abdominal Pain, Adult.
   Follow up with: Kathleen Treanor Within 1-2 days for worsening/continued problem Return for worsening signs or symptoms
   Take medications as prescribed
   Call office to schedule appointment

---

Report Request ID:  13398752                Page 18 of 27             Printed Date/Time:  1/1/2017 07:16 CST

ACH000300

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex ████████989  27 years    Female      MRN: 1326693      FIN: 272157610

### ED Documents

Take an aspirin daily and have a repeat ultrasound in 1 week to rule out lower extremity DVT. Take aspirin until your primary care provider tells you to stop the aspirin and thrombus resolved. Return to the emergency department if you have worsening pain or swelling, no worsening abdominal pain, cannot tolerate eating or drinking, if you have any chest pain or shortness of breath, or if you have any concerns., Kathleen Treanor Within 1-2 days for worsening/continued problem Return for worsening signs or symptoms
Take medications as prescribed
Call office to schedule appointment

Take an aspirin daily and have a repeat ultrasound in 1 week to rule out lower extremity DVT. Take aspirin until your primary care provider tells you to stop the aspirin and thrombus resolved. Return to the emergency department if you have worsening pain or swelling, no worsening abdominal pain, cannot tolerate eating or drinking, if you have any chest pain or shortness of breath, or if you have any concerns.

Please call your doctor tomorrow to schedule a follow up appointment.

Return to the ER if you have new or worsening abdominal pain, change in your abdominal pain, nausea or vomiting that is not controlled, blood in your stool or vomit or inability to have a bowel movement, if you can not eat or drink, or if you have any concerns. .

Counseled: Patient, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Regarding prescription, Patient indicated understanding of instructions, Discussed results and red flags for return to the ER with patient who verbalized understanding and agreement with plan..

(Electronically Signed By: ) Steen MD RES, Sven W MD R 01/01/2017 02:31

(Electronically Signed By: ) Dela Cruz MD, Jonathan MD 01/01/2017 02:37

?Please Refer to Millennium PowerChart for the Most Current Version of This Document ?

### Discharge Summary

Document Type:               Discharge Information\Education
Service Date/Time:           1/1/2017 02:33 CST
Result Status:               Modified
Perform Information:         Moscardelli RN,Emily A (1/1/2017 02:33 CST)
Sign Information:            Moscardelli RN,Emily A (1/1/2017 02:33 CST); Steen MD
                            RES,Sven W (1/1/2017 01:43 CST); Steen MD RES,Sven W
                            (1/1/2017 01:42 CST)

Discharge Information\Education



**Memorial Medical Center**
701 N. First Street, Springfield, IL 62781
Telephone (217) 788-3000

Report Request ID:  13399762          Page 18 of 27          Printed Date/Time:  1/1/2017 07:16 CST

ACH000301

03/23/2017   12:20                                    (FAX)                    P.217/234



### Memorial Medical Center
701 N. First Street, Springfield, IL 62781
Telephone (217) 788-3000

## Emergency Services Discharge Instructions

**Name:** RUSHER, TIFFANY A                DO███1989         **Visit Date:** 12/31/2016 2336

**Primary Care Provider:**
    **Name:** Treanor MD, Kathleen, Non-Staff Physician (Typically determined by Ancillary)


**Emergency Department Provider:**
    **ED Provider:** Dela Cruz MD, Jonathan

Thank you for choosing Memorial Medical Center Emergency Department for your care. Our goal is to provide very good care. You may be receiving a survey in the mail regarding the care you received, as well as a follow-up phone call after your visit. Please fill out the survey and return it to the address provided. Your feedback is important to us. We are here to serve you for all your healthcare needs.

The following includes patient education materials and information regarding your injury/illness.


**Follow-Up Instructions**

RUSHER, TIFFANY A has been given these follow-up instructions:

| **Follow Up With:** | **Where:** | **When:** |
| --- | --- | --- |
| Kathleen Treanor | 901 Southwind Rd | Within 1-2 days for |
| | Springfield, IL 62703 | worsening/continued |
| | (217) 786-6900 Business (1) | problem |

**Comments:**
Return for worsening signs or symptoms
Take medications as prescribed
Call office to schedule appointment

Take an aspirin daily and have a repeat ultrasound in 1 week to rule out lower extremity DVT. Take aspirin until your primary care provider tells you to stop the aspirin and thrombus resolved. Return to the emergency department if you have worsening pain or swelling, no worsening abdominal pain, cannot tolerate eating or drinking, if you have any chest pain or shortness of breath, or if you have any concerns.

Please call your doctor tomorrow to schedule a follow up appointment.

Return to the ER if you have new or worsening abdominal pain, change in your abdominal

ACH 000436

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex ███ 27 years    Female    MRN:1328693    FIN:272187610

### Discharge Summary

---

**Patient Education Materials**

RUSHER, TIFFANY A has been given the following patient education materials:

Ambulatory

## Abdominal Pain

Abdominal pain is pain in the stomach or intestinal area. Everyone has this pain from time to time. In many cases it goes away on its own. But abdominal pain can sometimes be due to a serious problem, such as appendicitis. So it's important to know when to seek help.

### Causes of abdominal pain

There are many possible causes of abdominal pain. Common causes in adults include:

* Constipation, diarrhea, or gas

* GERD (gastroesophageal reflux disease) movement of stomach acid into the esophagus, also known as acid reflux or heartburn

* Peptic ulcer (a sore in the lining of the stomach or small intestine)

* Inflammation of the gallbladder, liver, or pancreas

* Gallstones or kidney stones

* Appendicitis

* Obstruction of the intestines

* Hernia (bulging of an internal organ through a muscle or other tissue)

* Urinary tract infections

* In women, menstrual cramps, fibroids, or endometriosis of the uterus

Report Request ID: 13399752           Page 21 of 27        Printed Date/Time:  1/1/2017 07:16 CST

ACH000303

Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex: ███ 27 years    Female      MRN:1328693      FIN:272157610

*Discharge Summary*

• Inflammation or infection of the intestines

## Diagnosing the cause of abdominal pain

Your health care provider will examine you to help find the cause of your pain. If needed, tests will be ordered. Because abdominal pain has so many possible causes, it can be hard to discover the reason for the pain. Giving details about your pain can help. Be ready to tell your health care provider where and when you feel the pain and what makes it better or worse. Also mention whether you have other symptoms such as fever, tiredness, nausea, vomiting, or changes in bathroom habits.

## Treating abdominal pain

Certain causes of pain, such as appendicitis or a bowel obstruction, need emergency treatment. Other problems can be treated with rest, fluids, or medications. Your health care provider can give you specific instructions for treatment or self-care based on the cause of your pain.

If you have vomiting or diarrhea, sip water or other clear fluids. When you are ready to eat solid foods again, start with small amounts of easy-to-digest, low-fat foods, such as applesauce, toast, or crackers.

## When to call the doctor

Call 911 or go to the hospital right away if you:

• Can't pass stool and are vomiting

• Are vomiting blood or have black, tarry diarrhea

• Also have chest, neck, or shoulder pain

• Feel like you are about to pass out

• Have pain in your shoulder blades with nausea

• Have sudden, excruciating abdominal pain

• Have new, severe pain unlike any you have felt before

• Have a belly that is rigid, hard, and tender to touch

Call your doctor if you have:

Report Request ID:  13399752              Page 22 of 27          Printed Date/Time:  1/1/2017 07:16 CST

ACH000304

### Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex: ███/1989  27 years   Female     MRN: 1328693      FIN: 272167610

#### Discharge Summary

- Pain for more than 5 days

- Bloating for more than 2 days

- Diarrhea for more than 5 days

- Fever of 101°F (38.3°C) or higher

- Pain that continues to worsen

- Unexplained weight loss

- Continued lack of appetite

- Blood in the stool

### How to prevent abdominal pain

Here are some tips to help prevent abdominal pain:

- Eat smaller amounts of food at one time.

- Avoid greasy, fried, or other high-fat foods.

- Avoid foods that give you gas.

- Exercise regularly.

- Drink plenty of fluids.

To help prevent symptoms of gastroesophageal reflux disease (GERD):

- Quit smoking.

- Reduce alcohol and certain foods that increase stomach acid.

Report Request ID: 13399762          Page 23 of 27       Printed Date/Time:  1/1/2017 07:18 CST

ACH000305

03/23/2017   11:32                                    (FAX)              P . 108/234
Fax Server          1/1/2017 7:28:43 AM   PAGE   25/028   Fax Server

Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex: ▮▮▮▮ 1989   27 years   Female   MRN: 1326893   FIN: 272167610

─────────────────────────────────────────────────────────────────────
                        *Discharge Summary*
─────────────────────────────────────────────────────────────────────

* Lose excess weight.

* Finish eating at least 2 hours before you go to bed or lie down.

* Elevate the head of your bed.

© 2000-2015 The StayWell Company, LLC, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute
for professional medical care. Always follow your healthcare professionals instructions.

