

## Memorial Medical Center

701 N. First Street, Springfield, IL 62781
Telephone (217) 788-3000

## Emergency Services Discharge Instructions

Name: RUSHER, TIFFANY A          DOB: ███ 989          Visit Date: 01/29/2017 1327

**Primary Care Provider:**

Name: Treanor MD, Kathleen, Non-Staff Physician (Typically determined by Ancillary)


**Emergency Department Provider:**

ED Provider: Jessen MD, Jon N

Thank you for choosing Memorial Medical Center Emergency Department for your care.  Our goal is to provide very good care.  You may be receiving a survey in the mail regarding the care you received, as well as a follow-up phone call after your visit.  Please fill out the survey and return it to the address provided.  Your feedback is important to us.  We are here to serve you for all your healthcare needs.

The following includes patient education materials and information regarding your injury/illness.


**Follow-Up Instructions**

RUSHER, TIFFANY A has been given these follow-up instructions:

| Follow Up With: | Where: | When: |
|---|---|---|
| Kathleen Treanor | 901 Southwind Rd<br>Springfield, IL  62703<br>(217) 786-6900 Business (1) | Within 1-2 days for worsening/continued problem |

**Comments:**

**Name:** RUSHER, TIFFANY A                  2 of                    01/29/2017 1630
MRN: 1328693
Name: RUSHER, TIFFANY A   MRN: 1328693

03/23/2017    10:28                    (FAX)                    P.137/219

**Patient Education Materials**

RUSHER, TIFFANY A has been given the following patient education materials:

GI

# Swallowed Object (Adult) - possible

In almost all cases, once the swallowed object reaches the stomach, it moves through the intestinal tract and passes out of the body in the stool without any problem. This usually takes from one to three days to pass. If the object was small, you may not even notice when it passes.

If there is pain with swallowing, this may be due to a scratch in the back of the throat. This pain should disappear over the next 24 hours.

## Home Care:

You may eat and drink normally. If there is pain with swallowing, eat only liquids and soft foods for the first 24 hours.

## Follow Up

with your doctor as advised.

## Get Prompt Medical Attention

if any of the following occur:

- Abdominal pain or swelling
- Shortness of breath or repeated coughing
- Unable to swallow or pain with swallowing
- Repeated vomiting or vomiting blood (red or black)
- Blood in the stool (dark red or black color)
- Fever of 100.4ºF (38ºC) or higher, or as directed by your healthcare provider

ACH 000136

Name: RUSHER, TIFFANY A                    3 of                    01/29/2017 1630
MRN: 1328693
Name: RUSHER, TIFFANY A   MRN: 1328693

Continue home medications as prescribed unless otherwise noted.

**Prescriptions:**

**Follow Up Information**

If you had any radiology imaging performed during your visit, your final reports will be reviewed by the radiologist. You will be contacted if any further instructions are needed.

03/23/2017

10:28

(FAX)

ACH 000137

P. 138/219

Name: RUSHER, TIFFANY A.                4 of                    01/29/2017 1630
MRN: 1328693
Name: RUSHER, TIFFANY A   MRN: 1328693

*The previous pages numbered with this document have been provided to the patient for education*



# Memorial Medical Center

701 N. First Street, Springfield, IL 62781
Telephone (217) 788-3000

## Emergency Services Discharge Instructions

Name: RUSHER, TIFFANY A          DOB: ███ 89          Visit Date: 01/29/2017 1327

**Primary Care Provider:**
  Name: Treanor MD, Kathleen, Non-Staff Physician (Typically determined by Ancillary)

**Emergency Department Physician:**
  ED Physician: Jessen MD, Jon N

Thank you for choosing Memorial Medical Center Emergency Department for your care. Our goal is to provide very good care. You may be receiving a survey in the mail regarding the care you received, as well as a follow-up phone call after your visit. Please fill out the survey and return it to the address provided. Your feedback is important to us. We are here to serve you for all your healthcare needs.

The following includes patient education materials and information regarding your injury/illness.

**Follow-Up Instructions**

RUSHER, TIFFANY A has been given these follow-up instructions:

| Follow Up With: | Where: | When: |
|---|---|---|
| Kathleen Treanor | 901 Southwind Rd<br>Springfield, IL  62703<br>(217) 786-6900 Business (1) | Within 1-2 days for worsening/continued problem |

**Comments:**

ACH 000138

Name: RUSHER, TIFFANY A                    5 of                    01/29/2017 1630
MRN: 1328693
Name: RUSHER, TIFFANY A   MRN: 1328693

and I will arrange for follow-up care as outlined above. If my condition worsens, I will call my doctor or return to the Emergency Department.

_____        _____
Patient Signature        Date


_____        _____
Witness Signature        Date

ACH 000139

03/23/2017   10:29   (FAX)   P. 140/219

2017-01-30 07:24          HIM          2177885521 >>      2172410773  P 1

ACH 000140



**Memorial**
HEALTH SYSTEM

701 North First Street
Springfield, Illinois 62781-0001
Phone (217) 788-3000

## Fax Cover Sheet

TO: *Medical Dept*

Company: *Sangamon Co. Jail*

Phone: *753-6815*

Fax: *241-0773*

*(Please notify us if your fax number changes)*

FROM:

Company:       Memorial Health System

Facility/Dept.:   Health Information Management

Phone:         217-788-4405

Fax:           217-788-5521

DATE: *1-30-2017*

TIME:

Total number of PAGES
Including this cover page: *37*

Immediate action required?

Yes _____   No _____

**Confidentiality Notice:**
This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential and/or privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address. Thank you.

**COMMENTS:** *1-31-17*

PT:

2017-01-30 07:24          HIM          2177885521 >>          2172410773  P 2

ED Nursing Notes                                    RUSHER, TIFFANY A - 1328693

Result type:          ED Nursing Notes
Result date:          January 29, 2017 13:27:00
Result status:        Modified
Result title:         ED Red Flag List TLRN
Performed by:         Parmenter RN, Kassia H on January 29, 2017 13:27:48
Electronically signed by: Parmenter RN, Kassia H on January 29, 2017 13:27:48
Encounter info:       273023044, MMC, Emergency, 1/29/2017 - 1/29/2017


## Document Has Been Updated


ED Red Flag List TLRN Entered On:  01/29/17 1328
  Performed On: 01/29/17 1327  by Parmenter RN, Kassia H


Infectious Disease Protocol - New
Signs/Symptoms Infectious Disease :  No
Infectious Disease Live in Area :  No
Infectious Disease Contact :  No
Infectious Disease Travel :  No

                                        Parmenter RN, Kassia H - 01/29/17 1327
Image 1 -  Images currently included in the form version of this document have not been included in the text rendition
version of the form.
ED General Symptoms
DCP GENERIC CODE
Severe Distress :  No
Sexual Assault :  No
Allergic Reaction with Resp Distress :  No
Active, Life-Threatening Bleeding :  No
Gunshot Wound/Stabbing :  No
Deformity/Opsn Fx any Extremity :  No
Dislocation of Long Bone - shoulder,elbow,etc :  No
Immunocompromised Fever (chemo,transplant,etc) :  No
Previously treated/discharged with worse symptoms :  No
Diff breathing,asthma,coughing up blood :  No
Acute Alcohol Intox - impaired/disruptive :  No
Trauma per SIU Trauma Center Guidelines :  No
Prior Bariatric Surg w/ Complications :  No
Likely ssdstion-High Acuity pnd when bed opsn :  No

ACH 000141

ED Nursing Notes                                              RUSHER, TIFFANY A - 1328693

Result type:       ED Nursing Notes
Result date:       January 29, 2017 13:27:00
Result status:     Modified
Result title:      ED Red Flag List TLRN
Performed by:      Parmenter RN, Kassia H on January 29, 2017 13:27:46
Electronically signed by: Parmenter RN, Kassia H on January 29, 2017 13:27:46
Encounter info:    273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

*Limb Alert ED :* N/A
*O2 Sat Resting :* 100 %
*Temperature :* 35.8 DegC(Converted to: 98.2 DegF)
*Temperature Method :* Oral
*PIU Height/ Length Feet :* 5 ft
*PIU Height/ Length Inches :* 3 in
*PIU Estimated/ Actual Height :* Estimated
*PIU Height CM :* 160 cm
*PIU Height Total Inches :* 63 in
*Weight in KG :* 80 kg(Converted to: 176.370 lb)
*PIU Actual Weight :* Actual

                                        Parmenter RN, Kassia H - 01/29/17 1327

**ED Chief Complaint**
*Chief Complaint :* Inmate here with police, pt reportedly swallowed a toothbrush

                                        Parmenter RN, Kassia H - 01/29/17 1327

**Completed Action List:**
* VERIFY by Parmenter RN, Kassia H on January 29, 2017 13:27:46
* Sign by Parmenter RN, Kassia H on January 29, 2017 13:27:46
* Perform by Parmenter RN, Kassia H on January 29, 2017 13:27:46
* Sign by Parmenter RN, Kassia H on January 29, 2017 13:29:18
* Modify by Parmenter RN, Kassia H on January 29, 2017 13:29:18

ACH 000142

2017-01-30 07:25          HIM          2177885521 >>          2172410773  P 4

03/23/2017

10:30

(FAX)

P . 144/219

ED Nursing Notes                                    RUSHER, TIFFANY A - 1328693

Result type:              ED Nursing Notes
Result date:              January 29, 2017 13:33:00
Result status:            Auth (Verified)
Result title:             ED Initial Screening Tool
Performed by:             Lantz RN, Carol J on January 29, 2017 13:33:58
Electronically signed by: Lantz RN, Carol J on January 29, 2017 13:33:58
Encounter Info:           273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

ED Initial Screening Tool Entered On: 01/29/17 1335
Performed On: 01/29/17 1333  by Lantz RN, Carol J

Initial Screening Tool - ED
*Medical Devices :* None
*Triage Date/Time :* 1/29/2017 1333
*Mode of Arrival :* Ambulatory
*Pain Symptoms Triage :* Yes
*Fall Risk :* Yes
*Chief Complaint :* inmate here with police, pt reportedly swallowed a toothbrush
*Tobacco Use :* Former smoker (smoked at least 100 cigarettes during lifetime but does not currently smoke)
*Exposure to Tobacco Smoke :* No exposure to smoke reported
*When patient quit smoking :* Greater than 1 year ago

                                                        Lantz RN, Carol J - 01/29/17 1333

Vitals ED
*Respiratory Rate :* 16 br/min
*Pulse Rate :* 108 bpm (HI)
*Limb Alert ED :* N/A
*Is Patient Less than 4 Yrs Old? :* No
*Systolic Blood Pressure Manual :* 145 mmHg (HI)
*Diastolic Blood Pressure Manual :* 93 mmHg (>HHI)
*O2 Sat Resting :* 100 %
*Temperature :* 36.8 DegC(Converted to: 98.2 DegF)
*Temperature Method :* Oral
*PIU Height/ Length Feet :* 5 ft
*PIU Height/ Length Inches :* 3 in
*PIU Estimated/ Actual Height :* Estimated

