E-FILED
Friday, 25 September 2020, 12:21:02 PM
Clerk, U.S. District Court, ILCD

**DEPOSITION OF TRACY HAMMITT**

June 13, 2019

Page 1

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

KELLI ANDREWS, AS          )
ADMINISTRATOR OF THE       )
ESTATE OF TIFFANY ANN      )
RUSHER, DECEASED,          )
                           )  No.
              Plaintiff,   )  1:18-cv-1100-SEM-TSH
                           )
    vs.                    )
                           )
SANGAMON COUNTY ILLINOIS,
WES BARR, LARRY BECK,
JR., ADVANCED
CORRECTIONAL HEALTHCARE,
INC., ARUN ABRAHAM,
MICHAEL SHMIKLER, KYLE
MEYER, Z. WHITLEY,
JENNIFER EALEY, GUY
BOUVET III, and DOES 1-5,

              Defendants.


              Deposition of TRACY HAMMITT, taken before
Cathy J. Craggs, CSR, RPR, at the instance of the
Plaintiff, on June 13, 2019, at the hour of 3:45 p.m.,
at QUINN, JOHNSTON, HENDERSON, PRETORIOUS & CERULO,
400 South 9th Street, Springfield, Illinois, Illinois,
pursuant to attached stipulation.

                    ASSOCIATED COURT REPORTERS
                        1-800-252-9915
                         P.O. Box 684
                    Taylorville, Illinois 62568

```
EXHIBIT
   2
```

**DEPOSITION OF TRACY HAMMITT**                          **June 13, 2019**

1              S T I P U L A T I O N

2              It is stipulated between the parties

3    herein, through their attorneys, that the deposition

4    of TRACY HAMMITT may hereby be taken upon oral

5    interrogatories, on June 13, 2019, at the hour of 3:45

6    p.m. at QUINN, JOHNSTON, HENDERSON, PRETORIOUS &

7    CERULO, 400 South 9th Street, Springfield, Illinois,

8    Illinois, before the instance of the Plaintiff, and

9    before Cathy J. Craggs, CSR and RPR.

10             That the oral interrogatories and the

11   answers of the witness may be taken down in shorthand

12   by the Reporter and afterwards transcribed.

13             That the reading and signing of said

14   deposition is WAIVED.

15             That the deposition or any portions

16   thereof may be used by any of the parties hereto,

17   without foundation proof, for any purpose for which

18   depositions are competent.

19             That copies of the deposition may be

20   furnished to any of the parties at his or her own

21   expense.

22

23

24

Page 3

1    APPEARANCES:  (June 13, 2019)

2


3        WEIL & CHARDON LLC
         By Ms. Alexis G. Chardon, Esq.
4        Attorney at Law
         333 South Wabash Avenue
5        Chicago, Illinois  60604
             Appeared on behalf of the Plaintiff;

6

         HEYL, ROYSTER, VOELKER & ALLEN
7        By Ms. Theresa M. Powell, Esq.
         Attorney at Law
8        3731 Wabash Avenue
         Springfield,Illinois  62791-9678
9            Appeared on behalf of the Defendant Wes Barr,
     Larry Beck, Guy E. Bouvet, III, Jennifer Ealey, Kyle
10   Meyer. Sangamon County, Illinois and Zach Whitley,

11


12       QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
         By Ms. Betsy A. Wirth, Esq.
13       400 South Ninth Street
         Suite 102
14       Springfield, Illinois  62701

15           Appeared on behalf of Arun Abraham, M.D.,
     Advanced Correctional Healthcare, Inc., and Michael
16   Shmikler.

17                    ***      ***

18

19

20

21

22

23

24

DEPOSITION OF TRACY HAMMITT                    June 13, 2019

Page 4

1

                          I N D E X

2

   WITNESS              DIRECT      CROSS      REDIRECT    RECROSS
3  TRACY HAMMITT
                               5          50

4

5                      E X H I B I T S

6  EXHIBIT                                          PAGE
   Hammitt Exhibit 1                                 10
7  Hammitt Exhibit 2                                 27

8

9

10

11

12

13         ***EXHIBITS RETAINED BY MS. CHARDON***

14

15

16

17

18

19

20

21

22

23

24

DEPOSITION OF TRACY HAMMITT                          June 13, 2019

Page 5

1                    TRACY HAMMITT,

2    called as a witness herein, at the instance of

3    the Plaintiff, having been duly sworn on her oath,

4    testified as follows:

5                    DIRECT EXAMINATION

6                    CONDUCTED BY MS. CHARDON:

7         Q.  Good afternoon?

8         A.  Hi.

9         Q.  My name is Ali Chardon and I'm one of the

10   attorneys for the estate of the Plaintiff in this

11   lawsuit.  Thank you for coming today.

12                  Can you say your name for the record,

13   please?

14        A.  Tracy T-R-A-C-Y, Hammitt, H-A-M-M-I-T-T.

15        Q.  And you work at Sangamon County Jail?

16        A.  That is correct.

17        Q.  How long have you worked at Sangamon County

18   Jail?

19        A.  Since 2011, I believe.

20        Q.  Have you ever been deposed before?

21        A.  Yes.

22        Q.  And when was that?

23        A.  I don't recall.

24        Q.  Okay.  Was it in a, what kind of lawsuit was

**DEPOSITION OF TRACY HAMMITT**                    **June 13, 2019**

Page 6

1    it?

2         A.  I don't recall the exact nature, it's been a

3    couple of years.

4         Q.  Okay.  Did it have to do with you as a

5    Defendant, were you a party in the lawsuit, a

6    Plaintiff or a Defendant?

7         A.  A witness.

8         Q.  A witness.

9              And did it have to do with something

10   that happened at work at the Jail?

11        A.  Yes.

12        Q.  Okay.  Well, it's been a couple of years but

13   you probably remember this experience.  We, Cathy here

14   is taking down what we say.  We should try and make a

15   clean record for her which means we shouldn't talk

16   over each other.  Please let me finish my question and

17   I will do my best to let you finish your answer.

18   Please answer verbally yes or no as opposed to

19   nodding --

20        A.  Yes.

21        Q.  -- where appropriate, thank you.

22              You can take a break it you need to and

23   I apologize we're starting a little late, but please

24   feel free to take a break, just answer any question

**DEPOSITION OF TRACY HAMMITT**                    **June 13, 2019**

Page 7

1    that I have pending before you do that.

2              And if you, you know I want to make

3    sure this is my one chance to get your testimony

4    before we go to trial, so please make sure that you,

5    if you feel like you need to give me more information

6    to make your answer full and complete, or you remember

7    something later that makes, you know, you'd like to

8    add or correct, you feel free to do that so that we

9    make sure that we get out your recollections to the

10   best of your knowledge today.

11             So what is your, I think you said that

12   you have been working at Sangamon County Jail since

13   2011, is that correct?

14        A.   Yes.

15        Q.   Did you work at any other Jail or prison

16   prior to that?

17        A.   No.

18        Q.   Where did you work prior to 2011?

19        A.   Lincoln Prairie Behavioral Health Center.

20        Q.   What is Lincoln Prairie Behavioral Health

21   Center?

22        A.   A Mental Health Facility for adolescents and

23   children ages 4 to 17.

24        Q.   Where is it?

DEPOSITION OF TRACY HAMMITT                    June 13, 2019

Page 8

1       A.  Springfield, Illinois.

2       Q.  Did you ever meet Tiffany Rusher in, at

3   Lincoln --

4       A.  No.

5       Q.  -- Prairie.

6           Okay.  What was your job at Lincoln

7   Prairie Behavioral Health Center?

8       A.  Nurse.

9       Q.  Do you have any kind of, do you consider

10  yourself having any specialty in any particular kind

11  of medicine or nursing?

12      A.  No.

13      Q.  What kind of care did you provide at Lincoln

14  Behavioral Health Center?

15      A.  I dispensed medications, conducted group

16  therapy, monitored signs and symptoms of drug and

17  alcohol withdrawal, routine laboratory testing.

18      Q.  Anything else?

19      A.  Not that I can think of.

20      Q.  How long were you there?

21      A.  I believe three years.

22      Q.  What is your professional license?

23      A.  I'm a Licensed Practical Nurse.

24      Q.  When did you receive your license, what

Page 9

1  year?

2      A.  1996.

3      Q.  Where did you work prior to Lincoln Prairie?

4      A.  St. John's Hospital Pediatric Intensive Care

5  Unit.

6      Q.  How long did you work there?

7      A.  I worked at St. John's in Pediatrics from

8  1996 until I began working at Lincoln Prairie, and I

9  began working at, in Pediatrics in a general floor,

10 then was moved to Intensive Care.

11     Q.  Did you receive any, so you, you conduct

12 group therapy at Lincoln Prairie Behavioral Health

13 Center, right?

14     A.  In relation to healthcare.

15     Q.  Okay.  Yeah, tell me what that, tell,

16 describe the therapy?

17     A.  It was adolescent, we taught them about

18 hygiene.

19     Q.  Okay.

20     A.  And menstrual cycles and hormones.  Good

21 exercise practices.  Good dietary practices.  All

22 related to healthcare not mental health group therapy.

23     Q.  Okay.  And what is your job title at

24 Sangamon Country Jail?

**DEPOSITION OF TRACY HAMMITT**               **June 13, 2019**

1     A.   I'm a Licensed Practical Nurse.

2     Q.   What are your duties there?

3     A.   I dispense medication, draw labs, carry out

4  whatever Doctors orders are ordered by the physician.

5     Q.   Do you remember Tiffany Rusher?

6     A.   Yes.

7     Q.   You on, do you remember receiving a call

8  about Tiffany Rusher from McFarland Mental Health

9  Center on the day that Tiffany arrived at the Jail?

10    A.   Somewhat.

11    Q.   Okay.

12                    (Hammitt Exhibit 1 marked for

13                     identification by the Court

14                     Reporter.)

15    Q.   I'm showing you Plaintiff's Production

16  011171 and is that your handwriting on that --

17    A.   Yes, it is.

18    Q.   -- document.

19         Okay.  So you wrote this entry in the

20  narrative progress note?

21    A.   Yes.

22    Q.   And do you recollect, what do you

23  recollection about receiving that phone call from a

24  Nurse at McFarland that's reflected on this note here?

**DEPOSITION OF TRACY HAMMITT**                     **June 13, 2019**

Page 11

1        A.   A note from the staff at McFarland for

2   continuance of care relating to some warnings that

3   they had noted while she was in their care.

4        Q.   Did you understand her to be, have suicide

5   risk factors present when she arrived at the Sangamon

6   County Jail and you got that phone call?

7        A.   I don't recall and with reading the note I

8   don't notice any notation of that at the time until we

9   received paper records.

10        Q.   What did you do with this note once you made

11   it in her, in Tiffany's chart?

12        A.   What did I do with this note?

13        Q.   Yeah.  Did you, did you pass it, you talk to

14   anybody about that note after you made it in her

15   chart?

16        A.   I don't recall.

17        Q.   Was there any the, on the note that you,

18   that you record that she has a history of swallowing

19   large food items to asphyxiate self in past, correct?

20        A.   That's correct.

21        Q.   A history of Pica and asphyxia for sexual

22   satisfaction.  I actually went up a little bit in the

23   chart, you noted that, correct?

24        A.   Yes.

DEPOSITION OF TRACY HAMMITT                    June 13, 2019

Page 12

1       Q.   You noted that she was previously on

2  one-on-one care while at McFarland, correct?

3       A.   Yes.

4       Q.   What does, what did that mean one-on-one

5  care?

6       A.   That she was monitored by one staff member.

7       Q.   Constantly?

8       A.   Previously.

9       Q.   Does that mean that --

10      A.   Sometime in the past.

11      Q.   Okay.  And would that one-on-one care mean

12  constant, a constant monitoring?

13      A.   It doesn't specify.

14      Q.   And did you pass along any of that

15  information onto -- well, first of all, was there

16  Mental Health Staff at Sangamon County Jail at that

17  time?

18      A.   Yes.

19      Q.   And who was that person?

20      A.   Mickey.

21      Q.   Did you pass this information onto Mickey

22  Shmikler?

23      A.   I don't recall.

24      Q.   Was there any practice or procedure that you

Page 13

1   were trained to do with respect to this, receiving

2   this kind of information about an Inmate?

