DEPOSITION OF DOCTOR ARUN ABRAHAM

June 14, 2019

Page 131

1  a discharge summary from McFarland, was there a

2  discharge summary from McFarland Mental Health Center

3  in the record that you reviewed?

4      A.  Yes.

5      Q.  Okay.  Did you, would you have reviewed

6  that, did you review that back in December of 2016?

7      A.  No.

8      Q.  No.  When was the first time that you

9  reviewed that?

10      A.  I don't remember when but it would have been

11  yeah, it wasn't prior to my visiting with her.

12      Q.  Okay.  Was it prior to her death?

13      A.  I believe so.

14      Q.  Okay.  Was it, so she --

15      A.  And but I don't want to say that, I would

16  have to see the discharge.

17      Q.  Record to know?

18      A.  Yeah.

19      Q.  Okay.  And you, but you did review, you

20  spent 5 or 6 hours in preparation, you're saying if

21  you could look at Medical, the McFarland discharge

22  record it might remind you if you reviewed it at that

23  time?

24      A.  It might.  At the time of when?  Prior to

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 132

1    her death or at the time prior to this, this visit?

2         Q.  Well, I think we got an answer for that.  I

3    think you don't, you do not believe you reviewed it

4    prior to this visit?

5         A.  No.

6         Q.  And then yeah, my question is then when you

7    first reviewed it?

8         A.  And I said, I don't remember.

9         Q.  Okay.  And if you looked at the record, it

10   might refresh your memory?

11        A.  It might.

12        Q.  Okay.  When you reviewed the record in

13   preparation for the deposition, did you read the

14   McFarland discharge summary?

15        A.  I did.

16        Q.  And did it refresh your recollection at that

17   time as to whether you had known about it during the

18   course of your treatment with Tiffany while she was

19   alive?

20        A.  That was almost three weeks ago, so I don't

21   want to say, I mean I know we discussed it, but I

22   don't --

23                    MR. MADDOX:  You've answered

24   the question.

Page 133

1          Q.  Yeah.  Okay.  Well, we can maybe take a

2     break and I can pull it up.

3                    Would it have been important to you, to

4     if you knew that that discharge summary was in the,

5     her Medical record is that something that you think

6     would be important to read?

7          A.  If I see, if, I don't know until I see it

8     and you don't know if something is important until you

9     see it.

10          Q.  You have seen it now though?

11          A.  Uh-huh.

12          Q.  Correct?

13          A.  Uh-huh.

14          Q.  And you would have, you need to read it?

15          A.  I would have liked, to, yeah.

16          Q.  So if it was part of her chart, is it

17     something you would have read?

18          A.  If it was brought to my attention and put in

19     my mailbox.

20          Q.  Okay.  So that's how you would have read it?

21          A.  Correct.

22          Q.  Do you know whether anybody brought it to

23     your attention and put it in your mailbox?

24          A.  Not that I remember.

Page 134

1      Q.  And when you, you were reviewing the Medical

2   record did you see any note that the discharge summary

3   was brought to your attention and put in your mailbox?

4      A.  I did not.

5      Q.  Do you know whether Mickey Shmikler read the

6   McFarland discharge summary?

7      A.  I do not.

8      Q.  Okay.  Did you know that somebody from

9   McFarland made a phone call to Sangamon County Jail

10  the Medical on the day that Tiffany was admitted or

11  booked at the prison --

12     A.  I don't know.

13     Q.  -- or around there.  Okay.

14          Did you see in your review of the

15  record a note regarding a phone call from McFarland,

16  recording a phone call from a practitioner at

17  McFarland regarding Tiffany?

18     A.  I don't remember seeing that, no.

19     Q.  And so you, is that something you would have

20  read if it had been called to your attention when you

21  were treating Tiffany?

22     A.  Probably.

23     Q.  Would you have wanted to know about her

24  psychiatric history?

DEPOSITION OF DOCTOR ARUN ABRAHAM                              June 14, 2019

Page 135

1      A.   I wanted as much information as is provided

2  to me.  As any information somebody gives me is

3  helpful in the care of a patient.

4      Q.   Is putting information like that in the

5  Medical records is that a way of providing it to you?

6      A.   No.

7      Q.   Okay.  And how does this, I think you

8  mentioned if it's put in your mailbox that's the way

9  of providing it to you?

10     A.   Correct.

11     Q.   Or if it's, is there any other way of

12 providing it to you?

13     A.   Yeah, they give it to me when I walk into

14 the facility or yeah, it's, there is the back table

15 and my mailbox.

16          The back table is where all

17 documentation they need me to review is for that day

18 because something is urgent or emergent and then

19 mailbox is routine review of documents.

20     Q.   Okay.  So sitting here today you don't know

21 well, you have no recollection of ever reviewing a

22 note about a phone call from McFarland regarding

23 Tiffany?

24     A.   No.

1       Q.  And sitting here today you don't know when

2   you first reviewed Tiffany McFarland's discharge

3   summary, correct?

4       A.  Correct.

5       Q.  And you don't know whether you reviewed it

6   before she engaged in the strangulation that lead to

7   her death on March 17th?

8       A.  I don't, no.

9       Q.  You read it now though, correct?

10      A.  Yes, I had reviewed it.

11      Q.  Okay.  Is that something that knowing now

12  what you, what's in it is that something that would

13  have been important to you to know it existed when you

14  were treating Tiffany back in 2017?

15      A.  Like I said any piece of medical information

16  is important and relevant to any patient care as all

17  care is individualized and there is no standards.

18  It's individualized care so the more information you

19  have about a patient.

20      Q.  If you had known it was in, did you go

21  looking in the record for it when you were treating

22  her for her history?

23      A.  No, because that would entail me going

24  through 400 patients every single week.  It's not

Page 137

1    something that is routinely, you know.

2         Q.  Whose job, if anybody, whose job was it to,

3    to review Tiffany's medical history or psychiatric

4    history in her file at Sangamon County Jail?

5         A.  The --

6                   MR. MADDOX:  I just want to

7    object to the form of the question but you can answer.

8         A.  The Medical Staff.

9         Q.  So specifically with respect to the

10   McFarland discharge summary?

11        A.  The Medical Staff.

12        Q.  Who's the Medical Staff specifically, are

13   you Medical Staff?

14        A.  Yes.

15        Q.  Okay.

16        A.  There are a total of there is Nurses, Mental

17   Health Staff, Physicians and Clinicians.

18        Q.  And so, but you didn't review it?

19                   MR. MADDOX:  You know, Counsel,

20   let's stop, okay.  Unfortunately there is no time

21   limit on depositions in Federal Court, but I can

22   certainly object to asked and answered which I think

23   is about the fifth time now, okay.

24                   MS. CHARDON:  Okay.

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

                                                    Page 138

1                      MR. MADDOX:  So can we move on

2    to questions that haven't been asked.

3                      MS. POWELL:  There is a seven

4    hour time limit.

5                      MR. MADDOX:  Okay, well, good,

6    thanks for that.

7                      MS. CHARDON:  There is no, I'm,

8    actually I sympathize with your objection but I am

9    actually trying to get information that I don't

10   understand his answer.  And so I will try to rephrase

11   but I'm not, I don't think it's asked and answered if

12   you don't understand it.

13       Q.   You don't know whether you reviewed the

14   McFarland discharge summary, correct?

15       A.   Correct.

16       Q.   And you would not have reviewed it, you said

17   that you, you personally would not have reviewed it

18   unless it came, was put in your, to your, in your

19   inbox?

20       A.   Unless it was brought to my attention, I

21   would not have reviewed it, correct.

22       Q.   Correct.

23                 And assuming it was in her file while

24   she was there at Sangamon County Jail, assume that for

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

                                                        Page 139

1    me okay, I asked you whether anybody's, it was

2    anybody's job to go and read her file to find it?

3         A.  To find it?

4         Q.  To find it?

5         A.  It has to get filed.

6         Q.  Has to get filed.

7         A.  So somebody received it.

8         Q.  Did somebody, did somebody --

9                      MR. MADDOX:  You asked earlier

10   whose job it was and he said the Medical Staff.  Now

11   do we have to ask this again I mean...

12                     MS. CHARDON:  Well, then he

13   said he's on the medical staff.

14                     MR. MADDOX:  Right.

15        Q.  Is it anybody's job to review Tiffany's

16   Medical history?

17        A.  Yes, the Medical Staff.  There is a team, it

18   is not one responsible person, there is a team

19   involved and that team collaborates.  Some of the team

20   is there everyday, some of that team is there once a

21   week, some of that team is, reviews charts once a

22   month.

23        Q.  And how do you know whether somebody

24   reviewed that McFarland discharge summary?

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

                                                        Page 140

1          A.  How do I know?

2          Q.  Correct.

3          A.  I don't know because I don't know when it

4     was received.  I don't know who received it, I don't

5     know when it was filed, I don't know any of those

6     details.

7          Q.  So you have, is there anyway that you can

8     find out for sure if anybody read Tiffany's McFarland

9     discharge summary?

10         A.  Is there anyway I can go and find out?  I

11    could ask the Medical Staff or I could review the

12    record.

13         Q.  And would it be in the record if somebody

14    had read it?  A notation I read the McFarland

15    discharge summary?

16         A.  No, that would not be said.

17         Q.  And your answer was that in terms, I'm

18    asking if it was everybody's job to read it?

19                    MR. MADDOX:  No, that's not

20    what he said.  Let's take a break, okay.  Why don't we

21    not restructure, come on, you know, Counsel --

22                    MS. CHARDON:  Matt --

23                    MR. MADDOX:  -- he never said

24    it was everybody's job to read it.  Why do you state

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 141

1  that then, I don't understand that frankly.

2                    MS. CHARDON:  Okay, could, take

3  it down a notch, I'm not trying to be aggressive.  I'm

4  trying to understand his answer.

5                    MR. MADDOX:  Well, don't

6  restate his answers incorrectly then, please.  Let's

7  take a break.

8                    MS. CHARDON:  We have a

9  question pending though.

10                    MR. MADDOX:  Oh, okay.

11                    MS. CHARDON:  I'm not trying

12  to, you know, I don't think it's appropriate for you

13  to take -- I am not trying to be -- I'm trying to

14  understand his answer by Medical Staff.

15                    MR. MADDOX:  All right.  All

16  right.  Your question just now was so you're telling

17  me it was everybody's job to read it, is that the

18  question?

19                    MS. CHARDON:  I'm happy to

20  rephrase that, too, you're telling me it was, it was

21  the Medical Staff's job.

22                    MR. MADDOX:  Thank you now

23  that's a better question which he's already said four

24  times but go ahead.

Page 142

1      A.   So what's the question?

2                    MS. CHARDON:   Are we back on

3      the record now?  Were we off the record?

4                    COURT REPORTER:   No, I am sorry

5      no one told me to go off the record.

6                    MS. CHARDON:   That's okay.

7      Q.   The question is you told me it was the

8      Medical Staff's job to read the McFarland Discharge

9      Summary?

10     A.   I said there is a Medical Team that

11     collaborates in reviewing these records.

12     Q.   Okay.  And now I'm asking if it was any

13     specific person's assignment to read the McFarland

14     Discharge Summary?

15     A.   Anybody's specific, no, it wasn't a specific

16     assignment.

17     Q.   Okay.  And I think I asked if there was

18     anyway of knowing for sure if somebody read it?

19     A.   That would be to ask the staff and to see

20     who, where, when, where, whom received.

21     Q.   And at that time you were treating Tiffany,

22     did you ever ask that question of the staff?

23     A.   What question?

24     Q.   Have they reviewed Tiffany's medical history

DEPOSITION OF DOCTOR ARUN ABRAHAM                                    June 14, 2019

Page 143

1   in the file?

2          A.   I don't remember.

3          Q.   Okay.  Would that be incumbent on you to do

4   as her treater to find out whether anybody on your

5   team was familiar with her Medical history in the

6   file?

7          A.   I think it's incumbent of the Medical Staff,

8   the whole team.

9          Q.   And is it incumbent on you?

10         A.   As part of that Medical Staff as well to ask

11  if we've received it, yeah.

12         Q.   And you prescribed psychotropic medications

13  for her, correct?

14         A.   Yes.

15         Q.   You prescribed Depakote?

16         A.   Yes.

17         Q.   You prescribed Thorazine?

18         A.   Correct.

19         Q.   You prescribed Effexor XL?

20         A.   Yes.

21         Q.   Did you prescribe any psychiatric

22  medication --

23         A.   Not that I remember.

24         Q.   -- to your knowledge.

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 144

1              Okay.  Was it incumbent on you to get

2     the full medical history available to you before

3     prescribing those medications?

4          A.  I believe I was told that is what the

5     inpatient psychiatric evaluation physician believed

6     was in her best interests as the specialist.

7          Q.  Okay.  And you relied on that specialist's

8     judgment?

9          A.  I relied on it as one of the determining

10    factors.

11         Q.  What other factors?

12         A.  As I continue to visit with the patient, I

13    reevaluate and make decisions upon my clinical

14    judgment.

15         Q.  Did you ever make a diagnosis of Tiffany's

16    mental health --

17         A.  Yes.

18         Q.  -- conditions?

19         A.  Yes.

20         Q.  And what did you diagnose?

21                   MR. MADDOX:  Can he refer to

22    the chart?

23         Q.  You may.  And it maybe, I attempted to

24    excerpt your notes so it could be helpful.  Why don't

Page 145

1    we turn to, for example, the first page of Abraham 2

2    that's a Medical note from, we started talking about

3    it's 11056, right, at the bottom?

4         A.  Yes.

5         Q.  It's January 4, 2017, note, under

6    Practitioner's assessment do you see any diagnosis

7    there?

8         A.  I do.

9         Q.  Okay.  What's the diagnosis you see?

10        A.  LLE fracture, bipolar, schizophrenia.

11        Q.  Okay.  Did you reach those diagnoses of

12   Tiffany?

13        A.  Yes.

14        Q.  Okay.  Those were your diagnoses?

15        A.  Yes.

16        Q.  Okay.  What did you consider in reaching

17   though diagnoses?

18        A.  My conversation with her.

19        Q.  And did you document that conversation

20   anywhere?

21        A.  Yes, in the subjective.

22        Q.  Okay.  And what does the subjective say?

23        A.  It says denies suicidal ideation or

24   homicidal ideations requesting discontinuation of

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 146

1   Thorazine.

2       Q.  Okay.  And is that what you relied on in

3   reaching her diagnosis in concluding, excuse me, in

4   diagnosing her bipolar and schizophrenia?

5       A.  I'm sorry.  You asked me what did I refer

6   to, I answered your question now you're asking me the

7   same question again.

8       Q.  Making sure I understand.

9       A.  Well, I mean I've answered your question,

10  you asked me the question, I answered your question.

11  Then you asked me the same question again reiterating

12  what I just said.  You said what did you use and I

13  said the subjective.  You asked me to read the

14  subjective, I read the subjective, and then you asked

15  me did you use your subjective to make your

16  assessment.

17      Q.  Did you have any conversations with Tiffany

18  other than, that aren't recorded in your subjective

19  complaints?

20      A.  Did I have conversations with Tiffany?

21      Q.  On that day?

22      A.  Yes.

23      Q.  Okay.

24      A.  Yes.

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 147

1    Q.  And did you rely on, I believe that your

2  answer, I asked once again what you relied on in

3  reaching the diagnosis of bipolar and schizophrenia,

4  correct?

5    A.  Yes.

6    Q.  And I think your answer it was her

7  subjective, was your subjective assessment?

8    A.  It was my conversation with her, yes, and it

9  might have also been, and I don't know because I don't

10  have that, and maybe it's here somewhere, but I don't

11  know if Mental Health had brought it to my attention

12  her record or their evaluation of their interaction as

13  well.

14    Q.  Okay.  So you record, you recorded the basis

15  for your diagnosis up in subjective complaint,

16  correct?

17    A.  Part of it, yes.

18    Q.  Okay.  And part of it was at, at what about

19  denies suicidal ideation or what is AD?

20    A.  No, homicide, HS homicide.

21    Q.  HS, okay.  Or requests to discontinue

22  Thorazine how was, how did that relate to your

23  diagnosis of bipolar and schizophrenia?

24    A.  So it must have been brought, I'm assuming I

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 148

1    don't know this because I can't tell you exactly where

2    my frame of mind was two and half years ago when I

3    don't remember that exact conversation that I had with

4    her.  But I assume that I saw that my conversation

5    with her lead me to believe that there was components

6    of depression or mania or unusual behavior in thinking

7    that lead to those.

8         Q.  So this was a diagnosis that you made

9    independently as a result of your clinical evaluation

10   of Tiffany, correct?

11        A.  As well as conversation I may have had with

12   nurses that told me what they were cause they get a

13   report from either, I don't know the report comes from

14   Booking or from, it comes from the other facility

15   because it's a transfer almost.  And so they reach out

16   to the facilities and they say hey, this is the

17   medication because otherwise how do we know what

18   medication we're continuing and things like that.

19             And so I was given report by nurses as

20   well telling me what was going on, what her situation

21   was, her behaviors in the past and maybe even, I don't

22   know, if she's ever been to this facility before, but

23   sometimes when that happens Nurses even remember

24   patients from previous interactions.

Page 149

1      Q.  That reminds me, does the name Brittany

2  Bandy sound familiar, she's a Nurse at or was a Nurse

3  at some point?

4      A.  It doesn't, it doesn't, sorry.

5           I remember Brittany, I don't know

6  Bandy, but I don't think she was there very long.

7  From what I remember I think she, because the nurses

8  that I remember for my, the majority of the time are

9  the Nurses that you mentioned.

10     Q.  Did you ever speak to anybody on staff at

11  Sangamon County Jail that had actually worked or

12  interacted with Tiffany at Logan Prison?

13     A.  Not that I remember.

14     Q.  Okay.  So I'm asking, I was asking what you

15  based your diagnosis of bipolar and schizophrenia on

16  and you mentioned your subjective assessment which you

17  record under your --

18     A.  My conversation and interview.

19     Q.  -- your conversation which you recorded

20  under subjective complaints, you say, correct?

21     A.  (Nod Affirmatively).

22     Q.  You also mentioned that you may have relied

23  on information that you received from nurses or other

24  treaters of Tiffany, correct?

DEPOSITION OF DOCTOR ARUN ABRAHAM                June 14, 2019

Page 150

1          A.   From other staff, yes.

2          Q.   From other staff, okay.

3                     And did you document that anywhere what

4     information that you had received from other staff?

5          A.   No, I don't know, I would review, yeah, I

6     would refer to the Medical review if it's not, if I

7     didn't write it, then there is no documentation.

8          Q.   Okay.  And you have no specific memory of it

9     now sitting here today?

10          A.   Of having conversation, any patient that

11     comes in from an outside Medical facility, we always

12     want to know what medication they came on, and the

13     staff receives that, and then they call you because

14     you're not there 90 percent of the time when these

15     patients come in.  So they're getting that information

16     from an outside resource.  So that information is

17     relayed to me.

18                     So I assume that there should have been

19     a phone call.  When you tell me she arrived on the

20     14th is what I believe or did you say 15th?

21          Q.   Yeah, something --

22          A.   Something in there but there should have

23     been a phone call at that point to one of the

24     Practitioners after she was admitted saying hey, these

Page 151

1   are the medications we've been notified that she's on,

2   what would you like to continue, what would you like

3   to discontinue, and until we have the opportunity for

4   her to be evaluated in person.

5        Q.   Okay.  And that's with respect to medication

6   and I'm trying to, to talk about with respect to

7   diagnosis specifically these diagnoses of bipolar and

8   schizophrenia?

9        A.   So I should rephrase then.

10             In regards to the patient because that

11  patient is coming, if they're coming from an outside

12  facility, there is communication whether that be

13  verbally through fax, through email, I don't know, but

14  that, that communication is occurring between that

15  outside facility and this facility, and then that

16  information is relayed.

17       Q.   Okay.  And so is, are you telling me that

18  another element of what you relied on would have been

19  well, you don't, again you don't remember specifically

20  but it may have been information that in terms of her

21  diagnosis itself were you aware that another

22  Psychiatrist or Practitioner had diagnosed Tiffany

23  with bipolar or schizophrenia?

24       A.   I'm not sure at this point but if --

Page 152

1     Q.  Sorry.

2     Q.  My question was bad, I don't mean to cut you

3  off but is that okay?

4              That if you had been aware of that,

5  would that have been something you relied on in making

6  this diagnosis here?

7     A.  Yes.

8     Q.  Okay.  Nonetheless it is an independent

9  diagnosis you reach on your own when you were reported

10  this on January 4th?

11     A.  I didn't know because I don't know if I

12  relied, like you said I'm not sure and aware and

13  that's exactly what I'm telling you, I don't remember

14  the specifics of the detail that were provided to me

15  for me to conclude this, that was a component, yes, my

16  interview was a component.  But if it, like I used my

17  example earlier, if I have an ultrasound, if I have a

18  leg swelling, a patient with a leg swelling, and

19  they've been diagnosed with something, I'm not going

20  to go back and perform diagnostic testing to confirm a

21  diagnosis that's already been confirmed.

22              So if a specialists tells me hey, this

23  person does have this diagnosis, I would utilize that

24  diagnosis by a specialist as well moving forward.

Page 153

1      Q.  Okay.

2      A.  If that, I would utilize that information as

3   relevant.

4      Q.  Okay.  That's helpful and so, but when you

5   record your, you know, as a Doctor when you record

6   under assessment bipolar and schizophrenia that is

7   your diagnosis and your clinical judgment?

8      A.  Yes.

9      Q.  Okay.  And it may be based on relying on

10  information from other medical providers?

11     A.  Yes, it's my overall assessment with all the

12  information that I have at hand.

13     Q.  So that's your, all right.

14              Quickly on Abraham 3 the single page

15  that we marked previously, is there a Mental Health or

16  Psychiatric diagnosis on that chart?

17     A.  There is not.

18     Q.  Okay.  Are you familiar with the DSM-V?

19     A.  Yes.

20     Q.  Okay.  And was your diagnosis, what's the

21  criteria for bipolar disease under, you know, the

22  DSM-V criteria that you --

23     A.  So the DSM-V is only, is not a criteria that

24  is followed internationally.  It is not a criteria

Page 154

1    that is accepted internationally.  It does have

2    certain elements including depression, insomnia, you

3    know, loss of, there is about --

4         Q.  Can I stop you just for a moment.

5         A.  Yes.

6         Q.  Are you talking about it as a whole or with

7    respect to bipolar?

8         A.  I'm talking about it as a whole.  The

9    international community believes that if we were to

10   follow DSM-V there would be a challenge with it being

11   accepted, and 50 percent of Americans fall under the

12   DSM-V to be put on medications.

13        Q.  Okay.  So do you consider it to set forth

14   the standard of care?

15        A.  I consider it a resource.

16        Q.  Okay.  Do you rely on it as a resource?

17        A.  I utilize it as a resource.

18        Q.  Okay.  Does that mean something different

19   than rely to you?

20        A.  It is used in my overall it's, I use it as

21   part of my overall, yes.

22        Q.  Okay.  But it's not determinative to you?

23                    MR. MADDOX:  Object to form of

24   the question.

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 155

1      Q.  Is it determinative to you?

2                    MR. MADDOX:  I still object to

3  the form of the question.

4      Q.  I'm trying to interpret what you were

5  telling me about the international community not

6  recognizing it, do you --

7      A.  So --

8                    MR. MADDOX:  The question still

9  remains is it determinative to him.  I still object to

10 the form the question.

11     A.  What's determinative?

12                    MR. MADDOX:  Yeah, it's --

13     Q.  Does it, is it, does it articulate -- well,

14 I think I asked you and I'm not intending to, to

15 prompt an asked and answered here, but I think, if I

16 understand correctly, I asked you does it articulate

17 the standard of care for diagnosing psychiatric

18 illnesses in your practice?

19     A.  Yes, I use that as my guiding resource.

20     Q.  Okay.  And with respect to the criteria for

21 bipolar that are in DSM-V do you recognize those

22 criteria to be present in Tiffany?

23     A.  Yes, yes.

24     Q.  Okay.  Which ones?

DEPOSITION OF DOCTOR ARUN ABRAHAM                         June 14, 2019

Page 156

1        A.  I don't remember right now because I

2    haven't, I don't remember that exact conversation.

3                    MR. MADDOX:  You know what I do

4    need to take a break because I need to make a phone

5    call.

6                    MS. CHARDON:  Okay.

7                    (Whereupon a recess was taken.)

8                    MS. CHARDON:  Let's go back on

9    record.

10       Q.  Did you rely on DSM-V criteria in reaching

11   the diagnosis of bipolar for Tiffany on January 4,

12   2017?

13       A.  I utilized it as one of my --

14       Q.  Okay.  And what criteria were present for

15   bipolar for Tiffany?

16                   MR. MADDOX:  Didn't you ask

17   this question already but he can answer it again.

18       A.  Yeah, I would, like I said I don't remember

19   exactly my conversation with her back in 2014 --

20                   MR. MADDOX:  17.

21       A.  Sorry 17.  But from what, I mean from what I

22   remember of Tiffany in general from my interaction

23   with her, you know, there was disorganized speech.

24   She, you know she was, she had talked about people

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 157

1  talking to her like, you know, voices occasionally.

2  She had mentioned you know, she would randomly talk,

3  you know, she would randomly talk about different

4  things, you know, delusions, hallucinations or

5  disorganized speech or, you know, yeah, I don't

6  remember exactly now what specific symptoms she had to

7  fulfill that criteria.

8       Q.  Okay.  But those all, could the things you

9  just mentioned could all be, are all criteria for

10  bipolar under the DSM-V?

11       A.  Schizophrenia.

12       Q.  For schizophrenia.

13            What are the other criteria can be, in

14  this, in the DSM-V?

15       A.  I would refer to the DSM-V.

16       Q.  Are you familiar with any others, and I'm

17  not asking for ones that were present with Tiffany

18  just in general?

19       A.  In general not right now I don't practice

20  that anymore.  It's not relevant in my practice.

21       Q.  Okay.  What about for bipolar what is the

22  DSM-V criteria for bipolar?

23       A.  I don't utilize the DSM-V currently in my

24  practice to, to require --

Page 158

1        Q.  Were you familiar with at, in 2017?

2        A.  Yes.

3        Q.  And in 2017 you were also practicing as a

4   family care doctor at the clinic, correct?

5        A.  No.

6        Q.  You were Urgent Care?

7        A.  Correct.

8        Q.  Do you practice as Family Medicine

9   currently?

10       A.  No.

11       Q.  So, and you're current, what are your

12  current roles you have, you do the Urgent Care?

13       A.  Correct.

14       Q.  And what else?

15       A.  That's it.

16       Q.  That's it, okay.

17            Did you, at any point, practice Family

18  Medicine?

19       A.  2008 to 2011.

20       Q.  Okay.  And that was in India?

21       A.  No, that was at --

22       Q.  No, okay, that is right, okay.

23            When you practiced from 2008 to 2011

24  did you treat patients for bipolar disorder or

Page 159

1    schizophrenia?

2         A.   Yes.

3         Q.   Did you diagnose patients with bipolar and

4    schizophrenia?

5         A.   Yes.

6         Q.   Is that typical for, is it within the realm

7    of Family Practice Medicine to diagnose bipolar and

8    schizophrenia?

9         A.   Yes.

10        Q.   And in your role as an Urgent Care Physician

11   do you diagnose bipolar or schizophrenia?

12        A.   No.

13        Q.   What treatment, what were the elements, when

14   you have treated bipolar or schizophrenia have you, so

15   in your role as a Family Practitioner from 2008 to

16   2011 you treated patients with bipolar and

17   schizophrenia, do I understand that correctly?

18        A.   Yes.

19        Q.   Is that the only time that you treated

20   patients with bipolar and schizophrenia outside the

21   incarceral setting?

22        A.   That's correctional setting.

23        Q.   Correctional setting?

24        A.   Yes.

Page 160

1      Q.  Okay.  And what did your treatment involve

2  of those patients when you treated them when you were

3  a Family Practitioner between 2008 and 11?

4      A.  What did that involve?  It involved --

5      Q.  Correct.

6      A.  -- medication, possibly referral to

7  psychiatry if medication weren't working.  It

8  involved, yeah, those were the two methods.

9      Q.  Okay.  Do you, did you prescribe

10 psychotherapy or refer for psychotherapy?

11     A.  No, I referred to psychiatry and psychiatry

12 made that decision.

13     Q.  Okay.  So did you refer to psychiatry prior

14 to prescribing medications for those patients?

15     A.  I may have but not that I remember.  Usually

16 you try medications and then if not controlled outside

17 your, you know, scope of practice or not working then

18 you may or may not refer to depending on what the

19 situation of the patient is and the circumstances

20 surrounding.

21     Q.  Okay.  And is it ever necessary, is it ever

22 in any circumstances necessary to prescribe treatment,

23 psychotherapy in addition to psychiatric medicine for

24 conditions like bipolar or schizophrenia?

Page 161

1      A.   Whom are you asking that question to the
2  Family Medicine or the Psychiatrist because Family
3  Medicine does not refer or to psychotherapy?
4  Psychotherapy falls under the realm of, you know, CBT,
5  cognitive.
6              I don't know when you say psychotherapy
7  I guess I'm not sure what you're asking.  There is
8  many different types of psychotherapy.  What type of
9  psychotherapy are you talking about?
10      Q.   I am talking about the overarching one, the
11  one with many different types underneath?
12      A.   Yes, there are situations where that is
13  necessary or --
14      Q.   Okay.  But you, if I understand correctly,
15  as a Family Practitioner you never were the one that
16  referred for therapy, you would instead refer to a
17  psychiatrist first?
18      A.   Do medications fall under your definition of
19  psychotherapy?
20      Q.   No.
21      A.   Okay.  Then I would not be the one
22  prescribing or administering behavioral therapy.
23      Q.   Okay.  I asked for referring for it,
24  prescribing, okay, prescribing is fine, prescribing or

Page 162

1  referring it would not be you?

