**DEPOSITION OF BILLY ERNEST**

Page 1

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

KELLI ANDREWS, AS                )
ADMINISTRATOR OF THE             )
ESTATE OF TIFFANY ANN            )
RUSHER, DECEASED,                )
                                 )  No.
            Plaintiff,           )  1:18-cv-1100-SEM-TSH
                                 )
    vs.                          )
                                 )
SANGAMON COUNTY ILLINOIS,
WES BARR, LARRY BECK,
JR., ADVANCED
CORRECTIONAL HEALTHCARE,
INC., ARUN ABRAHAM,
MICHAEL SHMIKLER, KYLE
MEYER, Z. WHITLEY,
JENNIFER EALEY, GUY
BOUVET III, and DOES 1-5,

            Defendants.

            Deposition of BILLY ERNEST, taken before

Cathy J. Craggs, CSR, RPR, at the instance of the

Plaintiff, on June 13, 2019, at the hour of 10:30

a.m., at QUINN, JOHNSTON, HENDERSON, PRETORIOUS &

CERULO, 400 South 9th Street, Springfield, Illinois,

Illinois, pursuant to attached stipulation.

ASSOCIATED COURT REPORTERS
1-800-252-9915
P.O. Box 684
Taylorville, Illinois 62568

EXHIBIT
6

DEPOSITION OF BILLY ERNEST                          June 13, 2019

Page 2

1                        S T I P U L A T I O N

2                 It is stipulated between the parties

3        herein, through their attorneys, that the deposition

4        of BILLY ERNEST may hereby be taken upon oral

5        interrogatories, on June 13, 2019, at the hour of

6        10:30 a.m., at QUINN, JOHNSTON, HENDERSON, PRETORIOUS

7        & CERULO, 400 South 9th Street, Springfield, Illinois,

8        Illinois, before the instance of the Plaintiff, and

9        before Cathy J. Craggs, CSR and RPR.

10                      That the oral interrogatories and the

11       answers of the witness may be taken down in shorthand

12       by the Reporter and afterwards transcribed.

13                      That the reading and signing of said

14       deposition is WAIVED.

15                      That the deposition or any portions

16       thereof may be used by any of the parties hereto,

17       without foundation proof, for any purpose for which

18       depositions are competent.

19                      That copies of the deposition may be

20       furnished to any of the parties at his or her own

21       expense.

22

23

24

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 3

1    APPEARANCES:   (June 13, 2019)

2

3        WEIL & CHARDON LLC
         By Ms. Alexis G. Chardon, Esq.
4        Attorney at Law
         333 South Wabash Avenue
5        Chicago, Illinois  60604

6            Appeared on behalf of the Plaintiff;

7        HEYL, ROYSTER, VOELKER & ALLEN
         By Ms. Theresa M. Powell, Esq.
8        Attorney at Law
         3731 Wabash Avenue
9        Springfield,Illinois  62791-9678

10           Appeared on behalf of the Defendants, Wes
    Barr, Larry Beck, Guy E. Bouvet, III, Jennifer Ealey,
11   Kyle Meyer. Sangamon County, Illinois and Zach Whitley

12

         QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
13       By Ms. Betsy A. Wirth, Esq.
         400 South Ninth Street
14       Suite 102
         Springfield, Illinois  62701

15

             Appeared on behalf of Arun Abraham, M.D.,
16   Advanced Correctional Healthcare, Inc., and Michael
     Shmikler

17

     ALSO PRESENT:

18

     Musa Sabr Hex Bouderdaben

19

20                    ***      ***

21

22

23

24

ASSSOCIATED COURT REPORTERS
1-800-252-9915

**DEPOSITION OF BILLY ERNEST**                     June 13, 2019

```
                                                    Page 4

 1
                          I N D E X
 2
       WITNESS           DIRECT     CROSS     REDIRECT   RECROSS
 3     BILLY ERNEST
                            5         94        119
 4

 5                       E X H I B I T S

 6     EXHIBIT                                    PAGE
       Ernest Exhibit 1                            27
 7     Ernest Exhibit 2                            41
       Ernest Exhibit 3                            63
 8     Ernest Exhibit 4                            65
       Ernest Exhibit 5                            80
 9

10

11

12

13

14

            ***EXHIBITS RETAINED BY MS. CHARDON***
15

16

17

18

19

20

21

22

23

24
```

**DEPOSITION OF BILLY ERNEST**                    **June 13, 2019**

Page 5

1                    BILLY ERNEST,

2    called as a witness herein, at the instance of

3    the Plaintiff, having been duly sworn on his oath,

4    testified as follows:

5                    DIRECT EXAMINATION

6                    CONDUCTED BY MS. CHARDON:

7        Q.  Good morning.

8        A.  Hello.

9        Q.  My name is Alexis Chardon, I'm an attorney

10   for the Plaintiff's estate in this lawsuit.  Thank you

11   for being here today.

12                   Can you say your full name for the

13   record, please?

14       A.  Billy G. Ernest Jr.

15       Q.  Okay.  So it is Ernest?

16       A.  Ernest.

17       Q.  Okay.  So --

18       A.  There is an E in there.

19       Q.  It turns out the police report was correct,

20   I thought it was a typo, I apologize.

21                   Mr. Ernest, have you been, have you

22   been deposed before?

23       A.  No.

24       Q.  So this is your first time today?

DEPOSITION OF BILLY ERNEST                    June 13, 2019

1        A.   Yes.

2        Q.   Well, I bet that your attorney Miss Wirth

3    has explained it to you, but I will just briefly

4    explain that the stenographer, Cathy, is taking down

5    what we say, so we should try not to talk over each

6    other and that's certainly a two way street meaning

7    that if I talk over you, please let me know.  If I

8    don't let you finish your sentence, please let me

9    know, and in addition I will do the same for you.

10   I'll ask that if you let me finish a question before

11   you begin to answer, does that sound fair?

12       A.   Okay.

13       Q.   And the second thing is to remember to try

14   to use yes, no, or another clear verbal answer as

15   opposed to head nodding because Cathy can't take that

16   down as good as she is, does that sound fair?

17       A.   Yes.

18       Q.   If you need a break, feel free to take one,

19   just please answer any question that I have pending

20   before you do that?

21       A.   Sure.

22       Q.   And you may hear your lawyer object unless

23   she instructs you not to answer, you can go ahead and

24   answer my question that's pending.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 7

1          I think that's all that I have for the
2     background.  And like I said I appreciate you being
3     here and I apologize we're starting a little late.
4          I don't think that we will need all of
5     the time so hopefully we won't keep you off schedule
6     on the other end.
7          Where are you currently employed?
8     A.   Well, at Sangamon County Jail.
9     Q.   And are you employed by ACH?
10    A.   Correct.
11    Q.   How long have you been employed by ACH?
12    A.   Almost 8 years, 8 years in August.
13    Q.   And what is your professional title?
14    A.   Licensed Practical Nurse.
15    Q.   How long have you been a Licensed Practical
16    Nurse?
17    A.   Eight years.
18    Q.   And can you tell me what is, what the
19    practical means in that word, in that term?  What is,
20    what, how does your license distinguish from other
21    nursing licenses?
22    A.   You're either a Registered Nurse or Licensed
23    Practical, you know, there is sometimes there are
24    called professional but I don't know, yeah.

DEPOSITION OF BILLY ERNEST                         June 13, 2019

Page 8

1        Q.  Okay.

2        A.  The license I think is the important part.

3        Q.  Okay.

4        A.  Yeah.

5        Q.  And I think you said that you've been an LPN

6    for eight years?

7        A.  Correct.

8        Q.  So --

9        A.  Yes.

10       Q.  -- for the entire time that you've been the

11   LPN you worked at ACH?

12       A.  Correct.

13       Q.  Have you ever worked as a healthcare

14   professional prior to that time?

15       A.  No.

16       Q.  Did you have another career prior to that

17   time?

18       A.  Yes.

19       Q.  What did you do?

20       A.  I was a book binder, worked in a print shop.

21       Q.  And did you go back and retrain to become a

22   Nurse?

23       A.  Yes.

24       Q.  And how long ago was that that you went back

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 9

1    to school, nursing school?

2         A.   2009.

3         Q.   And did you receive your position at ACH

4    shortly after graduating from getting your licensure?

5         A.   Yes.

6         Q.   And have you worked in any other facilities

7    besides Sangamon County Jail?

8         A.   No.   Oh, other Jails?

9         Q.   Other Jails.

10        A.   Yes, I have, yeah.

11        Q.   Okay.   What other Jails have you worked at?

12        A.   The Fulton County Jail and Christian County.

13        Q.   And were you working for ACH at those Jails,

14   too?

15        A.   Correct.

16        Q.   Where are you currently working?

17        A.   At Sangamon County.

18        Q.   Did you work at Fulton County, Christian

19   County before you worked at Sangamon County?

20        A.   No.

21        Q.   Tell me the timeline of those or whether,

22   have you been working concurrently at the different --

23        A.   Yes.

24        Q.   Okay.

DEPOSITION OF BILLY ERNEST                          June 13, 2019

Page 10

```
1          A.  I was full time employed at Sangamon and

2     they needed help at Fulton.  I think I did Fulton

3     County 2015 to 16, can't remember for exactly how long

4     I was there.  That drive just got to be horrendous it

5     was...

6                    And then Christian County I have worked

7     I stopped, let's see, it's been, this is 18, one year,

8     I started in 2016, 15 and did it until 2017.

9          Q.  So when you were at Christian County in

10    Fulton County you were also working at Sangamon County

11    Jail?

12         A.  Correct.

13         Q.  Okay.  Were you working, have you, do you

14    consider yourself a full time employee of ACH?

15         A.  Yes.

16         Q.  And when you were working at both Fulton, in

17    either Fulton County or Christian County were you

18    working more than a full time schedule?

19         A.  Yes.

20         Q.  Okay.  How many hours a week were you

21    working?

22         A.  Like 48, I think.

23         Q.  And now are you down to 40 hours?

24         A.  I am down to 36.
```

**DEPOSITION OF BILLY ERNEST**                    **June 13, 2019**

Page 11

1      Q.   Okay.  And that's considered full time?

2      A.   Yes.

3      Q.   Have you received training in Mental Health

4  issues from ACH?

5      A.   No.

6      Q.   Since coming to work there?

7      A.   Well, just a test that they provide you.

8      Q.   Okay.  And did the test follow a PowerPoint

9  or --

10     A.   Yes, they are PowerPoint.

11     Q.   Okay.  Who gave the PowerPoint, was it on --

12 who presented the PowerPoint?

13     A.   Most recent one is Ember, I don't know her

14 last name it's either Bettington or Bettingfield, I

15 don't know it.

16     Q.   And was it in person that she gave that

17 presentation?

18     A.   Yes.

19     Q.   Does she work at Sangamon County Jail?

20     A.   Yes.

21     Q.   Does she work at other Jails as well?

22     A.   I don't believe so.

23     Q.   What is her job title?

24     A.   Licensed clinical, I'm not, Social Worker,

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 12

1  I'm not sure exactly.

2       Q.  Oh, okay.  Is she a Mental Health

3  Professional?

4       A.  Yeah, something.

5       Q.  Is she a Mental Health Professional --

6       A.  Yes.

7       Q.  -- at the Jail.

8            And do you remember what the title of

9  the presentation was?

10      A.  No.

11      Q.  Okay.  What issues did it cover?

12      A.  How to deal with suicides.

13      Q.  Did it --

14      A.  Who was at risk and, you know, for suicide.

15      Q.  Have you ever had the name Melissa Caldwell,

16  Doctor Melissa Caldwell?

17      A.  I just know she works for ACH.

18      Q.  Okay.  Have you ever been to a presentation

19  or watched a presentation by Doctor Caldwell?

20      A.  No.

21      Q.  Okay.  And did the presentation by Amber

22  (sic) Bettingfield pertain to I think you said

23  recognizing did it pertain to recognizing risk factors

24  for suicide?

DEPOSITION OF BILLY ERNEST                              June 13, 2019

Page 13

1        A.  Yes.

2        Q.  Did it pertain to the proper ways to address

3   risk factors for suicide?

4        A.  Yes, what to, warning signs to look for.

5        Q.  Okay.

6        A.  Yeah.

7        Q.  And, and in your training if you, what are

8   warning signs for suicide?

9        A.  The, receiving bad news from family or

10  Courts, feeling of being alone, there is no, no hope.

11       Q.  Does prior attempts at self harm or suicide

12  create a risk factor for future suicide?

13       A.  Yes.

14       Q.  Yes?

15       A.  Yes.

16       Q.  And is that something you learned at your

17  training from ACH?

18       A.  Yes.

19       Q.  Does manipulative self harm gestures are

20  those a signal that there may be a real risk for

21  suicide?

22       A.  Such as self harm.

23       Q.  Self manipulative, what someone might call

24  self harm could that be a risk for suicide?

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 14

1       A.  They're damaging themselves first or?

2       Q.  Yes.

3       A.  I think it could be, yeah.

4       Q.  Is that something you learned in your

5  training with ACH?

6       A.  I don't think so.

7       Q.  Okay.  Should --

8       A.  Yeah, I am not sure, yeah.

9       Q.  In your training with ACH were you taught to

10  treat all suicide attempts seriously or take them all

11  seriously?

12      A.  Yes.

13      Q.  Did you interact with Tiffany Rusher when

14  she was at Sangamon County Jail?

15      A.  Yes.

16      Q.  Okay.  Did you treat her?

17      A.  Yes.

18      Q.  Okay.  Tell me what you, I'll ask you a

19  question and if it's too raw, you let me know.

20      A.  Okay.

21      Q.  What do you remember about the treatment

22  that you provided to Tiffany?

23      A.  That, you mean specifically or just?

24      Q.  Yeah.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 15

1      A.  I give, I gave everybody the same care, but

2  I tend to the people that are more at risk you have to

3  spend a little extra time with them, just sometimes

4  just to coax them if they want their meds or not, you

5  are trying to get a distinguished feeling if they are

6  truly don't want them or are they just upset.  Trying

7  to assess why somebody wouldn't want their meds that

8  day or...

9      Q.  You know let's back up a little bit.

10              What are  your duties at Sangamon

11  County Jail and specifically what were they in the

12  time period that Tiffany was there which was

13  December 2015, excuse me, December 2016 through

14  March 2017?

15     A.  I don't think they really changed, so

16  it's --

17     Q.  Okay.

18     A.  -- you have a daily med pass.  We have, then

19  we do a sick call.

20     Q.  And --

21     A.  And then any other emergencies that happened

22  throughout the day, and also assess people on Intake

23  if they're capable of being, you know, incarcerated

24  with us or not.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 16

1        Q.   And do you do that assessment?

2        A.   Yes.

3        Q.   And what do you mean by capable of being

4   incarcerated?

5        A.   If they come in too intoxicated, can't blow

6   a breathalyzer, if they are bleeding out, we had

7   somebody with a stab wound recently that was bleeding

8   out and, you know, obviously he needs professional

9   help, you know, that we're not going to be able to,

10  you know...

11       Q.   Have you ever, do you conduct Mental Health

12  assessments at Intake?

13       A.   At Intake, no.

14       Q.   Do you know if anybody else does at the

15  Jail?

16       A.   I think the Jail Staff does, a clerk or

17  whatever does the Intake.

18       Q.   Are you ever aware of a person being

19  referred out at Intake for any reason relating to

20  mental health?

21       A.   What was that again?

22       Q.   Are you ever aware of instances where a

23  person was referred out at Intake for a reason

24  relating to Mental Health?

**DEPOSITION OF BILLY ERNEST**                          **June 13, 2019**

Page 17

1          A.  Oh, I don't think so.

2                 Yeah, no.

3          Q.  So you do med pass and sick call and handle

4     emergencies or respond to emergencies at the Sangamon

5     County Jail, correct?

6          A.  Yes.

7          Q.  And do you do that med pass, do you do that

8     by yourself or do you do that --

9          A.  With an Officer.

10         Q.  Oh, with an Officer?

11         A.  Yeah.

12         Q.  And is there another healthcare person on,

13    at, on staff at, why don't I put it this way.

14                Is there another ACH employee at, on

15    staff at the Sangamon County Jail when you are there

16    at all times?

17         A.  During day hours or, you know, dayshift

18    hours.

19         Q.  What shift do you work?

20         A.  Right presently I work 6 to 6 a.m. to p.m.

21         Q.  And is there somebody else on staff when you

22    are there?

23         A.  Yes.

24         Q.  Who else, what, who else is on staff?

Page 18

1        A.   Kate Daniels.

2        Q.   And what's Kate Daniels' title?

3        A.   She's the RN, she's also the Healthcare

4   Supervisor.

5        Q.   Okay.  And do you work, how many days, you

6   work five days a week?

7        A.   I work three days a week.

8        Q.   Three days, oh, right, excuse me, 6 to 6

9   shift, 36 okay.

10            Yes, okay.  And is Kate Daniels always

11  there or is there somebody else that's there on

12  instead of her on some days?

13       A.   It's her or no one.

14       Q.   How many days a week does she work?

15       A.   Five.

16       Q.   Okay.  Does she work 12 hour shifts?

17       A.   No.

18       Q.   Okay.  So part of that time when you're on

19  shift you're the only healthcare professional on

20  staff?

21       A.   Right.

22       Q.   Okay.  So you did med pass for Tiffany when

23  she was at the Jail?

24       A.   Yes.

**DEPOSITION OF BILLY ERNEST**                    **June 13, 2019**

Page 19

1      Q.   Did you treat her on sick call ever that you

2   recall?

3      A.   I just remember one emergent one that...

4      Q.   What do you remember?

5      A.   She had jammed toilet tissue up her nasal

6   passage was having a hard time breathing.

7      Q.   And were you the first person to respond to

8   that?

9      A.   Yes.

10     Q.   And what did you do?

11     A.   I took her vitals and pulse ox and had her

12  blow and was able to retrieve the tissue out of both

13  nares.

14     Q.   Did you consider that event to be a suicide

15  attempt?

16     A.   No.

17     Q.   Did you consider it to be a self harm

18  attempt?

19     A.   Yes or attention seeking yeah, kind of.

20     Q.   And did you consider that, you, attention

21  seeking gesture in your words to present a warning

22  sign for suicide risk?

23     A.   That particular incident?

24     Q.   Yes.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 20

1          A.  I didn't.

2          Q.  You didn't, why not?

3          A.  Just she was having nasal drainage she, you

4     know, claimed that it was just, she just did it to

5     stop the draining for awhile.

6          Q.  Okay.

7          A.  I didn't consider it to be a suicide

8     attempt.

9          Q.  She told you it was an accident?

10         A.  It was more that she was having nasal

11    problems and she stuffed excessive amounts but

12    nonetheless that's what she had claimed.

13         Q.  Did, and did you, did you perceive her

14    having put the toilet paper in her nose to have been

15    for the purpose of taking care of herself?

16         A.  Yes.

17         Q.  Okay.  And you mentioned earlier that it was

18    attention seeking, how could it have been attention

19    seeking if she was trying to take care of herself?

20         A.  She, because it was an excessive amount.

21         Q.  Okay.

22         A.  And...

23         Q.  An amount that was enough to make it

24    difficult for her to breathe?

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 21

1          A.  Yes, I don't believe her vitals portrayed

2     that but...

3          Q.  So if, if she put an excessive amount enough

4     to make, to block her, her nasal passages it wasn't a

5     self harm event, correct?

6          A.  Correct.

7          Q.  Did you report that self harm event to any

8     Mental Healthcare Professional?

9                          MS. POWELL:  I object to the

10    form of the question he said it wasn't a self harm

11    event.

12         Q.  I thought you just said correct it was a

13    self harm event?

14         A.  Not.

15         Q.  Okay.  You determined it was not an event of

16    self harm?

17         A.  Right.

18         Q.  You decided that it, but it was an attention

19    seeking gesture --

20         A.  (Nod Affirmatively).

21         Q.  -- correct?

22         A.  Yes.

23         Q.  In which she put enough toilet paper in her

24    nose to block her breathing, correct?

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 22

1        A.   Yes.

2        Q.   What is the difference between that and

3    attempt at self harm?

4        A.   I didn't perceive that as being dangerous.

5    I mean she still was able to breath through her mouth

6    and had a pulse ox, an okay pulse ox so.

7        Q.   Oh, right.

8             In your training at ACH well, let me

9    back up because I asked the question wrong, so thank

10   you for, Theresa, for clarifying it.  I had

11   misunderstood your answer.

12             Did you report this incident of

13   attention seeking behavior to any Mental Healthcare

14   Professional?

15       A.   I'm not sure we had one then.  I'm not

16   positive if we had, we went through a period there

17   where we had part-timers or something but...

18       Q.   Okay.

19       A.   But no, I didn't report it, yeah.

20       Q.   Have you ever been trained by ACH that you

21   should report that attention seeking behaviors which

22   cause harm could be signs of a Mental Health problem?

23       A.   I know that now.

24       Q.   You know that now?

1      A.   Yeah.

2      Q.   Did you know that then?

3      A.   I don't think so, I'm not sure of that.

4      Q.   Was there any, does the name Mickey Shmikler

5   ring a well?

6      A.   Yeah, I know who Mickey is, yeah.

7      Q.   Okay.  Do you recall that he treated, he was

8   at the facility --

9      A.   Correct.

10      Q.   -- when Tiffany was there?

11      A.   Yeah, okay, yeah.

12      Q.   When he was there would you consider him

13   part-time or a full time Mental Health Professional?

14      A.   I believe he was part-time.

15      Q.   Does he, did he occupy the same position

16   that, that Amber (sic) occupies today?

17      A.   I believe so.

18      Q.   And did you understand him to be the Mental

19   Healthcare Professional that was responsible for

20   treating, taking care of Mental Healthcare issues at

21   the --

22      A.   Yes.

23      Q.   -- at Sangamon County Jail?  Yes?

24      A.   (Nod Affirmatively).

**DEPOSITION OF BILLY ERNEST**                    **June 13, 2019**

```
 1        Q.  Did you understand that if, did you ever,
 2   were you required to report or refer to Mr. Shmikler
 3   if you recognized a symptom of mental illness or a
 4   Mental Healthcare risk in a prisoner?
 5        A.  Yes.
 6        Q.  And was that, what was the process by which
 7   you would do that?
 8        A.  Normally I would give them a copy of my
 9   assessment note and say hey, this is my interaction
10   with her.
11        Q.  Okay.
12        A.  Or whoever and...
13        Q.  And did you do an assessment note after this
14   toilet paper incident?
15        A.  I believe so.
16        Q.  Okay.  Actually, we and, but you did not
17   hand that, you don't think you handed that assessment
18   note to Mr. Shmikler?
19        A.  I don't recall.
20        Q.  Okay.  Was there a, what was your practice
21   in terms of determining when to refer or report an
22   issue to Mr. Shmikler?
23        A.  Usually in my case any time I had a verbal,
24   if somebody determined, you know, when they verbally
```

**DEPOSITION OF BILLY ERNEST**                     June 13, 2019

Page 25

1    said that they wanted to harm themselves that was, at

2    that time that was the way I took reasonable threats.

3             Q.   So you would, a reasonable threat of harm

4    you would report?

5             A.   Yeah.

6             Q.   What about a threat which you determined not

7    to be reasonable?

8             A.   Such as this one --

9             Q.   Such as this one.

10            A.   -- the nares.  Yeah, I want to say that I

11   probably mentioned it to him, you know, but I can't, I

12   don't recall.

13            Q.   But you don't recall?

14            A.   Yeah, I don't.

15            Q.   If you mentioned it to him, would there be

16   any written documentation?

17            A.   No, no.  A lot of time we share information

18   just hey, how's things going, you know, is there

19   anything that I need to be aware of downstairs in

20   Booking, hey, I had something interesting last might

21   with Tiffany and then --

22            Q.   Was --

23            A.   -- and if he thought it was something to

24   look into, then I would get him a copy of the note

**DEPOSITION OF BILLY ERNEST**                    June 13, 2019

Page 26

1   that I made.

2       Q.   Okay.  Was there any formal practice or

3   procedure that you understood should be followed at

4   that time with respect to knowing when to report

5   Mental Health issues or the process of reporting them?

6       A.   I don't remember if we had one.

7       Q.   Do you remember getting any training about

8   that, that, let me ask this in two questions.