Continue home medications as prescribed unless otherwise noted.

rescriptions:

Follow Up Information

If you had any radiology imaging performed during your visit, your final reports will be reviewed by the
radiologist.  You will be contacted if any further instructions are needed.

*The previous pages numbered with this document have been provided to the patient for education*


Memorial Medical Center
701 N. First Street, Springfield, IL 62781
Telephone (217) 788-3000

Emergency Services Discharge Instructions

Name: RUSHER, TIFFANY A          DOB: 6/28/1989          Visit Date: 12/31/2016 2336

Primary Care Provider:

Report Request ID:  13399762              Page 24 of 27          Printed Date/Time:  1/1/2017 07:16 CST

ACH000306

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex   1989  27 years   Female     MRN: 1328683        FIN: 272167810

### Discharge Summary

Name: Treanor MD, Kathleen, Non-Staff Physician (Typically determined by Ancillary)

**Emergency Department Physician:**
   ED Physician: Dela Cruz MD, Jonathan

Thank you for choosing Memorial Medical Center Emergency Department for your care. Our goal is to provide very good care. You may be receiving a survey in the mail regarding the care you received, as well as a follow-up phone call after your visit. Please fill out the survey and return it to the address provided. Your feedback is important to us. We are here to serve you for all your healthcare needs.

The following includes patient education materials and information regarding your injury/illness.

**Follow-Up Instructions**

RUSHER, TIFFANY A has been given these follow-up instructions:

| Follow Up With: | Where: | When: |
|---|---|---|
| Kathleen Treanor | 901 Southwind Rd | Within 1-2 days for |
| | Springfield, IL 62703 | worsening/continued |
| | (217) 786-6900 Business (1) | problem |

**Comments:**
Return for worsening signs or symptoms
Take medications as prescribed
Call office to schedule appointment

Take an aspirin daily and have a repeat ultrasound in 1 week to rule out lower extremity DVT.
  Take aspirin until your primary care provider tells you to stop the aspirin and thrombus resolved. Return to the emergency department if you have worsening pain or swelling, no worsening abdominal pain, cannot tolerate eating or drinking, if you have any chest pain or shortness of breath, or if you have any concerns.

Please call your doctor tomorrow to schedule a follow up appointment.

Return to the ER if you have new or worsening abdominal pain, change in your abdominal pain, nausea or vomiting that is not controlled, blood in your stool or vomit or inability to have a bowel movement, if you can not eat or drink, or if you have any concerns.

**Patient Education Materials Received**
Ambulatory
  Abdominal Pain, Adult

Report Request ID: 13399752              Page 25 of 27         Printed Date/Time:  1/1/2017 07:16 CST

ACH000307

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex ███ 989   27 years       Female        MRN: 1328693        FIN: 272187610

### Discharge Summary

I, RUSHER, TIFFANY A, understand that the treatment I have received was rendered on an Emergency basis only and that further treatment may be necessary. I have been given a copy of the above instructions and I will arrange for follow-up care as outlined above. If my condition worsens, I will call my doctor or return to the Emergency Department.

_____        _____
Patient Signature              Date


_____        _____
Witness Signature              Date

### Ultrasound

| Accession | Exam | Exam Date/Time | Ordering Physician |
|---|---|---|---|
| 17-001-000087 | Duplex Low E | 1/1/2017 01;11 CST | Steen MD RES,Sven W |

**Report**
ACCESSION: 17001000087

EXAMINATION:  Bilateral lower extremity deep venous duplex ultrasound

TECHNIQUE: Gray scale and color imaging of the bilateral lower extremity deep venous structures obtained. Spectral waveform analysis also performed.

HISTORY: Left tibial fracture 2 months ago. Continues to have pain and mild swelling left lower leg. Was in cast until 1 week ago,, now has walking boot.

COMPARISON:  None

FINDINGS: The bilateral external iliac veins, common femoral veins, superficial femoral veins, and popliteal veins are fully compressible.  There is normal response augmentation. However, there is lack of filling within a peroneal vein within the left calf secondary to thrombosis.

IMPRESSION:  Thrombosis of left peroneal vein within the left calf. No deep venous thrombosis above the knee.


To report a quality concern regarding this report, please call the
Medical Imaging Quality Assurance Hotline at 217-788-3338
press zero to reach the Radiologist.

*** Final Report ***
Dictated:   01/01/2017 1:32    Brooks MD, Justin
Signed:     01/01/2017 1:37    Brooks MD, Justin

Report Request ID: 13399752          Page 26 of 27          Printed Date/Time:  1/1/2017 07:16 CST

ACH000308

## Memorial Health System

Patient Name: RUSHER, TIFFANY A
DOB/Age/Sex: ▓▓▓69  27 years    Female     MRN: 1328693     FIN: 272187810

| *MAR - Medication Administration Record* |
|---|

| *Medications* |
|---|

**Admin Date/Time:** 1/1/2017 02:35 CST          **Charted Date/Time:** 1/1/2017 02:35 CST
Medication Name: **ketorolac (Toradol injectable)**
Ingredients: TOR15V 15 mg 1 mL
Admin Details: (Auth) IV Push
Intensity (0-10) Pain Assessment 1: 9
Action Details: Order: Steen MD RES,Sven W 1/1/2017 02:28 CST; Perform: Moscardelli RN,Emily A 1/1/2017 02:35 CST;
VERIFY: Moscardelli RN,Emily A 1/1/2017 02:35 CST

**Admin Date/Time:** 1/1/2017 01:25 CST          **Charted Date/Time:** 1/1/2017 01:25 CST
Medication Name: **ondansetron (Zofran injectable)**
Ingredients: ZOF4V 4 mg 2 mL
Admin Details: (Auth) IV Push
Action Details: Order: Steen MD RES,Sven W 1/1/2017 01:17 CST; Perform: Moscardelli RN,Emily A 1/1/2017 01:25 CST;
VERIFY: Moscardelli RN,Emily A 1/1/2017 01:25 CST

| *Continuous Infusions* |
|---|

**Admin Date/Time:** 1/1/2017 00:26 CST          **Charted Date/Time:** 1/1/2017 00:26 CST
Medication Name: **Sodium Chloride 0.9% bolus 500 mL**
Ingredients: NS3 500 mL
Admin Details: (Begin Bag) (Auth) 500 mL, 500 mL/Hour(s), Antecubital Left
Action Details: Order: Steen MD RES,Sven W 1/1/2017 00:01 CST; Perform: Moscardelli RN,Emily A 1/1/2017 00:26 CST;
VERIFY: Moscardelli RN,Emily A 1/1/2017 00:26 CST

Report Request ID: 13399762          Page 27 of 27          Printed Date/Time:  1/1/2017 07:16 CST

ACH000309



## ADVANCED
### Correctional Healthcare

A Higher Standard. Delivered.

Sangamon County Sheriff's Office
One Sheriff's Plaza
Springfield, IL 62701

Phone 217-753-6886 * Fax 217-753-6387
Medical Phone 217-753-6815 * Medical Fax 217-241-0773

| To: MMC | From: Sang Co Jail |
|---|---|
| CC: | Phone: 217-753-6720 |
| Fax: | Date: 1-1-17 |
| Re: Tiffany Rushen  DOB ██ 88 | Pages: |

* Urgent    * For Your Records    * Per Your Request    * Please Reply

Need ER
records from
12-31-16 to 1-1-17
for continued care
of inmate in
custody.
Thanks

This transmission (including attached pages) may contain medical information that is privileged or confidential and is intended only for the named addressee(s). If you are not a named addressee, you are hereby notified that any use, disclosure or copying of this transmission is prohibited. If you received this transmission in error, please destroy all copies and notify Advanced Correctional Healthcare by calling (309) 612-5100 immediately.

ACH000323



03/23/2017 11:38 (FAX) P.126/234

# Send Result Report

KYOCERA

MFP
ECOSYS M3540idn
Firmware Version 2NM_2000.003.034 2015.10.30

01/01/2017 07:06
[2NM_1000.006.002] [2NM_1100.001.004] [2NM_7000.003.021]

Job No.: 005974 Total Time: 0°00'24" Page: 001

## Complete

Document: doc00597420170101070457

ADVANCED Correctional Healthcare

A Higher Standard. Delivered.

Sangamon County Sheriff's Office
One Sheriff's Plaza
Springfield, IL 62701

Phone 217-753-6886 * Fax 217-753-6387
Medical: Phone 217-753-6815 * Medical Fax 217-241-0773

| | |
|---|---|
| To: MMC | From: Sang Co Jail |
| CC: | Phone: 217-753-6720 |
| Fax: | Date: 1-1-17 |
| Re: Tiffany Rusher DOB [redacted] | Pages: |

* Urgent * For Your [redacted] * Per Your Request * Please Reply

Need ER
records from
12-31-16 to 1-1-17
for continued care
of inmate in
custody.
Thanks
[redacted]

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 01/01/17 07:05 | 7885521 | 0°00'24" | FAX | OK | 200x100 Normal/On |

ACH000324

[ LSH6318475 ]

Memorial Health System 701 N. 1st St. Springfield, IL 62781-0001  217/788-3000

# **Facsimile Cover Sheet**

### **To: Medical Records**

Company: SCJ

Fax: 9-241-0773

Phone: 753-8666

### **From:   Memorial Medical Center**

Phone:   1-(217)-788-3300

**Total pages including
this cover sheet:**          28

1|4|17

**Comments:**

Please see attached records for patient Tiffany Rushe      989

Confidentiality Notice:
This facsimile transmission is intended only for the use to the individual or entity to which this
transmission is addressed, and contains information that is privileged, confidential and exempt from
disclosure under applicable law. If you are not the intended recipient or the employee or agent
responsible for delivering the message to the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this communication is strictly prohibited. If you have
received this communication in error, please notify our privacy officer at 217-757-7753 immediately
of the routing error and then shred the document immediately.