ACH 000143

2017-01-30 07:25          HIM          2177885521 >>          2172410773  P 5

ED Nursing Notes                                RUSHER, TIFFANY A - 1328693

Result type:         ED Nursing Notes
Result date:         January 29, 2017 13:33:00
Result status:       Auth (Verified)
Result title:        ED Initial Screening Tool
Performed by:        Lantz RN, Carol J on January 29, 2017 13:33:58
Electronically signed by: Lantz RN, Carol J on January 29, 2017 13:33:58
Encounter Info:      273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

*Infectious Disease Contact :* No
*Infectious Disease Travel :* No

Lantz RN, Carol J - 01/29/17 1333

Image 1 - Images currently included in the form version of this document have not been included in the text rendition version of the form.
Pain Assessment NEW
*Left Pain Location :* Abdomen, Throat
*Right Pain Location :* Abdomen, Throat
*Intensity (0-10) Pain ED :* 8
*Characteristics of pain admission :* Sharp
*Pain Education :* Not Appropriate At This Time

Lantz RN, Carol J - 01/29/17 1333

Morse Fall Risk
*History of Fall in Last 3 Months Morse :* Yes
*Presence of Secondary Diagnosis Morse :* No
*Use of Ambulatory Aid Morse :* None, bedrest, wheelchair, nurse
*IV/Heparin Lock Fall Risk Morse :* No
*Gait Weak or Impaired Fall Risk Morse :* Normal, bedrest, immobile
*Mental Status Fall Risk Morse :* Oriented to own ability
*Morse Fall Risk Score :* 25

Lantz RN, Carol J - 01/29/17 1333

Completed Action List:
* VERIFY by Lantz RN, Carol J on January 29, 2017 13:33:58
* Sign by Lantz RN, Carol J on January 29, 2017 13:33:58
* Perform by Lantz RN, Carol J on January 29, 2017 13:33:58

ACH 0001144

2017-01-30 07:25          HIM          2177885521 >>          2172410773  P 6

ED Nursing Notes                                    RUSHER, TIFFANY A - 1328693

Result type:                ED Nursing Notes
Result date:                January 29, 2017 13:35:00
Result status:              Auth (Verified)
Result title:               ED Adult Admission Assessment NEW
Performed by:               Lantz RN, Carol J on January 29, 2017 13:35:12
Electronically signed by:   Lantz RN, Carol J on January 29, 2017 13:35:12
Encounter info:             273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

ED Adult Admission Assessment NEW Entered On: 01/29/17 1338
  Performed On: 01/29/17 1335 by Lantz RN, Carol J

Adult Initial Assessment
*Medical Devices :* None
*PIU Height/ Length Feet :* 5 ft
*PIU Height/ Length Inches :* 3 in
*PIU Estimated/ Actual Height :* Estimated
*Fall Risk :* Yes
*PIU Actual Weight :* Actual
*Weight In KG :* 80 kg(Converted to: 176.370 lb)
*Allergies Reviewed - ED :* Yes
*Pain Symptoms Triage :* Yes
*PIU Height CM :* 160 cm
*PIU Height Total Inches :* 63 in
*Body Mass Index :* 31.25 kg/m2

                                                    Lantz RN, Carol J - 01/29/17 1335

Allergies
                                                    (As Of: 01/29/2017 1338 CST)

Allergies (Active)
No known allergies                  *Estimated Onset Date:* Unspecified ; *Created By:* Noreuil RN,
                                    Lonnie H; *Reaction Status:* Active ; *Category:* Drug ;
                                    *Substance:* No known allergies ; *Type:* Allergy ; *Updated By:*
                                    Noreuil RN, Lonnie H; *Reviewed Date:* 01/12/17 1859

ED EENT

ACH 000145

03/23/2017    10:31    (FAX)    P. 146/219

2017-01-30 07:25               HIM               2177885521 >>       2172410773  P 7

ED Nursing Notes                                              RUSHER, TIFFANY A - 1328693

Result type:            ED Nursing Notes
Result date:            January 29, 2017 13:35:00
Result status:          Auth (Verified)
Result title:           ED Adult Admission Assessment NEW
Performed by:           Lantz RN, Carol J on January 29, 2017 13:35:12
Electronically signed by: Lantz RN, Carol J on January 29, 2017 13:35:12
Encounter info:         273023044, MMC, Emergency, 1/29/2017 – 1/29/2017

ED Gastrointestinal
*GI System Norms :*  Abdomen soft and non-distended, Bowel sounds present in all quadrants
*GI Additional Info- Adult :*  Other: c/o midline abd pain since swallowing toothbrush today
                                              Lantz RN, Carol J - 01/29/17 1335
ED Musculoskeletal
*Musculoskeletal System Norms :*  No special devices, No joint or musculoskeletal abnormalities, Full range of motion
                                              Lantz RN, Carol J - 01/29/17 1335
ED Integumentary
*Integumentary System Norms :*  Skin color normal for ethnicity, Skin intact, elastic, no abnormalities, Mucous membranes
pink & moist, Normal Skin Moisture
                                              Lantz RN, Carol J - 01/29/17 1335
ED Neurological
*Neurological System Norms :*  Alert, Oriented x 3, No difficulty swallowing, Able to move all extremities w/o difficulty,
equal strength bilaterally, Speech clear
                                              Lantz RN, Carol J - 01/29/17 1335
Psychosocial
*Psychosocial Norms :*  Calm, Cooperative
*Abuse Signs :*  No indications
*Tobacco Use :*  Former smoker (smoked at least 100 cigarettes during lifetime but does not currently smoke)
*Exposure to Tobacco Smoke :*  No exposure to smoke reported
*Psychosocial Additional Info- Adult :*  Other:
                                              Lantz RN, Carol J - 01/29/17 1335
Home Medications
*Home Medication History Reviewed :*  Reviewed medication list with patient
                                              Lantz RN, Carol J - 01/29/17 1335
Medication List
                                              (As Of: 01/29/2017 1338 CST)

*Prescription/Discharge Order*
omeprazole                      : omeprazole ; *Status:*  Prescribed ; *Ordered As Mnemonic:*
                                omeprazole 20 mg oral delayed release capsule ; *Simple*
                                *Display Line:*  20 mg, 1 Capsule(s), PO, qDay, for 14 Day(s), 14
                                Capsule(s), 0 Refill(s) ; *Ordering Provider:*  McCormick MD,
                                Anna Marie; *Catalog Code:*  omeprazole ; *Order Dt/Tm:*

ACH 000146

03/23/2017     10:31                                                      (FAX)     P . 147/219

ED Nursing Notes                                        RUSHER, TIFFANY A - 1328693

Result type:         ED Nursing Notes
Result date:         January 29, 2017 13:35:00
Result status:       Auth (Verified)
Result title:        ED Adult Admission Assessment NEW
Performed by:        Lantz RN, Carol J on January 29, 2017 13:35:12
Electronically signed by: Lantz RN, Carol J on January 29, 2017 13:35:12
Encounter info:      273023044, MMC, Emergency, 1/29/2017 – 1/29/2017

                     symptoms, 150 mL, 0 Refill(s) ; *Catalog Code:*
                     diphenhydrAMINE ; *Order Dt/Tm:*  11/30/2016 1503

zolpidem             : zolpidem ; *Status:* Documented ; *Ordered As Mnemonic:*
                     zolpidem 10 mg oral tablet ; *Simple Display Line:*  10 mg, 1
                     Tablet(s), PO, QPM, PRN: for sleep, 0 Refill(s) ; *Catalog Code:*
                     zolpidem ; *Order Dt/Tm:*  11/30/2016 1437

venlafaxine          : venlafaxine ; *Status:* Documented ; *Ordered As Mnemonic:*
                     venlafaxine 150 mg oral tablet, extended release ; *Simple
                     Display Line:*  150 mg, 1 Tablet(s), PO, qDay, 30 Tablet(s), 0
                     Refill(s) ; *Catalog Code:*  venlafaxine ; *Order Dt/Tm:*
                     11/30/2016 1436

venlafaxine          : venlafaxine ; *Status:* Documented ; *Ordered As Mnemonic:*
                     venlafaxine 75 mg oral tablet, extended release ; *Simple Display
                     Line:*  75 mg, 1 Tablet(s), PO, qDay, 30 Tablet(s), 0 Refill(s) ;
                     *Catalog Code:*  venlafaxine ; *Order Dt/Tm:*  11/30/2016 1436

traMADol             : traMADol ; *Status:* Documented ; *Ordered As Mnemonic:*
                     traMADol 50 mg oral tablet ; *Simple Display Line:*  50 mg, 1
                     Tablet(s), PO, Q6H, PRN: for pain, 60 Tablet(s), 0 Refill(s) ;
                     *Catalog Code:*  traMADol ; *Order Dt/Tm:*  11/30/2016 1435

senna                : senna ; *Status:* Documented ; *Ordered As Mnemonic:*
                     Senna 8.6 mg oral tablet ; *Simple Display Line:*  17.2 mg, 2
                     Tablet(s), PO, BID, PRN: for constipation, 100 Tablet(s), 0
                     Refill(s) ; *Catalog Code:*  senna ; *Order Dt/Tm:*  11/30/2016

ACH 000147

2017-01-30 07:25                  HIM            2177885521 >>        2172410773  P 9

ED Nursing Notes                                          RUSHER, TIFFANY A - 1328693

Result type:          ED Nursing Notes
Result date:          January 29, 2017 13:35:00
Result status:        Auth (Verified)
Result title:         ED Adult Admission Assessment NEW
Performed by:         Lantz RN, Carol J on January 29, 2017 13:35:12
Electronically signed by: Lantz RN, Carol J on January 29, 2017 13:35:12
Encounter info:       273023044, MMC, Emergency, 1/29/2017 - 1/29/2017


prazosin                     : prazosin ; *Status:* Documented ; *Ordered As Mnemonic:*
                             prazosin 2 mg oral capsule ; *Simple Display Line:* 2 mg, 1
                             Capsule(s), PO, qDay, 90 Capsule(s), 0 Refill(s) ; *Catalog Code:*
                             prazosin ; *Order Dt/Tm:* 11/30/2016 1432


magaldrate-simethicone       : magaldrate-simethicone ; *Status:* Documented ; *Ordered As
                             Mnemonic:* magaldrate-simethicone 540 mg-40 mg/5 mL oral
                             suspension ; *Simple Display Line:* 15 mL, PO, AC&HS, PRN:
                             Indigestion, 0 Refill(s) ; *Catalog Code:* magaldrate-simethicone
                             ; *Order Dt/Tm:* 11/30/2016 1431


prazosin                     : prazosin ; *Status:* Documented ; *Ordered As Mnemonic:*
                             prazosin 1 mg oral capsule ; *Simple Display Line:* 1 mg, 1
                             Capsule(s), PO, qDay, 60 Capsule(s), 0 Refill(s) ; *Catalog Code:*
                             prazosin ; *Order Dt/Tm:* 11/30/2016 1428


loratadine                   : loratadine ; *Status:* Documented ; *Ordered As Mnemonic:*
                             loratadine 10 mg oral tablet ; *Simple Display Line:* 10 mg, 1
                             Tablet(s), PO, qDay, 90 Tablet(s), 0 Refill(s) ; *Catalog Code:*
                             loratadine ; *Order Dt/Tm:* 11/30/2016 1427


fluticasone nasal            : fluticasone nasal ; *Status:* Documented ; *Ordered As
                             Mnemonic:* fluticasone 27.5 mcg/inh nasal spray ; *Simple
                             Display Line:* 1 Spray(s), Nasal, qDay, PRN: for allergy
                             symptoms, 10 gm, 0 Refill(s) ; *Catalog Code:* fluticasone nasal
                             ; *Order Dt/Tm:* 11/30/2016 1425