3           A.  We communicate with the Doctor, the Doctor

4   and Mental Health any needs as they present.

5   Everybody is very unique and individualized.  If

6   there's someone with a particular need, we work

7   together.

8           Q.  I apologize for getting up, I'm a little

9   tired, I think.

10                  You, but you don't what, with respect

11  to this particular note, when you got this, who did

12  you go to talk to about it, if anyone, who did you

13  communicate with?

14          A.  I don't recall.

15          Q.  Who would you have gone to?  When you said

16  that you would communicate with the Doctor who would

17  that person be?  What was would your practice be?

18          A.  Every situation is unique, it would depend

19  upon the needs.

20          Q.  Do you know whether you communicated this

21  information to anybody other than putting it down on

22  her chart?

23          A.  Not by the note.

24          Q.  Do any of those, anything that you noted in

Page 14

1   that chart indicate to you that Tiffany had suicide

2   risk factors?

3        A.   From the information provided by McFarland

4   she had risk, risky behaviors, maybe attention seeking

5   behaviors.   I can only go by what they told me to

6   watch for.

7        Q.   Do, at, when you got, when you got that

8   information on that date, did you have any concern

9   that Tiffany would be at risk for suicide just based

10  on this information?

11       A.   I would be concerned that she would be an at

12  risk person that shouldn't be in general population.

13       Q.   Okay.

14       A.   Due to behavior.

15       Q.   And at risk due to risk to herself?

16       A.   Or others.

17       Q.   Or others.

18            And what, was there any procedure that

19  you understood you were to follow when you believed

20  that somebody was at risk at that time?

21       A.   Upon Intake the Officers performed

22  questionnaires and the Booking Officer performs a

23  questionnaire, and some of the questions are in

24  regards to their mental state, and a person can be

DEPOSITION OF TRACY HAMMITT                    June 13, 2019

Page 15

1    placed as a High Risk, they can be High Risk Medical,

2    they can be High Risk Mental Health, they can be both.

3         Q.  Was Tiffany placed on High Risk when she was

4    booked, do you know?

5         A.  I don't recall from this note alone.  I do

6    remember her being High Risk.

7         Q.  Do, do you have specific memories of

8    treating Tiffany for any medical issues while she was

9    at Sangamon County Jail?

10        A.  Yes.

11        Q.  Okay.  What are your memories, what do you

12   remember?

13        A.  I remember giving her medication.  I

14   remember that she had an orthopedic boot or a cast.  I

15   remember her being HIV positive.

16        Q.  Do you remember --

17        A.  -- that's all I recall at this point.

18        Q.  Do you remember any, do you have a specific

19   memory of any incident where Tiffany engaged in any

20   self harm behavior or gestures?

21        A.  I do recall that she had multiple attention

22   seeking behaviors consistent with a personality

23   disorder.

24        Q.  Did you consider any of those attention

ASSSOCIATED COURT REPORTERS
1-800-252-9915

DEPOSITION OF TRACY HAMMITT          June 13, 2019

Page 16

1  seeking behaviors well, describe those, describe those

2  attention seeking behaviors that you recall?

3       A.  I can't say specifically without looking at

4  notes.

5       Q.  Were any of them, did any of them pose a

6  serious risk to her?

7       A.  While I was present I don't believe there

8  would have been anything that was more serious than

9  anything she had done in the past.  So routine for her

10  because she's unique, that was her normal state.

11       Q.  Did you consider her to be suicidal while

12  she was incarcerated?

13       A.  I can't predict what her state of mind was.

14       Q.  Right.  Did you consider her though, I'm

15  asking you what was your opinion at the time did you

16  consider her to be a person who was at risk of suicide

17  or suicidal?

18       A.  I would say that she would be at risk for

19  any type of self harm, whether it be suicidal, I don't

20  know, because I don't know what she was thinking at

21  the time.

22       Q.  Uh-huh.  Were you, did you receive any

23  training in Mental Health issues from ACH at any time?

24       A.  We provide medications for people.  We can

**DEPOSITION OF TRACY HAMMITT**                    **June 13, 2019**

Page 17

1    write notes about observations.  We can place people

2    on High Risk, if they make a statement to us or we

3    have concerns mostly we refer to Mental Health to

4    evaluate and treat or make suggestions to the Doctor

5    for treatment.  We carry out what the Doctor orders.

6           Q.  And what -- when do you refer somebody to

7    Mental Health under what circumstances?

8           A.  If I feel that they have some reason to pose

9    a threat to themselves or others.  Change of

10   condition.  If they request it.

11          Q.  Did you ever occasion, do you recollect ever

12   communicating with Mental Health about Tiffany Rusher

13   while she was at prison?

14          A.  I am sure we did, I can't recall any

15   specifics.

16          Q.  Okay.  Was it your understanding that she

17   was under the care or like of Mickey Shmikler while

18   she was incarcerated there?

19          A.  Yes.

20          Q.  Knowing that would you, if you had, if you

21   observed something that you considered to indicate a

22   potential Mental Health risk would you have, what

23   would you have done would you have communicated that

24   with Mr. Shmikler in any way?

**DEPOSITION OF TRACY HAMMITT**                    **June 13, 2019**

Page 18

1      A.  I can't recall specifics, I can tell you it

2  is our normal practice that if we notice anything, any

3  change of condition, anything unusual we report that

4  to Mental Health.

5      Q.  Okay.  And when you do that do you record it

6  in the patient's chart?

7      A.  We try to, sometimes communication is done

8  in passing.

9      Q.  Do you, do you, the charting is obviously

10 important, right?

11     A.  Yes.

12     Q.  Did you receive any training, I asked this

13 earlier gave me a sort of a slightly different

14 although helpful answer, I'm wondering if ACH since

15 you came to work there has provided you with any

16 formal trainings about issues related to mental health

17 or suicide risk?

18     A.  They have.

19     Q.  Okay.  And what kind, what format like was

20 it a live presentation, was it a PowerPoint, you

21 flipped through on a computer, what kind of training

22 did you get?

23     A.  We've had had, I guess you would consider it

24 like computer based learning.

June 13, 2019

Page 19

1          Q.   And what were the subjects relevant when was

2     the last time that you did that kind of training?

3          A.   Annually.

4          Q.   And does that training cover suicide risk

5     factors?

6          A.   Yes.

7          Q.   Is it, have you ever watched a video like of

8     a video present by Doctor Caldwell or Doctor Norman

9     Johnson relating to those issues?

10         A.   Not a video, only things on the computer.

11         Q.   Did you have to take a test after the

12    training?

13         A.   I believe so.

14         Q.   And does the training provide you with any,

15    is there any specific protocol you're supposed to

16    follow when, if you have any concerns that a

17    particular patient has exhibited, has Mental Health

18    concerns you have concerns about a patient's Mental

19    Health?

20         A.   I would say every patient is very unique and

21    so a direct protocol that's going to be cut and dry

22    for every person it's not going to work that way.

23    It's not a cookie cutter one person may have very

24    specific needs.

**DEPOSITION OF TRACY HAMMITT**                                    **June 13, 2019**

Page 20

1      Q.   Are you aware of whether Tiffany Rusher was

2   receiving any kind of Mental Health treatment at

3   Sangamon County Jail?

4      A.   Yes, Mickey.

5      Q.   And what kind of treatment was she receiving

6   from Mickey?

7      A.   I don't know, I am not absolutely sure what

8   all they do.  I would say he does a Mental Health

9   assessment, makes recommendations, those notes then

10  get forwarded to the Doctor.

11     Q.   And do you know whether Tiffany Rusher was

12  receiving any therapy?

13     A.   I believe that was talk therapy, coping

14  skills.

15     Q.   On what basis do you believe that like what,

16  what evidence?

17     A.   That's pretty common with people and with

18  the length of time that she was there I can speculate

19  that that's what he talked with her about.

20     Q.   Did you ever directly observe him providing

21  this conversation with Tiffany?

22     A.   I recall him being at her cell frequently

23  but to tell you exactly what was being said I can't.

24     Q.   Okay.

DEPOSITION OF TRACY HAMMITT                    June 13, 2019

Page 21

1          A.    I believe she did have extensive therapy at

2     McFarland and they released her to us when they felt

3     that she had reached her maximum potential.

4          Q.    Was that your understanding from, how did --

5          A.    They wouldn't have released her from a

6     Mental Health facility if she had Mental Health

7     concerns.

8          Q.    Do you know why she was booked at Sangamon

9     County Jail?

10         A.    Battery.

11         Q.    Battery.  Do you know where the battery?

12         A.    Not specifically.  I believe it was while

13    she was in custody at McFarland.

14         Q.    But it's your understanding that they would

15    not have released her to Jail if they had concerns

16    about --

17         A.    Correct, because McFarland can provide

18    forced medications if they felt necessary, the Jail

19    does not provide forced medications unless Court

20    ordered and McFarland released her to Sangamon County

21    Jail because they felt that they had done everything

22    for her.

23         Q.    Is there anything other than forced

24    medication that a person who is severely mentally ill

**DEPOSITION OF TRACY HAMMITT**                    **June 13, 2019**

Page 22

1   might need for treatment?

2          A.  At McFarland?

3          Q.  (Nod Affirmatively).  Is there anything --

4          A.  I can't specify exactly what McFarland

5   provides to them, but McFarland is the place that

6   someone would go to who had extensive issues or were

7   acutely ill.

8               So it's my understanding that they

9   wouldn't release to the public someone who they could

10  treat.

11         Q.  And on what basis do you have that

12  understanding?

13         A.  Because that's where people are ordered to

14  go for treatment.

15         Q.  Do you think that Tiffany was acutely

16  mentally ill when was at Sangamon County Jail?

17         A.  No.

18         Q.  Why not?

19         A.  I believe she had a personality disorder and

20  I don't believe there was any time that there was an

21  acute mental illness where she was catatonic or having

22  delusions or paranoid or showing behaviors that are

23  consistent with mental illness versus a personality

24  disorder.

DEPOSITION OF TRACY HAMMITT                    June 13, 2019

Page 23

1     Q.   Is it your understanding that she was

2  diagnosed with personality disorder?

3     A.   I do believe she was.

4     Q.   Did she have any other diagnosis in her

5  Mental Health history?

6     A.   I believe she was sexually assaulted PTSD by

7  family member.

8          She had problems associating with

9  others.  Issues of abandonment.  Problems with

10  disassociating with like getting along with others.

11  She would mimic other behaviors of other people.

12     Q.   Were you aware that --

13     A.   She didn't show any signs of psychosis in

14  that she wasn't manic when I recall seeing her.

15     Q.   You don't have, I think you said earlier you

16  don't have any specialization in --

17     A.   No.

18     Q.   -- Mental Health training?

19     A.   No.

20     Q.   And it isn't any kind of since coming to

21  Sangamon County Jail you've received training in

22  suicide risk factors, correct?  I think you said --

23     A.   That was the question you had asked.  I've

24  had some PowerPoint presentations computer based

Page 24

1   learning.

2       Q.  Were you familiar with any of the, did you

3   know that Tiffany was taking antipsychotic medication

4   when she was at the prison?

5       A.  I don't recall what medication she was

6   taking at prison.

7               We weren't given her prison records, I

8   don't believe.

9       Q.  Oh, thank you, at the Jail.

10              Were you aware she was taking

11  antipsychotic medications?

12      A.  I would have to review her record, do you

13  have that?

14      Q.  Well, I could give the record but it's quite

15  big.

16              We can, let me find some specific

17  pages, but I'm more, I guess what I'm curious is, is

18  to whether the, if she was on Depakote, Thorazine,

19  Prazosin, for example?

20      A.  I couldn't tell you off the top of my head

21  what her actual med list was, I don't recall without

22  looking that up.

23      Q.  Right.  And I'm not asking you to know that

24  or to memorize that.

Page 25

1      A.   But now with the exception of Thorazine,

2  Prazosin can also be used for other things as well

3  blood pressure, PTSD, sexual assault, insomnia.

4           You can also use Depakote it's an old

5  antiseizure medication also sometimes used for

6  agitation and impulsive behaviors, sleep --

7      Q.   Do you know --

8      A.   -- ticks, tremors.

9      Q.   Did she have ticks or tremors?

10     A.   I don't recall.

11     Q.   Okay.  What, if any, what duties did you

12  have with respect to Mental Health care and treatment

13  at Sangamon County Jail?