2                          MR. MADDOX:  Object to the form

3  of the question.

4                          MS. CHARDON:  Okay.

5                          MR. MADDOX:  Prescribing or

6  referring to, he's already said he prescribes

7  medication.

8                          MS. CHARDON:  Right for

9  psychotherapy.  I'm trying to get at his role with

10  respect to whether you ever, have you ever in any

11  context recommended or referred a patient for

12  psychotherapy?

13                          MS. POWELL:  I object to the

14  form of the question to the extent you're using the

15  term psychotherapy in a way that is inconsistent with

16  what a Mental Health person or how a Mental Health

17  person would diagnose it.

18                          MR. MADDOX:  Yeah, and I join

19  because psychotherapy involves many different things.

20  And I think he's tried to make that clear to you.

21     Q.  Right.  Psychotherapy has many different

22  categories, right?  Many different types?

23     A.  Right,, what are you talking about?

24     Q.  I want you to define psychotherapy for me.

DEPOSITION OF DOCTOR ARUN ABRAHAM                          June 14, 2019

Page 163

1   I'm telling you it doesn't involve, I'm setting aside

2   medication prescriptions, what does psychotherapy

3   mean?

4                  MS. POWELL:  And I object to

5   the extent again to the form of the question in that

6   you're asking a person to define a term without using

7   all of the appropriate definitions of that term

8   according to your own personal definition.

9                  MS. CHARDON:  Okay, that's

10  fine, I hear you.

11      Q.  What is psychotherapy, give me a definition

12  of psychotherapy, please?

13      A.  What is psychotherapy, that's what I asked

14  you and yeah, I mean...

15                  MR. MADDOX:  I mean I object to

16  the form of the question.  I don't know if it can be

17  answered or not.

18      A.  Yeah, I asked you what you're referring to

19  in psychotherapy.  If you're referring to Cognitive

20  Behavioral Therapy?  If you're referring to

21  counseling?  If you are referring to, you know, who

22  was administering the psychotherapy?  I get, I don't

23  know what your definition of psychotherapy is.  If you

24  take the two words psych and therapy it doesn't --

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 164

1        Q.   Have you heard the phrase talk therapy?

2        A.   Talk therapy?

3        Q.   Yeah.

4        A.   No.

5        Q.   Not a Medical term.

6        A.   No.

7        Q.   Okay.  So CBT behavioral therapy an

8    counseling, correct those are two type of

9    psychotherapy, right?

10        A.   Yes.

11        Q.   Are there other types of psychotherapy that

12   you're familiar with as a medical practitioner that

13   involves talking?

14        A.   Not that I am aware of.

15        Q.   Okay.  So what else does psychotherapy mean

16   to you in addition to, you said there is many things,

17   what else does psychotherapy mean to you in addition

18   to cognitive behavior therapy and counseling?

19        A.   That's what I refer to as or that's what I

20   understand.

21        Q.   Okay, great.

22                  So you don't understand that the

23   general principle that psychotherapy refers to

24   prescribing medication?

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 165

1        A.   Well, you told me no, you told me it doesn't

2   include it.

3        Q.   As a Medical Doctor is that the working

4   definition, does your definition what I, as a Medical

5   Doctor do you define psychotherapy to include

6   psychiatric medicine?

7        A.   I do.

8        Q.   You do?

9        A.   Yeah, because I believe anything that falls

10  under psychiatric medicine is a form of therapy for a

11  patient.

12       Q.   Okay.  Okay.  So in addition, so you would

13  also identify prescription medication as within that,

14  within that heading of psychotherapy, is there

15  anything else?  We got prescription medication,

16  cognitive behavioral therapy and counseling, what

17  else?  Let me ask it a different answer, okay.

18            So are those all treatments from mental

19  health illness type of treatment for mental illness?

20       A.   Yes.

21       Q.   Okay.  What other types of treatment, if

22  any, can be appropriate for schizophrenia or maniac,

23  excuse me, bipolar, if any?

24       A.   ECT.

Page 166

1    Q.  What's ECT?

2    A.  Electroconvulsive therapy.

3    Q.  Okay.  And is that,  what is that used for

4  it is for both bipolar and schizophrenia or just one

5  or the other?

6    A.  Usually bipolar it can be used depending on

7  the type of bipolar.

8    Q.  Okay.  So those are all potential treatments

9  for mental for bipolar or schizophrenia?

10   A.  Okay, yes.

11   Q.  Okay.  Are there any other type of

12  treatments that might be appropriate?

13   A.  Not within my realm of practice.

14   Q.  Okay.  So when I talk about psychotherapy,

15  what I am talking about is cognitive behavioral

16  therapy and counseling, okay, or, and do you ever

17  refer, have you ever referred patients for cognitive

18  behavioral therapy or counseling in the course of your

19  practice whether inside or outside of Jail?

20   A.  Counseling, yes.

21   Q.  Okay.

22   A.  But not I have never referred a patient for

23  CBT, no.

24   Q.  Okay.  And in what context did you refer a

Page 167

1    patient for counseling?

2         A.   Depression, usually depression is usually

3    what or a form of depression being a component of

4    other diagnoses.

5         Q.   Okay.  And were you practicing when you did

6    that?

7         A.   In Southern, here in Springfield.

8         Q.   Okay.  Were you practicing as a Family

9    Medicine Doctor?

10        A.   Yes.

11        Q.   Okay.  So this was between 2008 and 2011?

12        A.   Yes.

13        Q.   Okay.  Have you ever referred somebody for

14   therapy counseling at, in the Jail setting?

15        A.   No.

16        Q.   Okay.  Is therapy provided to any patients

17   at Sangamon County Jail?

18        A.   Yes.

19        Q.   Okay.

20        A.   And but I want to rephrase that previous

21   answer because I believe I've asked Mickey to go in

22   and assess, his observations.

23        Q.   Okay.  Have you ever asked Mickey to provide

24   therapy?

Page 168

1      A.  No.

2      Q.  Okay.  And again is it, do you see a

3  difference between assessment of observations and

4  therapy is there a difference in that, those two

5  categories of --

6      A.  Yes, because I believe one is assessment and

7  one is a plan.

8      Q.  Okay.  And did you ask Mickey to provide his

9  assessment of Tiffany at any point?

10      A.  I think, yes.

11      Q.  Okay.

12      A.  Yes.

13      Q.  And what, do you remember talking to Mickey

14  about Tiffany?

15      A.  Yes, I do remember talking to him about

16  Tiffany.

17      Q.  Okay.  And you distinguished earlier you

18  said that, you know, assess, treatment is more of a

19  plan, correct?  I think you said there is assessment,

20  there is therapy, there is counseling and assessment,

21  correct?  We were distinguishing the two?

22      A.  Okay.

23      Q.  And you, I asked you to describe the

24  difference and you said counseling is more of a plan,

Page 169

1    correct?

2         A.  More of, yes.

3         Q.  Have you ever been involved in developing a

4    Counseling Treatment Plan for a patient at Sangamon

5    County Jail?

6         A.  No.

7         Q.  Have you ever been involved in developing a

8    Counseling Treatment Plan for a patient outside the

9    Jail in private practice?

10        A.  When you say Counseling Treatment Plan,

11   you're not asking me, if, are you asking me if I've

12   ever referred a patient for that because I want to

13   differentiate the two?

14        Q.  That's fine.

15        A.  If you're asking have I ever referred a

16   patient for counseling, yes, in terms of having Mickey

17   assess and evaluate.

18        Q.  Uh-huh.

19        A.  If you're asking me if I've ever been

20   involved in the treatment and how that counseling

21   occurred, the answer is no.

22        Q.  Okay.  Yes, and thank you.

23             The question was the latter whether

24   you, and were you, and I think the next question I

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 170

1    think you've answered is were you involved in

2    developing a Treatment Plan?

3         A.  No.

4         Q.  Whether or not you administered --

5         A.  No, I was not involved.  I was not involved

6    in the Treatment Plan of the counseling portion of the

7    that treatment.

8         Q.  Is there any single plan for treatment of

9    Mental Health issue at the Sangamon County Jail that

10   involved both, the components both psychiatric and

11   counseling in one place such as a single document or

12   something like that?

13        A.  Say that again, I'm sorry.

14        Q.  Okay.

15        A.  Yeah, I'm sorry.

16        Q.  Sure.

17              Was there, for any, were you familiar

18   with any patients at Sangamon County Jail who had a

19   Mental Health Treatment Plan that involved both

20   psychiatry and, excuse me, medicine and counseling?

21        A.  Yes.

22        Q.  Okay.  And was that written down in the same

23   place?  Same note?  Same document?

24        A.  I think so, I don't know for sure but I

Page 171

1   would refer to Mickey's notes because he would be the

2   one doing that counseling, and he would note, he may

3   or may not note in his documentation who that patient

4   and what medications that patient is on.

5       Q.  Okay.  And did Mickey make decisions about

6   medications?

7                           MR. MADDOX:  Object to the form

8   of the question.

9       Q.  Can, could Mickey prescribe medication?

10      A.  No.

11      Q.  Okay.  Did Mickey participate in the

12  determination of what medications were appropriate for

13  Tiffany?

14      A.  Participate in the determination, yes,

15  because his evaluation was used to determine whether

16  medications, why, which medications or how to derive

17  to which medications should be utilized.

18      Q.  Okay.  And in what way were those

19  evaluations used, did you read them?

20      A.  Yes.

21      Q.  Okay.

22      A.  Or he may have verbally communicated,

23  written document is one form of communication, verbal

24  documentation is another form of communication,

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 172

1    physical observation is another form of communication.

2          Q.  Okay.  You mentioned a moment ago that you

3    and Mickey well, did you and Mickey ever talk about

4    Tiffany's treatment?

5          A.  Yes.

6          Q.  All right.  What did you talk about, what do

7    you remember?

8          A.  I don't, I don't remember I know that

9    Tiffany I, I know that after instances or during I

10   know that Mickey and I talked about, you know, I think

11   one time she put something in her boot like she put

12   like some sort of utensil in her boot.  And I know

13   that she had used a strap and, you know, those kinds

14   of, any time an incident like that has occurred Mickey

15   and I communicate or, you know.

16         Q.  And so do you have specific recollection

17   about talking to Mickey about those things?

18         A.  I don't have specific recollection.

19         Q.  Okay.  Do you have specific recollection of

20   reviewing Mickey's records during the time that he was

21   treating Tiffany?

22         A.  Not specifics, no.

23         Q.  Did you ever notice that Mickey, did you

24   ever have concerns that Mickey wasn't properly

Page 173

1    documenting his meeting with Tiffany?

2         A.  Not that I remember, no.

3         Q.  Did you, was it, did you consider your

4    responsibility to review Mickey's documentation to

5    determine whether it was sufficient?

6         A.  No, Mickey did not report to me directly.

7         Q.  Did you ever do anything to, to, were you

8    aware of what, whether Mickey was giving, providing

9    Tiffany with therapy?

10         A.  Yeah, because he told me he talked to her.

11         Q.  Okay.

12         A.  Yeah.

13         Q.  What did he tell you specifically?

14         A.  I don't know what did he tell me?  I know

15    Mickey, and I don't remember specifics, I know Mickey

16    and I thought she was a very nice woman.  She seemed

17    to be cooperative with us when we talked to her.

18    There were certain people that she would gel with and

19    certain people she wouldn't.  And when you were one of

20    those people she gelled with, a lot of times those

21    interactions went really well, you know, but yeah, I

22    don't remember the specifics.

23         Q.  Do you know whether, what kind of therapy

24    then Mickey was providing with, to her?

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 174

1                    MR. MADDOX:  Object to the form

2     of the question.

3          A.  I don't know, yeah, I don't know what.

4          Q.  You said he told you he talked to her,

5     correct?

6          A.  Correct.

7          Q.  Do you know whether that was therapy?

8          A.  I don't know.

9          Q.  Was it your, was it your responsibility to

10    make sure that Tiffany was getting therapy?

11                   MR. MADDOX:  Object to the form

12    of the question.

13         A.  Was it my responsibility that Mickey, is it

14    my responsibility to know that Mickey is giving her

15    therapy?

16         Q.  Yes.

17         A.  I mean he was talking to her.  So like I

18    said I don't know what kind of therapy, but I know

19    he's talking to her.  So I assume that he's also

20    making his assessments, and he did raise concerns when

21    incidents, that were occurring but yeah, I mean...

22         Q.  Did you review Mickey's records as part of

23    your review of Tiffany's medical file?

24                   MR. MADDOX:  At what point?

Page 175

```
 1        Q.  Yeah, in preparation, well, that's a good

 2   question.

 3              While Tiffany, I'm going to give you

 4   Bouvet Exhibit 17, which is Sangamon County Produced

 5   855 through 889.  Then I will give you Hicks 4 which

 6   is ACH 073 Organized or ACH 27.

 7              Do you understand these to be records

 8   that were created by Mickey Shmikler?  Do you have any

 9   knowledge of him, who made these exhibits I just

10   showed you?

11        A.  Prior to today you're asking me?

12        Q.  Prior to me just saying --

13        A.  That yeah, no.

14        Q.  -- do you know whose records those are?

15        A.  I mean I see Mickey's signature at the

16   bottom so I am assuming that those are his.

17        Q.  Okay.  When, did you review these while

18   Tiffany was incarcerated?

19        A.  These records, no.

20        Q.  Yeah.  Okay.  Do these --

21        A.  These are not provided to me.

22        Q.  Okay.  Do they go in, do they go in, and by

23   that do you mean that they are not put in your

24   mailbox?
```

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

                                                        Page 176

1        A.  Correct.

2        Q.  Okay.  Do they go into Tiffany's medical

3    record?

4        A.  I would assume so, yes.

5        Q.  Okay.  If you read the first page of Bouvet

6    17 which is 885, are you able to determine from this

7    whether Mickey provided, just from this document

8    alone, are you able to determine whether Mickey

9    provided therapy to Tiffany?

10       A.  I am not able to know if he provided therapy

11   versus an assessment or his assessment.

12       Q.  Okay.  And okay.  And I'm showing you what's

13   been marked as Hicks Exhibit 3, it's a document that

14   says Prisoner Location Verification on the top, you

15   see that?

16       A.  Yeah.

17       Q.  Is that a form that you're familiar with?

18                Type of document that you're familiar

19   with?

20       A.  I have seen this but I, it's not something

21   that I normally review or, you know, I have seen this

22   type of documentation but I have never --

23       Q.  Does this type, does this document, this

24   type of document or this form, the Prisoner Location

Page 177

1    Verification, go into a medical record?

2          A.   I'm not sure.

3          Q.   Is it a medical record?

4          A.   In my opinion I can't read what that says at

5    the top here.

6                    I'm sorry, I can't read the handwriting

7    portion.  If we're not including the handwriting

8    portion it could be, if she was, if this is part of

9    her, if this is where she is in, if she's in a Medical

10   Unit then it might be part of a medical record, but I

11   don't see anything here that, you know, I don't know,

12   I just see Medical.  I don't know what it says

13   there --

14         Q.   Okay.

15         A.   -- in the writing are you --

16         Q.   And --

17                    MR. MADDOX:  I think the

18   question is is this part of, is this a medical record?

19                    MS. CHARDON:  Yeah.

20                    MR. MADDOX:  You have an

21   opinion on that or not?

22         A.   My opinion is no --

23         Q.   Okay.

24         A.   -- but I don't, yeah.

1        Q.   And you have never relied on this kind of

2    document in forming your professional opinions in the

3    past?

4        A.   No.

5        Q.   And it, so it's not the type of document

6    that you would rely on in your professional --

7        A.   This document, no.

8        Q.   Okay.  And in general I think this isn't

9    something that was familiar to you before today?

10       A.   No.

11       Q.   Okay, that's my question.

12                 When you prescribed psychiatric

13   medication to Tiffany while she was incarcerated, was

14   it your understanding that she was simultaneously

15   receiving treatment, excuse me, that she was

16   simultaneously receiving counseling?

17       A.   At Sangamon County?

18       Q.   Yeah.

19       A.   I know Mickey was, I believed that Mickey

20   was meeting with her regularly.

21       Q.   Okay.  Did you believe that he was giving

22   her counseling?

23       A.   Yeah, by him talking, I mean I, I don't

24   know.

Page 179

1      Q.  Okay.

2      A.  Because I don't know what those exact

3  interactions were unless he brought a concern to me

4  and then he would bring me, he had a form that he

5  would handwrite, you know, and it was his whole thing.

6  And then he would go back later and type it, like so I

7  don't know if these are -- yes.

8      Q.  Okay.  That's, I'm pointing to 889 Sangamon

9  Produced it's the last page of that exhibit.

10                 Is that the form that you were talking

11  about?

12      A.  Yes, so, yes.

13      Q.  Okay.  So what's this form?

14      A.  This is something that Mickey would

15  sometimes fill out and leave for me or bring to my

16  attention.  I don't remember how often Mickey worked,

17  but he was there more frequently than I was.

18      Q.  Okay.

19      A.  And no, I don't remember this, I think it

20  was a, I don't remember something in the middle.

21      Q.  Okay.

22      A.  It was where he wrote a lot more, it was his

23  interactions, he would write exactly what they talked

24  about, he would talk about family, he would talk

DEPOSITION OF DOCTOR ARUN ABRAHAM                          June 14, 2019

Page 180

1  about, like he had a lot more writing his, like this

2  is very brief and this is not -- from what I

3  understand this is not Mickey's writing from what I

4  remember.  This is script down here, that's Mickey

5  writing.

6       Q.  Okay.

7       A.  But he would write, Mickey was very, he

8  would write a lot, but from understanding he had to go

9  type those later but he would bring me the writing.

10      Q.  Okay.  And would you put the writing in

11  here, in the person's medical file or would it go in

12  the personal --

13      A.  No, Mickey would take that back with him.

14  He would bring it to my attention or he would leave it

15  for me to review on that back table I was telling you

16  about.

17      Q.  Okay.

18      A.  Yeah.

19      Q.  So he would doc -- he would write down what

20  went on during his therapy?

21      A.  He would write about his conversation.

22      Q.  Okay, right and you, thank you.

23           And so, and you haven't been, hadn't

24  seen that, those descriptions, those kind of documents

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 181

1   with respect to Tiffany when you were looking through

2   her medical file?

3        A.  Recently?

4        Q.  Recently.

5        A.  So I, yeah, no, I hadn't because I wasn't

6   going through and looking for all of Mickey's -- I

7   wanted to make sure I knew what I wrote.  I wasn't

8   trying to go through, because I didn't want to skew my

9   memory of then and now.

10       Q.  Okay.  And yeah, and so you answered

11  previously that you don't know what he was talking

12  about when he was talking to Tiffany, right?

13       A.  Yeah, unless he brought it to my attention.

14  Like I said we had conversations he told me about, you

15  know.

16       Q.  Yeah.

17       A.  Yeah.

18       Q.  And you, and at that time unless he, you

19  know, brought it to your attention through a note like

20  that you wouldn't know?

21       A.  Right, or if Dan or Kate had brought it to

22  my, hey, Mickey told us about this, he's not here

23  today, he wanted you to look at this, you know.

24       Q.  Okay.  And I'm just trying to make sure that

Page 182

1    I can understand what you knew at the time.

2                     So at the time sitting here today you

3    don't know whether you knew back in February of 2017

4    what Mickey was talking about with Tiffany?

5         A.  The specific details, I don't recollect the

6    specific details.  I know he was having conversations

7    with her.  That she was very nice.  He got along with

8    her well from what my memory serves me.

9         Q.  Okay.

10        A.  And she was very, she seemed to like to talk

11   to Mickey.

12        Q.  Okay.

13        A.  I remember her liking to talk to Kate.

14                    I remember her, when she talked to me

15   she was very nice to me.  She, like what I would hear

16   from other staff, I wasn't seeing all of that

17   aggressive, you know.  If she took a liking to you,

18   she kind of, just was great with you, you know, wanted

19   to talk and wanted to, you know what I mean.

20        Q.  Uh-huh.

21                    Did you ever observe Mickey talking

22   with Tiffany?

23        A.  Yes.

24        Q.  Okay.  And did you hear them talking?

Page 183

1      A.  Yes.

2      Q.  Okay.  Did you see them talking?

3               Lawyers ask basic questions.

4      A.  Yes.

5               MR. MADDOX:  Observe and see

6  even in lawyers speak that's the same word.

7      Q.  Well, no, yeah, but you both, so you could

8  see Mickey and where was he standing?

9      A.  He was standing in the hallway.

10     Q.  Okay.  And what did you hear when you

11  overheard?

12     A.  I just heard conversation, I didn't hear

13  specific details of the conversation because I would

14  be moving to my other patients to see them and I

15  observed Mickey, you know.

16     Q.  Do you know how much time he spent with her?

17     A.  I don't.

18     Q.  Okay.

19     A.  It was longer than when I was, because, you

20  know, he would be there as I approached Booking and he

21  might still be there when I'm leaving.

22     Q.  And was Tiffany's cell door open when he was

23  standing there?

24     A.  No.

1      Q.  So were they, how would they be talking was

2   there a chuckhole or how did it --

3      A.  There is a chuckhole and he was, yeah.

4      Q.  Okay.  Did you ever see Tiffany come out of

5   her cell for meetings with Mickey in any other place?

6      A.  I did not observe that.

7      Q.  Do you know whether that happened?

8      A.  I don't know.

9      Q.  Did that happen with other prisoners, did

10   other prisoners ever come out of their cell for

11   therapy with Mickey --

12      A.  I don't know.

13      Q.  -- or, excuse me, with conversations with

14   Mickey?

15      A.  I don't --

16                  MR. MADDOX:  Just excuse me,

17   you mean in the High Risk?

18                  MS. CHARDON:  No, I mean

19   anywhere.

20      A.  I don't know.

21      Q.  Okay.  So do you know whether there was --

22      A.  No, I don't know, yeah, I was trying to

23   think because I remember there was, I don't remember

24   if Mickey went in that block or yeah, I don't

Page 185

1    remember, I don't want to misspeak.

2         Q.  Okay.  So was there, I'm asking if there was

3    a specific location you're aware of that was the

4    therapy room where Mickey could, Mickey gave --

5         A.  Mickey had his own office.

6         Q.  Mickey had an office?

7         A.  Yeah.  Like as soon as you get off the

8    elevators, that's where Mickey and Lydia and that's

9    how they, as soon you get off the elevators, they see

10   you.  So if there is a concern, they are coming out to

11   follow you to the Medical, because the Medical is

12   right around the corner from them in a different, I

13   guess, unit I would call it, but it's a security door

14   so they would follow you to come, yeah.

15        Q.  Okay.  Did they ever have prisoners in their

16   office that you observed?

17        A.  I had, I don't remember, but I thought for

18   some reason my memory seems to say I remember a CO

19   with a prisoner there.  But I don't remember yeah, I

20   don't want to say a hundred percent.  I don't know if

21   my memory is playing games with me on that, but I

22   don't want to say yes or no.

23        Q.  Okay.  Going back to Exhibit 2 from your

24   deposition which is the larger group of medical

1    records.

2           A.   Yeah.

3           Q.   I want to turn to the fourth page of the

4    exhibit which is 10990 at the bottom?

5           A.   Yes.

6           Q.   And is that a medical progress note from

7    January 24th?

8           A.   Yes.

9           Q.   Okay.  And was this, what you, when you

10   rounded on a patient was this the kind of document

11   that you would fill out?

12          A.   Yes.

13          Q.   Okay.  And did you round on Tiffany while

14   she was there?

15          A.   Yes.

16          Q.   So this is a note of your rounding?

17          A.   Yes.

18          Q.   Okay.  And under, what to see, so subjective

19   complaint HR that's stands for High Risk, right?

20          A.   Yes.

21          Q.   And then was does that says denies?

22          A.   Nausea, vomiting, diarrhea, complaining of

23   left lower extremity pain.

24          Q.   Okay.  And then you have some notes on her

Page 187

1  lungs, heart, chest, skin, correct?

2          A.  Correct.

3          Q.  And then your assessment is, under 1, what

4  is 1?

5          A.  LLE fracture.

6          Q.  Okay.  And then number two?

7          A.  Schizophrenia.

8          Q.  Okay.  And then under plan remind me what

9  NNO means?

10         A.  No new orders.

11         Q.  No knew orders, okay.

12                  Now you didn't write bipolar on this

13 document, right?

14         A.  Correct.

15         Q.  So, but you had written it on the note that

16 we looked at from January 17th, right?

17         A.  Correct.

18         Q.  So did you, you're actually what did I do,

19 no, the note we looked at from January 4th, excuse me,

20 I skipped January 17th, we have to go back.

21                  Did your diagnosis change?

22         A.  No, schizophrenia is still there.

23         Q.  Then was, did you still diagnose her, did

24 she still have bipolar according to your diagnosis?

DEPOSITION OF DOCTOR ARUN ABRAHAM                                June 14, 2019

Page 188

1        A.  Yeah, yes.

2        Q.  Okay.  Is there a reason why you wrote

3   schizophrenia down on this one and not bipolar?

4        A.  No, I mean, no, I mean yeah, no, it didn't

5   change and I didn't change her orders.

6        Q.  Okay.  And I actually want to flip back, I

7   apologize there was a, one the second page of this

8   Exhibit 11043.

9        A.  Yes.

10       Q.  That's a progress note from 1/17/17 which is

11  7 days prior so you're rounding the week before,

12  right?

13       A.  Yes.

14       Q.  Okay.  And can you read the subjective

15  complaints here?

16       A.  Left lower extremity pain but no signs of

17  incarceration, denies vomiting, diarrhea but...

18       Q.  I want to stop you, no signs of

19  incarceration did you mean to say that?

20       A.  So no signs of, basically where there is

21  swelling in the leg that there is now constriction

22  causing neurovascular compromise.

23       Q.  Okay, you did.

24       A.  Okay.

1      Q.  Denies vomiting, diarrhea?

2      A.  Right, right, something mouth but I'm not

3   sure.

4      Q.  Something mouth?

5      A.  Yeah.

6              Denies suicidal or homicidal ideations.

7   And then her vitals, her examination assessment and

8   plan.

9      Q.  Okay.  So here you wrote assessment

10  schizoaffective or schizo?

11     A.  Yes.

12     Q.  Okay.  Impulse control is that a diagnosis?

13     A.  It's a disorder.

14     Q.  It's a disorder, okay.  So you were

15  diagnosing her with Impulse Control Disorder?

16     A.  (Nod Affirmatively).

17     Q.  Okay.  Why did you diagnose her with Impulse

18  Control Disorder?

19     A.  It must have been something that occurred

20  prior to that visit that I was notified of by staff.

21     Q.  Okay.  And you didn't record on this note,

22  did you record on this note the basis for your

23  conclusion she had Impulse Control Disorder?

24     A.  No.

Page 190

1      Q.  Okay.  Is, what is the appropriate treatment
2  for Impulse Control Disorder?
3      A.  Impulse control it, you can use medications
4  as well as behavior therapy.
5      Q.  Okay.  Did you prescribe any new medications
6  for the Impulse Control Disorder?
7      A.  No.
8      Q.  Did you prescribe behavioral therapy for the
9  Impulse Control Disorder?
10     A.  No, but the previous medications she was on
11 are not inappropriate for Impulse Control Disorder.
12     Q.  Were they working to control her Impulse
13 Control Disorder?
14     A.  So Impulse Control Disorder, schizophrenia,
15 mood disorders are all chronic illnesses with acute
16 flare-ups.  Schizophrenia and bipolar are illnesses
17 that will follow you or diagnoses that can follow you
18 for a lifetime, and you're going to have acute
19 episodes or breakthrough episodes.  Unfortunately, in
20 the incarceration setting you try to control symptoms
21 but you will have breakouts.  You will have acute
22 episodes and you're never going to be able to
23 completely cure a patient although you can treat a
24 patient.

Page 191

1      Q.   And in Tiffany's case you were continuing

2  medication treatment that had been prescribed by the

3  Practitioner before she arrived at the Jail, correct,

4  in terms of --

5      A.   If that's what the records shows.

6      Q.   At any point was it necessary for you to

7  perform an assessment as to whether those treatments

8  you were prescribing were effective?

9      A.   I believe that's what I was doing when I met

10  with her.

11      Q.   Okay.   And at any point did you have

12  concerns that she was having too many acute flare-ups?

13      A.   No.

14      Q.   Okay.   Why not?

15      A.   My opinion.

16      Q.   Okay.   And what was your opinion based on?

17      A.   Well, I'm going off the record, but if I

18  felt she was having too many acute flare-ups in a

19  short period of time, I would have possibly referred

20  out or looked for further change in medication or

21  looked at change of plan, Management Plan.

22      Q.   And would you have talked to Mickey about

23  it?

24      A.   About, I would have talk to Mickey about his

Page 192

1    observations and time with her.

2         Q.  Okay.  And I think did we, have we, I want

3    to make sure that I understand all of your

4    recollections, if you have any, about what you talked

5    about with Mickey specifically.

6                   I think I asked, is there anything that

7    you remember about conversations about Tiffany with

8    Mickey that we haven't talked about today?

9         A.  No, just that he thought she was very, he

10   got along with her.  And he thought that she was very

11   sweet and that he wasn't having difficulty

12   communicating with her.

13        Q.  Okay.  Did Mickey report to you ever that

14   she had manipulative behaviors that you recollect?

15        A.  I don't know if it was Mickey but somebody

16   told me that they felt that it might have been Mickey.

17        Q.  Okay.  Did anybody tell you that they felt

18   she was attention seeking?

19        A.  Possibly, yes.

20        Q.  Okay.  Is attention seeking harm or

21   manipulative, self harm that's committed for

22   manipulative intentions purposes, is that still

23   something you need to take seriously?

24        A.  Absolutely.

DEPOSITION OF DOCTOR ARUN ABRAHAM                                    June 14, 2019

Page 193

1     Q.  Okay.  And is that something that ACH, you

2  learned about in your ACH training even for mental

3  health?