9            Do you remember getting any training

10  about how to decide what issues should be reported to

11  a Mental Healthcare Practitioner?

12      A.   No.

13      Q.   Do you remember getting any training about

14  how to report issues to a Mental Healthcare

15  Practitioner?

16      A.   At this time or?

17      Q.   Yeah, at that time.

18      A.   No.

19      Q.   Do you remember getting any training about

20  documentation of reporting Mental Healthcare issues to

21  Practitioners?

22      A.   Oh, it's one of the, number one things we do

23  is document, so, yeah.

24      Q.   Have you ever been taught in your training

**DEPOSITION OF BILLY ERNEST**                    June 13, 2019

Page 27

1   at ACH that regardless of whether an action appears to

2   be manipulative any indication of suicidal thinking or

3   self injury must be taken seriously?

4        A.  Yes.

5        Q.  Were you thought that before Tiffany's

6   death?

7        A.  I think it was after, I'm not sure, but I

8   think so.

9        Q.  So I looked through Tiffany's medical

10  records and I think I can recognize your signature so

11  let's see if I did it right.

12            We'll mark an exhibit, I'm going to

13  redo these because I told you the wrong name, I'm

14  going to make it, his name correct.

15                    (Ernest Exhibit 1 marked for

16                     identification by the Court

17                     Reporter.)

18       Q.  I'm going to showing you what's been marked

19  Ernest 1, it's Sangamon County produced 201.

20                    MS. POWELL:  Thank you.

21                    MS. CHARDON:  It's a refusal,

22  Refusal of Treatment Medical Release Form.  I would

23  like to keep one copy but if you want to look at one

24  let me know.

Page 28

1              MS. POWELL:  That's fine, I can

2    find it.

3         Q.  Okay.  Is that your signature at the bottom?

4         A.  Yes.

5         Q.  And it's dated February 2nd, 2017, right?

6         A.  Correct, yeah.

7         Q.  And do you know who KF 4090 is?

8         A.  Kevin Furlong.

9         Q.  So what is this form?

10        A.  It's a refusal form for her medications that

11   day.

12        Q.  And did you fill this out?

13        A.  Yes.

14        Q.  What does it, sometimes lawyers ask really

15   basic questions, what does this form mean?  What is

16   this form saying?

17        A.  That that person had refused her medications

18   that day.

19        Q.  Okay.

20        A.  And Kevin Furlong was a witness.

21        Q.  Okay.  Where you have checked medication, it

22   says medication name and dose, do you see that?

23        A.  Yes.

24        Q.  And you wrote all meds?

DEPOSITION OF BILLY ERNEST                          June 13, 2019

Page 29

1      A.  Yes.

2      Q.  Is that, were you taught that if a patient

3  refused all meds it was okay to write all meds?

4      A.  That's, at the time, yes.

5      Q.  So --

6      A.  It's since changed.

7      Q.  Since changed?

8      A.  Yeah.

9      Q.  Okay.  Since Tiffany's death?

10     A.  Unless it's too numerous to list then I

11  can't remember how many she was receiving, so.

12     Q.  Was she taking a lot of medications?

13     A.  I don't remember.

14     Q.  Okay.

15     A.  Yeah.

16     Q.  When did it change?

17     A.  I just started, I just I wasn't told to

18  change it, I just thought it was a better practice --

19     Q.  Okay.

20     A.  -- to let the Doctor know specifically what

21  meds they weren't taking that it's because, I thought

22  it was kind of vague after I started doing it for

23  awhile it was like maybe more beneficial for the

24  Doctor to see that.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 30

1        Q.   Yeah.

2        A.   That they weren't taking their psych meds

3   instead of just all meds, or their blood pressure meds

4   or, you know.

5        Q.   Right, because not taking medication can

6   create a risk for a prisoner, correct?

7        A.   Yes.

8        Q.   Is skipping medication an indication of a

9   Mental Health risk factor?

10       A.   It can be on an extended, I think so.

11       Q.   How many times did Tiffany skip her

12  medications?

13       A.   I don't think it was regularly.  I think

14  just days she didn't want to get up, I don't remember

15  a number.

16       Q.   Did she ever tell you why she didn't want,

17  why she skipped her medication?

18       A.   Most of the time she didn't, just didn't

19  want to get up.

20       Q.   Okay.  And she would tell you that?

21       A.   Yep.

22       Q.   Were you, did you perceive that to be a

23  warning or a red flag of a Mental Health problem?

24       A.   No, no.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

1       Q.  Have you ever received training indicating

2   that that could indicate a Mental Health problem?

3       A.  I have since if it's an extended period.

4       Q.  Okay.

5       A.  Everybody can have one day, you know, and I

6   not think much of it.

7       Q.  Okay.  So what does, what's an extended

8   period?

9       A.  If they, I would put a person at risk if

10  they missed four days in a row because you are

11  starting to lose that basic level of...

12      Q.  Okay.  And what if they only missed, you

13  know, if they skipped three days in a week but took

14  them the other days would that be something that you

15  would need to report onto a Doctor?

16      A.  If, everyone of them is reported to the

17  Doctor.

18      Q.  Every Medical refusal is reported to the

19  Doctor?

20      A.  Yes.

21      Q.  Okay.  So who was this Medical?  Do you know

22  which Doctor this Medical --

23      A.  Yeah, they've since changed the form, too,

24  but I think Abraham was there then, I'm not sure.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 32

1      Q.   Yeah.   I will represent that I do think that

2    Doctor Abraham was there at the time.

3      A.   Okay.

4      Q.   So he would have been the one who, did he

5    receive a copy of the Refusal of Treatment Form?

6      A.   Yes.

7      Q.   Was anybody, did anybody else receive it

8    besides Doctor Abraham?

9      A.   No.

10     Q.   Was anybody in charge of tracking how often

11   medication was missed?

12     A.   No.

13     Q.   Was Doctor Abraham in charge of that, if you

14   know?

15     A.   Yeah, I don't know.

16     Q.   Okay.

17     A.   Yeah, I don't.

18     Q.   Were you, did you know what, when you are

19   passing out medications I, do you know what

20   medications you're handing out?

21     A.   Normally.

22     Q.   Normally?

23     A.   Yeah.

24     Q.   And as a Licensed Practical Nurse, you're

DEPOSITION OF BILLY ERNEST                    June 13, 2019

                                                    Page 33

1    familiar with what each of the medications is used to

2    treat more or less?

3         A.  I try to familiarize myself not all of them

4    I can remember, you know.

5         Q.  Were you aware that Tiffany was prescribed

6    antipsychotic medications?

7         A.  I don't recall.

8         Q.  Is that something that you normally would be

9    aware of when you're treating a High Risk patient?

10        A.  If, yeah, I, yeah, I would have to, normally

11   I know what they're taking because I, you know, but I

12   can't, just can't remember then, you know, if she was

13   on anything or not, really.

14        Q.  But --

15        A.  But I don't remember what they were or...

16        Q.  Okay.  So if I understand correctly, your

17   role in the med pass process, excuse me, the Medical,

18   is med pass a fair word?

19        A.  Yes.

20        Q.  In the med pass process, if somebody refuses

21   medicine is to record what was missed and the date and

22   pass that information onto the Doctor --

23        A.  Yes.

24        Q.  -- who's in charge of the Medical facility?

DEPOSITION OF BILLY ERNEST                          June 13, 2019

Page 34

1      A.  Yes.

2      Q.  And you did that here?

3      A.  Yes.

4      Q.  And I see that there is a line for

5  Detainee's signature, correct?

6      A.  Yes.

7      Q.  And this is supposed to, you know, purports

8  to be a document that, that is authored by the

9  Detainee or signed I refuse to authorize the

10  performance or to take medication, correct?

11      A.  Yes.

12      Q.  Why is the Detainee's signature line blank

13  here?

14      A.  Because she wouldn't get up to, to take her

15  meds, wouldn't get up to sign the meds, that's why I

16  have a second signature there was an Officer there

17  that verifies that she did refuse.

18      Q.  Okay.  And did you ask her to get up?

19      A.  I, yes.

20      Q.  Was she, if she wanted to sign, would she be

21  allowed to have a pen for the purpose of signing?

22      A.  Yes.

23      Q.  Okay.  And she, I'm guessing she routinely

24  didn't want to sign because I don't see her signature

**DEPOSITION OF BILLY ERNEST**                        **June 13, 2019**

Page 35

1    on these records?

2          A.   Yes.

3          Q.   Is that common, let me ask it a different

4    way.

5                    How often do you have patients who

6    refuse to sign?

7          A.   Daily or?

8          Q.   You can answer daily or you can answer on

9    average a percentage of the patients you have?

10          A.   I was going to say about, probably about ten

11    percent.

12          Q.   Ten percent, okay.

13                    And what percent of patients would you

14    say refuse to take their drugs on a given day?

15          A.   That's what I'm talking about ten percent,

16    yeah.

17                    We got 10, about, you know, about 130

18    and between 10 and 12 refuse everyday.

19          Q.   Okay.  And of those who refuse what percent

20    refuse to sign?

21          A.   All of them.

22          Q.   Okay.  All of them.

23          A.   It's just hardly ever, the only time ever if

24    I make them come to the Med Unit, you know.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 36

1        Q.  What does that mean make them come to the

2    Med Unit?

3        A.  Well, I don't make them but it's, if I know

4    they are coming down for a blood pressure check --

5        Q.  Yeah.

6        A.  -- or, you know, or have sick call that same

7    day hey, you mind signing this?  It's very rare a lot

8    of times they will say no then even though they are

9    standing right there.

10       Q.  Because otherwise if the med pass that you

11   do it's at the cell front door, correct, or do you

12   come into the cell and give --

13       A.  We go into the cells, yeah.

14       Q.  You go in the cell front door?

15       A.  That's why I have an Officer present at all

16   times, yeah.

17       Q.  Okay.  And you can't make somebody sign

18   something that they don't want to sign?

19       A.  Yeah.

20       Q.  So the idea is that if I wanted to challenge

21   that she, whether or not she refused her medication I

22   would call you, put you under oath like I have today

23   and you would say I saw her and she didn't take her

24   medicine, right?

DEPOSITION OF BILLY ERNEST                              June 13, 2019

Page 37

1        A.   Uh-huh.

2        Q.   Is that correct?

3        A.   Yes.

4        Q.   Then the same I could also call this Officer

5    KF with this badge number and he would testify,

6    correct?

7        A.   Yes.

8        Q.   Okay.  Is, today is there any, you mentioned

9    that you now record specifically which medications and

10   which doses are being missed even if it's all correct?

11       A.   Uh-huh.

12       Q.   Is that a yes?

13       A.   Yes.

14       Q.   Is there any, I think we talked about how it

15   was handled then in 2017 but just talking about today

16   is the reporting process of handing that, this

17   document or that information over to the Medical

18   Director any different --

19       A.   No.

20       Q.   -- than it was?

21       A.   No.

22       Q.   Okay.  And Doctor Abraham is no longer --

23       A.   Correct.

24       Q.   -- at the facility.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 38

1              Could skipping psychotropic or other

2     psychiatric medications have a significant affect on

3     Mental Health?

4          A.  Yes.

5          Q.  Did you have any responsibility to report

6     skipped medication to Michael, Mickey, Mr. Shmikler?

7          A.  No.

8          Q.  No, it was more to Doctor Abraham?

9          A.  Yeah.

10         Q.  Okay.

11         A.  I may have in our conversations, you know,

12    reports, I may have said hey, she missed last,

13    yesterday or today that's maybe why she's indifferent

14    today or something.  And then he can look at the MAR

15    oh, yeah, she's missed a couple days this week, you

16    know.

17         Q.  Does, is there a suicide prevention, let me

18    back up.

19              At the time of these incidents in early

20    2017, was there a Suicide Prevention Program or policy

21    in place at Sangamon County Jail?

22         A.  I don't remember.

23         Q.  Is there one today?

24         A.  I believe so.

Page 39

1      Q.  What does it look like today?

2      A.  It's a form called ASQ, I think ASQ.

3      Q.  Okay.  What does ASQ stand for?

4      A.  I don't know.

5      Q.  When did you first, that's, it is not a

6  memory test, it is not a memory test.

7      A.  Yeah.

8      Q.  When did you first become familiar with ASQ?

9      A.  A year, two years ago, I can't remember, a

10  year and a half ago, I don't remember.

11      Q.  But I think it's a program that came into

12  existence after the time of --

13      A.  I believe so.

14      Q.  -- the incident?

15      A.  Yeah.

16      Q.  It's okay that you don't remember the

17  acronym.  I'm guessing it's an acronym?

18      A.  Yeah, I think so.

19      Q.  Do you remember what it, the elements or

20  what do you know about the ASQ Program?

21      A.  It's basically questions to look at when

22  you're talking, you know, when you're doing the

23  interview or assessing on a person.  Does he have

24  signs of, has he received bad news, has he have, you

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 40

1   know, is he very fidgety?  Does he, you know, does he

2   have obvious cuts, you know, wounds on him, you know

3   those...

4        Q.   Is it a, is ASQ a questionnaire on a piece

5   of paper?

6        A.   Yes.

7        Q.   And do you, when do you fill it out?

8        A.   At, whenever we see someone that's at risk,

9   I think.

10       Q.   And how do you know --

11       A.   Then I will fill one out.

12       Q.   Okay.  And how do you know if someone is at

13  risk?

14       A.   Just from the warning signs that they have

15  on, yeah.

16       Q.   Okay.  And those would be receiving bad news

17  maybe?

18       A.   Yeah.

19       Q.   What about stuffing toilet paper in an

20  attention seeking gesture, would you fill out, you

21  know, today if that happened today, would you fill out

22  an ASQ questionnaire?

23       A.   I still don't think I would fill one out

24  today.

**DEPOSITION OF BILLY ERNEST**                     June 13, 2019

Page 41

1      Q.  I think you also were a responder when

2  Tiffany took a strap from her soft cast and put it

3  around her neck?

4      A.  Yes, I believe so, yeah.

5      Q.  We will mark that, I'm not trying to hide

6  any balls here.

7                      (Ernest Exhibit 2 marked for

8                       identification by the Court

9                       Reporter.)

10     Q.  Is that something that would occasion you to

11 fill out an ASQ questionnaire?

12     A.  I don't think we had it then.

13     Q.  But today, if it happened today?

14     A.  If it happened today, yes.

15     Q.  I'm showing you Billy, is it William?

16     A.  Nope.

17     Q.  Oh, okay, it is Billy.  Billy Ernest

18 Exhibit 2 it's from the Plaintiff's production in this

19 case 11008.  It's a January 19th, 2017, medical record

20 which I will now ask the witness is that your

21 signature?

22     A.  Yes.

23     Q.  Okay.  Under signature of Nurse Staff, is

24 that your handwriting?

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 42

1        A.   Yes.

2        Q.   Okay.  So if this, I want to ask a question

3    I just asked and I think I was shuffling paper and I

4    didn't get your answer.

5                    If this incident, well, okay, back up.

6                    What happened on that date that you

7    record in this record?

8        A.   I was just called to her cell for the

9    possible strangulation.  They already had the strap

10   removed from, from around her neck, and then I took

11   vitals and this one would have been reported to

12   Mickey.  I would have given him a copy of this one.

13       Q.   Okay.  And why is that?  Why would you have

14   given a copy of that to Mickey?

15       A.   That was an obvious attempt, a suicide

16   attempt.

17       Q.   Okay.  And would it go to Doctor Abraham

18   or --

19       A.   He would also get a copy.  Well, actually

20   this one would have went to Mary Dambacher, she did

21   sign this one.

22       Q.   Okay.  And Mary Dambacher what was her

23   title?

24       A.   Nurse Practitioner.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 43

1          Q.  And does she have a like a role, sort of a
2    job title, Supervisor --
3          A.  She's just a Nurse Practitioner over there.
4          Q.  Okay.
5          A.  She spends more time at the Jail then the
6    actual Doctor.
7          Q.  Okay.  Why would you send to Mary Dambacher
8    first?
9          A.  At that time Abraham had hours he didn't
10   want to be called.
11         Q.  Okay.
12         A.  So that's why she was named on that, I
13   called her for that.
14         Q.  Was she in, was she in the facility at the
15   time?
16         A.  Not likely.
17         Q.  Okay.
18         A.  Yeah, no.
19         Q.  But she later signed this --
20         A.  Yes.
21         Q.  -- to show she reviewed it, is that correct?
22         A.  Correct.
23         Q.  Okay.  You note that you did pass a copy of
24   this onto Mr. Shmikler and/or no, actually, sorry, did

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 44

1  you change that?

2       A.  I didn't note it but this is one I would

3  have passed on though, put a copy and stuck it in his

4  mailbox.  I don't know his hours then.

5       Q.  Okay.  Would you, is that the only

6  communication that you had with Mr. Shmikler about

7  this?

8       A.  About this particular incident?

9       Q.  This particular one?

10      A.  Yeah, about making the copy.  He would have

11  been made aware of probably as soon as he entered the

12  building, yeah.

13      Q.  Okay.  By who?

14      A.  Probably the Sergeant on hand if he, yeah,

15  if Mickey came in that day I, you know, I don't know,

16  yeah.  That's why I always made a copy and stuck it in

17  his mailbox so he would at least see our note.

18      Q.  And was there a, it sounds like your

19  practice was to report an emergency like this on the

20  triage form and to make a copy, make sure that a copy

21  got in the hand of someone, a superior in the Medical

22  chain meaning in this case it was Mary Dambacher, and

23  then also to get a copy to the Mental Health

24  Professional?

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 45

1         A.  Mickey.

2         Q.  Is that correct?

3         A.  Yes.

4         Q.  And was that just your practice or was that

5    any kind of practice or protocol of --

6         A.  That should have been --

7         Q.  -- ACH?

8         A.  That should have been the practice of

9    everyone, yeah.

10        Q.  Okay.  And did you learn that in training

11   from ACH?

12        A.  Yes.

13        Q.  You didn't make it up?

14        A.  I didn't make it up, yeah, no, it was, yeah.

15        Q.  Was it written down anywhere?

16        A.  I don't believe so.

17        Q.  Was there any other way that you could have

18   reported that information that would have been

19   acceptable under?

20        A.  If Mickey was present there, we could have

21   just called him down.

22        Q.  Okay.

23        A.  Yeah.

24        Q.  Would you still have needed to record it in

DEPOSITION OF BILLY ERNEST                     June 13, 2019

Page 46

1    a record what happened?

2         A.  Yeah, yeah, I would have recorded, yeah.

3         Q.  Okay.  Did you ever get trained on three C's

4    of Medical records, does that does sound familiar?

5         A.  No.

6         Q.  Okay.  Were you trained that you need to

7    write everything down?

8         A.  Yes.

9         Q.  Have you ever heard the expression if it --

10        A.  If it's not recorded, it didn't happen.

11        Q.  I didn't have to say it, exactly.

12             Yeah, okay, so you have heard that

13   expression, okay.

14             So you made sure to record this?

15        A.  Yeah.

16        Q.  Okay.  Was Tiffany in an, oh, you know, I'm

17   sorry, we were, we were talking about the ASQ Program

18   which you described as a Suicide Prevention Program

19   that's in place at Sangamon County Jail now, today,

20   correct?

21        A.  Yes.

22        Q.  And you are asked to fill out a specific

23   form when you recognize a symptom of a mental, of a

24   serious mental health risk, correct?

DEPOSITION OF BILLY ERNEST                              June 13, 2019

                                                              Page 47

1        A.  Yes.

2        Q.  And I think that we came to talking about

3    Exhibit 2 because I was going to ask if, if this

4    incident had happened today would you fill out an ASQ

5    Form?

6        A.  For?

7        Q.  For --

8        A.  This incident?

9        Q.  Yes.

10                  MS. POWELL:  And when you say

11   this incident, are you talking about Exhibit 2?

12                  MS. CHARDON:  Exhibit 2, yeah.

13       A.  Is that, I'm trying to remember if the ASQ

14   Form is for new people or people that are already

15   there.  I think I would have to fill one out now.

16       Q.  Okay.

17       A.  Yeah.

18       Q.  That was one of my questions if the ASQ Form

19   is more of Intake screening or --

20       A.  Yeah.

21       Q.  -- or if it's something that gets filled out

22   throughout an Inmate's stay?

23       A.  Yeah, I think, it's the ASQ Form now is for

24   any time we see them.  If we see, if they are down for

DEPOSITION OF BILLY ERNEST                      June 13, 2019

Page 48

1   sick call and they --

2        Q.  Okay.

3        A.  Yeah.

4        Q.  Have you been trained with respect to what

5   you mentioned that you recently went to healthcare

6   training that was offered by Amber (sic) whose name is

7   I think escaping both of us, right?

8        A.  I don't know it, yeah.  I don't know it

9   either, yeah.

10       Q.  Bettington or Beddingfield, I don't remember

11  what it is?

12                  MS. POWELL:  Just for the

13  record I think her name is Ember with an E.

14                  MS. CHARDON:  Oh, that's

15  helpful, Ember.

16       A.  Okay.

17       Q.  Ember.

18                  So did she train you on filling out the

19  ASQ Form as part of that training?

20       A.  No.

21       Q.  How did you learn about the ASQ program?

22       A.  It's an online class that ACH provides.

23       Q.  Okay.  And is there any training, is it

24  provided, who, is it like a recorded video?

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 49

1        A.   Yeah, a PowerPoint.

2        Q.   It's a PowerPoint.  Is it Melissa Caldwell

3   that gives --

4        A.   It's likely, I don't recall who authored it,

5   yeah.

6        Q.   Okay.  It's a PowerPoint there is no live

7   presentation or videotaped presentation of a speaker?

8        A.   No, yeah, yeah.

9        Q.   Okay.  The, was there training in that

10   PowerPoint regarding what can constitute a factor that

11   or a sign that, that, that would need, mean that you

12   should fill out the ASQ Form?

13        A.   Yes.

14        Q.   And you listed receiving bad news, making

15   obvious cuts or wounds, what else would be a sign or

16   symptom that would lead you, that should lead you to

17   fill out this form?

18        A.   A previous attempt, I can't, I don't recall

19   all of them, there were several on there though I --

20        Q.   And they --

21        A.   -- we have the form available at work, I

22   just don't, yeah.

23        Q.   Okay.  Did the form list those factors on

24   it?

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 50

 1        A.   Yeah, you just check the box which ones

 2   apply.

 3        Q.   Okay.  Are you taught to treat gestures of

 4   harm seriously and respond by doing an ASQ Form if

 5   they are made in sort of a manipulative or attention

 6   seeking manner?

 7        A.   Yes.

 8        Q.   You know, okay.  So was, and that is what

 9   you would describe as the suicide prevention policy at

10   Sangamon County Jail today, correct?

11        A.   Say it again?

12        Q.   The ASQ Form is the program for suicide

13   prevention that's in place today, correct?

14        A.   Or warning sign, yeah, warning signs, yeah.

15        Q.   Okay.  Is there any other policy or

16   procedure pertaining to suicide prevention that or

17   yeah, to suicide prevention that you are aware of that

18   exist today?

19        A.   Any others?

20        Q.   Yeah.

21        A.   Not for us.

22        Q.   In your job, in the course of your job

23   duties?

24        A.   I don't think so.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 51

1      Q.  Okay.  And at that time of the incident in

2   question the ASQ Forms were not yet in existence,

3   correct?

4      A.  I'm not sure, yeah.

5      Q.  Okay, you don't think?

6      A.  Yeah.

7      Q.  Before the ASQ forms what was the Suicide

8   Prevention Program?

9      A.  I'm not aware of what they would have been.

10     Q.  Okay.

11     A.  Yeah.

12     Q.  Were you aware of whether any kind of

13  assessment was done for suicide risk at the time of

14  Intake?

15     A.  There is a screening I just don't, yeah,

16  that, it's handled by --

17     Q.  Right.

18     A.  -- the Officers or the Clerks.  I don't,

19  yeah, we're not until there's, yeah, until there is a

20  warning sign downstairs they don't really, they didn't

21  alert us all the time.

22     Q.  Okay.  And did Tiffany get that screening,

23  do you know?

24     A.  I believe so, I mean I would...

DEPOSITION OF BILLY ERNEST                      June 13, 2019

Page 52

1         Q.  And she was referred, was she referred to a

2    Mental Health Professional or to Medical?

3         A.  She should have been, yes.

4         Q.  Okay.  I am going to look for my copy of

5    this.