Bte and time of transmission: 1/1/2017 7:18:00 AM                                          ACH 000452

Name: RUSHER, TIFFANY A                    2 of                    01/01/2017 0233
MRN: 1328693
Name: RUSHER, TIFFANY A   MRN: 1328693

pain, nausea or vomiting that is not controlled, blood in your stool or vomit or inability to
have a bowel movement, if you can not eat or drink, or if you have any concerns.

ACH 000437

Name: RUSHER, TIFFANY A                    3 of                    01/01/2017 0233
MRN: 1328693
Name: RUSHER, TIFFANY A   MRN: 1328693

---

**Patient Education Materials**

RUSHER, TIFFANY A has been given the following patient education materials:

Ambulatory

## Abdominal Pain

Abdominal pain is pain in the stomach or intestinal area. Everyone has this pain from time to time. In many cases it goes away on its own. But abdominal pain can sometimes be due to a serious problem, such as appendicitis. So it's important to know when to seek help.

### Causes of abdominal pain

There are many possible causes of abdominal pain. Common causes in adults include:

- Constipation, diarrhea, or gas
- GERD (gastroesophageal reflux disease) movement of stomach acid into the esophagus, also known as acid reflux or heartburn
- Peptic ulcer (a sore in the lining of the stomach or small intestine)
- Inflammation of the gallbladder, liver, or pancreas
- Gallstones or kidney stones
- Appendicitis
- Obstruction of the intestines
- Hernia (bulging of an internal organ through a muscle or other tissue)
- Urinary tract infections
- In women, menstrual cramps, fibroids, or endometriosis of the uterus
- Inflammation or infection of the intestines

### Diagnosing the cause of abdominal pain

Your health care provider will examine you to help find the cause of your pain. If needed, tests will be ordered. Because abdominal pain has so many possible causes, it can be hard to discover the reason for the pain. Giving details about your pain can help. Be ready to tell your health care provider where and when you feel the pain and what makes it better or worse. Also mention whether you have other symptoms such as fever, tiredness, nausea, vomiting, or changes in bathroom habits.

Certain causes of pain, such as appendicitis or a bowel obstruction, need emergency treatment. Other problems can be treated with rest, fluids, or medications. Your health care provider can

ACH 000438

03/23/2017   12:21                              (FAX)                    P.220/234

Name: RUSHER, TIFFANY A                4 of                   01/01/2017 0233
MRN: 1328693
Name: RUSHER, TIFFANY A   MRN: 1328693
give you specific instructions for treatment or self-care based on the cause of your pain.

**If you have vomiting or diarrhea,** sip water or other clear fluids. When you are ready to eat solid foods again, start with small amounts of easy-to-digest, low-fat foods, such as applesauce, toast, or crackers.

### When to call the doctor

**Call 911** or go to the hospital right away if you:

- Can't pass stool and are vomiting
- Are vomiting blood or have black, tarry diarrhea
- Also have chest, neck, or shoulder pain
- Feel like you are about to pass out
- Have pain in your shoulder blades with nausea
- Have sudden, excruciating abdominal pain
- Have new, severe pain unlike any you have felt before
- Have a belly that is rigid, hard, and tender to touch

Call your doctor if you have:

- Pain for more than 5 days
- Bloating for more than 2 days
- Diarrhea for more than 5 days
- Fever of 101°F (38.3°C) or higher
- Pain that continues to worsen
- Unexplained weight loss
- Continued lack of appetite
- Blood in the stool

### How to prevent abdominal pain

Here are some tips to help prevent abdominal pain:

- Eat smaller amounts of food at one time.
- Avoid greasy, fried, or other high-fat foods.
- Avoid foods that give you gas.
- Exercise regularly.
- Drink plenty of fluids.

ACH 000439

Name: RUSHER, TIFFANY A              5 of              01/01/2017 0233
MRN: 1328693
Name: RUSHER, TIFFANY A   MRN: 1328693

To help prevent symptoms of gastroesophageal reflux disease (GERD):

- Quit smoking.

- Reduce alcohol and certain foods that increase stomach acid.

- Lose excess weight.

- Finish eating at least 2 hours before you go to bed or lie down.

- Elevate the head of your bed.

© 2000-2015 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

ACH 000440

Name: RUSHER, TIFFANY A 6 of 01/01/2017 0233
MRN: 1328693
Name: RUSHER, TIFFANY A MRN: 1328693

Continue home medications as prescribed unless otherwise noted.

**Prescriptions:**

**Follow Up Information**

If you had any radiology imaging performed during your visit, your final reports will be reviewed by the radiologist. You will be contacted if any further instructions are needed.

ACH 000441

Name: RUSHER, TIFFANY A                    7 of                   01/01/2017 0233
MRN: 1328693
Name: RUSHER, TIFFANY A   MRN: 1328693

*The previous pages numbered with this document have been provided to the patient for education*



# Memorial Medical Center

701 N. First Street, Springfield, IL 62781
Telephone (217) 788-3000

## Emergency Services Discharge Instructions

Name: RUSHER, TIFFANY A            DOB         989      Visit Date: 12/31/2016 2336

**Primary Care Provider:**
    Name:  Treanor MD, Kathleen, Non-Staff Physician (Typically determined by Ancillary)

**Emergency Department Physician:**
    ED Physician: Dela Cruz MD, Jonathan

Thank you for choosing Memorial Medical Center Emergency Department for your care.  Our goal is to
provide very good care.  You may be receiving a survey in the mail regarding the care you received, as
well as a follow-up phone call after your visit.  Please fill out the survey and return it to the address
provided.  Your feedback is important to us.  We are here to serve you for all your healthcare needs.

The following includes patient education materials and information regarding your injury/illness.

**Follow-Up Instructions**

RUSHER, TIFFANY A has been given these follow-up instructions:

| Follow Up With: | Where: | When: |
|---|---|---|
| Kathleen Treanor | 901 Southwind Rd<br>Springfield, IL 62703<br>(217) 786-6900 Business (1) | Within 1-2 days for<br>worsening/continued<br>problem |

**Comments:**
Return for worsening signs or symptoms
Take medications as prescribed
Call office to schedule appointment

Take an aspirin daily and have a repeat ultrasound in 1 week to rule out lower extremity
DVT.  Take aspirin until your primary care provider tells you to stop the aspirin and thrombus
resolved.  Return to the emergency department if you have worsening pain or swelling, no
worsening abdominal pain, cannot tolerate eating or drinking, if you have any chest pain or
shortness of breath, or if you have any concerns.

Please call your doctor tomorrow to schedule a follow up appointment.

ACH 000442

Name: RUSHER, TIFFANY A                8 of               01/01/2017 0233
MRN: 1328693
Name: RUSHER, TIFFANY A   MRN: 1328693

Return to the ER if you have new or worsening abdominal pain, change in your abdominal
pain, nausea or vomiting that is not controlled, blood in your stool or vomit or inability to
have a bowel movement, if you can not eat or drink, or if you have any concerns.


**Patient Education Materials Received**
Ambulatory
  Abdominal Pain, Adult


I, RUSHER, TIFFANY A, understand that the treatment I have received was rendered on an Emergency
basis only and that further treatment may be necessary. I have been given a copy of the above instructions
and I will arrange for follow-up care as outlined above. If my condition worsens, I will call my doctor or
return to the Emergency Department.


_____        _____
Patient Signature           Date


_____        _____
Witness Signature           Date


ACH 000443



Memorial Medical Center

1/12/17

ACH 387
(Organized)

Discharge Information\Education

RUSHER, TIFFANY A - 1328693

| | |
|---|---|
| Result type: | Discharge Information\Education |
| Result date: | January 12, 2017 2231 |
| Result status: | Auth (Verified) |
| Result title: | Discharge Information\Education |
| Performed by: | Chappell , Sarah B on January 12, 2017 2231 |
| Electronically signed by: | Chappell , Sarah B on January 12, 2017 2231 |
| Encounter Info: | 272541400, MMC, Emergency, 1/12/2017 - 1/12/2017 |

**Discharge Information\Education (Verified)**

**Memorial Medical Center**
701 N. First Street, Springfield, IL 62781
Telephone (217) 788-3000

## Emergency Services Discharge Instructions

Name: RUSHER, TIFFANY A        DOB: ██989        Visit Date: 01/12/2017 1823

**Primary Care Provider:**
    Name: Treanor MD, Kathleen, Non-Staff Physician (Typically determined by Ancillary)

**Emergency Department Provider:**
    ED Provider: McCormick MD, Anna Marie

Thank you for choosing Memorial Medical Center Emergency Department for your care. Our goal is to provide very good care. You may be receiving a survey in the mail regarding the care you received, as well as a follow-up phone call after your visit. Please fill out the survey and return it to the address provided. Your feedback is important to us. We are here to serve you for all your healthcare needs.