ACH 000148

2017-01-30 07:25                HIM          2177885521 >>          2172410773  P  10

ED Nursing Notes                                     RUSHER, TIFFANY A - 1328693

Result type:          ED Nursing Notes
Result date:          January 29, 2017 13:35:00
Result status:        Auth (Verified)
Result title:         ED Adult Admission Assessment NEW
Performed by:         Lantz RN, Carol J on January 29, 2017 13:35:12
Electronically signed by: Lantz RN, Carol J on January 29, 2017 13:35:12
Encounter info:       273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

<br>

*Display Line:*  1 Puff(s), Inhalation, qDay, 12 gm, 0 Refill(s) ;
*Catalog Code:*  fluticasone ; *Order Dt/Tm:*  11/30/2016 1423

emollients, topical          : emollients, topical ; *Status:*  Documented ; *Ordered As*
*Mnemonic:*  Eucerin topical cream ; *Simple Display Line:*  1
Application(s), Topical, BID, PRN: for dry skin, 120 gm, 0
Refill(s) ; *Catalog Code:*  emollients, topical ; *Order Dt/Tm:*
11/30/2016 1422

enoxaparin                   : enoxaparin ; *Status:*  Documented ; *Ordered As Mnemonic:*
enoxaparin 40 mg/0.4 mL injectable solution ; *Simple Display*
*Line:*  40 mg, SubQ, qDay, 0 Refill(s) ; *Catalog Code:*
enoxaparin ; *Order Dt/Tm:*  11/30/2016 1421 ; *Comment:*  40mg
= 0.4mL

chlorproMAZINE               : chlorproMAZINE ; *Status:*  Documented ; *Ordered As*
*Mnemonic:*  chlorproMAZINE 200 mg oral tablet ; *Simple*
*Display Line:*  200 mg, 1 Tablet(s), PO, qDay, 180 Tablet(s), 0
Refill(s) ; *Catalog Code:*  chlorproMAZINE ; *Order Dt/Tm:*
11/30/2016 1408

atomoxetine                  : atomoxetine ; *Status:*  Documented ; *Ordered As Mnemonic:*
atomoxetine 25 mg oral capsule ; *Simple Display Line:*  25 mg,
1 Capsule(s), PO, BID, 30 Capsule(s), 0 Refill(s) ; *Catalog*
*Code:*  atomoxetine ; *Order Dt/Tm:*  11/30/2016 1407

chlorproMAZINE               : chlorproMAZINE ; *Status:*  Documented ; *Ordered As*
*Mnemonic:*  chlorproMAZINE 100 mg oral tablet ; *Simple*
*Display Line:*  100 mg, 1 Tablet(s), PO, qDay, 180 Tablet(s), 0

ACH 000149

03/23/2017    10:32    (FAX)    P. 150/218

2017-01-30 07:25          HIM          2177885521 >>          2172410773  P 11/37

ED Nursing Notes                                    RUSHER, TIFFANY A - 1328693

Result type:            ED Nursing Notes
Result date:            January 29, 2017 13:35:00
Result status:          Auth (Verified)
Result title:           ED Adult Admission Assessment NEW
Performed by:           Lantz RN, Carol J on January 29, 2017 13:35:12
Electronically signed by: Lantz RN, Carol J on January 29, 2017 13:35:12
Encounter info:         273023044, MMC, Emergency, 1/29/2017 - 1/29/2017


Order Dt/Tm:  06/19/2015 0910


divalproex sodium              : divalproex sodium ; Status:  Documented ; Ordered As
                               Mnemonic:  divalproex sodium 500 mg oral delayed release
                               tablet ; Simple Display Line:  500 mg, 1 Tablet(s), PO, BID, 90
                               Tablet(s), 0 Refill(s) ; Catalog Code:  divalproex sodium ; Order
                               Dt/Tm:  06/19/2015 0906


Morse Fall Risk
History of Fall in Last 3 Months Morse :  Yes
Presence of Secondary Diagnosis Morse :  No
Use of Ambulatory Aid Morse :  None, bedrest, wheelchair, nurse
IV/Heparin Lock Fall Risk Morse :  No
Gait Weak or Impaired Fall Risk Morse :  Normal, bedrest, immobile
Mental Status Fall Risk Morse :  Oriented to own ability
Morse Fall Risk Score :  25

                                                    Lantz RN, Carol J - 01/29/17 1335

Early Warning Scoring System
Systolic BP EWSS :  101-199 = 0
Heart Rate EWSS :  51-100 = 0
Temperature EWSS :  35-38.4 = 0
Respiratory Rate EWSS :  15-20 = 1
SaO2 EWSS :  94-100% = 0
Urine Output EWSS :  > or equal to 500ml/24hr = 0
AVPU EWSS :  Alert = 0
Early Warning Scoring System Score :  1

                                                    Lantz RN, Carol J - 01/29/17 1335

ACH 000150

03/23/2017          10:32          (FAX)          P. 15/219

2017-01-30 07:26               HIM           2177885521 >>        2172410773  P 12/37

ED Nursing Notes                                      RUSHER, TIFFANY A - 1328693

Result type:          ED Nursing Notes
Result date:          January 29, 2017 16:44:00
Result status:        Auth (Verified)
Result title:         ED Discharge Summary
Performed by:         Lantz RN, Carol J on January 29, 2017 16:44:58
Electronically signed by: Lantz RN, Carol J on January 29, 2017 16:44:58
Encounter info:       273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

ED Discharge Summary Entered On: 01/29/17 1645
 Performed On: 01/29/17 1644 by Lantz RN, Carol J

ED Discharge Instructions
*ED Disposition :* Discharge
*ED Destination :* Other: jail
*D/C Pain Assessment :* Yes
*Mode of Discharge :* Ambulatory
*ED Pain Scale :* 7
*IV Discontinued Per Protocol :* N/A
*ED Discharge Assessment :* No
*Reason DC Assessment Not Done :* pt refused
*Discharge VS :* Not Assessed
*Discharge Date/Time :* 1/29/2017 1644
*ED DC Instructions :* Patient received instructions and stated understanding., Caregiver/Guardian received instructions
and stated understanding.

                                                        Lantz RN, Carol J - 01/29/17 1644

Completed Action List:
* VERIFY by Lantz RN, Carol J on January 29, 2017 16:44:58
* Sign by Lantz RN, Carol J on January 29, 2017 16:44:59
* Perform by Lantz RN, Carol J on January 29, 2017 16:44:58

ACH 000151

03/23/2017   10:33   (FAX)   P. 152/219

2017-01-30 07:26          HIM          2177885521 >>          2172410773  P 13/37

ED Physician Notes                                   RUSHER, TIFFANY A - 1328693
* Preliminary Report *

Result type:        ED Physician Notes
Result date:        January 29, 2017 13:57:00
Result status:      In Process
Result title:       General medical2
Performed by:       Jessen MD, Jon N on January 29, 2017 13:59:19
Encounter info:     273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

## * Preliminary Report *

**General medical2**

Patient: **RUSHER, TIFFANY A**       **MRN: 1328693**       **FIN: 273023044**
Age: **27 years**   Sex: **Female**   DOB: ███989
Associated Diagnoses: **None**
Author: **Jessen MD, Jon N**

### Basic Information
**Time seen:** Date & time 01/29/2017 1357.
**History source:** Patient.
**Arrival mode:** Include from Flowsheet 1/29/2017 1333          Mode of Arrival
Ambulatory.
**Additional information:** Chief Complaint from Nursing Triage Note : Chief Complaint
    1/29/2017 1333          Chief Complaint          inmate here with police, pt
    reportedly swallowed a toothbrush
    1/29/2017 1327          Chief Complaint          inmate here with police, pt
    reportedly swallowed a toothbrush  .

### Health Status

#### Vital Signs
O2 Sat Resting
    1/29/2017 1333          O2 Sat Resting          100 %   Normal
    1/29/2017 1327          O2 Sat Resting          100 %   Normal

ACH 000152

ED Physician Notes
* Preliminary Report *

RUSHER, TIFFANY A - 1328693

Result type:       ED Physician Notes
Result date:       January 29, 2017 13:57:00
Result status:     In Process
Result title:      General medical2
Performed by:      Jessen MD, Jon N on January 29, 2017 13:59:19
Encounter info:    273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

*Prescribed*
 omeprazole 20 mg oral delayed release capsule: 20 mg, 1 Capsule(s), PO,
  qDay, for 14 Day(s), 14 Capsule(s), 0 Refill(s)

<u>Documented Medications</u>
*Documented*
 Eucerin topical cream: 1 Application(s), Topical, BID, PRN: for dry skin, 120
  gm, 0 Refill(s)
 Senna 8.6 mg oral tablet: 17.2 mg, 2 Tablet(s), PO, BID, PRN: for constipation,
  100 Tablet(s), 0 Refill(s)
 Tab-A-Vite oral tablet: 1 Tablet(s), PO, qDay, 30 Tablet(s), 0 Refill(s)
 atomoxetine 25 mg oral capsule: 25 mg, 1 Capsule(s), PO, BID, 30
  Capsule(s), 0 Refill(s)
 chlorproMAZINE 100 mg oral tablet: 100 mg, 1 Tablet(s), PO, qDay, 180
  Tablet(s), 0 Refill(s)
 chlorproMAZINE 200 mg oral tablet: 200 mg, 1 Tablet(s), PO, qDay, 180
  Tablet(s), 0 Refill(s)
 diphenhydrAMINE 12.5 mg/5 mL oral liquid: 100 mg, 40 mL, PO, BID, PRN: for
  allergy symptoms, 150 mL, 0 Refill(s)
 divalproex sodium 500 mg oral delayed release tablet: 500 mg, 1 Tablet(s),
  PO, BID, 90 Tablet(s), 0 Refill(s)
 enoxaparin 40 mg/0.4 mL injectable solution: 40 mg, SubQ, qDay, 0 Refill(s)
 fluticasone 27.5 mcg/inh nasal spray: 1 Spray(s), Nasal, qDay, PRN: for allergy
  symptoms, 10 gm, 0 Refill(s)
 fluticasone CFC free 220 mcg/inh inhalation aerosol: 1 Puff(s), Inhalation,
  qDay, 12 gm, 0 Refill(s)

ACH 0001153

ED Physician Notes                                                RUSHER, TIFFANY A - I328693
* Preliminary Report *

Result type:        ED Physician Notes
Result date:        January 29, 2017 13:57:00
Result status:      In Process
Result title:       General medical2
Performed by:       Jessen MD, Jon N on January 29, 2017 13:59:19
Encounter info:     273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

prazosin 1 mg oral capsule: 1 mg, 1 Capsule(s), PO, qDay, 60 Capsule(s), 0
    Refill(s)
prazosin 2 mg oral capsule: 2 mg, 1 Capsule(s), PO, qDay, 90 Capsule(s), 0
    Refill(s)
raNITIdine 150 mg oral tablet: 150 mg, 1 Tablet(s), PO, BID, 180 Tablet(s), 0
    Refill(s)
traMADol 50 mg oral tablet: 50 mg, 1 Tablet(s), PO, Q6H, PRN: for pain, 60
    Tablet(s), 0 Refill(s)
Venlafaxine 150 mg oral tablet, extended release: 150 mg, 1 Tablet(s), PO,
    qDay, 30 Tablet(s), 0 Refill(s)
venlafaxine 75 mg oral tablet, extended release: 75 mg, 1 Tablet(s), PO, qDay,
    30 Tablet(s), 0 Refill(s)
zolpidem 10 mg oral tablet: 10 mg, 1 Tablet(s), PO, QPM, PRN: for sleep, 0
    Refill(s).