14     A.   In regards to Mental Health?

15     Q.   Uh-huh.

16     A.   My responsibilities are primarily Medical, I

17  provide medication.  I evaluate patients, take vital

18  signs, they are Medical needs.  Mental Health we can

19  refer to the Mental Health person and then they did

20  make recommendations to the Doctor and then the Doctor

21  may recommend certain medications or certain treatment

22  referrals.

23     Q.   Did you participate in sick call or, excuse

24  me, med pass?

DEPOSITION OF TRACY HAMMITT                    June 13, 2019

                                                    Page 26

1        A.   Yes.

2        Q.   Distribute out medication and if patients

3    refused medication you would have to, you would fill

4    out a Medical Refusal Form, correct?

5        A.   Yes.

6        Q.   And what would, would you pass that form

7    along to the Doctor responsible for the patient?

8        A.   Yes.

9        Q.   Did you ever, have you ever communicated to

10   a Doctor that you were concerned that a particular

11   patient was missing too many psychiatric medications?

12       A.   Yes, frequently we communicate with the

13   Doctor in regards to medication compliance.

14            Obviously as an adult they have the

15   right to refuse, we can't force medications.  Would we

16   voice a concern about it, we could, we would tell the

17   Doctor and then it would be their choice what they

18   want to do with it, whether discontinue the

19   medication, change the medication.  It varies person

20   by person.

21       Q.   Were you aware that Tiffany swallowed

22   nonfood items while she was at Sangamon County Jail

23   like a toothbrush, for example, do you recollect?

24       A.   I believe that she had been diagnosed with

Page 27

1    Pica and she had issues with swallowing food items or

2    nonfood items, sorry.

3         Q.  Did you consider that to be suicidal

4    behavior?

5              Let me mark an exhibit.  We can talk

6    about one specifically I think it's your handwriting

7    on it so it's not a memory test.

8                   (Hammitt Exhibit 2 marked for

9                    identification by the Court

10                   Reporter.)

11        Q.  I'm marking as Hammitt 2 Plaintiff's

12   Production 10932, which I think is a progress note

13   from January 29th, 2017, is that your handwriting?

14        A.  Yes.

15        Q.  Okay.  Do you remember making this note?

16        A.  Yes, well, now, yes.

17        Q.  Okay.  And it says at the top subjective

18   complaint, CO gave Inmate toothbrush and immediately

19   swallowed it, is that correct?

20        A.  Yes.

21        Q.  Do you remember when this happened?

22        A.  Not specifically.

23        Q.  Okay.

24              MS. POWELL:  What was the date

DEPOSITION OF TRACY HAMMITT                    June 13, 2019

Page 28

1   on it again?

2                    MS. CHARDON:   January 29th,

3   2017, would you like a copy?

4                    MS. POWELL:   Yeah.

5        Q.   Did you consider this to be evidence of a

6   suicide risk when this happened?

7        A.   I can't speculate what her motivation was,

8   but I have documented here that she stated in her own

9   words that she wished she could go to the hospital

10  because they have soda and good food, which sounds

11  like someone who was looking forward to the future in

12  an effort and hope to have soda and food not someone

13  who was going to deprive themselves of soda and food

14  in an effort to harm themselves.

15       Q.   And any of your trainings at through ACH

16  have you been taught that it's important to treat all

17  self harm attempts seriously?

18       A.   Absolutely.

19       Q.   And you would agree with that that, that

20  even if a self harm attempt is made for manipulative

21  reasons, you still need to treat it seriously?

22       A.   Yes.   And we sent her to the emergency room

23  it looks as though.

24       Q.   Was there anything that you did with respect

**DEPOSITION OF TRACY HAMMITT**                    June 13, 2019

Page 29

1   to Mental Healthcare treatment in response to this

2   episode?

3        A.   Yes, we sent her to Memorial Medical Center

4   who does have staff there that treats and evaluates

5   for Mental Health.  If they have concerns they have a

6   team of professionals that will evaluate people and

7   admit them if they feel that there is a need.  And

8   then they contact us and let us know that they've been

9   admitted.

10       Q.   So does ACH rely on those people in the ER

11  as their, as --

12       A.   It's a team of individuals throughout the

13  community they go to the hospitals, that's their job.

14  It's a team of individuals that, that the emergency

15  room staff alerts when they, there is an issue of

16  possible self harm.

17       Q.   There is Medical Staff at the Jail as well,

18  right?

19       A.   Right, but we referred her to the hospital.

20       Q.   Did you do that, did you send her

21  psychiatric history along with her to the hospital?

22       A.   We don't send a full chart to the hospital;

23  however, they would know if she had swallowed

24  something that they could ask her those questions.  It

1    might, and I can't speak for them, but it might flag

2    something for them.

3              Most likely when someone intentionally

4    does something like that and we referred them that

5    would be something that they could look into.

6         Q.   Did anybody actually communicate with the ER

7    at, what was the ER that she went to?

8         A.   Memorial Medical Center.

9         Q.   Did anybody communicate with Memorial

10   Medical Center?

11        A.   I don't recall from this note.

12        Q.   And if it, if that did happen, it would be

13   documented, right?

14        A.   Not necessarily.

15        Q.   You're the second person that's told me that

16   that the ER staff could evaluate Tiffany for

17   psychiatric --

18        A.   They do with many other people.

19        Q.   And I'm just trying to understand if ACH is

20   relying on that as is there any psychiatric, is there

21   anyway that you can as a medical treatment provider at

22   Sangamon County Jail can you refer her directly to

23   psychiatric treatment?

24        A.   I can refer her to our Mental Health person,

Page 31

1  I can send her to the hospital if I have concerns.  I

2  can, you know, have our Doctor evaluate her.

3       Q.  Here she was sent to the hospital because

4  she had a fork, a toothbrush in her stomach, right?

5       A.  She was sent to be evaluated.

6       Q.  Did she have a, did, she ingested a

7  toothbrush, right?

8       A.  Yes, intentional ingestion of a foreign

9  body.

10       Q.  And that posed risk to her internal organs,

11  correct?

12       A.  It potentially could.

13       Q.  Okay.  And that's why she was sent to the

14  ER, right?

15       A.  Yes, for that.

16       Q.  Yeah, it wasn't for psychiatric.  There was

17  no notation sent to the ER, sent for emergency psych

18  evaluation, correct?

19       A.  I don't quite understand the question.

20       Q.  Was she sent for a psychiatric purpose or

21  because there was concern about the, that there was a

22  toothbrush in her organs?

23       A.  And I can't speak on behalf of the hospital

24  but if I --

**DEPOSITION OF TRACY HAMMITT**                    **June 13, 2019**

Page 32

1      Q.   I'm asking for the ACH not the hospital why

2   did ACH send her?

3      A.   I sent her to be evaluated and treated for

4   an episode of purposely ingesting an item.  Did they

5   call GI possibly, but I didn't specifically tell them

6   I'm sending her because I want a gastro, you know, a

7   gastroenterologist to evaluate her.  It's their

8   position to perform an assessment, and then they

9   contact the specialist that they feel necessary.

10             So because it says to Memorial ER it

11   doesn't have to specifically say for psychiatric

12   purposes or for gastroenterology to evaluate her

13   stomach because she ingested a foreign body.  They

14   perform an assessment and then they contact the

15   specialist that they feel necessary.

16             Now if she had swallowed the toothbrush

17   and the toothbrush eroded her esophagus and she may

18   need to see a GI Doctor there could be a variety of

19   specialists she may need to see, radiologists for a CT

20   Scan or an X-ray, but we didn't specifically say to

21   Memorial Hospital to see a radiologist.  It wasn't for

22   a specific testing, it was for emergency treatment.

23      Q.   Right.  And to be clear it was emergency

24   treatment because she swallowed a toothbrush that

Page 33

1   presents an emergent health risk?

2        A.  Correct.

3        Q.  And that is why she went to the ER --

4        A.  Yes.

5        Q.  -- that was the emergent health risk that

6   sent her?

7        A.  Yes.

8        Q.  Was the fact that she physically swallowed a

9   toothbrush --

10        A.  Correct.

11        Q.  -- Correct.

12             It was not your intent in writing this

13   referral to send her for a psychiatric ER?

14        A.  I definitely --

15                  MS. POWELL:  I object to the

16   form of the question because she already answered it

17   and she already said she sent them for assessment, a

18   complete assessment which it included anything that

19   the emergency room people deemed necessary.  She said

20   that twice.

21        Q.  Your understanding, that isn't exactly what

22   I'm asking or you're not answering what I'm asking.

23             Your understanding at the time was that

24   Tiffany could receive psychiatric treatment at the ER,

DEPOSITION OF TRACY HAMMITT                    June 13, 2019

Page 34

1   correct?

2        A.  I understand that they have a team of

3   psychiatric people --

4        Q.  Right?

5        A.  -- who are there to evaluate her.

6        Q.  And if they notice psychiatric red flags

7   that made her thing that she was in danger they would

8   recognize her or treat them was that your

9   understanding?

10       A.  Correct.

11       Q.  But was that your purpose in sending her to

12  the ER?

13       A.  I, my purpose was to provide her with the

14  best care that I could while she was in my custody.

15  If I felt that it was something that needed additional

16  help that I would send her to the hospital that would

17  provide her with whatever needs she had.

18       Q.  Is it your testimony today that you referred

19  her to the ER for psychiatric reasons?

20       A.  I could say it was multi-fold.

21       Q.  Did you ever record those psychiatric

22  referral reasons in any record?

23       A.  I don't recall.

24       Q.  If you had referred her for psychiatric

Page 35

1    reasons to have an emergent psychiatric evaluation,

2    that should go into the Medical chart, right?

3         A.  I am only guessing here because based on

4    this note it looks like she was sent to the emergency

5    room for an emergency, so the likelihood of me sitting

6    down and writing that was probably not my main

7    objective.

8         Q.  Well, do you ever recall a single

9    instance -- Tiffany visited outside hospitals more

10   than once during her stay, right?

11        A.  I do believe.

12        Q.  Do you ever recall a single instance where

13   she was sent out for psychiatric reasons without and

14   not with some attendant physical harm?

15        A.  I don't recall.

16        Q.  Okay.  And do you have any evidence that in

17   the document you're looking at that you sent her for a

18   psychiatric referral or communicated to any Doctor at

19   Memorial that she had a psychiatric, you had concerns

20   that she needed emergent psychiatric evaluation?

21        A.  I still don't quite understand what you're

22   asking because I sent her to the hospital and felt

23   that whatever needs that they felt that she had they

24   would address.

**DEPOSITION OF TRACY HAMMITT**                          **June 13, 2019**

Page 36

1      Q.   And the reason why you sent her to the

2  hospital is because she had swallowed a toothbrush,

3  right?

4      A.   I would say that behavior was abnormal for

5  most, and that I was hoping that they would treat it

6  whether it caused physical harm or she required

7  psychiatric treatment that was according to their

8  assessment.

9      Q.   Has anybody at ACH, is there any protocol or

10  training that you've received, have you ever talked to

11  anybody, I'm sorry, at Sangamon County Jail or ACH

12  about the possibility of sending a person to the ER

13  for psychiatric evaluation?

14      A.   I've sent people to the emergency room for

15  psychiatric evaluation.  I have refused people from

16  Intake for psychiatric evaluations.

17      Q.   Okay.  And can you give me, so in those

18  examples you wrote on the referral I'm guessing

19  psychiatric evaluation?

20      A.   I can't say specifically, however I can say

21  I've sent people more often than not with change of

22  condition or to rule out.  I can't speculate that

23  someone is necessarily having a psychiatric issue.  I

24  can tell whether or not they may be unstable upon

DEPOSITION OF TRACY HAMMITT                    June 13, 2019

Page 37

1  admission into the Jail.

2      Q.  What was the procedure if you had concerns

3  about a psychiatric issue within or purely with no

4  attendant physically harm there was a protocol that

5  you were suppose to follow within Sangamon County

6  Jail, right?

7      A.  If I had someone with mental illness.

8      Q.  No, my question if you had concerns about

9  psychiatric concerns about a patient you'd refer those

10 people to Mental Health, correct?