4     A.  I don't know if it's ACH training, but I do

5  know that it's something that I take very seriously.

6     Q.  Okay.  Okay.  Did you think that Tiffany was

7  suicidal?

8     A.  I do believe that she had suicidal ideations

9  because it was brought to my attention whether that be

10  through verbal or written from the previous facility

11  I'm not sure, but I do know in my mind that there was,

12  that she had suicidal tendencies, hence why I always

13  asked about them during those visits.  And it's one of

14  those standard questions that I have for patients who

15  are in High Risk.

16     Q.  Okay.  If you could flip a couple pages to

17  10925.  So I'm skipping over now the 1/24 progress

18  note because actually we talked about that and now

19  we're at 2/2/17 progress note, that's your

20  handwriting, right?

21     A.  It is.

22     Q.  Okay.  And so is this a record of rounding

23  on Tiffany?

24     A.  Yes.

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 194

1      Q.  Okay.  And your subjective complaint you

2   note High Risk and complaints of swallowed a

3   toothbrush, negative X-ray, correct?

4      A.  (Nod Affirmatively).

5      Q.  Does that mean --

6      A.  Yes.

7      Q.  Okay.  Thank you.

8              And what does negative X-ray mean?

9      A.  From what I remember it means she was sent

10  to the ER or she had an X-ray done and the foreign

11  body wasn't visualized.

12     Q.  Okay.  And would you consider this to

13  reflect, to use your terms, an acute flare-up of

14  Tiffany's mental illness symptoms?

15     A.  No, because there was no foreign body

16  visualized that to me is possible attention seeking.

17     Q.  Okay.  If she had swallowed a toothbrush or

18  a spoon, would it be considered an acute flare-up?

19     A.  Yes.

20     Q.  Okay.  And your diagnosis or assessment on

21  this is Impulse Control Disorder, correct?

22     A.  Correct.

23     Q.  Did you do anything to evaluate at this

24  point whether the treatment that was being provided to

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 195

1    Tiffany was effective?

2          A.   Yes.

3          Q.   Okay.

4          A.   I spoke to her.

5          Q.   Okay.  What did she tell you?

6          A.   I don't remember.

7          Q.   Okay.  So how do you know that you spoke to

8    her?

9          A.   Because I visited with her.

10         Q.   Okay.  And can you tell me anything about

11   what, what from that conversation lead you to -- well,

12   what did you conclude whether, you know, I asked if

13   you did, you assessed whether the treatment being

14   prescribed to her was effective, and you said yes, you

15   assessed it, what was your conclusion?

16                    MR. MADDOX:  On you mean

17   February 2, 2017?

18                    MS. CHARDON:  Sure, at this

19   time.

20         A.   On February 2, 2017, what was my conclusion

21   in regards to my assessment with her or my discussion

22   with her?

23         Q.   No, as to whether the treatment that she was

24   receiving for mental health issues was effective?

June 14, 2019

Page 196

1      A.  I didn't change the orders, so I assumed, so

2  from what I have to assume now is that it was

3  effective.

4      Q.  Okay.  But you don't, and just to make sure

5  I understand.  There is no, nothing you can, you've

6  got no memory to be able to explain to me how you

7  reached that conclusion or what you based it on?

8      A.  I, no, but I do remember being told what she

9  came in, what was prescribed by a Mental Health

10 inpatient facility where she resided for some time.

11 And they, I believe, were evaluating her on a daily

12 basis, and from what I remember they felt that that

13 was the appropriate treatment.  And so I continued

14 that treatment until I said if there was a change in

15 acute frequency of acute flare-ups which would raise

16 my concern to change medications.  Or if Mickey had

17 brought it to my attention or if staff, yeah.

18     Q.  Did you have any concerns at this point or

19 at any point during Tiffany's incarceration at

20 Sangamon County Jail that she had been on High Risk

21 Status too long?

22     A.  No.

23     Q.  Okay.  Did you have any concerns that she

24 had been, she had been housed in isolation by herself

Page 197

1  for too long?

2        A.  Not that I remember.

3        Q.  Okay.  Did you have any concerns that the

4  fact that she was alone in her cell might be worsening

5  her mental condition?

6        A.  No, not that I remember.

7        Q.  All right.  The next page is a note from

8  2/10/17, so I'm looking at 10906?

9        A.  Yes.

10       Q.  And it looks like High Risk under subjective

11  complaint and denies complaints, correct?

12       A.  Correct.

13       Q.  And you note Impulse Control Disorder under

14  your assessment and foot pain, correct?

15       A.  Correct.

16       Q.  You, like again you don't put

17  schizoaffective or bipolar on this one, correct?

18       A.  Correct.

19       Q.  Did you change your diagnosis?

20       A.  I did not.

21       Q.  Okay.  So why did you write Impulse Control

22  Disorder here and not those other diagnoses?

23       A.  I hadn't changed and that wasn't a change in

24  her medication, I'm not sure why I didn't add those to

June 14, 2019

Page 198

1    the list, but it hadn't changed my observation,

2    interview or clinical plan with her.

3         Q.   The next note is also from, so this one,

4    excuse me, was 2/10 was a rounding note, is there a

5    time on this showing what time, no, there is no time,

6    correct?  Sorry, the one before?

7         A.   No.

8         Q.   Okay.  What time of day did you round on

9    patients, if you know?

10        A.   It varied.

11        Q.   Okay.  Depending on when you were in?

12        A.   (Nod Affirmatively).

13        Q.   Okay and your other schedule, there wasn't a

14   regular time?

15        A.   Correct.

16        Q.   Okay.  There is --

17        A.   Usually, yeah.

18        Q.   Go ahead.

19        A.   Usually it would be in the mornings.

20        Q.   Okay.  So then the next page of this exhibit

21   is 109--893 and that, is that your handwriting on this

22   note?

23        A.   No.

24        Q.   Okay.  Do you recognize Billy Ernest's

Page 199

1      signature or do you know, let me ask you, do you Billy

2      Ernest?

3          A.  Yes.

4          Q.  You recognize his signature?

5          A.  Yes.

6          Q.  Okay.  So do you think this was a note made

7      by Billy Ernest?

8          A.  Yes.

9          Q.  Okay.

10                          MS. POWELL:  Which page are you

11     looking at?

12                          MS. CHARDON:  This is 10983.

13                          MR. MADDOX:  No, it's 10893.

14                          MS. POWELL:  10893, okay, I

15     didn't understand that.

16         Q.  It says Inmate stated she saved her

17     Thorazine from this morning and took it with her noon

18     meds after the Doctor well, seen her.

19                          Okay.  So what does this note reflects

20     as a Medical like when you review this is the

21     information being conveyed here?

22         A.  That the patient mouthed her medication and

23     took it at a later time.

24         Q.  Okay.  And basically Billy Ernest brought

Page 200

1   that to your attention through this note, correct?

2   Well, your signature is at the bottom, right?

3        A.  Correct.

4        Q.  Oh, and you signed it on February 15th?

5        A.  Correct.

6        Q.  So that would be the next time that you were

7   in the prison?

8        A.  Correct.

9        Q.  Okay.  So it looks like the note was made at

10  5:50 in the p.m.?

11       A.  P.M., yes.

12       Q.  Okay.  So would you guess this happened

13  after you visited as reflected in the note?

14       A.  Yes.

15       Q.  Okay.  And then you reviewed that when you

16  came the next week, correct?

17       A.  (Nod Affirmatively).

18       Q.  Okay.  The next page is that's another Billy

19  Ernest note, right?

20       A.  It appears that yeah, that's, I think, I

21  believe that's Billy's writing and signature.

22       Q.  And you reviewed this February 27th, right?

23       A.  Correct.

24       Q.  Okay.  And this is a note from

Page 201

1  February 24th?

2       A.  Correct.

3       Q.  And it, in my paraphrasing you can feel free

4  to correct me, but it pertains to a report that

5  Tiffany had stuffed a bunch of tissue paper up her

6  nose, correct, toilet paper?

7       A.  Correct.

8       Q.  Do you remember that incident?

9       A.  I don't.

10      Q.  Okay.  At any point when Tiffany was

11  incarcerated at Sangamon County Jail between December

12  of 2016 and March of 2017 did you alter your diagnosis

13  of bipolar and schizophrenic?

14      A.  No.

15      Q.  Okay.  At any point did you reevaluate, did

16  you change the medications being prescribed to

17  Tiffany?

18      A.  I did.

19      Q.  Okay.  And what did you change?

20      A.  I believe I added --

21      Q.  You can look at --

22      A.  -- an SSR.

23            Well, maybe Wellbutrin or

24  antidepressants, I believe I --

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 202

1        Q.  Effexor?  There is an exhibit I think in

2    front of you, the Medication Administration Record.  I

3    believe I want to ask a couple of questions about

4    that.

5                    Did you add the Effexor?

6        A.  I'm not sure, I don't remember, I remember

7    her medication being changed, I don't remember if I

8    did it or not.

9        Q.  Okay.  On several of those pages like I will

10   give you an example, I'm looking at Page 36 the third

11   page of the exhibit, is there a record that goes, that

12   the prescriptions does it record who prescribed the

13   medication?

14       A.  It does.

15       Q.  And it says Mary Dambacher for most of the

16   medications, correct?

17       A.  Correct.

18       Q.  Does that indicate that Mary Dambacher wrote

19   the prescription or what does that reflect?

20                    MR. MADDOX:  When you say write

21   the prescription, I'm not sure that is a correct term

22   of art in this setting.

23                    MS. CHARDON:  Yeah, sure.

24       Q.  Ordered the prescription or prescribed the

Page 203

1   medicine?

2                    MR. MADDOX:  Ordered the

3   medicine I think is the best way to state it.

4        Q.  Ordered the medicine?

5        A.  Yes.

6        Q.  Okay.  Did you prescribe the medicine or did

7   she prescribe the medicine?

8        A.  Here she prescribed it.

9        Q.  Okay.  So you had prescribed it, could it be

10  written on the Medication Administration Record?

11       A.  Yes, yes.

12       Q.  Okay.

13       A.  Sorry, just making sure.

14       Q.  There are certain entries which are

15  handwritten on the Medication Administration Record,

16  do you see that --

17       A.  I do.

18       Q.  -- on 241, you know, I'm going to see if I

19  can find one with a date on it because I think that

20  the date is cut off of 241.  So here's 291 is dated

21  12/15/16.

22       A.  Yes.

23       Q.  Okay.  And is there an indication on that

24  handwritten Medication Administration Record of who

June 14, 2019

1   prescribed the medicine?

2        A.  Yes.

3        Q.  All right.  And how do you know where is it?

4        A.  I think that's what that is.

5        Q.  All right.  And is that MD?

6        A.  Mary Dambacher.

7        Q.  Yes, is that Mary Dambacher?

8        A.  Yes.

9        Q.  Okay.  So that indicates that Mary Dambacher

10  prescribed the medication?

11       A.  Yes.

12       Q.  Did you review that prescription to

13  determine whether you agreed whether it was

14  appropriate?

15       A.  Yes.

16       Q.  You did, when did you do that?

17       A.  I did that at every visit with her.

18       Q.  Okay.

19                    MR. MADDOX:  With Tiffany you

20  mean?

21       A.  Yes, sorry, yeah, with Tiffany.

22       Q.  Okay.  And during those visits you

23  determined that the, the treatment, the medication

24  that was being prescribed was, was effective, was

Page 205

1   appropriate?

2        A.   Yes.

3        Q.   Okay.  And did you during those visits make

4   any determinations about whether she needed anything

5   other than medicine to treat her mental illness?

6        A.   I believe by having Mickey talking to her

7   she was receiving a different form of therapy other

8   than medications.

9        Q.   Okay.  And did you ever assess whether that

10  was adequate or appropriate for the symptoms that she

11  was displaying?

12                   MR. MADDOX:  Which do you want

13  him to answer?

14        A.   Which symptoms are you --

15        Q.   Did you ever assess whether the treatment

16  that Mickey Shmikler was providing was adequate for

17  the, the mental health symptoms that Tiffany was

18  displaying?

19        A.   Did I assess whether Mickey's therapy was

20  appropriate, no.

21        Q.   Okay.  Was it your responsibility to make

22  that assessment?

23                   MR. MADDOX:  Object to the form

24  of the question.

Page 206

1      A.  I feel by me assessing Tiffany that was how

2  I made an assessment of how effective her treatment

3  was.

4      Q.  So I think I am not understanding your

5  answer based on your last, my last question.

6              My last question was did you ever make

7  an assessment of whether Mickey's treatment was

8  adequate for Tiffany's condition and your answer was

9  no?

10     A.  Sorry, I should have say yes because I

11  assessed it through my observations and interactions

12  with Tiffany.

13     Q.  Okay.  And you determined that through, what

14  did you determine about Mickey's treatment through

15  your assessment and observations of Tiffany?

16     A.  I assessed that the treatment that Tiffany

17  was receiving was appropriate with my interactions

18  with Tiffany.

19     Q.  Okay.  Why?  What about those interactions

20  lead you to conclude that?

21     A.  Like I said when her and I spoke she was

22  very receptive, had great conversation with me, was,

23  if you talked to the Staff including, when I say Staff

24  I mean both Medical and Jail Staff, Tiffany and I

Page 207

1   seemed to have a very good rapport.  She would always

2   want to interact or talk to me or be like if she saw

3   me going by her cell, hey, Doctor Abraham come talk,

4   you know, and we would talk.  You know, she was very

5   appropriate and receptive to conversation.  She wasn't

6   pushing off any sort of conversation or didn't seem to

7   have any reason not to enjoy that time.

8        Q.  Okay.  In terms of mental health conditions

9   or mental health, yeah, mental health conditions while

10  Tiffany was at Sangamon County Jail you were treating

11  her for bipolar, correct?

12       A.  Correct.

13       Q.  Schizoaffective Disorder, correct?

14       A.  Yes.

15       Q.  Impulse Control Disorder, correct?

16       A.  Yes.

17       Q.  Anything else that you are aware of?

18       A.  Mood Disorders.

19       Q.  Mood Disorders, okay, would that, was that

20  different from the bipolar that we just mentioned or

21  is that separate?

22       A.  So mental, it --

23       Q.  Difficult to answer?

24       A.  You know, a lot of these symptoms are found

Page 208

1   in multiple diagnoses, right.  And so bipolar, can I

2   say that I wasn't treating depression no, because

3   depression is a component of bipolar.  Schizotypal,

4   schizoaffective, you know, they have similarities but

5   they have differences as well.

6                   Was I treating impulse control or did I

7   observe impulse control issues and disorder, yes.  Did

8   I observe schizophrenic disorder or disease, yes.  You

9   know obsessive compulsive disorder, you, know I don't

10  remember if she had any of OCD tendencies from what I

11  remember, I don't think she did but, yeah.

12       Q.  Did you ever talk about Tiffany with

13  Correctional Staff?

14       A.  Yeah, yes.

15       Q.  What did you talk about?

16       A.  Whatever they would let me know when I came

17  in.  If somebody was concerned, the Staff, the

18  Correctional Staff were very forthcoming in letting me

19  know hey, Doc, this happened, you got to be aware, or

20  hey, this is our interaction with this patient, please

21  be aware that this is what our Staff is observing.

22       Q.  Do you have any specific memories of such

23  conversations?

24       A.  In regards to Tiffany?

1  Q.  Yeah.

2  A.  I don't.

3  Q.  Okay.  Do you have any specific memories of

4 conversations with Tiffany that we haven't talked

5 about today?

6  A.  Yes.

7  Q.  Okay.  What?

8  A.  I remember talking to Kate and Kate saying

9 Kate was always like she's so nice, she's this, she's,

10 you know.  Kate had said that she had mentioned that

11 her family had left her alone and never, you know,

12 wanted anything to do with her.  And that, you know,

13 Kate felt very empathetic towards Tiffany and her, I

14 guess, life situation.

15  Q.  Have you talked to anyone else that was, any

16 other ACH employees about Tiffany since this lawsuit

17 was filed?

18  A.  Not once.

19  Q.  Okay.  Have you talked, and so preparing for

20 the deposition today, did you talk to anybody that you

21 had worked with?

22  A.  I have not talked to anybody at ACH until

23 my, since my termination.

24  Q.  Okay.  And do you remember any conversations

Page 210

1    that you had with Tiffany about her family?

2        A.  No.

3        Q.  Okay.  Do you have any memories of

4    conversations with Tiffany that you had that we

5    haven't talked about today?

6        A.  No, just like I said I don't remember

7    specifics, I just remember her demeanor with me.  I

8    remember that we just got along.

9        Q.  Okay.

10       A.  Oh, I do remember her saying cause she was

11   on finger foods or soft I can't remember but she was

12   like can you remove that for me, you know.

13       Q.  Okay.  What did you tell her?

14       A.  I said if you can, I think it was, if you

15   can go a month or two or something without incidents

16   we can consider it but, yeah.

17                   MS. CHARDON:  Okay.  I don't

18   have anymore questions.

19                   MS. POWELL:  Doctor, I just

20   have a few questions for you.

21               CROSS EXAMINATION CONDUCTED

22               BY MS. POWELL:

23       Q.  Would it be fair to say, that you

24   recommended all the medical care and treatment that

Page 211

1   you thought was necessary for Tiffany when you saw

2   her?

3        A.  Yes.

4        Q.  Okay.  And that would be the same for if you

5   believed that she needed additional Mental Health

6   Treatment you recommended all the Mental Health

7   Treatment that you thought was necessary, right?

8        A.  Yes.

9        Q.  Okay.  And if you thought she needed

10  something else, you were able to do so, correct?

11       A.  Yes.

12       Q.  And did you ever suggest to any of the Staff

13  at the Sangamon County Jail that the Mental Health

14  Treatment that was being provided by ACH agents was

15  inappropriate?

16       A.  No.

17       Q.  Did you ever suggest that to the Sangamon

18  County Jail Staff that Tiffany needed any care whether

19  it was Medical or Mental Health-wise that ACH was

20  unable to provide other than the times that she was

21  sent to the hospital?

22       A.  No.

23       Q.  And would you agree that Mental, that the

24  Sangamon County Jail Staff never interfered with your

Page 212

1    ability to prescribe medications or to refer Tiffany

2    to someone else?

3         A.  No.  So your question --

4         Q.  My question is you would agree they never

5    interfered?

6         A.  Correct.

7         Q.  Okay.  And was it your understanding that

8    for the most part when you interacted with Tiffany she

9    was always in High Risk?

10        A.  Yes.

11        Q.  Now would you also agree that based on the

12   testimony that you've given here today that you

13   indicated that you have treated patients both who are

14   incarcerated and who aren't incarcerated with Mental

15   Health problems?

16        A.  Yes.

17        Q.  Okay.  And you apply the same standard of

18   care to both types of patients?

19        A.  They're the same patient.  I mean they are

20   patients that's all, there is no same, there is no

21   type, you know.

22        Q.  Okay.  So if a person who was not

23   incarcerated came to you in the Prompt Care setting

24   who had eaten a spoon or eaten a toothbrush, would you

Page 213

1  send them to the Emergency Room?

2          A.  Straight to the ER.

3          Q.  Okay.  And you would rely on Emergency Room

4  Staff to determine what appropriate treatment would be

5  necessary for that person?

6          A.  Yes.

7          Q.  Okay.  And is that what you did as a

8  physician in the Sangamon County Jail?

9          A.  Yes.

10         Q.  And did you follow the recommendation that

11  were made by the Emergency Room physician to the

12  extent any were made?

13         A.  From what I can remember, I can't speak to

14  specifics because yeah, I can't speak to specifics

15  because I don't remember if there was, you know, but

16  from any time a suggestion comes in from an outside

17  facility who is treating one of our patients we're

18  definitively going to utilize those considerations.

19         Q.  Have you ever treated people or dealt with

20  people who suffer from Pica outside of the Jail

21  setting?

22         A.  Yes.

23         Q.  Okay.  Are all people who suffer from Pica

24  referred for involuntary commitment to a Mental Health

1   Facility?

2        A.  No.

3        Q.  Would you agree many of those people live in

4   the outside world?

5        A.  Yes.

6        Q.  Okay.  Would you agree that dealing with a

7   person who suffers from PICA is difficult to treat?

8                      MS. CHARDON:  Objection, form.

9        A.  Would you repeat the question.

10       Q.  Yes.  Would you agree dealing with people

11  who suffer from Pica is difficult for a, for a

12  physician to address or treat?

13       A.  Yes.

14       Q.  Okay.

15       A.  It's a challenge, yes.

16       Q.  Okay.  Is Pica something that can be dealt

17  with medication?

18       A.  Yes, can be, symptoms can be, can, flare-ups

19  can try to be controlled.

20       Q.  And is it your opinion that some of the

21  medications that Tiffany was on were given to her in

22  an effort to minimize her Pica?

23       A.  I believe so.

24       Q.  But you would also agree there is no magic

Page 215

1  pill or cure for Pica, is there?

2       A.  No.

3       Q.  And are there a variety of factors that

4  would trigger a person to eat objects that are not

5  food?

6       A.  Yes.

7       Q.  Have you also had experience with persons

8  who engage in self harm actions such as putting things

9  around their neck outside of the Jail setting?

10       A.  Around their necks I don't know if I had

11  specific instance but self harm, yes.

12       Q.  Okay.  And are all persons who engage in

13  self harm behaviors involuntarily committed to a

14  Mental Health Facility?

15       A.  No, no.

16       Q.  Okay.  Would you agree that in the Sangamon

17  County Jail an Inmate has the legal right to refuse

18  medications?

19       A.  Yes.

20       Q.  And are you legally able to enforce

21  medications the first time a patient refuses the

22  medication?

23       A.  We are not.  It has been made very clear to

24  us.

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 216

1      Q.  Have you ever been involved in a process of

2  enforcing a medication at the Jail?

3      A.  No.

4      Q.  So you wouldn't know how long it takes to do

5  that or what type of information you would have to

6  present to the Court in order to obtain an order to do

7  so?

8      A.  Oh my gosh, I don't remember, but I, there,

9  I believe you have to get a Court order saying that

10 they're not fit for trial, or there has to be a Mental

11 Health evaluation done by an outside and independent

12 provider, and that is how that's administered.  But I

13 don't remember in any situation forcing a medication

14 on a patient.

15     Q.  Do you know if ACH has an Enforcement of

16 Medication Policy separate from Illinois law?

17     A.  I don't, I know that we had a situation

18 where a patient was refusing medication, and we could

19 see deterioration in their mental health and physical

20 status and we consulted with the attorneys at ACH they

21 said you do not have the ability to force this

22 medication on this patient.  And the patient then went

23 into an acute episode and we then transferred that

24 patient to the ER.

DEPOSITION OF DOCTOR ARUN ABRAHAM                        June 14, 2019

Page 217

1      Q.  Have you ever personally been involved in

2  legally discharging a person from custody of the

3  Sangamon County Jail?

4      A.  Can you say that again?

5      Q.  Yeah.

6              Have you ever personally been involved

7  in discharging a person from the custody of the

8  Sangamon County Jail for either Medical or Mental

9  Health reasons?  Do you know what I'm saying, I'm

10 asking --

11     A.  No, I'm sorry.

12     Q.  Okay.  So when a person is in the Sangamon

13 County Jail, they are in the custody of the Jail?

14     A.  Correct.

15     Q.  Okay.  When a person is transferred from the

16 Jail to the hospital for a medical reason, would you

17 agree that under most circumstances the person remains

18 in the custody of the Jail and Officers go with that

19 person?

20     A.  Yes.

21     Q.  To the Jail?

22     A.  Yes, well, to the hospital.

23     Q.  I'm sorry, yes, to the hospital, correct?

24     A.  Yes.

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 218

1        Q.  Okay.  Have you ever taken any actions or
2   personally filed any documents with the Court in an
3   effort to have an Inmate in the Sangamon County Jail
4   discharged from the custody of the --
5        A.  I have not.
6        Q.  -- of the Jail for either medical or
7   reasons?
8        A.  No, not that I remember.
9        Q.  Okay.  Would it be fair to say, that you're
10  not familiar with the legal process of doing so?
11       A.  That would be fair to say.
12                    MS. POWELL:  Okay.  I believe
13  that's all I have.  Thank you very much.
14                    MS. CHARDON:  Just a few more?
15                    MR. MADDOX:  Any follow-up?
16                    MS. CHARDON:  Yeah, a few
17  follow-up.
18                    REDIRECT EXAMINATION
19                    CONDUCTED BY MS. CHARDON:
20       Q.  Did you ever have a conversation with
21  anybody at ACH about what it would cost to refer
22  someone to an out, a psychiatrist?
23       A.  No.
24       Q.  Do you know what it could cost?

Page 219

1      A.  No idea.

2      Q.  Did you diagnose Tiffany with having Pica?

3      A.  I think I did.

4      Q.  Did you, let me ask it a different way.  Did

5  you think that she had Pica?

6                      MS. POWELL:  I'm going to

7  object to the form of the question having Pica is, the

8  way it's said I'm not --

9                      MR. MADDOX:  Answer the

10  question, if you can.

11      A.  Yes.

12      Q.  Okay.  You thought she had Pica?

13      A.  Yeah, I think she was eating nonfood items

14  that weren't food.

15      Q.  What is Pica?

16      A.  Pica is eating objects that are not food and

17  you can't control it.

18      Q.  Are you aware other than Tiffany of

19  instances of people with Pica swallowing larger

20  objects like spoons?

21      A.  Not usually.

22      Q.  Yeah.  Are you aware of any specific

23  examples?

24      A.  No, yeah.

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 220

1      Q.   And Pica is often related to a nutritional
2  deficiency, right?
3      A.   Correct.
4      Q.   People eat paint chips, sometimes dirt --
5      A.   Yeah.
6      Q.   -- correct?
7      A.   Correct.
8      Q.   Okay.  You also said that you, I asked if
9  you thought Tiffany was suicidal and you said, I think
10  your answer was she had suicidal, I'm not trying to
11  put words in your mouth and I don't have the record in
12  front of me.  So do you think that Tiffany was
13  suicidal?
14              MR. MADDOX:  That is asked and
15  answered and but he can say it again.
16      Q.   It's fine, I just don't, I think you
17  answered that she --
18      A.   From my observations whether that would be
19  from previous facilities, whether that that was given
20  to me verbally, I know she had ideations in the past.
21      Q.   Okay.  And did you think she was having
22  suicidal ideations while she was at --
23      A.   No, she denied it.
24      Q.   Okay.  And did she make suicide, did she

Page 221

1   make suicide attempts while she was at Sangamon County

2   Jail?

3       A.  Yes.

4       Q.  Okay.  And I'm not even, I am not speaking

5   of the one, the successful one on March 17th but prior

6   to that did she make suicide attempts?

7                       MR. MADDOX:  He's free to

8   answer the question, I do want to object because I

9   think that, that he doesn't have the foundation to

10  answer that question because always is, requires

11  getting inside of the head of the person who does the

12  attempt.

13      A.  I don't know if those actions were suicidal

14  attempts or those instances and circumstances.

15      Q.  Did you consider her to be at risk for

16  suicide while she was at Sangamon County Jail?

17      A.  Yes.

18      Q.  Okay.  And she presented suicide risk

19  factors, correct?

20      A.  Her history.

21      Q.  Her history.  And she presented with, she

22  engaged in self harm while she was at the Sangamon

23  County Jail at times, correct?

24      A.  Self harm does not mean suicide.

Page 222

1        Q.   And can self harm be a suicide risk factors?

2        A.   Yes.

3        Q.   Yes.  And she engaged self harm, right?

4        A.   Yes.

5        Q.   And that was one of her suicide risk

6   factors?  Would you consider that to have been a

7   suicide risk factor with respect to Tiffany?

8        A.   I don't know because I would want to read

9   the circumstances because the spoon the, you know, the

10  sticking toilet paper in her nose saying you can't

11  breathe, you can still breathe through your mouth, you

12  know what I -- I don't know if I would consider those

13  suicidal attempts.

14              And so I, the one that I'm questioning

15  is the boot strap, and so I don't know until I read

16  that.

17       Q.   Were those symptoms of Tiffany's mental

18  health illness those things that you just listed?

19       A.   Yes.

20       Q.   Okay.  And when I say that they were

21  symptoms of the diagnoses that you recorded which

22  included bipolar, schizoaffective and Impulse Control

23  Disorder, correct?

24       A.   Yes.

DEPOSITION OF DOCTOR ARUN ABRAHAM                          June 14, 2019

Page 223

1      Q.  So swallowing the spoon was a symptom of
2  bipolar, schizoaffective and Impulse Control Disorder
3  one of the above, correct?
4      A.  Yes.
5      Q.  Okay.  And so when she swallowed the or
6  reported swallowing when she swallowed a spoon for
7  example at some point you became aware that she had
8  swallowed a spoon, correct?
9      A.  Yes.
10      Q.  And did you conclude that that was a symptom
11  of her, the mental illness that you had diagnosed
12  bipolar, schizoaffective, Impulse Control Disorder?
13      A.  One of them, yes.
14      Q.  Did you conclude at that point that it was a
15  symptom of Pica?
16      A.  I did not.
17      Q.  Okay.  You didn't put in your record that it
18  was a symptom of Pica, correct?
19      A.  I did not.
20      Q.  In your medical judgment did Tiffany have
21  Pica?
22      A.  No.
23                    MS. CHARDON:  Okay.  I don't
24  have any other questions.

Page 224

1          MR. MADDOX:  I might, just one

2  moment with my client Arun, come out here, please.

3                 (Whereupon a recess was taken.)

4          MR. MADDOX:  I don't any

5  questions.

6          Arun, Cathy is going to prepare a

7  transcript, which will be very lengthy, and you have a

8  right to review that transcript to make sure she took

9  everything down correctly or you can waive that right

10 and assume she took it down correctly.  You can't

11 change your answers you can only correct errors.  I

12 recommend that you waive.