6              I'd ask you about this document which

7    is previously marked as Bouvet Exhibit 19.  There's

8    another copy floating around somewhere but I'm just

9    going to hand you that.

10             It's a memo from April 7th, 2017.  I

11   just would like to, it's called High Risk Special

12   Observation Form 373, is the subject, do you see that

13   line on the memo subject line?

14        A.  373, yeah.

15        Q.  Yeah.  Are you familiar with Form 373?

16        A.  No.

17        Q.  Okay.  So is this, have you ever seen this

18   memo?

19        A.  No.

20        Q.  Okay.  That's fine, I'll take this back.

21        A.  Yeah, no.

22        Q.  Were you familiar that there was a new

23   policy pertaining to High Risk in Special Observations

24   Cells as of April of 2017?

DEPOSITION OF BILLY ERNEST                          June 13, 2019

Page 53

1           A.  I'm not aware or don't recall, yeah.

2           Q.  Okay.  Did you, were you aware that Tiffany

3     Rusher swallowed a plastic bag or reported swallowing

4     a plastic bag prior to March of 2017?

5           A.  I'm not aware of that, no.

6           Q.  Would swallowing a plastic bag be an event,

7     if you were to respond to that event, would you today

8     would you fill out an ASQ Form?

9           A.  From swallowing the bag?

10          Q.  Yeah.

11          A.  Likely that I would, yeah.

12          Q.  What kind of Medical follow-up would you

13    expect to see if somebody reported swallowing a

14    plastic bag?

15          A.  I would think they would do a KUB to see if

16    she had or not.

17          Q.  Okay.

18          A.  And if it was actually present.

19          Q.  What's a KUB?

20          A.  It's an X-ray that's done specifically of

21    the abdomen area.

22          Q.  Okay.  Can they do that in the prison?

23          A.  Yes.

24          Q.  Do you, are you aware that Tiffany was in a

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 54

1    High Risk Observation Cell?

2          A.   Yes.

3          Q.   And about how many offenders were, are in

4    High Risk or do you know how many offenders were in

5    the High Risk observation at that time period while

6    she was there?

7          A.   I don't recall, yeah.

8          Q.   Do you know how long she was in the High

9    Risk Observation Cell?

10         A.   That day or total?

11         Q.   During her stay?

12         A.   Probably 90 percent.

13         Q.   Okay.

14         A.   I don't, I can't remember if she got

15   reclassed ever, I don't recall.

16         Q.   Okay.

17         A.   I want to say she might have been but I

18   can't recall for sure.

19         Q.   Is there any amount of time which is

20   considered too long to be in High Risk observation

21   status at Sangamon County Jail?

22         A.   I don't know if there is a policy on that

23   yeah, I don't know.

24         Q.   Have you ever, do your job duties well, have

Page 55

1   you ever received any training in the course of your

2   profession about practices and procedures pertaining

3   to the length of time that someone can be left in a

4   High Risk Cell from, for Mental Health reasons?

5          A.  No.

6          Q.  Was, what do you remember about Tiffany

7   Rusher generally in terms of the way you interacted

8   with her or the way she interacted with you?

9          A.  What I remember the most is she was,

10  normally interacted well, but she always, she, she

11  always seemed to want extra attention.  That's why you

12  ended up spending a little extra time with her because

13  she would always have questions, what's going on,

14  what's happening today, you know, something.  She

15  would always have something that she would want to

16  talk about.  And with those folks that are the High

17  Risk I always tend to spend more time with them just

18  because they are people, you know, and I have a

19  patience, a lot of people don't have the patience but

20  I have the patience to stand there and talk to them,

21  you know, it doesn't bother me.

22         Q.  Was she ever unkind to you or rude to you?

23         A.  I don't recall, so I think I would remember

24  if she was but...

Page 56

1       Q.   Did she ever make uncomfortable or awkward

2   sexual comments?

3       A.   No.

4       Q.   Did you ever observe Shmikler giving Tiffany

5   therapy?

6       A.   No.

7       Q.   Do you know if he ever gave her therapy?

8       A.   Not for certain.  I think at that time I was

9   working multiple shifts then I wasn't on the 6 to 6

10  schedule, so.

11      Q.   Okay.

12      A.   That's why I can't remember if he was there

13  or not.

14      Q.   Okay.  Did you ever see Shmikler passing,

15  interacting with Tiffany at all that you recall?

16      A.   I can't recall, yeah.

17      Q.   Was there any, did you ever talk with

18  anybody about whether, that you, Tiffany needed to see

19  a psychiatrist?

20      A.   I didn't, no.

21      Q.   Were you aware of whether Tiffany had any

22  specific mental diagnoses?

23      A.   I don't recall them if they were, yeah.

24      Q.   Were you, would you have been made aware of

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 57

1   any diagnoses she had?

2         A.   It's probably in her chart and, you know, so

3   many people we don't have the time to read charts a

4   lot of times, so.

5         Q.   Were you at all familiar with her history?

6         A.   No.

7         Q.   Were you aware that she arrived at the

8   prison from inpatient psychiatric treatment?

9         A.   I'm not, yeah, I don't know that, I thought

10  it was DOC but I don't know.

11        Q.   Did you consider her to be severely mentally

12  ill?

13                    MS. POWELL:  Objection,

14  foundation.

15        Q.   You can answer?

16        A.   What was that?

17                    MS. WIRTH:  You can ask her to

18  repeat the request.

19        A.   Yeah.

20        Q.   Did you consider Tiffany to be mentally ill?

21        A.   No.

22        Q.   Why not?

23        A.   I, the fact I don't, I mean, the risk groups

24  are there, but she interacted well with me, you know.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 58

1   It's just, I just, yeah, I know she had problems but I
2   don't know, I guess I think a lot of times there is
3   always a specific reason what, you know, like when
4   their cheese slid off their cracker or something what
5   caused that.  That's what I'm always looking for in a
6   person, you know, and what point did they become like
7   this.  And most of them when you talk to them
8   normally, they talk normal back to you, you know.
9   It's, if you give them garbage, they give you back
10  garbage.  So if you, if you talk to them specifically
11  they are usually, they handle it pretty well.
12          Q.  So would you consider, did you consider her
13  though to be High Risk, a High Risk --
14          A.  Yes.
15          Q.  -- prisoner.  Because of her risk of self
16  harm?
17          A.  Risk and past at risk and, yeah.
18          Q.  Okay.  Were you ever present when Tiffany
19  was put into restraints?
20          A.  I have checked her afterwards.
21          Q.  Okay.
22          A.  To check, you know, the, make sure they
23  weren't too tight or, you know.
24          Q.  Okay.  Were you aware of do you, were you

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 59

1   aware of the circumstances that lead to her being in

2   restraints?

3          A.  Yeah, I don't think so, yeah.

4          Q.  What did you do when you went to check on

5   her when she was in restraints?

6          A.  Make sure she was doing well, if she needed

7   anything.  We checked the restraints to make sure they

8   weren't cutting off any circulation, you know,

9   those --

10         Q.  Is there any procedures or protocols that

11  you need to follow with respect to treatment of a

12  prisoner who's in, has been put into restraints?

13         A.  The treatment specifically or just?

14         Q.  Actually no, responding to that, so that was

15  a good question.

16         A.  Yeah, to check on them every two hours.

17         Q.  Okay.

18         A.  Yeah, like that, yeah.

19         Q.  Do you need to, is there any kind of

20  documentation procedures that apply to that?

21         A.  I think there is now.

22         Q.  Okay.

23         A.  Yeah, there may have been then but I am not

24  aware of it, yeah.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 60

1      Q.   Okay.   And what are the protocols now?

2      A.   There is a form that they fill out every

3  time you check them to sign.

4      Q.   Where, it sounds like some changes were made

5  with respect to charting and the ASQ Program, did that

6  all happen after Tiffany's suicide?

7      A.   Yes.

8      Q.   Was it in response to Tiffany's suicide, if

9  you know?

10      A.   I don't know because it's been, it was

11  considerable time after that but --

12      Q.   Okay.

13      A.   -- you know.

14      Q.   Was there any, did you ever talk with

15  anybody in the Medical Staff or at the prison about

16  whether Tiffany was safe at Sangamon County?

17      A.   Safe?

18      Q.   Safe?

19      A.   No.

20      Q.   Did you ever talk with anybody, Medical

21  Staff or anybody else about whether Tiffany needed to

22  a higher level of Mental Health care treatment --

23      A.   No.

24      Q.   -- than she was getting.   Okay.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 61

1           What communication, did you ever talk
2     to Security, Jail Staff of that non ACH employees to
3     coordinate about Tiffany?
4           A.  Did we coordinate?
5           Q.  Yeah, let me ask it a different way.
6               In what ways did you coordinate or
7     communicate with Jail staff about Tiffany?
8           A.  It would just be the warning signs.  Most of
9     the time they inform us we, it, they have more contact
10    with those, with the people than we do.
11          Q.  And how do they, how would they have inform
12    you?
13          A.  They would have just called.
14          Q.  Okay.
15          A.  I don't think there is a form for them.
16          Q.  Okay.
17          A.  There could be an, I think there is a
18    suicide, an attempted suicide at risk form that they
19    fill out.
20          Q.  Were you ever responsible for filling out a
21    Prisoner Verification Location Form?
22          A.  No.
23          Q.  Or I may have not stated that correctly but
24    yeah, Prisoner Location Verification Form was that

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 62

1   ever your --
2          A.  No.
3          Q.  -- duty.
4                   I understand that you were one of the
5   first responders when Tiffany finally attempted
6   suicide on March 17th, is that correct?
7          A.  Yes.
8          Q.  What do you remember about that day?
9          A.  I arrived and Sergeant Bouvet was already
10  performing CPR when I was there.
11         Q.  Can I stop you for a question?
12         A.  Sure.
13         Q.  Sorry.  Was there like a medical emergency
14  call that you received?
15         A.  Yes.
16         Q.  Okay.  Over a radio?
17         A.  Over the radio, yes.
18         Q.  Okay.  Continue, thank you.
19         A.  And I and responded he was already
20  performing CPR when I arrived, and I asked him if he
21  needed, you know, help or anything.  And he said he
22  was fine.  He had, he had another, the cells are
23  fairly small, he had another fella in there with them
24  that they were rotating.

Page 63

1            First thing I did was have, make sure

2    that 911 was called and they had been, and they

3    arrived they're only, you know, they are right there,

4    you know, so yeah, they were there in a couple of

5    minutes and those guys took over --

6        Q.  Okay.

7        A.  -- we didn't.

8        Q.  I'm showing you and you may or may not know

9    that it's easy enough.  This is, I believe, an e-mail

10   offered authored by you Sangamon, SCO-ESI-0002619.

11            That's at the, sort of the bottom of

12   this e-mail chain.

13            Is that an e-mail from you that was

14   sent on March 20th?

15       A.  Correct, yes.

16       Q.  Okay.

17                 MS. POWELL:  Did you mark this

18   as 3?

19                 MS. CHARDON:  I did, thank you

20   it's Ernest 3.

21                 (Ernest Exhibit 3 marked for

22                  identification by the Court

23                  Reporter.)

24       Q.  Why did you send this e-mail?

**DEPOSITION OF BILLY ERNEST**                              **June 13, 2019**

Page 64

```
 1        A.  It was just they don't get enough atta boys
 2   up there.  We always get bad news, and so I just
 3   wanted to make sure that the, that, that the
 4   administrative people were aware that those guys
 5   performed exceptionally well.
 6        Q.  And was there any other reason?
 7        A.  No.
 8        Q.  Did anybody ask you to send it?
 9        A.  No.
10        Q.  Because your, yeah, you're trained in --
11        A.  Yeah.
12        Q.  -- CPR.
13        A.  I wanted to take over but those guys were
14   doing a good job and they were already in the setting.
15        Q.  Yeah.
16        A.  And to limit it, you know, times, you know,
17   just let them keep going.  If they were, I would have
18   asked them to step out if I didn't think they were
19   doing it right or, or, you know, or were getting too
20   tired.
21        Q.  Yeah.
22        A.  But they, the emergency EMT showed up right
23   away and...
24        Q.  Okay.  And when she left what was her, what
```

Page 65

1   was her condition when you last saw Tiffany?

2          A.   She was still alive when she left us.

3          Q.   Yeah, okay.  Was, it must have been a fairly

4   traumatic experience for you?

5          A.   It is, yeah.  It's never easy but, you know,

6   it's...

7          Q.   Have you been present for any other?

8          A.   Yes.

9          Q.   Okay.  Completed suicides?

10         A.   No.

11         Q.   Okay.  And I understand that you were

12  interviewed by the State Police when they were

13  investigating this?

14         A.   Yes.

15         Q.   I'm going to mark this as Ernest Exhibit 4

16  Sangamon County Produced 88 which have you seen this

17  before?

18                        (Ernest Exhibit 4 marked for

19                         identification by the Court

20                         Reporter.)

21         A.   No.

22         Q.   Okay.  Why don't you just take your time and

23  read the whole thing and the question I will ask is

24  whether there is anything that you think is, you know,

**DEPOSITION OF BILLY ERNEST**                                    June 13, 2019

Page 66

1  not correctly recorded or anything like that so to

2  give you a heads up on what I'm asking about.

3         A.  What was the question again?

4         Q.  Is there anything that you think was

5  recorded inaccurately on this paper with respect to

6  your interview?

7         A.  I don't, yeah, I don't think so.

8         Q.  Okay.  So you were interviewed by Sergeant

9  Kaufmann, do you remember who interviewed you?

10        A.  I don't know, yeah.

11        Q.  Okay.  You noted that it says that LPN

12  Ernest, Ernest, people often get your name wrong?

13        A.  All the time.

14        Q.  Ernest would seem to be easy.

15        A.  They can't stand Billy and they can't stand

16  Ernest it's like, I get it both ways on both ends.

17  And in fact this form they got Billy with I-E.

18        Q.  Yeah, so I confess it threw me off, I didn't

19  know who to expect.

20               So it says LPN Ernest indicated Tiffany

21  had Pica disorder, do you see?

22        A.  Pica.

23        Q.  What is Pica?

24        A.  It's a disorder when they commonly eat,

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 67

1   routinely ingest things that are nonfood items.

2        Q.  Have you ever seen that in other prisoners

3   at Sangamon County Jail?

4        A.  Yes.

5        Q.  Are you, do you have any training with

6   respect to PICA disorder from ACH?

7        A.  No.

8        Q.  What about in your professional training as

9   a Nurse in your licensure have you ever had any

10  training with respect to PICA?

11       A.  No.

12       Q.  Do you know whether PICA is a Mental Health

13  disorder?

14       A.  I believe it is.

15       Q.  Okay.  Can PICA come on as an adult?

16       A.  I don't know.

17       Q.  Did you tell the Sergeant interviewing you

18  that Tiffany had exhibited, that Tiffany was suicidal,

19  I'm going to ask my question again.

20            Did you tell the Officer interviewing

21  you that you or the Agent interviewing you that

22  Tiffany had previously been suicidal?

23       A.  I don't recall.

24       Q.  Okay.  You did tell him about the incident

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 68

1   with the Velcro straps?

2         A.   Right.   So that would be yeah, I guess.

3         Q.   Yeah.   Did you believe that Tiffany was

4   suicidal?

5         A.   Did I believe?

6         Q.   Yeah.

7         A.   I think so, yeah.

8         Q.   Do you think she intended to kill herself?

9         A.   I do not.

10        Q.   And you think it was a, sort of gesture that

11   went too far?

12        A.   I believe so.

13             Does it matter what she had talked to

14   me about a couple of days before or --

15        Q.   It does actually, yeah, if, yeah...

16        A.   She said she was looking forward to, to, to

17   getting out cause she was, first time she could have a

18   cake or something.   And so I don't, unless that upset

19   her I don't know, but it just seemed odd to me that,

20   that it went that far to what we had talked about that

21   it...

22        Q.   Have you ever in your training, the ASQ

23   training or elsewhere, have you discussed whether the,

24   actually the possibility of release can be a risk

Page 69

1    factor for suicides?

2        A.  Yes.

3        Q.  Okay.  Had you heard that before Tiffany's

4    death?

5        A.  I'm not aware if I, yeah.

6        Q.  But she had seemed happy to you --

7        A.  Yeah.

8        Q.  -- previously?

9        A.  Yeah, I think.

10        Q.  And the previous gesture, excuse me, I

11   didn't mean to insert that word.

12               When she put the Velcro strap around

13   her neck, did you perceive that to be a genuine

14   attempt to kill herself?

15        A.  Yes.

16        Q.  You did?

17        A.  Yeah.

18        Q.  And why was that?

19        A.  Because it was pulled tight enough that she

20   was discolored and I think, yeah.

21        Q.  Okay.

22        A.  Yeah, she was, it was a genuine attempt.

23        Q.  Was she discolored, the, the attempt on

24   March 17th was she discolored?

June 13, 2019

                                                            Page 70

1        A.  Is that this?

2        Q.  Oh, so there was one attempt earlier where

3   she had, maybe we were just discussing two

4   different --

5        A.  Yeah.

6        Q.  Okay, yeah, so let's just start again

7   because I think I may have been confused about what

8   you were saying.

9              On the final attempt March 17th --

10       A.  Okay.

11       Q.  -- was she discolored?

12       A.  I don't recall.

13       Q.  Okay.  And did you, was that the attempt the

14   final one that, that you perceived at the time your

15   perception was that it was not a real genuine attempt

16   to kill herself?

17       A.  Well --

18       Q.  Based on what she had been saying about the

19   cake earlier?

20       A.  Right.  That's why I didn't think she would,

21   it was really an attempt, but she was eventually

22   successful at that attempt, yeah.

23       Q.  Okay, yeah.

24       A.  Yeah.

DEPOSITION OF BILLY ERNEST                          June 13, 2019

                                                    Page 71

1          Q.  So going back with the Velcro straps

2    incident that happened earlier with her soft boot, do

3    I understand correctly that at the time that happened

4    you did perceive it to be a real attempt?

5          A.  Yes.

6          Q.  And you noted in your report on that, on the

7    Velcro strap day she had told you she was depressed,

8    do you recall that?

9          A.  I don't recall, no.

10         Q.  Okay.  Why other than the fact that she had

11   pulled it tight were there any other reasons why you

12   thought that her suicide attempt was genuine on the

13   day of the Velcro straps incident?

14         A.  What's that again?

15         Q.  I don't know my words may be confusing

16   because I'm trying not to characterize it.

17               But you said that you thought she

18   really was trying to kill herself when she had --

19         A.  When she did the boot strap, yeah, yeah.

20         Q.  Why did you think that, what are all the

21   reasons?

22         A.  Yeah, I don't recall all of them, but I

23   can't even remember how long she had been here at that

24   time, but that, it takes a real discipline to be able

**DEPOSITION OF BILLY ERNEST**                    June 13, 2019

Page 72

1   to choke yourself out and she was able to do it at

2   that time.  So that was a definite attempt.

3               Yeah, I don't remember a lot of the

4   interaction before that one that's why I don't

5   remember if she, how soon she was there before that

6   incident.

7       Q.  Okay.  Did, in the prior incident of the

8   Velcro strap did you have to resuscitate her in any

9   way?

10      A.  No.

11      Q.  How long do you, was she, did she have the

12  strap around her neck, if you know?

13      A.  I'm not aware, yeah, they had removed it

14  before I got down there, yeah.

15      Q.  Oh, okay.  But her face was still red?

16      A.  Yeah, it was bluish, yeah, red, blue, yeah.

17      Q.  Okay.  Not, what did you see on the day, on

18  March 17th the day she succeeded eventually, you know,

19  that, did you see what she had had around her neck?

20      A.  Is that the Velcro or?

21      Q.  That's the towel day, the final day.

22      A.  The towel, okay.  I wasn't even aware of the

23  towel, yeah, everything was removed from her when I

24  got there.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 73

1        Q.   Okay.  Where was she physically, was she on

2   the bed or on the floor?

3        A.   She was on the floor.

4        Q.   Okay.  Did you notice anything unusual about

5   her coloration or anything?

6        A.   I don't recall any, yeah.

7        Q.   Okay.  She did not look, do you know how

8   long they had removed whatever had choked her before

9   you had arrived?

10        A.   No.

11        Q.   You, the report from the Illinois State

12   Police of the interview with you says that when asked

13   Ernest did not believe McFarland Mental Health ever

14   confirmed a diagnosis for Tiffany, it's last sentence

15   of Exhibit 4?

16        A.   Yeah.

17        Q.   Do you see that or second to last sentence

18   of Exhibit 4?

19        A.   Yes.

20        Q.   Earlier we talked about whether you

21   recollected what, having seen a diagnosis for Tiffany

22   and I think your answer was I don't know or I don't

23   remember, right?

24        A.   Yeah, yes.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 74

1      Q.  Reviewing this does it refresh your
2  recollection as to whether you were aware of whether
3  or not Tiffany had a diagnosis from McFarland Mental
4  Health?
5      A.  Yeah, I'm still not aware of one.  There
6  could be one in her chart, but, you know, this unless
7  I specifically looked for it I wouldn't...
8      Q.  Okay.  Where it says Ernest did not believe
9  McFarland Mental Health ever confirmed a diagnosis for
10  Tiffany, does that indicate to you that at the time
11  you did specifically look for one?
12      A.  It, correct.
13      Q.  Okay.
14      A.  Yeah.
15      Q.  So does that indicate that you looked in her
16  chart to determine whether she had a specific Mental
17  Health diagnosis?
18      A.  I think that's why I said that because I
19  don't believe I ever did look to see if she was
20  diagnosed or not.
21      Q.  Oh, okay.  You don't think that you looked?
22      A.  I don't, yes.
23      Q.  Okay.  So you just, actually because it
24  seems to indicate to me that you think that McFarland

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 75

1    never made a diagnosis, but if --

2          A.   They could have, I just don't know what, if

3    it was in her chart or not, yeah, yeah, I just...

4          Q.   Is that something that you would have asked

5    Doctor Abraham about?

6          A.   I don't think so, yeah.

7          Q.   Okay.  Did you have any conversations with

8    Doctor, Doctor Abraham about Tiffany that you

9    recollect?

10         A.   Not strictly but I remember talking to him

11   about them.

12         Q.   What did you talk about with him?

13         A.   Yeah, I, I was just, he would go down to see

14   the High Risk people downstairs and we would, were

15   just talking what is gone on, you know, probably more

16   than likely when we do a refresh kind of like, you

17   know, hey, she's been taking her meds or not, you

18   know.

19         Q.   Okay.

20         A.   And have I seen any incidents this week with

21   her or, you know, have I heard about anything else,

22   you know, with her.

23         Q.   You would give him an update?

24         A.   I would give an update of what I knew?

DEPOSITION OF BILLY ERNEST                          June 13, 2019

Page 76

1        Q.   And would you tell him when you saw him in

2   person about Medical refusals?

3        A.   Yeah.

4        Q.   But you had also given those documents?

5        A.   The documents would have been on hand

6   because yeah, I, it's not likely I was there the next

7   time he was there, you know, so.

8        Q.   Did he ask you any questions about Tiffany?

9        A.   Abraham?

10       Q.   Yes.

11       A.   Not that I'm aware of.

12       Q.   Okay.  What about Shmikler did you ever talk

13   to Mr. Shmikler about Tiffany?

14       A.   I believe I did.

15       Q.   Okay.  What did you talk about with him?

16       A.   It was, this is kind of the same scenario

17   what my interactions have been, you know, had I

18   observed any, anything this week that would, you know,

19   he would need to be aware of.  Most of the time, you

20   know, my interaction with her it has gone well.

21       Q.   Okay.  Did you have any conversations

22   specific well, rephrase my question.

23                Did you have any conversations with any

24   other Mental Healthcare staff about Tiffany?

DEPOSITION OF BILLY ERNEST                      June 13, 2019

Page 77

1          A.  No.

2          Q.  Did you have any conversations with any Jail

3     staff about Tiffany?

4          A.  After or before or?

5          Q.  Before?

6          A.  Before.

7          Q.  That you recollect today?

8          A.  Yeah, I don't remember any of them.

9          Q.  Do you recollect talking with them after

10    about Tiffany?

11         A.  Not, no, just...

12         Q.  And we talked about when Tiffany told you

13    about the birthday, the cake and getting out, right?

14         A.  Uh-huh.

15         Q.  Do you have any other recollections of

16    conversations with Tiffany?