The following includes patient education materials and information regarding your injury/illness.

**Follow-Up Instructions**

RUSHER, TIFFANY A has been given these follow-up instructions:
Follow Up With:        Where:        When:

Printed by:    HIM, TMR
Printed on:    01/13/17 0722

Page 1 of 7
(Continued)

ACH000202

Discharge Information\Education                                  RUSHER, TIFFANY A - 1328693

Result type:        Discharge Information\Education
Result date:        January 12, 2017 2231
Result status:      Auth (Verified)
Result title:       Discharge Information\Education
Performed by:       Chappell, Sarah B on January 12, 2017 2231
Electronically signed by: Chappell, Sarah B on January 12, 2017 2231
Encounter Info:     272541400, MMC, Emergency, 1/12/2017 - 1/12/2017


Kathleen Treanor             901 Southwind Rd              Within 1-2 days
                             Springfield, IL 62703
                             (217) 786-6900 Business (1)

Comments:
Call office to schedule appointment
Return for worsening signs or symptoms

ACH000203

Discharge Information\Education                          RUSHER, TIFFANY A - 1328693

Result type:           Discharge Information\Education
Result date:           January 12, 2017 2231
Result status:         Auth (Verified)
Result title:          Discharge Information\Education
Performed by:          Chappell , Sarah B on January 12, 2017 2231
Electronically signed by: Chappell , Sarah B on January 12, 2017 2231
Encounter info:        272541400, MMC, Emergency, 1/12/2017 - 1/12/2017

## Patient Education Materials

RUSHER, TIFFANY A has been given the following patient education materials:

GI

## Esophageal Blockage, Resolved

The esophagus is the passage that carries food from the mouth to the stomach. You had a blockage in the esophagus. This can happen after swallowing a large piece of food, taking a large pill, or swallowing foreign objects.

If this is a recurring problem, it can be a sign of disease in the esophagus, such as inflammation (swelling and irritation) or scarring. If you did not have a special procedure (endoscopy) today to treat your condition, further testing will be needed to evaluate this problem.

The blockage has cleared. You should be able to swallow normally again.

### Home care

- For the next 24 hours you may drink liquids and eat soft foods.

- You may have been given medicine today to prevent pain and help you relax. If so, you may feel drowsy for the next 4 to 12 hours. **Do not** drive or operate dangerous equipment until you feel alert again.

- If your esophagus was blocked by food, be sure to cut solid food into small pieces before putting it into your mouth. Chew all foods well before swallowing.

- If your esophagus was blocked by an over-the-counter pill (such as a vitamin), avoid this size pill in the future. If it was blocked by a prescription medicine, ask your health care provider for another form of medicine.

Printed by:     HTM, TMR                              Page 3 of 7
Printed on:     01/13/17 0722                         (Continued)

ACH000204

03/23/2017  10:54                                    (FAX)                          P.007/234

Discharge Information\Education                          RUSHER, TIFFANY A - 1328693

| | |
|---|---|
| Result type: | Discharge Information\Education |
| Result date: | January 12, 2017 2231 |
| Result status: | Auth (Verified) |
| Result title: | Discharge Information\Education |
| Performed by: | Chappell , Sarah B on January 12, 2017 2231 |
| Electronically signed by: | Chappell , Sarah B on January 12, 2017 2231 |
| Encounter Info: | 272541400, MMC, Emergency, 1/12/2017 - 1/12/2017 |

## Follow-up care

Follow up with your health care provider, or as advised. If you continue to have problems, contact your doctor or this facility for advice. If this is a recurring problem, talk to your health care provider about it. He or she may suggest having an endoscopy. This is a look in the esophagus with a small camera and light in a narrow, flexible tube).

## When to seek medical advice

Call your health care provider right away if any of these occur:

- Chest pain or shortness of breath
- Unable to swallow
- Significant pain on swallowing
- Vomiting blood (red or black)
- Blood in your stool (dark red or black color)
- Fever of 100.4°F (38°C) or higher, or as directed by your health care provider

© 2000-2015 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

| | |
|---|---|
| Printed by: | HIM, TMR |
| Printed on: | 01/13/17 0722 |

Page 4 of 7
(Continued)

ACH000205

03/23/2017  10:54                                    (FAX)                      P.008/234

Discharge Information\Education                    RUSHER, TIFFANY A - 1328693

Result type:            Discharge Information\Education
Result date:            January 12, 2017 2231
Result status:          Auth (Verified)
Result title:           Discharge Information\Education
Performed by:           Chappell , Sarah B on January 12, 2017 2231
Electronically signed by: Chappell , Sarah B on January 12, 2017 2231
Encounter Info:         272541400, MMC, Emergency, 1/12/2017 - 1/12/2017

Continue home medications as prescribed unless otherwise noted.

**Prescriptions:**

**Follow Up Information**

If you had any radiology imaging performed during your visit, your final reports will be reviewed by the radiologist. You will be contacted if any further instructions are needed.

Printed by:    HIM, TMR                              Page 5 of 7
Printed on:    01/13/17 0722                          (Continued)

ACH000206

Discharge Information\Education RUSHER, TIFFANY A - 1328693

Result type: Discharge Information\Education
Result date: January 12, 2017 2231
Result status: Auth (Verified)
Result title: Discharge Information\Education
Performed by: Chappell , Sarah B on January 12, 2017 2231
Electronically signed by: Chappell , Sarah B on January 12, 2017 2231
Encounter Info: 272541400, MMC, Emergency, 1/12/2017 - 1/12/2017

*The previous pages numbered with this document have been provided to the patient for education*



# Memorial Medical Center
701 N. First Street, Springfield, IL 62781
Telephone (217) 788-3000

## Emergency Services Discharge Instructions

Name: RUSHER, TIFFANY A    DOB 989    Visit Date: 01/12/2017 1823

Primary Care Provider:
Name: Treanor MD, Kathleen, Non-Staff Physician (Typically determined by Ancillary)

Emergency Department Physician:
ED Physician: McCormick MD, Anna Marie

Thank you for choosing Memorial Medical Center Emergency Department for your care. Our goal is to provide very good care. You may be receiving a survey in the mail regarding the care you received, as well as a follow-up phone call after your visit. Please fill out the survey and return it to the address provided. Your feedback is important to us. We are here to serve you for all your healthcare needs.

The following includes patient education materials and information regarding your injury/illness.

### Follow-Up Instructions

RUSHER, TIFFANY A has been given these follow-up instructions:

| Follow Up With: | Where: | When: |
|---|---|---|
| Kathleen Treanor | 901 Southwind Rd Springfield, IL 62703 | Within 1-2 days |

Printed by: HIM, TMR    Page 6 of 7
Printed on: 01/13/17 0722    (Continued)

ACH000207

Discharge Information\Education                          RUSHER, TIFFANY A – 1328693

| | |
|---|---|
| Result type: | Discharge Information\Education |
| Result date: | January 12, 2017 2231 |
| Result status: | Auth (Verified) |
| Result title: | Discharge Information\Education |
| Performed by: | Chappell , Sarah B on January 12, 2017 2231 |
| Electronically signed by: | Chappell , Sarah B on January 12, 2017 2231 |
| Encounter info: | 272541400, MMC, Emergency, 1/12/2017 - 1/12/2017 |

(217) 786-6900 Business (1)

**Comments:**
Call office to schedule appointment
Return for worsening signs or symptoms

**Patient Education Materials Received**
GI
ESOPHAGEAL FOREIGN BODY, Resolved

I, RUSHER, TIFFANY A, understand that the treatment I have received was rendered on an Emergency basis only and that further treatment may be necessary. I have been given a copy of the above instructions and I will arrange for follow-up care as outlined above. If my condition worsens, I will call my doctor or return to the Emergency Department.