## History of Present Illness

The patient presents with This patient is a schizophrenic who has recurrent swallower of
foreign bodies.  She comes here from jail after allegedly swallowing a small toothbrush.
She has been seen here multiple times for swallowing food utensils.  Last month she
required GI retrieval of a swallowed spooned.  She denies any shortness of breath or
abdominal pain currently..

## Review of Systems

**Constitutional symptoms:**  No fever, no chills, no fatigue.
**Skin symptoms:**  No rash,

ACH 000154

ED Physician Notes                                          RUSHER, TIFFANY A - 1328693
\* Preliminary Report \*

Result type:      ED Physician Notes
Result date:      January 29, 2017 13:57:00
Result status:    In Process
Result title:     General medical2
Performed by:     Jessen MD, Jon N on January 29, 2017 13:59:19
Encounter info:   273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

**Musculoskeletal symptoms:** No back pain,

**Neurologic symptoms:** No headache,

**Hematologic/Lymphatic symptoms:** Bleeding tendency negative, bruising
   tendency negative.

**Allergy/Immunologic symptoms:** No recurrent infections,

## Past Medical/ Family/ Social History

### Medical history
#### Medical history
Respiratory: asthma.
Psychiatric: depression, anxiety, bipolar, schizophrenia.      Frequent ingestions of foreign
   bodies, necessitating endoscopic removal
HIV.
AV malformation on the greater curvature of stomach, previous history of foreign body ingestion.

#### Surgical history
EGD, foreign body removal. **Social history:** Alcohol use: Denies, Tobacco use: Pt denies recent tobacco
   use, old charts show h/o tobacco use, Drug use: Cocaine, heroin,  She lives in De Witt County when she
   is not incarcerated.

## Physical Examination
**General:** Alert, no acute distress.
**Skin:** Warm, dry, No stridor.

ACH 000155

ED Physician Notes                                          RUSHER, TIFFANY A - 1328693
* Preliminary Report *

Result type:         ED Physician Notes
Result date:         January 29, 2017 13:57:00
Result status:       In Process
Result title:        General medical2
Performed by:        Jessen MD, Jon N on January 29, 2017 13:58:19
Encounter info:      273023044, MMC, Emergency, 1/29/2017 - 1/29/2017


**Respiratory:** Lungs are clear to auscultation.
**Gastrointestinal:** Soft, Nontender, Normal bowel sounds, No organomegaly.
**Musculoskeletal:** Normal ROM, no swelling.
**Extremity:** Normal range of motion.  Normal tone.
**Neurological:** Alert and oriented to person, place, time, and situation.
**Lymphatics:** No lymphadenopathy.


## Medical Decision Making

**Documents reviewed:** Emergency department nurses' notes, prior records.
**Cardiac monitor:** Normal sinus rhythm.
**Radiology results:** Radiologist's interpretation: : Radiology Reports

        1/29/2017 1553          CT Abd/Pel wo contrast      RADRPT
                                CT Chest                    IMAGE
        1/29/2017 1412          D Abdomen 1 Vw              IMAGE
    1/29/2017 1411         Chest Pa & Lateral          IMAGE   , CT Abd/Pel wo contrast Event
        Date: 01/29/2017 1553 Updated: 1/29/2017 1612
CT Abd/Pel w/o contrast
This document has an Image
Reason For Exam
Possible ingested foreign body - toothbrush
RADRPT
ACCESSION: 17029001473

EXAM: CT of the chest, abdomen and pelvis

HISTORY: The patient states she swallowed a tooth brush this morning. The patient denies any other
        complaints at this time. History of pica.

TECHNIQUE: CT of the chest, abdomen and pelvis was performed with oral and IV contrast administration.
        Automated exposure control was used for dose optimization on this exam. CTDL vol= 9 mGy DLP

ACH 0001166

ED Physician Notes
* Preliminary Report *

RUSHER, TIFFANY A - 1328693

Result type:      ED Physician Notes
Result date:      January 29, 2017 13:57:00
Result status:    In Process
Result title:     General medical2
Performed by:     Jessen MD, Jon N on January 29, 2017 13:59:19
Encounter info:   273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

and caliber. There is no axillary, mediastinal, or hilar lymphadenopathy. The central airway is grossly patent. No airspace consolidation, pleural effusion, or pneumothorax is demonstrated.

The unenhanced liver, gallbladder, spleen, adrenal glands, pancreas, and kidneys are unremarkable in appearance. There are no abnormally dilated or thickened bowel loops. There are a few linear metallic clips in the stomach. These may be postsurgical in nature or secondary to ingested contents. The appendix is normal in caliber. The abdominal aorta is not aneurysmal. There is no mesenteric or retroperitoneal lymphadenopathy. Urinary bladder is partially distended. Uterus and adnexa are within normal limits for patient age. No significant free pelvic fluid or pelvic adenopathy is demonstrated.

Osseous structures are grossly unremarkable.

IMPRESSION:

1. No acute findings. No convincing evidence for an ingested toothbrush demonstrated. Depending on the density of the toothbrush it may be extremely difficult to visualize.
2. Linear metallic densities in the stomach which may be secondary to surgical clips or ingested material.

To report a quality concern regarding this report, please call the
Medical Imaging Quality Assurance Hotline at 217-788-3338
press zero to reach the Radiologist.
Signature Line
*** Final Report ***
Dictated:  01/29/2017 4:09   Snyder MD, Brandon
Signed:    01/29/2017 4:14   Snyder MD, Brandon

CT Chest Event Date: 01/29/2017 1553 Updated: 1/29/2017 1612
CT Chest wo contrast

ACH 000157

ED Physician Notes                                              RUSHER, TIFFANY A - 1328693
* Preliminary Report *

Result type:        ED Physician Notes
Result date:        January 29, 2017 13:57:00
Result status:      In Process
Result title:       General medical2
Performed by:       Jessen MD, Jon N on January 29, 2017 13:59:19
Encounter info:     273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

HISTORY:  The patient states she swallowed a tooth brush this morning. The patient denies any other
          complaints at this time. History of pica.

TECHNIQUE: CT of the chest, abdomen and pelvis was performed with oral and IV contrast administration.
          Automated exposure control was used for dose optimization on this exam. CTDIvol in mGy: 13.5 DLP
          in mGy-cm: 900

COMPARISON: 01/12/2017

FINDINGS:
Heart is normal in size. No pericardial thickening or pericardial effusion. Thoracic aorta is normal in course
and caliber. There is no axillary, mediastinal, or hilar lymphadenopathy. The central airway is
grossly patent. No airspace consolidation, pleural effusion, or pneumothorax is demonstrated.

The unenhanced liver, gallbladder, spleen, adrenal glands, pancreas, and kidneys are unremarkable in
appearance. There are no abnormally dilated or thickened bowel loops. There are a few linear
metallic clips in the stomach. These may be postsurgical in nature or secondary to ingested
contents. The appendix is normal in caliber. The abdominal aorta is not aneurysmal. There is no
mesenteric or retroperitoneal lymphadenopathy. Urinary bladder is partially distended. Uterus and
adnexa are within normal limits for patient age. No significant free pelvic fluid or pelvic adenopathy
is demonstrated.

Osseous structures are grossly unremarkable.

IMPRESSION:
1. No acute findings. No convincing evidence for an ingested toothbrush demonstrated. Depending on the
   density of the toothbrush it may be extremely difficult to visualize.
2. Linear metallic densities in the stomach which may be secondary to surgical clips or ingested material.

03/23/2017      10:35      (FAX)      P. 159/219

ACH 000158

ED Physician Notes
* Preliminary Report *

RUSHER, TIFFANY A - 1328693

Result type:       ED Physician Notes
Result date:       January 29, 2017 13:57:00
Result status:     In Process
Result title:      General medical2
Performed by:      Jessen MD, Jon N on January 29, 2017 13:59:19
Encounter info:    273023044, MMC, Emergency, 1/29/2017 - 1/29/2017


\*\*\* Final Report\*\*\*
Dictated:   01/29/2017 4:09   Snyder MD, Brandon
Signed:     01/29/2017 4:14   Snyder MD, Brandon

IMAGE
D Abdomen 1 Vw Event Date: 01/29/2017 1412 Updated: 1/29/2017 1435
D Abdomen 1 View
This document has an image
Reason For Exam
Foreign-body ingestion
RADRPT
ACCESSION: 17029001378

EXAM: Abdomen, 1 view

HISTORY: Patient is an inmate who swallowed a 3 inch toothbrush today. No current complaints. History of
         Hepatitis C.

COMPARISON: 12/07/2060

FINDINGS:
The abdominal gas pattern is unremarkable. Air is visible in the colon. There are no abnormally dilated
small bowel loops. There is no evidence of bowel obstruction on this supine radiograph. The bony
structures are intact. Metallic densities are seen overlying the stomach. No radiopaque toothbrush
is identified.