11     A.  Yes.

12     Q.  That is the, that's the process that you

13 follow, right?

14     A.  Yes.

15     Q.  And then Mental Health refers those people

16 to psychiatrist or to Doctors as they she see fit?

17     A.  Correct.  A physician or we can continue

18 their same meds if they come to us on medications or

19 change their medications as needed.

20     Q.  So that's what the process looks like when

21 somebody when you have a Psychiatric Mental Health

22 concern that's the process in place, you refer to

23 Mental Health within Sangamon County Jail, right?

24     A.  Correct.

DEPOSITION OF TRACY HAMMITT                    June 13, 2019

Page 38

1        Q.   And it Sangamon County Jail is offering

2   Mental Health services at this time it was through

3   Mickey Shmikler, correct?

4        A.   Correct.

5        Q.   Okay.  So the purpose of this referral was

6   not a Mental Health only referral this was a referral

7   to the, to the Memorial Medical Center was because she

8   swallowed a toothbrush, correct?

9        A.   And she had a toothbrush --

10                     MS. POWELL:  Object to the form

11   of the question mischaracterizes her testimony.

12        Q.   Your testimony that this is a Mental Health

13   referral?

14                     MS. POWELL:  Objection, form of

15   the question.

16        A.   It's my testimony that she was sent to

17   emergency room for treatment.

18        Q.   Okay.  The, did you ever have any

19   conversations with anybody at Sangamon County Jail

20   about Tiffany needing, whether or not Tiffany needed

21   psychiatric treatment that couldn't be provided at the

22   Jail?

23        A.   I don't recall.

24        Q.   Did you have any concerns that Tiffany

**DEPOSITION OF TRACY HAMMITT**                    **June 13, 2019**

Page 39

1  needed psychiatric treatment that couldn't be provided

2  at the Jail?

3       A.  I don't recall.

4       Q.  You don't know that, you don't recall ever

5  having concerns that Tiffany needed psychiatric

6  treatment that couldn't be provided at the Jail?

7       A.  I primarily give medications, do vital

8  signs, provide for Medical needs and Mental Health

9  concerns would be through the Physician and Mental

10  Health.

11       Q.  Ummm --

12       A.  I am not a Mental Health expert like you

13  said.  We refer that to Mickey or whoever the Mental

14  Health professional is and send them to the emergency

15  room for evaluation if need be.

16       Q.  Would you first send the person to Mickey

17  Shmikler or discuss your concerns with Mickey

18  Shmikler?

19       A.  It would depend on how acute.  There are

20  situations that are very acute that if it were three

21  o'clock in the morning and he was not there we would

22  send someone.

23       Q.  So I'm just trying to make sure that I, so

24  my question was this, I, because, you know, this is my

**DEPOSITION OF TRACY HAMMITT**                    June 13, 2019

Page 40

1    chance to find out all your memories that you have

2    about these issues.

3              And so my question was do you, did you

4    have any conversation was anybody at Sangamon County

5    Jail about whether Tiffany needed psychiatric

6    treatment that wasn't provided at the Jail, do you

7    remember any such conversation?

8         A.  I don't recall.

9         Q.  Okay.  Do you, did you have any conversation

10   that you recall with Mr. Shmikler about Tiffany?

11        A.  I don't recall.

12        Q.  Do you recall overhearing anybody talk about

13   whether Tiffany needed to see a psychiatrist?

14        A.  I don't recall.

15        Q.  Do you recall any -- did you -- what was

16   supposed to happen, a patient was -- actually no, I

17   already covered that.

18              Do you have any memories of

19   conversations that you had with Tiffany specific

20   conversations?

21        A.  I can't remember absolute specific

22   conversations I recall her behavior often not

23   concurrent with her stated claims.

24        Q.  Can you give me an example of that?  What

DEPOSITION OF TRACY HAMMITT                    June 13, 2019

Page 41

1   you mean by that?

2        A.   She would have an affect that was not

3   concurrent with what she claimed she felt.  She would

4   often act jovial in inappropriate times, a lack of

5   empathy.  Had difficulty communicating with others

6   spoke a lot about insecurities.  Spoke frequently

7   about abuse, PTSD.

8        Q.   What specifically did she tell you about

9   abuse or PTSD?

10       A.   She said that she had been abused by her

11   father, I recall that, and she had mentioned having

12   difficulty being accepted by others because she was a

13   sex offender and had some issues with children and

14   that that had been looked down upon.

15            She also would occasionally behave in a

16   manner younger than her stated age.

17            She would mimic others behaviors and

18   speech patterns.  She was often attention seeking.

19       Q.   You said earlier that she wasn't empathetic

20   for others to, towards others, I think?

21       A.   (Nod Affirmatively).

22       Q.   That, can you give me an example of that?

23       A.   She would laugh when others are crying.

24       Q.   Was she, who was she around that was crying?

Page 42

1      A.   If there were noises in Booking that were

2   similar to that.

3      Q.   Okay.  Did you ever have concerns for your

4   physical safety around her?

5      A.   Me personally, no.  I think that she could

6   have the potential to cause physical harm.  We're

7   always cautious with any of the Inmates.  We don't

8   know what they could be capable of, but being that I

9   work with them seven days a week I would say no.

10     Q.   Did Tiffany ever ask you to write or ask you

11  to write letters for her?

12     A.   She would often ask everyone to write

13  letters.  She never had visits or phone calls so her

14  writing letters to other people I believe was her only

15  way of communicating.  She never received any letters

16  I don't believe but she would often ask, I typically

17  didn't have time to do it.

18     Q.   Can I stop you, how would you know if she

19  received letters?

20     A.   How would I know if she had received

21  letters?

22     Q.   Yeah, you just said --

23     A.   When if, if they're in a High Risk type of

24  cell and it's someone who has maybe less items allowed

**DEPOSITION OF TRACY HAMMITT**                    **June 13, 2019**

Page 43

```
 1   within their cell they generally put it on the
 2   outside.  In our cell areas people who receive letters
 3   or photos or colored pictures are oftentimes will
 4   display them even if they are in the High Risk cell if
 5   they receive things from outside source it can get
 6   taped into the outside of the window.  I've never
 7   known Tiffany to have anything like that.  And I think
 8   with her insecurities and I'm just speculating if she
 9   had received something like that she most likely would
10   have displayed it.
11        Q.  Okay.
12        A.  And I don't recall ever seeing her
13   displaying any items like that.
14        Q.  And you never wrote a letter on her behalf,
15   I think you said?
16        A.  I don't believe I had.
17        Q.  Do you know anybody else who did?
18        A.  Kate definitely did several times and I
19   remember with me I would, I would find books and put
20   them in the window and she would read a page at a time
21   especially like if we were doing med pass or something
22   and I think other people Officers might have done
23   that, too.  Just something to, to do, but I don't
24   believe I ever wrote letters.
```

**DEPOSITION OF TRACY HAMMITT**                    **June 13, 2019**

Page 44

```
 1        Q.  What was she reading, what would you let her
 2   read?
 3        A.  I don't recall.  They have an assortment
 4   they have a library of books so basically it could be
 5   anything.
 6        Q.  I'm just like how long could, how many pages
 7   could you get through in at a time?
 8        A.  I can't even guess but with Officers passing
 9   and other people it's possible that you can get
10   through quite a few.  I've known people who finished
11   entire books in a day.
12        Q.  Through the essence of people putting them
13   up?
14        A.  Yes.
15        Q.  Would you, have you ever seen, Tiffany was
16   in High Risk for the majority of her time there, is
17   that consistent with your recollection?
18        A.  I do believe so.
19        Q.  Have you seen other Inmates in High Risk
20   observations cells for that equivalent or longer
21   length of time for, at Sangamon County Jail?
22        A.  Yes, I believe so.  Frequently there is a
23   long extended amount of time that we wait for
24   placement into a Mental Health facility for someone
```

**DEPOSITION OF TRACY HAMMITT**                    **June 13, 2019**

Page 45

1   might be found unfit for trial and then we wait for

2   what seems like an eternity for a bed to become

3   available at a Mental Health facility.  Or I've had

4   others housed alone for longer than that because of

5   being immunosuppressed.

6              Being on chemotherapy, for instance we

7   had a gentleman who was by himself for much longer.

8   So there is, can be a variety of reasons why someone

9   might be housed alone.  And we've had people housed

10  alone for that amount of time if not longer.

11       Q.  Is there any formal procedure we need to go

12  that you in terms of documentation if somebody is put

13  on restraints for Mental Health or Medical health

14  reasons?

15       A.  Restraints?

16       Q.  Yes, physical restraints?

17       A.  We have a restraint checklist.

18       Q.  And what is that?

19       A.  We check circulation, sensation and mobility

20  to their extremities.  So we would make sure that

21  nothing is too tight.

22              We, you know, monitor the skin so we do

23  that usually when one is placed in like, let's say a

24  restraint chair because that's typically what it is

DEPOSITION OF TRACY HAMMITT                    June 13, 2019

Page 46

1  for us, or even handcuffs.  Handcuffs, you know, we

2  will check if there are any injuries, abrasions or

3  anything.

4       Q.  And in terms of documenting the length of

5  time that they are in the restraints is there any

6  process or requirement pertaining to that?

7       A.  I can't say specifically it's on the

8  checklist.  Most likely people are out of the

9  restraints without there being a long period of time.

10       Q.  Would that be something that would be sort

11  of under the auspice of Mental Health to determine how

12  long people are in restraints or is there a Medical

13  issue?

14       A.  It would depend upon the situation.  Are

15  they causing physical harm to themselves, to others.

16  It would be all very specific to the situation.

17       Q.  And I noticed frequently there are a lot of

18  records, and so I actually have them if there is

19  anything that you want to look at, but I'm trying

20  to -- so, ask my questions without having to mark too

21  many exhibits.

22            There were financial records of sick

23  calls which are in her file which are sort of mark

24  costs for sick call or X-rays and they would be signed

**DEPOSITION OF TRACY HAMMITT**                           **June 13, 2019**

Page 47

 1  by a provider as well.  Are there any published

 2  policies or protocols pertaining to or, I'm sorry, any

 3  published, any written policies pertaining to the

 4  determination of how or when to charge Inmates for

 5  Medical care, how does that work?

 6      A.  Costs are facility specific, so when I go

 7  and work other County Jails the costs can vary and

 8  it's determined sort of like a copay at your

 9  physician.

10          Now when someone is indigent or lacks

11  funds we never refuse care.  They will always get

12  care.  They can go negative.  They cannot have money

13  on the books and we're not going to say we won't see

14  you.  But depending on where I'm at the costs can

15  vary.

16      Q.  Did you know where Tiffany was getting money

17  to pay for her copays or her financial charges?  Did

18  you ever talk to her about it?

19      A.  No, I don't believe so.  I can tell you that

20  I don't pay any attention to patient accounts like I

21  have no access to know how much money they have

22  available to them.  Like I don't have a running

23  account of their balance.  So it makes no difference

24  to me I'm not on commission so I don't get anything

DEPOSITION OF TRACY HAMMITT          June 13, 2019

Page 48

1    from it.

2         Q.   Did you have any responsibilities or

3    authority, well, you have no authority to, ability to

4    prescribe medication as an LPN, correct?

5         A.   No, only Physicians or Nurse Practitioners.

6         Q.   You don't have any, it's almost the same

7    question but humor me you don't have any

8    responsibilities with respect to determination of

9    proper prescriptions or anything like that?

10        A.   We submit them to the pharmacy, but I don't

11   write prescriptions.

12        Q.   Okay.  Would you agree that overt

13   manipulation might actually be a risk factor for

14   suicide in the long term?

15        A.   I would say any at risk behavior could have

16   a number of different consequences.

17        Q.   Have you ever been trained as part of your

18   professional training at ACH that that at risk

19   behavior even if motivated by manipulative intentions

20   can present a real actual risk for suicide?

21        A.   I would say more risky than if you didn't

22   have at risk behaviors but it's difficult to answer.

23        Q.   Have you ever been trained to recognize

24   manipulative harming behaviors as a potential warning

DEPOSITION OF TRACY HAMMITT                    June 13, 2019

Page 49

1  sign for suicide risk?