13     A.  You recommend I waive?

14          MR. MADDOX:  It's up to you,

15 it's up to you.  He hesitated, so we reserve.

16

17

18

19

20

21

22

23

24

Page 225

1    STATE OF ILLINOIS        )
     COUNTY OF CHRISTIAN      )
2

3

                              CERTIFICATE
4

5         I, Cathy J. Craggs, CSR and RPR,

6    affiliated with Associated Court Reporters,

7    P.O. Box 684, Taylorville, Illinois, do hereby

8    certify that I reported in shorthand the

9    foregoing proceedings and the foregoing is a

10   true and correct transcript of my shorthand

11   notes.

12        I further certify that I am in no

13   way related to or associated with any of the

14   parties or attorneys involved herein, nor am I

15   financially interested in the action.

16

17

18

19                    _____

20                    CATHY J. CRAGGS CSR, RPR

21                    CSR License No. 084-002703

22

23   Dated this 27th day of July, 2019.

24

**June 14, 2019**

Page 226

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DEPOSITION OF DOCTOR ARUN ABRAHAM                          June 14, 2019

Page 227

1                    SIGNATURE AND ERRATA SHEET

2           I, DOCTOR ARUN ABRAHAM, have read the
    foregoing testimony, given by me, taken on
3   June 14, 2019, at 400 South Ninth Street, Springfield,
    Illinois, in the case of KELLI ANDREWS, AS
4   ADMINISTRATOR OF THE ESTATE OF TIFFANY ANN RUSHER,
    DECEASED vs. SANGAMON COUNTY ILLINOIS, WES BARR, LARRY
5   BECK, JR., ADVANCED CORRECTIONAL HEALTHCARE, INC.,
    ARUN ABRAHAM, MICHAEL SHMIKLER, KYLE MEYER, Z.
6   WHITLEY, JENNIFER EALEY, GUY BOUVET III, and DOES 1-5
    Case Number 1:18-cv-1100-SEM-TSH, and have made any
7   and all necessary corrections below:

8   Page No.            Line No.    Reason for Change:

9   _____

10  _____
    _____
11  _____
    _____
12  _____
    _____
13  _____
    _____
14  _____
    _____
15  _____
    _____
16  _____
    _____
17  _____
    _____
18  _____
    _____
19  _____
    _____
20  _____
    _____
21  _____
    _____
22

23

24

ASSSOCIATED COURT REPORTERS
1-800-252-9915

Page 228

1

2        _____
                Signature of Witness

3    SUBSCRIBED AND SWORN TO BEFORE ME
     THIS_____DAY OF_____, 2019.
4

5    _____
               Notary Public
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 229

1                              Cathy J. Craggs, CSR
                              Associated Court Reporters
2                              P.O. Box 684
                              Taylorville, Illinois 62568
3                              27th day of July, 2019

4

5              Dear Matt,,

6                   Enclosed herewith please find the
   transcript of the deposition testimony of Doctor Arun
7  Abraham taken on June 14, 2019 at the Law Offices of
   Quinn,Johnston, Springfield, Illinois.

8

9                   As indicated at the conclusion of
   the deposition, your client reserved his right to read
10 the transcript. Please have your client read the
   enclosed transcript and sign the sheet at the end
11 entitled Errata Sheet. Please mark on that sheet only.
   Please read and sign the transcript within the next
12 thirty days and return a copy of the Errata Sheet to
   me,

13

14                  If you have any questions in this
   regard, please do not hesitate to call on me.

15                       Thank you for your time.

16

17                            Sincerely,

18

19                            Cathy J. Craggs, CSR

20

21

22

23

24

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 1

| A | | | | |
|---|---|---|---|---|
| **a.m** 1:20 2:6 | 12:1,12,13,17 | 109:22 110:5,8 | **Advanced** 1:10 | **Americans** |
| **abilities** 44:17 | 13:6,17 14:8 | 110:12 111:19 | 3:16 15:13,13 | 154:11 |
| 44:18 | 17:5,9 19:11 | 130:15 190:15 | 15:21 31:14 | **amount** 14:12 |
| **ability** 32:21 | 27:19 28:10 | 190:18,21 | 33:13 39:20 | 43:8 109:9 |
| 37:6 99:1 | 31:20,21,24 | 191:12,18 | 43:16,24 60:21 | 117:6 |
| 212:1 216:21 | 45:6 46:8 | 194:13,18 | 96:3,4 97:23 | **ANDREWS** 1:5 |
| **able** 38:12 40:21 | 67:13 77:14 | 196:15,15 | 227:5 | 227:3 |
| 54:17 176:6,8 | 79:24 80:18 | 216:23 | **Advisory** 48:10 | **ankle** 126:8 |
| 176:10 190:22 | 114:20 115:3 | **AD** 147:19 | 48:14 | **ANN** 1:6 227:4 |
| 196:6 211:10 | 115:19 116:11 | **add** 6:19 197:24 | **affiliated** 225:6 | **answer** 6:10,14 |
| 215:20 | 117:11,14 | 202:5 | **Affirmatively** | 6:20 7:4 11:9 |
| **Abraham** 1:11 | 118:6 119:8,20 | **added** 201:20 | 9:9 28:15 | 27:4,6,13,16 |
| 1:17 2:4 3:15 | 124:8 125:13 | **addition** 6:13 | 36:14 42:9 | 36:21 37:6 |
| 4:3,7,7,8 5:1,7 | 175:6,6 193:1 | 71:15 160:23 | 52:11 55:9 | 38:12 50:15,16 |
| 11:20,22 27:24 | 193:2,4 209:16 | 164:16,17 | 85:17 87:5 | 55:2 65:4,4 |
| 28:22,22 29:3 | 209:22 211:14 | 165:12 | 89:13 92:19 | 69:14 83:10,11 |
| 30:11,17 40:4 | 211:19 216:15 | **additional** 211:5 | 95:20 105:23 | 104:16 107:16 |
| 42:12 69:1 | 216:20 218:21 | **address** 18:11 | 149:21 189:16 | 132:2 137:7 |
| 119:24 120:1,4 | **ACH006** 124:6 | 18:13 28:10,14 | 194:4 198:12 | 138:10 140:17 |
| 120:7,9,13,16 | **act** 35:16 36:24 | 28:17 29:2 | 200:17 | 141:4,14 147:2 |
| 125:9,12 145:1 | 36:24 37:2,22 | 30:8 93:1 | **Africa** 9:4,7 | 147:6 156:17 |
| 153:14 207:3 | 110:4 | 214:12 | **agents** 211:14 | 165:17 167:21 |
| 227:2,5 229:7 | **acting** 19:6,22 | **addressed** 18:15 | **aggressive** 141:3 | 169:21 205:13 |
| **absolutely** 23:9 | 25:16 37:22 | 19:22 20:15 | 182:17 | 206:5,8 207:23 |
| 23:16 30:2 | **action** 23:3,6 | **addresses** 28:21 | **ago** 5:20 11:9 | 219:9 220:10 |
| 38:23 45:5 | 225:15 | **adequate** 103:11 | 35:10 132:20 | 221:8,10 |
| 192:24 | **actions** 32:13 | 205:10,16 | 148:2 172:2 | **answered** |
| **accelerate** 78:14 | 215:8 218:1 | 206:8 | **agree** 22:12 47:3 | 132:23 137:22 |
| **accent** 9:6 | 221:13 | **administered** | 78:13 211:23 | 138:11 146:6,9 |
| **accept** 50:7,19 | **actively** 49:5 | 170:4 216:12 | 212:4,11 214:3 | 146:10 155:15 |
| 100:2 | 51:20 | **administering** | 214:6,10,24 | 163:17 170:1 |
| **accepted** 50:9 | **actors** 116:8 | 60:9 161:22 | 215:16 217:17 | 181:10 220:15 |
| 154:1,11 | **acts** 87:1 | 163:22 | **agreed** 204:13 | 220:17 |
| **access** 100:17 | **actual** 38:10,11 | **Administration** | **ahead** 27:16 | **answers** 2:11 |
| **accounts** 29:6 | 49:19 | 61:6,8,20 62:8 | 110:18 141:24 | 20:14 102:4 |
| 29:18 | **acute** 68:8 90:11 | 62:12 63:6,12 | 198:18 | 141:6 224:11 |
| **accreditation** | 90:14 91:3,8 | 63:20,22 71:9 | **airway** 109:16 | **antidepressants** |
| 83:21 84:2 | 91:13,18,22 | 202:2 203:10 | **Alexis** 3:3 | 201:24 |
| 117:23 | 92:3 93:3,10 | 203:15,24 | **Ali** 5:9 | **anybody** 19:22 |
| **accredited** | 93:13 94:22 | **ADMINISTR...** | **alive** 132:19 | 22:17 24:10 |
| 83:22 | 102:18,19,24 | 1:5 227:4 | **ALLEN** 3:6 | 25:20,22 26:2 |
| **accumulate** | 103:18 104:3 | **admitted** 134:10 | **allow** 65:3 | 47:11,18 54:11 |
| 29:15 | 104:10 105:4 | 150:24 | **allowed** 35:11 | 56:2,6 60:5 |
| **accuse** 22:17 | 106:1,1,17 | **advance** 40:16 | 36:7 | 61:12 81:3 |
| **ACH** 11:20,20 | 107:8,18 109:6 | 40:19 44:3 | **alter** 201:12 | 86:13 101:13 |
| | 109:8,12,16,19 | 124:13 | **American** 9:6 | 103:16 128:15 |

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 2

128:19 133:22
137:2 140:8
143:4 149:10
192:17 209:20
209:22 218:21
**anybody's** 139:1
139:2,15
142:15
**anymore** 64:5
157:20 210:18
**anyway** 118:12
140:7,10
142:18
**apologize** 188:7
**APPEARAN...**
3:1
**Appeared** 3:5,9
3:15
**appears** 200:20
**apply** 212:17
**appreciate**
118:23
**approached**
183:20
**appropriate**
46:18 74:15
93:1 94:7
141:12 163:7
165:22 166:12
171:12 190:1
196:13 204:14
205:1,10,20
206:17 207:5
213:4
**appropriatene...**
49:2 57:14
**approximately**
5:19
**area** 10:18
112:11
**areas** 113:14
**arose** 18:19
**arrived** 63:18
150:19 191:3
**art** 32:7 202:22
**articulate**

155:13,16
**Arun** 1:11,17
2:4 3:15 4:3
5:1 224:2,6
227:2,5 229:6
**aside** 38:16
102:23 163:1
**asked** 20:4,6,8,9
21:22 25:15
63:24 68:21
74:24 90:22
111:24 118:10
118:10 128:11
137:22 138:2
138:11 139:1,9
142:17 146:5
146:10,11,13
146:14 147:2
155:14,15,16
161:23 163:13
163:18 167:21
167:23 168:23
192:6 193:13
195:12 220:8
220:14
**asking** 17:4
20:23 21:19
35:4 51:9
68:15 69:14,16
71:1,21 88:6
96:20 106:24
109:5 117:14
140:18 142:12
146:6 149:14
149:14 157:17
161:1,7 163:6
169:11,11,15
169:19 175:11
185:2 217:10
**asks** 106:8
**assess** 167:22
168:18 169:17
205:9,15,19
**assessed** 195:13
195:15 206:11
206:16

**assessing** 206:1
**assessment**
41:23 69:4
71:22 72:6,8
95:15 126:22
127:2,10 145:6
146:16 147:7
149:16 153:6
153:11 168:3,6
168:9,19,20
176:11,11
187:3 189:7,9
191:7 194:20
195:21 197:14
205:22 206:2,7
206:15
**assessments**
174:20
**assigned** 40:12
43:8 46:21
57:23 58:3
**assignment** 14:5
142:13,16
**Assistant** 16:7
**Assistants** 16:17
**associated** 1:23
225:6,13 229:1
**Associates** 101:8
**assume** 27:17
54:3 58:1
82:15,16 87:7
114:1 130:1
138:24 148:4
150:18 174:19
176:4 196:2
224:10
**assumed** 44:12
196:1
**Assumes** 47:1
**assuming** 73:18
123:9 138:23
147:24 175:16
**assumption**
46:11
**attached** 1:22
**attacked** 130:12

**attempt** 107:22
221:12
**attempted**
144:23
**attempts** 49:16
49:17 221:1,6
221:14 222:13
**attend** 9:21
48:13 115:10
116:14 117:6
**attendant** 33:17
**attended** 119:10
119:23
**attending** 118:6
**Attends** 48:10
**attention** 63:17
64:2 73:23
76:15,20 86:4
86:6,11 133:18
133:23 134:3
134:20 138:20
147:11 179:16
180:14 181:13
181:19 192:18
192:20 193:9
194:16 196:17
200:1
**attorney** 3:4,7
6:4
**attorneys** 2:3
216:20 225:14
**August** 14:9,20
17:11 18:1,8
24:16,18,23
25:21,22 26:2
29:8
**Auscultation**
126:15
**auspices** 39:16
**authored** 96:14
98:4 100:16
**availability**
27:18
**available** 26:4
33:23 36:12
38:13 39:8

44:7 80:19
108:2 111:23
117:17 144:2
**Avenue** 3:4,8
**avoid** 107:14,17
107:18
**aware** 26:17
31:4,16 37:2
37:16 39:19
46:13 49:14
52:4 54:10
68:4 77:8
78:16 79:11,15
87:16 97:11
110:14 111:4
119:6 130:14
130:24 151:21
152:4,12
164:14 173:8
185:3 207:17
208:19,21
219:18,22
223:7
**Axis** 87:1

**B**

**B** 4:5
**Bachelor's** 8:23
8:23
**back** 8:2 12:22
12:23 17:21
18:7 32:5
35:23 36:2
42:8 45:22
52:19 57:11
75:19 80:16
83:9,15,16
131:6 135:14
135:16 136:14
142:2 152:20
156:8,19 179:6
180:13,15
182:3 185:23
187:20 188:6
**backing** 61:11
79:13

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 3

**bad** 17:4 152:2
**bag** 76:2 110:8
  111:3
**Bandy** 149:2,6
**Barr** 1:10 3:9
  227:4
**based** 69:6
  98:15 149:15
  153:9 191:16
  196:7 206:5
  212:11
**baseline** 73:4,5
  73:9
**basic** 39:15
  107:2 183:3
**basically** 92:16
  122:16 188:20
  199:24
**basis** 43:10 58:7
  60:15 84:23
  85:1 147:14
  189:22 196:12
**batch** 27:20
**Bates** 12:12
  19:10 123:24
  124:1
**Beck** 1:10 3:9
  227:5
**bed** 53:9 54:15
  105:13
**beds** 53:6 54:6
  104:21 108:2,8
**began** 11:1
  15:18
**beginning** 67:23
**behalf** 3:5,9,15
**behavior** 72:4
  72:21 148:6
  164:18 190:4
**behavioral** 75:6
  161:22 163:20
  164:7 165:16
  166:15,18
  190:8
**behaviors** 73:10
  76:16 148:21

192:14 215:13
**believe** 12:19
  14:17 19:4
  32:22 33:2,6,6
  56:14 57:3
  78:4 80:4,5
  85:4 96:21
  99:12 100:8,12
  100:12,19
  104:6 112:12
  112:13 113:12
  130:11,14
  131:13 132:3
  144:4 147:1
  148:5 150:20
  165:9 167:21
  168:6 178:21
  191:9 193:8
  196:11 200:21
  201:20,24
  202:3 205:6
  214:23 216:9
  218:12
**believed** 18:21
  144:5 178:19
  211:5
**believes** 154:9
**best** 37:6 106:15
  106:16 144:6
  203:3
**Betsy** 3:13
**better** 105:15
  106:18,23
  107:13,17,21
  127:23 141:23
**beyond** 91:14,16
  93:15 109:9
  112:2
**Bilaterally**
  126:15
**Billy** 24:7
  198:24 199:1,7
  199:24 200:18
**Billy's** 200:21
**binder** 64:5
**bipolar** 83:14

145:10 146:4
147:3,23
149:15 151:7
151:23 153:6
153:21 154:7
155:21 156:11
156:15 157:10
157:21,22
158:24 159:3,7
159:11,14,16
159:20 160:24
165:23 166:4,6
166:7,9 187:12
187:24 188:3
190:16 197:17
201:13 207:11
207:20 208:1,3
222:22 223:2
223:12
**birth** 125:20
**bit** 124:12
**block** 113:12,15
  184:24
**blocks** 113:12
**board** 8:7,11,12
  8:15 10:20,22
  10:23 11:5,12
  11:15 48:11,14
  118:1
**body** 194:11,15
**booked** 134:11
**Booking** 78:21
  112:10,11
  113:13,19,19
  148:14 183:20
**boot** 109:19
  172:11,12
  222:15
**born** 9:3,4,7
**bottom** 12:11
  23:2 27:24
  122:13 125:13
  145:3 175:16
  186:4 200:2
**Bouvet** 1:13 3:9
  175:4 176:5

227:6
**Box** 1:24 225:7
  229:2
**break** 7:3,5
  60:19 75:15
  84:8 133:2
  140:20 141:7
  156:4
**breakdown**
  51:16 58:16
**breakouts**
  190:21
**breaks** 109:7
**breakthrough**
  190:19
**breathe** 222:11
  222:11
**brief** 109:7,8,13
  180:2
**bring** 179:4,15
  180:9,14
**Brittany** 149:1,5
**brought** 26:10
  63:16 64:1,9
  64:10 86:4,6,9
  86:11 133:18
  133:22 134:3
  138:20 147:11
  147:24 179:3
  181:13,19,21
  193:9 196:17
  199:24
**buck** 71:3
**bullet** 80:19
**bunch** 118:11
  201:5

————— C —————
**C** 58:9
**Caldwell** 115:16
**call** 12:11 15:8
  15:16,19 17:16
  17:22 18:7
  21:15 23:20
  25:2 26:4
  30:12,13 32:10

37:14,15 41:8
43:9,10,11,16
43:21 44:1,2,8
55:16 68:10
85:2,3 87:18
99:2,2,17,20
117:18 134:9
134:15,16
135:22 150:13
150:19,23
156:5 185:13
229:14
**called** 5:2 13:24
  25:4,5,12
  60:12 84:16
  95:2 100:1
  104:13 112:16
  134:20
**calling** 21:22
  44:13
**calls** 20:13
  46:17 68:7
  87:17 118:8
**camera** 113:20
  113:24
**cameras** 113:16
  114:2,7,9,16
**capacity** 13:9
**care** 8:6 10:17
  11:2 13:11,12
  33:14 34:10,14
  35:5 38:21
  40:14,14 43:8
  47:1,2,7,10
  49:3 50:14
  57:14 79:14
  83:5 90:11,13
  90:19 91:4
  92:16,18 94:18
  94:21 99:4
  103:5,11,17
  105:18 114:12
  135:3 136:16
  136:17,18
  154:14 155:17
  158:4,6,12

DEPOSITION OF DOCTOR ARUN ABRAHAM

June 14, 2019

Page 4

159:10 210:24
211:18 212:18
212:23
**caregivers** 75:22
**case** 5:22 6:23
7:23 39:19,21
51:15 64:14
115:8 191:1
227:3,6
**cases** 37:19
50:17 54:14
99:9 100:21
**catch** 74:1
**categories**
162:22 168:5
**category** 102:23
**Cathy** 1:18 2:9
6:7 106:9
224:6 225:5,20
229:1,18
**cause** 26:7 111:9
148:12 210:10
**causes** 40:5
**causing** 68:8
188:22
**cautious** 39:22
**CBT** 161:4
164:7 166:23
**cell** 79:8 183:22
184:5,10 197:4
207:3
**cells** 113:2,15,20
114:17
**Center** 131:2
**CENTRAL** 1:2
**certain** 20:5,9,9
20:13 23:18
39:13 46:7
73:15 119:21
154:2 173:18
173:19 203:14
**certainly** 37:5
137:22
**CERTIFICA...**
225:3
**certification** 8:9

11:12 68:16
**certifications**
11:15
**certified** 8:7,11
8:12,15 10:20
10:23 11:5
**certify** 225:8,12
**CERULO** 1:21
2:7 3:12
**challenge**
154:10 214:15
**chance** 29:19
**change** 14:12
64:3 73:4,5,9
187:21 188:5,5
191:20,21
196:1,14,16
197:19,23
201:16,19
224:11 227:8
**changed** 23:23
32:22 45:19
197:23 198:1
202:7
**changes** 23:14
64:3
**changing** 18:20
**channeled** 94:7
**Chardon** 3:3,3
4:14 5:6,9 27:7
27:14 30:2,7
35:21 37:4,7
62:14 65:5
72:10 75:16,19
79:21 87:12
88:6 102:1
103:12 111:8
111:12 117:12
118:19,23
120:9,14 121:4
123:16,20,23
124:4 125:1,5
137:24 138:7
139:12 140:22
141:2,8,11,19
142:2,6 156:6

156:8 162:4,8
163:9 177:19
184:18 195:18
199:12 202:23
210:17 214:8
218:14,16,19
223:23
**charge** 29:15,15
**chart** 37:9 38:1
62:7 63:4
66:20 67:17,18
83:8 86:10
124:21 133:16
144:22 153:16
**charting** 33:23
38:7
**charts** 36:12
83:11 124:12
139:21
**check** 71:11
127:20
**checking** 70:7
71:10
**chest** 126:12
187:1
**Chicago** 3:5
**chips** 220:4
**choose** 92:13
**choosing** 39:8
**CHRISTIAN**
225:1
**chronic** 109:8
190:15
**chuckhole** 184:2
184:3
**circle** 126:21
127:6
**circumstance**
26:10 51:13
**circumstances**
20:1,14 24:22
25:10 40:10
50:21 54:21
122:9 160:19
160:22 217:17
221:14 222:9

**clarification**
6:17 117:13
121:2
**clarify** 6:20
87:10 117:9
119:19
**classes** 48:2
**classify** 70:22
72:4
**clear** 35:3 93:17
96:19 126:15
162:20 215:23
**clearly** 129:5
**client** 40:6 224:2
229:9,10
**clinic** 8:6 13:10
109:22,23
158:4
**clinical** 47:14,19
60:15 65:24
69:3,7 75:7
85:20,21,23
91:19,21 98:15
107:11 115:8
116:9 144:13
148:9 153:7
198:2
**clinically** 69:15
129:13,17
**Clinician** 60:11
60:20 61:1
84:21
**Clinicians**
137:17
**clip** 109:24
111:2
**clips** 76:10
109:21 110:4
**close** 103:24
**CME** 45:2
114:21 116:18
116:21 117:10
119:20
**CME's** 115:11
119:10
**CO's** 70:6 71:16

73:1,1 114:4
**cognitive** 161:5
163:19 164:18
165:16 166:15
166:17
**collaborate**
34:19,23 35:2
**collaborated**
35:4
**collaborates**
139:19 142:11
**collaborating**
32:3 33:13,16
36:9,11 37:24
38:3,6 39:1,5
39:17,23 44:23
**collaboration**
31:18 35:13
36:6 38:11
**collaborative**
30:17 31:10,23
32:6,9,19 33:1
33:4,5,9,18
36:17,22 37:18
37:20
**colleague** 53:13
**colleagues** 113:4
**collection** 120:1
**come** 9:10,18
17:16 20:10
25:21 52:3
71:20,22 73:23
80:12 83:9
104:14 114:11
116:18 117:19
130:1,10
140:21 150:15
184:4,10
185:14 207:3
224:2
**comes** 31:24
91:3 94:9,19
130:13 148:13
148:14 150:11
213:16
**comfortable**

DEPOSITION OF DOCTOR ARUN ABRAHAM                June 14, 2019

Page 5

39:9,23
**coming** 10:13
  19:3 31:14
  52:19 66:15
  130:16 151:11
  151:11 185:10
**Commission**
  83:22
**commitment**
  213:24
**commitments**
  49:11
**committed**
  26:15 49:20
  192:21 215:13
**communicate**
  28:21 93:5,7,9
  93:13 129:20
  172:15
**communicated**
  26:6 41:12
  64:15 171:22
**communicating**
  25:20 37:11
  192:12
**communication**
  93:17 151:12
  151:14 171:23
  171:24 172:1
**community**
  154:9 155:5
**company** 13:10
  46:12,13
**competence**
  73:16
**competent** 2:18
**complained**
  24:2,8
**complaining**
  186:22
**complaint** 19:22
  19:22 20:10,17
  20:18 24:3
  121:14 125:22
  126:6 147:15
  186:19 194:1

197:11
**complaints**
  24:11 146:19
  149:20 188:15
  194:2 197:11
**completed** 28:2
  43:11
**completely**
  44:24 129:12
  190:23
**component**
  152:15,16
  167:3 208:3
**components**
  148:5 170:10
**compounded**
  78:13
**compromise**
  188:22
**compulsive**
  208:9
**concentrate**
  106:5
**concern** 44:14
  60:16 63:16
  64:2,8,10,14
  64:18,23 65:21
  70:3 71:18
  72:11 73:14
  74:11,16,18,24
  91:4,9 92:23
  92:24 93:1,5
  103:10,15
  109:5,11
  111:18 179:3
  185:10 196:16
**concerned** 70:8
  208:17
**concerning** 70:5
**concerns** 15:5
  44:4 65:8,14
  65:17 67:21
  73:1 80:13
  92:7 93:10,13
  93:20,22 94:1
  103:3 172:24

174:20 191:12
  196:18,23
  197:3
**conclude** 152:15
  195:12 206:20
  223:10,14
**concluding**
  146:3
**conclusion**
  189:23 195:15
  195:20 196:7
  229:9
**condition** 89:5,5
  90:7 91:23
  197:5 206:8
**conditions** 78:2
  96:1 144:18
  160:24 207:8,9
**CONDUCTED**
  5:6 210:21
  218:19
**conference**
  19:13
**conferences**
  80:1,6 114:21
  114:23 115:7
  116:8,19,22
  117:15 118:6
  119:23
**confinement**
  76:24 77:2,4
  77:24 78:8
**confirm** 152:20
**confirmed**
  152:21
**conflict** 17:24
  21:11,18,23
  31:3,17,19
**conflicts** 21:15
  21:17,19
**conjunction**
  41:5 74:21
  75:1
**consequences**
  107:18
**consider** 82:20

109:15,18,21
  110:7 145:16
  154:13,15
  173:3 194:12
  210:16 221:15
  222:6,12
**considerations**
  213:18
**considered**
  194:18
**consistent** 21:5
  40:4
**consistently**
  112:22
**constipation**
  93:18
**constitutes**
  91:18
**constriction**
  188:21
**constructive**
  23:22
**consult** 99:13
**consulted** 99:10
  216:20
**contacted** 12:22
**contemporane...**
  62:23
**contemporane...**
  62:20 63:7
  111:5,7 129:7
**context** 22:11
  57:17 65:3
  77:17,18 88:23
  93:17 101:14
  107:22 119:14
  162:11 166:24
**contexts** 95:2
**CONTHR-N...**
  126:24
**contiguous**
  19:11 120:2,16
**continue** 6:13
  23:17 127:13
  129:23 144:12
  151:2

**continued** 17:8
  196:13
**continuing**
  114:22 118:1
  148:18 191:1
**continuity** 49:2
  57:14
**continuously**
  62:21
**contract** 120:10
  120:11
**control** 54:17
  66:2 127:20,23
  189:12,15,18
  189:23 190:2,3
  190:6,9,11,12
  190:13,14,20
  194:21 197:13
  197:21 207:15
  208:6,7 219:17
  222:22 223:2
  223:12
**controlled** 54:24
  160:16 214:19
**conversation**
  53:12 56:19,20
  145:18,19
  147:8 148:3,4
  148:11 149:18
  149:19 150:10
  156:2,19
  180:21 183:12
  183:13 195:11
  206:22 207:5,6
  218:20
**conversations**
  41:6,12,21
  146:17,20
  181:14 182:6
  184:13 192:7
  208:23 209:4
  209:24 210:4
**conveyed**
  199:21
**cooperative**
  173:17

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 6

coordinate 47:6
coordinating
  92:18
coordination
  47:2 57:20
copies 2:19
  120:3 125:3
copy 100:23
  229:12
corner 185:12
corporate 20:18
  20:18 31:21
  41:16 45:11
  46:11 48:10,13
  48:20 63:24
correct 6:20
  11:14 15:1
  17:12 19:7,8
  19:14,16,17,20
  23:4,5 24:16
  30:15,16 31:1
  31:2 34:4 35:7
  36:13,15 38:6
  38:8,9,18,22
  39:3 43:17
  45:9,12 53:18
  61:13,17 63:4
  64:21 65:15,19
  66:11 68:13
  70:13,16,20
  72:4 74:2,8,13
  74:14,18 75:24
  76:6,13 78:22
  87:6 92:20
  93:8,10,18
  95:19 105:22
  106:2 107:9
  108:3 112:6
  114:15 115:22
  119:1,4,11
  120:21 121:3
  121:18 122:17
  122:20,21
  123:9 125:14
  125:15 129:3,7
  129:13,21

130:22 133:12
133:21 135:10
136:3,4,9
138:14,15,21
138:22 140:2
143:13,18
147:4,16
148:10 149:20
149:24 158:4,7
158:13 160:5
164:8 168:19
168:21 169:1
174:5,6 176:1
187:1,2,14,17
191:3 194:3,21
194:22 197:11
197:12,14,15
197:17,18
198:6,15 200:1
200:3,5,8,16
200:23 201:2,4
201:6,7 202:16
202:17,21
207:11,12,13
207:15 211:10
212:6 217:14
217:23 220:3,6
220:7 221:19
221:23 222:23
223:3,8,18
224:11 225:10
correctional
  1:11 3:16
  31:15 75:22
  83:23 159:22
  159:23 208:13
  208:18 227:5
corrections
  227:7
corrective 23:2
  23:6
correctly 73:21
  155:16 159:17
  161:14 224:9
  224:10
cost 218:21,24