17         A.  Just the only other ones like she would like

18    to see her Mom, she hadn't seen her for six years or

19    something.  I know she wouldn't come see me, but I

20    really like to have a visit, you know, things like

21    that.

22         Q.  And was that, that was going to be my next

23    question.

24                 Did you ever see anybody come to visit

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 78

1   Tiffany?

2        A.  Not that I am aware of.

3        Q.  Did you, did she say anything else about her

4   family other than what you told me?

5        A.  I don't recall any other incident.

6        Q.  Do you --

7        A.  There is one other one just we were talking

8   in general one day she was telling me about how she

9   got to the point where she is, it was the offender

10  charge.

11       Q.  Oh.

12       A.  And she was discussing how she went to a

13  party, you don't know whether to, it's always their

14  story, but her side of the story was that she had went

15  to a party and was raped at the party and, but yet

16  they said she did it willingly.  And she was the only

17  one that wasn't a minor there, so she ended up getting

18  charged with...

19       Q.  Okay.

20       A.  Yeah, so I don't know, yeah you, know.

21       Q.  Yeah.  Anything else that you remember?

22       A.  That's about the only, yeah, that's it.

23       Q.  So she mentioned her mother, and wanting her

24  Mom to come visit her?

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 79

1      A.   Yeah.

2      Q.   Did she say anything about any other family

3  members?

4      A.   No.

5      Q.   Or any other friends?

6      A.   Not to me, no.

7      Q.   Did you know who she made phone calls to or?

8      A.   I don't know, I don't know if she ever made

9  any, I don't know, yeah.

10     Q.   Did she have anything in her, any property

11  in her cell that you are aware of?

12     A.   No.

13     Q.   Okay.  Did she have a Bible that you are

14  aware of?

15     A.   I don't know.

16     Q.   Did she ever ask you to get her Bible?

17     A.   It wouldn't have been my job to do that, but

18  I don't recall her ever asking me because I would

19  forward it to the Lieutenant or something if she

20  wanted a Bible, but I don't remember her asking.

21     Q.   Okay.  Oh, we're almost done.

22          But I do want to ask you, given your

23  role in the med pass if you can help me with I'm going

24  to mark Medical records, Medical Administration

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 80

1    Records as Ernest Exhibit 5.

2                        (Ernest Exhibit 5 marked for

3                        identification by the Court

4                        Reporter.)

5        Q.  So this is Sangamon County Jail Medical

6    records Tiffany Rusher 34 through, excuse me, it's a

7    group exhibit, it's a collection of excerpted Bates

8    numbers from the Sangamon County Jail Medical records.

9                But getting beginning with 34 the last

10   one in this stapled package is 293 but they are not

11   continuous.

12               Are you familiar with this document?

13       A.  This system?

14       Q.  Yeah, this kind of chart?

15       A.  Yes.

16       Q.  Is this something that you would fill out?

17       A.  Yes.

18       Q.  And do you, actually can you take a look at

19   the first say couple of pages see if you recognize or

20   let me first ask you are those initials in the tiny

21   little boxes there?

22       A.  (Nod Affirmatively).

23       Q.  Yes?

24       A.  Yes.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 81

1          Q.  And do those, are those of healthcare

2     providers?

3          A.  In these (indicating)?

4          Q.  Yeah.

5          A.  Those are the nurses that administered the

6     drug.

7          Q.  Okay.  On, and it's, does it show the

8     date --

9          A.  Yes.

10          Q.  -- when the drug was administered.  Okay.

11               And is this something that you would

12     fill out during the med pass --

13          A.  Yes.

14          Q.  -- process.

15               And do you see your initials in any of

16     these little boxes, are they recognizable to you?

17          A.  I'm trying to look, I think so.

18          Q.  Okay, hard to tell?

19          A.  Yeah.

20          Q.  If, when you went to distribute

21     medication --

22          A.  Yeah.

23          Q.  -- was it the case that either you recorded,

24     you know, successful distribution on this chart or you

Page 82

1   recorded Medical refusal?

2        A.  Correct.

3        Q.  Or some combination depending on whether

4   certain drugs were --

5        A.  Yes.

6        Q.  So there are no other types of records that

7   you would fill out?

8        A.  Nope.

9        Q.  Okay.  So I, you know, observed that the

10  date to the left the copy is cut off but I think would

11  that normally have --

12       A.  The left hand column?

13       Q.  On the left hand would you normally see, I'm

14  trying to determine what day and what month these

15  charts represent and how could I do that?

16       A.  It would be at the bottom.

17       Q.  Oh, okay.

18             Is it visible?

19       A.  Yeah.

20       Q.  Charting for?

21       A.  To the right, to the right of where it says

22  Sangamon County Jail.

23       Q.  Yeah.

24       A.  It will be started on or through --

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 83

1      Q.  Okay.  So the first page we don't see that

2   that's Tylenol.

3      A.  That's right.

4      Q.  So let's look, this would be for March, SCJ

5   Medical records Tiffany Rusher 36; so it's the third

6   page in this Exhibit.  That would be for the month of

7   March, is that correct?

8      A.  Correct, yes.

9      Q.  And at the end of that month it says oh,

10  well, I see DIC or D/C?

11     A.  D/C, yeah.

12              Yeah, that's been discontinued.

13     Q.  Discontinued, okay.

14     A.  Yeah.

15     Q.  Are you familiar with so, on the left you

16  have the name of the drug, correct?

17     A.  Correct.

18     Q.  And the prescriber, right?

19     A.  Correct.

20     Q.  So there is Effexor, there is also a brand

21  name --

22     A.  Yes.

23     Q.  -- to help people like me.

24              Are you familiar with what these drugs

DEPOSITION OF BILLY ERNEST                     June 13, 2019

Page 84

1    do?  For example Effexor XR, what kind of drug that

2    is?

3          A.  Yes.

4          Q.  And Depakote?

5          A.  Depakote.

6          Q.  Is that an antiseizure medication?

7          A.  Yes.

8          Q.  That's used for psychosis?

9          A.  Yeah, multiple uses.

10         Q.  Okay.  What is Thorazine?

11         A.  Thorazine, that's a psychotic drug,

12   antipsychotic.

13         Q.  Chlorpromazine?

14         A.  Yeah, same thing.

15         Q.  Yeah.  It's also Thorazine?

16         A.  Yeah.

17         Q.  So D/C for discontinued, what does that

18   represent?

19         A.  Why it was discontinued or?

20         Q.  Right.

21         A.  If you see the arrow, that means it was soon

22   to expire, that left hand column would say the start

23   date, and then the end date because prescriptions can

24   only be issued for 3 or 4 months.  So that was going

DEPOSITION OF BILLY ERNEST                          June 13, 2019

Page 85

1    to end soon so it was D/C and then a new order was

2    written.  That's on Page 2.

3         Q.  For those dates, that's where she took --

4         A.  Right.

5         Q.  -- the drug on, under a different

6    prescription?

7         A.  Right.

8         Q.  Okay.  And if she refused medication, would

9    you note that anywhere here?

10        A.  Yes, it would be a circle on your initial,

11   if they didn't, it was initially signed a drug out,

12   then if they refused it, we'd go back and circle my

13   initial or...

14        Q.  Oh, okay.  So what's the procedure of

15   filling these out?  Why don't we start from the

16   beginning?

17             Like do you, I was under the impression

18   that you initialed when you were physically at the

19   cell but it --

20        A.  Yeah, I generally fill it out ahead of time,

21   and then I go back if they refuse them, then I go back

22   and, yeah.

23        Q.  Okay. So is, there is a couple letter DD's I

24   see circled --

DEPOSITION OF BILLY ERNEST                              June 13, 2019

Page 86

1        A.  Yeah.

2        Q.  -- that's not your initial, right?

3        A.  No, I'm B.E.

4        Q.  Okay.  I don't see on these first, the

5    second page and the third page of the exhibit I don't

6    see any B.E. circled?

7        A.  No.

8        Q.  So it doesn't look and this would represent

9    the drug --

10                   MS. POWELL:  If you could, when

11   you say second and third page are you saying 35 and

12   36?

13                   MS. CHARDON:  I am saying 35

14   and 36, yes.

15                   MS. POWELL:  Okay.

16       Q.  And 35 and 36 would represent Tiffany's

17   prescriptions taken in the month of March, correct?

18       A.  Yes.

19       Q.  Although is it possible that her

20   prescriptions would take over more than one page?

21       A.  Yes.

22       Q.  Okay.  And I note that 30, the, yeah, okay.

23       A.  Especially when a lot of them get D/C'd like

24   that you're going to have, it gets restarted and it's

**DEPOSITION OF BILLY ERNEST**                     June 13, 2019

Page 87

1    restarted probably on a day that Abraham was there,

2    you know, so we have a signature.

3         Q.  The, I'm looking at on Page 36 that says 36

4    on the bottom I can see that Mary Dambacher prescribed

5    several of the medications, and then Doctor Abraham

6    prescribed the aspirin at the end, correct?

7         A.  Yeah.

8         Q.  Then on Page 35 which is the, picks up on

9    some of those prescriptions which were discontinued on

10   36, can we tell who prescribed them?

11        A.  No.

12        Q.  Okay.  Who do you know?

13        A.  I don't know.

14        Q.  Is there any way of knowing?

15        A.  Yes.

16        Q.  How would we know?

17        A.  Look in her chart, there would be a continue

18   order.

19        Q.  Okay, right, okay.

20        A.  It would say something like, you know,

21   Depakote is soon to expire on, you know, 3/15, do you

22   want to continue or not.

23        Q.  Okay.

24        A.  Then we get the new order and that's...

DEPOSITION OF BILLY ERNEST                          June 13, 2019

Page 88

1      Q.  Do you know whether, is there any practice

2  or protocol with respect to who should be prescribing

3  those medications at the facility?

4      A.  It's our Doctor or Nurse Practitioner.

5      Q.  And Mary Dambacher is the Nurse

6  Practitioner, right?

7      A.  Correct.

8      Q.  So it's an error that says Mary Dambacher MD

9  here?

10     A.  It does say MD?

11     Q.  Under?

12     A.  Yeah, I never noticed that before, yeah.

13             These are filled out by our pharmacy we

14  don't, yeah.

15     Q.  Okay.

16     A.  Okay.

17     Q.  Okay.  So you give, is it a commercial

18  private pharmacy?  Where is the pharmacy?

19     A.  They're like in Pennsylvania, I think.

20     Q.  Okay.

21     A.  Or maybe it's Pennsylvania, Indiana or

22  Indiana, Pennsylvania it's kind of weird, I don't

23  know.

24     Q.  Either one, they're are not on the --

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 89

1        A.  Yes.

2        Q.  So they mail you these records --

3        A.  Yes.

4        Q.  -- along with the medications --

5        A.  Yeah.

6        Q.  -- that they are filling?

7        A.  They mail the medications and then at the

8    end of the month or towards the end of the month they

9    will send the new MAR's for people who are currently

10   on the list taking meds.

11       Q.  I see.  So when we see that they're

12   handwritten is because they don't --

13       A.  They either just started or they expired or,

14   yeah, or they were just new.

15       Q.  Okay.

16       A.  Yeah, something new had happened.

17       Q.  Okay.  Who was responsible for monitoring

18   what medications Tiffany was taking?

19       A.  It would have been our Doctor, yeah.

20       Q.  As you've been looking through the pages

21   today have you noticed any medication refusals that

22   look like they are your initials?

23       A.  Yes.

24       Q.  Okay.  Where have you seen that?

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 90

1        A.   These aren't numbered for me so oh, I guess
2   is that it here?
3        Q.   Yeah, it's there (indicating).
4        A.   Oh, Page 53 there is several or a few.
5        Q.   Okay.  Let's look at that date I'm going to
6   look at 53, I just want to see an example.
7        A.   I guess there is a couple I don't know
8   whether these are me or not I'm pretty sure these are
9   me.
10        Q.   Could you take my pen?
11                  MS. POWELL:  You want a red, I
12   believe I have a red in my special bag.
13                  MS. CHARDON:  Or we can use
14   blue we're just going to have you circle your own
15   initials.
16                  MS. POWELL:  Yes, I do because
17   it will stand out very well, or I have fluorescent
18   pink, if you'd prefer that.
19                  MS. CHARDON:  Well, I would
20   like that but here if you could circle where you think
21   you see your initials?
22        A.   Okay.  Go ahead and circle them again or --
23        Q.   Yeah, exactly so that we can see.
24        A.   I know I'm fairly certain those are mine,

DEPOSITION OF BILLY ERNEST                          June 13, 2019

Page 91

1   yeah (indicating).

2         Q.  And then I want, if you could hand it to me

3   I just want to look at it.

4         A.  Yeah.

5         Q.  Okay.  Thank you.  So I, so it looks like

6   what I see here for example I'll hand it back to you

7   so you can confirm what I'm saying, but it looks like

8   this is a month of February and, you noted that she

9   missed Amoxil on February 1st and 2nd and 5th?

10        A.  Yeah.

11        Q.  And that she missed Motrin on February 1st,

12  correct?

13        A.  Correct, yes.

14        Q.  But it looks like she --

15        A.  Took the others.

16        Q.  Took other medications.

17             Like she was taking Prazosin at --

18        A.  It's a different time.

19        Q.  At the night, seven o'clock.

20             What is Prasozin?

21        A.  Prasozin.

22        Q.  Prasozin?

23        A.  It's actually a blood pressure medicine but

24  they use it to help sleep as well.

DEPOSITION OF BILLY ERNEST                         June 13, 2019

Page 92

1        Q.   Okay.   And I'm looking now, I turn to
2    Page 52 the previous page and now seeing you circled
3    what you circled on other page it looks to me like you
4    also signed off that she skipped her meds on this
5    page?
6        A.   The whole day.
7        Q.   Yeah, the whole day.   So this would have
8    been a blanket refusal day?
9        A.   Right.
10        Q.   So a day that you filled out the medication
11    refusal form?
12        A.   Yeah, it's rare that they refused it, the
13    drug but it does happen, and I would have signed what
14    drug they refused.
15        Q.   Yeah.   So we saw on Exhibit 1 from your
16    deposition today it was February 2nd, so.
17        A.   Yeah, it would have been everything that she
18    had taken that day for me.
19        Q.   Why don't you just circle, your, the other
20    ones on that page, too.
21        A.   On that 75 or what?
22        Q.   Everything from February 1st and 2nd I guess
23    where you signed off that she skipped her meds or
24    refused her meds?

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 93

1          A.   I already circle that one.  Oh, there it is.

2          Q.   It doesn't help that the page numbers are

3    not contiguous.

4          A.   It looks like there is multiple copies of

5    the same ones.

6          Q.   Oh, is that, that could be.

7          A.   That's the same page, I want to say I

8    already done that one.

9          Q.   It's the same put, put an X in it with your

10   red marker.

11         A.   (Indicating).

12         Q.   Okay.  It's a different Bates label but the

13   same page.

14                      MS. POWELL:  Which ones were

15   the same?

16                      MS. CHARDON:  I will tell you

17   in a minute.  Well --

18                      MS. POWELL:  52 or 53 or what?

19   No, they are not the same.

20                      MS. WIRTH:  63 and 66?

21                      MS. POWELL:  No.  Well, my

22   group doesn't have a 63.  Oh, you mean 53 and 56?

23                      MS. WIRTH:  What's the first

24   one that you marked on?  What number is on that?

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 94

1      A.  Those are the two that are the same

2  (indicating).

3                          MS. WIRTH:  Oh, okay 53 and 66.

4                          MS. POWELL:  Okay.

5                          MS. CHARDON:  Thank you for

6  your help with that.

7      Q.  Are there, did you attend kind of meetings

8  about Tiffany following her death?

9      A.  Other than the interview I think that was it

10  with the police.

11     Q.  Okay.  Are there any other conversations

12  that you had with or about Tiffany that we haven't,

13  that you remember that we haven't talked about today?

14     A.  I can't, I don't recall any, yeah.

15                          MS. CHARDON:  Okay.  Thank you

16  for your time, I'm done asking you questions.  They

17  may have a question or two.

18                          MS. POWELL:  I have a few.

19                    CROSS EXAMINATION CONDUCTED

20                    BY MS. POWELL:

21     Q.  If you could look at 53 and 66?

22     A.  Uh-huh.

23     Q.  So on 53 at the bottom it looks like it says

24  charting for 2/1/17 through 2/28/17, you see that?

Page 95

1        A.  Yes.

2        Q.  And then at the bottom of 66 you can't

3    really see the dates, can you?

4        A.  Correct.

5        Q.  Okay.  And then on 53 it looks like below

6    Tylenol there is something there?

7        A.  Well, Tylenol on 53, yes.

8        Q.  But on 66 that's not there, is it?

9        A.  Correct.

10       Q.  So isn't it possible that 66 is for a

11   different time frame?

12       A.  Correct, yeah.

13       Q.  And then --

14       A.  If there is something added on later, yeah.

15       Q.  Okay.

16       A.  This was copied.

17       Q.  Right.

18       A.  Somewhere it was copied again.

19       Q.  Right.  And then would Tiffany ever have

20   been given medications to keep in her cell?

21       A.  No.

22       Q.  And that's because she's High Risk, right?

23       A.  No one is allowed to keep, doesn't matter

24   High Risk or not no one gets a --

Page 96

1       Q.  No one in the Sangamon County Jail would

2   ever keep medications?

3       A.  No.

4       Q.  Okay.  Can I have all --

5       A.  If they don't take it in your presence, it's

6   considered contraband.  They do try and take it but...

7                        (Off Record Discussion.)

8       Q.  If you look at Ernest Exhibit Number 2 which

9   is Sangamon, or which is Plaintiff's production 11008

10  that was your triage form for the time that Tiffany

11  put the strap on, around her neck?

12      A.  Yeah, yes.

13      Q.  Are you looking at that?

14           Okay.  So I believe you testified that

15  you were not the person who discovered her, is that

16  correct?

17      A.  Correct.

18      Q.  And so somebody from Security would have

19  contacted you, is that right?

20      A.  Correct.

21      Q.  And this was dated January 19th of 2017 --

22      A.  Correct.

23      Q.  -- is that correct?

24      A.  Yes.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 97

1        Q.   Okay.  So do you have a recollection of

2   seeing Tiffany before January 19th of 2017 in the

3   Jail?

4        A.   Not specifically.

5        Q.   Do you believe you would have seen her?

6        A.   Yes.

7        Q.   Okay.  And you were one of the people who

8   passed medication, right?

9        A.   Right.

10        Q.   Would you have seen Tiffany in any other

11   capacity other than passing medication or being called

12   to respond to an incident?

13        A.   Or if she needed sick call.

14        Q.   Okay.  So if she requested sick call, you

15   would, might have seen her then, too?

16        A.   Correct.

17        Q.   Now do you have recollection when she came

18   into the Jail of her having this boot on her foot?

19        A.   She did not have this boot on her foot when

20   she came in, she had a hard cast.

21        Q.   Okay.  Do you know when she obtained the

22   boot that had the strap on it?

23        A.   I don't recall.

24             I know she ate the boot, the cast, I

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 98

1   mean.

2        Q.  Okay.  So she came in with the cast, do you

3   know how long she had the cast on her leg?

4        A.  I don't.

5        Q.  Okay.  All right.  And that was something

6   that was in place before she arrived, correct?

7        A.  Correct.

8        Q.  And do you know how she or why she had a

9   cast on?

10       A.  No.

11       Q.  All right.  And were you -- well, how do you

12   know that she ate part of her cast?

13       A.  I was called down when she was taking it

14   apart and was, and was made aware that she had been

15   eating it.

16       Q.  Okay.  Did you have any understanding that

17   she had a broken leg or foot?

18       A.  That's, I mean it might, yeah, I just

19   assumed because of the cast, I don't think anybody

20   ever told me it was actually broke, but, yeah.

21       Q.  Do you have any information to indicate that

22   the cast on her foot was for any reason other than for

23   a fracture?

24       A.  No.

**DEPOSITION OF BILLY ERNEST**                              **June 13, 2019**

Page 99

1      Q.  And do you know who it was that who put the

2   cast on her?

3      A.  I do not.

4      Q.  Okay.  And do you know who it was well, let

5   me ask you this.

6              Did you actually see her taking the

7   cast apart yourself?

8      A.  No.

9      Q.  Someone else reported it?

10     A.  It was all, yeah.

11     Q.  And then what happened when someone reported

12  that she was --

13     A.  She had --

14     Q.  Let me finish my question.

15     A.  Okay.

16     Q.  When you learned that she was taking her

17  cast apart and possibly ingesting it, what happened?

18     A.  That's, I don't know if I was there that

19  day, but I know, I remember seeing, I thought I saw

20  notes where she had actually removed it herself and

21  then we made arrangements for her to see an ortho and

22  that's when she got the soft cast.

23     Q.  Do you know who the orthopedic surgeon or

24  Doctor was?

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 100

1        A.   I don't recall.

2        Q.   And when she came back did she have this

3   boot on her foot?

4        A.   The boot, yes.

5        Q.   Do you have any idea as to how long the boot

6   was on her foot before the strap incident occurred?

7        A.   I don't know, yeah.

8        Q.   Was it more than a week?

9        A.   I can't recall at all, yeah.

10       Q.   Okay.  And at any point well, first of all,

11  did you have any role in making the decision as to

12  whether or not she should get a new cast or something

13  else?

14       A.   I don't believe so, yeah.

15       Q.   And were you involved in any way in the

16  decision to give her this boot?

17       A.   No.

18       Q.   Okay.  And did you tell anyone that you

19  didn't think she should have this boot?

20       A.   No.

21       Q.   And was it your understanding that the boot

22  was there to medically assist the healing process for

23  the fracture that was underneath it?

24       A.   Yes.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 101

1      Q.  Did any Doctor ever tell you that she

2  shouldn't have the boot?

3      A.  No.

4      Q.  And before January 19th of 2017 are you

5  aware of her doing anything inappropriate with the

6  boot?

7      A.  No.

8      Q.  If she had done something inappropriate

9  before this date, is that something that you would

10  have documented had you observed it?

11      A.  Yes.

12      Q.  And I believe you indicated that on this

13  date January 19th of 2017 the strap had already been

14  removed from her neck at the time that you arrived,

15  correct?

16      A.  Yeah.

17      Q.  And had she then been moved -- well, let me

18  ask you.

19          Do you know if she had been physically

20  moved from where they originally found her by the time

21  you arrived?

22      A.  I'm not aware, I don't, I want to say she

23  was already sitting up, but I can't, I don't know if

24  she had, I think I had heard she had covered herself

**DEPOSITION OF BILLY ERNEST**                    June 13, 2019

Page 102

1    up, but I don't know, put the strap on and then

2    covered herself up.  So I don't know if she was

3    sitting; I don't have a clue if she was sitting or

4    laying.  I believe she was sitting up when I arrived

5    though.

6         Q.  I don't want you to guess at anything.

7         A.  Yeah.

8         Q.  And I don't want you to tell me what someone

9    else told you.  I want you to tell me what you know.

10             So when you arrived, do you have a

11   recollection of where she was specifically?

12        A.  She was sitting up.

13        Q.  Do you know where in her cell she was?

14        A.  On the --

15        Q.  On the floor or on the bed?

16        A.  On the bench, yeah.

17        Q.  On the bench, okay.

18             And do you know whether she had been

19   moved to that location or whether she was found in

20   that specific position?

21        A.  No, I don't know.

22        Q.  Okay.  And where was the boot when you

23   arrived?

24        A.  I believe it was out in the hall, they had

DEPOSITION OF BILLY ERNEST                          June 13, 2019

Page 103

1    already removed it all out.

2         Q.  Okay.  And had the strap been taken from off

3    the boot completely?

4         A.  I believe so.

5         Q.  Okay.

6         A.  I believe there was three and I think two of

7    them were off, I'm not, yeah.

8         Q.  Okay.  And when Tiffany came back from well,

9    first of all, did Tiffany, was she sent out to a

10   hospital after this incident?

11        A.  I don't recall.

12        Q.  Do you recall the boot being taken away from

13   her after January 19th of 2017?

14        A.  I'm not for sure about that one either, I

15   don't know.

16        Q.  Okay.

17        A.  Yeah.

18        Q.  Do you have a recollection of her having any

19   other device on her foot after January 19th of 2017?