_____     _____
Patient Signature       Date


_____     _____
Witness Signature       Date


**Completed Action List:**
* Perform by Chappell , Sarah B on January 12, 2017 2231
* Sign by Chappell , Sarah B on January 12, 2017 2231
* VERIFY by Chappell , Sarah B on January 12, 2017 2231


| | | |
|---|---|---|
| Printed by: | HIM, TMR | Page 7 of 7 |
| Printed on: | 01/13/17 0722 | (End of Report) |

ACH000208

ED Physician Notes                                RUSHER, TIFFANY A - 1328693
* Preliminary Report *

Result type:        ED Physician Notes
Result date:        January 12, 2017 1659
Result status:      In Process
Result title:       Throat pain - Adult
Performed by:       Chappell , Sarah B on January 12, 2017 1908
Encounter info:     272541400, MMC, Emergency, 1/12/2017 - 1/12/2017

## * Preliminary Report *

### Throat pain - Adult

Patient:  RUSHER, TIFFANY A      MRN: 1328693      FIN: 272541400
Age:  27 years    Sex: Female    DOB: ███ 989
Associated Diagnoses:  Esophageal foreign body
Author:  Chappell , Sarah B

**Basic Information**
   Time seen: Date & time 01/12/2017 1903.
   History source: Patient.
   Arrival mode: Include from Flowsheet: 1/12/2017 1832      Mode of Arrival      Wheelchair.
   History limitation: None.
   Additional Information: Chief Complaint from Nursing Triage Note : Chief Complaint
      1/12/2017 1832          Chief Complaint          Pt here with sangamon county
      jail sheriff for swallowing spoon. Difficulty speaking
      1/12/2017 1824          Chief Complaint          Pt here with sangamon county
      jail sheriff for swallowing spoon. Difficulty speaking   .

**History of Present Illness**
   The patient presents with Throat Pain

   27 y/o female presents to ED c/o throat pain x1.5 hours. Pt states she swallowed a plastic spoon and now it is stuck in
her throat. Pt was notes she is currently in jail and was feeling depressed tonight. Pt has h/o swallowing items.

   . The course/duration of symptoms is constant. Location: throat. The character of symptoms is pain. The relieving
factor is none.  Risk factors consist of none. Therapy today: none.

**Health Status**

   **Vital Signs**

03/23/2017   12:10

ED Physician Notes                              RUSHER, TIFFANY A - 1328693
* Preliminary Report *

Result type:        ED Physician Notes
Result date:        January 12, 2017 1859
Result status:      In Process
Result title:       Throat pain - Adult
Performed by:       Chappell , Sarah B on January 12, 2017 1908
Encounter info:     272541400, MMC, Emergency, 1/12/2017 - 1/12/2017

Measurements
  Admit Wt
  Yesterday Wt
  Current Wt
  Height 5 ft/3 in - 01/12/2017 18:33
  BSA
  BMI .
Vital Measures
      1/12/2017 1833          Systolic BP EWSS        101-199 = 0
                              Heart Rate EWSS         51-100 = 0
                              Respiratory Rate EWSS   15-20 = 1
                              Temperature EWSS        35-38.4 = 0
                              SaO2 EWSS               94-100% = 0
                              Urine Output EWSS       > or equal to 500ml/24hr = 0

                              AVPU EWSS               Alert = 0
                              Early Warning Scoring System Score        1
                              Home Medication History Reviewed ED       Reviewed
          medication list with patient
      1/12/2017 1832          Temperature             36.9 DegC   Normal
                              Temperature Method      Oral
                              Pulse Rate              133 bpm  HI
                              Respiratory Rate        22 br/min  Normal
                              Systolic Blood Pressure Manual            104 mmHg
       Normal
                              Diastolic Blood Pressure Manual            64 mmHg
       Normal
                              O2 Sat Resting          99 %  Normal
      1/12/2017 1824          Temperature             36.9 DegC   Normal
                              Temperature Method      Oral
                              Pulse Rate              133 bpm  HI
                              Respiratory Rate        22 br/min  Normal
                              Systolic Blood Pressure Manual            104 mmHg
       Normal
                              Diastolic Blood Pressure Manual            64 mmHg
       Normal
                              O2 Sat Resting          ...

ACH 000411

(FAX)   P.212/219

ED Physician Notes                                         RUSHER, TIFFANY A - 1328693
* Preliminary Report *

Result type:       ED Physician Notes
Result date:       January 12, 2017 1859
Result status:     In Process
Result title:      Throat pain - Adult
Performed by:      Chappell , Sarah B on January 12, 2017 1908
Encounter info:    272541400, MMC, Emergency, 1/12/2017 - 1/12/2017

        No known allergies.
  Medications:  (Selected)
        Documented Medications
            Documented
                Eucerin topical cream: 1 Application(s), Topical, BIO, PRN: for dry skin, 120 gm, 0 Refill(s)
                Senna 8.6 mg oral tablet: 17.2 mg, 2 Tablet(s), PO, BID, PRN: for constipation, 100 Tablet(s), 0 Refill(s)
                Tab-A-Vite oral tablet: 1 Tablet(s), PO, qDay, 30 Tablet(s), 0 Refill(s)
                atomoxetine 25 mg oral capsule: 25 mg, 1 Capsule(s), PO, BID, 30 Capsule(s), 0 Refill(s)
                chlorproMAZINE 100 mg oral tablet: 100 mg, 1 Tablet(s), PO, qDay, 180 Tablet(s), 0 Refill(s)
                chlorproMAZINE 200 mg oral tablet: 200 mg, 1 Tablet(s), PO, qDay, 180 Tablet(s), 0 Refill(s)
                diphenhydrAMINE 12.5 mg/5 mL oral liquid: 100 mg, 40 mL, PO, BID, PRN: for allergy symptoms, 150 mL,
                    0 Refill(s)
                divalproex sodium 500 mg oral delayed release tablet: 500 mg, 1 Tablet(s), PO, BID, 90 Tablet(s), 0
                    Refill(s)
                enoxaparin 40 mg/0.4 mL injectable solution: 40 mg, SubQ, qDay, 0 Refill(s)
                fluticasone 27.5 mcg/inh nasal spray: 1 Spray(s), Nasal, qDay, PRN: for allergy symptoms, 10 gm, 0
                    Refill(s)
                fluticasone CFC free 220 mcg/inh inhalation aerosol: 1 Puff(s), Inhalation, qDay, 12 gm, 0 Refill(s)
                ibuprofen 200 mg oral tablet: 800 mg, 4 Tablet(s), PO, Q6H, PRN: for pain, 120 Tablet(s), 0 Refill(s)
                loratadine 10 mg oral tablet: 10 mg, 1 Tablet(s), PO, qDay, 90 Tablet(s), 0 Refill(s)
                magaldrate-simethicone 540 mg-40 mg/5 mL oral suspension: 15 mL, PO, AC&HS, PRN: Indigestion, 0
                    Refill(s)
                prazosin 1 mg oral capsule: 1 mg, 1 Capsule(s), PO, qDay, 60 Capsule(s), 0 Refill(s)
                prazosin 2 mg oral capsule: 2 mg, 1 Capsule(s), PO, qDay, 90 Capsule(s), 0 Refill(s)
                raNITIdine 150 mg oral tablet: 150 mg, 1 Tablet(s), PO, BID, 180 Tablet(s), 0 Refill(s)
                traMADol 50 mg oral tablet: 50 mg, 1 Tablet(s), PO, Q6H, PRN: for pain, 60 Tablet(s), 0 Refill(s)
                venlafaxine 150 mg oral tablet, extended release: 150 mg, 1 Tablet(s), PO, qDay, 30 Tablet(s), 0 Refill(s)
                venlafaxine 75 mg oral tablet, extended release: 75 mg, 1 Tablet(s), PO, qDay, 30 Tablet(s), 0 Refill(s)
                zolpidem 10 mg oral tablet: 10 mg, 1 Tablet(s), PO, QPM, PRN: for sleep, 0 Refill(s).

  Review of Systems
        Constitutional symptoms:  No fever,
        Skin symptoms:  No rash,
        Eye symptoms:  No recent vision problems, no icterus.
        EN&T symptoms:  Throat pain.

ACH 000412

03/23/2017     12:10          (FAX)          P. 213/219

ED Physician Notes                                      RUSHER, TIFFANY A - 1328693
* Preliminary Report *

Result type:        ED Physician Notes
Result date:        January 12, 2017 1859
Result status:      In Process
Result title:       Throat pain - Adult
Performed by:       Chappell , Sarah B on January 12, 2017 1908
Encounter info:     272541400, MMC, Emergency, 1/12/2017 - 1/12/2017

Past Medical/ Family/ Social History

  Medical history
    Respiratory: asthma.
    Psychiatric: depression, anxiety, bipolar, schizophrenia.
    HIV.
    AV malformation on the greater curvature of stomach, previous history of foreign body ingestion.

  Surgical history
    EGD, foreign body removal. Social history: Alcohol use: Denies, Tobacco use: Pt denies recent tobacco use, old charts
    show h/o tobacco use, Drug use: Cocaine, heroin,  She lives in De Witt County when she is not incarcerated.

Physical Examination
    General:  Alert, no acute distress.
    Skin:  Warm, dry, intact.
    Head:  Normocephalic, atraumatic.
    Neck:  Supple, trachea midline.
    Eye:  Pupils are equal, round and reactive to light, extraocular movements are intact, normal conjunctiva.
    Ears, nose, mouth and throat:  Tympanic membranes clear, oral mucosa moist, Throat: Trachea midline.
    Cardiovascular:  Regular rate and rhythm, No murmur, Normal peripheral perfusion.
    Respiratory:  Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal, No stridor.
    Gastrointestinal:  Soft, Nontender, Non distended.
    Extremity:  No swelling.  No tenderness.
    Neurological:  Alert and oriented to person, place, time, and situation, No focal neurological deficit observed.
    Psychiatric:  Cooperative.