IMPRESSION:
1. Nonobstructive bowel gas pattern.
2. Unchanged linear metallic densities overlying the stomach.
3. No definite evidence of a radiopaque toothbrush

    To report a quality concern regarding this report, please call the

ACH 000159

03/23/2017   10:36                    (FAX)                    P . 160/ 219

2017-01-30 07:27      HIM      2177885521 >>      2172410773   P 21/37

ED Physician Notes              RUSHER, TIFFANY A - 1328693
* Preliminary Report *

Result type:      ED Physician Notes
Result date:      January 29, 2017 13:57:00
Result status:      In Process
Result title:      General medical2
Performed by:      Jessen MD, Jon N on January 29, 2017 13:59:19
Encounter Info:      273023044, MMC, Emergency, 1/29/2017 - 1/29/2017


Chest Pa & Lateral Event Date: 01/29/2017 1411 Updated: 1/29/2017 1433
D Chest 2 Views
This document has an image
Reason For Exam
Foreign-body ingestion
RADRPT
ACCESSION: 17029001377

EXAMINATION: 2 views of the chest

HISTORY: Patient is an inmate who swallowed a 3 inch toothbrush today. No current complaints. History of
     Hepatitis C.

COMPARISON: 01/12/2017

FINDINGS: Heart and pulmonary vasculature are within normal limits. No airspace consolidation, pleural
     effusion, or pneumothorax is demonstrated. There are 2 linear metallic foreign bodies in the region
     of the stomach which were present previously.

IMPRESSION: No acute cardiopulmonary findings. No new radiopaque foreign body.


     To report a quality concern regarding this report, please call the
     Medical Imaging Quality Assurance Hotline at 217-788-3338
         press zero to reach the Radiologist.
Signature Line
*** Final Report***
Dictated:   01/29/2017 2:19   Snyder MD, Brandon
Signed:     01/29/2017 2:24   Snyder MD, Brandon

IMAGE

ACH 000160

03/23/2017

10:36

(FAX)

P. 161/219

2017-01-30 07:27          HIM          2177885521 >>          2172410773  P 22/37

ED Physician Notes                                    RUSHER, TIFFANY A - 1328693
* Preliminary Report *

Result type:       ED Physician Notes
Result date:       January 29, 2017 13:57:00
Result status:     In Process
Result title:      General medical2
Performed by:      Jessen MD, Jon N on January 29, 2017 13:59:19
Encounter info:    273023044, MMC, Emergency, 1/29/2017 - 1/28/2017


agrees patient may be observed in follow-up if needed.

**Plan**

**Condition:** Stable.

**Disposition:** Discharged: to home.

Prescriptions

**Patient was given the following educational materials:** SWALLOWED FOREIGN
BODY (Adult).

**Follow up with:** Launch Follow-up, Launch Follow-up, Kathleen Treanor Within 1-2
days for worsening/continued problem.

**Counseled:** Patient, Regarding diagnosis, Regarding diagnostic results, Regarding
treatment plan, Patient indicated understanding of instructions.

**Signature Line**
Jessen MD, Jon N MD


"Please Refer to Millennium PowerChart for the Most Current Version of This Document."


**Completed Action List:**
* Perform by Jessen MD, Jon N on January 29, 2017 13:59:19
* Modify by Jessen MD, Jon N on January 29, 2017 16:23:19
* Modify by Jessen MD, Jon N on January 29, 2017 16:31:03

ACH 000161

03/23/2017   10:36   (FAX)   P. 162/219

Discharge Information\Education                                RUSHER, TIFFANY A - 1328693

Result type:          Discharge Information\Education
Result date:          January 29, 2017 16:30:57
Result status:        Auth (Verified)
Result title:         Discharge Information\Education
Performed by:         Jessen MD, Jon N on January 29, 2017 16:30:57
Electronically signed by: Jessen MD, Jon N on January 29, 2017 16:30:57
Encounter info:       273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

Discharge Information\Education (Verified)

## Memorial Medical Center

701 N. First Street, Springfield, IL 62781
Telephone (217) 788-3088

## Emergency Services Discharge Instructions

Name: RUSHER, TIFFANY A          DOB: 6/28/1989          Visit Date: 01/29/2017 1327

Primary Care Provider:
    Name:  Treanor MD, Kathleen, Non-Staff Physician (Typically determined by Ancillary)

Emergency Department Provider:
    ED Provider: Jessen MD, Jon N

Thank you for choosing Memorial Medical Center Emergency Department for your care.  Our goal is to provide very good care.  You may be receiving a survey in the mail regarding the care you received, as well as a follow-up phone call after your visit.  Please fill out the survey and return it to the address provided.  Your feedback is important to us.  We are here to serve you for all your healthcare needs.

ACH 000162

2017-01-30 07:27        HIM      2177885521 >>    2172410773  P 24/37

Discharge Information\Education               RUSHER, TIFFANY A - 1328693

Result type:        Discharge Information\Education
Result date:        January 29, 2017 16:30:57
Result status:     Auth (Verified)
Result title:        Discharge Information\Education
Performed by:    Jessen MD, Jon N on January 28, 2017 16:30:57
Electronically signed by: Jessen MD, Jon N on January 29, 2017 16:30:57
Encounter info:    273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

Kathleen Treanor       901 Southwind Rd         Within 1-2 days for
                        Springfield, IL 62703     worsening/continued
                        (217) 786-6900 Business (1)  problem

**Comments:**

ACH 000163

2017-01-30 07:27          HIM          2177885521 >>          2172410773  P 25/37

Discharge Information\Education                          RUSHER, TIFFANY A - 1328693

Result type:            Discharge Information\Education
Result date:            January 29, 2017 16:30:57
Result status:          Auth (Verified)
Result title:           Discharge Information\Education
Performed by:           Jessen MD, Jon N on January 29, 2017 16:30:57
Electronically signed by: Jessen MD, Jon N on January 29, 2017 16:30:57
Encounter info:         273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

## Patient Education Materials

RUSHER, TIFFANY A has been given the following patient education materials:

GI

Swallowed Object (Adult) - possible

In almost all cases, once the swallowed object reaches the stomach, it moves through the intestinal tract and passes out of the body in the stool without any problem. This usually takes from one to three days to pass. If the object was small, you may not even notice when it passes.

If there is pain with swallowing, this may be due to a scratch in the back of the throat. This pain should disappear over the next 24 hours.

## Home Care:

You may eat and drink normally. If there is pain with swallowing, eat only liquids and soft foods for the first 24 hours.

## Follow Up

with your doctor as advised.

## Get Prompt Medical Attention

ACH 000164

2017-01-30 07:27          HIM          2177885521 >>          2172410773  P 26/37

Discharge Information\Education                    RUSHER, TIFFANY A - 1328693

Result type:            Discharge Information\Education
Result date:            January 29, 2017 16:30:57
Result status:          Auth (Verified)
Result title:           Discharge Information\Education
Performed by:           Jessen MD, Jon N on January 29, 2017 16:30:57
Electronically signed by: Jessen MD, Jon N on January 29, 2017 16:30:57
Encounter info:         273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

- Repeated vomiting or vomiting blood (red or black)

- Blood in the stool (dark red or black color)

- Fever of 100.4ºF (38ºC) or higher, or as directed by your healthcare provider

© 2000-2015 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

ACH 000165

03/23/2017     10:38          (FAX)          P . 166/219

2017-01-30 07:27          HIM          2177885521 >>          2172410773 P 27/37

Discharge Information\Education                    RUSHER, TIFFANY A - 1328693

Result type:          Discharge Information\Education
Result date:          January 29, 2017 16:30:57
Result status:        Auth (Verified)
Result title:         Discharge Information\Education
Performed by:         Jessen MD, Jon N on January 29, 2017 16:30:57
Electronically signed by: Jessen MD, Jon N on January 29, 2017 16:30:57
Encounter info:       273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

Continue home medications as prescribed unless otherwise noted.

**Prescriptions:**

**Follow Up Information**

If you had any radiology imaging performed during your visit, your final reports will be reviewed by the radiologist. You will be contacted if any further instructions are needed.

ACH 000166

2017-01-30 07:27　　　　　HIM　　　　2177885521 >>　　　2172410773  P 28/37

Discharge Information\Education　　　　　　　　　　　RUSHER, TIFFANY A - 1328693

Result type:　　　Discharge Information\Education
Result date:　　　January 29, 2017 16:30:57
Result status:　　Auth (Verified)
Result title:　　　Discharge Information\Education
Performed by:　　Jessen MD, Jon N on January 29, 2017 16:30:57
Electronically signed by:　Jessen MD, Jon N on January 29, 2017 16:30:57
Encounter Info:　　273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

*The previous pages numbered with this document have been provided to the patient for education*



## Memorial Medical Center

701 N. First Street, Springfield, IL 62781
Telephone (217) 788-3000

### Emergency Services Discharge Instructions

Name: RUSHER, TIFFANY A　　　　DOB ███ 1989　　　Visit Date: 01/29/2017 1327

**Primary Care Provider:**
　　Name: Treanor MD, Kathleen, Non-Staff Physician (Typically determined by Ancillary)

**Emergency Department Physician:**
　　ED Physician: Jessen MD, Jon N

Thank you for choosing Memorial Medical Center Emergency Department for your care.  Our goal is to provide very good care.  You may be receiving a survey in the mail regarding the care you received, as well as a follow-up phone call after your visit.  Please fill out the survey and return it to the address provided.  Your feedback is important to us.  We are here to serve you for all your healthcare needs.

The following includes patient education materials and information regarding your injury/illness.

03/23/2017

10:38

(FAX)

ACH 000167

P. 166/219

2017-01-30 07:27                    HIM              2177885521 >>          2172410773  P 29/37

Discharge Information\Education                                    RUSHER, TIFFANY A - 1328693

Result type:        Discharge Information\Education
Result date:        January 29, 2017 16:30:57
Result status:      Auth (Verified)
Result title:       Discharge Information\Education
Performed by:       Jessen MD, Jon N on January 29, 2017 16:30:57
Electronically signed by:  Jessen MD, Jon N on January 29, 2017 16:30:57
Encounter Info:     273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

                         (217) 786-6900 Business (1)              problem
     **Comments:**

**Patient Education Materials Received**
**GI**
  **SWALLOWED FOREIGN BODY (Adult)**

I, RUSHER, TIFFANY A, understand that the treatment I have received was rendered on an Emergency basis
only and that further treatment may be necessary. I have been given a copy of the above instructions and I will
arrange for follow-up care as outlined above. If my condition worsens, I will call my doctor or return to the
Emergency Department.

_____      _____
Patient Signature        Date

_____      _____
Witness Signature        Date

**Completed Action List:**
* Perform by Jessen MD, Jon N on January 29, 2017 16:30:57

ACH 000168

03/23/2017

10:36

(FAX)

P. 169/219

D Abdomen 1 Vw                                    RUSHER, TIFFANY A - 1328693

Result type:              D Abdomen 1 Vw
Result date:              January 29, 2017 14:12:18
Result status:            Auth (Verified)
Result title:             D Abdomen 1 View
Performed by:             Hidalgo MD, Ronald on January 29, 2017 14:25:00
Electronically signed by: Hidalgo MD, Ronald on January 29, 2017 14:25:00
Encounter info:           273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

**Reason For Exam**
Foreign-body ingestion

**RADRPT**
ACCESSION: 17029001378

EXAM: Abdomen, 1 view

HISTORY: Patient is an inmate who swallowed a 3 inch toothbrush today.  No current
complaints.  History of Hepatitis C.