2      A.  If I had concerns about someone harming

3  themselves I would contact Mental Health.  I ask

4  people do you feel like you're going to hurt yourself,

5  and I refer people to the professionals.  I primarily

6  work as Medical.

7      Q.  And I'm really asking just specifically

8  whether you had training on that issue any kind of

9  formal on that issue of, of how to treat manipulative

10  harming behaviors with respect to suicide risk?

11      A.  I would say no primarily because I would

12  refer any kind of behavioral personality, Mental

13  Health issues to Mental Health.

14              Now if it's relation to the boot on her

15  foot that's, that's my area and I wouldn't expect

16  Mental Health to try to give me their opinion about

17  her boot on her foot because that's not their area.

18  So you're asking me questions that are not my

19  expertise.

20      Q.  (Nod Affirmatively).  Okay.  And your

21  practice is refer those issues to Mental Health?

22      A.  Correct.

23      Q.  Okay.  Thank you, I think --

24      A.  Or to the hospital like in this case.

DEPOSITION OF TRACY HAMMITT                          June 13, 2019

Page 50

```
1        Q.  Are you aware of whether she got any
2   psychiatric treatment at any outside hospital while
3   she was at Sangamon County Jail?
4        A.  I don't recall.
5        Q.  Did you know at that time?
6        A.  I can't say now what I would know at the
7   time because I don't recall.
8        Q.  Did you ever follow-up with the hospital
9   regarding whether they had provided her any kind of
10  psychiatric evaluation?
11       A.  I don't recall they send us records and make
12  recommendations.
13                  MS. CHARDON:  Okay, thank you.
14  I'm done.
15                  MS. POWELL:  I don't have any
16  questions.
17                  CROSS EXAMINATION CONDUCTED
18                  BY MS. WIRTH:
19       Q.  Earlier you testified that if you noted a
20  change of condition that you would report that to
21  Mental Health and Miss Chardon asked you if you would
22  chart that when you made the report to Mental Health
23  and you said that communications sometimes happens in
24  passing, can you, I guess define that a little further
```

DEPOSITION OF TRACY HAMMITT                    June 13, 2019

Page 51

1   for us like what did you mean by that?  What types of

2   situation would that happen where you weren't able to

3   chart a report that you made to Mental Health?

4        A.   If Mental Health is with someone and I say

5   Mickey, you need to also ask her about this situation

6   because this happened over the weekend.  That would be

7   communication with Mental Health.  And I might not

8   necessarily have a note about having told Mickey about

9   that situation but asked him to address it if we were

10  face-to-face, and that, that can happen.

11            If Mickey asked us particular questions

12  and we responded that's communication, but I might not

13  document another note when I know that Mickey is

14  writing something because he would write as referenced

15  by Nursing or by Medical, or so there maybe other ways

16  of communicating someone's needs without there being

17  an actual Nurse's note specifying it.

18       Q.   Got it.

19            MS. WIRTH:  Okay, thanks that

20  was all I had.

21

22

23

24

**DEPOSITION OF TRACY HAMMITT**                    **June 13, 2019**

Page 52

```
 1   STATE OF ILLINOIS      )
     COUNTY OF CHRISTIAN     )
 2

 3

                          CERTIFICATE
 4

 5        I, Cathy J. Craggs, CSR and RPR,

 6   affiliated with Associated Court Reporters,

 7   P.O. Box 684, Taylorville, Illinois, do hereby

 8   certify that I reported in shorthand the

 9   foregoing proceedings and the foregoing is a

10   true and correct transcript of my shorthand

11   notes.

12        I further certify that I am in no

13   way related to or associated with any of the

14   parties or attorneys involved herein, nor am I

15   financially interested in the action.

16

17

18

19                    _____

20                    CATHY J. CRAGGS CSR, RPR

21                    CSR License No. 084-002703

22

23   Dated this 21st day of July, 2019.

24
```

DEPOSITION OF TRACY HAMMITT                    June 13, 2019

Page 53

## A

**abandonment** 23:9
**ability** 48:3
**able** 51:2
**abnormal** 36:4
**Abraham** 1:10 3:15
**abrasions** 46:2
**absolute** 40:21
**absolutely** 20:7 28:18
**abuse** 41:7,9
**abused** 41:10
**accepted** 41:12
**access** 47:21
**account** 47:23
**accounts** 47:20
**ACH** 16:23 18:14 28:15 29:10 30:19 32:1,2 36:9,11 48:18
**act** 41:4
**action** 52:15
**actual** 24:21 48:20 51:17
**acute** 22:21 39:19,20
**acutely** 22:7,15
**add** 7:8
**additional** 34:15
**address** 35:24 51:9
**ADMINISTR...** 1:4
**admission** 37:1
**admit** 29:7
**admitted** 29:9
**adolescent** 9:17
**adolescents** 7:22
**adult** 26:14
**Advanced** 1:9 3:15
**affect** 41:2

**affiliated** 52:6
**Affirmatively** 22:3 41:21 49:20
**afternoon** 5:7
**age** 41:16
**ages** 7:23
**agitation** 25:6
**agree** 28:19 48:12
**alcohol** 8:17
**alerts** 29:15
**Alexis** 3:3
**Ali** 5:9
**ALLEN** 3:6
**allowed** 42:24
**amount** 44:23 45:10
**ANDREWS** 1:4
**ANN** 1:5
**Annually** 19:3
**answer** 6:17,18 6:24 7:6 18:14 48:22
**answered** 33:16
**answering** 33:22
**answers** 2:11
**antipsychotic** 24:3,11
**antiseizure** 25:5
**anybody** 11:14 13:21 30:6,9 36:9,11 38:19 40:4,12 43:17
**anyway** 30:21
**apologize** 6:23 13:8
**APPEARAN...** 3:1
**Appeared** 3:5,9 3:15
**appropriate** 6:21
**area** 49:15,17
**areas** 43:2

**arrived** 10:9 11:5
**Arun** 1:10 3:15
**asked** 18:12 23:23 50:21 51:9,11
**asking** 16:15 24:23 32:1 33:22,22 35:22 49:7,18
**asphyxia** 11:21
**asphyxiate** 11:19
**assault** 25:3
**assaulted** 23:6
**assessment** 20:9 32:8,14 33:17 33:18 36:8
**associated** 1:22 52:6,13
**associating** 23:8
**assortment** 44:3
**attached** 1:21
**attempt** 28:20
**attempts** 28:17
**attendant** 35:14 37:4
**attention** 14:4 15:21,24 16:2 41:18 47:20
**Attorney** 3:4,7
**attorneys** 2:3 5:10 52:14
**auspice** 46:11
**authority** 48:3,3
**available** 45:3 47:22
**Avenue** 3:4,8
**aware** 20:1 23:12 24:10 26:21 50:1

## B

**B** 4:5
**balance** 47:23

**Barr** 1:9 3:9
**based** 14:9 18:24 23:24 35:3
**basically** 44:4
**basis** 20:15 22:11
**battery** 21:10,11 21:11
**Beck** 1:9 3:9
**bed** 45:2
**began** 9:8,9
**behalf** 3:5,9,15 31:23 43:14
**behave** 41:15
**behavior** 14:14 15:20 27:4 36:4 40:22 48:15,19
**behavioral** 7:19 7:20 8:7,14 9:12 49:12
**behaviors** 14:4 14:5 15:22 16:1,2 22:22 23:11 25:6 41:17 48:22,24 49:10
**believe** 5:19 8:21 16:7 19:13 20:13,15 21:1,12 22:19 22:20 23:3,6 24:8 26:24 35:11 42:14,16 43:16,24 44:18 44:22 47:19
**believed** 14:19
**best** 6:17 7:10 34:14
**Betsy** 3:12
**big** 24:15
**bit** 11:22
**blood** 25:3
**body** 31:9 32:13

**booked** 15:4 21:8
**Booking** 14:22 42:1
**books** 43:19 44:4,11 47:13
**boot** 15:14 49:14,17
**Bouvet** 1:12 3:9
**Box** 1:23 52:7
**break** 6:22,24

## C

**Caldwell** 19:8
**call** 10:7,23 11:6 25:23 32:5 46:24
**called** 5:2
**calls** 42:13 46:23
**capable** 42:8
**care** 8:13 9:4,10 11:2,3 12:2,5 12:11 17:17 25:12 34:14 47:5,11,12
**carry** 10:3 17:5
**case** 49:24
**cast** 15:14
**catatonic** 22:21
**Cathy** 1:17 2:9 6:13 52:5,20
**cause** 42:6
**caused** 36:6
**causing** 46:15
**cautious** 42:7
**cell** 20:22 42:24 43:1,2,4
**cells** 44:20
**Center** 7:19,21 8:7,14 9:13 10:9 29:3 30:8 30:10 38:7
**CENTRAL** 1:2
**certain** 25:21,21

DEPOSITION OF TRACY HAMMITT                     June 13, 2019

Page 54

CERTIFICA... 52:3
certify 52:8,12
CERULO 1:19 2:7 3:12
chair 45:24
chance 7:3 40:1
change 17:9 18:3 26:19 36:21 37:19 50:20
Chardon 3:3,3 4:13 5:6,9 28:2 50:13,21
charge 47:4
charges 47:17
chart 11:11,15 11:23 13:22 14:1 18:6 29:22 35:2 50:22 51:3
charting 18:9
check 45:19 46:2
checklist 45:17 46:8
chemotherapy 45:6
Chicago 3:5
children 7:23 41:13
choice 26:17
CHRISTIAN 52:1
circulation 45:19
circumstances 17:7
claimed 41:3
claims 40:23
clean 6:15
clear 32:23
colored 43:3
come 37:18
coming 5:11

23:20
commission 47:24
common 20:17
communicate 13:3,13,16 26:12 30:6,9
communicated 13:20 17:23 26:9 35:18
communicating 17:12 41:5 42:15 51:16
communication 18:7 51:7,12
communicatio... 50:23
community 29:13
competent 2:18
complaint 27:18
complete 7:6 33:18
compliance 26:13
computer 18:21 18:24 19:10 23:24
concern 14:8 26:16 31:21 37:22
concerned 14:11 26:10
concerns 17:3 19:16,18,18 21:7,15 29:5 31:1 35:19 37:2,8,9 38:24 39:5,9,17 42:3 49:2
concurrent 40:23 41:3
condition 17:10 18:3 36:22 50:20

conduct 9:11
conducted 5:6 8:15 50:17
consequences 48:16
consider 8:9 15:24 16:11,14 16:16 18:23 27:3 28:5
considered 17:21
consistent 15:22 22:23 44:17
constant 12:12 12:12
Constantly 12:7
contact 29:8 32:9,14 49:3
continuance 11:2
continue 37:17
conversation 20:21 40:4,7,9
conversations 38:19 40:19,20 40:22
cookie 19:23
copay 47:8
copays 47:17
copies 2:19
coping 20:13
copy 28:3
correct 5:16 7:8 7:13 11:19,20 11:23 12:2 21:17 23:22 26:4 27:19 31:11,18 33:2 33:10,11 34:1 34:10 37:10,17 37:24 38:3,4,8 48:4 49:22 52:10
Correctional 1:10 3:15

costs 46:24 47:6 47:7,14
Country 9:24
County 1:8 3:10 5:15,17 7:12 11:6 12:16 15:9 20:3 21:9 21:20 22:16 23:21 25:13 26:22 30:22 36:11 37:5,23 38:1,19 40:4 44:21 47:7 50:3 52:1
couple 6:3,12
Court 1:1,22 10:13 21:19 27:9 52:6
cover 19:4
covered 40:17
Craggs 1:17 2:9 52:5,20
CROSS 4:2 50:17
crying 41:23,24
CSR 1:17 2:9 52:5,20,21
CT 32:19
curious 24:17
custody 21:13 34:14
cut 19:21
cutter 19:23
cycles 9:20

**D**
D 4:1
danger 34:7
date 14:8 27:24
Dated 52:23
day 10:9 44:11 52:23
days 42:9
DECEASED 1:5

deemed 33:19
Defendant 3:9 6:5,6
Defendants 1:13
define 50:24
definitely 33:14 43:18
delusions 22:22
Depakote 24:18 25:4
depend 13:18 39:19 46:14
depending 47:14
deposed 5:20
deposition 1:16 2:3,14,15,19
depositions 2:18
deprive 28:13
describe 9:16 16:1,1
determination 47:4 48:8
determine 46:11
determined 47:8
diagnosed 23:2 26:24
diagnosis 23:4
dietary 9:21
difference 47:23
different 18:13 48:16
difficult 48:22
difficulty 41:5 41:12
direct 4:2 5:5 19:21
directly 20:20 30:22
disassociating 23:10
discontinue 26:18
discuss 39:17
disorder 15:23