Counsel 29:20
123:14 137:19
140:21
counseling
  163:21 164:8
  164:18 165:16
  166:16,18,20
  167:1,14
  168:20,24
  169:4,8,10,16
  169:20 170:6
  170:11,20
  171:2 178:16
  178:22
count 86:11
County 1:9 3:10
  13:1,20 14:8
  16:18,21 17:1
  34:18 43:14
  47:4 49:15
  50:1,13 56:7
  59:8,16 79:17
  82:5,14 83:20
  84:3,6,12
  88:24 95:11
  96:2,15 97:6
  99:2,11 100:7
  101:18 102:11
  103:5,16
  105:19 110:15
  114:5 118:5,13
  119:5,9 134:9
  137:4 138:24
  149:11 167:17
  169:5 170:9,18
  175:4 178:17
  196:20 201:11
  207:10 211:13
  211:18,24
  213:8 215:17
  217:3,8,13
  218:3 221:1,16
  221:23 225:1
  227:4
couple 18:4
  102:18 193:16

202:3
course 22:7
  59:15 119:15
  124:15 132:18
  166:18
Court 1:1,23
  11:23 36:1
  120:5 125:10
  137:21 142:4
  216:6,9 218:2
  225:6 229:1
covered 119:7
  119:14
coworkers
  22:18,22 24:20
CQI 58:8
Craggs 1:18 2:9
  225:5,20 229:1
  229:18
create 96:18
  123:17
created 96:14
  116:5 175:8
credits 117:24
  118:2
crisis 84:5,7
  97:5 98:20
criteria 153:21
  153:22,23,24
  155:20,22
  156:10,14
  157:7,9,13,22
critical 41:23
criticism 20:20
  23:11,22 24:19
  30:20 40:7,11
  40:24 41:22
  42:14,17
CROSS 4:2
  210:21
crossed 121:19
  122:9
CSR 1:18 2:9
  225:5,20,21
  229:1,18
CTAB 126:13

cure 190:23
  215:1
current 158:11
  158:12
currently 13:14
  157:23 158:9
custody 50:13
  217:2,7,13,18
  218:4
cut 152:2 203:20
cutoff 117:2
cutting 6:10

---

### D

D 4:1
da 104:2,2,2
daily 43:10
  60:15 84:21
  196:11
Dambacher
  15:24 16:12
  17:2 19:3
  24:11 30:24
  31:4,17 32:19
  34:3,13,16
  35:4,11 37:19
  38:18 39:2
  202:15,18
  204:6,7,9
Dambacher's
  60:1
Dan 16:3,20
  17:13,16 18:23
  32:4 56:24,24
  57:2,3 108:16
  181:21
Daniels 56:23
  57:4
date 8:18 21:4,5
  40:21 53:3
  121:12,17,23
  121:24 122:9
  123:21 125:19
  125:20 203:19
  203:20
dated 12:15

DEPOSITION OF DOCTOR ARUN ABRAHAM

June 14, 2019

Page 7

120:23 203:20 225:23
**dates** 63:14
**day** 43:10 44:16 70:10,18 71:3 85:6 129:2 134:10 135:17 146:21 198:8 225:23 228:3 229:3
**days** 15:8,19 17:22 18:7 26:4 30:12,13 41:8 60:17 67:22 68:1 69:22,23 130:4 188:11 229:12
**deal** 30:4 90:11
**dealing** 98:24 214:6,10
**dealt** 213:19 214:16
**Dear** 229:5
**death** 8:2 131:12 132:1 136:7
**DECEASED** 1:6 227:4
**December** 125:14 126:4 128:10 130:2 131:6 201:11
**decided** 38:24
**deciding** 12:21
**decision** 27:5 51:10 69:13 160:12
**decisions** 144:13 171:5
**decompensati...** 72:16,19,22 73:3 75:23 76:6,17 77:1 80:3
**decreased** 14:14 14:15,19

**Defendants** 1:14 3:9
**deficiency** 220:2
**define** 35:2 111:6 162:24 163:6 165:5
**definition** 32:8 161:18 163:8 163:11,23 165:4,4
**definitions** 163:7
**definitive** 37:21
**definitively** 213:18
**degree** 8:19,21 8:21,22 9:24
**degrees** 8:20 9:1
**delete** 29:5,18 30:3
**deleted** 29:12
**delivery** 23:13 23:23
**delusions** 157:4
**demeanor** 210:7
**demonstrated** 30:11
**denied** 220:23
**denies** 126:10 145:23 147:19 186:21 188:17 189:1,6 197:11
**Depakote** 143:15
**department** 33:11 40:5 93:22
**depending** 40:19 69:16 160:18 166:6 198:11
**deposed** 5:12,15 5:16,21
**deposition** 1:17 2:3,14,15,19 6:18 7:9 30:1

**124:13 132:13** 185:24 209:20 229:6,9
**depositions** 2:18 137:21
**depression** 148:6 154:2 167:2,2,3 208:2,3
**derive** 171:16
**describe** 112:18 121:9 168:23
**described** 39:14 43:15
**describing** 83:18
**description** 12:15 45:7 46:16
**descriptions** 180:24
**designated** 46:21
**detail** 152:14
**details** 140:6 182:5,6 183:13
**deterioration** 216:19
**determination** 54:11 57:8 102:22 103:2 108:23 109:3 111:22 130:9 171:12,14
**determinations** 100:15 205:4
**determinative** 154:22 155:1,9 155:11
**determine** 74:7 90:4 97:2 171:15 173:5 176:6,8 204:13 206:14 213:4
**determined** 54:7 102:17 104:21

**105:9 204:23** 206:13
**determines** 76:19 97:13,15
**determining** 144:9
**detrimental** 77:5
**developing** 169:3,7 170:2
**DeWitt** 14:2
**diagnose** 32:21 144:20 159:3,7 159:11 162:17 187:23 189:17 219:2
**diagnosed** 83:4 151:22 152:19 223:11
**diagnoses** 83:12 145:11,14,17 151:7 167:4 190:17 197:22 208:1 222:21
**diagnosing** 146:4 155:17 189:15
**diagnosis** 51:23 83:1,4,6 86:22 86:24 87:2,24 88:2 91:13 94:8,14 144:15 145:6,9 146:3 147:3,15,23 148:8 149:15 151:7,21 152:6 152:9,21,23,24 153:7,16,20 156:11 187:21 187:24 189:12 194:20 197:19 201:12
**diagnostic** 152:20
**diarrhea** 186:22 188:17 189:1

**difference** 88:4 168:3,4,24
**differences** 43:19 44:22 45:1,2,4 208:5
**different** 43:21 44:17,17,21 45:22 90:22 111:20 116:11 116:16 154:18 157:3 161:8,11 162:19,21,22 165:17 185:12 205:7 207:20 219:4
**differential** 94:12
**differentiate** 169:13
**difficult** 207:23 214:7,11
**difficulty** 192:11
**diligence** 32:15
**direct** 4:2 5:5 112:20
**directly** 34:14 99:14 112:21 173:6
**Director** 12:22 31:21 41:17 45:12 115:18
**dirt** 220:4
**discharge** 131:1 131:2,16,21 132:14 133:4 134:2,6 136:2 137:10 138:14 139:24 140:9 140:15 142:8 142:14
**discharged** 130:18 218:4
**discharging** 217:2,7
**discontinuation** 145:24

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 8

discontinue
  130:10 147:21
  151:3
discuss 29:24
  34:14
discussed 85:15
  118:8 132:21
discussing 90:18
  104:20
discussion 12:7
  18:17 21:21
  48:1,8 195:21
discussions
  21:19,20 48:5
disease 107:14
  107:17 153:21
  208:8
disorder 83:14
  158:24 189:13
  189:14,15,18
  189:23 190:2,6
  190:9,11,13,14
  194:21 197:13
  197:22 207:13
  207:15 208:7,8
  208:9 222:23
  223:2,12
disorders
  190:15 207:18
  207:19
disorganized
  156:23 157:5
displaying
  205:11,18
distinguished
  168:17
distinguishing
  168:21
distribution
  85:5
DISTRICT 1:1
  1:2
doc 180:19
  208:19
doctor 1:17 2:4
  4:3 5:1,7 9:13

9:16 27:24
  28:1,22,22
  29:3 30:11,17
  33:6 39:20
  40:3 41:14,15
  41:16,22 42:12
  45:14,23,23
  50:23 58:15
  69:1 70:18
  77:11 88:7
  93:5 101:10,13
  102:9 107:5
  115:15 117:18
  128:2 153:5
  158:4 165:3,5
  167:9 199:18
  207:3 210:19
  227:2 229:6
Doctors 114:11
document 19:10
  25:17,18 29:23
  31:14 33:10
  35:1 39:7
  42:18,20 45:8
  57:11 59:7
  64:18 67:18
  95:2 98:7,9,17
  124:23 128:23
  129:5,12,16
  145:19 150:3
  170:11,23
  171:23 176:7
  176:13,18,23
  176:24 178:2,5
  178:7 186:10
  187:13
documentation
  22:2,6,14 37:8
  86:19 123:13
  135:17 150:7
  171:3,24 173:4
  176:22
documented
  64:11,19,20
  65:8,10,13
  97:1 123:3

documenting
  85:23 173:1
documents 7:8
  41:10 49:22
  98:18,18
  124:20 135:19
  180:24 218:2
doing 20:7
  21:22 34:3,5,7
  39:18 57:16
  101:22 171:2
  191:9 218:10
door 183:22
  185:13
drinking 53:10
  53:11,17,20
  55:8 102:21
DSM-V 153:18
  153:22,23
  154:10,12
  155:21 156:10
  157:10,14,15
  157:22,23
due 32:15 108:8
  117:17
duly 5:3
duration 20:10
  20:10
duties 33:17
  36:22 37:1
  38:5 43:20
  59:15
duty 92:15

───── E ─────
E 3:9 4:1,5
e-mails 29:5,8
  29:15
Ealey 1:13 3:9
  227:6
earlier 25:15
  26:7 39:14
  73:15 139:9
  152:17 168:17
ears 69:17 76:13
easier 11:18

eat 55:4 215:4
  220:4
eaten 212:24,24
eating 53:10,11
  53:17,20 55:8
  72:2,3 73:11
  92:1 102:20
  219:13,16
ECT 165:24
  166:1
education
  114:22 118:1
  128:3
effect 77:5 78:1
  78:5,14
effective 191:8
  195:1,14,24
  196:3 204:24
  206:2
effectively 54:17
effects 78:8
Effexor 143:19
  202:1,5
effort 214:22
  218:3
either 28:18,19
  29:6 37:22
  43:15 68:6
  148:13 217:8
  218:6
Electroconvul...
  166:2
element 151:18
elements 154:2
  159:13
elevators 185:8
  185:9
email 28:1,7,10
  28:13,20 29:12
  29:19 151:13
emails 29:18
Emergency 51:2
  52:10 213:1,3
  213:11
emergent 68:8
  135:18

empathetic
  209:13
employed 14:8
  118:4
employees
  116:11 209:16
employment
  11:20 26:11
enclosed 229:6
  229:10
enforce 215:20
Enforcement
  216:15
enforcing 216:2
engage 215:8,12
engaged 136:6
  221:22 222:3
enjoy 207:7
entail 33:9,22,24
  136:23
entailed 33:22
enter 25:6
entered 130:12
entitled 229:11
entries 203:14
episode 103:18
  104:3,10 105:4
  106:17 109:16
  109:19,22
  110:5,8,12
  216:23
episodes 20:11
  66:1 90:12,14
  109:6,8,12
  111:19 130:15
  190:19,19,22
equipped 90:14
equivalent 95:9
  115:21
ER 51:8,11 53:4
  53:9,18 56:1
  81:7,8 91:6,10
  91:24 92:10,11
  92:13 94:23
  102:20,24
  103:19 104:4,6

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 9

104:11,12,13
105:5,5,11
106:2,17 107:9
194:10 213:2
216:24
**Ernest** 24:7 59:6
59:7,23 61:5
199:2,7,24
200:19
**Ernest's** 198:24
**Errata** 227:1
229:11,12
**erratic** 72:21
**errors** 224:11
**especially** 22:5
130:17
**Esq** 3:3,7,12,13
**essential** 46:17
**essentially** 39:15
95:19
**Estate** 1:6 5:10
227:4
**eval** 30:11
**evaluate** 104:14
169:17 194:23
**evaluated** 94:3
104:5 130:8
151:4
**evaluating**
196:11
**evaluation** 18:5
22:21 51:5
80:17 83:3
86:14 88:12
91:19,21 92:3
92:8,11,14
98:15 99:24
101:9,15
128:22 144:5
147:12 148:9
171:15 216:11
**evaluations**
41:10 171:19
**events** 73:7
**eventually** 19:19
52:15 105:24

**everybody**
87:17
**everybody's**
140:18,24
141:17
**everyday** 139:20
**evidence** 110:18
**exacerbates**
78:3
**exact** 40:21
51:18 115:22
148:3 156:2
179:2
**exactly** 8:17
11:6 19:2
33:21 45:21
49:23 55:22
106:12 119:2
148:1 152:13
156:19 157:6
179:23
**examination** 5:5
189:7 210:21
218:18
**examine** 46:22
128:8
**examined**
122:22 123:1,4
123:11 126:4
128:11
**examining**
128:9
**example** 42:5
91:22 102:8,18
105:16 145:1
152:17 202:10
223:7
**examples**
219:23
**excerpt** 144:24
**exclusive** 15:20
**exclusively** 17:7
**excuse** 8:11 50:2
73:22 80:15
103:3 113:4
118:14 123:7

146:3 165:23
170:20 178:15
184:13,16
187:19 198:4
**execute** 96:16
**exhibit** 4:6,7,7,8
11:20,22 61:5
72:14 80:19
120:1,4 125:9
175:4 176:13
179:9 185:23
186:4 188:8
198:20 202:1
202:11
**exhibited** 75:2
81:11
**exhibiting** 70:4
105:8
**exhibits** 4:14
175:9
**exist** 96:1
**existed** 136:13
**exists** 29:19
**expect** 75:3
**expectation**
30:13
**expectations**
118:5
**expense** 2:21
**experience**
21:11 108:9
215:7
**explain** 33:21
34:22 91:1
196:6
**explained** 66:13
94:20
**explaining** 6:5
**expressed** 41:22
**expression**
129:9
**extended** 76:24
77:2
**extent** 162:14
163:5 213:12
**extremity** 127:4

128:12 186:23
188:16
**eyes** 69:17 76:12
112:20

--- F ---

**facilities** 13:3,20
14:2,5 17:6,8
49:2,9 51:1
57:13,23 58:3
103:23 104:9
148:16 220:19
**facility** 14:24
20:16 25:6
30:18 33:3,16
43:7 46:21
47:8 49:21
50:3,9,12,18
52:3 53:14,23
54:1 57:21,23
63:13 83:1
101:19 103:21
103:22 104:7,9
105:2 108:10
108:11,21,24
110:1,2 112:1
130:11,17,19
135:14 148:14
148:22 150:11
151:12,15,15
193:10 196:10
213:17 214:1
215:14
**fact** 36:23 51:19
72:12 197:4
**factor** 77:1,3
222:7
**factors** 69:12
144:10,11
215:3 221:19
222:1,6
**factual** 65:3
**failure** 66:1
**fair** 15:15 18:21
20:20 23:11
48:8 111:12

210:23 218:9
218:11
**fall** 154:11
161:18
**falls** 161:4 165:9
**familiar** 88:23
96:9 101:11
115:15 143:5
149:2 153:18
157:16 158:1
164:12 170:17
176:17,18
178:9 218:10
**family** 8:10,13
8:16 10:11
11:13 90:15,16
91:9 94:21
158:4,8,17
159:7,15 160:3
161:2,2,15
167:8 179:24
209:11 210:1
**far** 18:3 42:8
103:24
**faulty** 96:11
**fax** 151:13
**February** 182:3
195:17,20
200:4,22 201:1
**feces** 55:3,4,12
72:2,3 73:11
92:1
**Federal** 137:21
**feel** 6:21 20:20
20:22 51:22
69:14 91:16
105:17 130:19
201:3 206:1
**felt** 15:14 20:12
20:16 23:10
39:12 54:16,24
84:2 99:3
105:14 191:18
192:16,17
196:12 209:13
**female** 108:18

DEPOSITION OF DOCTOR ARUN ABRAHAM

June 14, 2019

Page 10

field 22:5
fifth 137:23
file 7:12,16,20
  7:23 8:3 11:20
  12:3 64:5
  120:13,15
  137:4 138:23
  139:2 143:1,6
  174:23 180:11
  181:2
filed 66:19
  86:10 139:5,6
  140:5 209:17
  218:2
filing 66:24
fill 13:24 88:12
  179:15 186:11
filling 121:12
finally 40:23
  42:12
financially
  225:15
find 68:22 105:2
  123:8 139:2,3
  139:4 140:8,10
  143:4 203:19
  229:6
fine 7:4 12:3
  161:24 163:10
  169:14 220:16
finger 210:11
finish 6:9,11
finished 14:20
fired 19:19
  24:23 25:9,15
  25:22,24 26:14
  28:8 41:2
firing 26:3
first 5:15 6:22
  7:22 11:4,12
  12:1,24 17:17
  17:24 18:13
  19:21 21:14
  23:19 41:3
  42:1 50:21
  55:15 57:1

104:19 120:17
121:2,5,13,17
122:22 124:16
124:19 127:10
131:8 132:7
136:2 145:1
161:17 176:5
215:21
fit 54:8,11 100:9
  100:17 104:22
  216:10
fitness 101:14
five 55:19
fixing 118:20
flag 66:5 69:1
flare-up 91:14
  194:13,18
flare-ups 190:16
  191:12,18
  196:15 214:18
flip 12:10 19:11
  27:24 35:22
  188:6 193:16
floor 113:13,20
folder 66:21
folks 54:5
follow 68:24
  91:2 154:10
  185:11,14
  190:17,17
  213:10
follow-up
  218:15,17
followed 153:24
following 8:1
  21:16
follows 5:4
food 215:5
  219:14,16
foods 210:11
foot 197:14
force 100:3
  216:21
forcing 216:13
foregoing 225:9
  225:9 227:2

foreign 194:10
  194:15
form 21:4 22:11
  35:1 52:8 55:1
  59:9 60:12
  61:23 62:13,19
  65:2 86:18,19
  103:9 106:21
  107:15 110:20
  122:3 129:15
  137:7 154:23
  155:3,10 162:2
  162:14 163:5
  163:16 165:10
  167:3 171:7,23
  171:24 172:1
  174:1,11
  176:17,24
  179:4,10,13
  205:7,23 214:8
  219:7
formal 39:7
  44:10 66:8
  67:12
formalize 30:1
formally 66:5
forming 178:2
Forms 59:15
forth 36:23
  154:13
forthcoming
  208:18
forward 98:13
  152:24
found 51:18
  207:24
foundation 2:17
  27:4,12 37:3
  103:7 221:9
four 20:13 30:10
  48:21 130:4
  141:23
fourth 186:3
fracture 126:8
  127:2 128:3
  145:10 187:5

frame 128:21
  148:2
frankly 141:1
free 6:21 36:20
  37:6 201:3
  221:7
frequency
  196:15
frequently
  179:17
fresh 62:18
front 42:22
  202:2 220:12
fulfill 42:13
  157:7
fulfilled 48:2
fulfilling 34:7
  34:11
full 13:6,16 17:5
  20:7,7 89:1
  119:21 144:2
functions 46:17
  46:19
furnished 2:20
further 21:8
  24:19 191:20
  225:12
future 98:12

─────── G ───────

G 3:3
games 185:21
gel 173:18
gelled 173:20
general 64:14
  78:12 83:19
  107:12 109:5
  156:22 157:18
  157:19 164:23
  178:8
generally 83:17
gentleman
  51:14,18 55:7
  56:1 102:19,20
genuine 76:20
gesture 76:21

getting 20:8,12
  24:22 103:17
  105:18 107:23
  150:15 174:10
  221:11
give 25:8 28:16
  68:24 120:2
  135:13 163:11
  175:3,5 202:10
given 15:14
  20:24 58:6
  148:19 212:12
  214:21 220:19
  227:2
gives 135:2
giving 173:8
  174:14 178:21
glass 112:22
gmail 28:17
gmail.com 28:23
go 6:24 8:2 19:9
  27:16 51:11
  62:7,8 63:4,13
  63:15 66:22
  70:23,24 80:16
  82:24 83:15
  102:24 106:8
  106:17,23
  107:9 110:18
  116:21,24
  117:1,14 125:6
  136:20 139:2
  140:10 141:24
  142:5 152:20
  156:8 167:21
  175:22,22
  176:2 177:1
  179:6 180:8,11
  181:8 187:20
  198:18 210:15
  217:18
goes 64:4 202:11
going 6:5 11:18
  11:19 12:4
  18:22 22:10
  24:5 29:17

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 11

35:21 39:22
40:15 42:3,4
43:3 51:16
57:11 61:6,11
73:18 80:16
85:22,22 87:3
92:22 94:12,13
94:14 96:12
98:13,13,17
104:1 111:14
111:14,16
117:20 122:2
136:23 148:20
152:19 175:3
181:6 185:23
190:18,22
191:17 203:18
207:3 213:18
219:6 224:6
**good** 5:7,8 6:4
7:7 70:8 75:15
117:13 138:5
175:1 207:1
**gosh** 114:18
216:8
**governing** 97:8
**graduated** 10:15
**great** 164:21
182:18 206:22
**group** 4:7 120:1
120:4 185:24
**guess** 17:14
21:12,20 25:13
25:13 48:6
58:21 72:2
105:5 118:7
161:7 185:13
200:12 209:14
**guiding** 155:19
**guy** 1:13 3:9
56:24 227:6
**guys** 127:23

——————
**H**
**H** 4:5
**habits** 34:1

36:15 38:8
67:9
**half** 9:17 10:8
19:18 24:16
148:2
**hallucinations**
157:4
**hallway** 112:22
183:9
**hand** 11:18
12:11 153:12
**handing** 125:12
**handle** 29:23
90:14 104:8
**handwrite** 179:5
**handwriting**
120:24 121:6,7
121:8,10,11,14
125:16,17,20
125:23 126:1
126:18 177:6,7
193:20 198:21
**handwritten**
203:15,24
**Hang** 12:5
**happen** 50:4
103:22 108:13
111:10 129:10
184:9
**happened** 15:11
20:2,4 22:9,15
41:6 50:4
52:12,20,21
56:16 184:7
200:12 208:19
**happens** 148:23
**happy** 141:19
**hard** 22:9 106:9
106:11
**hardship** 40:5
**harm** 51:16,17
72:18 73:6
76:15 84:16
192:20,21
215:8,11,13
221:22,24

222:1,3
**harsh** 20:17
**head** 106:5
221:11
**heading** 165:14
**health** 43:13
72:12 73:17
75:9 77:5,14
78:1 79:11,12
79:14,16 81:1
81:13,17,18
82:24 83:3
84:19 86:3,9
86:13,16 87:24
88:12 89:4
90:7 92:7
103:21 105:7
112:2 113:10
113:10 114:20
115:7,18,24
116:3,13
118:12,16,17
118:18 119:2
119:14 130:8
130:11,15,16
130:19 131:2
137:17 144:16
147:11 153:15
162:16,16
165:19 170:9
170:19 193:3
195:24 196:9
205:17 207:8,9
207:9 211:5,6
211:13 212:15
213:24 215:14
216:11,19
217:9 222:18
**Health-wise**
211:19
**healthcare** 1:11
3:16 43:14
48:4,7 49:1,9
57:13 79:13,16
79:23 83:23
96:14 227:5

**hear** 31:8
102:16 163:10
182:15,24
183:10,12
**heard** 30:19
40:7,23,24
41:4 42:14,16
129:9 164:1
183:12
**heart** 126:16
128:11 187:1
**heavily** 58:12
**held** 32:12
**helpful** 111:16
135:3 144:24
153:4
**HENDERSON**
1:20 2:6 3:12
**hereto** 2:16
**herewith** 229:6
**hesitate** 229:14
**hesitated** 224:15
**hey** 21:21 33:12
39:7 80:12
99:22 104:2
109:9 117:19
148:16 150:24
152:22 181:22
207:3 208:19
208:20
**HEYL** 3:6
**Hicks** 175:5
176:13
**hierarchy** 44:2
**High** 43:9 71:20
78:18,24 79:4
79:8 84:17
97:16,17,20
98:5,11,14,24
112:5,7,8,14
112:17,19
113:12,13,19
121:16 127:16
128:15 129:23
130:10 184:17
186:19 193:15

194:2 196:20
197:10 212:9
**higher** 99:3
**highly** 117:16
**hire** 21:4,4
**hired** 12:1,24
15:12,23 16:9
17:14 39:10
41:17
**history** 52:6
134:24 136:22
137:3,4 139:16
142:24 143:5
144:2 221:20
221:21
**hold** 29:14
62:11
**homicidal**
128:16 145:24
189:6
**homicide** 147:20
147:20
**honestly** 25:1
**hope** 104:12
**hospital** 34:18
211:21 217:16
217:22,23
**hospitalization**
105:13 107:14
**hour** 1:19 2:5
46:22 138:4
**hours** 7:17
14:12,16,21,23
15:12,14,15,17
15:19 20:8
40:12,13 70:10
105:1 131:20
**housed** 113:11
113:14 196:24
**housing** 97:9,13
97:15 98:5,19
**HR** 121:14,15
127:14,15
186:19
**HS** 147:20,21
**hundred** 185:20

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 12

hurting 128:19

**I**

ID 121:13
idea 112:19
  219:1
ideal 106:15
ideation 145:23
  147:19
ideations 128:16
  145:24 189:6
  193:8 220:20
  220:22
identification
  11:23 120:5
  125:10
identified 80:21
  84:15
identify 80:24
  165:13
III 1:13 3:9
  227:6
ill 97:3
Illinois 1:2,9,21
  1:22,24 2:7,8
  3:5,10,14
  33:11 117:10
  216:16 225:1,7
  227:3,4 229:2
  229:7
illness 73:17
  78:7,15 109:8
  165:19,19
  194:14 205:5
  222:18 223:11
illnesses 155:18
  190:15,16
immediate 22:2
immediately
  18:18 52:14,16
impacts 40:6
impolite 19:6,23
  22:17 24:20
  25:16
important 22:6
  22:14 64:17

93:16 129:12
  129:16 133:3,6
  133:8 136:13
  136:16
impulse 189:12
  189:15,17,23
  190:2,3,6,9,11
  190:12,14
  194:21 197:13
  197:21 207:15
  208:6,7 222:22
  223:2,12
inappropriate
  190:11 211:15
inbox 29:14
  138:19
incarceral
  159:21
incarcerated
  175:18 178:13
  201:11 212:14
  212:14,23
incarceration
  188:17,19
  190:20 196:19
incident 94:2
  172:14 201:8
incidents 174:21
  210:15
include 89:19
  90:8 165:2,5
included 58:11
  222:22
includes 38:7
including 75:6
  154:2 177:7
  206:23
inconsistent
  162:15
incorporated
  88:11
incorrectly
  141:6
incumbent
  143:3,7,9
  144:1

independent
  152:8 216:11
independently
  33:15 35:12
  36:8,8 44:24
  148:9
India 9:2,3,8,13
  9:15 10:4,8
  158:20
indicate 123:11
  126:3 202:18
indicated
  212:13 229:9
indicates 122:19
  204:9
indicating 76:5
  106:8
indication
  203:23
individualized
  98:21 136:17
  136:18
informal 67:12
informally
  29:24
information 7:2
  20:23 21:14
  23:18 36:2
  41:13 115:6
  135:1,2,4
  136:15,18
  138:9 149:23
  150:4,15,16
  151:16,20
  153:2,10,12
  199:21 216:5
inhouse 80:20
  81:13,17
initially 12:21
initiate 83:5
injury 128:12
Inmate 5:23 6:1
  121:13 199:16
  215:17 218:3
Inmates 55:3
inpatient 49:10

49:21 50:2,2,2
  50:6,12 52:17
  53:6 54:6,15
  54:15 55:17
  56:3,6 57:19
  104:7 105:13
  106:24 112:1
  144:5 196:10
inpatient--
  105:10
inservice 48:1,3
inside 166:19
  221:11
insomnia 154:2
instance 1:18
  2:8 5:2 31:17
  101:22 107:10
  215:11
instances 172:9
  219:19 221:14
instituted 67:13
institutions
  13:20
instructing 65:6
Intake 52:7
intending
  155:14
intentions
  192:22
interact 207:2
interacted
  149:12 212:8
interacting 69:9
  71:16
interaction 69:4
  71:19 147:12
  156:22 208:20
interactions
  24:2 82:18
  148:24 173:21
  179:3,23
  206:11,17,19
interested
  225:15
interests 144:6
interfered

211:24 212:5
internal 124:2,5
international
  154:9 155:5
internationally
  153:24 154:1
interpret 155:4
interrogatories
  2:5,10
intervention
  84:6 97:5
  98:20
interview
  149:18 152:16
  198:2
interviewed
  12:20 39:10
interviews 82:18
involuntarily
  215:13
involuntary
  213:24
involve 58:17
  89:3,5,11
  160:1,4 163:1
involved 40:1
  82:23 97:5
  99:9 139:19
  160:4,8 169:3
  169:7,20 170:1
  170:5,5,10,19
  216:1 217:1,6
  225:14
involvement
  100:10
involves 6:21
  162:19 164:13
involving 5:22
isolation 196:24
issue 17:15,19
  17:20 18:11,19
  21:8,12,12,13
  26:10,12 30:14
  170:9
issues 15:7 30:8
  42:4 51:20