20        A.  I don't believe so.

21        Q.  And would it be fair to say that you would

22   not make the decision regarding what would be the

23   appropriate device --

24        A.  Correct.

1      Q.  -- medically for her foot after that date,

2  right?

3      A.  Correct.

4      Q.  Okay.  Do you have any knowledge as to

5  whether or not the fracture healed?

6      A.  I don't.

7      Q.  Okay.  And do you recall at some point after

8  January 19th of 2017 that Tiffany was able to walk

9  without any assistive devices?

10     A.  She was able to walk, yes.

11     Q.  So you personally observed her walking in

12  the Jail after this date, correct?

13     A.  Correct.

14     Q.  And do you recall seeing any alteration in

15  her gait after this date that you would have

16  attributed to prior injury?

17     A.  I don't recall any.

18     Q.  Okay.  You were asked some questions about

19  the refusal form which I think was Ernest Exhibit

20  Number 1, is that correct?

21     A.  Uh-huh.

22     Q.  Okay.  Now you, like you said you would try

23  to fill, you would fill one of these out every time

24  that someone refused their medications, right?

DEPOSITION OF BILLY ERNEST                    June 13, 2019

1      A.  Correct.

2      Q.  And most of the time I believe you said that

3  the person refusing wouldn't sign it, so they refused

4  the meds and refused to sign, right?

5      A.  Correct.

6      Q.  Okay.  Now is it your understanding that all

7  Inmates within the Sangamon County Jail have the right

8  to refuse medications?

9      A.  Correct.

10      Q.  And do you, is it your understanding that

11  you do not have the ability or authority to force an

12  Inmate to take a medication?

13      A.  Correct, yes.

14      Q.  Have you ever been a part of the process in

15  forcing an Inmate to take medication?

16      A.  No, no.

17      Q.  Are you aware that there is a process?

18      A.  We have never forced anyone, to my

19  knowledge.

20      Q.  Okay.  If enforcement of medication took

21  place, would you agree that this was something that

22  would be done by someone other than you?

23      A.  Oh, yes.

24      Q.  Okay.  I think this of Exhibit 3 the ISP --

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 106

1              MS. CHARDON:  I think it's 4.

2        Q.  It's 4, okay.

3              If you could look at Exhibit 4 which is

4   Sangamon County Produced 88, do you see that?

5        A.  Where was it?

6        Q.  This, I'm just making sure that we are

7   looking at the same page, you're looking at Exhibit 4?

8        A.  Yes.

9        Q.  Okay.  So you were asked some questions

10  about that document, would you agree that you did not

11  prepare the document?

12       A.  I did not.

13       Q.  And in looking at it, do you know,

14  specifically as you sit here today, what questions the

15  Officer asked you on March 23 of 2017?

16       A.  I do not.

17       Q.  Did you have a recollection of where you

18  were when you spoke with him?

19       A.  Yes.

20       Q.  And where was that?

21       A.  The Third Shift Supervisor's office.

22       Q.  Okay.  And do you know how long the

23  interview lasted?

24       A.  Probably 20, 30 minutes, yeah.

DEPOSITION OF BILLY ERNEST                          June 13, 2019

Page 107

1       Q.  Okay.

2       A.  I don't...

3       Q.  Now this says interview started at 7:22 and

4   was over at 7:30?

5       A.  7:30, okay.

6       Q.  So if it lasted eight minutes, are you going

7   it say it lasted longer?

8       A.  I really don't recall.

9       Q.  Okay.  So it's fair to say that you don't

10  recall exactly --

11      A.  It seemed like it took forever but I don't,

12  yeah.

13      Q.  You don't recall exactly how long this

14  lasted, right?

15      A.  No.

16      Q.  Okay.  And you don't recall exactly what the

17  questions were that he asked you, do you?

18      A.  Do not.

19      Q.  So you were asked some questions about what

20  you told the Officer but you don't know specifically

21  what he asked, right?

22      A.  No.

23      Q.  Okay.  So one of the things that's listed on

24  here it says Ernest indicated that Tiffany had a Pica

**DEPOSITION OF BILLY ERNEST**                              June 13, 2019

Page 108

1    disorder, do you know, even know if you said the word

2    Pica when you were speaking to him?

3         A.  I don't recall it but I would, I am aware of

4    that then, even then, so I, it's possible he asked me

5    if I knew of anything, I mean but I don't specifically

6    remember that, the question.

7         Q.  Okay.  It's possible that he said oh, did

8    you know that Tiffany ate objects that weren't food,

9    he could have said that, right?

10        A.  I don't, yeah, I don't know.

11        Q.  And you would have said yes, right?

12        A.  Yeah.

13        Q.  So you understand that this is his summary

14   of what you said?

15        A.  Okay, yeah.

16        Q.  You understand that?

17        A.  Yes, a summary, yeah.

18        Q.  Okay.  So he could have asked you questions

19   like what I just said in terms of hey, did she eat

20   inanimate objects or did she eat items that weren't

21   food and you would have said yes, right?

22        A.  Yes.

23        Q.  Okay.  And his reference to the term Pica

24   disorder may have been him taking that from the last

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 109

1    person that he talked to before you, you don't know,

2    do you?

3                        MS. CHARDON:  Objection,

4    foundation.

5        Q.  You don't know where he got the words from,

6    do you?

7        A.  No.

8        Q.  Okay.  Now in that last paragraph where it

9    says Ernest said Tiffany had packed her nose full of

10   toilet paper in the past, do you know what

11   specifically he asked you there?

12       A.  What was it again?

13       Q.  The last paragraph where it says Ernest said

14   Tiffany had packed her nose full of toilet paper in

15   the past, do you know what specifically he had asked

16   you?

17       A.  Not specifically.

18       Q.  Okay.  Do you know what records Officer

19   Kaufmann had when he interviewed you?

20       A.  No.

21       Q.  Okay.  And if the Officer said do you know

22   if McFarland confirmed a diagnosis for Tiffany, what

23   would you have said?

24       A.  I don't know, I don't recall one.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 110

1      Q.  Okay.

2      A.  Yeah.

3      Q.  Did anyone at the Jail ever ask you to

4   personally diagnose Tiffany's mental health --

5      A.  No.

6      Q.  -- disorders?

7      A.  No.

8      Q.  Okay.  Now you gave some testimony about the

9   ASQ Form, do you remember talking about that?

10     A.  Yes.

11     Q.  Okay now that is something that you said is

12  in place currently?

13     A.  Yes.

14     Q.  Is that an ACH document --

15     A.  Yes.

16     Q.  -- or Sangamon County Jail document?

17     A.  It's an ACH document.

18     Q.  Okay.  Would it be fair to say that you

19  would need to see what the document specifically says

20  in order to determine under what circumstances you

21  would use it?

22     A.  I have it available to me so I would, yeah,

23  if I was -- what's the question again?

24     Q.  Would you need to see the document in order

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 111

1   to know when it is that you need to use it?

2        A.   Oh, no.

3        Q.   You know exactly what it says?

4        A.   I don't know exactly what it says but I know

5   to retrieve the document whenever I perceive an at

6   risk person.

7        Q.   Okay.  So everyone in the High Risk well,

8   there are a number of people who are already in High

9   Risk, right?

10       A.   Yes.

11       Q.   So if somebody in High Risk who's already

12  placed in High Risk exhibits a behavior that warrants

13  them to be, remain in High Risk are you telling me

14  that you have to fill out an ASQ Form every time you

15  observe that?

16       A.   If they are already in Mental Health, there

17  is no need to, I don't think, to fill out another one.

18       Q.   And would the form direction specifically

19  tell you under what circumstances you need to complete

20  the form?

21       A.   I don't think so, I'm not certain.

22       Q.   Okay.

23       A.   I haven't looked at one in a little bit,

24  it's been...

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 112

1      Q.  Have you ever filled out a ASQ Form for a
2  person that's already in High Risk?
3      A.  No.
4      Q.  Would it be fair to say every time that you
5  encountered Tiffany she was in a High Risk Cell?
6      A.  Yes.
7      Q.  Did Tiffany ever report to you that she was
8  having any sort of particular problems?
9      A.  Not that I recall.
10     Q.  Okay.  What were the circumstances under
11 which Tiffany reported to you that she was looking
12 forward to getting a cake?
13     A.  Getting the cake just like during med pass.
14     Q.  Yes.  Okay.  This was just a generic
15 conversation that you had with her?
16     A.  Just, yeah.
17     Q.  Would it be fair to say that whenever you
18 walked through you would talk to the patients that you
19 would see in the Jail if they initiated a
20 conversation?
21     A.  Correct.
22     Q.  Okay.  And that conversation was just
23 something that she initiated?
24     A.  Yes.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 113

1      Q.  Okay.  And I believe Counsel asked you this,

2   do you recall any other conversation that you had with

3   Tiffany?

4      A.  Not right off, no.

5      Q.  Okay.  And had, did you ever ask Tiffany on

6   January 19th of 2017 or any date thereafter why she

7   put the strap around her neck?

8      A.  No.

9      Q.  Did you ever see her do any other self

10   harming behavior after January 19th of 2017?

11      A.  No, I never.

12      Q.  Was she always pleasant to you?

13      A.  Yes.

14      Q.  Did she ever try to, did you ever see her

15   try to harm another Inmate?

16      A.  No.

17      Q.  Did you ever see her try to harm a staff

18   member while she was in the Sangamon County Jail?

19      A.  No.

20      Q.  Did you ever request that Tiffany be

21   restrained at any time that you were encountering her?

22      A.  No.

23      Q.  Do you have the ability to ask for Security

24   to restrain an Inmate a patient when you're doing your

**DEPOSITION OF BILLY ERNEST**                    June 13, 2019

1    rounds if you felt it was necessary?

2         A.  I believe so.

3         Q.  Did Tiffany typically follow direction when

4    given?

5         A.  Normally for me, yeah.

6         Q.  When you would give her medications, did you

7    instruct her what to do with the medication in terms

8    of how to take it and whether she needed water or

9    something?

10        A.  She normally, I mean she normally took it

11   without prompt.  I mean when I gave it to her, she

12   knew, she knew how to take them.  I didn't have to

13   prompt her to go get a drink or yeah, I don't remember

14   her ever not doing her part of it, you know.

15        Q.  Would you watch her to make sure she took

16   the medications?

17        A.  Yes.

18        Q.  And based on your observation she did take

19   the medications as instructed?

20        A.  Yes.

21        Q.  Except for the time that she refused,

22   correct?

23        A.  Right.

24        Q.  Okay.  Did you ever believe that she was

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 115

1    cheeking her medication at any time or not swallowing

2    them completely?

3         A.   I never witnessed it.

4         Q.   And you would agree that you were not

5    involved in the process of determining which

6    medication she should or should not take?

7         A.   Correct.

8         Q.   You never spoke with any outside Mental

9    Health provider for Tiffany, did you?

10        A.   No.

11        Q.   And you never talked to the Doctors that

12   were treating her when she was sent out from the Jail?

13        A.   No.

14        Q.   And if an outside Doctor ordered her to have

15   the boot, that's something that you would allow her to

16   have?

17        A.   Correct.

18        Q.   Once it had been ordered by someone else,

19   correct?

20        A.   Right.

21        Q.   Would you ever be involved in providing or

22   passing out food to people on High Risk?

23        A.   No.

24        Q.   Did you ever observe Tiffany eating in the

DEPOSITION OF BILLY ERNEST                     June 13, 2019

Page 116

1   Jail?

2        A.  Doing what?

3        Q.  Eating in the Jail?

4        A.  Eating?

5        Q.  Yes.

6        A.  No.

7        Q.  Okay.  If you had someone like Tiffany who

8   said they would sign their refusal, would such a

9   person like that be, would you take that pen right

10  back from them?

11       A.  Correct.

12       Q.  Do you recall ever offering her a pen?

13       A.  She normally wouldn't, no, I mean if she

14  wanted one, I would have provided her one.

15       Q.  Are you aware of Tiffany ever trying to

16  engage in self harm behaviors by any method other than

17  putting things around her neck?

18       A.  No.

19       Q.  Were you ever part of the process of taking

20  people for showers?

21       A.  No.

22       Q.  And I believe you said that your hours were

23  what, 6 to 6 or what was it?

24       A.  I had different hours then.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 117

1       Q.  What were your hours back then?

2       A.  I don't really remember, I was the only one

3  that was available to swing shift, so I would have a

4  couple of days a week then 3 or 4 nights a week, I

5  don't, that's why my name will be up and down on the

6  MAR because I, we were I believe we were short staffed

7  then and I was able to move around where other folks

8  couldn't.

9       Q.  So you worked basically when they needed

10 someone to be there?

11      A.  Correct.

12      Q.  You didn't have a set schedule?

13      A.  But I was full time, I had a fairly set

14 schedule, yeah.  Yeah, I just don't remember what,

15 it's always been every other weekend so the in between

16 I don't know of exactly what days.

17      Q.  So you said you worked every other weekend?

18      A.  Yeah.

19      Q.  So with Mr. Shmikler do you know when he was

20 at the Jail?

21      A.  He had different hours as well.

22      Q.  Is it possible --

23      A.  I think he had another facility he went to.

24      Q.  Is it possible that you worked at the Jail

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 118

1   at times that he was --

2         A.  Not there?

3         Q.  He was never there?

4         A.  Yes.

5         Q.  You would agree that you are not in

6   management for ACH?

7         A.  Management?

8         Q.  Right.

9         A.  Yeah, not, yeah.

10        Q.  And you're not involved in Security at the

11  Jail, are you?

12        A.  No.

13        Q.  Do you have a recollection of who the

14  Officer was who was with you on January 19th of 2017?

15        A.  Other than Sergeant Krueger, I don't

16  remember any other Officers there.

17        Q.  Okay.

18        A.  I, there were several there, it was, there

19  was Court going on, so there were several Officers

20  already there.

21        Q.  And would you have been called by Sergeant

22  Krueger because he was the Officer in charge of that

23  shift on that particular day, correct?

24        A.  Right.

**DEPOSITION OF BILLY ERNEST**                              June 13, 2019

Page 119

1      Q.   That just means who called you not who

2    actually found her?

3      A.   Correct.

4      Q.   Okay.  And you wouldn't know who took her to

5    the hospital or wherever she went?

6      A.   No.

7      Q.   Okay.  And medications are passed by Medical

8    personnel with ACH and not by Jail Staff, correct?

9      A.   Correct.

10      Q.   Okay.  And the ASQ Forms are those also

11    completed by ACH personnel and not by Jail Staff?

12      A.   Correct.

13                    MS. POWELL:  Okay.  That's all

14    I have.

15                    MS. WIRTH:  I don't think I

16    have follow-up after that.  Do you have anything else?

17                    MS. CHARDON:  Just a few.

18                REDIRECT EXAMINATION

19                CONDUCTED BY MS. CHARDON:

20      Q.   Miss Powell asked you if Tiffany had ever

21    told you why she had put the Velcro strap around her

22    neck, do you recollect that question?

23      A.   Yes.

24      Q.   And you said the answer was no?

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 120

1       A.   I don't recall, yeah.

2       Q.   You recollect that you wrote in your report,

3   the triage report that day that she said she was

4   depressed, correct?

5       A.   Did I?

6       Q.   Why don't we look at it, yes.

7              Did you write on the report that day

8   that she said that she was depressed?

9       A.   I believe, yeah, I guess so, I don't recall

10  it but yeah, it's on here.

11      Q.   Does that indicate to you that she told you

12  that that was the reason why she had put the strap

13  around her neck?

14      A.   Yes.

15      Q.   Okay.  Miss Powell asked you if you were

16  aware of in any other cell, incidents where she tried

17  to harm herself other than the time that she put the

18  Velcro around her neck and you said no?

19      A.   Yes.

20      Q.   Were you, you were aware of the toilet paper

21  incident where she put that in her nose, correct?

22      A.   Yes.

23      Q.   Were you aware that she had reported

24  swallowing a spoon?

DEPOSITION OF BILLY ERNEST                          June 13, 2019

Page 121

1      A.  Yeah.

2      Q.  You were aware of that?

3      A.  Yeah.

4      Q.  Were you aware of that she reported

5  swallowing Medical clips?

6      A.  No.

7      Q.  Were you aware that she reported swallowing

8  a plastic bag?

9      A.  No.

10      Q.  Okay.  Would you consider swallowing those

11  items to be attempts at self harm?

12                  MS. POWELL:  Well, I just

13  object to foundation.

14      A.  Yeah.

15      Q.  Were you aware of that she had swallowed a

16  spoon, for example?

17      A.  I'm not positive, I think I heard about it

18  but I don't know of it.

19      Q.  Because you knew while she at the prison

20  that she would swallow foreign objects, correct?

21      A.  Correct.

22      Q.  And that was posted on the sign outside her

23  cell?

24      A.  I believe so, yeah.

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 122

1        Q.   And her Medical records said that she had

2    Pica?

3        A.   Correct.

4        Q.   You understood that while you were treating

5    her while at the Jail that she had Pica?

6        A.   Correct.

7        Q.   Did you get information from the

8    Correctional Staff indicating that she had, she had

9    Pica?

10       A.   Yes.

11       Q.   The answer was yes?

12       A.   Yes.

13       Q.   And so Miss Powell asked you about the

14   report of, the ISP's report of their conversation,

15   their interview with you following the death, correct?

16       A.   Uh-huh.

17       Q.   You have no reason to believe that the

18   report was incorrect where it transcribes that you

19   said that Miss Rusher had Pica, right?

20       A.   Correct.

21                  MS. POWELL:  I am going to

22   object to the form of the question it's not a

23   transcription.

24       Q.   Okay.  You have no reason to believe that

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 123

1    you didn't say that, correct?

2        A.   Correct.

3        Q.   The fact that he put down that you said she

4    had Pica in a record of your interview indicates that

5    you did say that, right?

6        A.   Yes.

7        Q.   Okay.  Were you, when Tiffany was on High

8    Risk status, were you aware that she was to have

9    monitoring at regular intervals?

10       A.   Yes.

11       Q.   Were you part of that monitoring?

12       A.   No.

13       Q.   Okay.  And do you know what the interval

14   was?

15       A.   I believe it's 15 minutes.

16       Q.   Okay.  Was there were any Inmates there who

17   were being monitored at more regular, more frequently

18   than 15 minutes?

19       A.   No.

20       Q.   Okay.  That was the maximum, the --

21       A.   The minimum, I think.

22       Q.   Okay.  And was there a window in Miss

23   Rusher's cell?

24       A.   Yes.

**DEPOSITION OF BILLY ERNEST**                    June 13, 2019

Page 124

1       Q.  Where did that window, what was the other

2   side of that window looking into?

3       A.  What?

4       Q.  Oh, there was window in the hall, correct?

5       A.  Correct.

6       Q.  And was there a window in the, on the

7   back --

8       A.  Yes.

9       Q.  -- with a curtain on it?

10      A.  Yes.

11      Q.  Or that was covered in some way, I should

12  say?

13      A.  Right.

14      Q.  And was anyone viewing Miss Rusher through

15  that window?

16      A.  I wouldn't know that's, yeah, that's not on

17  the side, I would have access to.

18                   MS. CHARDON:  Okay.  I don't

19  have anymore questions.

20                   MS. POWELL:  Me either.

21                   MS. WIRTH.  We're done.

22

23

24

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 125

1   STATE OF ILLINOIS        )
    COUNTY OF CHRISTIAN       )
2

3

                        CERTIFICATE
4

5        I, Cathy J. Craggs, CSR and RPR,

6   affiliated with Associated Court Reporters,

7   P.O. Box 684, Taylorville, Illinois, do hereby

8   certify that I reported in shorthand the

9   foregoing proceedings and the foregoing is a

10  true and correct transcript of my shorthand

11  notes.

12       I further certify that I am in no

13  way related to or associated with any of the

14  parties or attorneys involved herein, nor am I

15  financially interested in the action.

16

17

18

19                      _____

20                      CATHY J. CRAGGS CSR, RPR

21                      CSR License No. 084-002703

22

23  Dated this 15th day of July, 2019.

24

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 126

**A**

a.m 1:20 2:6
  17:20
abdomen 53:21
ability 105:11
  113:23
able 16:9 19:12
  22:5 71:24
  72:1 104:8,10
  117:7
Abraham 1:11
  3:15 31:24
  32:2,8,13
  37:22 38:8
  42:17 43:9
  75:5,8 76:9
  87:1,5
acceptable 45:19
access 124:17
accident 20:9
ACH 7:9,11 8:11
  9:3,13 10:14
  11:4 12:17
  13:17 14:5,9
  17:14 22:8,20
  27:1 45:7,11
  48:22 61:2
  67:6 110:14,17
  118:6 119:8,11
acronym 39:17
  39:17
action 27:1
  125:15
actual 43:6
added 95:14
addition 6:9
address 13:2
administered
  81:5,10
Administration
  79:24
administrative
  64:4
ADMINISTR...
  1:5

adult 67:15
Advanced 1:10
  3:16
affect 38:2
affiliated 125:6
Affirmatively
  21:20 23:24
  80:22
Agent 67:21
ago 8:24 39:9,10
agree 105:21
  106:10 115:4
  118:5
ahead 6:23
  85:20 90:22
alert 51:21
Alexis 3:3 5:9
alive 65:2
ALLEN 3:7
allow 115:15
allowed 34:21
  95:23
alteration
  104:14
Amber 12:21
  23:16 48:6
amount 20:20
  20:23 21:3
  54:19
amounts 20:11
Amoxil 91:9
and/or 43:24
ANDREWS 1:5
ANN 1:6
answer 6:11,14
  6:19,23,24
  22:11 35:8,8
  42:4 57:15
  73:22 119:24
  122:11
answers 2:11
antipsychotic
  33:6 84:12
antiseizure 84:6
anybody 16:14

32:7,7,10
  56:18 60:15,20
  60:21 64:8
  77:24 98:19
anymore 124:19
apart 98:14 99:7
  99:17
apologize 5:20
  7:3
APPEARANC...
  3:1
Appeared 3:6,10
  3:15
appears 27:1
apply 50:2 59:20
appreciate 7:2
appropriate
  103:23
April 52:10,24
area 53:21
arrangements
  99:21
arrived 57:7
  62:9,20 63:3
  73:9 98:6
  101:14,21
  102:4,10,23
arrow 84:21
Arun 1:11 3:15
asked 22:9 42:3
  46:22 62:20
  64:18 73:12
  75:4 104:18
  106:9,15
  107:17,19,21
  108:4,18
  109:11,15
  113:1 119:20
  120:15 122:13
asking 66:2
  79:18,20 94:16
aspirin 87:6
ASQ 39:2,2,3,8
  39:20 40:4,22
  41:11 46:17

47:4,13,18,23
  48:19,21 49:12
  50:4,12 51:2,7
  53:8 60:5
  68:22 110:9
  111:14 112:1
  119:10
assess 15:7,22
assessing 39:23
assessment 16:1
  24:9,13,17
  51:13
assessments
  16:12
assist 100:22
assistive 104:9
associated 1:23
  125:6,13
assumed 98:19
ate 97:24 98:12
  108:8
atta 64:1
attached 1:22
attempt 19:15
  19:18 20:8
  22:3 42:15,16
  49:18 69:14,22
  69:23 70:2,9
  70:13,15,21,22
  71:4,12 72:2
attempted 61:18
  62:5
attempts 13:11
  14:10 121:11
attend 94:7
attention 19:19
  19:20 20:18,18
  21:18 22:13,21
  40:20 50:5
  55:11
attorney 3:4,8
  5:9 6:2
attorneys 2:3
  125:14
attributed

104:16
August 7:12
authored 34:8
  49:4 63:10
authority 105:11
authorize 34:9
available 49:21
  110:22 117:3
Avenue 3:4,8
average 35:9
aware 16:18,22
  25:19 33:5,9
  44:11 50:17
  51:9,12 53:1,2
  53:5,24 56:21
  56:24 57:7
  58:24 59:1,24
  64:4 69:5
  72:13,22 74:2
  74:5 76:11,19
  78:2 79:11,14
  98:14 101:5,22
  105:17 108:3
  116:15 120:16
  120:20,23
  121:2,4,7,15
  123:8
awhile 20:5
  29:23
awkward 56:1

**B**

B 4:5
B.E 86:3,6
back 8:21,24
  15:9 22:9
  38:18 42:5
  52:20 58:8,9
  71:1 85:12,21
  85:21 91:6
  100:2 103:8
  116:10 117:1
  124:7
background 7:2
bad 13:9 39:24