Medical Decision Making
    Documents reviewed:  Emergency department nurses' notes, emergency department records, prior records.
    Orders  Launch Order Profile (Selected)
      Inpatient Orders
        InProcess (Procedure Completed)
          ECG:
          Ordered

ACH 398
(Organized)

ACH 000413

ED Physician Notes                                      RUSHER, TIFFANY A - 1328693
* Preliminary Report *

Result type:        ED Physician Notes
Result date:        January 12, 2017 1859
Result status:      In Process
Result title:       Throat pain - Adult
Performed by:       Chappell , Sarah B on January 12, 2017 1908
Encounter info:     272541400, MMC, Emergency, 1/12/2017 - 1/12/2017


**Reexamination/ Reevaluation**
Time: 01/12/2017 2044 .
Notes: Went to check on pt, pt was not in room due to being in CT.
Time: 01/12/2017 2218 .
Notes: Went to evaluate pt, pt had just vomited her spoon, spoon intact w/ no sharp edges. Hrt rate 97. Pt requesting something to eat and drink. Asking for pain medications,.
Time: 01/12/2017 2245 .
Notes: Pt has ate and drank here. Staff observed pt to make sure no foreign objects were ingested. Pt being discharged w/ close out pt followup w/ GI. .

**Impression and Plan**
Esophageal foreign body - ICD10-CM T18.108A

**Calls-Consults**
- 01/12/2017 2026 , Saliminejad MD, Mehrdad, phone call, consult, agrees w/ CT scan, will likely scope pt and would like pt admitted to hospitalist as GI does not admit primarily. .
- 01/12/2017 2130 , Ayoub MD, David M, Radiology, phone call, states pt has 9cm foreign object in esophagus which could be consistent w/ a FB.
- 01/12/2017 2134 , Saliminejad MD, Mehrdad, phone call, consult, States will see pt in morning and scope her. Would like pt admitted to hospitalist.
- 01/12/2017 2226 , Saliminejad MD, Mehrdad, phone call, Will see pt as out pt followup.

**Plan**
Condition: Stable.
Disposition: Discharged: to home.
Disposition time: Time 01/12/2017 2304.
Prescriptions: Launch Order Profile (Selected)
  Prescriptions
    Prescribed
      omeprazole 20 mg oral delayed release capsule: 20 mg, 1 Capsule(s), PO, qDay, for 14 Day(s), 14 Capsule(s), 0 Refill(s).
Patient was given the following educational materials: ESOPHAGEAL FOREIGN BODY, Resolved.
Follow up with: Kathleen Treanor Within 1-2 days Call office to schedule appointment
Return for worsening signs or symptoms.
Counseled: Patient, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Regarding prescription, Patient indicated understanding of instructions.

ACH 000418

03/23/2017

12:12

(FAX)

P . 219/219

03/23/2017

12:11

ED Physician Notes
* Preliminary Report *

RUSHER, TIFFANY A - 1328693

Result type:        ED Physician Notes
Result date:        January 12, 2017 1859
Result status:      In Process
Result title:       Throat pain - Adult
Performed by:       Chappell , Sarah B on January 12, 2017 1908
Encounter info:     272541400, MMC, Emergency, 1/12/2017 - 1/12/2017

   Chest XR 2 Views:
   DIFF:
   ED Initial Screen:
   Extra Tube:
   Glomerular Filtration Rate:
   PT/INR:
   PTT:
   VAL Stock: .

Electrocardiogram:  Time 01/12/2017 1936, rate 105, no ectopy, normal PR & QRS intervals, EP interp, The
   Rhythm is sinus tachycardia. , Non specific ST abnormalities.  No acute ST elevations.

Results review:  Lab results : Laboratory

| 1/12/2017 1837 | | |
|---|---|---|
| Hemoglobin | 13.6 gm/dl | Normal |
| Hematocrit | 40 % | Normal |
| RBC | 4.62 M/CUMM | Normal |
| MCV | 87 | Normal |
| MCH | 29.5 pg | Normal |
| MCHC | 33.7 G/DL | Normal |
| RDW | 16.9 % | HI |
| WBC | 6.9 K/CUMM | Normal |
| Absolute neutrophils | 2.9 K/CUMM | Normal |
| Absolute basophils | 0.0 K/CUMM | Normal |
| Absolute eosinophils | 0.4 K/CUMM | Normal |
| Absolute monocytes | 0.9 K/CUMM | HI |
| Absolute lymphocytes | 2.7 K/CUMM | Normal |
| Neutrophils | 41 % | LOW |
| Eosinophils | 6 % | Normal |
| Basophils | 0 % | Normal |
| Monocytes | 13 % | HI |
| Lymphocytes | 39 % | Normal |
| Platelets | 277 K/CUMM | Normal |
| Prothrombin time | 13.2 Second(s) | Normal |
| INR | 1.0 | Normal |
| APTT | 28.6 Second(s) | Normal |
| Sodium | 135 mmol/L | Normal |
| Potassium | 3.7 mmol/L | Normal |
| Chloride | 105 mmol/L | Normal |
| CO2 | 19 mmol/L | LOW |

(FAX)

P. 215/219

ED Physician Notes
* Preliminary Report *

RUSHER, TIFFANY A - 1328693

Result type:        ED Physician Notes
Result date:        January 12, 2017 1859
Result status:      In Process
Result title:       Throat pain - Adult
Performed by:       Chappell , Sarah B on January 12, 2017 1908
Encounter Info:     272541400, MMC, Emergency, 1/12/2017 - 1/12/2017

|                    |              |        |
|--------------------|--------------|--------|
| Alk phos           | 110 IU/L     | Normal |
| AST                | 39 IU/L      | Normal |
| ALT                | 40 IU/L      | Normal |
| Bilirubin (total)  | 0.2 mg/dL    | Normal |
| Total protein      | 5.4 gm/dl    | LOW    |
| Albumin            | 3.2 gm/dl    | LOW    |

Radiology results: CT Chest W/C Event Date: 01/12/2017 2112 Updated: 1/12/2017 2149
CT Chest w contrast
This document has an image
Reason For Exam
pt states she swallowed a plastic spoon
RADRPT
ACCESSION: 17012003036

EXAM: CT of the chest

HISTORY: Patient presents to the ER today after swallowing a plastic spoon about five pm this evening.
    Patient complains of chest and throat pain since the incident.

TECHNIQUE: CT of the chest was performed with IV contrast administration. 80ml of Isovue 370 was injected
    through the lacf without evidence of adverse reaction. Automated exposure control was used for
    dose optimization on this exam. CTDIvol in mGy: 8.63 DLP in mGy-cm: 259.4

COMPARISON: None

FINDINGS: On the sagittal reconstructions there is a water density like foreign body, linear in the upper
    esophagus seen from the first image extending a distance of about 9 cm from the first section likely
    an esophageal foreign body. This is consistent with the ingested spoon. No evidence of perforation
    or pneumo mediastinum .

There are also 2 discrete hemo clips are seen in the proximal stomach from previous endoscopy procedure.
    No convincing opaque foreign body seen in the gastric lumen of the stomach or duodenum. The
    trachea and airways are free of foreign bodies, no tracheobronchial spasm. Lungs are clear.

ACH 000415

ED Physician Notes                                    RUSHER, TIFFANY A - 1328693
* Preliminary Report *

Result type:        ED Physician Notes
Result date:        January 12, 2017 1859
Result status:      In Process
Result title:       Throat pain - Adult
Performed by:       Chappell , Sarah B on January 12, 2017 1908
Encounter info:     272541400, MMC, Emergency, 1/12/2017 - 1/12/2017

        To report a quality concern regarding this report, please call the
          Medical Imaging Quality Assurance Hotline at 217-788-3338
                press zero to reach the Radiologist.
Signature Line
*** Final Report***
Dictated:  01/12/2017 9:34   Ayoub MD, David M
Signed:    01/12/2017 9:39   Ayoub MD, David M

IMAGE
Soft Tissue Event Date: 01/12/2017 2012 Updated: 1/12/2017 2041
D Neck Soft Tissue
This document has an image
Reason For Exam
pt states she swallowed spoot
RADRPT
ACCESSION: 17012003788

        The soft tissues neck, to VIEW

HISTORY: Patient states she swallowed a spoon today. Patient wheezing in exam room. .

COMPARISONS: none

FINDINGS: No opaque foreign bodies are seen in the oropharynx, trachea or upper esophagus.  No
        subglottic narrowing.

03/23/2017    12:12    (FAX)    P. 217/219

ACH 000416

Chest Pa & Lateral                                    RUSHER, TIFFANY A - 1328693

Result type:          Chest Pa & Lateral
Result date:          January 12, 2017 2011
Result status:        Modified
Result title:         D Chest 2 Views
Performed by:         Ayoub MD, David M on January 12, 2017 2020
Electronically signed by: Ayoub MD, David M on January 12, 2017 2020
Encounter Info:       272541400, MMC, Emergency, 1/12/2017 - 1/12/2017

**Reason For Exam**
pt states she swalled spoon

**RADRPT**
ACCESSION: 17012003787

PA AND LATERAL CHEST UPRIGHT

History:   Patient states she swallowed a spoon today. Patient wheezing in exam room.