COMPARISON: 12/07/2060

FINDINGS:
The abdominal gas pattern is unremarkable.  Air is visible in the colon.  There are no
abnormally dilated small bowel loops.  There is no evidence of bowel obstruction on this
supine radiograph.  The bony structures are intact.  Metallic densities are seen overlying
the stomach.  No radiopaque toothbrush is identified.

IMPRESSION:
1.  Nonobstructive bowel gas pattern.
2.  Unchanged linear metallic densities overlying the stomach.
3.  No definite evidence of a radiopaque toothbrush

        To report a quality concern regarding this report, please call the
          Medical Imaging Quality Assurance Hotline at 217-788-3338
                    press zero to reach the Radiologist.

**Signature Line**
*** Final Report***
Dictated:    01/29/2017 2:20    Hidalgo MD, Ronald
Signed:      01/29/2017 2:25    Hidalgo MD, Ronald

ACH 453
(Organized)

ACH 000169

2017-01-30 07:28                HIM              2177885521 >>           2172410773  P 31/37

D Abdomen 1 Vw                                             RUSHER, TIFFANY A - 1328693

Result type:        D Abdomen 1 Vw
Result date:        January 29, 2017 14:12:19
Result status:      Auth (Verified)
Result title:       D Abdomen 1 View
Performed by:       Hidalgo MD, Ronald on January 29, 2017 14:25:00
Electronically signed by: Hidalgo MD, Ronald on January 29, 2017 14:25:00
Encounter info:     273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

Completed Action List:
* Order by   on January 29, 2017 13:34:32
* Perform by Wickenheiser RT(R), Jessica L on January 29, 2017 14:12:19
* VERIFY by Hidalgo MD, Ronald on January 29, 2017 14:25:00

ACH 000170

03/23/2017      10:39      (FAX)      P . 171/219

2017-01-30 07:28              HIM              2177885521 >>        2172410773 P 32/37

Chest Pa & Lateral                                    RUSHER, TIFFANY A - 1328693

Result type:        Chest Pa & Lateral
Result date:        January 29, 2017 14:11:54
Result status:      Auth (Verified)
Result title:       D Chest 2 Views
Performed by:       Snyder MD, Brandon on January 29, 2017 14:24:00
Electronically signed by: Snyder MD, Brandon on January 29, 2017 14:24:00
Encounter info:     273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

**Reason For Exam**
Foreign-body ingestion

**RADRPT**
ACCESSION: 17029601377

EXAMINATION:  2 views of the chest

HISTORY: Patient is an inmate who swallowed a 3 inch toothbrush today.  No current
complaints.  History of Hepatitis C.

COMPARISON:  01/12/2017

FINDINGS:  Heart and pulmonary vasculature are within normal limits.  No airspace
consolidation, pleural effusion, or pneumothorax is demonstrated.  There are 2 linear
metallic foreign bodies in the region of the stomach which were present previously.

IMPRESSION:  No acute cardiopulmonary findings. No new radiopaque foreign body.

            To report a quality concern regarding this report, please call the
              Medical Imaging Quality Assurance Hotline at 217-788-3338
                        press zero to reach the Radiologist.

**Signature Line**
*** Final Report***
Dictated:   01/29/2017 2:19    Snyder MD, Brandon
Signed:     01/29/2017 2:24    Snyder MD, Brandon

**IMAGE**
This document has an image

ACH 000171

2017-01-30 07:28          HIM          2177885521 >>          2172410773  P 33/37

Chest Pa & Lateral                                    RUSHER TIFFANY A - 1328693

Result type:              Chest Pa & Lateral
Result date:              January 29, 2017 14:11:54
Result status:            Auth (Verified)
Result title:             D Chest 2 Views
Performed by:             Snyder MD, Brandon on January 29, 2017 14:24:00
Electronically signed by: Snyder MD, Brandon on January 29, 2017 14:24:00
Encounter info:           273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

ACH 000172

03/23/2017

10:40

(FAX)

P. 173/219

CT Abd/Pel wo contrast                                    RUSHER, TIFFANY A - 1328693
* Final Report *

Result type:          CT Abd/Pel wo contrast
Result date:          January 29, 2017 15:53:15
Result status:        Auth (Verified)
Result title:         CT Abd/Pel w/o contrast
Performed by:         Snyder MD, Brandon on January 29, 2017 16:14:00
Electronically signed by:  Snyder MD, Brandon on January 29, 2017 16:14:00
Encounter info:       273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

## * Final Report *

**Reason For Exam**
Possible ingested foreign body - toothbrush

**RADRPT**
ACCESSION: 17029001473

EXAM: CT of the chest, abdomen and pelvis

HISTORY:  The patient states she swallowed a tooth brush this morning. The patient denies
any other complaints at this time. History of pica.

TECHNIQUE: CT of the chest, abdomen and pelvis was performed with oral and IV contrast
administration.  Automated exposure control was used for dose optimization on this exam.
CTDIvol in mGy: 13.5 DLP in mGy-cm: 900

COMPARISON: 01/12/2017

FINDINGS:
Heart is normal in size.  No pericardial thickening or pericardial effusion.  Thoracic
aorta is normal in course and caliber. There is no axillary, mediastinal, or hilar
lymphadenopathy.  The central airway is grossly patent.  No airspace consolidation,
pleural effusion, or pneumothorax is demonstrated.

The unenhanced liver, gallbladder, spleen, adrenal glands, pancreas, and kidneys are
unremarkable in appearance.  There are no abnormally dilated or thickened bowel loops.
There are a few linear metallic clips in the stomach.  These may be postsurgical in nature
or secondary to ingested contents.  The appendix is normal in caliber.  The abdominal
aorta is not aneurysmal.  There is no mesenteric or retroperitoneal lymphadenopathy.
Urinary bladder is partially distended.  Uterus and adnexa are within normal limits for
patient age.  No significant free pelvic fluid or pelvic adenopathy is demonstrated

ACH 000173

CT Abd/Pel wo contrast                                    RUSHER, TIFFANY A - 1328693
* Final Report *

Result type:          CT Abd/Pel wo contrast
Result date:          January 29, 2017 15:53:15
Result status:        Auth (Verified)
Result title:         CT Abd/Pel w/o contrast
Performed by:         Snyder MD, Brandon on January 29, 2017 16:14:00
Electronically signed by: Snyder MD, Brandon on January 29, 2017 16:14:00
Encounter info:       273023044, MMC, Emergenicy, 1/29/2017 - 1/29/2017

2.  Linear metallic densities in the stomach which may be secondary to surgical clips or
ingested material.

          To report a quality concern regarding this report, please call the
          Medical Imaging Quality Assurance Hotline at 217-788-3338
                     press zero to reach the Radiologist.

Signature Line
*** Final Report***
Dictated:    01/29/2017 4:09    Snyder MD, Brandon
Signed:      01/29/2017 4:14    Snyder MD, Brandon

Completed Action List:
* Order by Jessen MD, Jon N on January 29, 2017 14:28:52
* Perform by Leggett RT(R) CT, John R on January 29, 2017 15:53:15
* Assist by Rainey RT (R), Shaunna N on January 29, 2017 15:53:15
* VERIFY by Snyder MD, Brandon on January 29, 2017 16:14:00

ACH 000174

CT Chest                                          RUSHER, TIFFANY A - 1328693

Result type:            CT Chest
Result date:            January 29, 2017 16:53:15
Result status:          Auth (Verified)
Result title:           CT Chest wo contrast
Performed by:           Snyder MD, Brandon on January 29, 2017 16:14:00
Electronically signed by: Snyder MD, Brandon on January 29, 2017 16:14:00
Encounter Info:         273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

**Reason For Exam**
Possible ingested foreign body - toothbrush

**RADRPT**
ACCESSION: 17029001474

EXAM: CT of the chest, abdomen and pelvis

HISTORY: The patient states she swallowed a tooth brush this morning. The patient denies
any other complaints at this time. History of pica.

TECHNIQUE: CT of the chest, abdomen and pelvis was performed with oral and IV contrast
administration. Automated exposure control was used for dose optimization on this exam.
CTDIvol in mGy: 13.5 DLP in mGy-cm: 900

COMPARISON: 01/12/2017

FINDINGS:
Heart is normal in size. No pericardial thickening or pericardial effusion. Thoracic
aorta is normal in course and caliber. There is no axillary, mediastinal, or hilar
lymphadenopathy. The central airway is grossly patent. No airspace consolidation,
pleural effusion, or pneumothorax is demonstrated.

The unenhanced liver, gallbladder, spleen, adrenal glands, pancreas, and kidneys are
unremarkable in appearance. There are no abnormally dilated or thickened bowel loops.
There are a few linear metallic clips in the stomach. These may be postsurgical in nature
or secondary to ingested contents. The appendix is normal in caliber. The abdominal
aorta is not aneurysmal. There is no mesenteric or retroperitoneal lymphadenopathy.
Urinary bladder is partially distended. Uterus and adnexa are within normal limits for
patient age. No significant free pelvic fluid or pelvic adenopathy is demonstrated.

Osseous structures are grossly unremarkable.

ACH 000175

2017-01-30 07:28              HIM          2177885521 >>        2172410773  P 37/37

CT Chest                                              RUSHER, TIFFANY A - 1328693

Result type:         CT Chest
Result date:         January 29, 2017 15:53:15
Result status:       Auth (Verified)
Result title:        CT Chest wo contrast
Performed by:        Snyder MD, Brandon on January 29, 2017 16:14:00
Electronically signed by: Snyder MD, Brandon on January 29, 2017 16:14:00
Encounter info:      273023044, MMC, Emergency, 1/29/2017 - 1/29/2017

       To report a quality concern regarding this report, please call the
       Medical Imaging Quality Assurance Hotline at 217-788-3338
                 press zero to reach the Radiologist.

**Signature Line**
*** Final Report***
Dictated:    01/29/2017 4:09    Snyder MD, Brandon
Signed:      01/29/2017 4:14    Snyder MD, Brandon

**IMAGE**
This document has an image

**Completed Action List:**
* Order by  on January 29, 2017 14:28:57
* Perform by Leggett RT(R) CT, John R on January 29, 2017 15:53:15
* Assist by Rainey RT (R), Shaunna N on January 29, 2017 15:53:15
* VERIFY by Snyder MD, Brandon on January 29, 2017 16:14:00

ACH 000176



**Correctional Healthcare**

A Higher Standard. Delivered.