DEPOSITION OF TRACY HAMMITT

June 13, 2019

Page 55

| | | | | |
|---|---|---|---|---|
| 22:19,24 23:2 | 33:19 35:4,5 | 22:4 33:21 | 41:3 | 46:17 |
| **dispense** 10:3 | 36:14 38:17 | **EXAMINATI...** | **file** 46:23 | **full** 7:6 29:22 |
| **dispensed** 8:15 | 39:14 | 5:5 50:17 | **fill** 26:3 | **funds** 47:11 |
| **display** 43:4 | **emergent** 33:1,5 | **example** 24:19 | **financial** 46:22 | **furnished** 2:20 |
| **displayed** 43:10 | 35:1,20 | 26:23 40:24 | 47:17 | **further** 50:24 |
| **displaying** 43:13 | **empathetic** | 41:22 | **financially** | 52:12 |
| **Distribute** 26:2 | 41:19 | **examples** 36:18 | 52:15 | **future** 28:11 |
| **DISTRICT** 1:1 | **empathy** 41:5 | **exception** 25:1 | **find** 24:16 40:1 | |
| 1:2 | **engaged** 15:19 | **excuse** 25:23 | 43:19 | **― G ―** |
| **Doctor** 13:3,3 | **entire** 44:11 | **exercise** 9:21 | **finish** 6:16,17 | **G** 3:3 |
| 13:16 17:4,5 | **entry** 10:19 | **exhibit** 4:6,6,7 | **finished** 44:10 | **gastro** 32:6 |
| 19:8,8 20:10 | **episode** 29:2 | 10:12 27:5,8 | **first** 12:15 39:16 | **gastroenterol...** |
| 25:20,20 26:7 | 32:4 | **exhibited** 19:17 | **fit** 37:16 | 32:7 |
| 26:10,13,17 | **equivalent** | **exhibits** 4:13 | **flag** 30:1 | **gastroenterol...** |
| 31:2 32:18 | 44:20 | 46:21 | **flags** 34:6 | 32:12 |
| 35:18 | **ER** 29:10 30:6,7 | **expect** 49:15 | **flipped** 18:21 | **general** 9:9 |
| **Doctors** 10:4 | 30:16 31:14,17 | **expense** 2:21 | **floor** 9:9 | 14:12 |
| 37:16 | 32:10 33:3,13 | **experience** 6:13 | **follow** 14:19 | **generally** 43:1 |
| **document** 10:18 | 33:24 34:12,19 | **expert** 39:12 | 19:16 37:5,13 | **gentleman** 45:7 |
| 35:17 51:13 | 36:12 | **expertise** 49:19 | **follow-up** 50:8 | **gestures** 15:20 |
| **documentation** | **eroded** 32:17 | **extended** 44:23 | **follows** 5:4 | **getting** 13:8 |
| 45:12 | **esophagus** 32:17 | **extensive** 21:1 | **food** 11:19 27:1 | 23:10 47:16 |
| **documented** | **especially** 43:21 | 22:6 | 28:10,12,13 | **GI** 32:5,18 |
| 28:8 30:13 | **Esq** 3:3,7,12 | **extremities** | **foot** 49:15,17 | **give** 7:5 24:14 |
| **documenting** | **essence** 44:12 | 45:20 | **force** 26:15 | 36:17 39:7 |
| 46:4 | **estate** 1:5 5:10 | | **forced** 21:18,19 | 40:24 41:22 |
| **doing** 43:21 | **eternity** 45:2 | **― F ―** | 21:23 | 49:16 |
| **draw** 10:3 | **evaluate** 17:4 | **face-to-face** | **foregoing** 52:9,9 | **given** 24:7 |
| **drug** 8:16 | 25:17 29:6 | 51:10 | **foreign** 31:8 | **giving** 15:13 |
| **dry** 19:21 | 30:16 31:2 | **facility** 7:22 | 32:13 | **go** 7:4 13:12 |
| **due** 14:14,15 | 32:7,12 34:5 | 21:6 44:24 | **fork** 31:4 | 14:5 22:6,14 |
| **duly** 5:3 | **evaluated** 31:5 | 45:3 47:6 | **form** 26:4,6 | 28:9 29:13 |
| **duties** 10:2 | 32:3 | **fact** 33:8 | 33:16 38:10,14 | 35:2 45:11 |
| 25:11 | **evaluates** 29:4 | **factor** 48:13 | **formal** 18:16 | 47:6,12 |
| | **evaluation** | **factors** 11:5 | 45:11 49:9 | **going** 19:21,22 |
| **― E ―** | 31:18 35:1,20 | 14:2 19:5 | **format** 18:19 | 28:13 47:13 |
| **E** 3:9 4:1,5 | 36:13,15,19 | 23:22 | **forward** 28:11 | 49:4 |
| **Ealey** 1:12 3:9 | 39:15 50:10 | **familiar** 24:2 | **forwarded** | **good** 5:7 9:20,21 |
| **earlier** 18:13 | **evaluations** | **family** 23:7 | 20:10 | 28:10 |
| 23:15 41:19 | 36:16 | **father** 41:11 | **found** 45:1 | **group** 8:15 9:12 |
| 50:19 | **Everybody** 13:5 | **feel** 6:24 7:5,8 | **foundation** 2:17 | 9:22 |
| **effort** 28:12,14 | **evidence** 20:16 | 17:8 29:7 32:9 | **free** 6:24 7:8 | **guess** 18:23 |
| **emergency** | 28:5 35:16 | 32:15 49:4 | **frequently** | 24:17 44:8 |
| 28:22 29:14 | **exact** 6:2 | **felt** 21:2,18,21 | 20:22 26:12 | 50:24 |
| 31:17 32:22,23 | **exactly** 20:23 | 34:15 35:22,23 | 41:6 44:22 | **guessing** 35:3 |

DEPOSITION OF TRACY HAMMITT                June 13, 2019

Page 56

36:18
**Guy** 1:12 3:9

**H**

**H** 4:5
**H-A-M-M-I-T...**
 5:14
**Hammitt** 1:16
 2:4 4:3,6,7 5:1
 5:14 10:12
 27:8,11
**handcuffs** 46:1
 46:1
**handwriting**
 10:16 27:6,13
**happen** 30:12
 40:16 51:2,10
**happened** 6:10
 27:21 28:6
 51:6
**happens** 50:23
**harm** 15:20
 16:19 28:14,17
 28:20 29:16
 35:14 36:6
 37:4 42:6
 46:15
**harming** 48:24
 49:2,10
**head** 24:20
**health** 7:19,20
 7:22 8:7,14
 9:12,22 10:8
 12:16 13:4
 15:2 16:23
 17:3,7,12,22
 18:4,16 19:17
 19:19 20:2,8
 21:6,6 23:5,18
 25:12,14,18,19
 29:5 30:24
 33:1,5 37:10
 37:15,21,23
 38:2,6,12 39:8
 39:10,12,14

**I**

44:24 45:3,13
45:13 46:11
49:3,13,13,16
49:21 50:21,22
51:3,4,7
**illness** 22:21,23
 37:7
**immediately**
 27:18
**immunosuppr...**
 45:5
**important** 18:10
 28:16
**impulsive** 25:6
**inappropriate**
 41:4
**incarcerated**
 16:12 17:18
**incident** 15:19
**included** 33:18
**indicate** 14:1
 17:21
**indigent** 47:10
**individualized**
 13:5
**individuals**
 29:12,14
**information** 7:5
 12:15,21 13:2
 13:21 14:3,8
 14:10
**ingested** 31:6
 32:13
**ingesting** 32:4
**ingestion** 31:8
**injuries** 46:2
**Inmate** 13:2
 27:18
**Inmates** 42:7
 44:19 47:4
**insecurities** 41:6
 43:8
**insomnia** 25:3
**instance** 1:17
 2:8 5:2 35:9,12
 45:6

**healthcare** 1:10
 3:15 9:14,22
 29:1
**help** 34:16
**helpful** 18:14
**HENDERSON**
 1:19 2:6 3:12
**hereto** 2:16
**HEYL** 3:6
**Hi** 5:8
**High** 15:1,1,2,3
 15:6 17:2
 42:23 43:4
 44:16,19
**history** 11:18,21
 23:5 29:21
**HIV** 15:15
**hope** 28:12
**hoping** 36:5
**hormones** 9:20
**hospital** 9:4
 28:9 29:19,21
 29:22 31:1,3
 31:23 32:1,21
 34:16 35:22
 36:2 49:24
 50:2,8
**hospitals** 29:13
 35:9
**hour** 1:18 2:5
**housed** 45:4,9,9
**humor** 48:7
**hurt** 49:4
**hygiene** 9:18

**I**

**identification**
 10:13 27:9
**III** 1:12 3:9
**ill** 21:24 22:7,16

**Illinois** 1:2,8,20
 1:20,24 2:7,8
 3:5,10,14 8:1
 52:1,7
**illness** 22:21,23
 37:7
**immediately**
 27:18
**immunosuppr...**
 45:5
**important** 18:10
 28:16
**impulsive** 25:6
**inappropriate**
 41:4
**incarcerated**
 16:12 17:18
**incident** 15:19
**included** 33:18
**indicate** 14:1
 17:21
**indigent** 47:10
**individualized**
 13:5
**individuals**
 29:12,14
**information** 7:5
 12:15,21 13:2
 13:21 14:3,8
 14:10
**ingested** 31:6
 32:13
**ingesting** 32:4
**ingestion** 31:8
**injuries** 46:2
**Inmate** 13:2
 27:18
**Inmates** 42:7
 44:19 47:4
**insecurities** 41:6
 43:8
**insomnia** 25:3
**instance** 1:17
 2:8 5:2 35:9,12
 45:6

**Intake** 14:21
 36:16
**Intensive** 9:4,10
**intent** 33:12
**intentional** 31:8
**intentionally**
 30:3
**intentions** 48:19
**interested** 52:15
**internal** 31:10
**interrogatories**
 2:5,10
**involved** 52:14
**issue** 29:15
 36:23 37:3
 46:13 49:8,9
**issues** 15:8
 16:23 18:16
 19:9 22:6 23:9
 27:1 40:2
 41:13 49:13,21
**item** 32:4
**items** 11:19
 26:22 27:1,2
 42:24 43:13

**J**

**J** 1:17 2:9 52:5
 52:20
**Jail** 5:15,18 6:10
 7:12,15 9:24
 10:9 11:6
 12:16 15:9
 20:3 21:9,15
 21:18,21 22:16
 23:21 24:9
 25:13 26:22
 29:17 30:22
 36:11 37:1,6
 37:23 38:1,19
 38:22 39:2,6
 40:5,6 44:21
 50:3
**Jails** 47:7
**January** 27:13

**K**

**Kate** 43:18
**KELLI** 1:4
**kind** 5:24 8:9,10
 8:13 13:2
 18:19,21 19:2
 20:2,5 23:20
 49:8,12 50:9
**know** 7:2,7
 13:20 15:4
 16:20,20 20:7
 20:11 21:8,11
 24:3,23 25:7
 29:8,23 31:2
 32:6 39:4,24
 42:8,18,20
 43:17 45:22
 46:1 47:16,21
 50:5,6 51:13
**Knowing** 17:20
**knowledge** 7:10
**known** 43:7
 44:10
**Kyle** 1:11 3:9

**L**

**L** 2:1
**laboratory** 8:17
**labs** 10:3
**lack** 41:4
**lacks** 47:10

28:2
**Jennifer** 1:12
 3:9
**job** 8:6 9:23
 29:13
**John's** 9:4,7
**Johnson** 19:9
**JOHNSTON**
 1:19 2:6 3:12
**jovial** 41:4
**JR** 1:9
**July** 52:23
**June** 1:18 2:5
 3:1