114:20 115:24
116:3,13 119:2
195:24 208:7
**item** 40:3
**items** 219:13

**J**

**J** 1:18 2:9 3:12
225:5,20 229:1
229:18
**Jail** 13:1,21 14:8
16:18,21 25:5
34:19 40:6,13
43:14 47:4
49:15 50:1,13
52:12 56:7
59:16 79:17
82:5,14 83:21
84:3,6,12
88:24 95:11
96:2,15 97:6
99:2,11 100:7
101:18 102:11
103:5,16
105:19 110:16
113:3 114:4,5
118:5,13 119:5
119:9 134:9
137:4 138:24
149:11 166:19
167:14,17
169:5,9 170:9
170:18 191:3
196:20 201:11
206:24 207:10
211:13,18,24
213:8,20 215:9
215:17 216:2
217:3,8,13,13
217:16,18,21
218:3,6 221:2
221:16,23
**January** 12:10
12:20 21:5
122:20 145:5
152:10 156:11

186:7 187:16
187:19,20
**Jennifer** 1:13
3:9 227:6
**job** 6:5 15:18
20:7,7 46:19
46:22 92:24
115:22 119:21
137:2,2 139:2
139:10,15
140:18,24
141:17,21
142:8
**JOHNSTON**
1:20 2:6 3:12
**join** 162:18
**JR** 1:10 227:5
**judgment** 65:24
107:11 144:8
144:14 153:7
223:20
**July** 225:23
229:3
**June** 1:19 2:5
3:1 227:3
229:7
**jurisdiction**
92:9

**K**

**Kate** 56:23,23
57:4 108:16
181:21 182:13
209:8,8,9,10
209:13
**keep** 22:15 56:9
66:5 104:1
**keeping** 21:12
60:5
**KELLI** 1:5
227:3
**Killian** 101:8,10
101:14 102:9
**kind** 5:21 10:6
10:10 20:11
23:24 29:24

43:20 44:2
58:8 69:12
79:11,12,15,23
82:9 88:14
95:24 96:8,13
96:19 100:9,11
103:19 104:1
117:4,22
173:23 174:18
178:1 180:24
182:18 186:10
**kinds** 41:8
172:13
**knew** 67:13
133:4 181:7
182:1,3 187:11
**know** 6:19 7:6
16:13,14,22
17:6,21 18:14
18:15,17 21:20
21:21 22:9
23:18,19 24:1
24:4,13 25:14
27:6,6 31:22
33:7 35:1 39:6
39:9 40:14,16
40:17,18 42:2
44:12,15 45:18
46:10 50:4,7
50:19 52:18,21
53:24 54:13
55:22 56:12,15
57:7 58:9
59:20 62:7
64:4 66:1 67:3
67:7,16 68:11
68:20,22,23
69:22 70:6,11
70:15,21 73:14
73:14 75:5
78:3,9,10
79:22 80:2,7,9
80:12 82:11
83:9,11,12,20
83:24 84:4
85:11 88:9,20

90:24 91:3
94:11,16 96:10
96:10,20 100:3
100:20 102:10
102:16 105:3,6
106:12 107:5,5
108:8,9,10,11
108:11,17
109:7 110:22
111:14 112:2
113:7,9,17,23
114:1,4,18
116:8,10,23
117:2,3,7,20
117:20 118:4,7
119:9,22
121:23 130:7
131:17 132:21
133:7,8,22
134:5,8,12,23
135:20 136:1,5
136:13 137:1
137:19 138:13
139:23 140:1,3
140:3,4,5,5,21
141:12 147:9
147:11 148:1
148:13,17,22
149:5 150:5,12
151:13 152:11
152:11 153:5
153:21 154:3
156:3,23,24
157:1,2,3,4,5
160:17 161:4,6
163:16,21,23
168:18 170:24
172:8,9,10,10
172:12,13,15
173:14,14,15
173:21,23
174:3,3,7,8,14
174:18,18
175:14 176:10
176:21 177:11
177:11,12

178:19,24
179:2,5,7
181:11,15,19
181:20,23
182:3,6,17,18
182:19 183:15
183:16,20
184:7,8,12,20
184:21,22
185:20 192:15
193:4,5,11
195:7,12 198:9
199:1 203:18
204:3 207:4,4
207:24 208:4,9
208:9,16,19
209:10,11,12
210:12 212:21
213:15 215:10
216:4,15,17
217:9 218:24
220:20 221:13
222:8,9,12,12
222:15
**knowing** 118:12
119:1 136:11
142:18
**knowledge**
41:10,11 43:23
79:6,10 114:16
122:8 143:24
175:9
**known** 85:7
132:17 136:20
**knows** 6:3
**Kyle** 1:12 3:10
227:5

**L**

**L** 2:1
**label** 123:24
**labels** 12:12
19:10
**lack** 27:4
**larger** 185:24
219:19

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 14

**Larry** 1:10 3:9
  227:4
**law** 3:4,7 37:1
  216:16 229:7
**laws** 32:22
**lawsuit** 7:19
  209:16
**lawyer** 5:9
**lawyers** 5:10
  107:2 183:3,6
**LCSW** 87:4,21
  87:23
**lead** 20:3 50:24
  56:20 104:24
  105:24 136:6
  148:5,7 195:11
  206:20
**leader** 48:1
**leading** 24:2
**leads** 80:5
**learn** 24:24 25:1
**learned** 28:5
  77:10,16 80:7
  193:2
**leave** 15:2
  179:15 180:14
**leaving** 183:21
**left** 16:14,24
  17:1 127:4
  186:23 188:16
  209:11
**leg** 94:10,16,17
  152:18,18
  188:21
**legal** 38:11,17
  39:1,13 215:17
  218:10
**legally** 39:6 40:1
  215:20 217:2
**lengthy** 224:7
**let's** 32:5 43:2
  49:19 60:19
  62:14,18 79:22
  84:8 119:24
  137:20 140:20
  141:6 156:8

**letter** 25:2,4,11
**letters** 122:16
**letting** 70:6
  208:18
**level** 39:16
  68:14,16 73:15
  83:19 99:3
  103:4
**liable** 32:12
**license** 32:12
  225:21
**licenses** 43:22
  116:11,17
**Licensing** 45:2
**licensure** 44:19
  68:13 87:21
**life** 209:14
**lifetime** 190:18
**liked** 133:15
**liking** 182:13,17
**limit** 79:3,7
  137:21 138:4
**Lincoln** 50:19
**Line** 227:8
**list** 40:3 198:1
**listed** 222:18
**listen** 104:2
**live** 214:3
**lived** 114:14
**lives** 11:18
**LLC** 3:3
**LLE** 127:2,3
  145:10 187:5
**LLE-N** 126:21
**located** 46:2
  78:21 112:10
  115:13
**location** 112:18
  176:14,24
  185:3
**lock** 98:18
**Logan** 14:2
  149:12
**long** 7:15 9:15
  53:16,20 78:24
  79:4,7 98:13

149:6 196:21
  197:1 216:4
**longer** 29:14
  92:8 130:20
  183:19
**look** 12:3 21:3
  25:23 29:19
  43:2 50:5 53:5
  54:6 58:10,24
  62:3 86:17
  98:19 111:15
  111:17 124:23
  131:21 181:23
  201:21
**looked** 59:6
  61:23 62:17,18
  132:9 187:16
  187:19 191:20
  191:21
**looking** 42:21
  53:9 57:12
  80:17 104:21
  105:12 108:23
  121:2,5 123:15
  123:24 136:21
  181:1,6 197:8
  199:11 202:10
**looks** 19:11
  31:14 40:20
  121:18 197:10
  200:9
**loss** 154:3
**lot** 17:6 68:21
  173:20 179:22
  180:1,8 207:24
**lower** 127:4
  128:12 186:23
  188:16
**lungs** 126:12
  128:11 187:1
**Lydia** 81:22
  82:2 185:8

---
**M**
**M** 3:7
**M.D** 3:15

**Maddox** 3:12
  6:3 12:5 22:10
  27:3,10 29:22
  30:5 34:22
  35:19 36:20
  37:5 48:16
  55:1,11 59:11
  62:11,24 65:1
  65:22 72:8
  75:14,17 79:18
  83:7 87:10
  88:3 95:21
  101:23 102:3
  103:8,13 106:4
  106:7,11,14,19
  106:21 107:15
  108:4 110:17
  110:21 111:6,9
  115:1 117:8
  118:14,21
  120:12 121:1
  123:14,18,22
  124:1,5,9,24
  125:3,7 127:1
  127:21 128:1
  129:14 132:23
  137:6,19 138:1
  138:5 139:9,14
  140:19,23
  141:5,10,15,22
  144:21 154:23
  155:2,8,12
  156:3,16,20
  162:2,5,18
  163:15 171:7
  174:1,11,24
  177:17,20
  183:5 184:16
  195:16 199:13
  202:20 203:2
  204:19 205:12
  205:23 218:15
  219:9 220:14
  221:7 224:1,4
  224:14
**magic** 214:24

**magnified** 77:24
**magnifies** 78:3
**mailbox** 59:21
  59:24 86:8
  133:19,23
  134:3 135:8,15
  135:19 175:24
**maintain** 40:4
**majority** 67:2
  79:2 110:23
  149:8
**making** 73:21
  73:22 99:23
  102:1 146:8
  152:5 174:20
  203:13
**male** 108:18
**manage** 95:7
  109:10
**management**
  43:12 88:17,19
  88:22,24 89:4
  89:16,19 90:4
  90:6,17 91:13
  95:3,5,10
  191:21
**mania** 148:6
**maniac** 165:22
**manipulative**
  192:14,21,22
**manner** 19:7,23
  25:16 46:18
**MAR** 60:12
  62:13 63:7
  64:19,20 66:10
  66:13,16,19,20
  66:24 67:5,10
  67:18,19 74:2
  74:8
**March** 19:16
  21:7 42:10
  136:7 201:12
  221:5
**mark** 11:19
  119:24 229:11
**marked** 11:22

DEPOSITION OF DOCTOR ARUN ABRAHAM                June 14, 2019

| | | | | |
|---|---|---|---|---|
| 120:4 125:9 | 126:14 127:6 | 129:13 130:21 | 165:15 171:9 | 178:20 |
| 153:15 176:13 | 128:21 132:21 | 131:21 133:5 | 178:13 191:2 | **meetings** 48:20 |
| **marking** 125:2 | 139:11 146:9 | 134:1,10 135:5 | 191:20 197:24 | 48:23 184:5 |
| **Mary** 15:23 | 152:2 154:18 | 136:15 137:3,8 | 199:22 202:2,7 | **Melissa** 115:16 |
| 16:11 17:1,6 | 156:21 163:3 | 137:11,12,13 | 202:13 203:10 | **Memorial** 13:15 |
| 19:3 24:11 | 163:14,15 | 139:10,13,16 | 203:15,24 | 52:17 104:6 |
| 30:24 31:3,17 | 164:15,17 | 139:17 140:11 | 204:10,23 | **memorialized** |
| 31:19 32:1,18 | 174:17,21 | 141:14,21 | 214:17 215:22 | 41:9 |
| 34:3,13,16 | 175:15,23 | 142:8,10,24 | 216:2,13,16,18 | **memories** |
| 35:4,11 37:9 | 178:23 182:19 | 143:5,7,10 | 216:22 | 208:22 209:3 |
| 37:18 38:18 | 184:17,18 | 144:2 145:2 | **medications** | 210:3 |
| 39:2,6,9 84:22 | 188:4,4,19 | 150:6,11 | 32:21 34:17,21 | **memory** 11:17 |
| 202:15,18 | 194:5,8 195:16 | 153:10 164:5 | 35:12 58:11,12 | 12:18 53:12 |
| 204:6,7,9 | 204:20 206:24 | 164:12 165:3,4 | 59:2 60:6,10 | 83:12 96:11 |
| **Matt** 30:9 | 212:19 221:24 | 174:23 176:2 | 60:13 67:15,16 | 102:13 124:18 |
| 140:22 229:5 | **means** 32:7 | 177:1,3,9,10 | 69:2 71:12 | 132:10 150:8 |
| **Matthew** 3:12 | 36:11 111:9 | 177:12,18 | 75:11 85:19 | 181:9 182:8 |
| **MBBS** 8:20,22 | 187:9 194:9 | 180:11 181:2 | 90:20 143:12 | 185:18,21 |
| 10:4 | **meant** 48:9 | 185:11,11,24 | 144:3 151:1 | 196:6 |
| **McFarland** | 62:17 119:8 | 186:6 199:20 | 154:12 160:14 | **mental** 72:12,16 |
| 50:19 131:1,2 | **mediation** 57:22 | 206:24 210:24 | 160:16 161:18 | 72:18,21 73:16 |
| 131:21 132:14 | **medical** 7:12,20 | 211:19 217:8 | 171:4,6,12,16 | 73:17 75:9,23 |
| 134:6,9,15,17 | 8:19,20 9:8,21 | 217:16 218:6 | 171:16,17 | 76:6,17 77:1,5 |
| 135:22 137:10 | 12:22 21:16 | 223:20 | 190:3,5,10 | 77:13 78:1,7 |
| 138:14 139:24 | 22:5 31:21 | **medically** 51:9 | 196:16 201:16 | 78:15 79:11,12 |
| 140:8,14 142:8 | 36:23 38:10 | **medication** | 202:16 205:8 | 79:13,14,15,23 |
| 142:13 | 40:5 41:16 | 36:19 52:5 | 212:1 214:21 | 80:3 81:1,13 |
| **McFarland's** | 43:22 44:18 | 54:2 57:24 | 215:18,21 | 81:17,18 82:24 |
| 136:2 | 45:11 50:2 | 58:2,17,18,23 | **medicine** 8:10 | 83:2 84:19 |
| **MD** 8:21 9:23 | 52:6 54:22 | 59:9,14,15 | 8:13,16,23 | 86:3,9,13,16 |
| 10:15 68:15 | 62:9 64:11 | 60:12 61:5,7 | 10:10,11 11:13 | 87:24 88:12 |
| 204:5 | 68:13 70:9,9 | 61:13,17,19,23 | 90:16 94:21 | 89:4 90:4,6 |
| **mean** 21:17 | 71:8 72:24 | 62:8,12 63:6 | 107:13,20,23 | 96:14 103:21 |
| 22:24 27:4 | 75:4 76:10 | 63:11,20,22 | 158:8,18 159:7 | 105:7 112:2 |
| 32:8 34:23 | 91:12 95:18 | 64:21,24 65:21 | 160:23 161:2,3 | 113:9,10 |
| 35:14 39:10 | 109:21,24 | 66:7 67:22 | 165:6,10 167:9 | 114:20 115:7 |
| 44:12,16 55:13 | 110:4 112:16 | 69:18 71:18 | 170:20 203:1,3 | 115:18,24 |
| 57:24 62:21,24 | 112:21 113:2,3 | 72:13,15 73:24 | 203:4,6,7 | 116:3,13 |
| 68:11 69:6 | 113:5,6,8,8,9 | 74:4,7,12,21 | 204:1 205:5 | 118:12,16,17 |
| 70:22 79:19 | 113:10 114:2,2 | 74:24 75:10 | **meds** 66:22 | 118:17 119:2 |
| 85:21 86:6 | 114:10,12,17 | 85:5,10 89:12 | 88:20 199:18 | 119:14 130:8 |
| 88:8,14 97:13 | 114:22 116:10 | 143:22 148:17 | **meet** 46:4 81:18 | 130:11,15,16 |
| 101:2 103:19 | 118:1 120:2,20 | 148:18 150:12 | 82:2 | 130:19 131:2 |
| 105:6 109:4 | 123:2,8,9 | 151:5 160:6,7 | **meeting** 48:11 | 137:16 144:16 |
| 113:7,9 117:9 | 124:12,21 | 162:7 163:2 | 48:14 81:19 | 147:11 153:15 |
| 117:10 124:3 | 125:13 129:10 | 164:24 165:13 | 82:4 173:1 | 162:16,16 |

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 16

165:18,19
166:9 170:9,19
193:2 194:14
195:24 196:9
197:5 205:5,17
207:8,9,9,22
211:5,6,13,19
211:23 212:14
213:24 215:14
216:10,19
217:8 222:17
223:11
**mentally** 97:3
**mention** 89:11
**mentioned**
  33:20 36:7
  53:2 73:3
  85:16 102:13
  135:8 149:9,16
  149:22 157:2,9
  172:2 207:20
  209:10
**mentioning** 18:6
**met** 12:20 24:6
  81:24 191:9
**method** 66:8,12
  66:12 100:20
**methods** 23:13
  160:8
**Meyer** 1:12 3:10
  227:5
**Michael** 1:12
  3:16 31:21
  45:16 87:15,17
  87:18 227:5
**Mickey** 26:17,21
  81:20 82:21,23
  83:2,4 87:11
  87:13,17,18,19
  134:5 167:21
  167:23 168:8
  168:13 169:16
  171:5,9,11
  172:3,3,10,14
  172:17,23,24
  173:6,8,15,15

173:24 174:13
174:14 175:8
176:7,8 178:19
178:19 179:14
179:16 180:4,7
180:13 181:22
182:4,11,21
183:8,15 184:5
184:11,14,24
185:4,4,5,6,8
191:22,24
192:5,8,13,15
192:16 196:16
205:6,16
**Mickey's** 171:1
  172:20 173:4
  174:22 175:15
  180:3 181:6
  205:19 206:7
  206:14
**middle** 27:20
  179:20
**mind** 79:3
  128:21 130:13
  148:2 193:11
**minimize**
  214:22
**minimum**
  117:10
**minute** 111:17
  125:6
**minutes** 70:7
  84:18
**missed** 61:16
  67:22 69:1
  70:3 117:4
**missing** 64:24
  69:22 71:17
**misspeak**
  112:13 185:1
**misstates** 110:17
**Mitcheff** 28:1
  31:22 33:6
  45:16,23
**moment** 154:4
  172:2 224:2

**monitor** 36:12
  36:18 49:8,13
  58:2 59:1
**monitoring**
  33:24 36:15
  38:7 58:17,18
**monitors** 49:1
  57:13,22
**month** 40:15
  64:1,3,4,6,8
  66:19,23 67:6
  67:11,19,23
  68:1 71:11
  74:1,8 139:22
  210:15
**monthly** 58:7
**mood** 83:14
  190:15 207:18
  207:19
**morning** 5:7,8
  199:17
**mornings**
  198:19
**motivated** 51:7
**motivation** 51:9
**Moultrie** 14:2
**mouth** 189:2,4
  220:11 222:11
**mouthed** 199:22
**move** 6:18 138:1
**moving** 152:24
  183:14
**multiple** 18:19
  26:11 43:10
  51:1 60:16
  85:6 208:1
**Musculoskelet...**
  126:20

---
### N

**N** 2:1 4:1
**name** 39:7 40:1
  56:24 57:1
  101:11 102:13
  102:15 112:17
  121:12 122:15

123:10 125:20
  149:1
**named** 39:21
**names** 24:6
**National** 83:22
  83:22
**nature** 65:6
**Nausea** 186:22
**NCC** 83:22
**near** 112:11
  114:17
**necessarily**
  23:11 65:17
**necessary** 6:6
  160:21,22
  161:13 191:6
  211:1,7 213:5
  227:7
**neck** 215:9
**necks** 215:10
**need** 35:19
  44:23 51:22
  69:12 81:16
  93:4 94:3
  99:23 102:4,19
  102:24 117:23
  130:17 133:14
  135:17 156:4,4
  192:23
**needed** 44:3
  99:3 103:5
  105:17 111:19
  205:4 211:5,9
  211:18
**needing** 21:13
  23:19
**needs** 37:21
  47:2,7 91:12
  102:24 103:17
**negative** 194:3,8
**negatively** 14:6
  24:12 28:12
  40:6
**neglect** 32:13
**neurovascular**
  188:22

**never** 14:4 24:9
  39:19 40:14
  42:15 90:2
  140:23 161:15
  166:22 176:22
  178:1 190:22
  209:11 211:24
  212:4
**new** 9:20 10:12
  51:15,19
  127:18 187:10
  190:5
**nice** 6:12 173:16
  182:7,15 209:9
**Ninth** 3:13
  227:3
**NNO** 127:17
  187:9
**Nod** 9:9 14:6
  24:12 28:12,15
  36:14 42:9
  52:11 55:9
  85:17 87:5
  89:13 92:19
  95:20 105:23
  149:21 189:16
  194:4 198:12
  200:17
**nodded** 87:8
**nodding** 6:14
  106:5
**non** 116:11
**nonfood** 219:13
**noon** 199:17
**normally** 176:21
**nose** 201:6
  222:10
**nosey** 9:5
**Notary** 228:5
**notation** 140:14
**notch** 141:3
**note** 95:12,13
  120:21 122:19
  124:15 125:14
  134:2,15
  135:22 145:2,5

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 17

170:23 171:2,3
181:19 186:6
186:16 187:15
187:19 188:10
189:21,22
193:18,19
194:2 197:7,13
198:3,4,22
199:6,19 200:1
200:9,13,19,24
**notes** 95:17,18
95:24 96:5
123:7 124:22
144:24 171:1
186:24 225:11
**notice** 7:18,19
172:23
**notified** 7:23
65:10,14 68:9
100:20,20
151:1 189:20
**notify** 60:16
68:3 71:17
**notifying** 98:10
**November**
12:15,22,23
**NP** 44:1 84:22
**number** 73:24
117:2 127:19
187:6 227:6
**numbering**
120:17
**numbers** 12:12
**numbness**
126:10
**Nurse** 15:22
16:4,17 24:1
30:18,24 32:16
32:18 36:24
38:2 50:24
53:5 55:16
56:21,21 60:9
69:11 70:22
75:4 99:22
108:16 118:18
149:2,2

**nurses** 20:16
37:15 43:11
68:12,14 70:24
71:16 73:1
75:4 79:22
80:7,14,15
104:1,24
114:11 116:18
118:4,13,16,17
119:3 137:16
148:12,19,23
149:7,9,23
**Nursing** 84:20
84:24 98:1
112:20
**nutritional**
220:1

**O**

**O** 2:1
**oath** 5:3
**object** 22:11
55:1 65:2,5
103:8 106:21
107:15 110:17
110:19 122:3
129:14 137:7
137:22 154:23
155:2,9 162:2
162:13 163:4
163:15 171:7
174:1,11
205:23 219:7
221:8
**objecting** 37:2
**objection** 27:3
27:11 36:22
65:6,22 103:6
138:8 214:8
**Objective** 95:15
**objects** 215:4
219:16,20
**obligated** 34:6
**observation**
79:5 85:9,24
112:6 172:1

198:1
**observations**
96:22,23 98:16
167:22 168:3
192:1 206:11
206:15 220:18
**observe** 85:22
130:9,17
182:21 183:5
184:6 208:7,8
**observed** 84:17
84:18,20,21,24
85:4 183:15
185:16
**observing** 69:9
86:1 114:5
208:21
**obsessive** 208:9
**obstruct** 109:16
**obtain** 100:23
216:6
**occasion** 63:10
**occasionally**
23:21 37:12
157:1
**occurred** 63:1,2
94:3 104:10
169:21 172:14
189:19
**occurring** 111:5
151:14 174:21
**OCD** 208:10
**off-site** 47:2
80:21
**offer** 27:11
**offered** 48:22
115:3
**office** 93:7 114:2
114:10,10
185:5,6,16
**Officers** 75:22
217:18
**Offices** 229:7
**official** 80:11
**oh** 8:17 17:3
19:1 21:3 30:2

32:5 48:19
56:23 63:3
90:24 96:4
114:18 120:11
127:2 141:10
200:4 210:10
216:8
**okay** 5:14,21,24
6:3 7:6,11,15
7:18,22 8:1,5,7
9:5,10,23 10:6
11:4 13:6 14:7
14:18,20 15:7
16:2,16,20
17:10 18:3,22
19:5 21:24
23:10 24:10,15
26:12 27:19
28:7,10 29:2
29:11,17,21
30:22 32:5,14
32:16,24 33:8
34:7,10,13,16
35:19 36:5,10
36:17 37:8,13
42:8,16,20,24
44:5,16 45:6
45:18 46:16,16
47:13 51:13
52:23 55:10
56:5,9,16,18
57:11 58:2,16
58:24 59:18,23
60:3,19,22
63:6,18 65:20
66:3,23 67:10
67:24 68:1
69:5 71:21
72:3 75:3,10
75:13,17 76:23
77:20 78:12,18
78:24 80:16
81:3,12,15,23
82:4,13,19
83:15 84:1
85:7 86:2,21

87:4,23 88:2,9
88:14,18 89:11
89:18,22 90:10
90:13,17 91:7
91:8,11 92:2
92:22 93:4
94:6,18 95:1,9
95:17 96:7,24
97:3,6,7 98:2
99:11,16
100:10 101:3
101:21 102:8,8
102:14 103:13
104:3,16
105:20 106:7
106:14 108:13
109:2,11 111:1
111:4 112:5,16
112:23 113:18
114:3,19,22
116:2,10,15,18
118:10 119:7
119:24 120:14
121:9,15,17
122:8,12,15
123:1,7,18,20
123:23 124:4
124:10,18,22
125:19,22
126:3,6,9,16
126:20,22
127:5,8,12,15
127:17,19
128:8,14,17
129:2,4,19
130:24 131:5
131:12,14,19
132:9,12 133:1
133:20 134:8
134:13 135:7
135:20 136:11
137:15,20,23
137:24 138:5
139:1 140:20
141:2,10 142:6
142:12,17

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 18

143:3 144:1,7
145:9,11,14,16
145:22 146:2
146:23 147:14
147:18,21
149:14 150:2,8
151:5,17 152:3
152:8 153:1,4
153:9,18,20
154:13,16,18
154:22 155:20
155:24 156:6
156:14 157:8
157:21 158:16
158:20,22,22
160:1,9,13,21
161:14,21,23
161:24 162:4
163:9 164:7,15
164:21 165:12
165:12,17,21
166:3,8,10,11
166:14,16,21
166:24 167:5,8
167:11,13,16
167:19,23
168:2,8,11,17
168:22 169:22
170:14,22
171:5,11,18,21
172:2,19
173:11 175:17
175:20,22
176:2,5,12,12
177:14,23
178:8,11,21
179:1,8,13,18
179:21 180:6
180:10,17,22
181:10,24
182:9,12,24
183:2,10,18
184:4,21 185:2
185:15,23
186:9,13,18,24
187:6,8,11

188:2,6,14,23
188:24 189:9
189:12,14,17
189:21 190:1,5
191:11,14,16
192:2,13,17,20
193:1,6,6,16
193:22 194:1,7
194:12,17,20
195:3,5,7,10
196:4,23 197:3
197:21 198:8
198:11,13,16
198:20,24
199:6,9,14,19
199:24 200:9
200:12,15,18
200:24 201:10
201:15,19
202:9 203:6,9
203:12,23
204:9,18,22
205:3,9,21
206:13,19
207:8,19 209:3
209:7,19,24
210:3,9,13,17
211:4,9 212:7
212:17,22
213:3,7,23
214:6,14,16
215:12,16
217:12,15
218:1,9,12
219:12 220:8
220:21,24
221:4,18
222:20 223:5
223:17,23
on-site 15:14
68:7,9
once 5:17 56:16
64:1,8 66:19
67:6,11 85:5
85:16 94:6
139:20,21

147:2 209:18
ones 90:3 100:7
111:1 155:24
157:17
ongoing 30:15
onset 20:11
open 183:22
operating 84:2
operations 40:6
opinion 32:12
177:4,21,22
191:15,16
214:20
opinions 178:2
opportunity
116:14 151:3
opposed 76:20
oral 2:4,10
order 19:10
22:14 36:8
67:14 69:22
107:18 216:6,6
216:9
Ordered 202:24
203:2,4
orders 127:18
187:10,11
188:5 196:1
organized
125:13 175:6
originally
121:24
outpatient 49:15
57:17 93:22
outside 33:15
49:1,8,12 50:9
50:18 57:13
88:24 101:14
101:18 109:22
109:23 150:11
150:16 151:11
151:15 159:20
160:16 166:19
169:8 213:16
213:20 214:4
215:9 216:11

overall 39:24
153:11 154:20
154:21
overarching
161:10
overheard
183:11
overlooking
33:23

**P**

P 2:1
p.m 200:10,11
P.O 1:24 225:7
229:2
PA 32:4 43:24
57:3 84:22
page 4:6 20:6
27:23,24 80:18
80:18 120:17
120:18 121:2,5
145:1 153:14
176:5 179:9
186:3 188:7
197:7 198:20
199:10 200:18
202:10,11
227:8
paged 20:8
pages 12:9,9,11
20:5 193:16
202:9
paging 23:20
pain 127:21,22
127:23 186:23
188:16 197:14
paint 220:4
paper 65:18
201:5,6 222:10
paperwork 28:2
paraphrasing
201:3
paraprofessio...
47:15,20
parents 9:6
part 23:21 32:20

41:6 49:3 59:4
66:20 67:10
71:15 85:1
89:19,24 98:19
121:10 133:16
143:10 147:17
147:18 154:21
174:22 177:8
177:10,18
212:8
participate
171:11,14
particular 24:1
24:1
parties 2:2,16
2:20 225:14
passed 59:20
patient 26:15
37:15 44:13
50:20 53:8
57:5,8 58:22
63:8 69:9,10
72:9,10,11
73:24 85:24
86:1,14 91:3
92:10,12,13,14
92:23 94:9,12
94:16 95:7
97:1,4 98:24
99:13 100:4
101:17 103:16
103:20 104:2,5
104:6,11 105:3
105:4 108:10
108:14,18,20
121:12 125:20
128:3 129:17
129:21 130:17
135:3 136:16
136:19 144:12
150:10 151:10
151:11 152:18
160:19 162:11
165:11 166:22
167:1 169:4,8
169:12,16