DEPOSITION OF BILLY ERNEST                          June 13, 2019

Page 127

40:16 49:14
64:2
**badge** 37:5
**bag** 53:3,4,6,9
53:14 90:12
121:8
**balls** 41:6
**Barr** 1:10 3:10
**based** 70:18
114:18
**basic** 28:15
31:11
**basically** 39:21
117:9
**Bates** 80:7 93:12
**Beck** 1:10 3:10
**bed** 73:2 102:15
**Beddingfield**
48:10
**beginning** 80:9
85:16
**behalf** 3:6,10,15
**behavior** 22:13
111:12 113:10
**behaviors** 22:21
116:16
**believe** 11:22
21:1 23:14,17
24:15 38:24
39:13 41:4
45:16 51:24
63:9 67:14
68:3,5,12
73:13 74:8,19
76:14 90:12
96:14 97:5
100:14 101:12
102:4,24 103:4
103:6,20 105:2
113:1 114:2,24
116:22 117:6
120:9 121:24
122:17,24
123:15
**bench** 102:16,17

**beneficial** 29:23
**bet** 6:2
**Betsy** 3:13
**better** 29:18
**Bettingfield**
11:14 12:22
**Bettington** 11:14
48:10
**Bible** 79:13,16
79:20
**Billy** 1:17 2:4
4:3 5:1,14
41:15,17,17
66:15,17
**binder** 8:20
**birthday** 77:13
**bit** 15:9 111:23
**blank** 34:12
**blanket** 92:8
**bleeding** 16:6,7
**block** 21:4,24
**blood** 30:3 36:4
91:23
**blow** 16:5 19:12
**blue** 72:16 90:14
**bluish** 72:16
**book** 8:20
**Booking** 25:20
**boot** 71:2,19
97:18,19,22,24
100:3,4,5,16
100:19,21
101:2,6 102:22
103:3,12
115:15
**bother** 55:21
**bottom** 28:3
63:11 82:16
87:4 94:23
95:2
**Bouderdaben**
3:18
**Bouvet** 1:13
3:10 52:7 62:9
**box** 1:24 50:1

125:7
**boxes** 80:21
81:16
**boys** 64:1
**brand** 83:20
**break** 6:18
**breath** 22:5
**breathalyzer**
16:6
**breathe** 20:24
**breathing** 19:6
21:24
**briefly** 6:3
**broke** 98:20
**broken** 98:17
**building** 44:12

## C

**C's** 46:3
**cake** 68:18 70:19
77:13 112:12
112:13
**Caldwell** 12:15
12:16,19 49:2
**call** 13:23 15:19
17:3 19:1 36:6
36:22 37:4
48:1 62:14
97:13,14
**called** 5:2 7:24
39:2 42:8
43:10,13 45:21
52:11 61:13
63:2 97:11
98:13 118:21
119:1
**calls** 79:7
**capable** 15:23
16:3
**capacity** 97:11
**care** 15:1 20:15
20:19 23:20
60:22
**career** 8:16
**case** 24:23 41:19

44:22 81:23
**cast** 41:2 97:20
97:24 98:2,3,9
98:12,19,22
99:2,7,17,22
100:12
**Cathy** 1:18 2:9
6:4,15 125:5
125:20
**cause** 22:22
68:17
**caused** 58:5
**cell** 36:11,12,14
42:8 54:1,9
55:4 79:11
85:19 95:20
102:13 112:5
120:16 121:23
123:23
**cells** 36:13 52:24
62:22
**CENTRAL** 1:2
**certain** 56:8
82:4 90:24
111:21
**certainly** 6:6
**CERTIFICATE**
125:3
**certify** 125:8,12
**CERULO** 1:21
2:7 3:12
**chain** 44:22
63:12
**challenge** 36:20
**change** 29:16,18
44:1
**changed** 15:15
29:6,7 31:23
**changes** 60:4
**characterize**
71:16
**Chardon** 3:3,3
4:14 5:6,9
27:21 47:12
48:14 63:19

86:13 90:13,19
93:16 94:5,15
106:1 109:3
119:17,19
124:18
**charge** 32:10,13
33:24 78:10
118:22
**charged** 78:18
**chart** 57:2 74:6
74:16 75:3
80:14 81:24
87:17
**charting** 60:5
82:20 94:24
**charts** 57:3
82:15
**check** 36:4 50:1
58:22 59:4,16
60:3
**checked** 28:21
58:20 59:7
**cheeking** 115:1
**cheese** 58:4
**Chicago** 3:5
**Chlorpromazi...**
84:13
**choke** 72:1
**choked** 73:8
**Christian** 9:12
9:18 10:6,9,17
125:1
**circle** 85:10,12
90:14,20,22
92:19 93:1
**circled** 85:24
86:6 92:2,3
**circulation** 59:8
**circumstances**
59:1 110:20
111:19 112:10
**claimed** 20:4,12
**clarifying** 22:10
**class** 48:22
**clear** 6:14

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 128

clerk 16:16
Clerks 51:18
clinical 11:24
clips 121:5
clue 102:3
coax 15:4
collection 80:7
coloration 73:5
column 82:12
  84:22
combination
  82:3
come 16:5 35:24
  36:1,12 67:15
  77:19,24 78:24
coming 11:6
  36:4
comments 56:2
commercial
  88:17
common 35:3
commonly 66:24
communicate
  61:7
communication
  44:6 61:1
competent 2:18
complete 111:19
completed 65:9
  119:11
completely
  103:3 115:2
concurrently
  9:22
condition 65:1
conduct 16:11
CONDUCTED
  5:6 94:19
  119:19
confess 66:18
confirm 91:7
confirmed 73:14
  74:9 109:22
confused 70:7
confusing 71:15

consider 10:14
  19:14,17,20
  20:7 23:12
  57:11,20 58:12
  58:12 121:10
considerable
  60:11
considered 11:1
  54:20 96:6
constitute 49:10
contact 61:9
contacted 96:19
contiguous 93:3
continue 62:18
  87:17,22
continuous
  80:11
contraband 96:6
conversation
  112:15,20,22
  113:2 122:14
conversations
  38:11 75:7
  76:21,23 77:2
  77:16 94:11
coordinate 61:3
  61:4,6
copied 95:16,18
copies 2:19 93:4
copy 24:8 25:24
  27:23 32:5
  42:12,14,19
  43:23 44:3,10
  44:16,20,20,23
  52:4,8 82:10
correct 5:19
  7:10 8:7,12
  9:15 10:12
  17:5 21:5,6,12
  21:21,24 23:9
  27:14 28:6
  30:6 34:5,10
  36:11 37:2,6
  37:10,23 43:21
  43:22 45:2

46:20,24 50:10
  50:13 51:3
  62:6 63:15
  74:12 82:2
  83:7,8,16,17
  83:19 86:17
  87:6 88:7
  91:12,13 95:4
  95:9,12 96:16
  96:17,20,22,23
  97:16 98:6,7
  101:15 103:24
  104:3,12,13,20
  105:1,5,9,13
  112:21 114:22
  115:7,17,19
  116:11 117:11
  118:23 119:3,8
  119:9,12 120:4
  120:21 121:20
  121:21 122:3,6
  122:15,20
  123:1,2 124:4
  124:5 125:10
Correctional
  1:11 3:16
  122:8
correctly 33:16
  61:23 66:1
  71:3
Counsel 113:1
County 1:9 3:11
  7:8 9:7,12,12
  9:17,18,19,19
  10:3,6,9,10,10
  10:17,17 11:19
  14:14 15:11
  17:5,15 23:23
  27:19 38:21
  46:19 50:10
  54:21 60:16
  65:16 67:3
  80:5,8 82:22
  96:1 105:7
  106:4 110:16

113:18 125:1
couple 38:15
  63:4 68:14
  80:19 85:23
  90:7 117:4
course 50:22
  55:1
Court 1:1,23
  27:16 41:8
  63:22 65:19
  80:3 118:19
  125:6
Courts 13:10
cover 12:11
covered 101:24
  102:2 124:11
CPR 62:10,20
  64:12
cracker 58:4
Craggs 1:18 2:9
  125:5,20
create 13:12
  30:6
CROSS 4:2
  94:19
CSR 1:18 2:9
  125:5,20,21
currently 7:7
  9:16 89:9
  110:12
curtain 124:9
cut 82:10
cuts 40:2 49:15
cutting 59:8

D

D 4:1
D/C 83:10,11
  84:17 85:1
D/C'd 86:23
daily 15:18 35:7
  35:8
damaging 14:1
Dambacher
  42:20,22 43:7

44:22 87:4
  88:5,8
dangerous 22:4
Daniels 18:1,10
Daniels' 18:2
date 33:21 42:6
  81:8 82:10
  84:23,23 90:5
  101:9,13 104:1
  104:12,15
  113:6
dated 28:5 96:21
  125:23
dates 85:3 95:3
day 15:8,22
  17:17 28:11,18
  31:5 35:14
  36:7 44:15
  54:10 62:8
  71:7,13 72:17
  72:18,21,21
  78:8 82:14
  87:1 92:6,7,8
  92:10,18 99:19
  118:23 120:3,7
  125:23
days 18:5,6,7,8
  18:12,14 30:14
  31:10,13,14
  38:15 68:14
  117:4,16
dayshift 17:17
DD's 85:23
deal 12:12
death 27:6 29:9
  69:4 94:8
  122:15
DECEASED 1:6
December 15:13
  15:13
decide 26:10
decided 21:18
decision 100:11
  100:16 103:22
Defendants 1:14

DEPOSITION OF BILLY ERNEST

June 13, 2019

Page 129

3:10
definite 72:2
Depakote 84:4,5
  87:21
depending 82:3
deposed 5:22
deposition 1:17
  2:3,14,15,19
  92:16
depositions 2:18
depressed 71:7
  120:4,8
describe 50:9
described 46:18
Detainee 34:9
Detainee's 34:5
  34:12
determine 74:16
  82:14 110:20
determined
  21:15 24:24
  25:6
determining
  24:21 115:5
device 103:19,23
devices 104:9
diagnose 110:4
diagnosed 74:20
diagnoses 56:22
  57:1
diagnosis 73:14
  73:21 74:3,9
  74:17 75:1
  109:22
DIC 83:10
difference 22:2
different 9:22
  35:3 37:18
  61:5 70:4 85:5
  91:18 93:12
  95:11 116:24
  117:21
difficult 20:24
DIRECT 4:2 5:5
direction 111:18

114:3
Director 37:18
discipline 71:24
discolored 69:20
  69:23,24 70:11
discontinued
  83:12,13 84:17
  84:19 87:9
discovered
  96:15
discussed 68:23
discussing 70:3
  78:12
Discussion 96:7
disorder 66:21
  66:24 67:6,13
  108:1,24
disorders 110:6
distinguish 7:20
distinguished
  15:5
distribute 81:20
distribution
  81:24
DISTRICT 1:1
  1:2
DOC 57:10
Doctor 12:16,19
  29:20,24 31:15
  31:17,19,22
  32:2,8,13
  33:22 37:22
  38:8 42:17
  43:6 75:5,8,8
  87:5 88:4
  89:19 99:24
  101:1 115:14
Doctors 115:11
document 26:23
  34:8 37:17
  52:6 80:12
  106:10,11
  110:14,16,17
  110:19,24
  111:5

documentation
  25:16 26:20
  59:20
documented
  101:10
documents 76:4
  76:5
doing 29:22
  39:22 50:4
  59:6 64:14,19
  101:5 113:24
  114:14 116:2
door 36:11,14
dose 28:22
doses 37:10
downstairs
  25:19 51:20
  75:14
drainage 20:3
draining 20:5
drink 114:13
drive 10:4
drug 81:6,10
  83:16 84:1,11
  85:5,11 86:9
  92:13,14
drugs 35:14 82:4
  83:24
duly 5:3
duties 15:10
  50:23 54:24
duty 62:3

_____

E

E 3:10 4:1,5 5:18
  48:13
e-mail 63:9,12
  63:13,24
Ealey 1:13 3:10
earlier 20:17
  70:2,19 71:2
  73:20
early 38:19
easy 63:9 65:5
  66:14

eat 66:24 108:19
  108:20
eating 98:15
  115:24 116:3,4
Effexor 83:20
  84:1
eight 7:17 8:6
  107:6
either 7:22
  10:17 11:14
  48:9 81:23
  88:24 89:13
  103:14 124:20
elements 39:19
Ember 11:13
  48:13,15,17
emergencies
  15:21 17:4,4
emergency
  44:19 62:13
  64:22
emergent 19:3
employed 7:7,9
  7:11 10:1
employee 10:14
  17:14
employees 61:2
EMT 64:22
encountered
  112:5
encountering
  113:21
ended 55:12
  78:17
ends 66:16
enforcement
  105:20
engage 116:16
entered 44:11
entire 8:10
Ernest 1:17 2:4
  4:3,6,7,8,8
  5:1,14,15,16
  5:21 27:15,19
  41:7,17 63:20

63:21 65:15,18
  66:12,12,14,16
  66:20 73:13
  74:8 80:1,2
  96:8 104:19
  107:24 109:9
  109:13
error 88:8
escaping 48:7
Especially 86:23
Esq 3:3,7,13
estate 1:6 5:10
event 19:14 21:5
  21:7,11,13,15
  53:6,7
eventually 70:21
  72:18
everybody 15:1
  31:5
everyday 35:18
exactly 10:3
  12:1 46:11
  90:23 107:10
  107:13,16
  111:3,4 117:16
EXAMINATI...
  5:5 94:19
  119:18
example 84:1
  90:6 91:6
  121:16
exceptionally
  64:5
excerpted 80:7
excessive 20:11
  20:20 21:3
excuse 15:13
  18:8 33:17
  69:10 80:6
exhibit 4:6,6,7,7
  4:8,8 27:12,15
  41:7,18 47:3
  47:11,12 52:7
  63:21 65:15,18
  73:15,18 80:1

DEPOSITION OF BILLY ERNEST

June 13, 2019

80:2,7 83:6
86:5 92:15
96:8 104:19
105:24 106:3,7
**exhibited** 67:18
**exhibits** 4:14
111:12
**exist** 50:18
**existence** 39:12
51:2
**expect** 53:13
66:19
**expense** 2:21
**experience** 65:4
**expire** 84:22
87:21
**expired** 89:13
**explain** 6:4
**explained** 6:3
**expression** 46:9
46:13
**extended** 30:10
31:3,7
**extra** 15:3 55:11
55:12

---

**F**

**face** 72:15
**facilities** 9:6
**facility** 23:8
33:24 37:24
43:14 88:3
117:23
**fact** 57:23 66:17
71:10 123:3
**factor** 13:12
30:9 49:10
69:1
**factors** 12:23
13:3 49:23
**fair** 6:11,16
33:18 103:21
107:9 110:18
112:4,17
**fairly** 62:23 65:3

90:24 117:13
**familiar** 33:1
39:8 46:4
52:15,22 57:5
80:12 83:15,24
**familiarize** 33:3
**family** 13:9 78:4
79:2
**far** 68:11,20
**February** 28:5
91:8,9,11
92:16,22
**feel** 6:18
**feeling** 13:10
15:5
**fella** 62:23
**felt** 114:1
**fidgety** 40:1
**fill** 28:12 40:7,11
40:20,21,23
41:11 46:22
47:4,15 49:12
49:17 53:8
60:2 61:19
80:16 81:12
82:7 85:20
104:23,23
111:14,17
**filled** 47:21
88:13 92:10
112:1
**filling** 48:18
61:20 85:15
89:6
**final** 70:9,14
72:21
**finally** 62:5
**financially**
125:15
**find** 28:2
**fine** 28:1 52:20
62:22
**finish** 6:8,10
99:14
**first** 5:24 14:1

19:7 39:5,8
43:8 62:5 63:1
68:17 80:19,20
83:1 86:4
93:23 100:10
103:9
**five** 18:6,15
**flag** 30:23
**floating** 52:8
**floor** 73:2,3
102:15
**fluorescent**
90:17
**folks** 55:16
117:7
**follow** 11:8
59:11 114:3
**follow-up** 53:12
119:16
**followed** 26:3
**following** 94:8
122:15
**follows** 5:4
**food** 108:8,21
115:22
**foot** 97:18,19
98:17,22 100:3
100:6 103:19
104:1
**force** 105:11
**forced** 105:18
**forcing** 105:15
**foregoing** 125:9
125:9
**foreign** 121:20
**forever** 107:11
**form** 21:10
27:22 28:9,10
28:15,16 31:23
32:5 39:2
44:20 46:23
47:5,14,18,23
48:19 49:12,17
49:21,23 50:4
50:12 52:12,15

53:8 60:2
61:15,18,21,24
66:17 92:11
96:10 104:19
110:9 111:14
111:18,20
112:1 122:22
**formal** 26:2
**forms** 51:2,7
119:10
**forward** 68:16
79:19 112:12
**found** 101:20
102:19 119:2
**foundation** 2:17
57:14 109:4
121:13
**four** 31:10
**fracture** 98:23
100:23 104:5
**frame** 95:11
**free** 6:18
**frequently**
123:17
**friends** 79:5
**front** 36:11,14
**full** 5:12 10:1,14
10:18 11:1
23:13 109:9,14
117:13
**Fulton** 9:12,18
10:2,2,10,16
10:17
**Furlong** 28:8,20
**furnished** 2:20
**further** 125:12
**future** 13:12

---

**G**

**G** 3:3 5:14
**gait** 104:15
**garbage** 58:9,10
**general** 78:8
**generally** 55:7
85:20

**generic** 112:14
**genuine** 69:13
69:22 70:15
71:12
**gesture** 19:21
21:19 40:20
68:10 69:10
**gestures** 13:19
50:3
**getting** 9:4 26:7
26:9,13,19
60:24 64:19
68:17 77:13
78:17 80:9
112:12,13
**give** 15:1 24:8
36:12 58:9,9
66:2 75:23,24
88:17 100:16
114:6
**given** 35:14
42:12,14 76:4
79:22 95:20
114:4
**gives** 49:3
**giving** 56:4
**go** 6:23 8:21
36:13,14 42:17
75:13 85:12,21
85:21 90:22
114:13
**going** 16:9 25:18
27:12,14,18
35:10 47:3
52:4,9 55:13
64:17 65:15
67:19 71:1
77:22 79:23
84:24 86:24
90:5,14 107:6
118:19 122:21
**good** 5:7 6:16
59:15 64:14
**graduating** 9:4
**group** 80:7

DEPOSITION OF BILLY ERNEST

June 13, 2019

Page 131

93:22
groups 57:23
guess 58:2 68:2
  90:1,7 92:22
  102:6 120:9
guessing 34:23
  39:17
Guy 1:13 3:10
guys 63:5 64:4
  64:13

**H**

H 4:5
half 39:10
hall 102:24
  124:4
hand 24:17
  44:14,21 52:9
  76:5 82:12,13
  84:22 91:2,6
handed 24:17
handing 32:20
  37:16
handle 17:3
  58:11
handled 37:15
  51:16
handwriting
  41:24
handwritten
  89:12
happen 46:10
  60:6 92:13
happened 15:21
  40:21 41:13,14
  42:6 46:1 47:4
  71:2,3 89:16
  99:11,17
happening
  55:14
happy 69:6
hard 19:6 81:18
  97:20
harm 13:11,19
  13:22,24 19:17

21:5,7,10,13
21:16 22:3,22
25:1,3 50:4
58:16 113:15
113:17 116:16
120:17 121:11
harming 113:10
head 6:15
heads 66:2
healed 104:5
healing 100:22
health 11:3 12:2
  12:5 16:11,20
  16:24 22:22
  23:13 26:5
  30:9,23 31:2
  38:3 44:23
  46:24 52:2
  55:4 60:22
  67:12 73:13
  74:4,9,17
  110:4 111:16
  115:9
healthcare 1:11
  3:16 8:13
  17:12 18:3,19
  21:8 22:13
  23:19,20 24:4
  26:11,14,20
  48:5 76:24
  81:1
hear 6:22
heard 46:9,12
  69:3 75:21
  101:24 121:17
Hello 5:8
help 10:2 16:9
  62:21 79:23
  83:23 91:24
  93:2 94:6
helpful 48:15
HENDERSON
  1:20 2:6 3:12
hereto 2:16
Hex 3:18

hey 24:9 25:18
  25:20 36:7
  38:12 75:17
  108:19
HEYL 3:7
hide 41:5
High 33:9 52:11
  52:23 54:1,4,5
  54:8,20 55:4
  55:16 58:13,13
  75:14 95:22,24
  111:7,8,11,12
  111:13 112:2,5
  115:22 123:7
higher 60:22
history 57:5
hope 13:10
hopefully 7:5
horrendous 10:4
hospital 103:10
  119:5
hour 1:19 2:5
  18:16
hours 10:20,23
  17:17,18 43:9
  44:4 59:16
  116:22,24
  117:1,21
how's 25:18

**I**

I-E 66:17
idea 36:20 100:5
identification
  27:16 41:8
  63:22 65:19
  80:3
III 1:13 3:10
ill 57:12,20
Illinois 1:2,9,21
  1:22,24 2:7,8
  3:5,11,14
  73:11 125:1,7
illness 24:3
important 8:2

impression
  85:17
inaccurately
  66:5
inanimate
  108:20
inappropriate
  101:5,8
incarcerated
  15:23 16:4
incident 19:23
  22:12 24:14
  39:14 42:5
  44:8 47:4,8,11
  51:1 67:24
  71:2,13 72:6,7
  78:5 97:12
  100:6 103:10
  120:21
incidents 38:19
  75:20 120:16
incorrect 122:18
Indiana 88:21
  88:22
indicate 31:2
  74:10,15,24
  98:21 120:11
indicated 66:20
  101:12 107:24
indicates 123:4
indicating 31:1
  81:3 90:3 91:1
  93:11 94:2
  122:8
indication 27:2
  30:8
indifferent
  38:13
inform 61:9,11
information
  25:17 33:22
  37:17 45:18
  98:21 122:7
ingest 67:1
ingesting 99:17

initial 85:10,13
  86:2
initialed 85:18
initially 85:11
initials 80:20
  81:15 89:22
  90:15,21
initiated 112:19
  112:23
injury 27:3
  104:16
Inmate 105:12
  105:15 113:15
  113:24
Inmate's 47:22
Inmates 105:7
  123:16
inpatient 57:8
insert 69:11
instance 1:18
  2:8 5:2
instances 16:22
instruct 114:7
instructed
  114:19
instructs 6:23
Intake 15:22
  16:12,13,17,19
  16:23 47:19
  51:14
intended 68:8
interact 14:13
interacted 55:7
  55:8,10 57:24
interacting
  56:15
interaction 24:9
  72:4 76:20
interactions
  76:17
interested
  125:15
interesting
  25:20
interrogatories

DEPOSITION OF BILLY ERNEST

June 13, 2019

Page 132

2:5,10
interval 123:13
intervals 123:9
interview 39:23
  66:6 73:12
  94:9 106:23
  107:3 122:15
  123:4
interviewed
  65:12 66:8,9
  109:19
interviewing
  67:17,20,21
intoxicated 16:5
investigating
  65:13
involved 100:15
  115:5,21
  118:10 125:14
ISP 105:24
ISP's 122:14
issue 24:22
issued 84:24
issues 11:4 12:11
  23:20 26:5,10
  26:14,20
items 67:1
  108:20 121:11

___ J ___

J 1:18 2:9 125:5
  125:20
Jail 7:8 9:7,12
  10:11 11:19
  12:7 14:14
  15:11 16:15,16
  17:5,15 18:23
  23:23 38:21
  43:5 46:19
  50:10 54:21
  61:2,7 67:3
  77:2 80:5,8
  82:22 96:1
  97:3,18 104:12
  105:7 110:3,16

112:19 113:18
115:12 116:1,3
117:20,24
118:11 119:8
119:11 122:5
Jails 9:8,9,11,13
  11:21
jammed 19:5
January 41:19
  96:21 97:2
  101:4,13
  103:13,19
  104:8 113:6,10
  118:14
Jennifer 1:13
  3:10
job 11:23 43:2
  50:22,22 54:24
  64:14 79:17
JOHNSTON
  1:20 2:6 3:12
Jr 1:10 5:14
July 125:23
June 1:19 2:5
  3:1