COMPARISON:   09/11

FINDINGS:   Heart size is normal. Lungs are expanded and clear. No congestive changes or
effusions.. Hemo clips are seen in the stomach from previous endoscopic procedure.  No
foreign body seen in the region of the esophagus or upper abdomen. Trachea is normal
caliber.

IMPRESSION:   No active disease

        To report a quality concern regarding this report, please call the
           Medical Imaging Quality Assurance Hotline at 217-788-3338
                     press zero to reach the Radiologist.

**Signature Line**
*** Final Report***
Dictated:   01/12/2017 8:15      Ayoub MD, David M
Signed:     01/12/2017 8:20      Ayoub MD, David M

**IMAGE**
This document has an image

**Completed Action List:**
* Order by  on January 12, 2017 1914

Printed by:    HTM, TMR                              Page 1 of 2
Printed on:    01/13/17 0722                         (Continued)

ACH000209

Chest Pa & Lateral                                    RUSHER, TIFFANY A - 1328693

Result type:          Chest Pa & Lateral
Result date:          January 12, 2017 2011
Result status:        Modified
Result title:         D Chest 2 Views
Performed by:         Ayoub MD, David M on January 12, 2017 2020
Electronically signed by: Ayoub MD, David M on January 12, 2017 2020
Encounter info:       272541400, MMC, Emergency, 1/12/2017 - 1/12/2017


* Perform by Thompson RT(R), Samantha M on January 12, 2017 2011
* VERIFY by Ayoub MD, David M on January 12, 2017 2020


Printed by:    HIM, TMR                                    Page 2 of 2
Printed on:    01/13/17 0722                              (End of Report)

ACH000210

03/23/2017  10:56                                    (FAX)                        P.013/234

Soft Tissue                                          RUSHER, TIFFANY A - 1328693

Result type:            Soft Tissue
Result date:            January 12, 2017 2012
Result status:          Auth (Verified)
Result title:           D Neck Soft Tissue
Performed by:           Ayoub MD, David M on January 12, 2017 2033
Electronically signed by: Ayoub MD, David M on January 12, 2017 2033
Encounter info:         272541400, MMC, Emergency, 1/12/2017 - 1/12/2017

Reason For Exam
pt states she swallowed spoot

RADRPT
ACCESSION: 17012003788

                    The soft tissues neck, to VIEW

HISTORY: Patient states she swallowed a spoon today. Patient  wheezing in exam room. .

COMPARISONS: none

FINDINGS: No opaque foreign bodies are seen in the oropharynx, trachea or upper esophagus.
No subglottic narrowing.

CONCLUSION: Negative for opaque foreign body

        To report a quality concern regarding this report, please call the
        Medical Imaging Quality Assurance Hotline at 217-788-3336
                press zero to reach the Radiologist.

Signature Line
*** Final Report***
Dictated:    01/12/2017 8:28     Ayoub MD, David M
Signed:      01/12/2017 8:33     Ayoub MD, David M

IMAGE
This document has an image

Printed by:    HIM, TMR                          Page I of 2
Printed on:    01/13/17 0722                     (Continued)

ACH000211

03/23/2017  10:56                                    (FAX)                   P.014/234

Soft Tissue                                          RUSHER, TIFFANY A - 1328693

Result type:          Soft Tissue
Result date:          January 12, 2017 2012
Result status:        Auth (Verified)
Result title:         D Neck Soft Tissue
Performed by:         Ayoub MD, David M on January 12, 2017 2033
Electronically signed by: Ayoub MD, David M on January 12, 2017 2033
Encounter Info:       272541400, MMC, Emergency, 1/12/2017 - 1/12/2017

**Completed Action List:**
* Order by  on January 12, 2017 1914
* Perform by Thompson RT(R), Samantha M on January 12, 2017 2012
* VERIFY by Ayoub MD, David M on January 12, 2017 2033

Printed by:    HTM, TMR                              Page 2 of 2
Printed on:    01/13/17 0722                         (End of Report)

ACH000212

Soft Tissue                                                    RUSHER, TIFFANY A - 1328693


Result type:        Soft Tissue
Result date:        January 12, 2017 2241
Result status:      Modified
Result title:       D Neck Soft Tissue
Performed by:       Ayoub MD, David M on January 12, 2017 2249
Electronically signed by: Ayoub MD, David M on January 12, 2017 2249
Encounter Info:     272541400, MMC, Emergency, 1/12/2017 - 1/12/2017


**Reason For Exam**
pt removed spoon herself

**RADRPT**
ACCESSION: 17012004139


                          Cervical spine, 2 VIEW


HISTORY: Patient states she removed a  plastic spoon from her throat by herself. Throat
tenderness and swelling. .

COMPARISONS: none

FINDINGS: The previously seen opaque line in the piriform sinus region is gone presumably
representing the extraction of plastic spoon.  Epiglottis and aryepiglottic folds are
normal.

CONCLUSION: Normal

        To report a quality concern regarding this report, please call the
            Medical Imaging Quality Assurance Hotline at 217-788-3338
                     press zero to reach the Radiologist.

**Signature Line**
*** Final Report***
Dictated:    01/12/2017 10:44    Ayoub MD, David M
Signed:      01/12/2017 10:49    Ayoub MD, David M

**IMAGE**
This document has an image


Printed by:    HIM, TMR                                              Page 1 of 2
Printed on:    01/13/17 0722                                         (Continued)

ACH000213

Fax Server                    1/13/2017 7:25:19 AM   PAGE   25/027   Fax Server

Soft Tissue                                          RUSHER, TIFFANY A - 1328693

Result type:            Soft Tissue
Result date:            January 12, 2017 2241
Result status:          Modified
Result title:           D Neck Soft Tissue
Performed by:           Ayoub MD, David M on January 12, 2017 2249
Electronically signed by: Ayoub MD, David M on January 12, 2017 2249
Encounter Info:         272541400, MMC, Emergency, 1/12/2017 - 1/12/2017

Completed Action List:
* Order by   on January 12, 2017 2225
* Perform by Markwell , Megan K on January 12, 2017 2241
* VERIFY by Ayoub MD, David M on January 12, 2017 2249

Printed by:      HIM, TMR                                    Page 2 of 2
Printed on:      01/13/17 0722                              (End of Report)

ACH000214

03/23/2017   10:57                                          (FAX)                    P.017/234

Fax Server              1/13/2017 7:25:18 AM   PAGE  28/027   Fax Server


CT Chest W/C                                              RUSHER, TIFFANY A - 1328693


Result type:       CT Chest W/C
Result date:       January 12, 2017 2112
Result status:     Auth (Verified)
Result title:      CT Chest w contrast
Performed by:      Ayoub MD, David M on January 12, 2017 2139
Electronically signed by: Ayoub MD, David M on January 12, 2017 2139
Encounter Info:    272541400, MMC, Emergency, 1/12/2017 - 1/12/2017


Reason For Exam
pt states she swallowed a plastic spoon

RADRPT
ACCESSION: 17012003936

EXAM: CT of the chest

HISTORY: Patient presents to the ER today after swallowing a plastic spoon about five pm
this evening. Patient complains of chest and throat pain since the incident.

TECHNIQUE: CT of the chest was performed with IV contrast administration. 80ml of isovue
370 was injected through the lacf without evidence of adverse reaction. Automated exposure
control was used for dose optimization on this exam. CTDIvol in mGy: 8.63 DLP in mGy-cm:
259.4

COMPARISON: None


FINDINGS: On the sagittal reconstructions there is a water density like foreign body,
linear in the upper esophagus seen from the first image extending a distance of about 9 cm
from the first section likely an esophageal foreign body. This is consistent with the
ingested  spoon.  No evidence of perforation or pneumo mediastinum .

There are also 2 discrete hemo clips are seen in the proximal stomach from previous
endoscopy procedure.  No convincing opaque foreign body seen in the gastric lumen of the
stomach or duodenum.  The trachea and airways are free of foreign bodies, no
tracheobronchial spasm.  Lungs are clear.


IMPRESSION: Upper thoracic and lower cervical esophageal foreign body is identified
consistent with a spoon. No perforation or new mediastinum


     To report a quality concern regarding this report, please call the
        Medical Imaging Quality Assurance Hotline at 217-788-3338
                 press zero to reach the Radiologist.