Sangamon County Sheriff's Office
One Sheriff's Plaza
Springfield, IL 62701

Phone 217-753-6886 * Fax 217-753-6387
Medical Phone 217-753-6815 * Medical Fax 217-241-0773

| To: MMC | From: SCJ |
|---|---|
| CC: | Phone: (217) 753-6720 |
| Fax: | Date: 1-30-17 |
| Re: Tiffiny Rusher ▮▮▮ | Pages: |

* Urgent   * For Your Records   * Per Your Request   * Please Reply

need records from
ER 1-29-17 thru
1-30-17

thanks

▮▮▮▮▮▮▮▮▮▮

ACH 000180

03/23/2017   10:43   (FAX)   P. 181/219

03/23/2017   12:23                          (FAX)                P. 225/234

# **Transfer Form**

Name: ROSHER, TIFFANY

DOB ████  89

Facility:___ Sangamon County Jail

Reason for transfer or appointment: BROKEN LEG

## Information Sent with inmate

|                | Yes | No |
|----------------|-----|-----|
| Labs           |     |     |
| X-Rays         | ✓   |     |
| Progress Note  |     |     |
| Mar            |     |     |
| MRI/CT         |     |     |

EXTREME  CAUTION:

PICA - EATS  ANYTHING

ACH 000444

03/23/2017   12:23                    (FAX)                  P.226/234

Thank you for assisting Sangamon County Jail in the care of our patients, your assistance is curial in providing top-notch care, life saving measures, and provides us a backbone of support. Sangamon County Jail is always looking to improve communication between the local facilities to enhance our working relationship. Sangamon County Jail is going to provide your facility with packets including the Recent MAR, recent visit, phone number, and fax numbers, and any other pertinent information to help assist your facility in continuity of care. We are going into the transition phase of this process and would appreciate any feedback you may have to alter the process, and ensure both Sangamon and your facility get helpful information to continue care in the easiest most proficient way possible.

Dan Dean H.S.A.

Sangamon County Jail Med Unit

ACH 000445

03/23/2017   12:23                                    (FAX)                        P.227/234

# Information to avoid providing inmates

Upcoming appointment dates, and times:

> Inmates may plan escape from custody if dates and times are known

Appointment reminders, calls, letters:

> Again, inmates have the potential to plan for escape.

Orders given at visit:

> Not all orders can be continued in the jail setting, and alternates may be chosen if available.

Any treatments, slings, eye glasses, contacts, crutches etc.

> Many federal inmates may have to have approval from US Marshalls to receive these items and they may get denied.

ACH 000446

# Info For Transfer Back to Sangamon County Jail

To Help Sangamon in providing care post visit, we would like to provide your facility with our fax machine number, and phone number to open the lines of communication. and change to more of a transfer of care rather than discharge from care

**Please fax any**

**X-Rays**
**Labs**
**Progress Notes**
**New orders**
**MRI/CT**

| | |
|---|---|
| Fax Number | 1(217)241-0773 |
| Phone Number | 1(217)753-6815        Alternate Phone: 1(217)753-6720 |

**This information may also be sent with the officer Whom is accompanying the inmate aswell**

ACH 000447

# Feedback Form

Was this new process helpful to your facility and provide you with pertinent information to help with continuity of care?

_____
_____
_____
_____

Was there to little information in your packet, just enough, or too much?

_____
_____
_____
_____

Is there any areas of improvement you may suggest to help facilitate your facility in receiving our patients?

_____
_____
_____
_____

General Comments:

_____
_____
_____
_____

Thank you for your support, your opinions are greatly appreciated and will be used to help alter or change or process to improve our communication together.

ACH 000448

2/14/2017                                           Assessment Submission Successful                                  03/23/2017     10:07

# Illinois Ryan White Part B Program

## Ryan White Part B Eligibility Assessment

## Hotline 1-800-825-3518

## Assessment Submission Successful

Your assessment has been successfully submitted. Your confirmation code is: **1111478**

Please print and keep a copy of this page for future reference.

Your assessment has been submitted but it appears to be missing the following documentation:

- A completed and signed Authorization to Release document
- A completed and signed Privacy Practice document
- Proof of Residency
- Proof of Income
- A copy of your most recent HIV Viral Load
- Proof of HIV

You have 15 business days to submit all the missing documentation listed above. You can submit this information via fax to 217-785-8013 or by mail to the following address:

Illinois Department of Public Health – Ryan White Programs
525 West Jefferson Street
Springfield, IL 62761

Attention: It may take up to 7 business days for your assessment to be updated once you have faxed documents to the Ryan White Office.

Please wait 7 business days prior to calling the Ryan White Office inquiring about the status of your faxes.

Return to Eligibility Assessment Home Page

Click to Print This Page

ACH 000079                                                                                            (FAX)        P. 080/218

**Megan Johnston**

| | |
|---|---|
| **From:** | Kate Daniels |
| **Sent:** | Monday, April 03, 2017 3:09 PM |
| **To:** | Deborah Ash |
| **Cc:** | Nury Marcelo |
| **Subject:** | Meeting with Administration |

Hello,
Just wanted to follow up on previous email. Administration would like to meet with someone about inmate Tiffany
Rusher. Supt Beck would like whoever is coming down to evaluate the chart. I sent the chart to Jessica in Legal last
week.
Please let me know what day.
Thanks
Kate

!

ACH 000511

ACH 468
(Organized)

**Megan Johnston**

| | |
|---|---|
| **From:** | Deborah Ash |
| **Sent:** | Monday, April 03, 2017 6:00 PM |
| **To:** | Kate Daniels |
| **Cc:** | Nury Marcelo |
| **Subject:** | RE: Meeting with Administration |
| **Attachments:** | 30541461429115cachecopyImage.bmp |

Hey Kate.
I had offered to come Monday, Tuesday or Wednesday this week and you were going to check with administration. When I didn't hear back, I scheduled to be in Kentucky Monday, now held over tomorrow too.

I might be able to come next week on Monday or Friday - in Missouri the other 3 days.

Respectfully,

Deborah Ash, RN, MSN, MBA, LNC, CCHP
Vice President of Compliance,
Advanced Correctional Healthcare
(309)370-2743

Please forgive any typos. This was sent from my smartphone



The information contained in this email is legally privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any viewing, dissemination, distribution, or copy of this email message is strictly prohibited. If you have received and/or are viewing this email in error, please immediately notify the sender by reply email, and delete this email from your system.

-------- Original message --------
From: Kate Daniels <Kate.Daniels@advancedch.com>
Date: 4/3/17 3:09 PM (GMT-06:00)
To: Deborah Ash <debbie.ash@advancedch.com>
Cc: Nury Marcelo <nury.marcelo@advancedch.com>
Subject: Meeting with Administration

Hello,
Just wanted to follow up on previous email. Administration would like to meet with someone about inmate Tiffany Rusher. Supt Beck would like whoever is coming down to evaluate the chart. I sent the chart to Jessica in Legal last week.
Please let me know what day.
Thanks
Kate

1

ACH 000519

**Megan Johnston**

| | |
|---|---|
| **From:** | Kate Daniels |
| **Sent:** | Monday, April 03, 2017 7:05 PM |
| **To:** | Deborah Ash |
| **Subject:** | Re: Meeting with Administration |

How about next Monday ?

Sent from my iPhone

On Apr 3, 2017, at 6:00 PM, Deborah Ash <debbie.ash@advancedch.com> wrote:

> Hey Kate.
> I had offered to come Monday, Tuesday or Wednesday this week and you were going to check with administration. When I didn't hear back, I scheduled to be in Kentucky Monday, now held over tomorrow too.
>
> I might be able to come next week on Monday or Friday – in Missouri the other 3 days.
>
>
> Respectfully,
>
> Deborah Ash, RN, MSN, MBA, LNC, CCHP
> Vice President of Compliance.
> Advanced Correctional Healthcare
> (309)370-2743
>
> Please forgive any typos. This was sent from my smartphone.
>
> 
>
> The information contained in this email is legally privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any viewing, dissemination, distribution, or copy of this email message is strictly prohibited. If you have received and/or are viewing this email in error, please immediately notify the sender by reply email, and delete this email from your system.
>
>
>
> -------- Original message --------
> From: Kate Daniels <Kate.Daniels@advancedch.com>
> Date: 4/3/17 3:09 PM (GMT-06:00)
> To: Deborah Ash <debbie.ash@advancedch.com>
> Cc: Nury Marcelo <nury.marcelo@advancedch.com>
> Subject: Meeting with Administration
>
> Hello,

1

ACH 000516

Just wanted to follow up on previous email.  Administration would like to meet with someone about inmate Tiffany Rusher.  Supt Beck would like whoever is coming down to evaluate the chart.  I sent the chart to Jessica in Legal last week.
Please let me know what day.
Thanks
Kate

<30541461429115cachecopyImage.bmp>

ACH 000517

## Megan Johnston

**From:** Deborah Ash
**Sent:** Monday, April 03, 2017 9:28 PM
**To:** Kate Daniels
**Subject:** RE: Meeting with Administration

Ugh!
I have a meeting in the office until noon on Monday, then have to be in Kansas City Missouri by Tuesday morning. However, I could swing by there on my way. I could get there between 1 and 1:30, stay for an hour or so. Do you think that will work?
I hate to rush in and out like that but KC is a long drive. Obviously, I stay as long as I need to though.
I'll double check with Nury to see if she can be available on Monday also. If they can do it, one of us will get there.

Thank you,

*Deborah Ash, RN, MSN, MBA, LNC.*
Vice President of Compliance
Advanced Correctional Healthcare
Cell: 309-370-2743



The information contained in this email is legally privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any viewing, dissemination, distribution, or copy of this email message is strictly prohibited. If you have received and/or are viewing this email in error, please immediately notify the sender by reply email, and delete this email from your system. Thank you.

**From:** Kate Daniels
**Sent:** Monday, April 3, 2017 7:05 PM
**To:** Deborah Ash <debbie.ash@advancedch.com>
**Subject:** Re: Meeting with Administration

How about next Monday ?

Sent from my iPhone

On Apr 3, 2017, at 6:00 PM, Deborah Ash <debbie.ash@advancedch.com> wrote:

> Hey Kate.
> I had offered to come Monday, Tuesday or Wednesday this week and you were going to check with administration. When I didn't hear back, I scheduled to be in Kentucky Monday, now held over tomorrow too.
>
> I might be able to come next week on Monday or Friday - in Missouri the other 3 days.

1

ACH 000514

Respectfully,

Deborah Ash, RN, MSN, MBA, LNC, CCHP
Vice President of Compliance,
Advanced Correctional Healthcare
(309)370-2743

Please forgive any typos. This was sent from my smartphone.



The information contained in this email is legally privileged and confidential information intended only for the use
of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are
hereby notified that any viewing, dissemination, distribution, or copy of this email message is strictly prohibited. If
you have received and/or are viewing this email in error, please immediately notify the sender by reply email, and
delete this email from your system.