DEPOSITION OF TRACY HAMMITT                June 13, 2019

Page 57

large 11:19
Larry 1:9 3:9
late 6:23
laugh 41:23
Law 3:4,7
lawsuit 5:11,24
    6:5
learning 18:24
    24:1
length 20:18
    44:21 46:4
let's 45:23
letter 43:14
letters 42:11,13
    42:14,15,19,21
    43:2,24
library 44:4
license 8:22,24
    52:21
Licensed 8:23
    10:1
likelihood 35:5
Lincoln 7:19,20
    8:3,6,13 9:3,8
    9:12
list 24:21
little 6:23 11:22
    13:8 50:24
live 18:20
LLC 3:3
long 5:17 8:20
    9:6 44:6,23
    46:9,12 48:14
longer 44:20
    45:4,7,10
look 30:5 46:19
looked 41:14
looking 16:3
    24:22 28:11
    35:17
looks 28:23 35:4
    37:20
lot 41:6 46:17
LPN 48:4

**M**

M 3:7
M.D 3:15
main 35:6
majority 44:16
making 27:15
manic 23:14
manipulation
    48:13
manipulative
    28:20 48:19,24
    49:9
manner 41:16
mark 27:5 46:20
    46:23
marked 10:12
    27:8
marking 27:11
maximum 21:3
McFarland 10:8
    10:24 11:1
    12:2 14:3 21:2
    21:13,17,20
    22:2,4,5
mean 12:4,9,11
    41:1 51:1
means 6:15
med 24:21 25:24
    43:21
medical 15:1,8
    25:16,18 26:4
    29:3,17 30:8
    30:10,21 35:2
    38:7 39:8
    45:13 46:12
    47:5 49:6
    51:15
medication 10:3
    15:13 21:24
    24:3,5 25:5,17
    26:2,3,13,19
    26:19 48:4
medications
    8:15 16:24
    21:18,19 24:11

25:21 26:11,15
    37:18,19 39:7
medicine 8:11
meds 37:18
meet 8:2
member 12:6
    23:7
Memorial 29:3
    30:8,9 32:10
    32:21 35:19
    38:7
memories 15:7
    15:11 40:1,18
memorize 24:24
memory 15:19
    27:7
menstrual 9:20
mental 7:22
    9:22 10:8
    12:16 13:4
    14:24 15:2
    16:23 17:3,7
    17:12,22 18:4
    18:16 19:17,18
    20:2,8 21:6,6
    22:21,23 23:5
    23:18 25:12,14
    25:18,19 29:1
    29:5 30:24
    37:7,10,15,21
    37:23 38:2,6
    38:12 39:8,9
    39:12,13 44:24
    45:3,13 46:11
    49:3,12,13,16
    49:21 50:21,22
    51:3,4,7
mentally 21:24
    22:16
mentioned
    41:11
Meyer 1:11 3:10
Michael 1:11
    3:15
Mickey 12:20,21

17:17 20:4,6
    38:3 39:13,16
    39:17 51:5,8
    51:11,13
mimic 23:11
    41:17
mind 16:13
mischaracteri...
    38:11
missing 26:11
mobility 45:19
money 47:12,16
    47:21
monitor 45:22
monitored 8:16
    12:6
monitoring
    12:12
morning 39:21
motivated 48:19
motivation 28:7
moved 9:10
multi-fold 34:20
multiple 15:21

**N**

N 2:1 4:1
name 5:9,12
narrative 10:20
nature 6:2
necessarily
    30:14 36:23
    51:8
necessary 21:18
    32:9,15 33:19
need 6:22 7:5
    13:6 22:1
    28:21 29:7
    32:18,19 39:15
    45:11 51:5
needed 34:15
    35:20 37:19
    38:20 39:1,5
    40:5,13
needing 38:20

needs 13:4,19
    19:24 25:18
    34:17 35:23
    39:8 51:16
negative 47:12
never 42:13,15
    43:6,14 47:11
Ninth 3:13
Nod 22:3 41:21
    49:20
nodding 6:19
noises 42:1
nonfood 26:22
    27:2
normal 16:10
    18:2
Norman 19:8
notation 11:8
    31:17
note 10:20,24
    11:1,7,10,12
    11:14,17 13:11
    13:23 15:5
    27:12,15 30:11
    35:4 51:8,13
    51:17
noted 11:3,23
    12:1 13:24
    50:19
notes 16:4 17:1
    20:9 52:11
notice 11:8 18:2
    34:6
noticed 46:17
number 48:16
Nurse 8:8,23
    10:1,24 48:5
Nurse's 51:17
nursing 8:11
    51:15

**O**

O 2:1
o'clock 39:21
oath 5:3

DEPOSITION OF TRACY HAMMITT                June 13, 2019

Page 58

object 33:15
38:10
Objection 38:14
objective 35:7
observations
17:1 44:20
observe 20:20
observed 17:21
obviously 18:9
26:14
occasion 17:11
occasionally
41:15
offender 41:13
offering 38:1
Officer 14:22
Officers 14:21
43:22 44:8
oftentimes 43:3
Oh 24:9
Okay 5:24 6:4
6:12 8:6 9:15
9:19,23 10:11
10:19 12:11
14:13 15:11
17:16 18:5,19
20:24 25:11
27:15,17,23
31:13 35:16
36:17 38:5,18
40:9 42:3
43:11 48:12
49:20,23 50:13
51:19
old 25:4
once 11:10
35:10
one-on-one 12:2
12:4,11
opinion 16:15
49:16
opposed 6:18
oral 2:4,10
ordered 10:4
21:20 22:13

orders 10:4 17:5
organs 31:10,22
orthopedic
15:14
outside 35:9
43:2,5,6 50:2
overhearing
40:12
overt 48:12

**P**

P 2:1
p.m 1:18 2:6
P.O 1:23 52:7
page 4:6 43:20
pages 24:17
44:6
paper 11:9
paranoid 22:22
part 48:17
participate
25:23
particular 8:10
13:6,11 19:17
26:10 51:11
parties 2:2,16
2:20 52:14
party 6:5
pass 11:13 12:14
12:21 25:24
26:6 43:21
passing 18:8
44:8 50:24
patient 19:17,20
26:7,11 37:9
40:16 47:20
patient's 18:6
19:18
patients 25:17
26:2
patterns 41:18
pay 47:17,20
Pediatric 9:4
Pediatrics 9:7,9
pending 7:1

people 16:24
17:1 20:17
22:13 23:11
29:6,10 30:18
33:19 34:3
36:14,15,21
37:10,15 42:14
43:2,22 44:9
44:10,12 45:9
46:8,12 49:4,5
perform 32:8,14
performed
14:21
performs 14:22
period 46:9
person 12:19
13:17 14:12,24
16:16 19:22,23
21:24 25:19
26:19,20 30:15
30:24 36:12
39:16
personality
15:22 22:19,23
23:2 49:12
personally 42:5
pertaining 46:6
47:2,3
pharmacy 48:10
phone 10:23
11:6 42:13
photos 43:3
physical 35:14
36:6 42:4,6
45:16 46:15
physically 33:8
37:4
physician 10:4
37:17 39:9
47:9
Physicians 48:5
Pica 11:21 27:1
pictures 43:3
place 17:1 22:5
37:22

placed 15:1,3
45:23
placement 44:24
Plaintiff 1:6,18
2:8 3:5 5:3,10
6:6
Plaintiff's 10:15
27:11
please 5:13 6:16
6:18,23 7:4
point 15:17
policies 47:2,3
population
14:12
portions 2:15
pose 16:5 17:8
posed 31:10
position 32:8
positive 15:15
possibility 36:12
possible 29:16
44:9
possibly 32:5
potential 17:22
21:3 42:6
48:24
potentially
31:12
Powell 3:7 27:24
28:4 33:15
38:10,14 50:15
PowerPoint
18:20 23:24
Practical 8:23
10:1
practice 12:24
13:17 18:2
49:21
practices 9:21
9:21
Practitioners
48:5
Prairie 7:19,20
8:5,7 9:3,8,12
Prazosin 24:19

25:2
predict 16:13
prescribe 48:4
prescriptions
48:9,11
present 11:5
13:4 16:7 19:8
48:20
presentation
18:20
presentations
23:24
presents 33:1
pressure 25:3
PRETORIOUS
1:19 2:6
PRETORIUS
3:12
pretty 20:17
previously 12:1
12:8
primarily 25:16
39:7 49:5,11
prior 7:16,18
9:3
prison 7:15
17:13 24:4,6,7
probably 6:13
35:6
problems 23:8,9
procedure 12:24
14:18 37:2
45:11
proceedings
52:9
process 37:12,20
37:22 46:6
Production
10:15 27:12
professional
8:22 39:14
48:18
professionals
29:6 49:5
progress 10:20

27:12
proof 2:17
proper 48:9
protocol 19:15
19:21 36:9
37:4
protocols 47:2
provide 8:13
16:24 19:14
21:17,19 25:17
34:13,17 39:8
provided 14:3
18:15 38:21
39:1,6 40:6
50:9
provider 30:21
47:1
provides 22:5
providing 20:20
psych 31:17
psychiatric
26:11 29:21
30:17,20,23
31:16,20 32:11
33:13,24 34:3
34:6,19,21,24
35:1,13,18,19
35:20 36:7,13
36:15,16,19,23
37:3,9,21
38:21 39:1,5
40:5 50:2,10
psychiatrist
37:16 40:13
psychosis 23:13
PTSD 23:6 25:3
41:7,9
public 22:9
published 47:1
47:3
purely 37:3
purpose 2:17
31:20 34:11,13
38:5
purposely 32:4

purposes 32:12
pursuant 1:21
put 43:1,19
45:12
putting 13:21
44:12

Q
question 6:16,24
23:23 31:19
33:16 37:8
38:11,15 39:24
40:3 48:7
questionnaire
14:23
questionnaires
14:22
questions 14:23
29:24 46:20
49:18 50:16
51:11
QUINN 1:19 2:6
3:12
quite 24:14
31:19 35:21
44:10

R
radiologist
32:21
radiologists
32:19
reached 21:3
read 43:20 44:2
reading 2:13
11:7 44:1
real 48:20
really 49:7
reason 17:8 36:1
reasons 28:21
34:19,22 35:1
35:13 45:8,14
recall 5:23 6:2
11:7,16 12:23
13:14 15:5,17
15:21 16:2

17:14 18:1
20:22 23:14
24:5,21 25:10
30:11 34:23
35:8,12,15
38:23 39:3,4
40:8,10,11,12
40:14,15,22
41:11 43:12
44:3 50:4,7,11
receive 8:24
9:11 16:22
18:12 33:24
43:2,5
received 11:9
23:21 36:10
42:15,19,20
43:9
receiving 10:7
10:23 13:1
20:2,5,12
recognize 34:8
48:23
recollect 10:22
17:11 26:23
recollection
10:23 44:17
recollections 7:9
recommend
25:21
recommendat...
20:9 25:20
50:12
record 5:12 6:15
11:18 18:5
24:12,14 34:21
34:22
records 11:9
24:7 46:18,22
50:11
RECROSS 4:2
red 34:6
REDIRECT 4:2
refer 17:3,6
25:19 30:22,24

37:9,22 39:13
49:5,12,21
referenced
51:14
referral 33:13
34:22 35:18
36:18 38:5,6,6
38:13
referrals 25:22
referred 29:19
30:4 34:18,24
refers 37:15
reflected 10:24
Refusal 26:4
refuse 26:15
47:11
refused 26:3
36:15
regarding 50:9
regards 14:24
25:14 26:13
related 9:22
18:16 52:13
relating 11:2
19:9
relation 9:14
49:14
release 22:9
released 21:2,5
21:15,20
relevant 19:1
rely 29:10
relying 30:20
remember 6:13
7:6 10:5,7 15:6
15:12,13,14,15
15:16,18 27:15
27:21 40:7,21
43:19
report 18:3
50:20,22 51:3
reported 52:8
Reporter 2:12
10:14 27:10
Reporters 1:22