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 19

171:3,4 186:10
190:23,24
199:22 208:20
212:19 215:21
216:14,18,22
216:22,24
patient's 72:12
patients 33:14
43:8 44:19
46:22 47:7,9
50:7 54:20
58:18 59:1
60:13,17 63:20
63:22 82:2,4,7
82:13,18 85:16
89:23 98:11
100:6 136:24
148:24 150:15
158:24 159:3
159:16,20
160:2,14
166:17 167:16
170:18 183:14
193:14 198:9
212:13,18,20
213:17
peers 15:6
pending 7:5
141:9
people 21:13,14
23:15 24:6
49:14 51:2
54:7,10 55:14
68:11 70:22
78:1,6 102:23
113:14 116:16
156:24 173:18
173:19,20
213:19,20,23
214:3,10
219:19 220:4
Peoria 46:3
115:14
percent 117:3
150:14 154:11
185:20

percentage
15:16
perform 152:20
191:7
period 109:7,13
119:11 191:19
person 15:23
24:1 38:12
39:8,24 41:18
46:4 49:20
50:1,11 56:22
67:14,22 69:8
70:5 79:4,7
81:13 85:7
92:2,4 93:1
97:9 98:13
104:19,20,21
105:8,14,16,21
105:24 106:23
107:24 139:18
151:4 152:23
162:16,17
163:6 212:22
213:5 214:7
215:4 217:2,7
217:12,15,17
217:19 221:11
person's 142:13
180:11
personal 163:8
180:12
personally
138:17 217:1,6
218:2
personnel 80:20
81:18 120:13
120:15
persons 215:7
215:12
pertaining 89:4
pertains 201:4
Petersburg 14:3
phone 20:13
21:14 23:20
25:2 37:14
41:18,20 68:6

68:10 118:8
134:9,15,16
135:22 150:19
150:23 156:4
phrase 164:1
phrased 27:8
physical 113:9
172:1 216:19
physically 14:23
46:1,2
physician 30:18
31:10,23 32:4
32:6,9,20 33:1
33:5,9,14,16
34:20 35:13
36:6,9,11,17
36:23 37:18,20
37:24 38:6
39:1,5,17
44:23 45:7,9
47:1,11 48:10
48:13 92:11,16
104:12 144:5
159:10 213:8
213:11 214:12
Physician's 16:7
16:17
physicians 14:1
33:18 48:22
116:12 117:5
137:17
Piatt 14:2
Pica 213:20,23
214:7,11,16,22
215:1 219:2,5
219:7,12,15,16
219:19 220:1
223:15,18,21
pick 66:6
piece 136:15
pill 215:1
place 50:22 66:3
66:4 68:3
90:13 93:1
105:21 170:11
170:23 184:5

placed 98:24
Placing 98:11
Plaintiff 1:7,19
2:8 3:5 5:3,10
Plaintiff's
120:18,19
plan 85:2 88:11
88:17,19,22
89:4,16,19
90:4,6 95:3,5,6
95:10,15,24
96:14,17,20,23
97:1,8 98:12
98:19 127:12
127:13 168:7
168:19,24
169:4,8,10
170:2,6,8,19
187:8 189:8
191:21,21
198:2
plans 89:1 90:17
128:20
plastic 76:2,8
110:7
playing 185:21
please 6:13,17
6:21 7:4 35:23
141:6 163:12
208:20 224:2
229:6,10,11,11
229:14
point 9:10 11:4
13:7,16,19
15:21 16:9,16
22:23 26:13,20
45:18 52:9
64:23 65:20
68:23,24 70:10
74:15,17 75:3
80:19 94:6
98:4,23 99:1
111:4,18
112:12,14,24
149:3 150:23
151:24 158:17

168:9 174:24
191:6,11
194:24 196:18
196:19 201:10
201:15 223:7
223:14
pointing 179:8
Policy 216:16
polite 22:22
25:23,24
portion 121:12
170:6 177:7,8
portions 2:15
portraying
116:9
position 12:14
45:8
possible 117:2
129:7 194:16
possibly 11:11
29:10,13 160:6
191:19 192:19
potential 166:8
Powell 3:7 103:6
110:19 120:7
120:11 122:2,5
124:7,10 138:3
162:13 163:4
199:10,14
210:19,22
218:12 219:6
powers 43:20
practice 9:15
10:10 36:8,24
37:17 44:11,24
46:13 66:15,18
67:5,9,11 89:1
89:8,9,24 90:7
90:19 91:9,15
91:17 93:15
94:11,20 96:9
107:13 128:1,2
129:4 155:18
157:19,20,24
158:8,17 159:7
160:17 166:13

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 20

166:19 169:9
practiced 9:13
   10:7 158:23
practices 106:15
practicing 33:24
   36:15 38:8
   39:15 158:3
   167:5,8
practitioner
   15:13,13,22
   16:4 30:18
   32:16 33:13
   36:24 38:2
   39:20 43:16,24
   60:21 96:3,4
   97:23 126:22
   134:16 151:22
   159:15 160:3
   161:15 164:12
   191:3
Practitioner's
   122:17 145:6
Practitioners
   15:22 16:17
   30:24 32:18
   70:23 79:13
   129:21 150:24
preexisting 78:1
   78:7,14
preparation
   42:24 130:22
   131:20 132:13
   175:1
prepare 7:9
   224:6
prepared 58:14
preparing
   209:19
prescribe 32:21
   35:12 143:21
   160:9,22 171:9
   190:5,8 203:6
   203:7 212:1
prescribed 37:1
   37:16 52:5
   54:2 58:13,13

143:12,15,17
143:19 178:12
191:2 195:14
196:9 201:16
202:12,24
203:8,9 204:1
204:10,24
prescribes 36:19
   162:6
prescribing
   34:17,20 35:15
   35:16 75:10
   144:3 160:14
   161:22,24,24
   161:24 162:5
   164:24 191:8
prescription
   71:6 165:13,15
   202:19,21,24
   204:12
prescriptions
   52:1 163:2
   202:12
present 14:24
   52:4 155:22
   156:14 157:17
   216:6
presentation
   115:6
presentations
   115:6,8,23
   116:17
presented 7:24
   52:4 115:7
   221:18,21
presenting
   116:6,7
presents 94:22
   97:2
PRETORIOUS
   1:20 2:6
PRETORIUS
   3:12
preventative
   107:20,23
prevention 84:5

84:7,11 85:2,9
85:15 86:15
97:5
previous 6:20
   18:2,3 50:15
   130:15 148:24
   167:20 190:10
   193:10 220:19
previously 36:7
   52:6 83:4
   153:15 181:11
Primary 47:1,10
   92:16
principle 164:23
prior 18:7,18
   19:3 35:15
   40:24 105:12
   106:20 108:9
   108:11 123:1
   123:10,12
   130:4 131:11
   131:12,24
   132:1,4 160:13
   175:11,12
   188:11 189:20
   221:5
prison 78:19
   134:11 149:12
   200:7
prisoner 57:5,7
   99:14 176:14
   176:24 185:19
prisoners 47:7
   114:11 184:9
   184:10 185:15
private 28:13
   89:8,9,24 90:7
   94:20 96:9
   169:9
privileged 24:9
privileges 25:6
privy 114:7
probably 6:6
   18:4 98:9
   107:10 117:3
   134:22

probe 65:13
problem 18:6
   19:12,13 125:2
   127:10
problems 80:21
   81:1,4,9
   127:11 212:15
procedure 67:12
procedures 68:3
proceedings
   225:9
process 12:21
   40:1 71:13,14
   71:15 83:18
   100:1 216:1
   218:10
processes 71:11
produced 11:19
   59:8 175:4
   179:9
Production
   120:18,19
profession 10:22
   21:1 32:7
professional
   22:22 33:12
   47:15,19 73:16
   77:11 178:2,6
professionalism
   15:6 42:6
professionally
   31:6
program 48:5,7
   84:6,11 85:15
   85:18 86:15
   97:6
progress 20:11
   95:18,18
   120:20 125:14
   186:6 188:10
   193:17,19
prompt 155:15
   212:23
prompted 54:14
proof 2:17
properly 172:24

protocol 20:9
   61:10 67:5
protocols 105:6
provide 21:13
   21:14 23:18
   29:20 43:11
   82:7 117:22
   167:23 168:8
   211:20
provided 12:19
   42:18 47:15,19
   82:13 135:1
   152:14 167:16
   175:21 176:7,9
   176:10 194:24
   211:14
provider 15:20
   32:10 38:3
   60:10 86:3,9
   216:12
providers 79:16
   153:10
providing 135:5
   135:9,12 173:8
   173:24 205:16
provision 43:14
PRT 104:13
psych 53:6,9
   54:6 56:3,6
   104:13 108:23
   108:24 163:24
psychiatric
   34:17 35:12
   36:19 49:9,10
   50:3,6,12 51:3
   51:8,10,23
   52:1,5 57:17
   75:11 81:9
   88:2 89:5
   90:12,14 91:4
   91:9,18,23
   92:3,8 93:12
   93:14,19,20,21
   94:1,22 96:1
   101:9 102:19
   103:4,11,17

105:8,18 106:1
106:17,18
107:8 111:19
111:20 134:24
137:3 143:21
144:5 153:16
155:17 160:23
165:6,10
170:10 178:12
**psychiatrist**
53:23 99:2,8,8
99:18,24,24
100:2 101:18
151:22 161:2
161:17 218:22
**psychiatrists**
90:3 100:5
102:10
**psychiatry** 90:8
90:16 91:15
93:12 99:23
107:24 112:1
160:7,11,11,13
170:20
**psychotherapy**
82:10,13 89:6
89:20,24
160:10,10,23
161:3,4,6,8,9
161:19 162:9
162:12,15,19
162:21,24
163:2,11,12,13
163:19,22,23
164:9,11,15,17
164:23 165:5
165:14 166:14
**psychotic** 109:7
**psychotropic**
54:2 65:21
143:12
**Public** 228:5
**pull** 133:2
**pulled** 54:22
**purpose** 2:17
**purposes** 192:22

**pursuant** 1:22
**pushed** 17:21
**pushing** 18:7
207:6
**put** 22:8 39:6
40:1 59:21,24
84:16 86:8,14
86:23 88:20
129:23 133:18
133:23 134:3
135:8 138:18
154:12 172:11
172:11 175:23
180:10 197:16
220:11 223:17
**puts** 37:9 97:16
97:17,20
**putting** 98:9
135:4 215:8

---

**Q**

**qualification**
35:17
**quality** 49:2
57:14
**quarter** 115:12
**quarterback**
92:17
**question** 6:11,16
7:4 22:11
26:20 31:24
35:3,11,15,18
35:20,20,23
36:21 37:6
43:2 48:6 55:2
61:11 62:2
65:2 74:6,16
74:23 83:10
97:17 103:9,9
104:16 106:8
106:22 107:16
109:5 110:20
111:11,13
122:3 129:15
132:6,24 137:7
141:9,16,18,23

142:1,7,22,23
146:6,7,9,10
146:10,11
152:2 154:24
155:3,8,10
156:17 161:1
162:3,14 163:5
163:16 169:23
169:24 171:8
174:2,12 175:2
177:18 178:11
205:24 206:5,6
212:3,4 214:9
219:7,10 221:8
221:10
**questioning**
222:14
**questions** 17:4
20:5,9,11
33:24 35:10
36:13 38:12
44:4 68:21
107:3 118:11
128:24 138:2
183:3 193:14
202:3 210:18
210:20 223:24
224:5 229:13
**Quickly** 153:14
**QUINN** 1:20 2:6
3:12
**Quinn,Johnst...**
229:7
**quite** 124:12

---

**R**

**raise** 174:20
196:15
**raised** 17:19
**Rakestraw**
41:14,15,16,22
45:14,23 58:15
117:19
**randomly** 157:2
157:3
**rapport** 207:1

**rationale** 18:16
**reach** 145:11
148:15 152:9
**reached** 196:7
**reaching** 145:16
146:3 147:3
156:10
**read** 30:19
35:22,23 36:1
78:4,9,10,16
127:13,23
132:13 133:6
133:14,17,20
134:5,20 136:9
139:2 140:8,14
140:14,18,24
141:17 142:8
142:13,18
146:13,14
171:19 176:5
177:4,6 188:14
222:8,15 227:2
229:9,10,11
**reading** 2:13
77:19
**really** 25:6
27:12 173:21
**realm** 159:6
161:4 166:13
**reask** 96:12
**reason** 25:8 26:6
29:11 51:4
53:3,8 102:12
130:13 185:18
188:2 207:7
217:16 227:8
**reasonable**
20:23,24 65:3
**reasons** 26:8
39:4 51:3,9
217:9 218:7
**recall** 12:2,2
101:7
**receipt** 40:11
**receive** 8:19 9:1
10:2 21:8

59:13,14 79:17
79:23 114:12
**received** 18:5
24:19 42:5
77:13 114:19
116:12 118:9
118:16 119:3
119:15,19
124:8 139:7
140:4,4 142:20
143:11 149:23
150:4
**receives** 150:13
**receiving** 7:18
7:19 23:7
85:10 101:3
103:4,11
118:13 178:15
178:16 195:24
205:7 206:17
**receptive** 23:22
206:22 207:5
**recess** 75:18
125:8 156:7
224:3
**recognize** 73:2
73:18 74:22
80:3 155:21
198:24 199:4
**recognizing**
73:16 119:17
155:6
**recollect** 55:6
83:13 101:21
110:23,23
111:1,21 182:5
192:14
**recollection**
12:16 21:6
24:23 28:4
50:10 55:24
56:2 57:16
101:3 132:16
135:21 172:16
172:18,19
**recollections**

DEPOSITION OF DOCTOR ARUN ABRAHAM                          June 14, 2019

Page 22

| | | | | |
|---|---|---|---|---|
| 192:4 | 123:10 135:5 | 56:2 81:10,13 | **register** 37:23 | 22:20 23:1 |
| **recommend** | 142:11 172:20 | 82:19,21 89:18 | **registered** 36:9 | 24:21 25:1,3,3 |
| 224:12,13 | 174:22 175:7 | 89:23 91:6,10 | 37:21 | 25:3,7,10,11 |
| **recommendat...** | 175:14,19 | 92:10 100:6 | **regular** 14:4 | 25:17,18,20 |
| 213:10 | 186:1 191:5 | 101:7,8,13,17 | 126:17 198:14 | 26:1,2,5,5,8 |
| **recommendat...** | **RECROSS** 4:2 | 104:11 160:11 | **regularly** 29:5 | 28:9 34:15 |
| 89:6,12 | **REDIRECT** 4:2 | 161:16 162:11 | 71:17 84:19 | 39:14 45:21 |
| **recommended** | 218:18 | 166:17,22 | 178:20 | 48:3,19 49:23 |
| 117:16 162:11 | **reduced** 15:12 | 167:13 169:12 | **Regulation** | 49:24 50:5,8 |
| 210:24 211:6 | **reevaluate** | 169:15 191:19 | 33:12 | 50:16,17 51:14 |
| **record** 6:12,15 | 144:13 201:15 | 213:24 | **reiterating** | 51:17,18 52:7 |
| 12:6,7 19:12 | **refer** 49:17,22 | **referring** 56:5 | 146:11 | 52:14,15,16,18 |
| 22:8 61:6,8,20 | 50:15,22 51:2 | 62:13 93:6,18 | **relate** 76:13 | 52:19 53:16,21 |
| 62:9 63:7,12 | 51:4,4 81:3,6,8 | 93:19,21 | 147:22 | 54:3,19,20,20 |
| 63:20,23 64:11 | 81:12,16 83:2 | 161:23 162:1,6 | **related** 220:1 | 55:18,20,22,23 |
| 64:18 71:9 | 83:2,7 90:3,16 | 163:18,19,20 | 225:13 | 56:4,7,19,20 |
| 75:20 81:23 | 91:14,15 92:2 | 163:21 | **relating** 114:20 | 56:24 57:5 |
| 86:22 118:20 | 92:4,24 94:9 | **refers** 164:23 | **relationship** | 60:4 64:12 |
| 125:6 128:13 | 94:12,22 | **reflect** 194:13 | 26:22 102:11 | 77:18 80:10 |
| 129:10 130:22 | 124:20 127:8,9 | 202:19 | **relayed** 20:18 | 81:22 85:13 |
| 131:3,17,22 | 144:21 146:5 | **reflected** 200:13 | 150:17 151:16 | 86:23 87:2 |
| 132:9,12 133:5 | 150:6 157:15 | **reflects** 199:19 | **release** 105:5 | 99:9 101:20,20 |
| 134:2,15 | 160:10,13,18 | **refresh** 12:16 | **relevant** 27:15 | 101:24 102:4,6 |
| 136:21 140:12 | 161:3,16 | 28:4 132:10,16 | 29:14 69:13,15 | 102:12 103:20 |
| 140:13 142:3,3 | 164:19 166:17 | **Refusal** 59:9,15 | 71:22 72:6,7 | 104:2,23,23,24 |
| 142:5 147:12 | 166:24 171:1 | 61:23 62:8,12 | 136:16 153:3 | 108:15,15,19 |
| 147:14 149:17 | 212:1 218:21 | 62:19 | 157:20 | 109:4,14 111:3 |
| 153:5,5 156:9 | **reference** 32:11 | **refuse** 104:9 | **relied** 144:7,9 | 113:1,11,12 |
| 176:3 177:1,3 | **referral** 49:1 | 215:17 | 146:2 147:2 | 116:7 117:17 |
| 177:10,18 | 50:8,18 55:16 | **refused** 39:4 | 149:22 151:18 | 119:16 130:12 |
| 189:21,22 | 57:17 80:21 | 60:17,18 | 152:5,12 178:1 | 131:10 132:8 |
| 191:17 193:22 | 89:20 90:8 | 103:22,23 | **rely** 69:21 75:21 | 133:24 134:18 |
| 202:2,11,12 | 91:23 92:23 | **refuses** 30:12,17 | 147:1 154:16 | 143:2,23 148:3 |
| 203:10,15,24 | 93:10,13 99:3 | 40:4 42:12 | 154:19 156:10 | 148:23 149:5,7 |
| 220:11 223:17 | 99:7,23 100:3 | 215:21 | 178:6 213:3 | 149:8,13 |
| **recorded** 61:16 | 102:10 103:21 | **refusing** 31:9,23 | **relying** 70:1 | 151:19 152:13 |
| 61:19,22 126:7 | 107:1 108:12 | 59:2 60:6,13 | 71:16 72:24 | 156:1,2,18,22 |
| 146:18 147:14 | 111:24 112:1,2 | 216:18 | 73:2,6,10 | 157:6 160:15 |
| 149:19 222:21 | 160:6 | **regard** 229:14 | 153:9 | 168:13,15 |
| **recording** 6:7 | **referrals** 49:8,9 | **regarding** 19:13 | **remain** 79:4,8 | 172:7,8 173:2 |
| 134:16 | 49:12,19 57:13 | 42:4 115:24 | **remains** 155:9 | 173:15,22 |
| **records** 54:22 | 59:14 100:8,11 | 116:2 134:15 | 217:17 | 179:16,19,20 |
| 63:15 81:24 | **referred** 46:22 | 134:17 135:22 | **remember** 5:19 | 180:4 182:13 |
| 86:2 95:18 | 49:15 50:1,12 | **regards** 151:10 | 8:17 11:6 14:1 | 182:14 184:23 |
| 111:15,17 | 50:23 53:4,15 | 195:21 208:24 | 16:10,15,19 | 184:23 185:1 |
| 120:2 123:2,8 | 53:18 55:15 | **Regional** 80:11 | 18:9,10 21:10 | 185:17,18,19 |

DEPOSITION OF DOCTOR ARUN ABRAHAM June 14, 2019

Page 23

195:6 196:8,12
197:2,6 201:8
202:6,6,7
208:10,11
209:8,24 210:6
210:7,8,10,11
213:13,15
216:8,13 218:8
**remind** 131:22
187:8
**reminds** 149:1
**remove** 210:12
**removed** 108:10
**repeat** 17:18
214:9
**rephrase** 111:11
138:10 141:20
151:9 167:20
**replaced** 17:1,7
**report** 45:11
58:8,10,20
70:1,12 73:6
73:10 75:23
96:22 117:23
117:24 148:13
148:13,19
173:6 192:13
201:4
**reported** 31:9
31:11,12 45:22
76:3 152:9
223:6 225:8
**Reporter** 2:12
11:24 36:1
120:6 125:11
142:4
**Reporters** 1:23
225:6 229:1
**reporting** 69:12
70:9 73:1
**reports** 46:21
58:6 74:11
82:17 100:16
**represent** 48:4
**represented**
22:2

**reprimand** 21:3
21:8,16 23:8
23:12 24:18
42:6
**request** 23:17
29:23 30:1,3
32:2,3,4 47:18
54:14
**requested** 27:18
36:2 47:16
48:5,11
**requesting**
21:13 50:5
145:24
**requests** 20:22
20:24 54:6
147:21
**require** 86:21
91:23 105:10
157:24
**required** 32:19
33:1 34:19
36:5,12,18
67:4 116:21,24
117:1,14
**requirement**
39:13 117:5,9
**requirements**
45:2,3 119:20
**requires** 117:10
221:10
**requiring**
119:21
**reserve** 224:15
**reserved** 229:9
**resided** 196:10
**resolution** 80:20
**resource** 80:20
150:16 154:15
154:16,17
155:19
**resources** 99:17
111:23
**respect** 34:10
37:19 38:21
54:5 98:4

119:13 137:9
151:5,6 154:7
155:20 162:10
181:1 222:7
**respond** 23:7
**response** 23:12
104:13
**responsibilities**
17:8 42:13
43:3,6
**responsibility**
46:23 173:4
174:9,13,14
205:21
**responsible** 46:7
46:8 139:18
**restate** 35:22
96:11 141:6
**restated** 35:20
**restructure**
140:21
**result** 43:21
44:18 51:10
148:9
**RETAINED**
4:14
**rethought** 23:13
**retrospect** 55:5
**return** 52:12,15
229:12
**returned** 52:14
53:23 54:1
**review** 7:8,11
8:2 19:12,13
36:18 37:8
38:1 59:13,18
60:11,24 61:7
62:6,20 63:7
63:10,11,19,23
63:24 64:7
66:13,16,19,24
67:5 74:8 86:2
100:15 131:6
131:19 134:14
135:17,19
137:3,18

139:15 140:11
150:5,6 173:4
174:22,23
175:17 176:21
180:15 199:20
204:12 224:8
**reviewed** 7:20
42:21 61:3
67:18,19 81:24
83:10 124:11
130:21 131:3,5
131:9,22 132:3
132:7,12 136:2
136:5,10
138:13,16,17
138:21 139:24
142:24 200:15
200:22
**reviewing** 7:16
45:6 67:10
68:12 71:8
85:19,19,23
124:12 134:1
135:21 142:11
172:20
**reviews** 115:9
139:21
**reword** 118:15
**right** 11:9 12:11
14:9 16:5
17:11 19:19
22:4,4,6 25:15
27:7 28:17
57:21 60:23
61:13,16,24
62:4 65:11,12
66:21 68:22
69:20,23 70:17
70:24 71:18
73:18 74:6,12
74:16 78:19
82:22,23 87:4
87:20 90:19
92:17,18,24
93:6,16 94:5,9
95:3 97:19

112:10 115:19
121:21 123:15
124:13 139:14
141:15,16
145:3 153:13
156:1 157:19
158:22 162:8
162:21,22,23
164:9 172:6
180:22 181:12
181:21 185:12
186:19 187:13
187:16 188:12
189:2,2 193:20
197:7 200:2,19
200:22 204:3,5
208:1 211:7
215:17 220:2
222:3 224:8,9
229:9
**risk** 43:9 71:20
76:24 77:2
78:18,24 79:4
79:9 84:17
97:16,18,20
98:5,11,14
99:1 112:5,8
112:14,17,19
113:13,13,19
119:18 121:16
127:16 128:15
129:23 130:10
184:17 186:19
193:15 194:2
196:20 197:10
212:9 221:15
221:18 222:1,5
222:7
**RN** 50:24 56:20
68:15
**RN's** 71:1
**role** 33:18,21
34:8,11 47:1,3
47:6,10 48:2
49:3 79:20
85:14,18 109:2

ASSSOCIATED COURT REPORTERS
1-800-252-9915

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 24

159:10,15
162:9
roles 158:12
room 51:3 52:10
185:4 213:1,3
213:11
round 186:13
198:8
rounded 186:10
rounding
186:16 188:11
193:22 198:4
routine 85:1
135:19
routinely 137:1
row 67:22 69:23
ROYSTER 3:6
RPR 1:18 2:9
225:5,20
RR 126:17
rules 68:23
Rusher 1:6 5:11
7:13 34:17
38:22 60:6
78:18 80:24
81:8 122:23
126:4 128:9
227:4
Rusher's 26:22
34:10,14 52:24

**S**

S 2:1 4:5
S1 126:17
S2 126:17
safely 109:10
safety 51:21,21
92:5
Sangamon 1:9
3:10 13:1,20
14:8 16:18,20
17:1 34:18
43:14 47:4
49:15 50:1,13
56:7 59:8,16
79:16 82:5,14

83:20 84:3,6
84:12 88:24
95:10 96:1,15
97:6 99:2,11
100:7 101:18
102:11 103:5
103:16 105:18
110:15 114:5
118:5,13 119:5
119:9 134:9
137:4 138:24
149:11 167:17
169:4 170:9,18
175:4 178:17
179:8 196:20
201:11 207:10
211:13,17,24
213:8 215:16
217:3,8,12
218:3 221:1,16
221:22 227:4
saved 199:16
saw 82:4 100:22
124:16,19
148:4 207:2
211:1
saying 28:7 56:9
65:18 117:17
130:18 131:20
150:24 175:12
209:8 210:10
216:9 217:9
222:10
says 12:14 23:2
27:24 37:2
39:7 121:14,17
127:12 128:4
145:23 176:14
177:4,12
186:21 199:16
202:15
scenarios 116:9
schedule 40:4
40:20 42:4
198:13
scheduled 85:1

scheduling
117:18
schizo 189:10
schizoaffective
189:10 197:17
207:13 208:4
222:22 223:2
223:12
schizophrenia
83:13 145:10
146:4 147:3,23
149:15 151:8
151:23 153:6
157:11,12
159:1,4,8,11
159:14,17,20
160:24 165:22
166:4,9 187:7
187:22 188:3
190:14,16
schizophrenic
201:13 208:8
Schizotypal
208:3
School 9:8,21
scope 91:14,16
93:15 94:10
160:17
scratched 122:6
script 180:4
second 12:5
23:20 27:23
62:11 74:10
80:17,19
113:13,20
188:7
section 114:8
security 114:8
185:13
see 12:8,12,13
12:13 21:4
27:21 29:19
50:18 60:13
64:4 71:11
80:22 81:23
85:16 112:22

115:23 121:19
131:16 133:7,7
133:9 134:2,14
142:19 145:6,9
168:2 175:15
176:15 177:11
177:12 183:2,5
183:8,14 184:4
185:9 186:18
203:16,18
216:19
seeing 52:15
130:4 134:18
182:16
seeking 76:15
76:20 192:18
192:20 194:16
seen 100:24
101:1 133:10
176:20,21
180:24 199:18
selected 48:1
self 72:18 73:6
76:15 192:21
215:8,11,13
221:22,24
222:1,3
send 51:8
103:19 213:1
sending 103:20
sensation
126:21
sensitive 78:7
sent 25:4 52:9
53:8 55:14
194:9 211:21
separate 207:21
216:16
seriously 192:23
193:5
served 30:8
105:15
serves 47:24
182:8
services 47:14
47:19 50:6,6

serving 37:18
set 36:23 154:13
setting 38:16
102:23 159:21
159:22,23
163:1 167:14
190:20 202:22
212:23 213:21
215:9
seven 17:22,22
18:7 26:4
30:13 41:7
67:22 69:22
138:3
share 47:10
sheet 64:3 227:1
229:10,11,11
229:12
shift 40:14
shifts 40:15
Shmikler 1:12
3:16 26:17,21
82:21 134:5
175:8 205:16
227:5
short 122:16
191:19
shorthand 2:11
225:8,10
show 59:7 61:6
showed 116:8
175:10
showing 176:12
198:5
shows 92:13
128:13 191:5
sick 43:9,11
85:2
sidetracked
96:8
sign 28:3 33:11
229:10,11
signature 12:10
122:12,16,17
175:15 199:1,4
200:2,21 227:1

DEPOSITION OF DOCTOR ARUN ABRAHAM

June 14, 2019

Page 25

228:2
signed 122:15
200:4
signing 2:13
signs 76:16 80:3
97:2 119:17
188:16,18,20
similarities
208:4
simply 74:4
simultaneously
50:11 178:14
178:16
Sincerely
229:16
single 101:22
136:24 153:14
170:8,11
Sir 47:24
site 15:15 42:13
43:3,5 45:7,9
55:17 56:21
60:10,20,24
63:16,19 71:20
71:23 80:9,11
84:21
sitting 54:23
135:20 136:1
150:9 182:2
situation 68:8
97:14,15
148:20 160:19
209:14 216:13
216:17
situations
161:12
SIU 10:1,13,15
skew 181:8
skin 187:1
skipped 187:20
skipping 6:22
47:24 65:20
66:7 67:14
72:15 73:24
74:7,11,21,24
193:17

SOAP 95:12,13
95:17,23
soft 210:11
solitary 76:24
77:2,4,23 78:8
79:8,8
somebody 20:5
25:4,5,12
39:23 40:2
44:13 55:6
61:15 64:24
74:10 76:19
81:17 84:15
91:8,12 93:21
94:19,21 100:3
100:16 103:3
104:8 105:17
106:16 107:8
130:12 134:8
135:2 139:7,8
139:8,23
140:13 142:18
167:13 192:15
208:17
soon 185:7,9
sooner 107:24
sorry 8:17 33:4
42:2 48:17
52:22 58:9,9
59:12 62:2,16
66:6 84:9,22
87:8 98:8
102:5 104:18
106:6,10,13
107:4 114:2
115:2,17 122:4
142:4 146:5
149:4 152:1
156:21 170:13
170:15 177:6
198:6 203:13
204:21 206:10
217:11,23
sort 27:20 39:16
67:4 74:6
83:16 96:24