___ K ___

Kate 18:1,2,10
Kaufmann 66:9
  109:19
keep 7:5 27:23
  64:17 95:20,23
  96:2
KELLI 1:5
Kevin 28:8,20
KF 28:7 37:5
kill 68:8 69:14
  70:16 71:18
kind 19:19 29:22
  45:5 51:12
  53:12 59:19
  75:16 76:16
  80:14 84:1
  88:22 94:7
knew 75:24

108:5 114:12
114:12 121:19
know 6:7,9 7:23
  7:24 11:13,15
  12:14,17 14:19
  15:9,23 16:8,9
  16:10,14 17:17
  20:4 22:23,24
  23:2,6 24:24
  25:11,18 27:24
  28:7 29:20
  30:4 31:5,13
  31:21 32:14,15
  32:18,19 33:4
  33:11,11,12
  34:7 35:17,24
  36:3,6 38:11
  38:16 39:4,20
  39:22 40:1,1,2
  40:2,10,12,21
  44:4,15,15
  46:16 48:8,8
  50:8 51:23
  54:4,8,22,23
  55:14,18,21
  56:7 57:2,9,10
  57:24 58:1,2,3
  58:6,8,22,23
  59:8 60:9,10
  60:13 62:21
  63:3,4,8 64:16
  64:16,19 65:5
  65:24 66:10,19
  67:12,16 68:19
  71:15 72:12,18
  73:7,22 74:6
  75:2,15,17,18
  75:21,22 76:7
  76:17,18,20
  77:19,20 78:13
  78:20,20 79:7
  79:8,8,9,15
  81:24 82:9
  87:2,12,13,16
  87:20,21 88:1

88:23 90:7,24
97:21,24 98:3
98:8,12 99:1,4
99:18,19,23
100:7 101:19
101:23 102:1,2
102:9,13,18,21
103:15 106:13
106:22 107:20
108:1,1,8,10
109:1,5,10,15
109:18,21,24
111:1,3,4,4
114:14 117:16
117:19 119:4
121:18 123:13
124:16
knowing 26:4
  87:14
knowledge
  104:4 105:19
Krueger 118:15
  118:22
KUB 53:15,19
Kyle 1:12 3:11

___ L ___

L 2:1
label 93:12
Larry 1:10 3:10
lasted 106:23
  107:6,7,14
late 7:3
Law 3:4,8
lawsuit 5:10
lawyer 6:22
lawyers 28:14
laying 102:4
lead 49:16,16
  59:1
learn 45:10
  48:21
learned 13:16
  14:4 99:16
left 55:3 64:24

65:2 82:10,12
82:13 83:15
84:22
leg 98:3,17
length 55:3
let's 10:7 15:9
  27:11 70:6
  83:4 90:5
letter 85:23
level 31:11 60:22
license 7:20 8:2
  125:21
Licensed 7:14
  7:15,22 11:24
  32:24
licenses 7:21
licensure 9:4
  67:9
Lieutenant
  79:19
limit 64:16
line 34:4,12
  52:13,13
list 29:10 49:23
  89:10
listed 49:14
  107:23
little 7:3 15:3,9
  55:12 80:21
  81:16 111:23
live 49:6
LLC 3:3
location 61:21
  61:24 102:19
long 7:11,15
  8:24 10:3 54:8
  54:20 71:23
  72:11 73:8
  98:3 100:5
  106:22 107:13
longer 37:22
  107:7
look 13:4 25:24
  27:23 38:14
  39:1,21 52:4

DEPOSITION OF BILLY ERNEST                          June 13, 2019

73:7 74:11,19
80:18 81:17
83:4 86:8
87:17 89:22
90:5,6 91:3
94:21 96:8
106:3 120:6
**looked** 27:9 74:7
74:15,21
111:23
**looking** 58:5
68:16 87:3
89:20 92:1
96:13 106:7,7
106:13 112:11
124:2
**looks** 91:5,7,14
92:3 93:4
94:23 95:5
**lose** 31:11
**lot** 25:17 29:12
36:7 55:19
57:4 58:2 72:3
86:23
**LPN** 8:5,11
66:11,20

**M**

**M** 3:7
**M.D** 3:15
**mail** 89:2,7
**mailbox** 44:4,17
**making** 44:10
49:14 100:11
106:6
**management**
118:6,7
**manipulative**
13:19,23 27:2
50:5
**manner** 50:6
**MAR** 38:14
117:6
**MAR's** 89:9
**March** 15:14

53:4 62:6
63:14 69:24
70:9 72:18
83:4,7 86:17
106:15
**mark** 27:12 41:5
63:17 65:15
79:24
**marked** 27:15
27:18 41:7
52:7 63:21
65:18 80:2
93:24
**marker** 93:10
**Mary** 42:20,22
43:7 44:22
87:4 88:5,8
**matter** 68:13
95:23
**maximum**
123:20
**McFarland**
73:13 74:3,9
74:24 109:22
**MD** 88:8,10
**mean** 14:23 16:3
22:5 28:15
36:1 49:11
51:24 57:23
69:11 93:22
98:1,18 108:5
114:10,11
116:13
**meaning** 6:6
44:22
**means** 7:19
84:21 119:1
**med** 15:18 17:3
17:7 18:22
33:17,18,20
35:24 36:2,10
79:23 81:12
112:13
**medical** 27:9,22
31:18,21,22

33:17,24 37:17
41:19 44:21
46:4 52:2
53:12 60:15,20
62:13 76:2
79:24,24 80:5
80:8 82:1 83:5
119:7 121:5
122:1
**medically**
100:22 104:1
**medication**
28:21,22 30:5
30:8,17 32:11
34:10 36:21
38:6 81:21
84:6 85:8
89:21 92:10
97:8,11 105:12
105:15,20
114:7 115:1,6
**medications**
28:10,17 29:12
30:12 32:19,20
33:1,6 37:9
38:2 87:5 88:3
89:4,7,18
91:16 95:20
96:2 104:24
105:8 114:6,16
114:19 119:7
**medicine** 33:21
36:24 91:23
**meds** 15:4,7
28:24 29:3,3
29:21 30:2,3,3
34:15,15 75:17
89:10 92:4,23
92:24 105:4
**meetings** 94:7
**Melissa** 12:15,16
49:2
**member** 113:18
**members** 79:3
**memo** 52:10,13

52:18
**memory** 39:6,6
**mental** 11:3 12:2
12:5 16:11,20
16:24 21:8
22:13,22 23:13
23:18,20 24:3
24:4 26:5,11
26:14,20 30:9
30:23 31:2
38:3 44:23
46:23,24 52:2
55:4 56:22
60:22 67:12
73:13 74:3,9
74:16 76:24
110:4 111:16
115:8
**mentally** 57:11
57:20
**mentioned** 20:17
25:11,15 37:8
48:5 78:23
**method** 116:16
**Meyer** 1:12 3:11
**Michael** 1:12
3:16 38:6
**Mickey** 23:4,6
38:6 42:12,14
44:15 45:1,20
**mind** 36:7
**mine** 90:24
**minimum**
123:21
**minor** 78:17
**minute** 93:17
**minutes** 63:5
106:24 107:6
123:15,18
**missed** 31:10,12
32:11 33:21
37:10 38:12,15
91:9,11
**misunderstood**
22:11

**Mom** 77:18
78:24
**monitored**
123:17
**monitoring**
89:17 123:9,11
**month** 82:14
83:6,9 86:17
89:8,8 91:8
**months** 84:24
**morning** 5:7
**mother** 78:23
**Motrin** 91:11
**mouth** 22:5
**move** 117:7
**moved** 101:17
101:20 102:19
**multiple** 56:9
84:9 93:4
**Musa** 3:18

**N**

**N** 2:1 4:1
**name** 5:9,12
11:14 12:15
23:4 27:13,14
28:22 48:6,13
66:12 83:16,21
117:5
**named** 43:12
**nares** 19:13
25:10
**nasal** 19:5 20:3
20:10 21:4
**necessary** 114:1
**neck** 41:3 42:10
69:13 72:12,19
96:11 101:14
113:7 116:17
119:22 120:13
120:18
**need** 6:18 7:4
25:19 31:15
46:6 49:11
59:11,19 76:19

DEPOSITION OF BILLY ERNEST June 13, 2019

Page 134

| | | | | |
|---|---|---|---|---|
| 110:19,24 | 125:11 | **occupies** 23:16 | 29:3,9,14,19 | 88:15,16,17,20 |
| 111:1,17,19 | **notice** 73:4 | **occupy** 23:15 | 30:20 31:4,7 | 89:15,17,24 |
| **needed** 10:2 | **noticed** 88:12 | **occurred** 100:6 | 31:12,21 32:3 | 90:5,22 91:5 |
| 45:24 56:18 | 89:21 | **odd** 68:19 | 32:16 33:16 | 92:1 93:12 |
| 59:6 60:21 | **number** 26:22 | **offender** 78:9 | 34:18,23 35:12 | 94:3,4,11,15 |
| 62:21 97:13 | 30:15 37:5 | **offenders** 54:3,4 | 35:19,22 36:17 | 95:5,15 96:4 |
| 114:8 117:9 | 93:24 96:8 | **offered** 48:6 | 37:8,22 38:10 | 96:14 97:1,7 |
| **needs** 16:8 | 104:20 111:8 | 63:10 | 39:3,16 40:12 | 97:14,21 98:2 |
| **never** 65:5 75:1 | **numbered** 90:1 | **offering** 116:12 | 40:16 41:17,23 | 98:5,16 99:4 |
| 88:12 105:18 | **numbers** 80:8 | **office** 106:21 | 42:2,5,13,17 | 99:15 100:10 |
| 113:11 115:3,8 | 93:2 | **Officer** 17:9,10 | 42:22 43:4,7 | 100:18 102:17 |
| 115:11 118:3 | **numerous** 29:10 | 34:16 36:15 | 43:11,17,23 | 102:22 103:2,5 |
| **new** 47:14 52:22 | **Nurse** 7:14,16 | 37:4 67:20 | 44:5,13 45:10 | 103:8,16 104:4 |
| 85:1 87:24 | 7:22 8:22 | 106:15 107:20 | 45:22 46:3,6 | 104:7,18,22 |
| 89:9,14,16 | 32:24 41:23 | 109:18,21 | 46:12,13,16 | 105:6,20,24 |
| 100:12 | 42:24 43:3 | 118:14,22 | 47:16 48:2,16 | 106:2,9,22 |
| **news** 13:9 39:24 | 67:9 88:4,5 | **Officers** 51:18 | 48:23 49:6,9 | 107:1,5,9,16 |
| 40:16 49:14 | **nurses** 81:5 | 118:16,19 | 49:23 50:3,8 | 107:23 108:7 |
| 64:2 | **nursing** 7:21 9:1 | **oh** 9:8 12:2 17:1 | 50:15 51:1,5 | 108:15,18,23 |
| **night** 91:19 | | 17:10 18:8 | 51:10,22 52:4 | 109:8,18,21 |
| **nights** 117:4 | **O** | 22:7 26:22 | 52:17,20 53:2 | 110:1,8,11,18 |
| **Ninth** 3:13 | **O** 2:1 | 38:15 41:17 | 53:17,22 54:13 | 111:7,22 |
| **Nod** 21:20 23:24 | **o'clock** 91:19 | 46:16 48:14 | 54:16 56:11,14 | 112:10,14,22 |
| 80:22 | **oath** 5:3 36:22 | 70:2 72:15 | 58:18,21,24 | 113:1,5 114:24 |
| **nodding** 6:15 | **object** 6:22 21:9 | 74:21 78:11 | 59:17,22 60:1 | 116:7 118:17 |
| **non** 61:2 | 121:13 122:22 | 79:21 82:17 | 60:12,24 61:14 | 119:4,7,10,13 |
| **nonfood** 67:1 | **Objection** 57:13 | 83:9 85:14 | 61:16 62:16,18 | 120:15 121:10 |
| **Nope** 41:16 82:8 | 109:3 | 90:1,4 93:1,6 | 63:6,16 64:24 | 122:24 123:7 |
| **normal** 58:8 | **objects** 108:8,20 | 93:22 94:3 | 65:3,9,11,22 | 123:13,16,20 |
| **normally** 24:8 | 121:20 | 105:23 108:7 | 66:8,11 67:15 | 123:22 124:18 |
| 32:21,22 33:8 | **observation** | 111:2 124:4 | 67:24 69:3,21 | **Once** 115:18 |
| 33:10 55:10 | 52:12 54:1,5,9 | **okay** 5:15,17 | 70:6,10,13,23 | **ones** 50:1 77:17 |
| 58:8 82:11,13 | 54:20 114:18 | 6:12 8:1,3 9:11 | 71:10 72:7,15 | 92:20 93:5,14 |
| 114:5,10,10 | **Observations** | 9:24 10:13,20 | 72:17,22 73:1 | **online** 48:22 |
| 116:13 | 52:23 | 11:1,8,11 12:2 | 73:4,7 74:8,13 | **opposed** 6:15 |
| **nose** 20:14 21:24 | **observe** 56:4 | 12:11,18,21 | 74:21,23 75:7 | **oral** 2:4,10 |
| 109:9,14 | 111:15 115:24 | 13:5 14:7,16 | 75:19 76:12,15 | **order** 85:1 87:18 |
| 120:21 | **observed** 76:18 | 14:18,20 15:17 | 76:21 78:19 | 87:24 110:20 |
| **note** 24:9,13,18 | 82:9 101:10 | 18:5,9,10,16 | 79:13,21 81:7 | 110:24 |
| 25:24 43:23 | 104:11 | 18:18,22 20:6 | 81:10,18 82:9 | **ordered** 115:14 |
| 44:2,17 85:9 | **obtained** 97:21 | 20:17,21 21:15 | 82:17 83:1,13 | 115:18 |
| 86:22 | **obvious** 40:2 | 22:6,18 23:7 | 84:10 85:8,14 | **originally** |
| **noted** 66:11 71:6 | 42:15 49:15 | 23:11 24:11,16 | 85:23 86:4,15 | 101:20 |
| 91:8 | **obviously** 16:8 | 24:20 26:2 | 86:22,22 87:12 | **ortho** 99:21 |
| **notes** 99:20 | **occasion** 41:10 | 28:3,19,21 | 87:19,23 | **orthopedic** |

DEPOSITION OF BILLY ERNEST

June 13, 2019

99:23
outside 115:8,14
 121:22
ox 19:11 22:6,6

**P**

P 2:1
p.m 17:20
P.O 1:24 125:7
package 80:10
packed 109:9,14
page 4:6 83:1,6
 85:2 86:5,5,11
 86:20 87:3,8
 90:4 92:2,2,3,5
 92:20 93:2,7
 93:13 106:7
pages 80:19
 89:20
paper 20:14
 21:23 24:14
 40:5,19 42:3
 66:5 109:10,14
 120:20
paragraph
 109:8,13
part 8:2 18:18
 48:19 98:12
 105:14 114:14
 116:19 123:11
part-time 23:13
 23:14
part-timers
 22:17
particular 19:23
 44:8,9 112:8
 118:23
parties 2:2,16,20
 125:14
party 78:13,15
 78:15
pass 15:18 17:3
 17:7 18:22
 33:17,18,20,22
 36:10 43:23

79:23 81:12
 112:13
passage 19:6
passages 21:4
passed 44:3 97:8
 119:7
passing 32:19
 56:14 97:11
 115:22
patience 55:19
 55:19,20
patient 29:2
 33:9 113:24
patients 35:5,9
 35:13 112:18
pen 34:21 90:10
 116:9,12
pending 6:19,24
Pennsylvania
 88:19,21,22
people 15:2,22
 47:14,14 55:18
 55:19 57:3
 61:10 64:4
 66:12 75:14
 83:23 89:9
 97:7 111:8
 115:22 116:20
perceive 20:13
 22:4 30:22
 69:13 71:4
 111:5
perceived 70:14
percent 35:11,12
 35:13,15,19
 54:12
percentage 35:9
perception
 70:15
performance
 34:10
performed 64:5
performing
 62:10,20
period 15:12

22:16 31:3,8
 54:5
person 11:16
 16:18,23 17:12
 19:7 28:17
 31:9 39:23
 58:6 76:2
 96:15 105:3
 109:1 111:6
 112:2 116:9
personally
 104:11 110:4
personnel 119:8
 119:11
pertain 12:22,23
 13:2
pertaining 50:16
 52:23 55:2
pharmacy 88:13
 88:18,18
phone 79:7
physically 73:1
 85:18 101:19
Pica 66:21,22,23
 67:6,10,12,15
 107:24 108:2
 108:23 122:2,5
 122:9,19 123:4
picks 87:8
piece 40:4
pink 90:18
place 38:21
 46:19 50:13
 98:6 105:21
 110:12
placed 111:12
Plaintiff 1:7,19
 2:8 3:6 5:3
Plaintiff's 5:10
 41:18 96:9
plastic 53:3,4,6
 53:14 121:8
pleasant 113:12
please 5:13 6:7,8
 6:19

point 58:6 78:9
 100:10 104:7
police 5:19
 65:12 73:12
 94:10
policy 38:20
 50:9,15 52:23
 54:22
portions 2:15
portrayed 21:1
position 9:3
 23:15 102:20
positive 22:16
 121:17
possibility 68:24
possible 42:9
 86:19 95:10
 108:4,7 117:22
 117:24
possibly 99:17
posted 121:22
Powell 3:7 21:9
 27:20 28:1
 47:10 48:12
 57:13 63:17
 86:10,15 90:11
 90:16 93:14,18
 93:21 94:4,18
 94:20 119:13
 119:20 120:15
 121:12 122:13
 122:21 124:20
PowerPoint 11:8
 11:10,11,12
 49:1,2,6,10
practical 7:14
 7:15,19,23
 32:24
practice 24:20
 26:2 29:18
 44:19 45:4,5,8
 88:1
practices 55:2
Practitioner
 26:11,15 42:24

43:3 88:4,6
Practitioners
 26:21
Prasozin 91:20
 91:21,22
Prazosin 91:17
prefer 90:18
prepare 106:11
prescribed 33:5
 87:4,6,10
prescriber 83:18
prescribing 88:2
prescription
 85:6
prescriptions
 84:23 86:17,20
 87:9
presence 96:5
present 3:17
 19:21 36:15
 45:20 53:18
 58:18 65:7
presentation
 11:17 12:9,18
 12:19,21 49:7
 49:7
presented 11:12
presently 17:20
pressure 30:3
 36:4 91:23
PRETORIOUS
 1:20 2:6
PRETORIUS
 3:12
pretty 58:11
 90:8
prevention
 38:17,20 46:18
 50:9,13,16,17
 51:8
previous 49:18
 69:10 92:2
previously 52:7
 67:22 69:8
print 8:20

DEPOSITION OF BILLY ERNEST

**prior** 8:14,16
13:11 53:4
72:7 104:16
**prison** 53:22
57:8 60:15
121:19
**prisoner** 24:4
30:6 58:15
59:12 61:21,24
**prisoners** 67:2
**private** 88:18
**probably** 25:11
35:10 44:11,14
54:12 57:2
75:15 87:1
106:24
**problem** 22:22
30:23 31:2
**problems** 20:11
58:1 112:8
**procedure** 26:3
50:16 85:14
**procedures** 55:2
59:10,20
**proceedings**
125:9
**process** 24:6
26:5 33:17,20
37:16 81:14
100:22 105:14
105:17 115:5
116:19
**produced** 27:19
65:16 106:4
**production**
41:18 96:9
**profession** 55:2
**professional**
7:13,24 8:14
12:3,5 16:8
18:19 21:8
22:14 23:13,19
44:24 52:2
67:8
**program** 38:20

39:11,20 46:17
46:18 48:21
50:12 51:8
60:5
**prompt** 114:11
114:13
**proof** 2:17
**proper** 13:2
**property** 79:10
**protocol** 45:5
88:2
**protocols** 59:10
60:1
**provide** 11:7
**provided** 14:22
48:24 116:14
**provider** 115:9
**providers** 81:2
**provides** 48:22
**providing**
115:21
**psych** 30:2
**psychiatric** 38:2
57:8
**psychiatrist**
56:19
**psychosis** 84:8
**psychotic** 84:11
**psychotropic**
38:1
**pulled** 69:19
71:11
**pulse** 19:11 22:6
22:6
**purports** 34:7
**purpose** 2:17
20:15 34:21
**pursuant** 1:22
**put** 17:13 20:14
21:3,23 31:9
36:22 41:2
44:3 58:19
59:12 69:12
93:9,9 96:11
99:1 102:1

113:7 119:21
120:12,17,21
123:3
**putting** 116:17

**Q**

**question** 6:10,19
6:24 14:19
21:10 22:9
42:2 51:2
59:15 62:11
65:23 66:3
67:19 76:22
77:23 94:17
99:14 108:6
110:23 119:22
122:22
**questionnaire**
40:4,22 41:11
**questions** 26:8
28:15 39:21
47:18 55:13
76:8 94:16
104:18 106:9
106:14 107:17
107:19 108:18
124:19
**QUINN** 1:20 2:6
3:12

**R**

**radio** 62:16,17
**raped** 78:15
**rare** 36:7 92:12
**raw** 14:19
**read** 57:3 65:23
**reading** 2:13
**real** 13:20 70:15
71:4,24
**really** 15:15
28:14 33:13
51:20 70:21
71:18 77:20
95:3 107:8
117:2
**reason** 16:19,23

58:3 64:6
98:22 120:12
122:17,24
**reasonable** 25:2
25:3,7
**reasons** 55:4
71:11,21
**recall** 19:2 23:7
24:19 25:12,13
33:7 49:4,18
53:1 54:7,15
54:18 55:23
56:15,16,23
67:23 70:12
71:8,9,22 73:6
78:5 79:18
94:14 97:23
100:1,9 103:11
103:12 104:7
104:14,17
107:8,10,13,16
108:3 109:24
112:9 113:2
116:12 120:1,9
**receive** 9:3 32:5
32:7
**received** 11:3
31:1 39:24
55:1 62:14
**receiving** 13:9
29:11 40:16
49:14
**reclassed** 54:15
**recognizable**
81:16
**recognize** 27:10
46:23 80:19
**recognized** 24:3
**recognizing**
12:23,23
**recollect** 75:9
77:7,9 119:22
120:2
**recollected**
73:21

**recollection** 74:2
97:1,17 102:11
103:18 106:17
118:13
**recollections**
77:15
**record** 5:13
33:21 37:9
41:19 42:7,7
45:24 46:1,14
48:13 96:7
123:4
**recorded** 46:2
46:10 48:24
66:1,5 81:23
82:1
**records** 27:10
35:1 46:4
79:24 80:1,6,8
82:6 83:5 89:2
109:18 122:1
**RECROSS** 4:2
**red** 30:23 72:15
72:16 90:11,12
93:10
**REDIRECT** 4:2
119:18
**redo** 27:13
**refer** 24:2,21
**reference** 108:23
**referred** 16:19
16:23 52:1,1
**refresh** 74:1
75:16
**refusal** 27:21,22
28:10 31:18
32:5 82:1 92:8
92:11 104:19
116:8
**refusals** 76:2
89:21
**refuse** 34:9,17
35:6,14,18,19
35:20 85:21
105:8

DEPOSITION OF BILLY ERNEST                          June 13, 2019

Page 137

refused 28:17
  29:3 36:21
  85:8,12 92:12
  92:14,24
  104:24 105:3,4
  114:21
refuses 33:20
refusing 105:3
regarding 49:10
  103:22
regardless 27:1
Registered 7:22
regular 123:9,17
regularly 30:13
related 125:13
relating 16:19
  16:24
release 27:22
  68:24
remain 111:13
remember 6:13
  10:3 12:8
  14:21 19:3,4
  26:6,7,9,13,19
  29:11,13 30:14
  33:4,12,15
  38:22 39:9,10
  39:16,19 47:13
  48:10 54:14
  55:6,9,23
  56:12 62:8
  66:9 71:23
  72:3,5 73:23
  75:10 77:8
  78:21 79:20
  94:13 99:19
  108:6 110:9
  114:13 117:2
  117:14 118:16
removed 42:10
  72:13,23 73:8
  99:20 101:14
  103:1
repeat 57:18
rephrase 76:22

report 5:19 21:7
  22:12,19,21
  24:2,21 25:4
  26:4,14 31:15
  38:5 44:19
  71:6 73:11
  112:7 120:2,3
  120:7 122:14
  122:14,18
reported 26:10
  31:16,18 42:11
  45:18 53:3,13
  99:9,11 112:11
  120:23 121:4,7
  125:8
Reporter 2:12
  27:17 41:9
  63:23 65:20
  80:4
Reporters 1:23
  125:6
reporting 26:5
  26:20 37:16
reports 38:12
represent 32:1
  82:15 84:18
  86:8,16
request 57:18
  113:20
requested 97:14
required 24:2
respect 26:4
  48:4 59:11
  60:5 66:5 67:6
  67:10 88:2
respond 17:4
  19:7 50:4 53:7
  97:12
responded 62:19
responder 41:1
responders 62:5
responding
  59:14
response 60:8
responsibility