Signature Line


Printed by:    HIM, TMR                                           Page 1 of 2
Printed on:    01/13/17 0722                                      (Continued)


                                                                 ACH000215

CT Chest W/C                                         RUSHER, TIFFANY A - 1328693

Result type:        CT Chest W/C
Result date:        January 12, 2017 2112
Result status:      Auth (Verified)
Result title:       CT Chest w contrast
Performed by:       Ayoub MD, David M on January 12, 2017 2139
Electronically signed by: Ayoub MD, David M on January 12, 2017 2139
Encounter Info:     272541400, MMC, Emergency, 1/12/2017 - 1/12/2017

*** Final Report ***
Dictated:    01/12/2017 9:34      Ayoub MD, David M
Signed:      01/12/2017 9:39      Ayoub MD, David M

IMAGE
This document has an image

Completed Action List:
* Order by  on January 12, 2017 2023
* Assist by Jankowski RT(R) (CT), Grace N on January 12, 2017 2112
* Perform by Rainey RT (R), Shaunna N on January 12, 2017 2112
* VERIFY by Ayoub MD, David M on January 12, 2017 2139

Printed by:   HIM, TMR                                Page 2 of 2
Printed on:   01/13/17 0722                          (End of Report)

ACH000216

ED Physician Notes                                      RUSHER, TIFFANY A - 1328693
* Preliminary Report *

Result type:        ED Physician Notes
Result date:        January 12, 2017 1859
Result status:      In Process
Result title:       Throat pain - Adult
Performed by:       Chappell , Sarah B on January 12, 2017 1908
Encounter Info:     272541400, MMC, Emergency, 1/12/2017 - 1/12/2017


Signature Line
Chappell , Sarah B
McCormick MD, Anna Marie MD


"Please Refer to Millennium PowerChart for the Most Current Version of This Document."


Completed Action List:
```
* Perform by Chappell , Sarah B on January 12, 2017 1908
* Modify by Chappell , Sarah B on January 12, 2017 1912
* Modify by Chappell , Sarah B on January 12, 2017 1915
* Modify by Chappell , Sarah B on January 12, 2017 1916
* Modify by Chappell , Sarah B on January 12, 2017 1917
* Modify by Chappell , Sarah B on January 12, 2017 1922
* Modify by Chappell , Sarah B on January 12, 2017 1942
* Modify by Chappell , Sarah B on January 12, 2017 1942
* Modify by Chappell , Sarah B on January 12, 2017 1942
* Modify by Chappell , Sarah B on January 12, 2017 1942
* Modify by Chappell , Sarah B on January 12, 2017 2021
* Modify by Chappell , Sarah B on January 12, 2017 2022
* Modify by Chappell , Sarah B on January 12, 2017 2024
* Modify by Chappell , Sarah B on January 12, 2017 2024
* Modify by Chappell , Sarah B on January 12, 2017 2026
* Modify by Chappell , Sarah B on January 12, 2017 2027
* Modify by Chappell , Sarah B on January 12, 2017 2030
* Modify by Chappell , Sarah B on January 12, 2017 2051
* Modify by Chappell , Sarah B on January 12, 2017 2112
* Modify by Chappell , Sarah B on January 12, 2017 2133
* Modify by Chappell , Sarah B on January 12, 2017 2136
* Modify by Chappell , Sarah B on January 12, 2017 2151
* Modify by Chappell , Sarah B on January 12, 2017 2153
* Modify by Chappell , Sarah B on January 12, 2017 2223
* Modify by Chappell , Sarah B on January 12, 2017 2226
* Modify by Chappell , Sarah B on January 12, 2017 2227
* Modify by Chappell , Sarah B on January 12, 2017 2231
* Modify by Chappell , Sarah B on January 12, 2017 2256
* Modify by Chappell , Sarah B on January 12, 2017 2256
* Modify by Chappell , Sarah B on January 12, 2017 2257
```

Printed by:     HIM, TMR                              Page 10 of 11
Printed on:     01/13/17 0722                         (Continued)

ACH000200

ED Physician Notes                                    RUSHER, TIFFANY A - 1328693
* Preliminary Report *

Result type:        ED Physician Notes
Result date:        January 12, 2017 1859
Result status:      In Process
Result title:       Throat pain - Adult
Performed by:       Chappell , Sarah B on January 12, 2017 1908
Encounter Info:     272541400, MMC, Emergency, 1/12/2017 - 1/12/2017

ACH000201

03/23/2017   12:08   (FAX)   P. 205/219

**Memorial Medical Center**
701 N. First Street
Springfield, IL 62781-0001
217-788-3030

| Patient Name: **RUSHER, TIFFANY A** | | | Weight: |
|---|---|---|---|
| Birthdate: █████ 1989 | Age: 27 Years | Sex: Female | MRN: 1328693 |
| Allergies: No known allergies | | | |

Pharmacist please note--Allergy list may be incomplete.

| Patient Address: | 1 Sheriff Plaza | Home Phone: | (217) 753-6600 |
|---|---|---|---|
| | Springfield, IL 62703 | Work Phone: | |
| Primary Health Plan: | Molina Mcaid ICP/FHP | Policy/Group #: | 069588820/ |
| Secondary Health Plan: | N/A | Policy/Group #: | N/A |
| Tertiary Health Plan: | N/A | Policy/Group #: | N/A |

| **Prescription Details:** | **Date Issued: 01/12/2017** |
|---|---|

**Rx: omeprazole 20 mg oral delayed release capsule**               Start Date: 01/12/2017
  SIG:          1 Capsule(s) PO qDay for 14 Day(s)
  Dispense/Supply: <14 Capsule(s)>

_____

_____                    Anna Marie McCormick, MD (E-Sig.)

    **DISPENSE AS WRITTEN**                **SUBSTITUTION PERMITTED**

Prescribed by: Anna Marie McCormick, MD   NPI: 1487871232
        ATTENTION: THIS RX NOT VALID FOR CONTROLLED SUBSTANCES

Security Feature List
< > Boardered quantities.
Microprint signature line visible at 5x or greater.
This list of security features.

ACH 000404

Name: RUSHER, TIFFANY A                    6 of                          01/12/2017 2231
MRN: 1328693
Name: RUSHER, TIFFANY A   MRN: 1328693

and I will arrange for follow-up care as outlined above. If my condition worsens, I will call my doctor or return to the Emergency Department.

_____        _____
Patient Signature          Date


_____        _____
Witness Signature         Date

03/23/2017    12:09    (FAX)    P.209/219

ACH 000408

Fax Server          1/13/2017 7:25:19 AM   PAGE   1/027   Fax Server

 Memorial Health System 701 N. 1ˢᵗ St. Springfield, IL 62781-0001  217/788-3000

## Facsimile Cover Sheet

### To: MEDICAL RECORDS

Company: SANGAMON COUNTY SHERIFF'S OFFICE

Fax: 217-241-0773

Phone: 217-753-6815

### From:   Memorial Medical Center

Phone:   1-(217)-788-3300

1-17-17
M

Total pages including
this cover sheet:          27

Comments:

ACH 000409

03/23/2017

12:09

(FAX)

P. 210/219

03/23/2017   12:15                    (FAX)                    P.204/234



## ADVANCED
### Correctional Healthcare

A Higher Standard. Delivered.

Sangamon County Sheriff's Office
One Sheriff's Plaza
Springfield, IL 62701

Phone 217-753-6886 * Fax 217-753-6387
Medical Phone 217-753-6815 * Medical Fax 217-241-0773

| To: MMC | From: SCJ |
|---|---|
| CC: | Phone: 217-753-6720 |
| Fax: | Date: 1-13-17 |
| Re: Tiffany Rusher | Pages: |
| DOB ████ | ████ 89 |

* Urgent      * For Your Records      * Per Your Request      * Please Reply

need records
from ER 1-12-17
thru 1-13-17
Thanks

████████████████

This transmission (including attached pages) may contain medical information that is privileged or confidential and is intended only for the named addressee(s). If you are not a named addressee, you are hereby notified that any use, disclosure or copying of this transmission is prohibited. If you received this transmission in error, please destroy all copies and notify Advanced Correctional Healthcare by calling (309) 692-8100 immediately.

ACH 000423



03/23/2017 12:15 (FAX) P.205/234

# Send Result Report

MFP

ECOSYS M3540idn

Firmware Version 2NM_2000.003.034 2015.10.30

KYOCERA

01/13/2017 07:01
[2NM_1000.006.002] [2NM_1100.001.004] [2NM_7000.003.021]

Job No.: 006467 Total Time: 0°00'10" Page: 001

## Complete

Document: doc00646720170113070046

ADVANCED Correctional Healthcare

A Higher Standard. Delivered.

Sangamon County Sheriff's Office
One Sheriff's Plaza
Springfield, IL 62701

Phone 217-753-6886 * Fax 217-753-6387
Medical Phone 217-753-6815 * Medical Fax 217-241-0773

| | |
|---|---|
| To: MMC | From: SCJ |
| CC: | Phone: 217-753-6720 |
| Fax: | Date: 1-13-17 |
| Re: Tiffany Rusher DOB [redacted] -89 | |

* Urgent * For Your Records * Per Your Request * Please Reply

need records
from ER 1-12-17
thru 1-13-17
Thanks

[redacted]

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 01/13/17 07:01 | 7884617 | 0°00'10" | FAX | OK | 200x100 Normal/On |

ACH 000424
[ LSH6318475 ]

ACH 417
(Organized)

Memorial Medical Center

1/29/17

ACH 418
(Organized)