-------- Original message --------
From: Kate Daniels <Kate.Daniels@advancedch.com>
Date: 4/3/17 3:09 PM (GMT-06:00)
To: Deborah Ash <debbie.ash@advancedch.com>
Cc: Nury Marcelo <nury.marcelo@advancedch.com>
Subject: Meeting with Administration

Hello,
Just wanted to follow up on previous email.  Administration would like to meet with someone about
inmate Tiffany Rusher.  Supt Beck would like whoever is coming down to evaluate the chart.  I sent the
chart to Jessica in Legal last week.
Please let me know what day.
Thanks
Kate

<30541461429115cachecopyImage.bmp>

ACH 000515

**Megan Johnston**

| | |
|---|---|
| **From:** | Kate Daniels |
| **Sent:** | Wednesday, April 05, 2017 4:20 PM |
| **To:** | Deborah Ash |
| **Subject:** | Re: Meeting with Administration |

I talked with Supt Beck he said 1pm on Monday would be perfect.  Is that

Sent from my iPhone

On Apr 3, 2017, at 9:27 PM, Deborah Ash <debbie.ash@advancedch.com> wrote:

> Ugh!
> I have a meeting in the office until noon on Monday, then have to be in Kansas City Missouri by Tuesday
> morning. However, I could swing by there on my way. I could get there between 1 and 1:30, stay for an
> hour or so. Do you think that will work?
> I hate to rush in and out like that but KC is a long drive. Obviously, I stay as long as I need to though.
> I'll double check with Nury to see if she can be available on Monday also. If they can do it, one of us will
> get there.
>
> Thank you,
>
> *Deborah Ash, RN, MSN, MBA, LNC.*
> Vice President of Compliance
> Advanced Correctional Healthcare
> Cell: 309-370-2743
>
>
> <image001.jpg>
>
> The information contained in this email is legally privileged and confidential information intended only
> for the use of the individual or entity to whom it is addressed. If the reader of this message is not the
> intended recipient, you are hereby notified that any viewing, dissemination, distribution, or copy of this
> email message is strictly prohibited. If you have received and/or are viewing this email in error, please
> immediately notify the sender by reply email, and delete this email from your system. Thank you.
>
> **From:** Kate Daniels
> **Sent:** Monday, April 3, 2017 7:05 PM
> **To:** Deborah Ash <debbie.ash@advancedch.com>
> **Subject:** Re: Meeting with Administration
>
> How about next Monday ?
>
> Sent from my iPhone
>
> On Apr 3, 2017, at 6:00 PM, Deborah Ash <debbie.ash@advancedch.com> wrote:
>
>> Hey Kate.

1

ACH 000512

I had offered to come Monday, Tuesday or Wednesday this week and you were going to check with administration. When I didn't hear back, I scheduled to be in Kentucky Monday, now held over tomorrow too.

I might be able to come next week on Monday or Friday - in Missouri the other 3 days.

Respectfully,

Deborah Ash, RN, MSN, MBA, LNC, CCHP
Vice President of Compliance,
Advanced Correctional Healthcare
(309)370-2743

Please forgive any typos. This was sent from my smartphone.



The information contained in this email is legally privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any viewing, dissemination, distribution, or copy of this email message is strictly prohibited. If you have received and/or are viewing this email in error, please immediately notify the sender by reply email, and delete this email from your system.

-------- Original message --------
From: Kate Daniels <Kate.Daniels@advancedch.com>
Date: 4/3/17 3:09 PM (GMT-06:00)
To: Deborah Ash <debbie.ash@advancedch.com>
Cc: Nury Marcelo <nury.marcelo@advancedch.com>
Subject: Meeting with Administration

Hello,
Just wanted to follow up on previous email.  Administration would like to meet with someone about inmate Tiffany Rusher.  Supt Beck would like whoever is coming down to evaluate the chart.  I sent the chart to Jessica in Legal last week.
Please let me know what day.
Thanks
Kate

<30541461429115cachecopyImage.bmp>

ACH 000513

**Megan Johnston**

| | |
|---|---|
| From: | Kate Daniels |
| Sent: | Wednesday, April 05, 2017 4:21 PM |
| To: | Deborah Ash |
| Subject: | Re: Meeting with Administration |

Monday at 1 would be perfect per Beck

Sent from my iPhone

On Apr 3, 2017, at 9:27 PM, Deborah Ash <debbie.ash@advancedch.com> wrote:

> Ugh!
> I have a meeting in the office until noon on Monday, then have to be in Kansas City Missouri by Tuesday morning. However, I could swing by there on my way. I could get there between 1 and 1:30, stay for an hour or so. Do you think that will work?
> I hate to rush in and out like that but KC is a long drive. Obviously, I stay as long as I need to though.
> I'll double check with Nury to see if she can be available on Monday also. If they can do it, one of us will get there.
>
> Thank you,
>
> *Deborah Ash, RN, MSN, MBA, LNC,*
> Vice President of Compliance
> Advanced Correctional Healthcare
> Cell: 309-370-2743
>
>
> <image001.jpg>
>
> The information contained in this email is legally privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any viewing, dissemination, distribution, or copy of this email message is strictly prohibited. If you have received and/or are viewing this email in error, please immediately notify the sender by reply email, and delete this email from your system. Thank you.
>
> **From:** Kate Daniels
> **Sent:** Monday, April 3, 2017 7:05 PM
> **To:** Deborah Ash <debbie.ash@advancedch.com>
> **Subject:** Re: Meeting with Administration
>
> How about next Monday ?
>
> Sent from my iPhone
>
> On Apr 3, 2017, at 6:00 PM, Deborah Ash <debbie.ash@advancedch.com> wrote:
>
>> Hey Kate.

1

ACH 000520

I had offered to come Monday, Tuesday or Wednesday this week and you were
going to check with administration. When I didn't hear back, I scheduled to be in
Kentucky Monday, now held over tomorrow too.

I might be able to come next week on Monday or Friday - in Missouri the other 3
days.

Respectfully,

Deborah Ash. RN, MSN, MBA, LNC, CCHP
Vice President of Compliance.
Advanced Correctional Healthcare
(309)370-2743

Please forgive any typos. This was sent from my smartphone.



The information contained in this email is legally privileged and confidential information intended
only for the use of the individual or entity to whom it is addressed. If the reader of this message is
not the intended recipient, you are hereby notified that any viewing, dissemination, distribution, or
copy of this email message is strictly prohibited. If you have received and/or are viewing this
email in error, please immediately notify the sender by reply email, and delete this email from
your system.

-------- Original message --------
From: Kate Daniels <Kate.Daniels@advancedch.com>
Date: 4/3/17 3:09 PM (GMT-06:00)
To: Deborah Ash <debbie.ash@advancedch.com>
Cc: Nury Marcelo <nury.marcelo@advancedch.com>
Subject: Meeting with Administration

Hello,
Just wanted to follow up on previous email.  Administration would like to meet with
someone about inmate Tiffany Rusher.  Supt Beck would like whoever is coming down to
evaluate the chart.  I sent the chart to Jessica in Legal last week.
Please let me know what day.
Thanks
Kate

<30541461429115cachecopyImage.bmp>

2

ACH 000521

**Megan Johnston**

| | |
|---|---|
| **From:** | Laurina Boryca |
| **Sent:** | Wednesday, December 20, 2017 11:34 AM |
| **To:** | Kate Daniels; terrym@co.sangamon.il.us |
| **Subject:** | Fwd: AUTOPSY NEEDED: Tiffany Rusher - Sangamon IL |

Can we send a copy of the autopsy to legal.

Respectfully

Laurina Boryca
Regional Nurse Manager
309-351-0060

Please excuse any typos.
Sent from my iPhone

1

ACH 000509

## Megan Johnston

| | |
|---|---|
| **From:** | Kate Daniels |
| **Sent:** | Wednesday, December 20, 2017 12:55 PM |
| **To:** | terrydurr@co.sangamon.il.us |
| **Subject:** | Fw: AUTOPSY NEEDED: Tiffany Rusher - Sangamon IL |

**From:** Laurina Boryca
**Sent:** Wednesday, December 20, 2017 11:33 AM
**To:** Kate Daniels; terrym@co.sangamon.il.us
**Subject:** Fwd: AUTOPSY NEEDED: Tiffany Rusher - Sangamon IL

Can we send a copy of the autopsy to legal.

Respectfully

Laurina Boryca
Regional Nurse Manager
309-351-0060

Please excuse any typos.
Sent from my iPhone

1

ACH 000504

## Megan Johnston

| | |
|---|---|
| **From:** | Kate Daniels |
| **Sent:** | Wednesday, December 20, 2017 1:27 PM |
| **To:** | terry.durr@co.sanagamon.il.us |
| **Subject:** | Fw: AUTOPSY NEEDED: Tiffany Rusher - Sangamon IL |

**From:** Kate Daniels
**Sent:** Wednesday, December 20, 2017 12:55 PM
**To:** terrydurr@co.sangamon.il.us
**Subject:** Fw: AUTOPSY NEEDED: Tiffany Rusher - Sangamon IL

**From:** Laurina Boryca
**Sent:** Wednesday, December 20, 2017 11:33 AM
**To:** Kate Daniels; terrym@co.sangamon.il.us
**Subject:** Fwd: AUTOPSY NEEDED: Tiffany Rusher - Sangamon IL

Can we send a copy of the autopsy to legal.

Respectfully

Laurina Boryca
Regional Nurse Manager
309-351-0060

Please excuse any typos.
Sent from my iPhone

1

ACH 000503

## Megan Johnston

| | |
|---|---|
| **From:** | Kate Daniels |
| **Sent:** | Wednesday, December 20, 2017 1:30 PM |
| **To:** | Kate Daniels |
| **Subject:** | Fw: AUTOPSY NEEDED: Tiffany Rusher - Sangamon IL |

**From:** Kate Daniels
**Sent:** Wednesday, December 20, 2017 1:26 PM
**To:** terry.durr@co.sanagamon.il.us
**Subject:** Fw: AUTOPSY NEEDED: Tiffany Rusher - Sangamon IL

**From:** Kate Daniels
**Sent:** Wednesday, December 20, 2017 12:55 PM
**To:** terrydurr@co.sangamon.il.us
**Subject:** Fw: AUTOPSY NEEDED: Tiffany Rusher - Sangamon IL

**From:** Laurina Boryca
**Sent:** Wednesday, December 20, 2017 11:33 AM
**To:** Kate Daniels; terrym@co.sangamon.il.us
**Subject:** Fwd: AUTOPSY NEEDED: Tiffany Rusher - Sangamon IL

Can we send a copy of the autopsy to legal.

Respectfully

Laurina Boryca
Regional Nurse Manager
309-351-0060

Please excuse any typos.
Sent from my iPhone

1

ACH 000505

## Megan Johnston

| | |
|---|---|
| **From:** | Laurina Boryca |
| **Sent:** | Thursday, January 25, 2018 10:25 AM |
| **To:** | Kate Daniels |
| **Subject:** | Autopsy Tiffany Rusher |

Have we received the autopsy yet on Tiffany? If so can we send it to legal.

Respectfully,

**Laurina Boryca RN BS MBA**
Regional Nurse Manager
Direct 309.351.0060
www.advancedch.com

"ACH Cares: A Proud Supporter of St. Jude"



"The information contained in this email is legally privilgeged and confidential information intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any viewing, dissemination, distribution, or copy of this message is strictly prohibited. If you have received and/or are viewing this email in error, please immediately notify the sender by reply email, and delete this email from your system. Thank you."

1

ACH 000502