52:6
request 17:10
required 36:6
requirement
46:6
respect 13:1,10
25:12 28:24
48:8 49:10
responded
51:12
response 29:1
responsibilities
25:16 48:2,8
responsible 26:7
restraint 45:17
45:24
restraints 45:13
45:15,16 46:5
46:9,12
RETAINED
4:13
review 24:12
right 9:13 16:14
18:10 24:23
26:15 29:18,19
30:13 31:4,7
31:14 32:23
34:4 35:2,10
36:3 37:6,13
37:23
risk 11:5 14:2,4
14:9,12,15,15
14:20 15:1,1,2
15:3,6 16:6,16
16:18 17:2,22
18:17 19:4
23:22 28:6
31:10 33:1,5
42:23 43:4
44:16,19 48:13
48:15,18,20,22
49:1,10
risky 14:4 48:21
room 28:22
29:15 33:19

DEPOSITION OF TRACY HAMMITT                    June 13, 2019

Page 60

| | | | | |
|---|---|---|---|---|
| 35:5 36:14 | 31:1 32:2 | 51:5,9 | 28:7 36:22 | 39:23 45:20 |
| 38:17 39:15 | 33:13 34:16 | situations 39:20 | speculating 43:8 | swallowed 26:21 |
| routine 8:17 | 39:14,16,22 | skills 20:14 | speech 41:18 | 27:19 29:23 |
| 16:9 | 50:11 | skin 45:22 | spoke 41:6,6 | 32:16,24 33:8 |
| ROYSTER 3:6 | sending 32:6 | sleep 25:6 | Springfield 1:20 | 36:2 38:8 |
| RPR 1:17 2:9 | 34:11 36:12 | slightly 18:13 | 2:7 3:14 8:1 | swallowing |
| 52:5,20 | sensation 45:19 | soda 28:10,12 | Springfield,Ill... | 11:18 27:1 |
| rule 36:22 | sent 28:22 29:3 | 28:13 | 3:8 | sworn 5:3 |
| running 47:22 | 31:3,5,13,17 | somebody 14:20 | St 9:4,7 | symptoms 8:16 |
| Rusher 1:5 8:2 | 31:17,20 32:3 | 17:6 37:21 | staff 11:1 12:6 | |
| 10:5,8 17:12 | 33:6,17 35:4 | 45:12 | 12:16 29:4,15 | **T** |
| 20:1,11 | 35:13,17,22 | someone's 51:16 | 29:17 30:16 | T 2:1,1 4:5 |
| | 36:1,14,21 | Somewhat | starting 6:23 | T-R-A-C-Y 5:14 |
| **S** | 38:16 | 10:10 | state 14:24 | take 6:22,24 |
| S 2:1 4:5 | serious 16:6,8 | sorry 27:2 36:11 | 16:10,13 52:1 | 19:11 25:17 |
| safety 42:4 | seriously 28:17 | 47:2 | stated 28:8 | taken 1:16 2:4 |
| Sangamon 1:8 | 28:21 | sort 18:13 46:10 | 40:23 41:16 | 2:11 |
| 3:10 5:15,17 | services 38:2 | 46:23 47:8 | statement 17:2 | talk 6:15 11:13 |
| 7:12 9:24 11:5 | seven 42:9 | sounds 28:10 | STATES 1:1 | 13:12 20:13 |
| 12:16 15:9 | severely 21:24 | source 43:5 | stay 35:10 | 27:5 40:12 |
| 20:3 21:8,20 | sex 41:13 | South 1:20 2:7 | stipulated 2:2 | 47:18 |
| 22:16 23:21 | sexual 11:21 | 3:4,13 | stipulation 1:21 | talked 20:19 |
| 25:13 26:22 | 25:3 | speak 30:1 | stomach 31:4 | 36:10 |
| 30:22 36:11 | sexually 23:6 | 31:23 | 32:13 | taped 43:6 |
| 37:5,23 38:1 | Shmikler 1:11 | specialist 32:9 | stop 42:18 | taught 9:17 |
| 38:19 40:4 | 3:16 12:22 | 32:15 | Street 1:20 2:7 | 28:16 |
| 44:21 50:3 | 17:17,24 38:3 | specialists 32:19 | 3:13 | Taylorville 1:24 |
| satisfaction | 39:17,18 40:10 | specialization | subjective 27:17 | 52:7 |
| 11:22 | shorthand 2:11 | 23:16 | subjects 19:1 | team 29:6,12,14 |
| says 27:17 32:10 | 52:8,10 | specialty 8:10 | submit 48:10 | 34:2 |
| Scan 32:20 | show 23:13 | specific 15:7,18 | suggestions 17:4 | tell 9:15,15 18:1 |
| second 30:15 | showing 10:15 | 19:15,24 24:16 | suicidal 16:11 | 20:23 24:20 |
| see 32:18,19,21 | 22:22 | 32:22 40:19,21 | 16:17,19 27:3 | 26:16 32:5 |
| 37:16 40:13 | sick 25:23 46:22 | 46:16 47:6 | suicide 11:4 | 36:24 41:8 |
| 47:13 | 46:24 | specifically 16:3 | 14:1,9 16:16 | 47:19 |
| seeing 23:14 | sign 49:1 | 21:12 27:6,22 | 18:17 19:4 | term 48:14 |
| 43:12 | signed 46:24 | 32:5,11,20 | 23:22 28:6 | terms 45:12 |
| seeking 14:4 | signing 2:13 | 36:20 41:8 | 48:14,20 49:1 | 46:4 |
| 15:22 16:1,2 | signs 8:16 23:13 | 46:7 49:7 | 49:10 | test 19:11 27:7 |
| 41:18 | 25:18 39:8 | specifics 17:15 | Suite 3:13 | testified 5:4 |
| seen 44:15,19 | similar 42:2 | 18:1 | suppose 37:5 | 50:19 |
| self 11:19 15:20 | single 35:8,12 | specify 12:13 | supposed 19:15 | testimony 7:3 |
| 16:19 28:17,20 | sitting 35:5 | 22:4 | 40:16 | 34:18 38:11,12 |
| 29:16 | situation 13:18 | specifying 51:17 | sure 7:3,4,9 | 38:16 |
| send 29:20,22 | 46:14,16 51:2 | speculate 20:18 | 17:14 20:7 | testing 8:17 |

32:22
**thank** 5:11 6:21
 24:9 49:23
 50:13
**thanks** 51:19
**therapy** 8:16
 9:12,16,22
 20:12,13 21:1
**thereof** 2:16
**Theresa** 3:7
**thing** 34:7
**things** 19:10
 25:2 43:5
**think** 7:11 8:19
 13:9 22:15
 23:15,22 27:6
 27:12 41:20
 42:5 43:7,15
 43:22 49:23
**thinking** 16:20
**Thorazine** 24:18
 25:1
**threat** 17:9
**three** 8:21 39:20
**ticks** 25:8,9
**Tiffany** 5 8:2
 10:5,8,9 14:1,9
 15:3,8,19
 17:12 20:1,11
 20:21 22:15
 24:3 26:21
 30:16 33:24
 35:9 38:20,20
 38:24 39:5
 40:5,10,13,19
 42:10 43:7
 44:15 47:16
**Tiffany's** 11:11
**tight** 45:21
**time** 11:8 12:17
 14:20 16:15,21
 16:23 19:2
 20:18 22:20
 33:23 38:2
 42:17 43:20

44:7,16,21,23
 45:10 46:5,9
 50:5,7
**times** 41:4 43:18
**tired** 13:9
**title** 9:23
**today** 5:11 7:10
 34:18
**told** 14:5 30:15
 51:8
**toothbrush**
 26:23 27:18
 31:4,7,22
 32:16,17,24
 33:9 36:2 38:8
 38:9
**top** 24:20 27:17
**Tracy** 1:16 2:4
 4:3 5:1,14
**trained** 13:1
 48:17,23
**training** 16:23
 18:12,21 19:2
 19:4,12,14
 23:18,21 36:10
 48:18 49:8
**trainings** 18:16
 28:15
**transcribed**
 2:12
**transcript** 52:10
**treat** 17:4 22:10
 28:16,21 34:8
 36:5 49:9
**treated** 32:3
**treating** 15:8
**treatment** 17:5
 20:2,5 22:1,14
 25:12,21 29:1
 30:21,23 32:22
 32:24 33:24
 36:7 38:17,21
 39:1,6 40:6
 50:2
**treats** 29:4

**tremors** 25:8,9
**trial** 7:4 45:1
**true** 52:10
**try** 6:14 18:7
 49:16
**trying** 30:19
 39:23 46:19
**twice** 33:20
**type** 16:19 42:23
**types** 51:1
**typically** 42:16
 45:24

**U**

**U** 2:1
**Uh-huh** 16:22
 25:15
**Ummm** 39:11
**understand** 11:4
 30:19 31:19
 34:2 35:21
**understanding**
 17:16 21:4,14
 22:8,12 23:1
 33:21,23 34:9
**understood**
 14:19
**unfit** 45:1
**unique** 13:5,18
 16:10 19:20
**Unit** 9:5
**UNITED** 1:1
**unstable** 36:24
**unusual** 18:3
**use** 25:4
**usually** 45:23

**V**

**varies** 26:19
**variety** 32:18
 45:8
**vary** 47:7,15
**verbally** 6:18
**versus** 22:23
**video** 19:7,8,10
**visited** 35:9

**visits** 42:13
**vital** 25:17 39:7
**VOELKER** 3:6
**voice** 26:16
**vs** 1:7

**W**

**Wabash** 3:4,8
**wait** 44:23 45:1
**WAIVED** 2:14
**want** 7:2 26:18
 32:6 46:19
**warning** 48:24
**warnings** 11:2
**wasn't** 23:14
 31:16 32:21
 40:6 41:19
**watch** 14:6
**watched** 19:7
**way** 17:24 19:22
 42:15 52:13
**ways** 51:15
**we're** 6:23 42:6
 47:13
**we've** 18:23
 45:9
**week** 42:9
**weekend** 51:6
**WEIL** 3:3
**went** 11:22 30:7
 33:3
**weren't** 24:7
 51:2
**Wes** 1:9 3:9
**Whitley** 1:11
 3:10
**window** 43:6,20
**Wirth** 3:12
 50:18 51:19
**wished** 28:9
**withdrawal** 8:17
**witness** 2:11 4:2
 5:2 6:7,8
**wondering**
 18:14

**words** 28:9
**work** 5:15 6:10
 7:15,18 9:3,6
 13:6 18:15
 19:22 42:9
 47:5,7 49:6
**worked** 5:17 9:7
**working** 7:12
 9:8,9
**wouldn't** 21:5
 22:9 49:15
**write** 17:1 42:10
 42:11,12 48:11
 51:14
**writing** 33:12
 35:6 42:14
 51:14
**written** 47:3
**wrote** 10:19
 36:18 43:14,24

**X**

**X** 4:1,5
**X-ray** 32:20
**X-rays** 46:24

**Y**

**Yeah** 9:15 11:13
 28:4 31:16
 42:22
**year** 9:1
**years** 6:3,12
 8:21
**younger** 41:16

**Z**

**Z** 1:11
**Zach** 3:10

**0**

**011171** 10:16
**084-002703**
 52:21

**1**

**1** 4:6 10:12

DEPOSITION OF TRACY HAMMITT                          June 13, 2019

| | |
|---|---|
| **1-5** 1:12 | **9** |
| **1-800-252-9915** | **9th** 1:20 2:7 |
| 1:23 | |
| **1:18-cv-1100-...** | |
| 1:6 | |
| **10** 4:6 | |
| **102** 3:13 | |
| **10932** 27:12 | |
| **13** 1:18 2:5 3:1 | |
| **17** 7:23 | |
| **1996** 9:2,8 | |
| **2** | |
| **2** 4:7 27:8,11 | |
| **2011** 5:19 7:13 | |
| 7:18 | |
| **2017** 27:13 28:3 | |
| **2019** 1:18 2:5 | |
| 3:1 52:23 | |
| **21st** 52:23 | |
| **27** 4:7 | |
| **29th** 27:13 28:2 | |
| **3** | |
| **3:45** 1:18 2:5 | |
| **333** 3:4 | |
| **3731** 3:8 | |
| **4** | |
| **4** 7:23 | |
| **400** 1:20 2:7 | |
| 3:13 | |
| **5** | |
| **5** 4:3 | |
| **50** 4:3 | |
| **6** | |
| **60604** 3:5 | |
| **62568** 1:24 | |
| **62701** 3:14 | |
| **62791-9678** 3:8 | |
| **684** 1:23 52:7 | |
| **7** | |
| **8** | |