172:12 207:6
sound 9:5
101:11 149:2
sounds 7:7 14:4
17:13 37:17
119:8
South 1:21 2:7
3:4,13 227:3
Southern 167:7
space 29:16
sparked 53:12
speak 6:8 83:17
149:10 183:6
213:13,14
speaking 65:6
221:4
special 83:21
specialist 100:4
144:6 152:24
specialist's
144:7
specialists
152:22
specialization
10:7
specific 24:5
49:24 50:22
51:15 54:20,21
55:24 56:2
57:16 58:18
63:14 73:22
79:20 86:18
87:2 100:7
101:22 102:18
107:10 113:8
119:22 142:13
142:15,15
150:8 157:6
172:16,18,19
182:5,6 183:13
185:3 208:22
209:3 215:11
219:22
specifically
63:11,14 64:13
99:16 137:9,12

151:7,19
173:13 192:5
specifics 18:14
54:4 56:8,10
67:3 119:16
152:14 172:22
173:15,22
210:7 213:14
213:14
speech 156:23
157:5
spend 10:12
spent 124:12
131:20 183:16
split 15:15,16
spoke 195:4,7
206:21
spoken 84:19
spoon 76:8,18
109:15 194:18
212:24 222:9
223:1,6,8
spoons 219:20
Springfield 1:21
2:7 3:14 8:6
10:19 13:13
167:7 227:3
229:7
Springfield,Ill...
3:8
SSR 201:22
stable 105:4
staff 21:16
47:15,20 55:3
60:15 70:9,9
72:24 75:4
84:19,20,24
86:16 98:1
112:20,21
114:4,5 137:8
137:11,12,13
137:17 139:10
139:13,17
140:11 141:14
142:19,22
143:7,10

149:10 150:1,2
150:4,13
182:16 189:20
196:17 206:23
206:23,24
208:13,17,18
208:21 211:12
211:18,24
213:4
Staff's 141:21
142:8
staffed 70:10
stance 18:16,21
stand 54:8,12
57:9 101:14
104:22 121:15
127:3,17
standard 74:15
84:1 154:14
155:17 193:14
212:17
standards 20:24
45:3 67:9
83:21 136:17
standing 83:1,3
183:8,9,23
stands 186:19
start 62:14,18
103:24 108:23
started 12:19
14:15 100:1
145:2
state 36:9,21
37:24 117:9,11
118:1 119:20
140:24 203:3
225:1
stated 199:16
statement 30:19
states 1:1 9:11
9:19 33:12
46:14 125:12
status 78:19,24
79:5 84:17
85:9,20,21
99:1 112:8

DEPOSITION OF DOCTOR ARUN ABRAHAM

June 14, 2019

Page 26

196:21 216:20
**stay** 98:13,16
130:20
**stayed** 14:8
**step** 23:3
**sticking** 222:10
**stipulated** 2:2
**stipulation** 1:22
**stop** 137:20
154:4 188:18
**stopped** 53:17
**stops** 71:3
**storage** 29:16
**Straight** 213:2
**strangulation**
109:18 136:6
**strap** 109:19
111:2 172:13
222:15
**Street** 1:21 2:7
3:13 227:3
**stroke** 92:12,14
92:24 93:2,3
93:10
**strong** 21:18
**structure** 43:13
**studies** 77:6
78:10
**study** 78:10
**stuff** 100:9
**stuffed** 201:5
**subjective** 69:3
69:7 95:15
121:13,13
125:22 126:6
145:21,22
146:13,14,14
146:15,18
147:7,7,15
149:16,20
186:18 188:14
194:1 197:10
**subjectively**
73:14
**SUBSCRIBED**
228:3

**subsequently**
52:13
**successful** 221:5
**sued** 39:20
**suffer** 213:20,23
214:11
**suffers** 214:7
**sufficient** 173:5
**suggest** 211:12
211:17
**suggestion**
88:15 213:16
**suggestions**
43:12 88:13
96:23
**suggests** 111:10
**suicidal** 76:20
128:16 145:23
147:19 189:6
193:7,8,12
220:9,10,13,22
221:13 222:13
**suicide** 26:15,22
52:24 84:5,7
84:11 85:2,8,8
85:14 86:14
97:5 119:18
220:24 221:1,6
221:16,18,24
222:1,5,7
**Suite** 3:14
**summary** 30:11
131:1,2 132:14
133:4 134:2,6
136:3 137:10
138:14 139:24
140:9,15 142:9
142:14
**Superiors** 18:11
**supervise** 47:18
**Supervises**
47:14
**Supervisor**
22:21 80:11
99:22
**Supervisors**

18:11
**supposed** 57:24
**sure** 6:4 7:1 19:2
22:24 30:6
33:7 35:17,17
39:22 51:6
56:15,16,18
61:11 71:10
73:21,22 75:16
77:6 79:21
84:10 85:13
88:1,5,8 96:18
99:15 102:1
111:8 118:11
118:22 122:24
125:5 140:8
142:18 146:8
151:24 152:12
161:7 170:16
170:24 174:10
177:2 181:7,24
189:3 192:3
193:11 195:18
196:4 197:24
202:6,21,23
203:13 224:8
**surgeon** 94:13
94:14,15
**Surgery** 8:24
**surprised** 31:8
**surrounding**
40:11 160:20
**surveillance**
113:21,24
**suspicious** 26:14
**swallowed** 194:2
194:17 223:5,6
223:8
**swallowing** 76:2
76:8,10,18
109:15,21,24
110:4,7,10
219:19 223:1,6
**sweet** 192:11
**swelling** 94:10
94:15,16

18:11
152:18,18
188:21
**sworn** 5:3 228:3
**sympathize**
138:8
**symptom** 54:23
72:15,18,21
74:3 76:5,6
106:1 107:8
223:1,10,15,18
**symptoms** 51:11
54:16,18 55:6
66:2 70:4
72:14 73:3,17
73:17 74:21
75:1,23 76:16
80:3 81:10
93:14 94:17,22
95:8 98:22
105:9 106:18
119:18 157:6
190:20 194:14
205:10,14,17
207:24 214:18
222:17,21
**synergetic** 78:14
**synergistic**
78:11
**system** 66:3,4

———————
**T**
**T** 2:1,1 4:5
**table** 58:11,14
135:14,16
180:15
**take** 7:3,5,15 8:2
23:6 30:12,13
43:8 100:4
105:2 108:6,7
133:1 140:20
141:2,7,13
156:4 163:24
180:13 192:23
193:5
**taken** 1:17 2:4
2:11 23:3

75:18 122:20
125:8 156:7
218:1 224:3
227:2 229:7
**takes** 216:4
**talk** 6:23 49:19
79:22 97:4
151:6 157:2,3
164:1,2 166:14
172:3,6 179:24
179:24 182:10
182:13,19
191:24 207:2,3
207:4 208:12
208:15 209:20
**talked** 17:21
38:5 41:19
102:17 156:24
172:10 173:10
173:17 174:4
179:23 182:14
191:22 192:4,8
193:18 206:23
209:4,15,19,22
210:5
**talking** 23:15
50:17 53:4
57:12 64:13
74:17 75:21
82:8 85:24
87:11,13 95:2
96:8 97:1
145:2 154:6,8
157:1 161:9,10
162:23 164:13
166:15 168:13
168:15 172:17
174:17,19
178:23 179:10
181:11,12
182:4,21,24
183:2 184:1
205:6 209:8
**tall** 56:24
**Taylorville** 1:24
225:7 229:2

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 27

| | | | | |
|---|---|---|---|---|
| **team** 75:9 | 140:17 151:20 | 73:2 76:12 | 221:9 | 168:14,16 |
| 104:12,14 | 169:16 191:4 | 80:8,12 90:23 | **thinking** 148:6 | 171:13 172:9 |
| 139:17,18,19 | 194:13 207:8 | 110:14 148:18 | **thinks** 27:15 | 172:21 173:1,9 |
| 139:19,20,21 | **terrible** 62:2 | 157:4,8 162:19 | 87:3 | 174:10 175:3 |
| 142:10 143:5,8 | **territory** 46:8 | 164:16 172:17 | **third** 202:10 | 175:18 176:9 |
| **telephone** 46:17 | **test** 11:17 | 215:8 222:18 | **thirty** 229:12 | 178:13 181:1 |
| **telephonically** | **testified** 5:4 | **think** 6:17 11:8 | **Thorazine** | 181:12 182:4 |
| 99:14 | 59:23 | 12:13,18 16:24 | 143:17 146:1 | 182:22 184:4 |
| **tell** 15:11 20:2 | **testimony** | 19:9,9 22:1 | 147:22 199:17 | 186:13 192:7 |
| 24:10 58:24 | 212:12 227:2 | 23:11 26:23 | **thought** 11:8 | 193:6,23 195:1 |
| 63:14 74:3 | 229:6 | 27:2,8,14 28:7 | 27:11 102:15 | 201:5,10,17 |
| 80:7 88:20 | **testing** 152:20 | 29:11 31:11,12 | 173:16 185:17 | 204:19,21 |
| 94:13,15 101:8 | **thank** 5:11 | 31:13,16,20 | 192:9,10 211:1 | 205:17 206:1 |
| 122:6 124:2 | 21:21 30:9 | 33:10,20 35:15 | 211:7,9 219:12 | 206:12,15,16 |
| 130:2 148:1 | 32:17 87:12 | 39:13 43:14 | 220:9 | 206:18,24 |
| 150:19 173:13 | 106:14 120:14 | 50:3 53:1,1 | **thoughts** 87:1 | 207:10 208:12 |
| 173:14 192:17 | 121:4 125:1 | 57:12,15,24 | 128:19,20 | 208:24 209:4 |
| 195:5,10 | 141:22 169:22 | 64:12 65:12 | **three** 12:9 19:18 | 209:13,16 |
| 210:13 | 180:22 194:7 | 77:3 82:23 | 20:13 24:15 | 210:1,4 211:1 |
| **telling** 105:1 | 218:13 229:15 | 86:23 90:24 | 40:13 48:20 | 211:18 212:1,8 |
| 141:16,20 | **thanks** 75:17 | 92:17 94:19 | 105:1 132:20 | 214:21 219:2 |
| 148:20 151:17 | 117:12 118:19 | 96:7,21 100:19 | **Throwing** 55:3 | 219:18 220:9 |
| 152:13 155:5 | 138:6 | 100:22 101:1,2 | **Thursday** 40:18 | 220:12 222:7 |
| 163:1 180:15 | **Therapist** 75:6 | 101:16 102:8 | **tibia** 126:8 | 223:20 227:4 |
| **tells** 74:4 152:22 | **therapy** 82:7,8,9 | 103:23 104:16 | **Tiffany** 1:6 5:10 | **Tiffany's** 8:1 |
| **tendencies** | 161:16,22 | 112:24 113:22 | 26:22 34:10,14 | 63:11 64:13 |
| 193:12 208:10 | 163:20,24 | 118:10,17 | 34:17 35:5 | 81:24 83:6 |
| **term** 32:6 34:24 | 164:1,2,7,18 | 127:12 132:2,3 | 38:21 52:23 | 137:3 139:15 |
| 37:21 38:10,10 | 165:10,16 | 133:5 135:7 | 60:6 66:5,16 | 140:8 142:24 |
| 38:11 162:15 | 166:2,16,18 | 137:22 138:11 | 75:11 78:18 | 144:15 172:4 |
| 163:6,7 164:5 | 167:14,16,24 | 141:12 142:17 | 80:24 81:8 | 174:23 176:2 |
| 202:21 | 168:4,20 173:9 | 143:7 147:6 | 82:21 99:18 | 183:22 191:1 |
| **terminated** 15:3 | 173:23 174:7 | 149:6,7 155:14 | 100:23 109:12 | 194:14 196:19 |
| 15:4,5 17:10 | 174:10,15,18 | 155:15 162:20 | 110:15 111:18 | 206:8 222:17 |
| 18:8,18 19:6 | 176:9,10 | 168:10,19 | 112:5 122:23 | **time** 5:14 6:22 |
| 24:15,24 26:18 | 180:20 184:11 | 169:24 170:1 | 126:4 128:8,9 | 6:23 8:2 13:6 |
| 26:21 27:2,9 | 185:4 190:4,8 | 170:24 172:10 | 132:18 134:10 | 13:16 14:7,11 |
| 27:15 28:1,5 | 205:7,19 | 177:17 178:8 | 134:17,21 | 16:11 17:5,17 |
| **termination** | **thereof** 2:16 | 179:19 184:23 | 135:23 136:2 | 19:21 20:7,7 |
| 22:3 23:4 | **Theresa** 3:7 | 192:2,6 193:6 | 136:14 142:21 | 22:18 28:2,11 |
| 209:23 | **thing** 29:14 | 199:6 200:20 | 145:12 146:17 | 32:24 34:8,8 |
| **terms** 36:6 | 117:4 179:5 | 202:1 203:3,19 | 146:20 148:10 | 36:18 38:18,18 |
| 43:19 44:19 | **things** 20:5 | 204:4 206:4 | 149:12,24 | 38:21,21 40:21 |
| 71:4,8 73:16 | 21:23 38:16,17 | 208:11 210:14 | 151:22 155:22 | 41:3 42:1,3,5 |
| 85:14 87:21 | 38:20 41:8 | 219:3,5,13 | 156:11,15,22 | 43:8,17 44:8 |
| 116:12 118:6 | 70:13 71:22 | 220:9,12,16,21 | 157:17 168:9 | 49:24 50:11 |

ASSSOCIATED COURT REPORTERS
1-800-252-9915

DEPOSITION OF DOCTOR ARUN ABRAHAM

June 14, 2019

Page 28

53:15 56:13
62:3,6,24 63:2
66:4 67:2
68:24 75:15
79:2 83:5 89:1
101:6 105:17
109:7,9,13
117:3 119:11
119:21 122:22
123:2,10
124:12 130:9
131:8,23,24
132:1,17
137:20,23
138:4 142:21
149:8 150:14
159:19 172:11
172:14,20
181:18 182:1,2
183:16 191:19
192:1 195:19
196:10 198:5,5
198:5,8,14
199:23 200:6
207:7 213:16
215:21 229:15
**timely** 46:18
**times** 5:16 18:20
26:11 41:21
43:10 45:22
46:5 48:18,20
49:13,14,23
55:15 60:24
85:6 141:24
173:20 211:20
221:23
**tissue** 201:5
**title** 12:14 38:17
45:8 115:22
**titled** 12:14
**titles** 80:11
**today** 6:5 7:2,9
7:19 8:5 30:19
42:16,21,24
62:18 130:22
135:20 136:1

150:9 175:11
178:9 181:23
182:2 192:8
209:5,20 210:5
212:12
**toilet** 201:6
222:10
**told** 25:16,23
44:15,15 58:22
71:9 80:7
130:7 142:5,7
144:4 148:12
165:1,1 173:10
174:4 181:14
181:22 192:16
196:8
**toothbrush**
110:10 111:2
194:3,17
212:24
**top** 66:21
121:12 176:14
177:5
**topics** 80:6
119:7,13,22
**total** 137:16
**toured** 113:3
**track** 22:15 60:5
66:5 67:14
**tracking** 61:12
**trained** 80:2
**training** 39:18
44:18 45:4
48:1,22 68:14
68:16 70:20,21
70:23,24 71:1
71:2 77:11,14
77:17,19 79:12
79:16,23
114:19 116:12
118:12,16
119:2,15,17
193:2,4
**transcribed**
2:12
**transcript** 224:7

224:8 225:10
229:6,10,10,11
**transfer** 106:2
148:15
**transferred**
216:23 217:15
**treat** 106:18
107:14,17
108:20 158:24
190:23 205:5
214:7,12
**treated** 5:24
26:15 53:22
159:14,16,19
160:2 212:13
213:19
**treater** 143:4
**treaters** 149:24
**treating** 44:19
63:8 66:5,16
134:21 136:14
136:21 142:21
172:21 207:10
208:2,6 213:17
**treatment** 61:23
62:19 80:20
81:4,9,10
82:21 88:11,16
89:6,7 93:19
95:24 96:13
111:20 132:18
159:13 160:1
160:22 165:19
165:21 168:18
169:4,8,10,20
170:2,6,7,8,19
172:4 178:15
190:1 191:2
194:24 195:13
195:23 196:13
196:14 204:23
205:15 206:2,7
206:14,16
210:24 211:6,7
211:14 213:4
**treatments**

165:18 166:8
166:12 191:7
**triage** 46:17
**trial** 6:24 54:8
54:12 57:9
100:9,17
101:15 104:22
216:10
**tried** 103:20
162:20
**trigger** 215:4
**triggered**
102:13
**true** 36:3 77:21
77:22,23
225:10
**trusting** 70:12
**try** 6:8,9,11 51:1
129:5 138:10
160:16 190:20
214:19
**trying** 17:3
36:10 38:4
39:13 55:4
65:7,13 68:22
84:15 91:1,1
96:10 116:9
123:17 138:9
141:3,4,11,13
141:13 151:6
155:4 162:9
181:8,24
184:22 220:10
**Tuesday** 40:17
**turn** 12:8 27:19
145:1 186:3
**twice** 41:24
**two** 8:20 12:11
14:19,21,23
26:8 30:12
32:23 35:10
40:12,19 73:21
90:22 100:21
105:1 122:16
127:19 148:2
160:8 163:24

164:8 168:4,21
169:13 187:6
210:15
**type** 89:7 161:8
164:8 165:19
166:7,11
176:18,22,23
176:24 178:5
179:6 180:9
212:21 216:5
**types** 161:8,11
162:22 164:11
165:21 212:18
**typical** 159:6

**U**

**U** 2:1
**Uh-huh** 35:6
37:10 48:15
53:7 59:10
74:19 99:19
113:6 114:24
128:5 130:6
133:11,13
169:18 182:20
**ultrasound**
152:17
**unable** 105:21
211:20
**underneath**
126:9 161:11
**understand** 6:16
46:18 59:8
61:15 73:20
74:14 77:20
80:14 87:20
138:10,12
141:1,4,14
146:8 155:16
159:17 161:14
164:20,22
175:7 180:3
182:1 192:3
196:5 199:15
**understanding**
178:14 180:8

DEPOSITION OF DOCTOR ARUN ABRAHAM

June 14, 2019

Page 29

206:4 212:7
**Understood**
30:7 37:7
**Unfortunately**
137:20 190:19
**unit** 113:3,5,6,8
114:17 177:10
185:13
**United** 1:1 9:11
9:19
**unprofessional**
19:6 22:18
24:20
**unusual** 148:6
**upstairs** 112:15
112:17,19
**urgent** 8:6 10:17
11:1 13:11,12
40:13,14 90:11
90:13,19 91:4
94:18,21
135:18 158:6
158:12 159:10
**use** 32:10 65:7
86:20 88:24
90:18 95:10
117:24 146:12
146:15 154:20
155:19 190:3
194:13
**usually** 63:13
68:9 160:15
166:6 167:2,2
198:17,19
219:21
**utensil** 172:12
**utilization** 57:22
58:3,17,19
**utilize** 68:10,10
152:23 153:2
154:17 157:23
213:18
**utilized** 156:13
171:17
**utilizes** 80:18,19

**V**

**vague** 65:2
**varied** 198:10
**variety** 215:3
**vascular** 94:13
94:14,15
**Velcro** 109:19
**verbal** 171:23
193:10
**verbally** 6:14
60:16 64:16,17
151:13 171:22
220:20
**Verification**
176:14 177:1
**versus** 53:9
78:11 119:20
119:21 176:11
**videos** 116:2
**view** 113:23
**views** 113:23
**visit** 42:13 43:3
43:5,7 105:11
130:5 132:1,4
144:12 189:20
204:17
**visited** 123:13
195:9 200:13
**visiting** 70:5
86:1 131:11
**visits** 80:10
82:12 193:13
204:22 205:3
**visualized**
194:11,16
**vitals** 121:11
126:1 189:7
**vividly** 55:23
**VOELKER** 3:6
**voiced** 18:15
80:13
**voices** 157:1
**vomiting** 186:22
188:17 189:1
**vs** 1:8 227:4

**W**

**Wabash** 3:4,8
**wait** 106:16
107:7
**waive** 224:9,12
224:13
**WAIVED** 2:14
**walk** 30:6
135:13
**want** 7:1,3 12:3
18:24 36:21
39:1,7,9,23,24
41:7 56:14
65:1 69:11
76:3,12 79:19
83:17 106:4
111:15 112:13
117:8 118:15
121:9 131:15
132:21 137:6
150:12 162:24
167:20 169:12
181:8 185:1,20
185:22 186:3
188:6,18 192:2
202:3 205:12
207:2 221:8
222:8
**wanted** 30:6
64:7 99:17
117:20 118:21
134:23 135:1
181:7,23
182:18,19
209:12
**wanting** 15:8
17:15 50:17
**wants** 27:12
**ward** 54:15 56:3
56:6 108:23
**wards** 53:6 54:7
**warrant** 105:10
**warranted**
105:13 106:2
**wasn't** 6:6 18:1
18:20 20:12

23:10 39:10,10
44:7 53:10
57:2 60:22
68:7 82:11
83:3 88:16,17
88:19 103:4
105:16 114:7
117:17 119:6
131:11 142:15
172:24 181:5,7
182:16 192:11
194:11 197:23
198:13 207:5
208:2
**watch** 115:5
116:2
**watching** 111:10
**way** 5:15 23:7
23:14 74:10
103:14 104:7
107:13 119:1
129:19,20
135:5,8,11
162:15 171:18
203:3 219:4,8
225:13
**ways** 73:21,22
73:23
**we'll** 83:15
**we're** 26:3 66:1
80:16,18 97:1
111:14 148:18
177:7 193:19
213:17
**we've** 30:10
103:23 105:1
143:11 151:1
**week** 14:12,21
15:19 17:22
20:8 30:12,14
40:20,22 41:8
43:7 53:14
85:16 136:24
139:21 188:11
200:16
**weekly** 84:23

**weeks** 40:19
132:20
**WEIL** 3:3
**Wellbutrin**
201:23
**went** 9:8 50:8,16
56:1 63:16,19
82:18 102:19
103:23 105:5
173:21 180:20
184:24 216:22
**weren't** 17:10
25:23 93:18
160:7 219:14
**Wes** 1:10 3:9
227:4
**whatnot** 51:19
**Whichever** 60:9
**Whitley** 1:12
3:10 227:6
**Williams** 16:3
16:20 17:13,16
18:23 32:4
57:2,3
**willing** 15:9
26:3
**Wirth** 3:13
**wise** 15:16
**witness** 2:11 4:2
5:2,22 65:7
228:2
**woman** 173:16
**wondering**
17:15 100:24
**word** 21:18
28:24 35:14
183:6
**words** 20:2
23:11 36:18
38:4 39:14
49:10 65:7
78:6 104:17
163:24 220:11
**work** 6:5 8:5
12:17 13:1,14
13:19,23 16:11

DEPOSITION OF DOCTOR ARUN ABRAHAM                    June 14, 2019

Page 30

32:11,20 40:13
40:14 88:23
99:21
**worked** 10:17
13:13 56:6
100:6 149:11
179:16 209:21
**workers** 96:14
**working** 11:1
13:3,9 16:17
17:22 33:15
38:2 44:14
160:7,17 165:3
190:12
**works** 83:18
**world** 106:15
214:4
**worried** 51:20
92:12
**worsening** 197:4
**wouldn't** 21:23
65:17 68:9,10
82:20 88:20
96:16 102:16
124:2 173:19
181:20 216:4
**write** 86:13
96:19 126:23
126:23 127:13
150:7 179:23
180:7,8,19,21
187:12 197:21
202:20
**writes** 89:16,17
**writing** 71:6
177:15 180:1,3
180:5,9,10
200:21
**written** 18:5
21:8 23:7
41:10 42:6
65:17 67:5
95:24 97:8
121:24 170:22
171:23 187:15
193:10 203:10

**wrote** 179:22
181:7 188:2
189:9 202:18

— **X** —

**X** 4:1,5
**X-ray** 194:3,8
194:10
**XL** 143:19

— **Y** —

**yahoo** 28:17
**yahoo.com** 29:4
**yeah** 7:14 11:11
12:13,13 17:5
17:23 19:1
25:13 26:24
27:22 31:7
33:20 35:9,16
35:17,21 42:19
44:4,6,9,15
45:10,15 46:6
46:15 47:9,9
48:8 51:24
52:2 53:10
54:21 55:13
56:11 58:13,13
58:21,22,23
61:4,14 62:5
62:14,22 64:22
65:9,11,12
66:14 68:2
69:5,19,24
70:14 71:24
74:6 75:8
78:16 80:13,23
81:14 82:3,6
82:15 84:13
85:13 86:16
87:9,12 88:8
88:10,21 89:9
90:5,15,21,22
90:24 91:5,20
91:21 92:6,21
93:23,24 95:4
95:16 98:3,22

99:5,12 100:14
101:12 102:2,5
103:1,8 104:19
105:11,14,20
106:23,24
107:12 110:2,3
110:21 111:13
113:7 115:17
118:24 121:4
123:16,18
124:24 125:5,7
128:21 130:23
131:11,18
132:6 133:1,15
135:13,14
143:11 150:5
150:21 155:12
156:18 157:5
160:8 162:18
163:14,18
164:3 165:9
170:15 173:10
173:12,21
174:3,21 175:1
175:13,20
176:16 177:19
177:24 178:18
178:23 180:18
181:5,10,13,16
181:17 183:7
184:3,22,24
185:7,14,19
186:2 188:1,4
189:5 196:17
198:17 200:20
202:23 204:21
207:9 208:11
208:14 209:1
210:16 213:14
217:5 218:16
219:13,22,24
220:5
**year** 10:4,12
11:7 48:20
117:4
**years** 5:19 8:18

9:17 10:8 11:9
18:4,20 19:18
24:16 30:15
32:23 70:23,24
71:2 128:1,2
148:2
**Yep** 48:12
**yesterday** 53:13
59:6 68:21
**York** 9:20 10:12
51:15,19

— **Z** —

**Z** 1:12 227:5
**Zach** 3:10

— **0** —

**006** 125:13
**073** 175:6
**084-002703**
225:21

— **1** —

**1** 4:7 11:20,22
40:17 59:7
68:1 69:23
70:3 80:19
87:1 99:9
120:8,9,13
187:3,4
**1-5** 1:13 227:6
**1-800-252-9915**
1:23
**1/17/17** 188:10
**1/24** 193:17
**1/4/17** 121:21
**1:18-cv-1100-...**
1:7 227:6
**10** 40:18
**102** 3:14
**10861** 120:19
**10893** 199:13,14
**109-–893** 198:21
**10906** 197:8
**10925** 193:17
**10983** 199:12

**10990** 186:4
**11** 4:7 40:17
160:3
**11043** 188:8
**11056** 120:17,18
121:5 145:3
**12** 12:23 40:18
**12/15/16** 203:21
**12/19/16** 123:22
**12/20** 122:6
**12/26/16** 121:18
121:24
**12/30** 122:7
**120** 4:7
**125** 4:8
**13** 12:20 71:2
**14** 1:19 2:5 3:1
227:3 229:7
**14th** 150:20
**15** 45:20 70:7
84:18
**15th** 130:2
150:20 200:4
**16** 45:20
**17** 18:1 156:20
156:21 175:4
176:6
**17th** 136:7
187:16,20
221:5
**19** 126:4
**19th** 125:14
128:10

— **2** —

**2** 4:7 8:18 11:8
99:9 103:22
119:24 120:1,4
120:16 145:1
185:23 195:17
195:20
**2/10** 198:4
**2/10/17** 197:8
**2/2/17** 193:19
**2005** 10:5
**2007** 9:12,18

DEPOSITION OF DOCTOR ARUN ABRAHAM                                June 14, 2019

**2008** 158:19,23
159:15 160:3
167:11
**201** 59:8
**2011** 10:3,16
11:1 158:19,23
159:16 167:11
**2012** 12:15
**2013** 12:10 13:1
22:19 55:23
119:10
**2014** 19:16 21:7
22:19 23:8
24:3 42:8,10
156:19
**2015** 8:11,12
**2016** 125:14
126:4 128:10
131:6 201:12
**2017** 8:12 14:9
14:21 17:10,17
18:8 24:16,18
24:23 25:22
26:2 29:9
32:24 33:4
37:19 52:20
99:17 119:10
122:20 136:14
145:5 156:12
158:1,3 182:3
195:17,20
201:12
**2019** 1:19 2:5
3:1 225:23
227:3 228:3
229:3,7
**210** 4:4
**218** 4:4
**24** 70:10
**241** 203:18,20
**24th** 186:7
201:1
**27** 175:6
**27th** 200:22
225:23 229:3
**291** 203:20

**3**

**3** 4:8 8:18 11:9
14:17 103:22
125:9,12
153:14 176:13
**333** 3:4
**36** 202:10
**3731** 3:8

**4**

**4** 14:17 145:5
156:11 175:5
**40** 20:8
**400** 1:21 2:7
3:13 136:24
227:3
**4th** 122:20
152:10 187:19

**5**

**5** 4:4 5:19 7:17
61:5 131:20
**5:50** 200:10
**50** 154:11

**6**

**6** 5:19 7:17
131:20
**605** 11:21
**60604** 3:5
**609** 12:13 45:6
**610** 12:13 80:18
**62568** 1:24
229:2
**62701** 3:14
**62791-9678** 3:8
**631** 27:19 30:10
40:3
**632** 27:24
**633** 19:11
**639** 11:21
**684** 1:24 225:7
229:2

**7**

**7** 15:19,19 68:1

69:23 70:4
188:11
**75** 117:3
**7th** 21:5

**8**

**8:30** 1:19 2:5
**855** 175:5
**885** 176:6
**889** 175:5 179:8

**9**

**90** 150:14
**9th** 1:21 2:7