38:5
responsible
  23:19 61:20
  89:17
restarted 86:24
  87:1
restrain 113:24
restrained
  113:21
restraints 58:19
  59:2,5,7,12
resuscitate 72:8
RETAINED
  4:14
retrain 8:21
retrieve 19:12
  111:5
reviewed 43:21
Reviewing 74:1
right 17:20 18:8
  18:21 21:17
  22:7 27:11
  28:5 30:5 36:9
  36:24 48:7
  51:17 63:3
  64:19,22 68:2
  70:20 73:23
  77:13 82:21,21
  83:3,18 84:20
  85:4,7 86:2
  87:19 88:6
  92:9 95:17,19
  95:22 96:19
  97:8,9 98:5,11
  104:2,24 105:4
  105:7 107:14
  107:21 108:9
  108:11,21
  111:9 113:4
  114:23 115:20
  116:9 118:8,24
  122:19 123:5
  124:13
ring 23:5
risk 12:14,23

13:3,12,20,24
  15:2 19:22
  24:4 30:6,9
  31:9 33:9 40:8
  40:13 46:24
  51:13 52:11,23
  54:1,4,5,9,20
  55:4,17 57:23
  58:13,13,15,17
  58:17 61:18
  68:24 75:14
  95:22,24 111:6
  111:7,9,11,12
  111:13 112:2,5
  115:22 123:8
RN 18:3
role 33:17 43:1
  79:23 100:11
rotating 62:24
rounds 114:1
routinely 34:23
  67:1
row 31:10
ROYSTER 3:7
RPR 1:18 2:9
  125:5,20
rude 55:22
Rusher 1:6
  14:13 53:3
  55:7 80:6 83:5
  122:19 124:14
Rusher's 123:23

―――――――――――
         S
―――――――――――
S 2:1 4:5
Sabr 3:18
safe 60:16,17,18
Sangamon 1:9
  3:11 7:8 9:7,17
  9:19 10:1,10
  11:19 14:14
  15:10 17:4,15
  23:23 27:19
  38:21 46:19
  50:10 54:21

60:16 63:10
  65:16 67:3
  80:5,8 82:22
  96:1,9 105:7
  106:4 110:16
  113:18
saw 36:23 65:1
  76:1 92:15
  99:19
saying 28:16
  70:8,18 86:11
  86:13 91:7
says 28:22 66:11
  66:20 73:12
  74:8 82:21
  83:9 87:3 88:8
  94:23 107:3,24
  109:9,13
  110:19 111:3,4
scenario 76:16
schedule 7:5
  10:18 56:10
  117:12,14
school 9:1,1
SCJ 83:4
SCO-ESI-000...
  63:10
screening 47:19
  51:15,22
second 6:13
  34:16 73:17
  86:5,11
Security 61:2
  96:18 113:23
  118:10
see 10:7 27:11
  28:22 29:24
  34:4,24 40:8
  44:17 47:24,24
  52:12 53:13,15
  56:14,18 66:21
  72:17,19 73:17
  74:19 75:13
  77:18,19,24
  80:19 81:15

DEPOSITION OF BILLY ERNEST                    June 13, 2019

82:13 83:1,10
84:21 85:24
86:4,6 87:4
89:11,11 90:6
90:21,23 91:6
94:24 95:3
99:6,21 106:4
110:19,24
112:19 113:9
113:14,17
**seeing** 92:2 97:2
99:19 104:14
**seeking** 19:19,21
20:18,19 21:19
22:13,21 40:20
50:6
**seen** 52:17 65:16
67:2 73:21
75:20 77:18
89:24 97:5,10
97:15
**self** 13:11,19,22
13:23,24 19:17
21:5,7,10,13
21:16 22:3
27:3 58:15
113:9 116:16
121:11
**send** 43:7 63:24
64:8 89:9
**sent** 63:14 103:9
115:12
**sentence** 6:8
73:14,17
**Sergeant** 44:14
62:9 66:8
67:17 118:15
118:21
**serious** 46:24
**seriously** 14:10
14:11 27:3
50:4
**set** 117:12,13
**setting** 64:14
**seven** 91:19

**severely** 57:11
**sexual** 56:2
**share** 25:17
**shift** 17:19 18:9
18:19 106:21
117:3 118:23
**shifts** 18:16 56:9
**Shmikler** 1:12
3:16 23:4 24:2
24:18,22 38:6
43:24 44:6
56:4,14 76:12
76:13 117:19
**shop** 8:20
**short** 117:6
**shorthand** 2:11
125:8,10
**shortly** 9:4
**show** 43:21 81:7
**showed** 64:22
**showers** 116:20
**showing** 27:18
41:15 63:8
**shuffling** 42:3
**sic** 12:22 23:16
48:6
**sick** 15:19 17:3
19:1 36:6 48:1
97:13,14
**side** 78:14 124:2
124:17
**sign** 19:22 34:15
34:20,24 35:6
35:20 36:17,18
42:21 49:11,15
50:14 51:20
60:3 105:3,4
116:8 121:22
**signal** 13:20
**signature** 27:10
28:3 34:5,12
34:16,24 41:21
41:23 87:2
**signed** 34:9
43:19 85:11

92:4,13,23
**significant** 38:2
**signing** 2:13
34:21 36:7
**signs** 13:4,8
22:22 39:24
40:14 50:14
61:8
**sit** 106:14
**sitting** 101:23
102:3,3,4,12
**six** 77:18
**skip** 30:11
**skipped** 30:17
31:13 38:6
92:4,23
**skipping** 30:8
38:1
**sleep** 91:24
**slid** 58:4
**small** 62:23
**Social** 11:24
**soft** 41:2 71:2
99:22
**somebody** 15:7
16:7 17:21
18:11 24:24
33:20 36:17
53:13 96:18
111:11
**soon** 44:11 72:5
84:21 85:1
87:21
**sorry** 43:24
46:17 62:13
**sort** 43:1 50:5
63:11 68:10
112:8
**sound** 6:11,16
46:4
**sounds** 44:18
60:4
**South** 1:21 2:7
3:4,13
**speaker** 49:7

**speaking** 108:2
**special** 52:11,23
90:12
**specific** 46:22
56:22 58:3
74:16 76:22
102:20
**specifically**
14:23 15:11
29:20 37:9
53:20 58:10
59:13 74:7,11
97:4 102:11
106:14 107:20
108:5 109:11
109:15,17
110:19 111:18
**spend** 15:3
55:17
**spending** 55:12
**spends** 43:5
**spoke** 106:18
115:8
**spoon** 120:24
121:16
**Springfield** 1:21
2:7 3:14
**Springfield,Ill...**
3:9
**stab** 16:7
**staff** 16:16 17:13
17:15,21,24
18:20 41:23
60:15,21 61:2
61:7 76:24
77:3 113:17
119:8,11 122:8
**staffed** 117:6
**stand** 39:3 55:20
66:15,15 90:17
**standing** 36:9
**stapled** 80:10
**start** 70:6 84:22
85:15
**started** 10:8

29:17,22 82:24
89:13 107:3
**starting** 7:3
31:11
**State** 65:12
73:11 125:1
**stated** 61:23
**STATES** 1:1
**status** 54:21
123:8
**stay** 47:22 54:11
**stenographer**
6:4
**step** 64:18
**stipulated** 2:2
**stipulation** 1:22
**stop** 20:5 62:11
**stopped** 10:7
**story** 78:14,14
**strangulation**
42:9
**strap** 41:2 42:9
69:12 71:7,19
72:8,12 96:11
97:22 100:6
101:13 102:1
103:2 113:7
119:21 120:12
**straps** 68:1 71:1
71:13
**street** 1:21 2:7
3:13 6:6
**strictly** 75:10
**stuck** 44:3,16
**stuffed** 20:11
**stuffing** 40:19
**subject** 52:12,13
**succeeded** 72:18
**successful** 70:22
81:24
**suicidal** 27:2
67:18,22 68:4
**suicide** 12:14,24
13:3,8,11,12
13:21,24 14:10

DEPOSITION OF BILLY ERNEST                    June 13, 2019

Page 139

19:14,22 20:7
38:17,20 42:15
46:18 50:9,12
50:16,17 51:7
51:13 60:6,8
61:18,18 62:6
71:12
**suicides** 12:12
65:9 69:1
**Suite** 3:14
**summary**
108:13,17
**superior** 44:21
**Supervisor** 18:4
43:2
**Supervisor's**
106:21
**supposed** 34:7
**sure** 6:21 12:1
14:8 22:15
23:3 27:7
31:24 44:20
46:14 51:4
54:18 58:22
59:6,7 62:12
63:1 64:3 90:8
103:14 106:6
114:15
**surgeon** 99:23
**swallow** 121:20
**swallowed** 53:3
121:15
**swallowing** 53:3
53:6,9,13
115:1 120:24
121:5,7,10
**swing** 117:3
**sworn** 5:3
**symptom** 24:3
46:23 49:16
**system** 80:13

**T**

**T** 2:1,1 4:5
**take** 6:15,18

14:10 20:19
34:10,14 35:14
36:23 52:20
64:13 65:22
80:18 86:20
90:10 96:5,6
105:12,15
114:8,12,18
115:6 116:9
**taken** 1:17 2:4
2:11 27:3
86:17 92:18
103:2,12
**takes** 71:24
**talk** 6:5,7 55:16
55:20 56:17
58:7,8,10
60:14,20 61:1
75:12 76:12,15
112:18
**talked** 37:14
68:13,20 73:20
77:12 94:13
109:1 115:11
**talking** 35:15
37:15 39:22
46:17 47:2,11
75:10,15 77:9
78:7 110:9
**taught** 14:9
26:24 29:2
50:3
**Taylorville** 1:24
125:7
**tell** 7:18 9:21
14:18 30:16,20
67:17,20,24
76:1 81:18
87:10 93:16
100:18 101:1
102:8,9 111:19
**telling** 78:8
111:13
**ten** 35:10,12,15
**tend** 15:2 55:17

**term** 7:19
108:23
**terms** 24:21 55:7
108:19 114:7
**test** 11:7,8 39:6
39:6
**testified** 5:4
96:14
**testify** 37:5
**testimony** 110:8
**thank** 5:10 22:9
27:20 62:18
63:19 91:5
94:5,15
**therapy** 56:5,7
**thereof** 2:16
**Theresa** 3:7
22:10
**thing** 6:13 63:1
65:23 84:14
**things** 25:18
26:22 67:1
77:20 107:23
116:17
**think** 7:1,4 8:2,5
10:2,22 12:22
14:3,6 15:15
16:16 17:1
23:3 24:17
27:7,8,10
30:10,13,13
31:6,24 32:1
37:14 39:2,11
39:18 40:9,23
41:1,12 42:3
47:2,15,23
48:7,13 50:24
51:5 53:15
55:23 56:8
58:2 59:3,21
61:15,17 64:18
65:24 66:4,7
68:7,8,10 69:9
69:20 70:7,20
71:20 73:22

74:18,21,24
75:6 81:17
82:10 88:19
90:20 94:9
98:19 100:19
101:24 103:6
104:19 105:24
106:1 111:17
111:21 117:23
119:15 121:17
123:21
**thinking** 27:2
**third** 83:5 86:5
86:11 106:21
**Thorazine** 84:10
84:11,15
**thought** 5:20
21:12 25:23
27:5 29:18,21
57:9 71:12,17
99:19
**threat** 25:3,6
**threats** 25:2
**three** 18:7,8
31:13 46:3
103:6
**threw** 66:18
**Tiffany** 1:6
14:13,22 15:12
18:22 23:10
25:21 30:11
33:5 41:2
46:16 51:22
53:2,24 55:6
56:4,15,18,21
57:20 58:18
60:16,21 61:3
61:7 62:5 65:1
66:20 67:18,18
67:22 68:3
73:14,21 74:3
74:10 75:8
76:8,13,24
77:3,10,12,16
78:1 80:6 83:5

89:18 94:8,12
95:19 96:10
97:2,10 103:8
103:9 104:8
107:24 108:8
109:9,14,22
112:5,7,11
113:3,5,20
114:3 115:9,24
116:7,15
119:20 123:7
**Tiffany's** 27:5,9
29:9 60:6,8
69:3 86:16
110:4
**tight** 58:23
69:19 71:11
**time** 5:24 7:5
8:10,14,17
10:1,14,18
11:1 15:3,12
18:18 19:6
23:13 24:23
25:2,17 26:4
26:16,17 29:4
30:18 32:2
35:23 38:19
39:12 43:5,9
43:15 47:24
51:1,13,21
54:5,19 55:3
55:12,17 56:8
57:3 60:3,11
61:9 65:22
66:13 68:17
70:14 71:3,24
72:2 74:10
76:7,19 85:20
91:18 94:16
95:11 96:10
101:14,20
104:23 105:2
111:14 112:4
113:21 114:21
115:1 117:13

DEPOSITION OF BILLY ERNEST

June 13, 2019

Page 140

120:17
**timeline** 9:21
**times** 17:16
  30:11 36:8,16
  57:4 58:2
  64:16 118:1
**tiny** 80:20
**tired** 64:20
**tissue** 19:5,12
**title** 7:13 11:23
  12:8 18:2
  42:23 43:2
**today** 5:11,24
  23:16 36:22
  37:8,15 38:13
  38:14,23 39:1
  40:21,21,24
  41:13,13,14
  46:19 47:4
  50:10,13,18
  53:7 55:14
  77:7 89:21
  92:16 94:13
  106:14
**toilet** 19:5 20:14
  21:23 24:14
  40:19 109:10
  109:14 120:20
**told** 20:9 27:13
  29:17 71:7
  77:12 78:4
  98:20 102:9
  107:20 119:21
  120:11
**total** 54:10
**towel** 72:21,22
  72:23
**tracking** 32:10
**train** 48:18
**trained** 22:20
  46:3,6 48:4
  64:10
**training** 11:3
  13:7,17 14:5,9
  22:8 26:7,9,13

26:19,24 31:1
  45:10 48:6,19
  48:23 49:9
  55:1 67:5,8,10
  68:22,23
**transcribed** 2:12
**transcribes**
  122:18
**transcript**
  125:10
**transcription**
  122:23
**traumatic** 65:4
**treat** 14:10,16
  19:1 33:2 50:3
**treated** 23:7
**treating** 23:20
  33:9 115:12
  122:4
**treatment** 14:21
  27:22 32:5
  57:8 59:11,13
  60:22
**triage** 44:20
  96:10 120:3
**tried** 120:16
**true** 125:10
**truly** 15:6
**try** 6:5,13 33:3
  96:6 104:22
  113:14,15,17
**trying** 15:5,6
  20:19 41:5
  47:13 71:16,18
  81:17 82:14
  116:15
**turn** 92:1
**turns** 5:19
**two** 6:6 26:8
  39:9 59:16
  70:3 94:1,17
  103:6
**Tylenol** 83:2
  95:6,7
**types** 82:6

**typically** 114:3
**typo** 5:20

**U**

**U** 2:1
**Uh-huh** 37:1,11
  77:14 94:22
  104:21 122:16
**uncomfortable**
  56:1
**underneath**
  100:23
**understand**
  23:18 24:1
  33:16 62:4
  65:11 71:3
  108:13,16
**understanding**
  98:16 100:21
  105:6,10
**understood** 26:3
  122:4
**Unit** 35:24 36:2
**UNITED** 1:1
**unkind** 55:22
**unusual** 73:4
**update** 75:23,24
**upset** 15:6 68:18
**use** 6:14 90:13
  91:24 110:21
  111:1
**uses** 84:9
**usually** 24:23
  58:11

**V**

**vague** 29:22
**Velcro** 68:1
  69:12 71:1,7
  71:13 72:8,20
  119:21 120:18
**verbal** 6:14
  24:23
**verbally** 24:24
**Verification**
  61:21,24

**verifies** 34:17
**video** 48:24
**videotaped** 49:7
**viewing** 124:14
**visible** 82:18
**visit** 77:20,24
  78:24
**vitals** 19:11 21:1
  42:11
**VOELKER** 3:7
**vs** 1:8

**W**

**Wabash** 3:4,8
**WAIVED** 2:14
**walk** 104:8,10
**walked** 112:18
**walking** 104:11
**want** 15:4,6,7
  25:10 27:23
  30:14,16,19
  34:24 36:18
  42:2 43:10
  54:17 55:11,15
  79:22 87:22
  90:6,11 91:2,3
  93:7 101:22
  102:6,8,9
**wanted** 25:1
  34:20 36:20
  64:3,13 79:20
  116:14
**wanting** 78:23
**warning** 13:4,8
  19:21 30:23
  40:14 50:14,14
  51:20 61:8
**warrants** 111:12
**wasn't** 21:4,10
  29:17 56:9
  72:22 78:17
**watch** 114:15
**watched** 12:19
**water** 114:8
**way** 6:6 17:13

25:2 35:4
  45:17 55:7,8
  61:5 72:9
  87:14 100:15
  124:11 125:13
**ways** 13:2 61:6
  66:16
**We'll** 27:12
**we're** 7:3 16:9
  51:19 79:21
  90:14 124:21
**week** 10:20 18:6
  18:7,14 31:13
  38:15 75:20
  76:18 100:8
  117:4,4
**weekend** 117:15
  117:17
**WEIL** 3:3
**weird** 88:22
**went** 8:24 22:16
  42:20 48:5
  59:4 68:11,20
  78:12,14 81:20
  117:23 119:5
**weren't** 29:21
  30:2 58:23
  59:8 108:8,20
**Wes** 1:10 3:10
**Whitley** 1:12
  3:11
**William** 41:15
**willingly** 78:16
**window** 123:22
  124:1,2,4,6,15
**Wirth** 3:13 6:2
  57:17 93:20,23
  94:3 119:15
  124:21
**witness** 2:11 4:2
  5:2 28:20
  41:20
**witnessed** 115:3
**word** 7:19 33:18
  69:11 108:1

DEPOSITION OF BILLY ERNEST                    June 13, 2019

**words** 19:21
71:15 109:5
**work** 9:18 11:6
11:19,21 17:19
17:20 18:5,6,7
18:14,16 49:21
**worked** 8:11,13
8:20 9:6,11,19
10:6 117:9,17
117:24
**Worker** 11:24
**working** 9:13,16
9:22 10:10,13
10:16,18,21
56:9
**works** 12:17
**wouldn't** 15:7
34:14,15 74:7
77:19 79:17
105:3 116:13
119:4 124:16
**wound** 16:7
**wounds** 40:2
49:15
**write** 29:3 46:7
120:7
**written** 25:16
45:15 85:2
**wrong** 22:9
27:13 66:12
**wrote** 28:24
120:2

———— **X** ————
**X** 4:1,5 93:9
**X-ray** 53:20
**XR** 84:1

———— **Y** ————
**yeah** 7:24 8:4
9:10 12:4 13:6
14:3,8,8,24
17:2,11 19:19
22:19 23:1,6,6
23:11,11 25:5
25:10,14 26:17

26:23 28:6
29:8,15 30:1
31:23 32:1,15
32:17,23 33:10
33:10 35:16
36:5,13,16,19
38:9,15 39:7
39:15,18 40:15
40:18 41:4
43:18 44:10,12
44:14,16 45:9
45:14,14,23
46:2,2,2,12,15
47:12,17,20,23
48:3,8,9 49:1,5
49:8,8,22 50:1
50:14,14,17,20
51:4,6,11,15
51:19,19 52:14
52:15,21 53:1
53:10,11 54:7
54:23 56:16,23
57:9,19 58:1
58:17 59:3,3
59:16,18,18,23
59:24 61:5,24
63:4 64:10,11
64:15,21 65:3
65:5 66:7,10
66:18 68:2,3,6
68:7,15,15
69:5,7,9,17,20
69:22 70:5,6
70:22,23,24
71:19,19,22
72:3,13,14,16
72:16,16,23
73:6,16,24
74:5,14 75:3,3
75:6,13 76:3,6
77:8 78:20,20
78:21,22 79:1
79:9 80:14
81:4,19,22
82:19,23 83:11

83:12,14 84:9
84:14,15,16
85:20,22 86:1
86:22 87:7
88:12,12,14
89:5,14,16,19
90:3,23 91:1,4
91:10 92:7,12
92:15,17 94:14
95:12,14 96:12
98:18,20 99:10
100:7,9,14
101:16 102:7
102:16 103:7
103:17 106:24
107:12 108:10
108:12,15,17
110:2,22
112:16 114:5
114:13 117:14
117:14,18
118:9,9 120:1
120:9,10 121:1
121:3,14,24
124:16
**year** 10:7 39:9
39:10
**years** 7:12,12,17
8:6 39:9 77:18
**Yep** 30:21
**yesterday** 38:13

———— **Z** ————
**Z** 1:12
**Zach** 3:11

———— **0** ————
**084-002703**
125:21

———— **1** ————
**1** 4:6 27:15,19
92:15 104:20
**1-5** 1:13
**1-800-252-9915**
1:23

**1:18-cv-1100-...**
1:7
**10** 35:17,18
**10:30** 1:19 2:6
**102** 3:14
**11008** 41:19
96:9
**119** 4:3
**12** 18:16 35:18
**13** 1:19 2:5 3:1
**130** 35:17
**15** 10:8 123:15
123:18
**15th** 125:23
**16** 10:3
**17th** 62:6 69:24
70:9 72:18
**18** 10:7
**19** 52:7
**19th** 41:19 96:21
97:2 101:4,13
103:13,19
104:8 113:6,10
118:14
**1st** 91:9,11 92:22

———— **2** ————
**2** 4:7 41:7,18
47:3,11,12
85:2 96:8
**2/1/17** 94:24
**2/28/17** 94:24
**20** 106:24
**2009** 9:2
**201** 27:19
**2015** 10:3 15:13
**2016** 10:8 15:13
**2017** 10:8 15:14
28:5 37:15
38:20 41:19
52:10,24 53:4
96:21 97:2
101:4,13
103:13,19
104:8 106:15

113:6,10
118:14
**2019** 1:19 2:5
3:1 125:23
**20th** 63:14
**23** 106:15
**27** 4:6
**293** 80:10
**2nd** 28:5 91:9
92:16,22

———— **3** ————
**3** 4:7 63:18,20
63:21 84:24
105:24 117:4
**3/15** 87:21
**30** 86:22 106:24
**333** 3:4
**34** 80:6,9
**35** 86:11,13,16
87:8
**36** 10:24 18:9
83:5 86:12,14
86:16 87:3,3
87:10
**373** 52:12,14,15
**3731** 3:8

———— **4** ————
**4** 4:8 65:15,18
73:15,18 84:24
106:1,2,3,7
117:4
**40** 10:23
**400** 1:21 2:7
3:13
**4090** 28:7
**41** 4:7
**48** 10:22

———— **5** ————
**5** 4:3,8 80:1,2
**52** 92:2 93:18
**53** 90:4,6 93:18
93:22 94:3,21
94:23 95:5,7

June 13, 2019

**56** 93:22
**5th** 91:9

---

**6**

**6** 17:20,20 18:8
  18:8 56:9,9
  116:23,23
**60604** 3:5
**62568** 1:24
**62701** 3:14
**62791-9678** 3:9
**63** 4:7 93:20,22
**65** 4:8
**66** 93:20 94:3,21
  95:2,8,10
**684** 1:24 125:7

---

**7**

**7:22** 107:3
**7:30** 107:4,5
**75** 92:21
**7th** 52:10

---

**8**

**8** 7:12,12
**80** 4:8
**88** 65:16 106:4

---

**9**

**90** 54:12
**911** 63:2
**94** 4:3
**9th** 1:21 2:7