Page 1

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

KELLI ANDREWS, AS                )
ADMINISTRATOR OF THE             )
ESTATE OF TIFFANY ANN            )
RUSHER, DECEASED,                )
                                 )   No. 18 cv 1100 SEM TSH
            Plaintiff,           )
                                 )
    vs.                          )
                                 )
SANGAMON COUNTY ILLINOIS,
WES BARR, LARRY BECK,
JR., ADVANCED
CORRECTIONAL HEALTHCARE,
INC., ARUN ABRAHAM,
MICHAEL SHMIKLER, KYLE
MEYER, Z. WHITLEY,
JENNIFER EALEY, GUY
BOUVET III, and DOES 1-5,

            Defendants.

        Deposition of LYDIA HICKS, taken before

Cathy J. Craggs, CSR, RPR, at the instance of the

Plaintiff, on June 4, 2019, at the hour of 2:30 p.m.,

at Quinn, Johnston, Henderson, Pretorius & Cerulo, 400

South 9th Street, Suite 102, Springfield, Illinois,

pursuant to attached stipulation.

                ASSOCIATED COURT REPORTERS
                    1-800-252-9915
                    P.O. Box 684
                Taylorville, Illinois 62568

EXHIBIT
7

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 2

1                 S T I P U L A T I O N

2              It is stipulated between the parties

3     herein, through their attorneys, that the discovery

4     deposition of LYDIA HICKS may hereby be taken upon

5     oral interrogatories, on June 4, 2019, at the hour of

6     2:30 p.m., at Quinn, Johnston, Henderson, Pretorius &

7     Cerulo, 400 South 9th Street, Suite 102, Springfield,

8     Illinois, before the instance of the Plaintiff, and

9     before Cathy J. Craggs, CSR and RPR.

10              That the oral interrogatories and the

11     answers of the witness may be taken down in shorthand

12     by the Reporter and afterwards transcribed.

13              That the reading and signing of said

14     deposition is WAIVED.

15              That the deposition or any portions

16     thereof may be used by any of the parties hereto,

17     without foundation proof, for any purpose for which

18     depositions are competent.

19              That copies of the deposition may be

20     furnished to any of the parties at his or her own

21     expense.

22

23

24

**DEPOSITION OF LYDIA HICKS**                    June 04, 2019

Page 3

1    APPEARANCES:    (June 4, 2019)

2

3       UPTOWN PEOPLE'S LAW CENTER
        By Ms. Elizabeth Mazur, Esq.
4       Attorney at Law
        4413 North Sheridan
5       Chicago, Illinois  60604
            Appeared on behalf of the Plaintiff;

6

7       WEIL & CHARDON LLC
        By Mr. Stephen H. Weil, Esq.
8       333 South Wabash Avenue
        Chicago, Illinois  60604
9           Appeared on behalf of Plaintiff.

10      HEYL, ROYSTER, VOELKER & ALLEN
        By Ms. Theresa M. Powell, Esq.
11      Attorney at Law
        3731 Wabash Avenue
12      Springfield,Illinois  62791-9678
            Appeared on behalf of the Defendants, Wes
13   Barr, Larry Beck, Guy E. Bouvet, III, Jennifer Ealey,
     Kyle Meyer. Sangamon County, Illinois and Zach Whitley

14

15

16      QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
        By Mr. Matthew J. Maddox, Esq.
        Ms. Betsy A. Wirth, Esq.
17      400 South Ninth Street
        Suite 102
18      Springfield, Illinois  62701

19          Appeared on behalf of Arun Abraham, M.D.,
     Advanced Correctional Healthcare, Inc., and Michael
20   Shmikler

21

        ALSO PRESENT:
22
        Musa Sabr Hex Bouderdaben
23
                        ***        ***
24

**DEPOSITION OF LYDIA HICKS**                                    June 04, 2019

Page 4

1
                            I N D E X
2
WITNESS          DIRECT      CROSS      REDIRECT   RECROSS
3   LYDIA HICKS
                              5          125
4

5                        E X H I B I T S

6   EXHIBIT                                        PAGE
    Hicks Exhibit 1                                 45
7   Hicks Exhibit 2                                 55
    Hicks Exhibit 3                                 81
8   Hicks Exhibit 4                                 85

9

10

11

12

13

14          ***EXHIBITS RETAINED BY MS. MAZUR***

15

16

17

18

19

20

21

22

23

24

DEPOSITION OF LYDIA HICKS                    June 04, 2019

```
 1                   LYDIA HICKS,
 2   called as a witness herein, at the instance of
 3   the Plaintiff, having been duly sworn on her oath,
 4   testified as follows:
 5                   DIRECT EXAMINATION
 6                   CONDUCTED BY MS. MAZUR:
 7        Q.  Can you just state and spell your first name
 8   and last name for the record?
 9        A.  Lydia, L-Y-D-I-A, and my last name is
10   technically Dailey Hicks, D-A-I-L-E-Y, H-I-C-K-S.
11        Q.  Okay.  Great, thanks so much.
12                   So just a couple of quick things before
13   we get started.  If at any point today I ask a
14   question or first of all, any points you want to take
15   a break let me know and we'll go off the record.
16        A.  Sure.
17        Q.  Only rule is if there is a question pending,
18   I'll ask you to answer it before we break.
19        A.  Sure.
20        Q.  And also if at any point I ask a question
21   and you don't understand it, sometimes I may
22   inadvertently word something poorly, left me know and
23   I'll rephrase it, okay?
24        A.  Okay.
```

DEPOSITION OF LYDIA HICKS                    June 04, 2019

1          Q.  Excellent.  So are you currently employed,

2     Miss Hicks?

3          A.  I am.

4          Q.  And where are you currently employed?

5          A.  The State of Illinois at McFarland Mental

6     Health Center Department of Human Services.

7          Q.  And what is your job position there?

8          A.  I'm a Social Worker II.

9          Q.  Okay.  And how long have you been at

10    McFarland?

11         A.  I started there in July of 2017.

12         Q.  Okay.  And where were you employed prior to

13    July of 2017?

14         A.  With Advanced Correctional Healthcare.

15         Q.  Okay.  How long were you employed by with

16    Advanced Correctional Healthcare?

17         A.  I started with Advanced in December of 2009.

18         Q.  Okay.

19         A.  And up until a week before I started at

20    McFarland so July of 2017.  I did that in a full time

21    capacity I stayed on as a prn after that for Sangamon

22    County Jail as clinician in site.  I might have went

23    in 2 or 3 times to cover the regular person's vacation

24    or absence.

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 7

1          Q.   Okay.  And so what are you a licensed
2     clinical social worker?
3          A.   I am.
4          Q.   When did you become an LCSW?
5          A.   2008.
6          Q.   Okay.  Do you have any other professional
7     licenses?
8          A.   I'm a certified by NCCHC as a Certified
9     Correctional Healthcare Practitioner.
10         Q.   Okay.  And when did you get that
11    certification?
12         A.   I think this is my three year, so I don't
13    know 2015, 2016.
14         Q.   Okay.  And what, what positions did you hold
15    at Advanced Correctional Healthcare?
16         A.   I was a qualified mental health professional
17    when I first started and --
18         Q.   Okay.
19         A.   -- worked here in the Sangamon County Jail
20    and then I don't know if it was maybe Spring of 2012
21    that Doctor Caldwell asked me to be the Regional
22    Mental Health Manager.
23         Q.   Okay.  And were you the Regional Health
24    Manager from 2012 until 2017?

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 8

1        A.   Yes.

2        Q.   Okay.  And just to be, just to make a record

3   the, you said you used the phrase Qualified Mental

4   Health Professional and that sometimes is referred to

5   as a QMHP, correct?

6        A.   Uh-huh.

7                    MR. MADDOX:  Just be sure to

8   yes or nod are you heads it's easier for Cathy.

9        A.   Yes.

10        Q.   And what is a QMHP?

11        A.   It's an on-site Licensed Clinical Mental

12   Health Clinician.

13        Q.   Okay.  And so if, was there a period of time

14   where you were employed by ACH and you were working at

15   the Sangamon County Jail providing like direct

16   clinical services?

17        A.   Right, that was 2009 until then in 2012.

18        Q.   Okay.

19        A.   And sometimes I would still cover vacations

20   or absences or shortages in that jail.  I wasn't

21   limited to Sangamon County Jail because I was licensed

22   in, I don't know how many different states, so if I

23   was hiring and training a Clinician for another

24   particular jail and I was there hiring somebody I

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 9

1  would, if I was licensed in that State then I would

2  see people at the jail at that time if they needed it

3  so.

4       Q.  Okay.  And so yeah, just so that in 2012 you

5  became the Regional Mental Health Manager, is that

6  correct?

7       A.  Uh-huh.  So I had 28 mental health hours in

8  the Jail and 12 hours of the Regional Mental Health

9  Manager, and at that point then I started to phase out

10  of the jail hours and fully into 40 hours of Regional

11  Mental Health Manager.

12      Q.  Okay.  And was there a time where you kind

13  of phased completely into the managing position?

14      A.  Yeah, but I don't remember when exactly that

15  date would have been.

16      Q.  Okay.  And tell me about the region, like

17  the --

18      A.  Well, it's kind of a misnomer there wasn't

19  really, there was Doctor Caldwell and I --

20      Q.  Okay.

21      A.  -- for quite a few years and then eventually

22  we brought on another Regional Mental Health Manager

23  in the Missouri Kansas area.

24      Q.  Okay.

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 10

1        A.  And when I left ACH it was still Doctor

2   Caldwell, me and the other regional meant health

3   manager.

4        Q.  Okay.  And who was the other one, the other

5   Regional Health Manager when you left?

6        A.  Leslie was her first name.

7        Q.  If you don't recall, that's fine.

8        A.  I'm blank on her last name.

9        Q.  I'm sorry I didn't mean to interrupt.

10        A.  That's okay.

11        Q.  There, you're the first person I have

12   deposed from ACH so unfortunately you are going to

13   have to educate me about some basic organizational

14   stuff.

15        A.  Okay, I will do my best.

16        Q.  Thank you.

17             The, when you say well, when you first

18   became the Regional Mental Health Manager where

19   generally was ACH operating, if you know?  Like was it

20   all in Illinois or were they --

21        A.  No, it was multiple states.

22        Q.  Okay.  And did you have managerial

23   responsibilities over Mental Health Services in Jails

24   outside of Illinois?

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 11

1        A.   When I first started as I phased into the

2   job completely, yes, but when I was still working in

3   the Jail, not really.  It was pretty much limited to

4   Illinois.

5        Q.   Okay.  When I, it sounds like that you're

6   and correct me if I'm wrong, but your job as the

7   Regional Manager kind of changed over time as you were

8   phasing in.  So I guess when you were like what's the,

9   how many Jails did you oversee like at the time, that

10  you were, oversaw the most number of Jails sorry

11  that's poorly worded, did that make sense?

12       A.   I have no idea.

13       Q.   Okay there, what were your job

14  responsibilities as Regional Mental Health Manager for

15  ACH?

16       A.   Checking in with Jail administrations.  If

17  they were a new Jail, it would mean usually going

18  there and meeting with Jail administration and

19  identifying their needs and wants in a Mental Health

20  Program inside the Jail.  Helping them identify how

21  much Mental Health Services they needed in the Jail.

22  Helping them well, we hired for them really, we hired

23  interviewed and trained new QMHP's who would go to

24  work inside of the Jail.  We hired clinically licensed

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 12

1   and independent practitioners in the Jail but required

2   them to do weekly check-ins with us.

3        Q.  Okay.

4        A.  I trained Correctional Officers, Sheriff's

5   Association Members in various states on different

6   Mental Health topics.

7             If a Jail had a problem with an Inmate

8   they could call me directly, I was second on the call

9   list for all of our Jails, Doctor Caldwell being the

10  first.

11       Q.  Okay.

12       A.  So even if it was a Jail that didn't have

13  Mental Health Services that needed guidance on what to

14  do with an Inmate that was having a Mental Health

15  crisis they could call and staff that with us.

16            If any of our clinically licensed

17  Clinicians inside the Jails had any questions or

18  problems to staff anybody with they could call us

19  around the clock.  There wasn't a cut off time.

20            There were HR responsibilities in that

21  job so doing like the new training 30 days, 60, 90 day

22  evaluations, annual yearly evaluations, peer reviews

23  twice a year on our Clinicians.

24            Gosh, I know I'm going to miss

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 13

1    something but...

2        Q.  That's okay.

3        A.  That's a pretty good start.

4        Q.  I have got some follow-up on some that

5    stuff.

6        A.  Okay.

7        Q.  The, well, sorry one kind of more

8    preliminary question.  Prior to the time that you

9    began working at ACH did you, I'm sorry, when did you

10   start working at Sangamon County Jail?

11       A.  December of 2009.

12       Q.  Okay.  And were you working for ACH at that

13   time?

14       A.  Yes.

15       Q.  And so did you ever work at Sangamon County

16   Jail for anyone other than ACH?

17       A.  No.

18       Q.  Okay.  And prior to December of 20, 2009,

19   had you worked in any other Jail or prison setting?

20       A.  No.

21       Q.  Okay.  And before you became the Regional

22   Manager roughly how many hours a week were you working

23   at the Sangamon County Jail?

24       A.  28 hours at that point right before I

Page 14

1  started the Manager role.

2      Q.  Okay.  And were you like the main QMHP

3  assigned to the Jail at that time?

4      A.  Yes.

5      Q.  And did you hire you or ACH hire someone to

6  take your place at the Jail when you took on the

7  Manager role?

8      A.  Yes.

9      Q.  And who was that?

10     A.  There's been several people, there was Nancy

11 Naughton.

12                    MR. MADDOX:  Spell the name,

13 please.

14     A.  Nancy, N-A-N-C-Y, Naughton, N-A-U-G-H-T-O-N.

15     Q.  Okay.

16     A.  There was Ann Ramey, A-N-N, R-A-M-E-Y.

17     Q.  Okay.

18     A.  There was Adrian Byrd, A-D-R-I-A-N, B-Y-R-D.

19     Q.  Okay.

20     A.  I'm trying to think if there was anybody

21 else.  Mickey of course.

22                    MR. MADDOX:  And Mickey is

23 Michael.

24     A.  Michael Shmikler, yes.

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 15

1          That's all I can think of right now.

2     Q.  Okay.  And then when --

3     A.  Well, I hired my, when I left ACH I hired

4  Ember Beddingfield who is the Clinician there now.

5     Q.  Can you spell the first name?

6     A.  Ember, E-M-B-E-R.  And then Beddingfield,

7  B-E-D-D-I-N-G-F-I-E-L-D.

8     Q.  Okay.

9     A.  She worked for me in Jacksonville at Morgan

10  County Jail and came over and took Sangamon County

11  Jail --

12     Q.  Okay.

13     A.  -- when I left.

14     Q.  Got it.

15          The, when you were at before you got

16  the managerial role when you were the QMHP at Sangamon

17  County Jail were there times also that you filled in

18  other ACH Jails?

19     A.  I don't know if I filled in for Christian

20  County Jail before I became the Regional Mental Health

21  Manager or not.  I don't think I did, I think we

22  acquired that contract after I was already in the

23  Manager role so I don't think so.

24     Q.  Okay.  And prior to December of 2009 had you

DEPOSITION OF LYDIA HICKS                    June 04, 2019

                                                        Page 16
1    worked with Sangamon County in like any professional

2    capacity?

3        A.  No, I did screening in the emergency rooms

4    for several years, and I also had worked on the Psych

5    Floor at St. John's here in town so I mean I would

6    have Inmates come into the ER.

7        Q.  Okay.

8        A.  I would have the Police Department bring in

9    Inmates prior to taking them to the Jail, so I had had

10   contact with the Jail or Police Department but I

11   hadn't done any work inside of the Jail.

12       Q.  Okay.  Got it.

13              And then you said that you also had

14   well, if I understand correct me, correctly the people

15   who are hired to work as QMHP's were people who were

16   clinically licensed to work on their own?

17       A.  Uh-huh.

18       Q.  But you, you still had weekly check-ins with

19   them?

20       A.  Uh-huh.

21       Q.  Okay.  And just like what was the nature of

22   your weekly check-ins?

23       A.  Whatever they wanted it to be or if I had

24   anything specific that I needed to talk with them

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 17

1    about.  Most, mostly I asked them to just let me know

2    how things were going in the Jail.  If they were

3    having any problems to staff any, you know, High Risk

4    or Inmates that they wanted to talk about.  If I had

5    been notified by a Jail or if I had done a peer review

6    and needed to talk with them about something, you

7    know, just educationally or training wise then I could

8    use those weekly check-ins as an opportunity to do

9    that.

10        Q.  Okay.  And like roughly how long were the

11   weekly check-ins?

12        A.  If they didn't have anything to say, they

13   could be by e-mail and they weren't always done by

14   phone, some people always called me by phone, some

15   people always e-mailed me, some did both.

16        Q.  Okay.  Did you do in person ever?  I mean it

17   sounds like there is a lot of geography to cover?

18        A.  In person what?

19        Q.  Check-ins, with weekly check-ins?

20        A.  No.

21        Q.  Okay.  And did the weekly check-ins well,

22   I'm sorry, scratch that.

23            There was a period of time where you

24   supervised Mickey Shmikler who was working as a QMHP

Page 18

1  at the Sangamon County Jail, correct?

2       A.  Correct, I supervised Mickey before he

3  worked at the Sangamon County Jail.

4       Q.  Okay.  And was that, he was working at a

5  different Jail?

6       A.  Yes.

7       Q.  Okay.  And so that would have been from 2012

8  until when he started working at the Sangamon County

9  Jail?

10       A.  I would have to look at paperwork to know

11  Mickey's start date at Ford County.

12       Q.  Got it.

13       A.  He also filled in at Douglas County Jail

14  which was in prn Mental Health site.

15       Q.  Did you have any professional interaction

16  with Mickey Shmikler prior to your employment at ACH?

17       A.  Professional?

18       Q.  Yeah.

19       A.  No.

20       Q.  Did you know who he was prior to employing

21  him at ACH?

22       A.  Mickey was in my MSW program at U of I, I

23  didn't know him at the time I remembered seeing him in

24  program and then when we did his interview at Ford

DEPOSITION OF LYDIA HICKS                          June 04, 2019

Page 19

1    County with the Jail Administrator and Sheriff there I

2    immediately recognized him because there were like

3    three men in my MSW program at the time, so.

4         Q.  Okay.  And what, did you do it at U of I in

5    Urbana?

6         A.  Uh-huh.

7         Q.  What year did you complete that?

8         A.  I started in June of 2002 I graduated in

9    December of 2004 with my masters degree.

10        Q.  Okay.  And how did Mr. Shmikler come to be

11   assigned to Sangamon County Jail, if you recall?

12        A.  I, we had been using several different

13   QMHP's to fill the full 28 hours and I think that they

14   had been phasing out and were welcomed to somebody

15   taking over the Jail in its entirety.  And Mickey

16   expressed interest in it.  We actually posted the

17   position and he came to me and said I'd be interested

18   in making that drive and working at 28 hours a week.

19        Q.  Okay.  Did, I think you mentioned earlier

20   and again correct me if I'm wrong, but part of your

21   job duties as Regional Manager involved like if there

22   was a new Jail you may be involved in helping them get

23   their program set up or determining their staffing

24   needs, is that correct?

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 20

1        A.  Yes.

2        Q.  Okay.  And was that something you had any

3   role with at Sangamon County Jail like when they were

4   a new Jail?

5        A.  ACH had a Mental Health Clinician in there

6   prior to me.

7        Q.  Okay.

8        A.  I wasn't the first ACH QMHP in that Jail.

9        Q.  Okay.  And when you, during the period of

10  time when you were supervising Mr. Shmikler at

11  Sangamon County Jail did you have like a primary point

12  person in Jail Administration that you communicated

13  with?

14       A.  Well, Terry Durr and Lieutenant Bill Strayer

15  both.

16       Q.  Okay.

17       A.  Eventually Beck came in who's the Jail

18  Administrator now but for the longest period of time

19  that I was there it was Strayer and then or I'm sorry,

20  Durr and then Strayer, one and two.

21       Q.  Okay.  And I'm not going to get too much

22  into this, I just kind of want to figure out where

23  there is a separation between like medical and mental

24  health, if I understand correctly there were also ACH

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 21

1   employees who did medical, provided medical care at

2   the Sangamon County Jail, correct?

3        A.   Correct.

4        Q.   And what role, if any, did the Medical Staff

5   at Sangamon County Jail have in terms of like

6   supervision of Mr. Shmikler, if you know?

7        A.   Well, I don't know if you have been inside

8   of the Sangamon County Jail a lot of the work that we

9   have to do and where we file our notes is in the

10  Medical Office, so we are part of the medical team

11  inside of the Jail.  We're not two separate entities.

12       Q.   Okay.

13       A.   There's an on-site Nursing Manager in the

14  Jail who's really the Manager of the day-to-day

15  opportunities or just the operations of any ACH

16  employee inside of the Jail.

17       Q.   Okay.

18       A.   You know, time wise that kind of stuff

19  everything and then we also had Regional Nursing

20  Managers.

21       Q.   Okay.

22       A.   So those were the two other Administrative

23  people that were inside of the Jail the on-site

24  Nursing Manager of course is there 40 hours week and

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 22

1    then Regional Nurse Manager did visits and was in the

2    Jail for other medical things that I couldn't tell you

3    about, they'd have to explain that.  And then the

4    medical doctors also had, you know, regions so we had

5    a Regional Doctor as well.

6         Q.  Okay.  And so I, the nurse do you recall who

7    the person was who was the on-site Nurse Manager when

8    Mr. Shmikler was at the Jail?

9         A.  Kate came on, I don't know if she was, I

10   don't think she was the first one though.

11        Q.  Okay.

12        A.  We had several and I don't remember their

13   names.

14        Q.  Do you know did that, did the person who had

15   that position were they sometimes referred to like

16   Medical Director, if you know?

17        A.  I don't know.

18        Q.  Okay.  But in any event there was a Nurse

19   Manager who was kind of like the, the boss of ACH

20   people on-site?

21        A.  The day-to-day operations, yeah.

22        Q.  Okay.  And so if like just hypothetically a

23   person like Mickey Shmikler is like, oh I can't come

24   in this day does he arrange that with the Nurse

DEPOSITION OF LYDIA HICKS                           June 04, 2019

Page 23

1  Manager or with you or both?

2       A.  So we instructed people to first notify the

3  Jail because that affect the Jail more than it

4  affected me as their supervisor and then also me.

5       Q.  Okay.  The, you mentioned also that you kept

6  the Mental Health staff kept files in the medical

7  unit, is that correct?

8       A.   so we had a tray where we would receive

9  like referrals?

10       Q.  Okay.

11       A.  So if somebody had referred a patient for us

12  to see we would pickup our referrals their Inmate

13  requests and that was prior to them going digital

14  eventually the Jail went digital, it was all in the

15  computer and then passed along to us via like a

16  voicemail.

17       Q.  Okay.

18       A.  But yeah, no, we would put a, other notes to

19  be filed in the Medical Unit.

20       Q.  Okay.

21       A.  Patient charts are in the Medical Unit so if

22  we want to see what had been going on or what Nurse

23  Practitioner or Doctor had seen somebody and said we

24  look at that, yeah, we could see their charts in

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 24

1  there.  The bathroom was in there, so we were

2  constantly in and out.

3      Q.  Like the staff bathroom that you guys would

4  use.  Okay.

5      A.  Yeah.

6      Q.  Okay.  I guess while we have this handy this

7  we have the exhibits from last time, I'm just using

8  them so --

9              MR. MADDOX:  When you last say

10  time I just want to make sure like you mean, which

11  depositions are you referring to?

12              MR. CATE:  All of them, our

13  Court Reporter and brought them all back.  So I will

14  identify them specifically.

15              MR. MADDOX:  All right.

16      Q.  This is a document that we marked previously

17  Ealey 4 and it's Bates stamped Sangamon County

18  Produced 1480 through 1482 and at the top it says

19  Mental Health Services Referral Tracking.  And if, you

20  can just take a quick look at that.  My question is

21  just going to be like do you recognize this type of

22  form not necessarily this particular one?

23      A.  Yes.

24      Q.  Okay.  And is this the document that you

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 25

1    were testifying to about earlier where there was a

2    tray where you could pick up referrals?

3        A.  No.

4        Q.  Okay.  Tell me your understanding of how

5    this document was used at the Sangamon County Jail?

6        A.  This was just used by the QMHP to list

7    people that they had seen on in the, any given day.

8        Q.  Okay.  And so the referral form that you

9    testified about earlier was something else?

10       A.  Yes.

11       Q.  Okay.  This, similar this is one of the

12   documents that was previously marked as Bouvet

13   Exhibit 17, it's four pages, and they are

14   consecutively Bates stamped Sangamon County Produced

15   885 through 889 if you look at the last page I'm going

16   to ask the same kind of questions.

17       A.  Uh-huh.

18       Q.  Do you recognize that type of form?

19       A.  Yes.

20                 MR. MADDOX:  And if we don't

21   mind so that's Bates stamped --

22                 MS. MAZUR:  889.

23                 MR. MADDOX:  Thank you.

24       Q.  It says at the top report of

ASSSOCIATED COURT REPORTERS
1-800-252-9915

Page 26

1   Medical/Psychological Referral, correct?

2        A.   That's what it says, yes.

3        Q.   Okay.  And do you recognize this type of

4   form?

5        A.   Yes.

6        Q.   Is that the one that you might find in the

7   tray?

8        A.   Yes, this is an example of one you would

9   find in the tray.

10        Q.   Okay, Terrific.  Maybe you can just set that

11   on one aside we don't get that mixed up.

12             Booking back at the Ealey 4 do you,

13   have you ever seen that particular document, if you

14   know?

15        A.   I don't know.

16        Q.   Okay.  Can you tell from looking at that

17   well, there is some handwriting on the document,

18   correct?

19        A.   Correct.

20        Q.   And there is also some blacked out parts?

21        A.   Correct.

22        Q.   Can you tell from looking at that who

23   completed the handwritten parts?

24        A.   It looks like Mickey's handwriting.

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 27

1      Q.  Okay.  And then is this a form, or this type

2   of document not saying this specific one something

3   that you used when you were an QMHP at Sangamon County

4   Jail?

5      A.  Yes.

6      Q.  And how I think you testified a little bit

7   about it but just to make sure we have a clear record

8   how did you use this form at the Jail, this type of

9   form?

10     A.  Yes, the same way that I said this was a

11  form that I would log all of the people that I saw on

12  any given day.

13     Q.  Okay.  And this particular one has names

14  blacked out except for Tiffany Rusher and next to her

15  name there is like some notations, do you know just

16  based on your familiarity with this type of document

17  what those notations indicate?

18     A.  A Mental Health Code and a GAF Score.

19     Q.  Okay.  What is the a Mental Health Code?

20     A.  Oh, just identifier we have a paper that

21  explained it.

22     Q.  Okay.

23     A.  But we usually had like four different

24  Mental Health Codes that just helped us identify like

DEPOSITION OF LYDIA HICKS                          June 04, 2019

Page 28

1    how often they were seen, the GAF Scores also just

2    kind of tells us about their level of functioning.

3           Q.   Okay.  And there is like a column between

4    the name and those codes, there is an X, do you know

5    what it indicates?

6           A.   I don't know how Mickey used that.

7           Q.   Okay.

8           A.   So I couldn't say how Mickey used that X.

9           Q.   Okay.

10          A.   I don't know what it meant for him.

11          Q.   So a form like this like, you know, someone

12   goes a QMHP goes to the Jail and sees people that day

13   and they generate that form what, what in your

14   practice did you do with it after generating that form

15   with --

16          A.   We kept it in a binder.

17          Q.   Okay.

18          A.   In the Medical Office.

19          Q.   Okay.

20          A.   So that you know, Nurses, Doctors, Jail

21   Administration could see who had been seen on any

22   given day.

23          Q.   Okay.  Is that, is this particular document

24   something that would wind up in an individual

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 29

1  patient's chart?

2       A.   No.  Because as you see all of the blacked

3  out names are names of other Inmates so we can't put

4  that, the name of other Inmates in another patient's

5  chart.

6       Q.   Okay.  And so this particular page indicates

7  that Tiffany Rusher was seen on March 15, 2017, is

8  that correct?

9       A.   Yes, minimally that's what it, yes.

10      Q.   Okay.  Did you know what and of you don't

11  know offhand that's fine, I might have a document that

12  describes i later but just as you sit here do you what

13  the 2A refers to?

14      A.   The Mental Health Code.

15      Q.   Yeah what is that mean 2A?

16      A.   Well, somebody who we would code as a 2A

17  would mean somebody had Mental Health diagnosis and

18  that we would probably follow-up with at least every

19  two weeks.

20      Q.   Okay.

21      A.   There's little sections, little words above

22  each section which tells you where the person was seen

23  so for example Tiffany's name listed under observation

24  status so that just tells you that she was in

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 30

1   observation.

2        Q.  Okay.  There's, sorry, there, there is, on

3   this form there is other boxes, you know, some say

4   medical initiating, security initiating, patient

5   initiating do those notations sort of, well, what did

6   they indicate?

7        A.  They indicate how somebody was referred to

8   Mental Health Services.

9        Q.  Okay.

10       A.  So observation status would mean we saw them

11  because they were in observation.

12            Medical would mean that a Nurse or the

13  Doctor or the Nurse Practitioner referred them to us.

14       Q.  Okay.

15       A.  Security would mean that Security asked us

16  to check in on that person.  The patient meaning the

17  patient themselves put in the request form to be seen.

18       Q.  Okay.

19       A.  Segregation rounds that's, we had a Mental

20  Health block women's, a few women's segregation cells

21  upstairs on the women's pod, and then like a

22  behavioral segregation block upstairs so that's what

23  the segregation rounds indicate.

24            Group contacts is crossed out that's

Page 31

1    because we don't do group groups at Sangamon County

2    Jail --

3           Q.  Okay.

4           A.  -- on this particular referral tracking

5    form.

6           Q.  Yeah.

7                And if a group had been performed on a

8    specific day, you would expect to see the group

9    participants?

10          A.  Correct.

11          Q.  In, listed on this document, okay.

12                And then what is the, the GAF, the

13   G-A-F number indicate?

14          A.  The Global Assessment Function is a scale of

15   0 to 100 that just indicates how well someone is

16   functioning.

17          Q.  Okay.

18          A.  The, I don't, I mean it's very subjective to

19   the person, you know, who is seeing the individual as

20   to what GAF Score they assign to them.  But I don't

21   know in our training material we actually had an

22   example of a GAF, a correctional GAF where it would

23   identify kind of levels of functioning and what each

24   level describes.

DEPOSITION OF LYDIA HICKS                June 04, 2019

Page 32

1        Q.  Okay.  So would that be some kind of like

2   tool that might guide someone in determining what the

3   number is?

4        A.  Possibly.

5        Q.  Okay.  The, do you, do you know how, it

6   looks like on this particular document Mr. Shmikler

7   gut a GAF Score of 60 next to Tiffany Rusher, do you

8   know how he arrived at that particular number?

9        A.  I don't.  I can, you know, a GAF Score of 60

10  indicates that somebody was functioning fine.  But I

11  don't know what Mickey meant, you know, I don't know

12  what he thought.

13       Q.  And do you know how -- well, I'll ask this

14  specifically for Mickey but also just generally

15  someone in your profession would like calculate, like

16  how does someone determine where someone is a 60 or a

17  61?

18       A.  Just if they were again, I mean we have

19  training, we have a correctional like GAF, I don't

20  know if you or anybody has one.  But ACH had one and

21  it just, you would have a scale of 10 to describe the

22  certain set of functioning, and if they weren't doing

23  any of that, you know, they would be at the bottom.

24  If they were doing some of it, that's how you would

Page 33

1    get the numbers between 60 and 69, for example, before

2    it went to the next one.

3         Q.  Okay.  And is there like you said 60 was

4    functioning, is there a number that you would consider

5    not functioning?

6         A.  20 would indicate that there was impairment

7    of functioning.

8         Q.  Okay.

9         A.  For me.

10        Q.  Okay.  And what does functioning like what

11   does that term mean to you in a correctional setting?

12        A.  Just overall how they're doing.  Sometimes

13   it can be incidents of self harm, self care, yeah, I

14   don't know.  I guess I take into account a lot of

15   things when it comes to somebody's functioning and you

16   have to take that then into context into the setting

17   that they're at.

18        Q.  Okay.

19        A.  Inside of the Jail.

20        Q.  Did, did Mr. Shmikler ever talk to you about

21   Tiffany Rusher at any point prior to March 18th, 2017?

22   I'll just represent to you that that was the date that

23   she, you know, strangled herself with the towel like

24   did he ever talk to you at any point prior to that

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 34

1   about Tiffany?

2        A.  I don't remember.

3        Q.  Okay.  If Mr. Shmikler had talked with you

4   during like check-ins meeting about Tiffany would you

5   expect any record to have been made of that?

6        A.  No, not unless it was by e-mail.

7        Q.  Okay.

8        A.  Then there would be e-mails.

9        Q.  Okay.

10       A.  But we never get any patient names really in

11  e-mails, so.

12       Q.  Okay.  Do you recall whether your check-ins

13  with Mr. Shmikler were, what method they were by like

14  e-mail or?

15       A.  He would do both if there wasn't, as I

16  recall if there it was something he needed to talk to

17  me about he would call me and there wasn't he would

18  e-mail me.

19       Q.  Okay.  And do you know whether anybody else

20  from either ACH or a Jail employee ever contacted you

21  about Tiffany Rusher prior to that date of March 18,

22  2017?

23       A.  I don't think so.

24       Q.  Okay.  Were there ever times when Mr.

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 35

1   Shmikler was the QMHP at the Jail that Jail
2   Administrators would call you about a particular
3   person like a particular Inmate?
4        A.   Not that I recall.
5        Q.   Okay.  Did you ever do any trainings at
6   Sangamon County Jail?
7                  I'm sorry I should be more specific.
8                  Did you ever do any trainings for
9   Correctional Staff at Sangamon County Jail?
10       A.   I don't remember exactly.  I know I did some
11  training one time specifically stands out it was the
12  first time that the Jail was hiring Booking Control
13  Room Officers so Control Room Officers that were in
14  Booking prior to that they didn't have Control Room
15  Operators in Booking they just had Officers.  And I
16  know that I sat down with a group of 3 or 4 new
17  Control Room Operators at that time and did some
18  training with them.
19       Q.   Okay.  And what was the purpose of you doing
20  training of Control Room Operators like was there
21  some?
22       A.   Ummm --
23                  MR. MADDOX:  Let her finish the
24  question.

ASSSOCIATED COURT REPORTERS
1-800-252-9915

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 36

1      Q.  What was, I'll just stop there, what was the

2  purpose of you doing training with the Control Room

3  Officers and I guess what I'm getting at was like was

4  there some Mental Health aspect of their work that you

5  or anyone envisioned happening?

6      A.  Well, I don't, I think you might have to ask

7  the Jail that question.  I don't know specifically

8  what the Jail was hoping for, or, you know, their

9  purpose.  I don't know what exactly the Control Room

10 Operators did in Booking.  I think I talked to them

11 generally about mental illness.  I really I don't

12 remember --

13     Q.  Okay.

14     A.  -- what else.

15     Q.  Do you know where that training occurred?

16     A.  It was in the Administrative Office.

17     Q.  Okay.  And did you ever do any trainings for

18 any Jail personnel on suicide prevention?

19     A.  I don't know, I did a couple of Illinois

20 Sheriff's Association trainings.

21     Q.  Okay.

22     A.  And I know that I know that Administration

23 usually came to those, I think, I couldn't tell you if

24 other Officers came to those, a couple were here in

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 37

1   Springfield, one was in Peoria, and I don't know who

2   of all of them was in attendance.

3        Q.  Did you, were you ever asked to help the

4   Jail develop a Suicide Prevention Program?

5        A.  I, we didn't have anything called a Suicide

6   Prevention Program.

7        Q.  Did the Jail have a Suicide Prevention

8   Program, if you know?

9        A.  The Jail had like protocol and policies on

10  things.

11       Q.  Okay.

12       A.  It's likely they had one on there but...

13       Q.  Okay.  Did you ever train any ACH staff at

14  the Jail on Mental Health issues?

15       A.  I trained all of them the Mental Health

16  Staff that worked in Sangamon County Jail upon their

17  employment.

18       Q.  Okay.  And what did that training consist

19  of?

20       A.  Well, I had an orientation checklist on the

21  various topics I would have to reference that in order

22  to tell you exactly all of the things that I trained

23  them on.

24       Q.  Okay.  And would the training for new hires

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 38

1  be like a one on one thing?

2       A.  Depends most of the people in this area in

3  Jail were one on one, if I was training somebody in

4  Nebraska it likely would have been over the phone.

5       Q.  Okay.

6       A.  But I would have went there to hire them --

7       Q.  Okay.

8       A.  -- and then walked through and given them

9  examples of if somebody is on suicide watch here's

10  where we see them, here's, you know, where we talk, we

11  do all of that at the interview, so that they can see

12  it all that way when we talked about it on the phone

13  then they were able to apply it.

14       Q.  Okay.  And did you train Mr. Shmikler?

15       A.  Yes.

16       Q.  And what, when, I understand he liked worked

17  in different positions and capacities so when --

18       A.  Uh-huh.

19       Q.  -- did you have an occasion to train Mr.

20  Shmikler?

21       A.  It would have been when he first started at

22  Ford County.

23       Q.  Okay.  And did you do any training of Mr.

24  Shmikler when he started at Sangamon County?

ASSSOCIATED COURT REPORTERS
1-800-252-9915

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 39

1        A.  I don't remember.

2        Q.  Okay.

3        A.  I had, I think two of the other women that

4   were filling in at the time they could very well have

5   oriented him to how the Jail was, I don't remember if

6   it was me or them.

7        Q.  You mentioned just to make a clean record,

8   you mentioned a Booking area earlier so I'm going to

9   have you look at document that's marked Ealey

10  Exhibit 2.

11       A.  Okay.

12       Q.  It's been marked on a little bit but can

13  you, do you recognize the area on this doing?

14       A.  Uh-huh, yes.

15       Q.  What is that?

16       A.  That's the Booking area.

17       Q.  Okay.  And you're pointing at kind of the

18  squarish area --

19       A.  Uh-huh.

20       Q.  -- that's surrounded in red?

21       A.  Yes.

22       Q.  Okay.  When you, you have personal

23  experience working in the Booking area, correct?

24       A.  Yes.

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 40

1      Q.  Okay.  And were there times that you worked
2  in the Booking area after Mr. Shmikler left ACH?
3      A.  Yes.
4      Q.  Because you kind of filled in from time to
5  time?
6      A.  I worked there after Mickey no longer worked
7  there until I left ACH --
8      Q.  Okay got it.
9      A.  -- again.
10      Q.  And so this is an area that where the Jail
11  kept High Risk detainees, is that correct?
12      A.  Yeah, cells usually 1 through 4, 16, 15, 14,
13  depended on how full the Jail was sometimes they might
14  utilize another room there was a padded cell, I don't
15  know if that's what you have highlighted there in red
16  there was like a padded cell.
17      Q.  Okay.
18      A.  It would have been inside, still here in
19  hallway.
20      Q.  Okay.  And this, we fortunately were there
21  earlier this morning so, you know, now I know what it
22  looks like a little better inside.
23             There is, when you mentioned the folks
24  that you trained that was the control room in the

ASSSOCIATED COURT REPORTERS
1-800-252-9915

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 41

1    Booking area?

2        A.   Say that again, what was the question?

3        Q.   I'm sorry, you mentioned earlier that let me

4    look at my notes, I don't want to say it wrong.

5             The folks that you said that you were

6    trained were they Control Room Operators --

7        A.   Yes.

8        Q.   -- if you know.  And were they people who

9    were working in a control area in the booking area --

10   if you know?

11       A.   I don't know, I can show you on here that

12   this is the controlled area, I guess if you want to

13   call it that and so those individuals were, worked in

14   here (indicating).

15       Q.   Okay.  And just to make the record, your, do

16   you mind just like pulling an X in this blue pen where

17   you marked the, indicating --

18       A.   This is the control room (indicating).

19       Q.   -- the control room.

20            Okay.  Thanks.

21            And then there is, we saw earlier today

22   that there is like a window from this area in the

23   control area into the Cell I16 do you know whether

24   that window was ever used to watch High Risk detainees

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 42

1  in I16?

2        A.  There is windows on both of those from

3  there.

4        Q.  Yeah.  And so do you know whether those

5  windows were ever used like for watching or monitoring

6  people in those cells?

7        A.  I don't know how they, the control room

8  people utilized those windows.

9        Q.  Okay.  Did you ever see that happening where

10  they like used those windows to observe people in

11  those cells?

12        A.  I don't know, I didn't spent much time

13  inside of here, I spent out here talking to the

14  individuals in the High Risk cells.

15        Q.  Okay.  And when you personally met and

16  talked to individuals in High Risk cells, where did

17  you meet them at their cell front?

18        A.  Yes.

19        Q.  And did you meet them like go into the cell

20  or did you talk through the door?

21        A.  Both.

22        Q.  Okay.  And what were, what was the reason

23  that you would talk to someone through a door as

24  opposed to inside of their.

DEPOSITION OF LYDIA HICKS                     June 04, 2019

Page 43

1       A.  If I could hear them fine then there

2  wouldn't be a need to.

3       Q.  Okay.

4       A.  If they were somebody that, you know, had a

5  linear thought process and could communicate clearly

6  to me there wouldn't be a need, versus if I had

7  somebody who wasn't talking or was talking very

8  quietly or their speech was unintelligible I might try

9  to find an Officer and got an Officer to go with me

10  and ask them if the door could be open so that I could

11  better hear somebody.

12       Q.  Okay.  Got it.  The --

13       A.  I made the mistake once of asking the

14  Officers to open a cell door on somebody that I had

15  previously known from previous Mental Health work and

16  he tried to attack me as soon as the door opened, so

17  it was a judgment call, too.

18       Q.  Sure?

19       A.  When we opened those or not, yeah.

20       Q.  Were there any areas where you could have

21  like a private confidential meeting with people in the

22  High Risk cells?  And I should say that better like if

23  you want to have private confidential meeting with

24  someone in a High Risk Cell is there a place where you

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 44

1   could go and have a private meeting with them?

2       A.  Well, that would depend on the circumstances

3   of the individual in the cell.

4       Q.  Okay.  And like?

5       A.  If they were dangerous, if the Jail advised

6   against doing that, then I wouldn't do it.

7       Q.  Okay.  There, you mentioned the Sheriff's

8   Association meetings how many Illinois Sheriff's

9   Association meetings did you attend?

10      A.  I can think of 3, two in Springfield and one

11  in Peoria for sure.

12      Q.  Okay.  And were those like the, like

13  meetings kind of convened or sponsored by ACH?

14      A.  They were put on by the Illinois Sheriff's

15  Association.

16      Q.  Okay.

17      A.  But I think we would be probably considered

18  a vendor, I don't know I didn't do like the marketing

19  or business side of that, so I don't know how exactly

20  that all worked.

21      Q.  Okay.  And you gave some presentations at

22  those meetings?

23      A.  Yes.

24      Q.  What were the subjects that you gave

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 45

1   presentations on?

2        A.  I would have to look at the agenda for those

3   meetings to know.

4        Q.  Do you recall anything just as you sit here?

5        A.  I remember doing one on hunger strikes --

6        Q.  Okay.

7        A.  -- in the Jail.

8        Q.  Okay.  There is this will be a new exhibit.

9                     (Hicks Exhibit 1 marked for

10                     identification by the Court

11                     Reporter.)

12        Q.  I'm going to hand you this document and just

13   for the record it's Bates stamped consecutively ACH

14   559 through 604.  And first I guess if you could just

15   flip to the last page of this document the one that is

16   marked ACH 604.  Oh, sorry?

17                     MR. MADDOX:  It's on both

18   sides.

19        Q.  Sorry and you might just want to keep the

20   clip on because they're not --

21        A.  I will put it back in order --

22        Q.  Okay.

23        A.  -- and then clip it.

24        Q.  Perfect.  Do you recognize this document?

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 46

1      A.  Yes.

2      Q.  And what is this?

3      A.  This is that orientation checklist.

4      Q.  Okay.  And is that a document, does this

5  pertain to an orientation that you did with Mr.

6  Shmikler?

7      A.  Yes.

8      Q.  On January 16th, 2013?

9      A.  Yes.

10      Q.  And where did this or was this an in person

11  orientation that you did with Mr. Shmikler?

12      A.  I don't remember.

13      Q.  Okay.  And do you know where this

14  orientation took place?

15      A.  If it was in person it would have been at

16  the Jail, if it wasn't in person it would have been by

17  phone, but I'm, when was this form.  The 13th, do you

18  have the, I'll assume that you have the dates that

19  Mickey started at Sangamon County and at Ford.

20                    MS. POWELL:  Yeah.

21      A.  I'm assuming this is his very first one at

22  Ford County but I may be wrong.

23      Q.  You know how about this, if you could turn

24  to the third page of this document ACH 563 it looks

ASSSOCIATED COURT REPORTERS
1-800-252-9915

DEPOSITION OF LYDIA HICKS                        June 04, 2019

Page 47

1    like there is a --

2                    MR. MADDOX:  Well, just, it's

3    confusing that's actually wouldn't, this is double

4    sided so it's not the third page.

5         Q.  So sorry, so just 563?

6         A.  I'm on 563.

7         Q.  Okay.  Beginning at 563, well, it looks like

8    this is a, what is this document?

9         A.  It's the QMHP, it's like job description.

10        Q.  Okay.  And this is a document looks like it

11   is, if you turn to the next page it's signed by Mr.

12   Shmikler and by you, is that correct?

13        A.  Yes.

14        Q.  And in the following, well, can you tell

15   from looking at this document or any of the subsequent

16   pages when Mr. Hicks or sorry when Mr. Shmikler was

17   hired by ACH?

18        A.  Not necessarily.

19        Q.  Okay.  All right.  Well, in any event back

20   to the orientation checklist you don't recall where

21   this orientation occurred, correct?

22        A.  I don't.

23        Q.  Okay.  How long did the orientation last?

24        A.  I don't remember.

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 48

1      Q.  Okay.  Can you kind of walk me through the

2   steps you would have gone through during this

3   orientation?

4      A.  Uh-huh.  We would have looked and reviewed

5   the job description.

6      Q.  Okay.

7      A.  Seen if there were any questions about the

8   job description forgive me because it's been about a

9   little over two years since I hired anybody for ACH,

10   so.

11      Q.  Sure.

12      A.  We would have talked about the essential

13   functions that are listed.

14      Q.  Uh-huh.

15      A.  So that would have been the job description

16   line.  Proper approach to the detainee just would have

17   been me asking, you know, have you ever worked Inmates

18   before?  Is there anything that you worry about

19   working with Inmates?  And then talking about how we

20   approach them in the physical sense and in the

21   therapeutic sense.

22      Q.  Uh-huh.

23      A.  The confidentiality and record release would

24   have talked about when we can and cannot share any

Page 49

1   information, you know, about Inmates or things going

2   on at what times it's appropriate to share their

3   records or not.

4                I would have went over the next section

5   the payroll form which is just what they filled their

6   time in and out on.

7                The request for time off form I would

8   have gone over that talked about the difference

9   between like personal, sick and vacation time.

10                Policies and Procedures Section that's

11   where we would have talked about what we do on-site at

12   the Jail.  ACH doesn't have their own Policies and

13   Procedures on, cause we couldn't create a Policy Or

14   Procedure that would work in every Jail that we were

15   in, so that would be about yeah, the Procedures and

16   Policies that they had on-site.

17        Q.  Okay.

18        A.  Clinical Guidelines just talking about

19   mental health in general, the different types of

20   people that we see how we respond how we treat them.

21   Yeah.

22        Q.  Is there any documents that you would have

23   gone over when reviewing Clinical Guidelines with Mr.

24   Shmikler?

Page 50

1          A.   That's the next section.

2          Q.   Okay.

3          A.   You'll see there it says Mental Health

4     Documentation, Mental Health Notes.

5          Q.   Okay.

6          A.   So we talked about those, all of those types

7     of forms except for the psychiatry form that's just

8     for the psychiatrist to complete.

9          Q.   Okay.

10         A.   So yes.

11         Q.   Those are all, the things under Mental

12    Health Documentation all refer to forms?

13         A.   Yes.

14         Q.   Okay.  And are they ACH specific forms or

15    facility specific forms, if you know?

16         A.   Those are ACH forms.

17         Q.   Okay.  Okay.  What about the next section in

18    Support Documentation?

19         A.   Also more documents.

20         Q.   Okay.

21         A.   Statement of informed consent, the referral

22    tracking CQI process, which is this form that we

23    talked about earlier (indicating).

24         Q.   It's Exhibit, Ealey 4?

DEPOSITION OF LYDIA HICKS                     June 04, 2019

Page 51

1        A.   Yes.

2        Q.   Just while we're on that from what does the

3   CQI process mean?

4        A.   Continuous quality improvement the Regional

5   Nursing Manager, I don't know how often they came to

6   do a CQI meeting.  So they would use our numbers

7   looking at how many Mental Health people were seen,

8   how they were being referred as in how many we saw in

9   observation, how many we saw in segregation, how were

10  many referred by Medical, how many were self referred

11  by the patient themselves, how many were referred by

12  Security.

13       Q.   Okay.

14       A.   And then every month we would also calculate

15  and report those numbers to the Nurse Manager that was

16  on-site at the Jail.

17       Q.   Okay.

18       A.   Just, that was numbers purposes.

19            And I couldn't tell you more about

20  their CQI process that was done by the Regional Nurse

21  Managers.

22            The Noncontact Professional Activities

23  Form, which was a form if, I don't know there was

24  something that was document worthy from like an

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 52

1    outside source or something that had happened that

2    didn't involve direct conversation with the patient.

3         Q.  Okay.

4         A.  The refusal of Mental Health Services form.

5    The Sleep Log, and the Peer Review Form.

6         Q.  On.  And what is, so these, again are all

7    these documents are set forms, correct?

8         A.  Yes.

9         Q.  Are they ACH forms or facility specific

10   forms?

11        A.  ACH forms.

12        Q.  Then there is a section that discusses

13   responsibilities on-site, correct?

14        A.  Correct.

15        Q.  And can you kind of walk me through what

16   these different responsibilities are?

17        A.  So I would talk to them about each one those

18   segregation rounds, which were the people that were

19   living segregated in the Mental Health Block which was

20   A Block or the Men's Block which was is now L Block or

21   the women's segregated cells on the second floor.  So

22   that, you know, how we did them, when we did them.

23              The sick call would just mean that the

24   Inmate them self had requested to be seen.  So again

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 53

1    they'd be logged in the patient initiating section of

2    the referral tracking log.  And that we just

3    prioritize those and make sure we respond within two

4    weeks.

5                    Referrals, so if the Nursing Staff or

6    the Nurse Practitioner or the Medical Doctor wanted us

7    to, to check on someone for any particular reason they

8    could refer them the same from Security.

9                    The review of prescreening forms for

10   Booking and Medical when Inmates got booked in the, it

11   used to be the Officers and then maybe the Control

12   Room Booking Officers, Booking Officers took that

13   over, so that that was something that was accessible

14   in the Inmate's chart.

15                   Sometimes I would have Officers at the

16   Jail that would utilize that prescreening form as a

17   referral form, and I'd get it in the box in the

18   Medical Unit and I would talk to the new hire about if

19   you see one of those in your box, look at the

20   information in it and note that they're likely using

21   it as a referral source.  They want you to check than

22   that person.

23                   Suicide watch rounds which are the

24   rounds that are done in the cells on this Ealey 2

**DEPOSITION OF LYDIA HICKS**                          **June 04, 2019**

Page 54

1    Exhibit that are here the High Risk Booking cells.

2          Q.  Okay.

3          A.  And then staff training if we were asked to

4    do any particular staff training.

5          Q.  Okay.

6          A.  Mickey could have been asked to do staff

7    training with the Officers at Sangamon County Jail.

8          Q.  Okay.  That something that might have

9    happened you just don't know?

10         A.  Yeah, I just don't remember it's been

11   awhile, but that was common that if Jails had a

12   question or wanted some training that the on-site

13   Mental Health Clinicians could provide that training,

14   too.

15         Q.  Okay.  And Mr. Shmikler was supposed to work

16   28 hours a week, correct?

17         A.  Yes.

18         Q.  And was that like was there a set schedule

19   of days or --

20         A.  I don't remember his schedule.

21         Q.  Okay.  But was it just like was there a set

22   schedule or was it just like whenever you can make it

23   in 28 hours this week?

24         A.  If I remember correctly, he kept a set

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 55

1    schedule for the most part.

2         Q.   Okay.  If you can flip to, well you know

3    what I'm going to pause one second.

4              I'm going to hand you one more we'll

5    call this Hicks 2.

6                        (Hicks Exhibit 2 marked for

7                        identification by the Court

8                        Reporter.)

9         Q.   So just for the record Hicks 2 is a document

10   that is Bates stamped consecutively Andrews versus

11   Sangamon County Plaintiff's Production 12586

12   through 12593.  I am going to ask you to just look at

13   that, and I'm going to ask you whether any of the

14   documents in Hicks 2 are the forms that are referenced

15   in the orientation checklist under Mental Health

16   Documentation.  So like on like on the first page it

17   says Mental Health Screening on Hicks 2 is that a

18   document that you recognize?

19        A.   Yes.

20        Q.   And was this a form that ACH used?

21        A.   Yes.  It does not have care plan on it that,

22   that I think somebody has wrote in that is not ACH.

23        Q.   Sure, there is, just to be clear there is a

24   handwritten note at the top that says Care Plan which

DEPOSITION OF LYDIA HICKS                    June 04, 2019

1    isn't part of the form, is that correct?

2         A.   Yes, the Care Plan is not part of the form.

3         Q.   Okay.  So is this a, how is this form used

4    by ACH?

5         A.   This form is a Mental Health Screening

6    Interview Form, so if we had somebody that was in

7    stable placement, meaning they weren't on suicide

8    watch, they weren't in segregation, somebody that had

9    been referred to us or put in their own sick call

10   request so that we could call them out and sit down

11   with them and we talk to them.

12             I don't know how Mickey exactly used

13   the form, I knew most of the questions in my head, so

14   I didn't sit down and go through and ask them question

15   by question, but I usually covered all of it in my

16   conversation with them.

17        Q.   Okay.  And so this form, is this a two

18   pager?

19        A.   It is.

20        Q.   Okay.  And so this form, if I understand

21   correctly, you maybe didn't personally use this to

22   gather all this information but your practice would

23   have been to gather this information when screening

24   someone who was not already on like suicide watch or

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 57

1    something like that?

2         A.   Yeah, and somebody that I would pull out and

3    sit down with one to one who was a fairly stable

4    Inmate.

5                   This may not be the, I don't know, most

6    correct version.  This one says it was reviewed in 13

7    and I don't know if that's, so just put that out

8    there.

9         Q.   Yeah, thank you, for pointing that out.

10                  There is also on the second page

11   there's some reference to MH Codes which I think we

12   talked about earlier?

13        A.   Yeah.

14        Q.   Are these the Codes we were talking about

15   earlier?

16        A.   Yes.

17        Q.   So for, according to this form the MH2A

18   which referred to Tiffany Rusher says Axis 1 SMI, what

19   is SMI mean if you know there?

20        A.   Severe Mental Illness.

21        Q.   Okay.  And then there is some common symptom

22   profiles and diagnoses that go along with that which

23   are psychotic disorders, major depression, bipolar

24   disorder, dementia, severe anxiety disorder and severe

DEPOSITION OF LYDIA HICKS                    June 04, 2019

1    PTSD, correct?

2          A.   Correct.

3          Q.   Okay.  The, did you ever, just to be super

4    clear did you ever personally interact with Tiffany

5    Rusher?

6          A.   Not that I know of.

7          Q.   Okay.

8          A.   Definitely not during this period that she

9    was in the Jail, but I had worked in the Jail since

10   2009 and I don't know if I had screened her previously

11   or not, I don't remember all of them.

12         Q.   So when she, you did not personally interact

13   with her when she was at the Jail in, from December of

14   2016 to March 2017?

15         A.   I did not.

16         Q.   Okay.  And can QMHP's like Mr. Shmikler

17   diagnosis like do Meant Health Diagnosis?

18         A.   Yes, a licensed clinical social worker can

19   provide diagnostic information.

20         Q.   And can they do like the full, you know,

21   like when I have seen diagnoses there is Axis 1, Axis

22   2, Axis 3, Axis 4 can QMHP's with the LCSW license

23   like do all of those diagnoses?

24         A.   You can that went away with DSM-V, the five

DEPOSITION OF LYDIA HICKS                          June 04, 2019

Page 59

1    axises it's just really one axises.

2         Q.  Okay.

3         A.  That's, I don't know that is the most

4    current form because with DSM-V those went away.

5         Q.  Okay.  Can you tell me a little more about

6    that just to break it down for a lay person?

7         A.  Like the five axises went away.

8         Q.  Yeah.

9         A.  And they just have one.  Just to get in line

10   with ICD Codes from what the medical professionals use

11   so it just would be written on one line.

12        Q.  Okay.

13        A.  So if they had this major depressive

14   disorder and diabetes it will all be on the same line.

15        Q.  Okay.  Do you know whether anybody at

16   Sangamon County Jail ever diagnosed Tiffany with any,

17   like gave Tiffany any mental health diagnosis?

18        A.  I don't know if anybody at the Jail did or

19   not.

20        Q.  Okay.

21                 MS. POWELL:  I just want to

22   object to the form of the question.  I don't what you

23   mean at the Sangamon County Jail do you mean anybody

24   who's ever been there or somebody that was employed by

DEPOSITION OF LYDIA HICKS                          June 04, 2019

Page 60

1    the Jail or anybody who was ever in the Jail?

2                        MS. MAZUR:  Any Mental Health

3    practitioner ever, well, okay.  Let me ask IT

4    differently.

5        Q.  Do you know whether Mickey Shmikler ever

6    diagnosed Tiffany with any, gave her any mental health

7    diagnosis?

8        A.  Not without seeing all of this documentation

9    no, I don't know.

10       Q.  If he had given her a diagnosis you would

11   expect to see that reflected in a medical record,

12   correct?

13       A.  No, if you look at, do you have a copy of

14   our -- so if you look, for example, in this same

15   packet I don't know whatever number you need to read

16   placement/review of detainee and observation.

17       Q.  Okay.

18       A.  This would have been --

19                        MR. MADDOX:  Is there a Bates

20   number on there so that --

21                        MS. MAZUR:  Yes, it's 12591.

22       A.  012591.

23                        This would have been the form in I am

24   correct that she was in observation and when he saw

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 61

1    her and this would have been the form that he would

2    have completed and there's not a diagnostic section

3    here.

4          Q.  Okay.

5          A.  And that's, well, yeah.

6          Q.  Okay.  What about the next page it says

7    Mental Health Services clinical contact, is this a

8    form that ACH used?

9          A.  Let me get there.

10         Q.  Sorry, 12592.

11         A.  This is an ACH form.

12         Q.  And what, how's this form used?

13         A.  If I had someone again in those sit down

14   type of sessions that I was doing work on, but I had

15   previously seen them this would be the next form that

16   I would be completing on them as long as they weren't

17   in segregation or in observation.

18         Q.  Okay.  And what is, this says at the top

19   Mental Health Service Clinical Contact, correct?

20         A.  Correct.

21         Q.  What does Clinical Contact mean?

22         A.  I didn't make the form I don't know what

23   they meant by assigning that title.

24         Q.  Does that term have a meaning to you?

Page 62

1           What do you understand it to mean?

2        A.  I don't know having contact in the sense

3   that I just described with the patient sitting down

4   with them one to one already having met with them once

5   at least and would have completed the screening

6   interview the first time.

7        Q.  Okay.

8        A.  This would be the document that I would

9   document on a second or third time as long as they

10  weren't in observation or segregation.

11       Q.  And why wouldn't you fill this out for

12  someone who was in observation?

13       A.  Because typically we filled out the

14  Observation Form.

15       Q.  Okay.  Well, this form has a section for

16  like diagnoses, a treatment plan, correct?

17       A.  Well, again this form has changed, I don't

18  think you have the most up to date form because some

19  of those were removed from this form.

20       Q.  Okay.  Do you know which one of them were

21  removed?

22       A.  I don't.

23       Q.  What's a treatment plan?

24       A.  Treatment plan follow-up is just what we're

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 63

1   going to do next with somebody.  It would talk about

2   the follow-up plan, that's about it.

3        Q.  And that would be in terms of like treating

4   the person, right?

5        A.  Sure.

6        Q.  The, did you ever do a treatment plan you,

7   when you were at the Sangamon County Jail for a person

8   who was in observation?

9        A.  I don't believe so.

10        Q.  Why not?

11        A.  This isn't a formal treatment plan, if

12   you've ever seen Mental Health Treatment Plans like

13   mine at the McFarland are nine pages long.

14        Q.  Yeah.

15        A.  We, yeah, we don't have those.  Can you

16   repeat your question?

17        Q.  Yeah.

18             Why didn't you ever do a Treatment Plan

19   for a person who was on observation?

20        A.  Because we completed an Observation Form

21   and...

22        Q.  Okay.  And does the Observation Form contain

23   anything about treatment planning?  It's just the page

24   before.

Page 64

1           A.   No, yeah, I had to get back there.

2                     Well, treatment planning I think can

3    include the Decision Section.  I think it can include

4    the Level of Observation.  I think those are part of

5    treatment planning.

6           Q.   Those are primarily after, have to do with

7    housing assignment and observation, correct?

8           A.   Yes.

9           Q.   They don't really talk about like anything

10   like providing any therapeutic services, is that

11   correct?

12          A.   Well, therapeutic does, trying to help the

13   Jail determine where somebody could best be housed --

14          Q.   Uh-huh.

15          A.   -- or their level of observation, I think,

16   is therapeutic.

17          Q.   Okay.  The Mental Health Placement Section

18   over here there is a box that says constant one to one

19   observation, do you see that?

20          A.   Uh-huh.

21          Q.   At any point when you were at the Sangamon

22   County Jail was anybody ever put on constant one to

23   one observation?

24          A.   Not that I recall.

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 65

1     Q.  Did you ever see anyone who like warranted

2  being on constant one to one observation?

3     A.  Not that I can think of.

4     Q.  Okay.

5     A.  I think we might have had somebody once on

6  one to one but he was in the Medical Unit after he had

7  sliced his throat open and required quite intensive

8  medical services before he came into the Jail.  I

9  think he may have been on a one to one in the Medical

10  Unit because of all the things that he had access to

11  in the medical room but were needed.

12     Q.  Okay.

13     A.  For his medical treatment.

14     Q.  Okay.  So you have, you are aware that

15  Tiffany Rusher was in observation the entire time she

16  was at the Sangamon County Jail, correct?

17     A.  I wasn't.

18               MS. POWELL:  Objection,

19  misstates the facts.

20     Q.  Okay.  We, did you, have you at any point

21  reviewed records pertaining to the time Miss Rusher

22  spent in custody of the Sangamon County Jail?

23     A.  No.

24               MS. MAZUR:  Can we go off the

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 66

1   record for a second.

2                   (Off Record Discussion.)

3       Q.  We can go back on, sorry.

4       A.  I had gathered her chart but I didn't review

5   all the pages of her chart, no.

6       Q.  Okay.  What, tell me about why an QMHP would

7   do Mental Health rounds of a person in segregation?

8       A.  Because they're identified as High Risk

9   individuals.

10      Q.  Okay.  Why are they, what do you mean by

11  High Risk?

12      A.  Usually the Jail first identifies them by

13  putting them in those Cells 16, 15, 14, 1, 2, 3 and 4.

14      Q.  Okay.  And the, of any of the forms that are

15  in this well, let's say the ones we talked about as

16  part of your observation of Mr. Shmikler, did you have

17  any responsibilities for --

18                   MR. MADDOX:  Observation of

19  Mr. Shmikler?

20      Q.  I'm sorry.

21                   Supervision of Mr. Shmikler.  Did you

22  have any responsibility for reviewing his charting at

23  all, his paperwork?

24      A.  Twice a year the Nurse Manager would send a

1    sample of ten of his documents --

2         Q.  Okay.

3         A.  -- into our corporate office.  They would be

4    uploaded to a drive and then I would review his notes.

5         Q.  Okay.

6         A.  And provide the Peer Review Form which is

7    indicated here on the orientation checklist in Hicks

8    1.

9         Q.  Okay.  And do you see any of, maybe I can in

10   this Hicks 1 there is on pages ACH 600 and 601 it

11   looks like there is some Peer Reviews Forms, sorry,

12   it's this one (indicating).

13              Does this appear, are these Peer Review

14   Forms?

15        A.  Uh-huh, yeah.

16        Q.  And so do these correspond to instances that

17   you just described where the Nurse Manager would

18   upload some of his forms --

19        A.  Yes.

20        Q.  -- and you would review them?

21        A.  Yes.

22        Q.  And would you expect a form like this to be

23   generated each time that that review happened?

24        A.  Yes, I don't know if the forms, I think they

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 68

1   change over the -- well, this may have been the most

2   recent one.  Yeah, I don't know that they always

3   looked like this but yes, I would do a Peer Review

4   Form each time I did a Peer Review.

5        Q.  Okay.  And so what, the Peer Review like

6   this one that's reflected in ACH 601 this Peer Review

7   Form what it looks like according to the box there is

8   a number of notes reviewed, there is ten notes

9   reviewed?

10       A.  Uh-huh.

11                  MR. MADDOX:  Yes?

12       A.  Yes.

13       Q.  And so what does that, does that mean just

14  like a random sampling of ten of his charts or can

15  you --

16       A.  The Nursing Managers would have to talk

17  about how they gathered the notes.  What we preferred

18  them to do is to gather a sample of the different

19  types of forms that they completed.

20       Q.  Okay.  And there is a Regional Manager

21  listed here Deb Ash, do you know what that person's

22  name there indicates on this form?

23       A.  That is the Regional Nursing Manager at the

24  time.  That one is on 601.  On 600 there was a

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 69

1   different Regional Nursing Manager --

2        Q.  Okay.

3        A.  -- listed.

4        Q.  Got it.

5             And based on this document what can you

6   tell us about what your Peer Review showed?

7        A.  That he was our employee is what the first

8   section there indicates that it was for Ford County

9   Jail that we got ten notes.  The Regional Nursing

10  Manager Karen.  I, so we sent an e-mail to the

11  Regional Manager just stating that I had completed the

12  Peer Review Form on this individual, I didn't have any

13  concerns with it.  If they had any questions or

14  feedback, please let me know.

15                 MR. MADDOX:  May I interrupt

16  for a second.  You're referring to the 5516 review and

17  I think Liz has in front of her the 121416 and they're

18  different counties --

19                 MS. MAZUR:  Got it.

20                 MR. MADDOX:  -- that's what I

21  wanted to point out.

22                 MS. MAZUR:  Thank you for that

23  clarification.

24                 MR. MADDOX:  Sure.

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 70

1              MS. MAZUR:  Got it.

2        Q.  Moving so go ahead so maybe just moving you

3    can just stick with the Sangamon one for the, if there

4    is more to explain I guess in terms of what this all

5    indicates.

6        A.  Okay.

7        Q.  So, I'm sorry, I can't remember where we

8    were.

9                   MR. MADDOX:  I apologize that

10   is my fault.

11       Q.  So you did the review, there was no serious

12   problems.

13       A.  The comments section on this 1601 indicates

14   that there were no serious problems with his

15   documentation.  There was no type of corrective action

16   that was done.  That meant no retraining or education

17   that had to be provided.  And that the follow-up Peer

18   Review would be routine.  So the next time that they

19   were collecting the Peer Review.

20                   If I had people that I needed to make

21   some serious I needed them to make some serious

22   changes to their documentation I may have indicated a

23   lower months follow-up --

24       Q.  Okay.

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 71

1        A.  -- just to assure it was being, changes were
2    being made.
3        Q.  Okay.  And what was, what does routine
4    indicate like what was your expectations in terms of
5    the next follow-up in terms of timing?
6        A.  Six months is what I knew that they
7    collected them.
8        Q.  Okay.  And so this particular review would
9    just have consisted of the, the review of his notes,
10   correct?
11       A.  Correct.
12       Q.  This wasn't like a wholistic employee
13   evaluation or something like that?
14       A.  No.
15       Q.  And you, then you also had some
16   responsibilities for doing like an employee evaluation
17   for Mr. Mickey Shmikler, correct?
18       A.  Correct.
19       Q.  And I could have you turn to Page 583.
20       A.  Okay.
21       Q.  And this appears to be an evaluation you
22   performed of Mr. Shmikler from 2016, is that correct?
23       A.  It does.
24       Q.  As you sit here today, did you have a

Page 72

1   recollection of doing this particular evaluation?

2        A.  No.

3        Q.  Okay.  Can you tell me just generally what

4   your process would have been for doing an evaluation

5   like this?

6        A.  I sent e-mails to the Jails that our QMHP's

7   were employed at asking if they had any feedback into

8   their yearly evaluation.

9        Q.  Okay.

10       A.  And then I went down each core value and

11  scored the person as I thought they, you know, had

12  that element.

13       Q.  Okay.  And so in terms of the like the, the

14  source of information that you used to do this

15  evaluation you were relying at least in part on sort

16  of the feedback you were getting from the Jails, is

17  that correct?

18       A.  Primarily me but also including feedback

19  from the Jails.

20       Q.  Okay.  And from you.  It would be like from

21  your personal interaction with the person?

22       A.  Correct.  And my Peer Reviews, yeah.

23       Q.  Okay.  And anything else that you can think

24  of, as you sit here today, that would have kind of

DEPOSITION OF LYDIA HICKS                      June 04, 2019

Page 73

1    been part of the information that you were drawing

2    from in doing these reviews?

3         A.   Not that I can think of.

4              I think in 2016 Mickey was actually our

5    ACH mental professional of the year.

6         Q.   Oh, nice, what does that mean?

7         A.   That he was the outstanding qualified mental

8    health professional of the company.

9              I don't know could have been 15, it was

10   15 or 16.

11        Q.   How does that, like how does someone get

12   that?

13        A.   It's a decision between Doctor Caldwell and

14   me and then Leslie if she had any recommendations for

15   anybody that worked in her region that did an

16   outstanding job.

17        Q.   And why, I mean obviously looking I mean it

18   is mostly positive is there anything that you can

19   think of as you sit here today that maybe you'd

20   recommend him for that?

21        A.   I would get compliments from all of the

22   Jails that Mickey worked in from the staff and from

23   the Inmates just about how wonderful he was.  I know

24   whenever I would fill in like during a vacation or

DEPOSITION OF LYDIA HICKS                          June 04, 2019

Page 74

1   anything of his they would ask when he was coming back

2   because they said I wasn't as nice as Mickey was.

3                    MR. MADDOX:  Who's they?

4       A.   Inmates --

5       Q.   Okay.

6       A.   -- didn't think I was as nice.

7                    Sometimes my Jail Administrators at

8   would Sangamon County would joke with me that they

9   wanted, you know, Mickey back there.  They were ready

10  for me to leave.

11                   But yeah, he took time with his

12  patients and you could see that in his documentation

13  and how the Inmates talked about him, and how the

14  Correctional Officers and Administration talked about

15  him.

16      Q.   Uh-huh.

17      A.   Yeah.

18      Q.   Okay.  And then just to make the record it

19  looks like the next several Pages 585 through 594 are

20  another evaluation of Mr. Shmikler but this appears to

21  be from 2015?

22      A.   594 is signed on 9/21/15.

23      Q.   Okay.  And that's signed by you correct?

24      A.   It appears that it's signed by me and Mickey

Page 75

 1   Shmikler.

 2        Q.   Okay.  And then there is another review

 3   4/20/14 on the following two few pages, correct?

 4        A.   Appraisal period says 2014, yes.

 5        Q.   And this is also signed by both of you it

 6   looks like in October and November 2014, correct?

 7        A.   Correct.

 8        Q.   Okay.  And again it sounds like all of these

 9   performance evaluations that you did were generally

10   very positive about Mr. Shmikler, is that fair to say?

11        A.   Yes.

12        Q.   There is, it looks like Mr. Shmikler, if you

13   could turn to Page 602 there is a document that starts

14   hear that reflects an employee conference where Mr.

15   Shmikler was terminated by you, correct?

16        A.   Correct.

17        Q.   What, what lead to his termination?

18        A.   All of the things that are documented here

19   in the summary of values not demonstrated.

20        Q.   Okay.  Was, how did you learn that Mr.

21   Shmikler was not demonstrating those values?

22        A.   I was covering his vacation which started

23   the Monday after Miss Rusher did her thing and I came

24   in and it had, that had happened on Saturday and so I

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 76

1   was there and gathering the chart information to send

2   to our corporate office, repeat the question, sorry

3   lost my train of thought.

4        Q.   How did you learn that he was not --

5        A.   Yes, thank you.

6        Q.   -- doing the values or whatever?

7        A.   So I came for that, I was looking to gather

8   the documentation and I noticed that some of the

9   documentation was missing and so I asked our Nurse

10  Manager if she knew where it was, and she said well,

11  sometimes he gets behind in his documentation he might

12  not have documented it yet.  So I called Mickey while

13  he was on vacation and he said it maybe in the filing

14  cabinet in the office, so I looked in the filing

15  cabinet and there was nothing there.  He said it, then

16  I called him back and he said it may be in the desk

17  and so I looked in the drawers of the desk it wasn't

18  there.  I asked him if he had any documentation at

19  home and he said I might.

20       Q.   Okay.

21       A.   And I said do you or do you not know --

22       Q.   Uh-huh.

23       A.   -- and he said I do and then I said when

24  you're back from vacation please bring everything that

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 77

1    you have at home into the office.  You know you can't

2    take things home with you like that from the Jail.

3        Q.  Uh-huh.

4        A.  And he said he would and that's how I

5    discovered that he was very far behind not just in

6    Tiffany but in other documentations for quite

7    sometime.

8        Q.  And what in particular was it that like the

9    missing documentation in Tiffany's case?

10       A.  I don't remember exactly what my normal

11   process would have been would have to been to look at

12   the referral tracking sheets and to then go to the

13   chart to make sure that there was a note for each of

14   those dates and then I started seeing that there

15   weren't notes it wasn't just on her there were other

16   ones that were missing.

17       Q.  Okay.  And so there, just to turn your

18   attention back, again back to this Ealey 4 the

19   referral sheet?

20       A.  Yes.

21       Q.  This particular exhibit just has it's just,

22   I pulled three of the pages but would you expect to

23   see some note in Miss Rusher's chart corresponding to

24   each of these like times he saw her?

DEPOSITION OF LYDIA HICKS                          June 04, 2019

Page 78

1        A.  Yes.

2        Q.  Okay.  And what kind of note would you

3   expect to see?

4        A.  An observation, the placement review, an

5   Observation Form.

6        Q.  The, if you could look at this one, I can't

7   remember what's it's called Bouvet 17 is it, is that

8   the kind of form that you would expect to see filled

9   out for each of Mr. Shmikler' interactions with Miss

10  Rusher?

11       A.  Each time she was in observation, yes.

12       Q.  Okay.  So every time that Mr. Shmikler saw

13  Miss Rusher while she was in observation meaning in

14  that High Risk Booking area you would expect to see

15  one of these documents?

16       A.  Yes.

17       Q.  Okay.  And did, were any of those these

18  well, if you can have a look at Bouvet 16 there is

19  like an, I'm sorry, Bouvet 17 there is like four of

20  those forms filled out, correct?

21       A.  Just a second.

22       Q.  Sure.

23       A.  There were four placement forms and one

24  referral form.

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 79

1         Q.  Okay.  And the last one of the forms that he

2    filled out the most recent one that we have is

3    February 20, 2017, correct?

4         A.  That's the most recent one that was here,

5    but I'm aware that he had documented on her the Friday

6    before he left for vacation.

7         Q.  Okay.  And what kind of documentation was

8    that?

9         A.  An Observation Form.

10        Q.  Okay.

11        A.  Can I use the restroom?

12        Q.  Sure?

13                         MR. WEIL:  Good time for a

14    break.

15                         (Whereupon a recess was taken.)

16        Q.  So Mr. Shmikler told you he had had some

17    documents at home, is that correct when you, some,

18    there was so Mr. Shmikler said to you that there was,

19    there were some documents that he had at home, is that

20    correct?

21        A.  Yes.

22        Q.  And did he bring those documents to you?

23        A.  He did.

24        Q.  And what were those documents?

1        A.   Various forms, Jail Rosters.

2        Q.   Okay.

3        A.   No like documentation notes that I remember

4   but Jail Rosters, various referral forms, I think that

5   was pretty much it.

6        Q.   The documents that he brought you, did they

7   pertain to, did some of them pertain to Tiffany

8   Rusher?

9        A.   Probably they pertained to all Inmates in

10  the Jail.

11       Q.   Okay.

12       A.   For off and on for several years.

13       Q.   Okay.  And what did you do with those

14  documents that he gave you?

15       A.   I filed them.

16       Q.   Okay.

17       A.   To the point that the file clerk in their

18  didn't want to do it because it was so much paperwork

19  so I filed them.

20       Q.   Okay.  How much was it roughly?

21       A.   At least two piles that were about a foot

22  tall.

23       Q.   Okay.  And did those documents that he gave

24  you those were things that were not like duplicates of

**DEPOSITION OF LYDIA HICKS**                    June 04, 2019

Page 81

1   things that were already in people's files, is that

2   correct?

3        A.  They were not duplicates.

4        Q.  Did you do anything to like preserve a

5   record of what it was that he had at his home or did

6   you just put file it all?

7        A.  No, I filed it, some of it is your Jail

8   Rosters that you probably have there no it was all put

9   into our medical office and charts.

10                    MR. MADDOX:  Liz, you mind if I

11  make a quick statement for clarification.

12                    MS. MAZUR:  Sure.

13                    MR. MADDOX:  Lydia is referring

14  to what he calls the Jail Roster that's what we have

15  recognized at the Prisoner Location Verification Form.

16                    MS. MAZUR:  Yeah.

17                    MR. MADDOX:  Thank you for

18  later reference.

19                    MS. MAZUR:  Yeah, why don't we

20  go ahead and mark this, this will be Hicks 3.

21                         (Hicks Exhibit 3 marked for

22                         identification by the Court

23                         Reporter.)

24        Q.  I handing you a document that's marked as

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 82

1   Hicks 3 and it's Bates stamped consecutively ACH 454

2   through 500 I'm just going to ask you, do you

3   recognize this document have you seen it before?

4        A.  Likely, yes.

5        Q.  Okay.  Where have you seen this before?

6        A.  In the Jail.

7        Q.  Is this one of the documents that Mr.

8   Shmikler handed you and said that I was keeping this

9   at home?

10       A.  I don't know if this was the particular one

11   that he had at home, no.

12       Q.  When was the first time that you saw this

13   document?

14                    MS. POWELL:  Well, I'm going to

15   object to the form of the question it suggests that

16   Hicks 3 is one document like it's one piece of paper

17   that is always goes together.

18       Q.  Okay.  You, do you have any idea what this

19   like well, you're familiar with this type of form,

20   right, the Prisoner Location Verification?

21       A.  Yes.

22       Q.  This one appears to be have a lot of

23   redactions and handwritten notes on it, correct?

24       A.  Correct.

DEPOSITION OF LYDIA HICKS                          June 04, 2019

                                                        Page 83

1        Q.  Do you know what these, what the notes

2   indicate?

3        A.  What Mickey would do is he would take this

4   Prisoner Location Verification chart like around and

5   when he would see people he would check if off on the

6   side, and after he talked to them he would write his

7   handwritten notes here.

8        Q.  Okay.  And do you know who well, you would

9   agree this isn't like a, this is not like a preprinted

10  ACH form that is to be used for documenting like

11  clinical encounters, correct?

12       A.  QMHP's would often use this so that they

13  would know where people were located in the Jail and I

14  found it that QMHP's commonly would write these

15  handwritten notes on it rather than taking a form to

16  the Jail every time and writing on it while they were

17  at the cell door.  Yes, I found that.  This is not ACH

18  form this is a Sangamon County Jail form.

19       Q.  And is this a document that you would expect

20  to see in a person's chart?

21       A.  Only if it was redacted.

22       Q.  Okay.  Did you ever put a document like this

23  in a patient's chart?

24       A.  I don't believe so.

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 84

1          Q.  Okay.  And do you know how this particular
2     document was redacted, came to be redacted?
3          A.  I believe I redacted some of these.
4          Q.  And why did you redact it?
5          A.  Because that showed that she was seen and
6     what Mickey had to say about it and then blacked out
7     all the other Inmate's names and ID numbers so they
8     couldn't identified.
9          Q.  And then did you cause, did you put this in
10    Tiffany's chart?
11         A.  I don't know if I put it into Tiffany's
12    chart, I gathered, I may have put, I may have.  I put
13    all the documents from when she was seen like that I
14    had like this indicating she was seen and what he had
15    to say about the visit, and I sent them all to ACH.
16    So it's very likely that I put them in her chart.
17         Q.  Okay.
18         A.  I really don't remember.
19         Q.  Okay.  There is a fax kind of thing on, you
20    know, signature on top here that says 3/26/17 Sangamon
21    County Medical, do you know what that reflects like
22    was that you sending this to ACH?
23         A.  I don't know it could have been because I
24    faxed a lot of her chart to ACH corporate office.

DEPOSITION OF LYDIA HICKS                          June 04, 2019

Page 85

1        Q.  Okay?

2        A.  So it very well could have been me.

3        Q.  Okay.  All right.  When did the meeting

4    happen where Mickey gave you all the documents that he

5    had been keeping at his house?

6                       MR. MADDOX:  Can she refer to

7    the personnel chart to do that?

8                       MS. MAZUR:  Oh, sure, yes.

9        A.  3/25/17.

10       Q.  Okay.  And what, do you know how many times,

11   how many, the, we just kind of before the break there

12   was a reference to ACH 27 which is kind like a half

13   Observation Form, but like we don't have the bottom

14   part of it with the signature, and this one has a date

15   on it of 3/17/2017, correct?  If you want to look at

16   it --

17       A.  Do I have it?

18       Q.  I don't know if it's been marked yet.

19                      MR. MADDOX:  No, it hasn't.

20                      MS. MAZUR:   Okay.  Let's mark

21   it then.

22                      (Hicks Exhibit 4 marked for

23                       identification by the Court

24                       Reporter.)

Page 86

1      Q.  Have you seen this document before?

2      A.  I have.

3      Q.  When, this document appears to reflect an

4  interaction that Mr. Shmikler had with Tiffany on

5  March 17th, 2017, correct?

6      A.  Correct.

7      Q.  The, can you tell from looking at this

8  document when Mr. Shmikler prepared it?

9      A.  3/17/17.

10      Q.  Okay.  Do you know, are you sure that he

11  prepared this before, because we don't have the part

12  with the signature on it, he prepared this before he

13  went on vacation?

14      A.  He did.  I saw it when he was on vacation.

15      Q.  Okay.  And you saw it where?  It was in

16  Tiffany's chart?

17      A.  Yes, at the Jail.

18      Q.  Okay.  And so, do you, is there anything on

19  this document that you would characterize as a

20  Treatment Plan?

21      A.  All Treatment Plans include like their

22  current mood and affect, that's on there.

23      Q.  Okay.

24      A.  Staying in that observation cell is marked,

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 87

1   so that there, he didn't indicate that he had a

2   decision that she should be moved --

3        Q.  Okay.

4        A.  -- from that cell.

5             And he thought that she should continue

6   on 15 minute checks.  That's what I can tell and those

7   are all parts of a Treatment Plan.

8        Q.  Okay.  So the decision whether to keep

9   someone in observation or release them from

10  observation can you consider that a part of a

11  Treatment Plan?

12       A.  Sure.

13       Q.  Okay.  The, back to this document with the

14  redactions on it, how, you did these redactions,

15  correct?

16       A.  I did a lot of pages of them, yes.

17       Q.  Okay.  There, how did you know like there

18  is, on the first page there is some handwritten notes,

19  some of them are by Tiffany's name but some of them

20  are not by Tiffany's name.  Do you, like how did you

21  know whether the notes that are not by Tiffany's name

22  referred to Tiffany?

23       A.  Page 1 only has one set of like what, I'm

24  not sure I understand what you're asking.

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 88

1      Q.  Well, you said, you wanted to redact

2  information that pertained to other potential

3  patients, correct?

4      A.  Correct.

5      Q.  So how did you know to not redact the notes

6  at the bottom?

7      A.  Because he didn't have any notes by the

8  first person's name.

9      Q.  Okay.

10     A.  And they were all coming out from her name

11 at the top.  I believe on this one it was the only

12 person that he wrote notes on.

13     Q.  Okay.  Did, what about like if you skip to

14 page ACH 456, there is like some, a lot of notes that

15 aren't by anyone's name and there is some that you

16 didn't redact and some you did, how did you know what

17 to redact?

18     A.  I don't think that these were patient

19 specific comments.

20     Q.  Okay.

21     A.  And you could tell that okay for example on

22 that one (indicating) was it -- are you talking about

23 that one?

24     Q.  And well underneath, underneath there, be

**DEPOSITION OF LYDIA HICKS**                    June 04, 2019

Page 89

1   good, I'm not sure, love and miss him maybe, was it --

2        A.   Yeah, I don't know what those were.

3        Q.   Do you know whether that is something that

4   relates to Tiffany as opposed to anybody else who was

5   listed on this document?

6        A.   I don't.

7        Q.   Did you consult Mr. Shmikler when you were

8   doing these redactions to find out what did and didn't

9   pertain to Tiffany?

10       A.   No, he was already unemployed with us at

11   that point.

12       Q.   Did anybody ask you to do these redactions?

13       A.   I think I consulted with Doctor Caldwell and

14   Jessica our legal about what I should do.

15       Q.   Okay.

16       A.   Yeah, I didn't do that on my own.

17       Q.   The, and you, you preserved an unredacted

18   version, correct?

19       A.   I think so because I think I made copies of

20   all of them.

21       Q.   Okay.

22       A.   And then but the redacted ones were the ones

23   that I sent to ACH.

24       Q.   Okay.  Would you agree that it's important

Page 90

1    to keep an accurate chart?

2                        MR. MADDOX:  Object to the form

3    of the question.  Answer though if you can.

4         A.   Can you ask that again?

5         Q.   Well, why do QMHP's keep charts of patients?

6         A.   We don't keep charts of patients.

7         Q.   Well, do you, you make, you create records

8    relating to your interaction with patients, correct?

9         A.   We create a document --

10        Q.   Okay.

11        A.   -- based on the encounter.

12        Q.   And what's the purpose of doing that?

13        A.   To document what we did.

14        Q.   Okay.  And is one of the reasons you do that

15   is to sort of create a record for future reference so

16   if someone sees the patient later on, they know kind

17   of what other contacts they've had with Mental Health

18   workers in the past?

19        A.   That could be helpful.

20        Q.   Okay.  And would you agree that documenting,

21   you know, serves the purpose of insuring continuity of

22   care?

23        A.   It doesn't serve the purpose of it, no, but

24   it, if another Clinician came in after somebody, it

DEPOSITION OF LYDIA HICKS                          June 04, 2019

Page 91

1    would help to see what had previously been done with

2    the patient.

3          Q.  All right.  Did, other than, did Mr.

4    Shmikler give you, like you said a ton, like two feet

5    worth of old records that he hadn't been, charts that

6    he, or forms that he hadn't completed, is that

7    correct?

8                     MR. MADDOX:  I object

9    mischaracterizes the evidence.

10         Q.  I am sorry, can you just restate it then.

11                    Like what was the, the material that he

12   gave you?

13         A.  Some of it was Jail Rosters.  Some of it was

14   Referral Forms and, and those were the primary two

15   things that can I remember in those stacks.

16                    Referral Forms can be formal like a

17   Sangamon County Form.  It could be a handwritten note

18   by the Nurse.  It could have been a handwritten note

19   by the Inmate that they gave to an Officer to put in,

20   you know, our box in the Medical Unit.  So that

21   constitutes Referral Forms when I say Referral Forms.

22         Q.  There what, what, if anything, did you do to

23   kind of insure that the charts of other people were

24   complete when you learned that all of the, that Mr.

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 92

1  Shmikler hadn't been doing all of this documentation

2  correctly?

3        A.   What, I had started a process at the Jail

4  of, I had kept a stack of all of these, of all of

5  these Prisoner Location Verification Forms, so that I

6  could see who had been seen and not documented on.  So

7  eventually I could just could do like just a page that

8  said, you know, Mickey Shmikler wrote this in

9  parenthesis, and then I would copy and put exactly in

10 what was written on these sheets, and then put it in

11 their chart.  But it, it would have taken a very long

12 time to do all of that so I didn't complete any of

13 that task.

14       Q.   Okay.  There was, you state on this form

15 that during Mr. Shmikler's --

16       A.   Which form are you on?

17       Q.   I am sorry the Employee Conference Form

18 that he had been reporting during his weekly check-ins

19 that he was up-to-date on his job responsibilities.

20 What, what specific communication would you have had

21 with respect to him being up-to-date on his job

22 responsibilities?

23       A.   Where is that form at?  Can I get to that

24 form first?

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 93

1        Q.  I am sorry, it's in the personnel file and

2    it is the ACH 602.

3        A.  Okay, thank you.

4                And can you repeat the question?

5        Q.  Sure.

6                There is kind of in the summary of

7    values not demonstrated you mentioned that he, he had

8    been telling you that he was up-to-date on his job

9    responsibilities, like what specifically was he saying

10   about that?

11       A.  Just, you know, are you caught up on

12   everything?  Is there anything that you need help with

13   and he said no.

14       Q.  Okay.  And so he was not being truthful with

15   you during those weekly check-ins, is that fair to

16   say?

17       A.  That's fair to say.

18       Q.  And he was not properly completing

19   documentation, have you already told us all about the

20   the problems that you discovered?

21       A.  Yes.  That there were people that he had

22   seen that would be on the referral tracking sheets but

23   wouldn't have a documentation in their chart to those

24   encounters.

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 94

1      Q.  And how do you know that he actually saw

2  them if there was no documentation in their chart?

3      A.  The Referral Tracking Log is a record of

4  everybody that was seen.

5      Q.  Okay.

6      A.  And of course he would be on camera seeing

7  people.

8      Q.  You said Mr. Shmikler was taking

9  documentation belonging to the Jail out of the

10  facility can you explain everything about that that

11  you learned?

12      A.  The Jail Rosters, our Jail property, all the

13  paper that is inside of a Jail is the Jail's property.

14  Even if it's our form, it's still the Jail's property.

15  So any paper that comes out of the Jail that's

16  pertaining to Inmates is Jail property.

17      Q.  And so was Mr. Shmikler expected to complete

18  all of his documentation during the 28 hours of week?

19      A.  Yes.

20      Q.  And did he ever explain to you why he wasn't

21  able to do that?

22      A.  When I asked him about it, I specifically

23  asked why he hadn't said anything about it.  And he

24  said that he was embarrassed and ashamed that he

Page 95

1   couldn't keep up on the documentation and that was

2   really it.

3        Q.  Okay.  And what is the, you also wrote Mr.

4   Shmikler was not responding to Patient Request Forms

5   in a timely manner?

6        A.  So whenever a Patient Request Forms comes

7   in, we sometimes would have Inmates that would be seen

8   one day, and then put a Request Form again the next

9   day because they wanted to be seen again.  And

10  generally based on like our Mental Health Codes like

11  we would see a patient within two weeks, we have two

12  weeks to respond to a request.

13              And so what it looked like was that

14  there were a couple of times that Inmates had

15  requested to be seen even though he had not indicated

16  that they needed follow-up that he hadn't seen them

17  within that time period that the request form came in.

18       Q.  Uh-huh.  And where did, was any record

19  maintained of the Request Forms?

20       A.  Request Forms went in their charts.

21       Q.  In the individual patient charts?

22       A.  Uh-huh.

23       Q.  Okay.

24       A.  Eventually though it was, eventually it

DEPOSITION OF LYDIA HICKS                              June 04, 2019

Page 96

1   turned to the kiosk so there was less paper but...

2          Q.   And so how specifically did you learn about

3   this?

4          A.   When I saw the documents that he had brought

5   in.

6          Q.   Okay.  And the Jail Administration, our

7   client indicated Mr. Shmikler was giving his

8   incarcerated patients contraband such as journals and

9   doing favors for the incarcerated patients, when did

10  you learn that?

11         A.   When I was there that week covering his

12  vacation.

13         Q.   And who told you about that?

14         A.   The, it would have Jail Administration so it

15  would have been either Beck, Durr or Strayer.

16         Q.   Okay.

17         A.   I don't remember specifically.

18         Q.   Okay.  And did he, what did they tell you

19  that he was giving?

20         A.   That he went out of his way to try to get

21  them phone calls sometimes which was something that we

22  couldn't ever recommend because as you can imagine in

23  being a Mental Health Clinician in a Jail, Inmates

24  sometimes try to manipulate you into doing things for

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 97

1    them that they say would help.  And so most of the

2    favors were getting them phone calls or advocating for

3    phone calls or for cell changes for them.

4                The journals, he purchased journals out

5    of his own pocket and would give them to the Inmates

6    for journaling purposes which had not been approved

7    through Administration.

8         Q.  Okay.  And did, did anybody ever tell you

9    about that before you went to fill in for him on March

10   20th?

11        A.  No.

12        Q.  Were you surprised to learn that?

13        A.  He, yes, but he was always very, he wanted

14   people to be better.  He always wanted people to

15   improve.  And so, I mean it's doing favors or giving

16   them journals is, if he was going to get I guess in

17   trouble for something that would be something that I

18   would expect him to get in trouble for.

19        Q.  For kind of being compassionate towards

20   the --

21        A.  Helping them in a way that sometimes, you

22   know, just went outside of the boundary that he should

23   have had --

24        Q.  Okay.

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 98

1          A.   -- with the Inmates.

2          Q.   And if you had learned about this prior to

3     March 20th, would you have terminated him for that?

4          A.   For what specifically?

5          Q.   The, doing the favors for the incarcerated

6     people?

7          A.   That alone, no.

8          Q.   Okay.

9          A.   I didn't intend to fire Mickey when I

10    originally started this and wrote this up.  I didn't

11    know that he had that much and that many years worth

12    of documentation at home.

13         Q.   And so when, this says here that the

14    decision was made on 3/24/17?

15                         MR. MADDOX:  What decision?

16                         MS. MAZUR:  The, at the

17    employee conference it just says date decision was

18    made was 3/24/17.

19         Q.   So what does that indicate?

20         A.   I would have to look at a calendar to see

21    like what date that was.  If that was the date before

22    I met with Mickey.  So I'm assuming that 3/25/17 was

23    the date that I actually got to deliver the

24    information.  The 24th was probably the date that I

DEPOSITION OF LYDIA HICKS                          June 04, 2019

Page 99

1    had scheduled and planned to do like the employee

2    conference, so the date that I started this.  And then

3    it was when we got there that I didn't have a full

4    picture of how far behind he was until he showed up

5    that day with stacks of papers.

6          Q.  Okay.  And the, who, so this decision right

7    here on 3/24/17 does that refer to a decision to

8    terminate him?

9          A.  No.

10         Q.  So what decision does that refer to?

11         A.  The date that I started and planned to do

12   the employee conference.

13         Q.  Okay.  And then the decision to terminate

14   him when was that decision made?

15         A.  That day that I met with him and did it.

16         Q.  Okay.  And who participated in that

17   decision?

18         A.  You know, Mickey brought all of that stuff

19   into the office and I asked him to I think start

20   sorting it and I went into our Medical Office and

21   called my HR Department because I didn't think that I

22   could save his job at the time.

23         Q.  Okay.

24         A.  So I consulted with Doctor Caldwell and I

**DEPOSITION OF LYDIA HICKS**                    **June 04, 2019**

Page 100

1   consulted with a member of HR but I don't know if that

2   was Angela Moriarity or somebody else, I don't recall.

3        Q.  Okay.  And then did you notify him on the

4   25th then, March 25th?

5        A.  Yeah, in person while he was there with me

6   in the office.

7        Q.  Okay.  And then what you, there is a box

8   here where you document his explanation and his

9   response and there is some reference here to -- well,

10   let me ask you this.

11               As you sit here today, do you have a

12   recollection of exactly what he said in that

13   conversation?

14        A.  I remember being surprised that his, his

15   worry was about being paid for that day that he came

16   in and was terminated, and I remember just, but

17   thinking that, I don't know that, I don't know what I

18   thought, I think I was just surprised --

19               MR. MADDOX:  Just a second, her

20   question was what did he say?

21        Q.  That's okay, we'll stop.  So what was his

22   demeanor when you told him?

23        A.  I thought you asked me if I remembered --

24        Q.  Yeah, it's fine, it's fine.

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 101

1       A.   Okay.

2       Q.   The, what was his demeanor during that

3  conversation?

4       A.   Attentive, understanding.  He told me that

5  he brought bags with him because thought he was being

6  fired anyway.

7       Q.   Okay.  There is a note in here you said that

8  he also said that now ACH can get someone in there to

9  do the job the right way is that something you recall

10 him saying?

11      A.   Yes.

12      Q.   Was he upset at all?

13      A.   I think he was disappointed in himself.

14      Q.   Okay.

15      A.   I think he was sad that he was behind and

16 didn't communicate it.  I think he felt like he let me

17 down.  And I remember him alluding to not being able

18 to keep up with the documentation part of the job.

19      Q.   Okay.  The, the, when you, when did you

20 first learn about the incident with Tiffany that, the

21 strangulation?

22      A.   I might have gotten a call that weekend by

23 our Nursing Manager.

24      Q.   Okay.

1        A.  If I remember correctly.

2        Q.  Okay.  And when you, did you first

3    communicate to Mr. Shmikler about what had happened

4    with Tiffany?

5        A.  That following Monday when I went in to

6    start gathering her documentation and chart and send

7    to corporate and was missing some notes.

8        Q.  Okay.  And you told him about what had

9    happened with Tiffany --

10       A.  Uh-huh.

11       Q.  -- on, in a phone call?

12                        MR. MADDOX:  Is that a yes?

13       A.  Yes.

14       Q.  What was his reaction?

15       A.  That he thought it was horrible and not much

16   else.

17       Q.  He didn't say anything that you recall other

18   than it being horrible?

19       A.  Say that again?

20       Q.  He didn't say anything else that you recall

21   other than it being horrible?

22       A.  No.

23       Q.  Did he ever express to you any like if he

24   had any thoughts or feelings about Tiffany either

**June 04, 2019**

1  positive or negative?

2      A.  No.

3      Q.  Do know whether he ever did any favors for

4  Tiffany?

5      A.  I do not.

6      Q.  Were, are you familiar with the terms

7  psychological autopsy?

8      A.  I don't know is that where they go back and

9  look over anything on their case?

10      Q.  Yeah.  Is that a thing that you have ever,

11  you have ever known to happen while you were working

12  at ACH?

13      A.  I think I've heard Doctor Caldwell talk

14  about that before, nothing that I was involved in

15  but...

16      Q.  And are you aware of whether any kind of

17  psychological autopsy or review was done of, in

18  connection with Tiffany Rusher's death?

19      A.  I have no idea.

20      Q.  Okay.  And what responsibilities, if any,

21  did you have with respect to CQI at Sangamon County

22  Jail in your capacity as a supervisor?

23      A.  I didn't.

24      Q.  Okay.  If you could turn, I'm sorry, I'm

DEPOSITION OF LYDIA HICKS                          June 04, 2019

Page 104

1    just trying to rush through so we can finish up.

2                    The, the Hicks 1 which is the personnel

3    file, the second page in which ACH 560.

4        A.  Yes.

5        Q.  These, this is a document that says

6    Principles of ACH Training Acknowledgment, correct?

7        A.  Yes.

8        Q.  And this is like a document it looks like

9    Mr. Shmikler signed in January of 2016?

10       A.  Correct.

11       Q.  Do you know whether you were like present at

12   all when he signed this or if you were involved in,

13   like is there part of any meeting?

14       A.  I believe this was an annual training form.

15   Some of the trainings, annual trainings eventually

16   became computerized, if I remember correctly.

17       Q.  Okay.

18       A.  And so they had, well, we all had things to

19   read like CBL's and then papers to sign off on what we

20   had done.

21       Q.  Okay.  And so one of the, this is like a,

22   this section says you understand that and there is

23   bullet points --

24       A.  Okay.

DEPOSITION OF LYDIA HICKS                    June 04, 2019

1          Q.  -- and like the fourth from the bottom says

2    if you know a patient needs to be sent to the

3    hospital, you have a responsibility to send them.  You

4    can only be ruled by Jail Administration.

5                    Is it your understanding that that was

6    something that applied to Mr. Shmikler?

7                          MR. MADDOX:  When you recited

8    that, Liz, I think you said you can only be ruled by

9    Jail Administration.

10                         MS. MAZUR:  Oh, sorry, I meant

11   to say overruled.

12                         MR. MADDOX:  Thank you.

13        A.  What is your question about that one?

14        Q.  Is it your understanding that that's a

15   principle that applied to Mr. Shmikler?

16        A.  What do you mean that it applied to him?

17        Q.  Like was it your expectation that if he knew

18   a patient needed to be sent to the hospital that he

19   would make arrangements to send them?

20        A.  Yes.

21        Q.  Okay.  Even though he's not a Medical person

22   he's a Mental Health person?

23        A.  Right, we could suggest that, yeah.

24        Q.  Okay.  Do you know whether Mr. Shmikler ever

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 106

1    suggested that someone be sent to a psychiatric

2    hospital who was in, at the Jail?

3         A.  I do not.

4         Q.  And when you were the QMHP, did you ever

5    have occasion to refer someone to a psychiatric

6    hospital?

7         A.  I don't think I ever sent anyone.  And by

8    psychiatric hospital, I am assuming like you mean

9    Memorial or St. John's?

10        Q.  Just like an inpatient where they could get

11   like an inpatient level of mental healthcare?

12        A.  I had one case where the Jail Administrators

13   and I were concerned for an individual who had been

14   found fit for trial and was on meds and was doing well

15   but he had a side effect of one of the meds that made

16   him continually pace and he had dropped a significant

17   amount, amount of weight in the Jail, and the Jail and

18   I, the Jail had given me permission said if you can

19   get him out, let's get him out, we don't want anything

20   bad to happen to him.  And I had consulted with the

21   psych response team that provides those assessments in

22   the ER and called them ahead of time just to say do

23   you think we can get a psychiatrist to admit him,

24   here's what's going on.  And they said that they

Page 107

1   didn't believe that a psychiatrist would admit him

2   until he was actually like malnourished on the BMI

3   chart.  And luckily he left before he got to that

4   point.

5              So I knew that I could, I knew that

6   Jail Administration would have supported disrupting

7   the whole fitness process for that individual to get

8   him out but didn't have to.

9        Q.  Okay.

10       A.  And I think that is probably the closest

11  that we've come in my time to sending somebody out to

12  a psychiatric hospital.

13             There were people who were found unfit

14  by psychiatrists in the Court process that left to go

15  to McFarland, for example, because the psychiatrist

16  has found them unfit.

17       Q.  Yeah.

18       A.  And that has happened and people have left

19  the Jail that way to go to a psychiatric hospital.

20       Q.  Okay.  And that's, those cases they are like

21  transferred to DHS?

22       A.  Right.  The Court orders them to DHS custody

23  because they are not fit.

24       Q.  And the incident that you described that you

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 108

1   recalled with the gentleman that was pacing was that

2   before you became a Manager or was that when you were

3   working at the Jail after Shmikler left?

4        A.  I don't remember, I had, he had been in and

5   out of the Jail frequently so I don't know.  Well, I

6   was working here at the time, I may have also been

7   doing the Regional Mental Health duties, I don't

8   remember exactly.

9        Q.  Okay.  The, sorry, skipping ahead to, this

10  is the job description.  I know we talked about it

11  very briefly before, this is ACH 563, this is 563,

12  yeah.

13       A.  Okay.

14       Q.  And I just want, if you could, you don't

15  even have to read it out loud but if you could read

16  the bullet points under the essential functions and

17  tell me whether those were in fact the essential

18  functions of Mr. Shmikler's job?

19       A.  Provide mental health assess --

20                    MR. MADDOX:  Just read them to

21  yourself.

22       Q.  Yeah.

23       A.  Oh, just kidding.

24                    And your question about it is?

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 109

1    Q.  Are these in fact the essential functions of

2  Mr. Shmikler's job?

3    A.  Yes.

4              MS. MAZUR:  Okay.  Do you mind

5  let's take a break and we can confer and see if we can

6  wrap it up.

7              (Whereupon a recess was taken.)

8              MS. MAZUR:  Back on record.

9    Q.  During the period of time when you were

10  either supervising Mr. Shmikler or yourself working at

11  the Sangamon County Jail, did you ever refer a patient

12  to see a psychiatrist?

13    A.  When I first started working at ACH, we had

14  Doctor Robinson who came to the Jail he was kind of

15  hit and miss.  He was supposed to provide the Jail two

16  hours of mental health services a week, and I don't

17  know that I ever referred anybody to him.

18    Q.  Okay.  There, there, a QMHP I imagine in the

19  position that you had at Sangamon County Jail and the

20  one that Mr. Shmikler had will often be working with

21  patients who are taking psych medication, correct?

22    A.  Yes.

23    Q.  And what process, if any, existed at the

24  Jail to sort of supervise their, the psychiatric

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 110

1    medications?

2        A.  The Doctors would really have to talk about

3    that.  I don't know about the supervision of how they

4    provided medication.  The Inmates had talked to the

5    Nurse Practitioner and Medical Doctors themselves

6    about medication.

7        Q.  Okay.

8        A.  If I thought that somebody was so impaired

9    and couldn't say I need medicine themselves, I would

10   put them on the Doctor's radar to refer them to them

11   for several reasons to rule out that there was any

12   medical thing causing, you know, psychiatric symptoms

13   but I never recommended medication.

14       Q.  Cause that's like a QMHP wouldn't be or LCSW

15   wouldn't be someone who would be prescribing

16   medication or sort of troubleshooting for side

17   effects, is that fair to say?

18                     MR. MADDOX:  That's two

19   questions.

20       Q.  Sorry.  QMHP's, strike that, sorry, late in

21   the day.

22                 LCSW's don't prescribe medication,

23   correct?

24       A.  Correct.

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 111

1       Q.  And if a person, did you ever have occasion

2   where a detainee at the Jail who was on psych meds

3   would kind of talk to you about problems they were

4   having with various meds?

5       A.  Yes.

6       Q.  And then what would you do with that

7   information?

8       A.  Most of the time they had put in a request

9   to see the Doctor about it.

10      Q.  Okay.

11      A.  If they were capable of putting in their own

12  request, I would say you need to put in to see the

13  Doctor so you can discuss that with them.

14      Q.  Okay.

15      A.  And usually that was the extent.

16              If somebody was able, with it enough to

17  establish that they had some problems or side effects

18  or didn't like something of it and tell me they were

19  capable of telling the Doctor, so I would encourage

20  them to put in their own request to do so and talk to

21  them.

22      Q.  And that Doctor would be the, just the

23  general Doctor assigned to work at the Jail?

24      A.  The Nurse Practitioner or the Medical

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 112

1   Doctor.

2        Q.  Okay.  And so did, what responsibility, if

3   any, did you have, if any, with respect to overseeing

4   Doctor Abraham?

5        A.  None.

6        Q.  And did you work at the Jail as the QMHP at

7   the Jail during times when Doctor Abraham was the

8   Doctor at the Jail?

9        A.  Yes.

10       Q.  And did and he, he's not a psychiatrist,

11   correct?

12       A.  Not that I'm aware of.

13       Q.  Okay.  The, did you ever at the Jail when

14   you were at the Jail become, working as a QMHP become

15   aware of patients refusing their psych meds?

16       A.  Did patients ever refuse their psychiatric

17   medication?

18       Q.  Yeah.

19       A.  Sure.

20       Q.  And there were times where you become aware

21   of that, correct?

22       A.  Sure.

23       Q.  And what would you do with that information?

24       A.  Well, first and foremost the nurses provide

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 113

1    the medication, do the administration of the

2    medications so they would have to document on their

3    MAR if somebody was refusing medication.

4         Q.  Okay.

5         A.  So I, I didn't have a part in the medical

6    procedure for that.

7         Q.  Okay.

8         A.  Am I answering that?

9         Q.  Yeah.  Is there, just based on your

10   understanding of how things worked at the Jail.  If a

11   patient with mental illness was not taking their psych

12   meds and a Nurse obviously become aware of that

13   because they are doing the MAR's is there any, is

14   anybody supposed to be notified about that?

15        A.  I don't know from the nursing side of things

16   but for Mental Health we didn't have a policy or

17   procedure.

18        Q.  Okay.

19        A.  We had a lot of people who didn't want to

20   take medication in the Jail.

21        Q.  Okay.  That --

22        A.  That wasn't uncommon.

23        Q.  Why did you leave ACH?

24        A.  In, gosh, my daughter was five, so she was

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 114

1   born in 2010.  In 2015 my five year old very clearly
2   communicated that she hated my phone because I
3   answered it when people needed me to.  Whether that
4   was, you know, after hours or at a ball game or
5   wherever.  And I just really started to question the
6   boundaries that I had.  Because as a Regional Mental
7   Health Manager I worked primarily from my home.  So
8   all my work was done at home.  So on the weekends they
9   would see that, and I thought I, one, my ultimate plan
10  was to always do my last 20 years of work for the
11  state to do a, to get a pension and a retirement on
12  top of whatever else I did to work at McFarland Mental
13  Health Center.

14              So I think it was 2016 I put in for a
15  bunch of grades with the State for mostly McFarland,
16  different Social Worker ones, Public Service
17  Administrators of ones and got a bunch of different
18  grades back.  And then I think I got called in like
19  late 2016 to interview for McFarland.  I interviewed
20  and I didn't get it, it went to somebody who was
21  already employed by the State.

22              And then I don't know when I
23  interviewed for the second one it might have been like
24  late winter, early spring of 2017 whether I didn't

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 115

1    find out until June because the State takes forever in

2    hiring and notifying people.

3              So in June I was offered the position

4    and accepted it, so I could go to work at 8 and clock

5    out really at 4:30 and keep the same salary that I had

6    and yeah, I think it was best for my family and

7    boundaries.

8         Q.   Okay.  I have had that same conversation

9    about my phone with my kids.

10             Have you ever had any conversations

11   with anybody at McFarland about Tiffany Rusher?

12        A.   Tons.

13        Q.   Yeah.

14        A.   Not, I didn't initiate them but most

15   everybody knew that I came from working in the Jail.

16   Because actually the week before I started out there,

17   I was a trainer for them on Jail Mental Health just

18   because McFarland I guess at the time was I don't know

19   there is always this confusion between, you know,

20   McFarland and the Jail because sometimes people come

21   from the Jail to McFarland.  Sometimes people come

22   from McFarland to the Jail even when they are out

23   there and they have serious crimes.  And so it was

24   just a training so yeah, just I started out there.

Page 116

1  One of the first patients that I met noticed that I

2  had two different colored eyes and told me about his

3  friend who apparently had two different colored eyes

4  who bit his ear off and I believe that was Tiffany.

5            I'm not, I don't know, I've never seen

6  her, so I don't know, but he told me about his friend.

7  And then I have just heard yeah, what people have had

8  to say about her recently had, her Logan Correctional

9  best friend because she's screamed that she was

10 Tiffany's best friend all over my unit until the Court

11 discharged her.

12           So yeah, I don't, I, not to say she's a

13 legend out there, but there are lot of stories I think

14 that, that involve her that I've heard about it.

15      Q.  Do the stories come mostly from staff or

16 patients or both?

17      A.  Both.

18      Q.  Okay.  The, do you, have you had any

19 communication with Mickey Shmikler since he was

20 terminated from ACH?

21      A.  None.

22      Q.  Okay.  You, there were, I saw a quote from

23 you in a local paper about, after Tiffany's death, do

24 you recall talking to reporters about Tiffany's death?

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 117

1        A.   That was about four months before that ever
2   happened with Tiffany and he utilized that in that
3   article on Tiffany.   I never spoke to him about
4   Tiffany.
5        Q.   Okay.
6        A.   He decided to wait until then to utilize,
7   yeah.
8        Q.   Okay.   And so to make it clear--
9        A.   I never talked to a newspaper about her.
10       Q.   Okay.   There was article that the reporter
11  was a guy named Bruce Rushton, correct?
12       A.   Uh-huh.
13       Q.   And --
14       A.   Yeah.
15       Q.   He spoke with you at some point prior to
16  when Tiffany strangled herself, correct?
17       A.   Correct.
18       Q.   Was he talking to you about Tiffany?
19       A.   No.
20       Q.   Okay.   What was he asking you about
21  generally?
22       A.   I don't remember.   The Jail gave him my name
23  because he wanted to talk to the Jail, and the Jail
24  said this seems more up your alley.   Will you talk to

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 118

1    him.  I asked ACH do you really want me to talk to

2    them, yeah, sure, it will be okay.

3         Q.  Okay.

4         A.  I don't remember, I don't know if even

5    reading the article would jog my memory about it.

6         Q.  Yeah.  Maybe I'll just read the little part

7    that is kind of attributed to you --

8         A.  Sure.

9         Q.  -- and have some follow-ups --

10        A.  Sure.

11        Q.  And just make the record, it says --

12        A.  Sure.

13        Q.  -- Mental Health professionals visit the

14   Jail four times a week it's as much talking as

15   anything else according to Lydia Hicks Regional Mental

16   Health Manager for Advanced Correctional Healthcare.

17             For example, Inmates who ask for

18   sleeping pills often are told to layoff coffee and

19   daytime naps.  Mental health illness is often

20   intertwined with addiction Hicks says and --

21        A.  Which is nothing of what I said.

22        Q.  Just wait, let me make the record.  And, and

23   figuring out which Inmates truly need psychotropics

24   and which prisoners simply want pills to help dull the

Page 119

1   experience of being in Jail can be tricky.

2                   First of all, does that accurately

3   reflect what you told Mr. Rushton?

4        A.  Not at all and I even asked our ACH lawyer

5   if I, like I had any recourse because of how misquoted

6   it was and how he utilized it --

7        Q.  Got it.

8        A.  -- after this happened which, cause it

9   really infuriated me.

10       Q.  Okay.

11       A.  Because I had never seen her or been

12   involved with her.  I understand I supervised Mickey

13   but, yeah.

14       Q.  So would it be fair to say that none of what

15   is attributed to you in this article reflects like any

16   personal view you have about Tiffany at the Jail?

17       A.  Oh God, no.

18       Q.  Okay.  Oh, okay two more quick things I'm

19   sorry and I will be as quick as I can.

20       A.  That's okay.

21       Q.  The, for people who were in the, in the High

22   Risk sort of Booking area at the Sangamon County Jail,

23   what, what therapeutic services were available to

24   them?

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 120

1           MR. MADDOX:  Object to the form
2  of the question.  Do you understand it, Lydia?  If you
3  do, then answer it.
4           A.  I think so.
5           Q.  Yeah.
6           A.  What form of, I may need you to be more
7  specific what type of mental health therapies --
8           Q.  Yeah.
9           A.  -- were available to them?
10          Q.  Yeah.
11          A.  Anything that the Inmate was open to.
12          Q.  Okay.
13          A.  So I guess kind of back to that article we
14  do talk a lot and that's how we find out information
15  about people, how they think, how they feel.  And so
16  we could do, I mean any type of therapy, I don't know
17  if you want to know like about types of therapy, but,
18  you know, our main focus in the Jail is solving and,
19  you know, kind of resolving issues or problems that
20  they want to resolve while they are there.  So if it's
21  somebody wants to talk about, you know, their history
22  of violence or something like that then that's what we
23  talk to them about.
24                  We're not in, we weren't in the

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 121

1   business of forcing people to talk about anything

2   because I always think about trauma in that sense like

3   we never want to open somebody's trauma wound that

4   they are not ready to talk about because we never know

5   how long people are going to be in the Jail and we may

6   not be able to sew that wound back up before they move

7   on to the next point.

8              We had some people who would want to

9   talk about it.  We could if that's what they wanted,

10  but I mean it really depended on what the person

11  wanted to work on.

12       Q.  Uh-huh.  Okay.  The, the, when, in your

13  experience when you were doing the, you know, QMHP

14  work at the Jail, were there any other opportunities

15  for like therapeutic out of cell time for people in

16  the High Risk cells?

17       A.  Therapeutic services don't have to be formal

18  sit down sessions, they don't have to last for long

19  periods of time.  You could talk to an Inmate for two

20  minutes and say something that might plant a seed in

21  them that causes them some time later to think I can

22  change this, or I can apply this later down in my

23  life.

24              So generally no, I mean we listen to

Page 122

1   the recommendations from the Jail about a person's

2   safety, violence level.  We're still a guest in the

3   Jail.  We're not County employees, we're ACH employees

4   so I never really went against Security

5   recommendations from the Jail when it was about our

6   safety.  But I, you don't have to sit down one to one

7   with a person to be able to provide them therapeutic

8   services.

9        Q.  Did you ever form an opinion that someone

10  may need some like time out of their cell or time out

11  in the yard as sort of like for their mental health?

12       A.  No.

13       Q.  Okay.  The, and were you aware of like any

14  therapeutic services available to people in the High

15  Risk area outside of like talking meaning like groups

16  or things like that?

17       A.  The Jail didn't do any groups, they didn't

18  allow groups to happen because it was a Security

19  nightmare trying to cross and make sure that you

20  didn't have enemies with, that are identified within

21  the Jail of coming out.

22               So they, we had talked about that but

23  that was nothing that the Jail was interested in

24  doing.

**DEPOSITION OF LYDIA HICKS**                          June 04, 2019

Page 123

1              What was the other part of that

2     question, sorry, about groups or --

3                    MR. MADDOX:  That was it, I

4     think.

5          Q.  I think that was it, yeah.

6              So, and is there, just to close the

7     loop I guess on the, the McFarland stuff you heard

8     about Tiffany from people at McFarland have you ever

9     talked to anybody there like a staff person about like

10    Tiffany's mental health treatment there?

11         A.  No.

12         Q.  And do you know a Doctor Womontry,

13    W-O-M-O-N-T-R-Y?

14         A.  She's retired from there.

15         Q.  Okay.

16         A.  But yes, I know who she is.

17         Q.  And does she work there currently, if you

18    know?

19         A.  No.

20         Q.  And have you ever talked to her about

21    Tiffany?

22         A.  No, I barely see her, she's a psychologist.

23         Q.  Do you, have you ever talked to anyone there

24    who like claims to have firsthand knowledge about the

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 124

1   circumstances that lead to Tiffany being arrested from

2   there?

3          A.  No, I don't know that I even know what she

4   did.

5          Q.  Okay.

6          A.  I assume it's an assault of some sort that's

7   usually why people leave McFarland.  The only reason

8   why people leave McFarland to come back to the Jail.

9   So I assume but no, I have not talked specifically

10  with anybody.

11         Q.  Okay.  And do you know, have you talked with

12  anybody there who claims to have knowledge about

13  whether Tiffany was like not allowed back at McFarland

14  after she got arrested from there?

15         A.  We've had other patients back who have --

16                    MR. MADDOX:  The answer is for

17  Tiffany yes or no, I think is the answer.

18         A.  No, I never heard anything about her being

19  banned, no.

20         Q.  Okay.  Have you, are you aware of anybody

21  ever being banned for getting into like a skirmish

22  with another patient there?

23         A.  No.

24                    MS. MAZUR:  Can we just have

DEPOSITION OF LYDIA HICKS                         June 04, 2019

Page 125

1   one minute I think I'm through with her.

2                         MR. MADDOX:  Yeah.

3                         MS. MAZUR:  Okay.  I don't have

4   anything else right now.

5                         MS. SHEEHAN:  I just have a

6   couple of questions I will be really quick.

7                         CROSS EXAMINATION CONDUCTED

8                         BY MS. SHEEHAN:

9       Q.  Did you report to the job or to the Jail the

10  positive reinforcement review of Shmikler from

11  December 14th, 2016?

12      A.  The what?

13      Q.  The positive performance review it's, I

14  think Hicks 1?

15                        MR. MADDOX:  Did you report on

16  that to the Jail?

17      A.  No.

18      Q.  Okay.  If someone would have asked you about

19  Shmikler before March of 2017, would you have

20  responded that he had positive reviews?

21      A.  Yes.

22      Q.  And you mentioned that Jail people and

23  Inmates were complimentary of Shmikler, did you ever

24  suggest to anyone at the Sangamon County Jail that

DEPOSITION OF LYDIA HICKS                          June 04, 2019

Page 126

1   Shmikler was not performing well or that he had

2   performance issues before March of 18, March 18 of

3   2017?

4          A.  No, I don't think so.

5          Q.  And how did the Jail learn that ACH had

6   terminated Shmikler?

7          A.  Well, they were all there that day --

8          Q.  Okay.

9          A.  -- on May 20 when it happened.

10         Q.  And what do you mean by that?  Where were,

11  meaning?

12         A.  In the Jail working that day.

13         Q.  Okay.  So.

14         A.  They were aware, yeah, because we had to

15  walk him out.

16         Q.  Okay.  Do you know who was there, who was

17  involved with that?

18         A.  I don't remember.

19         Q.  Okay.  Did anyone tell you that Shmikler had

20  provided contraband to Miss Rusher?

21         A.  No.

22                    MS. SHEEHAN:  Okay, that's all

23  I have.

24                    MR. MADDOX:  Nothing else then,

**DEPOSITION OF LYDIA HICKS**                    **June 04, 2019**

Page 127

1   Liz?

2                        MS. MAZUR:  No.

3                        MR. MADDOX:  Lydia, Cathy is

4   going to prepare a transcript of the deposition you

5   have a right to review that and make sure that she's

6   transcribed everything accurately or you can waive

7   that right.  I recommend that you waive the right but

8   it's your decision.

9        A.  That's fine.

10                       MR. MADDOX:  Okay.  We will

11  waive.

12

13

14

15

16

17

18

19

20

21

22

23

24

DEPOSITION OF LYDIA HICKS                          June 04, 2019

Page 128

1    STATE OF ILLINOIS       )
     COUNTY OF CHRISTIAN      )
2

3                           CERTIFICATE
4

5          I, Cathy J. Craggs, CSR and RPR,

6    affiliated with Associated Court Reporters,

7    P.O. Box 684, Taylorville, Illinois, do hereby

8    certify that I reported in shorthand the

9    foregoing proceedings and the foregoing is a

10   true and correct transcript of my shorthand

11   notes.

12         I further certify that I am in no

13   way related to or associated with any of the

14   parties or attorneys involved herein, nor am I

15   financially interested in the action.

16

17

18

19                    _____

20                    CATHY J. CRAGGS CSR, RPR

21                    CSR License No. 084-002703

22

23   Dated this 5th day of July, 2019.

24

ASSSOCIATED COURT REPORTERS
1-800-252-9915

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 129

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DEPOSITION OF LYDIA HICKS                    June 04, 2019

## A

A-D-R-I-A-N 14:18
A-N-N 14:16
able 38:13 94:21
  101:17 111:16
  121:6 122:7
Abraham 1:11
  3:19 112:4,7
absence 6:24
absences 8:20
accepted 115:4
access 65:10
accessible 53:13
account 33:14
accurate 90:1
accurately 119:2
  127:6
ACH 8:14 10:1
  10:12,19 11:15
  13:9,12,16
  14:5 15:3,18
  18:16,21 20:5
  20:8,24 21:15
  22:19 32:20
  34:20 37:13
  40:2,7 44:13
  45:13,16 46:24
  47:17 48:9
  49:12 50:14,16
  52:9,11 55:20
  55:22 56:4
  61:8,11 67:10
  68:6 73:5 82:1
  83:10,17 84:15
  84:22,24 85:12
  88:14 89:23
  93:2 101:8
  103:12 104:3,6
  108:11 109:13
  113:23 116:20
  118:1 119:4
  122:3 126:5
Acknowledgm...
  104:6

acquired 15:22
action 70:15
  128:15
Activities 51:22
addiction
  118:20
administration
  11:18 20:12
  28:21 36:22
  74:14 96:6,14
  97:7 105:4,9
  107:6 113:1
administrations
  11:16
Administrative
  21:22 36:16
Administrator
  1:5 19:1 20:18
Administrators
  35:2 74:7
  106:12 114:17
admit 106:23
  107:1
Adrian 14:18
Advanced 1:10
  3:19 6:14,16
  6:17 7:15
  118:16
advised 44:5
advocating 97:2
affect 23:3 86:22
affiliated 128:6
agenda 45:2
agree 83:9 89:24
  90:20
ahead 70:2
  81:20 106:22
  108:9
ALLEN 3:10
alley 117:24
allow 122:18
allowed 124:13
alluding 101:17
amount 106:17
  106:17

Andrews 1:5
  55:10
Angela 100:2
Ann 1:6 14:16
annual 12:22
  104:14,15
answer 5:18
  90:3 120:3
  124:16,17
answered 114:3
answering 113:8
answers 2:11
anxiety 57:24
anybody 12:18
  14:20 32:20
  34:19 48:9
  59:15,18,23
  60:1 64:22
  73:15 89:4,12
  97:8 109:17
  113:14 115:11
  123:9 124:10
  124:12,20
anyone's 88:15
anyway 101:6
apologize 70:9
apparently
  116:3
appear 67:13
APPEARANC...
  3:1
Appeared 3:5,9
  3:12,19
appears 71:21
  74:20,24 82:22
  86:3
applied 105:6,15
  105:16
apply 38:13
  121:22
Appraisal 75:4
approach 48:16
  48:20
appropriate
  49:2

approved 97:6
area 9:23 38:2
  39:8,13,16,18
  39:23 40:2,10
  41:1,9,9,12,22
  41:23 78:14
  119:22 122:15
areas 43:20
arrange 22:24
arrangements
  105:19
arrested 124:1
  124:14
arrived 32:8
article 117:3,10
  118:5 119:15
  120:13
Arun 1:11 3:19
Ash 68:21
ashamed 94:24
aside 26:11
asked 7:21 17:1
  30:15 37:3
  54:3,6 76:9,18
  94:22,23 99:19
  100:23 118:1
  119:4 125:18
asking 43:13
  48:17 72:7
  87:24 117:20
aspect 36:4
assault 124:6
assess 108:19
Assessment
  31:14
assessments
  106:21
assign 31:20
assigned 14:3
  19:11 111:23
assigning 61:23
assignment 64:7
associated 1:22
  128:6,13
Association 12:5

36:20 44:8,9
  44:15
assume 46:18
  124:6,9
assuming 46:21
  98:22 106:8
assure 71:1
attached 1:21
attack 43:16
attend 44:9
attendance 37:2
attention 77:18
Attentive 101:4
Attorney 3:4,11
attorneys 2:3
  128:14
attributed 118:7
  119:15
autopsy 103:7
  103:17
available 119:23
  120:9 122:14
Avenue 3:8,11
aware 65:14
  79:5 103:16
  112:12,15,20
  113:12 122:13
  124:20 126:14
awhile 54:11
Axis 57:18 58:21
  58:21,22,22
axises 59:1,1,7

## B

B 4:5
B-E-D-D-I-N-...
  15:7
B-Y-R-D 14:18
back 24:13
  26:12 45:21
  47:19 64:1
  66:3 74:1,9
  76:16,24 77:18
  77:18 87:13
  103:8 109:8

DEPOSITION OF LYDIA HICKS                    June 04, 2019

114:18 120:13
121:6 124:8,13
124:15
**bad** 106:20
**bags** 101:5
**ball** 114:4
**banned** 124:19
124:21
**barely** 123:22
**Barr** 1:10 3:13
**based** 27:16 69:5
90:11 95:10
113:9
**basic** 10:13
**Bates** 24:17
25:14,21 45:13
55:10 60:19
82:1
**bathroom** 24:1,3
**Beck** 1:10 3:13
20:17 96:15
**Beddingfield**
15:4,6
**began** 13:9
**Beginning** 47:7
**behalf** 3:5,9,12
3:19
**behavioral**
30:22
**believe** 63:9
83:24 84:3
88:11 104:14
107:1 116:4
**belonging** 94:9
**best** 10:15 64:13
115:6 116:9,10
**Betsy** 3:16
**better** 40:22
43:11,22 97:14
**Bill** 20:14
**binder** 28:16
**bipolar** 57:23
**bit** 27:6 39:12
116:4
**blacked** 26:20

27:14 29:2
84:6
**blank** 10:8
**block** 30:20,22
52:19,20,20,20
**blue** 41:16
**BMI** 107:2
**booked** 53:10
**booking** 26:12
35:12,14,15
36:10 39:8,16
39:23 40:2
41:1,9 53:10
53:12,12 54:1
78:14 119:22
**born** 114:1
**boss** 22:19
**bottom** 32:23
85:13 88:6
105:1
**Bouderdaben**
3:22
**boundaries**
114:6 115:7
**boundary** 97:22
**Bouvet** 1:13
3:13 25:12
78:7,18,19
**box** 1:23 53:17
53:19 64:18
68:7 91:20
100:7 128:7
**boxes** 30:3
**break** 5:15,18
59:6 79:14
85:11 109:5
**briefly** 108:11
**bring** 16:8 76:24
79:22
**brought** 9:22
24:13 80:6
96:4 99:18
101:5
**Bruce** 117:11
**bullet** 104:23

108:16
**bunch** 114:15,17
**business** 44:19
121:1
**Byrd** 14:18

**C**

**cabinet** 76:14,15
**calculate** 32:15
51:14
**Caldwell** 7:21
9:19 10:2 12:9
73:13 89:13
99:24 103:13
**calendar** 98:20
**call** 12:8,8,15,18
34:17 35:2
41:13 43:17
52:23 55:5
56:9,10 101:22
102:11
**called** 5:2 17:14
37:5 76:12,16
78:7 99:21
106:22 114:18
**calls** 81:14 96:21
97:2,3
**camera** 94:6
**capable** 111:11
111:19
**capacities** 38:17
**capacity** 6:21
16:2 103:22
**care** 21:1 33:13
55:21,24 56:2
90:22
**case** 77:9 103:9
106:12
**cases** 107:20
**CATE** 24:12
**Cathy** 1:17 2:9
8:8 127:3
128:5,20
**caught** 93:11
**cause** 49:13 84:9

110:14 119:8
**causes** 121:21
**causing** 110:12
**CBL's** 104:19
**cell** 40:14,16
41:23 42:17,19
43:14,24 44:3
83:17 86:24
87:4 97:3
121:15 122:10
**cells** 30:20 40:12
42:6,11,14,16
43:22 52:21
53:24 54:1
66:13 121:16
**Center** 3:3 6:6
114:13
**CENTRAL** 1:2
**certain** 32:22
**CERTIFICATE**
128:3
**certification**
7:11
**certified** 7:8,8
**certify** 128:8,12
**Cerulo** 1:19 2:7
3:15
**change** 68:1
121:22
**changed** 11:7
62:17
**changes** 70:22
71:1 97:3
**characterize**
86:19
**CHARDON** 3:7
**chart** 29:1,5
53:14 66:4,5
76:1 77:13,23
83:4,20,23
84:10,12,16,24
85:7 86:16
90:1 92:11
93:23 94:2
102:6 107:3

**charting** 66:22
**charts** 23:21,24
68:14 81:9
90:5,6 91:5,23
95:20,21
**check** 30:16 53:7
53:21 83:5
**check-ins** 12:2
16:18,22 17:8
17:11,19,19,21
34:4,12 92:18
93:15
**Checking** 11:16
**checklist** 37:20
46:3 47:20
55:15 67:7
**checks** 87:6
**Chicago** 3:5,8
**Christian** 15:19
128:1
**circumstances**
44:2 124:1
**claims** 123:24
124:12
**clarification**
69:23 81:11
**clean** 39:7
**clear** 27:7 55:23
58:4
**clear--** 117:8
**clearly** 43:5
114:1
**clerk** 80:17
**client** 96:7
**clinical** 7:2 8:11
8:16 49:18,23
58:18 61:7,19
61:21 83:11
**clinically** 11:24
12:16 16:16
**clinician** 6:22
8:12,23 15:4
20:5 90:24
96:23
**Clinicians** 12:17

DEPOSITION OF LYDIA HICKS                    June 04, 2019

12:23 54:13
clip 45:20,23
clock 12:19
   115:4
close 123:6
closest 107:10
code 27:18,19
   29:14,16
codes 27:24 28:4
   57:11,14 59:10
   95:10
coffee 118:18
collected 71:7
collecting 70:19
colored 116:2,3
column 28:3
come 16:6 19:10
   22:23 107:11
   115:20,21
   116:15 124:8
comes 33:15
   94:15 95:6
coming 74:1
   88:10 122:21
comments 70:13
   88:19
common 54:11
   57:21
commonly 83:14
communicate
   43:5 101:16
   102:3
communicated
   20:12 114:2
communication
   92:20 116:19
company 73:8
compassionate
   97:19
competent 2:18
complete 19:7
   50:8 91:24
   92:12 94:17
completed 26:23
   61:2 62:5

63:20 68:19
   69:11 91:6
completely 9:13
   11:2
completing
   61:16 93:18
complimentary
   125:23
compliments
   73:21
computer 23:15
computerized
   104:16
concerned
   106:13
concerns 69:13
CONDUCTED
   5:6 125:7
confer 109:5
conference
   75:14 92:17
   98:17 99:2,12
confidential
   43:21,23
confidentiality
   48:23
confusing 47:3
confusion
   115:19
connection
   103:18
consecutively
   25:14 45:13
   55:10 82:1
consent 50:21
consider 33:4
   87:10
considered
   44:17
consist 37:18
consisted 71:9
constant 64:18
   64:22 65:2
constantly 24:2
constitutes

91:21
consult 89:7
consulted 89:13
   99:24 100:1
   106:20
contact 16:10
   61:7,19,21
   62:2
contacted 34:20
contacts 30:24
   90:17
contain 63:22
context 33:16
continually
   106:16
continue 87:5
continuity 90:21
Continuous 51:4
contraband 96:8
   126:20
contract 15:22
control 35:12,13
   35:14,17,20
   36:2,9 40:24
   41:6,9,18,19
   41:23 42:7
   53:11
controlled 41:12
convened 44:13
conversation
   52:2 56:16
   100:13 101:3
   115:8
conversations
   115:10
copies 2:19
   89:19
copy 60:13 92:9
core 72:10
corporate 67:3
   76:2 84:24
   102:7
correct 8:5 9:6
   11:6 16:14
   18:1,2 19:20

19:24 21:2,3
   23:7 26:1,18
   26:19,21 29:8
   31:10 39:23
   40:11 47:12,21
   52:7,13,14
   54:16 56:1
   57:6 58:1,2
   60:12,24 61:19
   61:20 62:16
   64:7,11 65:16
   71:10,11,17,18
   71:22 72:17,22
   74:23 75:3,6,7
   75:15,16 78:20
   79:3,17,20
   81:2 82:23,24
   83:11 85:15
   86:5,6 87:15
   88:3,4 89:18
   90:8 91:7
   104:6,10
   109:21 110:23
   110:24 112:11
   112:21 117:11
   117:16,17
   128:10
correctional
   1:11 3:19 6:14
   6:16 7:9,15
   12:4 31:22
   32:19 33:11
   35:9 74:14
   116:8 118:16
corrective 70:15
correctly 16:14
   20:24 54:24
   56:21 92:2
   102:1 104:16
correspond
   67:16
corresponding
   77:23
counties 69:18
County 1:9 3:13

6:22 7:19 8:15
   8:21 13:10,15
   13:23 15:10,10
   15:17,20 16:1
   18:1,3,8,11,13
   19:1,11 20:3
   20:11 21:2,5,8
   24:17 25:5,14
   27:3 31:1 35:6
   35:9 37:16
   38:22,24 46:19
   46:22 54:7
   55:11 59:16,23
   63:7 64:22
   65:16,22 69:8
   74:8 83:18
   84:21 91:17
   103:21 109:11
   109:19 119:22
   122:3 125:24
   128:1
couple 5:12
   36:19,24 95:14
   125:6
course 14:21
   21:24 94:6
Court 1:1,22
   24:13 45:10
   55:7 81:22
   85:23 107:14
   107:22 116:10
   128:6
cover 6:23 8:19
   17:17
covered 56:15
covering 75:22
   96:11
CQI 50:22 51:3
   51:6,20 103:21
Craggs 1:17 2:9
   128:5,20
create 49:13
   90:7,9,15
crimes 115:23
crisis 12:15

DEPOSITION OF LYDIA HICKS                    June 04, 2019

Page 133

cross 4:2 122:19
  125:7
crossed 30:24
CSR 1:17 2:9
  128:5,20,21
current 59:4
  86:22
currently 6:1,4
  123:17
custody 65:22
  107:22
cut 12:19

**D**

D 4:1
D-A-I-L-E-Y
  5:10
Dailey 5:10
dangerous 44:5
date 9:15 18:11
  33:22 34:21
  62:18 85:14
  98:17,21,21,23
  98:24 99:2,11
Dated 128:23
dates 46:18
  77:14
daughter 113:24
day 12:21 22:24
  25:7 27:12
  28:12,22 31:8
  95:8,9 99:5,15
  100:15 110:21
  126:7,12
  128:23
day-to-day
  21:14 22:21
days 12:21 54:19
daytime 118:19
death 103:18
  116:23,24
Deb 68:21
DECEASED 1:6
December 6:17
  13:11,18 15:24

19:9 58:13
  125:11
decided 117:6
decision 64:3
  73:13 87:2,8
  98:14,15,17
  99:6,7,10,13
  99:14,17 127:8
Defendants 1:14
  3:12
Definitely 58:8
degree 19:9
deliver 98:23
demeanor
  100:22 101:2
dementia 57:24
demonstrated
  75:19 93:7
demonstrating
  75:21
Department 6:6
  16:8,10 99:21
depend 44:2
depended 40:13
  121:10
Depends 38:2
deposed 10:12
deposition 1:16
  2:4,14,15,19
  127:4
depositions 2:18
  24:11
depression
  57:23
depressive 59:13
describe 32:21
described 62:3
  67:17 107:24
describes 29:12
  31:24
description 47:9
  48:5,8,15
  108:10
desk 76:16,17
detainee 48:16

60:16 111:2
detainees 40:11
  41:24
determine 32:16
  64:13
determining
  19:23 32:2
develop 37:4
DHS 107:21,22
diabetes 59:14
diagnosed 59:16
  60:6
diagnoses 57:22
  58:21,23 62:16
diagnosis 29:17
  58:17,17 59:17
  60:7,10
diagnostic 58:19
  61:2
difference 49:8
different 8:22
  12:5 18:5
  19:12 27:23
  38:17 49:19
  52:16 68:18
  69:1,18 114:16
  114:17 116:2,3
differently 60:4
digital 23:13,14
direct 4:2 5:5
  8:15 52:2
directly 12:8
Director 22:16
disappointed
  101:13
discharged
  116:11
discovered 77:5
  93:20
discovery 2:3
discuss 111:13
discusses 52:12
Discussion 66:2
disorder 57:24
  57:24 59:14

disorders 57:23
disrupting 107:6
DISTRICT 1:1
  1:2
Doctor 7:21 9:19
  10:1 12:9 22:5
  23:23 30:13
  53:6 73:13
  89:13 99:24
  103:13 109:14
  111:9,13,19,22
  111:23 112:1,4
  112:7,8 123:12
Doctor's 110:10
doctors 22:4
  28:20 110:2,5
document 24:16
  24:24 25:5
  26:13,17 27:2
  27:16 28:23
  29:11 31:11
  32:6 39:9
  45:12,15,24
  46:4,24 47:8
  47:10,15 51:24
  55:9,18 62:8,9
  69:5 75:13
  81:24 82:3,13
  82:16 83:19,22
  84:2 86:1,3,8
  86:19 87:13
  89:5 90:9,13
  100:8 104:5,8
  113:2
documentation
  50:4,12,18
  55:16 60:8
  70:15,22 74:12
  76:8,9,11,18
  77:9 79:7 80:3
  92:1 93:19,23
  94:2,9,18 95:1
  98:12 101:18
  102:6
documentations

77:6
documented
  75:18 76:12
  79:5 92:6
documenting
  83:10 90:20
documents
  25:12 49:22
  50:19 52:7
  55:14 67:1
  78:15 79:17,19
  79:22,24 80:6
  80:14,23 82:7
  84:13 85:4
  96:4
doing 12:21
  32:22,24 33:12
  35:19 36:2
  39:13 44:6
  45:5 61:14
  71:16 72:1,4
  73:2 76:6 89:8
  90:12 92:1
  96:9,24 97:15
  98:5 106:14
  108:7 113:13
  121:13 122:24
door 42:20,23
  43:10,14,16
  83:17
double 47:3
Douglas 18:13
drawers 76:17
drawing 73:1
drive 19:18 67:4
dropped 106:16
DSM-V 58:24
  59:4
dull 118:24
duly 5:3
duplicates 80:24
  81:3
Durr 20:14,20
  96:15
duties 19:21

DEPOSITION OF LYDIA HICKS

June 04, 2019

108:7

**E**

E 3:13 4:1,5
E-M-B-E-R 15:6
e-mail 17:13
  34:6,14,18
  69:10
e-mailed 17:15
e-mails 34:8,11
  72:6
Ealey 1:13 3:13
  24:17 26:12
  39:9 50:24
  53:24 77:18
ear 116:4
earlier 19:19
  25:1,9 39:8
  40:21 41:3,21
  50:23 57:12,15
early 114:24
easier 8:8
educate 10:13
education 70:16
educationally
  17:7
effect 106:15
effects 110:17
  111:17
either 34:20
  96:15 102:24
  109:10
element 72:12
Elizabeth 3:3
embarrassed
  94:24
Ember 15:4,6
emergency 16:3
employed 6:1,4
  6:12,15 8:14
  59:24 72:7
  114:21
employee 21:16
  34:20 69:7
  71:12,16 75:14

92:17 98:17
  99:1,12
employees 21:1
  122:3,3
employing 18:20
employment
  18:16 37:17
encounter 90:11
encounters
  83:11 93:24
encourage
  111:19
enemies 122:20
entire 65:15
entirety 19:15
entities 21:11
envisioned 36:5
ER 16:6 106:22
Esq 3:3,7,10,16
  3:16
essential 48:12
  108:16,17
  109:1
establish 111:17
ESTATE 1:6
evaluation 71:13
  71:16,21 72:1
  72:4,8,15
  74:20
evaluations
  12:22,22 75:9
event 22:18
  47:19
eventually 9:21
  20:17 23:14
  92:7 95:24,24
  104:15
everybody 94:4
  115:15
evidence 91:9
exactly 9:14
  35:10 36:9
  37:22 44:19
  56:12 77:10
  92:9 100:12

108:8
EXAMINATI...
  5:5 125:7
example 26:8
  29:23 31:22
  33:1 60:14
  88:21 107:15
  118:17
examples 38:9
Excellent 6:1
exhibit 4:6,6,7,7
  4:8 25:13
  39:10 45:8,9
  50:24 54:1
  55:6 77:21
  81:21 85:22
exhibits 4:14
  24:7
existed 109:23
expect 31:8 34:5
  60:11 67:22
  77:22 78:3,8
  78:14 83:19
  97:18
expectation
  105:17
expectations
  71:4
expected 94:17
expense 2:21
experience
  39:23 119:1
  121:13
explain 22:3
  70:4 94:10,20
explained 27:21
explanation
  100:8
express 102:23
expressed 19:16
extent 111:15
eyes 116:2,3

**F**

facility 50:15

52:9 94:10
fact 108:17
  109:1
facts 65:19
fair 75:10 93:15
  93:17 110:17
  119:14
fairly 57:3
familiar 82:19
  103:6
familiarity
  27:16
family 115:6
far 77:5 99:4
fault 70:10
favors 96:9 97:2
  97:15 98:5
  103:3
fax 84:19
faxed 84:24
February 79:3
feedback 69:14
  72:7,16,18
feel 120:15
feelings 102:24
feet 91:4
felt 101:16
figure 20:22
figuring 118:23
file 21:9 80:17
  81:6 93:1
  104:3
filed 23:19 80:15
  80:19 81:7
files 23:6 81:1
filing 76:13,14
fill 19:13 62:11
  73:24 97:9
filled 15:17,19
  18:13 40:4
  49:5 62:13
  78:8,20 79:2
filling 39:4
financially
  128:15

find 26:6,9 43:9
  89:8 115:1
  120:14
fine 10:7 29:11
  32:10 43:1
  100:24,24
  127:9
finish 35:23
  104:1
fire 98:9
fired 101:6
first 5:7,14 7:17
  10:6,11,17
  11:1 12:10
  15:5 20:8
  22:10 23:2
  35:12 38:21
  45:14 46:21
  55:16 62:6
  66:12 69:7
  82:12 87:18
  88:8 92:24
  101:20 102:2
  109:13 112:24
  116:1 119:2
firsthand 123:24
fit 106:14 107:23
fitness 107:7
five 58:24 59:7
  113:24 114:1
flip 45:15 55:2
floor 16:5 52:21
focus 120:18
folks 40:23 41:5
follow-up 13:4
  29:18 62:24
  63:2 70:17,23
  71:5 95:16
follow-ups 118:9
following 47:14
  75:3 102:5
follows 5:4
foot 80:21
forcing 121:1
Ford 18:11,24

DEPOSITION OF LYDIA HICKS

38:22 46:19,22 69:8
**foregoing** 128:9 128:9
**foremost** 112:24
**forever** 115:1
**forgive** 48:8
**form** 24:22 25:8 25:18 26:4 27:1,8,9,11 28:11,13,14 30:3,17 31:5 46:17 49:5,7 50:7,22 51:23 51:23 52:4,5 53:16,17 55:20 56:1,2,3,5,6,13 56:17,20 57:17 59:4,22 60:23 61:1,8,11,12 61:15,22 62:14 62:15,17,18,19 63:20,22 67:6 67:22 68:4,7 68:22 69:12 78:5,8,24 79:9 81:15 82:15,19 83:10,15,18,18 85:13 90:2 91:17 92:14,16 92:17,23,24 94:14 95:8,17 104:14 120:1,6 122:9
**formal** 63:11 91:16 121:17
**forms** 50:7,12,14 50:15,16 52:7 52:9,10,11 53:9 55:14 66:14 67:11,14 67:18,24 68:19 78:20,23 79:1 80:1,4 91:6,14 91:16,21,21

92:5 95:4,6,19 95:20
**fortunately** 40:20
**found** 83:14,17 106:14 107:13 107:16
**foundation** 2:17
**four** 25:13 27:23 78:19,23 117:1 118:14
**fourth** 105:1
**frequently** 108:5
**Friday** 79:5
**friend** 116:3,6,9 116:10
**front** 42:17 69:17
**full** 6:20 19:13 40:13 58:20 99:3
**fully** 9:10
**Function** 31:14
**functioning** 28:2 31:16,23 32:10 32:22 33:4,5,7 33:10,15
**functions** 48:13 108:16,18 109:1
**furnished** 2:20
**further** 128:12
**future** 90:15

---

**G**

**G-A-F** 31:13
**GAF** 27:18 28:1 31:12,20,22,22 32:7,9,19
**game** 114:4
**gather** 56:22,23 68:18 76:7
**gathered** 66:4 68:17 84:12
**gathering** 76:1

102:6
**general** 49:19 111:23
**generally** 10:19 32:14 36:11 72:3 75:9 95:10 117:21 121:24
**generate** 28:13
**generated** 67:23
**generating** 28:14
**gentleman** 108:1
**geography** 17:17
**getting** 36:3 72:16 97:2 124:21
**give** 91:4 97:5
**given** 25:7 27:12 28:22 38:8 60:10 106:18
**giving** 96:7,19 97:15
**Global** 31:14
**go** 5:15 11:23 42:19 43:9 44:1 56:14 57:22 65:24 66:3 70:2 77:12 81:20 103:8 107:14 107:19 115:4
**God** 119:17
**goes** 28:12,12 82:17
**going** 10:12 11:17 12:24 17:2 20:21 23:13,22 24:21 25:15 39:8 45:12 49:1 55:3,4,12,13 63:1 82:2,14 97:16 106:24 121:5 127:4

**good** 13:3 79:13 89:1
**gosh** 12:24 113:24
**gotten** 101:22
**grades** 114:15 114:18
**graduated** 19:8
**Great** 5:11
**group** 30:24 31:1,7,8 35:16
**groups** 31:1 122:15,17,18 123:2
**guess** 11:8 24:6 33:14 36:3 41:12 45:14 70:4 97:16 115:18 120:13 123:7
**guest** 122:2
**guidance** 12:13
**guide** 32:2
**Guidelines** 49:18,23
**gut** 32:7
**guy** 1:13 3:13 117:11
**guys** 24:3

---

**H**

**H** 3:7 4:5
**H-I-C-K-S** 5:10
**half** 85:12
**hallway** 40:19
**hand** 45:12 55:4
**handed** 82:8
**handing** 81:24
**handwriting** 26:17,24
**handwritten** 26:23 55:24 82:23 83:7,15 87:18 91:17,18
**handy** 24:6

**happen** 85:4 103:11 106:20 122:18
**happened** 52:1 54:9 67:23 75:24 102:3,9 107:18 117:2 119:8 126:9
**happening** 36:5 42:9
**harm** 33:13
**hated** 114:2
**head** 56:13
**heads** 8:8
**health** 6:6 7:16 7:22,23 8:4,12 9:5,7,8,11,22 10:2,5,18,23 11:14,19,21 12:6,13,14 15:20 18:14 20:5,24 23:6 24:19 27:18,19 27:24 29:14,17 30:8,20 36:4 37:14,15 43:15 49:19 50:3,4 50:12 51:7 52:4,19 54:13 55:15,17 56:5 58:17 59:17 60:2,6 61:7,19 63:12 64:17 66:7 73:8 90:17 95:10 96:23 105:22 108:7,19 109:16 113:16 114:7,13 115:17 118:13 118:16,19 120:7 122:11 123:10
**healthcare** 1:11 3:19 6:14,16

DEPOSITION OF LYDIA HICKS

June 04, 2019

7:9,15 106:11
118:16
**hear** 43:1,11
75:14
**heard** 103:13
116:7,14 123:7
124:18
**help** 37:3 64:12
91:1 93:12
97:1 118:24
**helped** 27:24
**helpful** 90:19
**helping** 11:20,22
19:22 97:21
**Henderson** 1:19
2:6 3:15
**hereto** 2:16
**Hex** 3:22
**HEYL** 3:10
**Hicks** 1:16 2:4
4:3,6,7,7,8 5:1
5:10 6:2 45:9
47:16 55:5,6,9
55:14,17 67:7
67:10 81:20,21
82:1,16 85:22
104:2 118:15
118:20 125:14
**High** 17:3 40:11
41:24 42:14,16
43:22,24 54:1
66:8,11 78:14
119:21 121:16
122:14
**highlighted**
40:15
**hire** 14:5,5 38:6
53:18
**hired** 11:22,22
11:24 15:3,3
16:15 47:17
48:9
**hires** 37:24
**hiring** 8:23,24
35:12 115:2

**history** 120:21
**hit** 109:15
**hold** 7:14
**home** 76:19 77:1
77:2 79:17,19
81:5 82:9,11
98:12 114:7,8
**hoping** 36:8
**horrible** 102:15
102:18,21
**hospital** 105:3
105:18 106:2,6
106:8 107:12
107:19
**hour** 1:18 2:5
**hours** 9:7,8,10
9:10 13:22,24
19:13,18 21:24
54:16,23 94:18
109:16 114:4
**house** 85:5
**housed** 64:13
**housing** 64:7
**how's** 61:12
**HR** 12:20 99:21
100:1
**Human** 6:6
**hunger** 45:5
**hypothetically**
22:22

**I**

**I16** 41:23 42:1
**ICD** 59:10
**ID** 84:7
**idea** 11:12 82:18
103:19
**identification**
45:10 55:7
81:22 85:23
**identified** 66:8
84:8 122:20
**identifier** 27:20
**identifies** 66:12
**identify** 11:20

24:14 27:24
31:23
**identifying**
11:19
**II** 6:8
**III** 1:13 3:13
**Illinois** 1:2,9,20
1:23 2:8 3:5,8
3:13,18 6:5
10:20,24 11:4
36:19 44:8,14
128:1,7
**illness** 36:11
57:20 113:11
118:19
**imagine** 96:22
109:18
**immediately**
19:2
**impaired** 110:8
**impairment**
33:6
**important** 89:24
**improve** 97:15
**improvement**
51:4
**inadvertently**
5:22
**incarcerated**
96:8,9 98:5
**incident** 101:20
107:24
**incidents** 33:13
**include** 64:3,3
86:21
**including** 72:18
**independent**
12:1
**indicate** 27:17
30:6,7,23
31:13 33:6
71:4 83:2 87:1
98:19
**indicated** 67:7
70:22 95:15

96:7
**indicates** 28:5
29:6 31:15
32:10 68:22
69:8 70:5,13
**indicating** 41:14
41:17,18 50:23
67:12 84:14
88:22
**individual** 28:24
31:19 44:3
69:12 95:21
106:13 107:7
**individuals**
41:13 42:14,16
66:9
**information**
49:1 53:20
56:22,23 58:19
72:14 73:1
76:1 88:2
98:24 111:7
112:23 120:14
**informed** 50:21
**infuriated** 119:9
**initiate** 115:14
**initiating** 30:4,4
30:5 53:1
**Inmate** 12:7,14
23:12 35:3
52:24 57:4
91:19 120:11
121:19
**Inmate's** 53:14
84:7
**Inmates** 16:6,9
17:4 29:3,4
48:17,19 49:1
53:10 73:23
74:4,13 80:9
94:16 95:7,14
96:23 97:5
98:1 110:4
118:17,23
125:23

**inpatient** 106:10
106:11
**inside** 11:20,24
12:17 16:11
21:7,11,16,23
33:19 40:18,22
42:13,24 94:13
**instance** 1:17
2:8 5:2
**instances** 67:16
**instructed** 23:2
**insure** 91:23
**insuring** 90:21
**intend** 98:9
**intensive** 65:7
**interact** 58:4,12
**interaction**
18:15 72:21
86:4 90:8
**interactions**
78:9
**interest** 19:16
**interested** 19:17
122:23 128:15
**interrogatories**
2:5,10
**interrupt** 10:9
69:15
**intertwined**
118:20
**interview** 18:24
38:11 56:6
62:6 114:19
**interviewed**
11:23 114:19
114:23
**involve** 52:2
116:14
**involved** 19:21
19:22 103:14
104:12 119:12
126:17 128:14
**issues** 37:14
120:19 126:2

DEPOSITION OF LYDIA HICKS                    June 04, 2019

| J | | | | |
|---|---|---|---|---|

**J** 1:17 2:9 3:16 128:5,20
**Jacksonville** 15:9
**jail** 6:22 7:19 8:15,20,21,24 9:2,8,10 11:3 11:16,17,18,20 11:21,24 12:1 12:7,12 13:10 13:16,19,23 14:3,6 15:10 15:11,17,20 16:9,10,11 17:2,5 18:1,3,5 18:9,13 19:1 19:11,15,22 20:3,4,8,11,12 20:17 21:2,5,8 21:11,14,16,23 22:2,8 23:3,3 23:14 25:5 27:4,8 28:12 28:20 31:2 33:19 34:20 35:1,1,6,9,12 36:7,8,18 37:4 37:7,9,14,16 38:3 39:5 40:10,13 44:5 45:7 46:16 49:12,14 51:16 53:16 54:7 58:9,9,13 59:16,18,23 60:1,1 63:7 64:13,22 65:8 65:16,22 66:12 69:9 74:7 77:2 80:1,4,10 81:7 81:14 82:6 83:13,16,18 86:17 91:13 92:3 94:9,12

94:12,13,15,16 96:6,14,23 103:22 105:4,9 106:2,12,17,17 106:18 107:6 107:19 108:3,5 109:11,14,15 109:19,24 111:2,23 112:6 112:7,8,13,14 113:10,20 115:15,17,20 115:21,22 117:22,23,23 118:14 119:1 119:16,22 120:18 121:5 121:14 122:1,3 122:5,17,21,23 124:8 125:9,16 125:22,24 126:5,12
**Jail's** 94:13,14
**Jails** 10:23 11:9 11:10 12:9,17 15:18 54:11 72:6,16,19 73:22
**January** 46:8 104:9
**Jennifer** 1:13 3:13
**Jessica** 89:14
**job** 6:7 11:2,6,13 12:21 19:21 47:9 48:5,8,15 73:16 92:19,21 93:8 99:22 101:9,18 108:10,18 109:2 125:9
**jog** 118:5
**John's** 16:5 106:9
**Johnston** 1:19

2:6 3:15
**joke** 74:8
**journaling** 97:6
**journals** 96:8 97:4,4,16
**JR** 1:10
**judgment** 43:17
**July** 6:11,13,20 128:23
**June** 1:18 2:5 3:1 19:8 115:1 115:3

| K | | | | |
|---|---|---|---|---|

**Kansas** 9:23
**Karen** 69:10
**Kate** 22:9
**keep** 45:19 87:8 90:1,5,6 95:1 101:18 115:5
**keeping** 82:8 85:5
**KELLI** 1:5
**kept** 23:5,6 28:16 40:11 54:24 92:4
**kidding** 108:23
**kids** 115:9
**kind** 9:12,18 11:7 13:7 20:22 21:18 22:19 25:16 28:2 31:23 32:1 39:17 40:4 44:13 48:1 52:15 72:24 78:2,8 79:7 84:19 85:11,12 90:16 91:23 93:6 97:19 103:16 109:14 111:3 118:7 120:13 120:19
**kiosk** 96:1

**knew** 56:13 71:6 76:10 105:17 107:5,5 115:15
**know** 5:15,22 7:13,20 8:22 10:19 12:24 15:19 17:1,3,7 18:10,20,23 21:6,7,18 22:4 22:9,14,16,17 26:14,15 27:15 28:4,6,10,11 28:20 29:10,11 30:3 31:19,21 32:5,8,9,11,11 32:11,13,20,23 33:14,23 34:19 35:10,16 36:7 36:8,9,15,19 36:22,22 37:1 37:8 38:10 40:15,21,21 41:8,10,11,23 42:4,7,12 43:4 44:18,19 45:3 46:13,23 48:17 49:1 50:15 51:5,23 52:22 54:9 55:2 56:12 57:5,7 57:19 58:6,10 58:20 59:3,15 59:18 60:5,9 60:15 61:22 62:2,20 67:24 68:2,21 69:14 72:11 73:9,23 74:9 76:21 77:1 82:10 83:1,8,13 84:1 84:11,20,21,23 85:10,18 86:10 87:17,21 88:5 88:16 89:2,3 90:16,21 91:20

92:8 93:11 94:1 97:22 98:11 99:18 100:1,17,17 103:3,8 104:11 105:2,24 108:5 108:10 109:17 110:3,12 113:15 114:4 114:22 115:18 115:19 116:5,6 118:4 120:16 120:17,18,19 120:21 121:4 121:13 123:12 123:16,18 124:3,3,11 126:16
**knowledge** 123:24 124:12
**known** 43:15 103:11
**Kyle** 1:12 3:13

| L | | | | |
|---|---|---|---|---|

**L** 2:1 52:20
**L-Y-D-I-A** 5:9
**Larry** 1:10 3:13
**late** 110:20 114:19,24
**Law** 3:3,4,11
**lawyer** 119:4
**lay** 59:6
**layoff** 118:18
**LCSW** 7:4 58:22 110:14
**LCSW's** 110:22
**lead** 75:17 124:1
**learn** 75:20 76:4 96:2,10 97:12 101:20 126:5
**learned** 91:24 94:11 98:2
**leave** 74:10 113:23 124:7,8

DEPOSITION OF LYDIA HICKS

June 04, 2019

Page 138

| | | | | |
|---|---|---|---|---|
| left 5:22 10:1,5 15:3,13 40:2,7 79:6 107:3,14 107:18 108:3 | located 83:13 | 4:3 5:1,9 81:13 118:15 120:2 127:3 | 69:1,10,11 76:10 101:23 108:2 114:7 118:16 | 115:11,18,20 115:21,22 123:7,8 124:7 124:8,13 |
| legal 89:14 | Location 81:15 82:20 83:4 92:5 | **M** | managerial 10:22 15:16 | mean 10:9 11:17 16:5 17:16 |
| legend 116:13 | log 27:11 52:5 53:2 94:3 | M 3:10 | Managers 21:20 51:21 68:16 | 24:10 29:15,17 30:10,12,15 |
| Leslie 10:6 73:14 | Logan 116:8 | M.D 3:19 | managing 9:13 | 31:18 32:18 |
| let's 66:15 85:20 106:19 109:5 | logged 53:1 | Maddox 3:16 8:7 14:12,22 24:9,15 25:20 25:23 35:23 45:17 47:2 60:19 66:18 68:11 69:15,20 69:24 70:9 74:3 81:10,13 81:17 85:6,19 90:2 91:8 98:15 100:19 102:12 105:7 105:12 108:20 110:18 120:1 123:3 124:16 125:2,15 126:24 127:3 127:10 | manipulate 96:24 | 33:11 51:3 52:23 57:19 |
| level 28:2 31:24 64:4,15 106:11 122:2 | long 6:9,15 17:10 47:23 61:16 62:9 63:13 92:11 121:5,18 | | manner 95:5 | 59:23,23 61:21 62:1 66:10 |
| levels 31:23 | longer 40:6 | | MAR 113:3 | 68:13 73:6,17 |
| license 58:22 128:21 | longest 20:18 | | MAR's 113:13 | 73:17 97:15 105:16 106:8 |
| licensed 7:1 8:11 8:21 9:1 11:24 12:16 16:16 58:18 | look 18:10 23:24 24:20 25:15 39:9 41:4 45:2 53:19 55:12 60:13,14 77:11 78:6,18 85:15 98:20 103:9 | | March 29:7 33:21 34:21 58:14 86:5 97:9 98:3 100:4 125:19 126:2,2 | 120:16 121:10 121:24 126:10 meaning 30:16 56:7 61:24 78:13 122:15 126:11 |
| licenses 7:7 | | | mark 81:20 85:20 | |
| Lieutenant 20:14 | looked 48:4 68:3 76:14,17 95:13 | | marked 24:16 25:12 39:9,12 41:17 45:9,16 55:6 81:21,24 85:18,22 86:24 | meant 10:2 28:10 32:11 58:17 61:23 70:16 105:10 |
| life 121:23 | looking 26:16,22 47:15 51:7 73:17 76:7 86:7 | | | |
| liked 38:16 | | | | |
| limited 8:21 11:3 | | main 14:2 120:18 | | medical 20:23 21:1,1,4,10,10 |
| line 48:16 59:9 59:11,14 | looks 26:24 32:6 40:22 46:24 47:7,10 67:11 68:7 74:19 75:6,12 104:8 | maintained 95:19 | marketing 44:18 | 22:2,4,16 23:6 23:19,21 28:18 |
| linear 43:5 | | major 57:23 59:13 | masters 19:9 | 30:4,12 51:10 |
| list 12:9 25:6 | | | material 31:21 91:11 | 53:6,10,18 |
| listed 29:23 31:11 48:13 68:21 69:3 89:5 | loop 123:7 | making 19:18 | Matthew 3:16 | 59:10 60:11 65:6,8,9,11,13 |
| | lost 76:3 | malnourished 107:2 | Mazur 3:3 4:14 5:6 25:22 60:2 60:21 65:24 69:19,22 70:1 81:12,16,19 85:8,20 98:16 105:10 109:4,8 124:24 125:3 127:2 | 81:9 84:21 |
| | lot 17:17 21:8 33:14 82:22 84:24 87:16 88:14 113:19 116:13 120:14 | manager 7:22 7:24 9:5,9,11 9:22 10:3,5,18 11:7,14 13:22 14:1,7 15:21 15:23 19:21 21:13,14,24 22:1,7,19 23:1 51:5,15 66:24 67:17 68:20,23 | | 91:20 99:20 105:21 110:5 110:12 111:24 113:5 |
| listen 121:24 | | | | |
| little 27:6 29:21 29:21 39:12 40:22 48:9 59:5 118:6 | | | | Medical/Psych... 26:1 |
| living 52:19 | loud 108:15 | | | medication 109:21 110:4,6 110:13,16,22 112:17 113:1,3 |
| Liz 69:17 81:10 105:8 127:1 | love 89:1 | | McFarland 6:5 6:10,20 63:13 107:15 114:12 114:15,19 | |
| LLC 3:7 | lower 70:23 | | | |
| local 116:23 | luckily 107:3 | | | |
| | Lydia 1:16 2:4 | | | |

DEPOSITION OF LYDIA HICKS

June 04, 2019

113:20
**medications**
110:1 113:2
**medicine** 110:9
**meds** 106:14,15
111:2,4 112:15
113:12
**meet** 42:17,19
**meeting** 11:18
34:4 43:21,23
44:1 51:6 85:3
104:13
**meetings** 44:8,9
44:13,22 45:3
**member** 100:1
**Members** 12:5
**Memorial** 106:9
**memory** 118:5
**men** 19:3
**Men's** 52:20
**mental** 6:5 7:16
7:22 8:3,11 9:5
9:7,8,11,22
10:18,23 11:14
11:19,21 12:6
12:13,14 15:20
18:14 20:5,23
23:6 24:19
27:18,19,24
29:14,17 30:8
30:19 36:4,11
37:14,15 43:15
49:19 50:3,4
50:11 51:7
52:4,19 54:13
55:15,17 56:5
57:20 59:17
60:2,6 61:7,19
63:12 64:17
66:7 73:5,7
90:17 95:10
96:23 105:22
106:11 108:7
108:19 109:16
113:11,16

114:6,12
115:17 118:13
118:15,19
120:7 122:11
123:10
**mentioned** 19:19
23:5 39:7,8
40:23 41:3
44:7 93:7
125:22
**met** 42:15 62:4
98:22 99:15
116:1
**method** 34:13
**Meyer** 1:12 3:13
**MH** 57:11
**MH2A** 57:17
**Michael** 1:12
3:19 14:23,24
**Mickey** 14:21,22
17:24 18:2,16
18:22 19:15
22:23 28:6,8
32:11,14 40:6
46:19 54:6
56:12 60:5
71:17 73:4,22
74:2,9,24
76:12 83:3
84:6 85:4 92:8
98:9,22 99:18
116:19 119:12
**Mickey's** 18:11
26:24
**mind** 25:21
41:16 81:10
109:4
**mine** 63:13
**minimally** 29:9
**minute** 87:6
125:1
**minutes** 121:20
**mischaracteri...**
91:9
**misnomer** 9:18

**misquoted** 119:5
**missing** 76:9
77:9,16 102:7
**Missouri** 9:23
**misstates** 65:19
**mistake** 43:13
**mixed** 26:11
**Monday** 75:23
102:5
**monitoring** 42:5
**month** 51:14
**months** 70:23
71:6 117:1
**mood** 86:22
**Morgan** 15:9
**Moriarity** 100:2
**morning** 40:21
**move** 121:6
**moved** 87:2
**moving** 70:2,2
**MSW** 18:22
19:3
**multiple** 10:21
**Musa** 3:22

---
**N**

**N** 2:1 4:1
**N-A-N-C-Y**
14:14
**N-A-U-G-H-T...**
14:14
**name** 5:7,8,9
10:6,8 14:12
15:5 27:15
28:4 29:4,23
68:22 87:19,20
87:21 88:8,10
88:15 117:22
**named** 117:11
**names** 22:13
27:13 29:3,3
34:10 84:7
**Nancy** 14:10,14
**naps** 118:19
**nature** 16:21

**Naughton** 14:11
14:14
**NCCHC** 7:8
**Nebraska** 38:4
**necessarily**
24:22 47:18
**need** 43:2,6
60:15 93:12
110:9 111:12
118:23 120:6
122:10
**needed** 9:2
11:21 12:13
16:24 17:6
34:16 65:11
70:20,21 95:16
105:18 114:3
**needs** 11:19
19:24 105:2
**negative** 103:1
**never** 34:10
110:13 116:5
117:3,9 119:11
121:3,4 122:4
124:18
**new** 11:17,23
12:21 19:22
20:4 35:16
37:24 45:8
53:18
**newspaper**
117:9
**nice** 73:6 74:2,6
**nightmare**
122:19
**nine** 63:13
**Ninth** 3:17
**nod** 8:8
**Noncontact**
51:22
**normal** 77:10
**North** 3:4
**notations** 27:15
27:17 30:5
**note** 53:20 55:24

77:13,23 78:2
91:17,18 101:7
**notes** 21:9 23:18
41:4 50:4 67:4
68:8,8,17 69:9
71:9 77:15
80:3 82:23
83:1,7,15
87:18,21 88:5
88:7,12,14
102:7 128:11
**noticed** 76:8
116:1
**notified** 17:5
113:14
**notify** 23:2
100:3
**notifying** 115:2
**November** 75:6
**number** 11:10
31:13 32:3,8
33:4 60:15,20
68:8
**numbers** 33:1
51:6,15,18
84:7
**nurse** 22:1,6,7
22:18,24 23:22
30:12,13 51:15
51:20 53:6
66:24 67:17
76:9 91:18
110:5 111:24
113:12
**nurses** 28:20
112:24
**nursing** 21:13
21:19,24 51:5
53:5 68:16,23
69:1,9 101:23
113:15

---
**O**

**O** 2:1
**oath** 5:3

DEPOSITION OF LYDIA HICKS                    June 04, 2019

| | | | | |
|---|---|---|---|---|
| **object** 59:22 | 6:9,12,15,18 | 50:2,5,9,14,17 | 108:13 109:4 | **order** 37:21 |
| 82:15 90:2 | 7:1,6,10,14,18 | 50:17,20 51:13 | 109:18 110:7 | 45:21 |
| 91:8 120:1 | 7:23 8:2,13,18 | 51:17 52:3 | 111:10,14 | **orders** 107:22 |
| **Objection** 65:18 | 9:4,12,16,20 | 54:2,5,8,15,21 | 112:2,13 113:4 | **organizational** |
| **observation** | 9:24 10:4,10 | 55:2 56:3,17 | 113:7,18,21 | 10:13 |
| 29:23 30:1,10 | 10:15,22 11:5 | 56:20 57:21 | 115:8 116:18 | **orientation** |
| 30:11 51:9 | 11:13 12:3,11 | 58:3,7,16 59:2 | 116:22 117:5,8 | 37:20 46:3,5 |
| 60:16,24 61:17 | 13:2,6,12,18 | 59:5,12,15,20 | 117:10,20 | 46:11,14 47:20 |
| 62:10,12,14 | 13:21 14:2,15 | 60:3,17 61:4,6 | 118:2,3 119:10 | 47:21,23 48:3 |
| 63:8,19,20,22 | 14:17,19 15:2 | 61:18 62:7,15 | 119:18,18,20 | 55:15 67:7 |
| 64:4,7,15,19 | 15:8,12,24 | 62:20 63:22 | 120:12 121:12 | **oriented** 39:5 |
| 64:23 65:2,15 | 16:7,12,21 | 64:17 65:4,12 | 122:13 123:15 | **originally** 98:10 |
| 66:16,18 78:4 | 17:10,16,21 | 65:14,20 66:6 | 124:5,11,20 | **outside** 10:24 |
| 78:5,11,13 | 18:4,7 19:4,10 | 66:10,14 67:2 | 125:3,18 126:8 | 52:1 97:22 |
| 79:9 85:13 | 19:19 20:2,7,9 | 67:5,9 68:5,20 | 126:13,16,19 | 122:15 |
| 86:24 87:9,10 | 20:16,21 21:12 | 69:2 70:6,24 | 126:22 127:10 | **outstanding** |
| **observe** 42:10 | 21:17,21 22:6 | 71:3,8,20 72:3 | **old** 91:5 114:1 | 73:7,16 |
| **obviously** 73:17 | 22:11,18,22 | 72:9,13,20,23 | **on-site** 8:11 | **overall** 33:12 |
| 113:12 | 23:5,10,17,20 | 74:5,18,23 | 21:13,23 22:7 | **overruled** |
| **occasion** 38:19 | 24:4,6,24 25:4 | 75:2,8,20 | 22:20 49:11,16 | 105:11 |
| 106:5 111:1 | 25:8,11 26:3 | 76:20 77:17 | 51:16 52:13 | **oversaw** 11:10 |
| **occurred** 36:15 | 26:10,16 27:1 | 78:2,12,17 | 54:12 | **oversee** 11:9 |
| 47:21 | 27:13,19,22 | 79:1,7,10 80:2 | **once** 43:13 62:4 | **overseeing** 112:3 |
| **October** 75:6 | 28:3,7,9,17,19 | 80:11,13,16,20 | 65:5 | |
| **offered** 115:3 | 28:23 29:6,10 | 80:23 82:5,18 | **ones** 66:15 77:16 | _____ |
| **offhand** 29:11 | 29:20 30:2,9 | 83:8,22 84:1 | 89:22,22 | **P** |
| **office** 21:10 | 30:14,18 31:3 | 84:17,19 85:1 | 114:16,17 | |
| 28:18 36:16 | 31:11,17 32:1 | 85:3,10,20 | **open** 43:10,14 | **P** 2:1 |
| 67:3 76:2,14 | 32:5 33:3,8,10 | 86:10,15,18,23 | 65:7 120:11 | **p.m** 1:18 2:6 |
| 77:1 81:9 | 33:18 34:3,7,9 | 87:3,8,13,17 | 121:3 | **P.O** 1:23 128:7 |
| 84:24 99:19,20 | 34:12,19,24 | 88:9,13,20,21 | **opened** 43:16,19 | **pace** 106:16 |
| 100:6 | 35:5,19 36:13 | 89:15,21,24 | **operating** 10:19 | **pacing** 108:1 |
| **Officer** 43:9,9 | 36:17,21 37:11 | 90:10,14,20 | **operations** 21:15 | **packet** 60:15 |
| 91:19 | 37:13,18,24 | 92:14 93:3,14 | 22:21 | **padded** 40:14,16 |
| **Officers** 12:4 | 38:5,7,14,23 | 94:5 95:3,23 | **Operators** 35:15 | **page** 4:6 25:15 |
| 35:13,13,15 | 39:2,11,17,22 | 96:6,16,18 | 35:17,20 36:10 | 29:6 45:15 |
| 36:3,24 43:14 | 40:1,8,17,20 | 97:8,24 98:8 | 41:6 | 46:24 47:4,11 |
| 53:11,12,12,15 | 41:15,20 42:9 | 99:6,13,16,23 | **opinion** 122:9 | 55:16 57:10 |
| 54:7 74:14 | 42:15,22 43:3 | 100:3,7,21 | **opportunities** | 61:6 63:23 |
| **oh** 22:23 27:20 | 43:12 44:4,7 | 101:1,7,14,19 | 21:15 121:14 | 71:19 75:13 |
| 45:16 73:6 | 44:12,16,21 | 101:24 102:2,8 | **opportunity** | 87:18,23 88:14 |
| 85:8 105:10 | 45:6,8,22 46:4 | 103:20,24 | 17:8 | 92:7 104:3 |
| 108:23 119:17 | 46:13 47:7,10 | 104:17,21,24 | **opposed** 42:24 | **pager** 56:18 |
| 119:18 | 47:19,23 48:1 | 105:21,24 | 89:4 | **pages** 25:13 |
| **okay** 5:11,23,24 | 48:6 49:17 | 107:9,20 108:9 | **oral** 2:5,10 | 47:16 63:13 |
| | | | | 66:5 67:10 |
| | | | | 74:19 75:3 |

DEPOSITION OF LYDIA HICKS                     June 04, 2019

77:22 87:16
**paid** 100:15
**paper** 27:20
   82:16 94:13,15
   96:1 116:23
**papers** 99:5
   104:19
**paperwork**
   18:10 66:23
   80:18
**parenthesis** 92:9
**part** 19:20 21:10
   55:1 56:1,2
   64:4 66:16
   72:15 73:1
   85:14 86:11
   87:10 101:18
   104:13 113:5
   118:6 123:1
**participants**
   31:9
**participated**
   99:16
**particular** 8:24
   24:22 26:13
   27:13 28:23
   29:6 31:4 32:6
   32:8 35:2,3
   53:7 54:4 71:8
   72:1 77:8,21
   82:10 84:1
**parties** 2:2,16,20
   128:14
**parts** 26:20,23
   87:7
**passed** 23:15
**patient** 23:11,21
   30:4,16,17
   34:10 51:11
   52:2 53:1 62:3
   88:18 90:16
   91:2 95:4,6,11
   95:21 105:2,18
   109:11 113:11
   124:22

**patient's** 29:1,4
   83:23
**patients** 74:12
   88:3 90:5,6,8
   96:8,9 109:21
   112:15,16
   116:1,16
   124:15
**pause** 55:3
**payroll** 49:5
**peer** 12:22 17:5
   52:5 67:6,11
   67:13 68:3,4,5
   68:6 69:6,12
   70:17,19 72:22
**pen** 41:16
**pending** 5:17
**pension** 114:11
**people** 9:2 14:10
   16:14,15 17:14
   17:15 21:23
   22:20 23:2
   25:7 27:11
   28:12 38:2
   41:8 42:6,8,10
   43:21 49:20
   51:7 52:18
   70:20 83:5,13
   91:23 93:21
   94:7 97:14,14
   98:6 107:13,18
   113:19 114:3
   115:2,20,21
   116:7 119:21
   120:15 121:1,5
   121:8,15
   122:14 123:8
   124:7,8 125:22
**people's** 3:3 81:1
**Peoria** 37:1
   44:11
**Perfect** 45:24
**performance**
   75:9 125:13
   126:2

**performed** 31:7
   71:22
**performing**
   126:1
**period** 8:13
   17:23 20:9,18
   58:8 75:4
   95:17 109:9
**periods** 121:19
**permission**
   106:18
**person** 10:11
   17:16,18 20:12
   22:7,14,23
   29:22 30:16
   31:19 35:3
   46:10,15,16
   53:22 59:6
   63:4,7,19 66:7
   72:11,21 88:12
   100:5 105:21
   105:22 111:1
   121:10 122:7
   123:9
**person's** 6:23
   68:21 83:20
   88:8 122:1
**personal** 39:22
   49:9 72:21
   119:16
**personally** 42:15
   56:21 58:4,12
**personnel** 36:18
   85:7 93:1
   104:2
**pertain** 46:5
   80:7,7 89:9
**pertained** 80:9
   88:2
**pertaining** 65:21
   94:16
**phase** 9:9
**phased** 9:13
   11:1
**phasing** 11:8

19:14
**phone** 17:14,14
   38:4,12 46:17
   96:21 97:2,3
   102:11 114:2
   115:9
**phrase** 8:3
**physical** 48:20
**pick** 25:2
**pickup** 23:12
**picture** 99:4
**piece** 82:16
**piles** 80:21
**pills** 118:18,24
**place** 14:6 43:24
   46:14
**placement** 56:7
   64:17 78:4,23
**placement/rev...**
   60:16
**Plaintiff** 1:7,18
   2:8 3:5,9 5:3
**Plaintiff's** 55:11
**plan** 55:21,24
   56:2 62:16,23
   62:24 63:2,6
   63:11,18 86:20
   87:7,11 114:9
**planned** 99:1,11
**planning** 63:23
   64:2,5
**Plans** 63:12
   86:21
**plant** 121:20
**please** 14:13
   69:14 76:24
**pocket** 97:5
**pod** 30:21
**point** 5:13,20
   9:9 13:24
   20:11 33:21,24
   64:21 65:20
   69:21 80:17
   89:11 107:4
   117:15 121:7

**pointing** 39:17
   57:9
**points** 5:14
   104:23 108:16
**Police** 16:8,10
**policies** 37:9
   49:10,12,16
**policy** 49:13
   113:16
**poorly** 5:22
   11:11
**portions** 2:15
**position** 6:7 9:13
   19:17 22:15
   109:19 115:3
**positions** 7:14
   38:17
**positive** 73:18
   75:10 103:1
   125:10,13,20
**Possibly** 32:4
**posted** 19:16
**potential** 88:2
**Powell** 3:10
   46:20 59:21
   65:18 82:14
**practice** 28:14
   56:22
**practitioner** 7:9
   23:23 30:13
   53:6 60:3
   110:5 111:24
**practitioners**
   12:1
**preferred** 68:17
**preliminary**
   13:8
**prepare** 127:4
**prepared** 86:8
   86:11,12
**preprinted** 83:9
**prescreening**
   53:9,16
**prescribe** 110:22
**prescribing**

DEPOSITION OF LYDIA HICKS                June 04, 2019

Page 142

110:15
**present** 3:21
104:11
**presentations**
44:21 45:1
**preserve** 81:4
**preserved** 89:17
**Pretorius** 1:19
2:6 3:15
**pretty** 11:3 13:3
80:5
**prevention**
36:18 37:4,6,7
**previous** 43:15
**previously** 24:16
25:12 43:15
58:10 61:15
91:1
**primarily** 64:6
72:18 114:7
**primary** 20:11
91:14
**principle** 105:15
**Principles** 104:6
**prior** 6:12 13:8
13:18 15:24
16:9 18:16,20
20:6 23:13
33:21,24 34:21
35:14 98:2
117:15
**prioritize** 53:3
**prison** 13:19
**Prisoner** 81:15
82:20 83:4
92:5
**prisoners** 118:24
**private** 43:21,23
44:1
**prn** 6:21 18:14
**probably** 29:18
44:17 80:9
81:8 98:24
107:10
**problem** 12:7

**problems** 12:18
17:3 70:12,14
93:20 111:3,17
120:19
**procedure** 49:14
113:6,17
**Procedures**
49:10,13,15
**proceedings**
128:9
**process** 43:5
50:22 51:3,20
72:4 77:11
92:3 107:7,14
109:23
**Produced** 24:18
25:14
**Production**
55:11
**profession** 32:15
**professional** 7:6
7:16 8:4 16:1
18:15,17 51:22
73:5,8
**professionals**
59:10 118:13
**profiles** 57:22
**program** 11:20
18:22,24 19:3
19:23 37:4,6,8
**proof** 2:17
**Proper** 48:16
**properly** 93:18
**property** 94:12
94:13,14,16
**protocol** 37:9
**provide** 54:13
58:19 67:6
108:19 109:15
112:24 122:7
**provided** 21:1
70:17 110:4
126:20
**provides** 106:21
**providing** 8:15

64:10
**psych** 16:4
106:21 109:21
111:2 112:15
113:11
**psychiatric**
106:1,5,8
107:12,19
109:24 110:12
112:16
**psychiatrist** 50:8
106:23 107:1
107:15 109:12
112:10
**psychiatrists**
107:14
**psychiatry** 50:7
**psychological**
103:7,17
**psychologist**
123:22
**psychotic** 57:23
**psychotropics**
118:23
**PTSD** 58:1
**Public** 114:16
**pull** 57:2
**pulled** 77:22
**pulling** 41:16
**purchased** 97:4
**purpose** 2:17
35:19 36:2,9
90:12,21,23
**purposes** 51:18
97:6
**pursuant** 1:21
**put** 23:18 29:3
30:17 44:14
45:21 56:9
57:7 64:22
81:6,8 83:22
84:9,11,12,12
84:16 91:19
92:9,10 95:8
110:10 111:8

111:12,20
114:14
**putting** 66:13
111:11

_____ **Q** _____

**QMHP** 8:5,10
14:2 15:16
17:24 20:8
25:6 27:3
28:12 35:1
47:9 66:6
106:4 109:18
110:14 112:6
112:14 121:13
**QMHP's** 11:23
16:15 19:13
58:16,22 72:6
83:12,14 90:5
110:20
**qualified** 7:16
8:3 73:7
**quality** 51:4
**question** 5:14,17
5:20 13:8
24:20 35:24
36:7 41:2
54:12 56:14,15
59:22 63:16
76:2 82:15
90:3 93:4
100:20 105:13
108:24 114:5
120:2 123:2
**questions** 12:17
25:16 48:7
56:13 69:13
110:19 125:6
**quick** 5:12 24:20
81:11 119:18
119:19 125:6
**quietly** 43:8
**Quinn** 1:19 2:6
3:15
**quite** 9:21 65:7

77:6
**quote** 116:22

_____ **R** _____

**R-A-M-E-Y**
14:16
**radar** 110:10
**Ramey** 14:16
**random** 68:14
**reaction** 102:14
**read** 60:15
104:19 108:15
108:15,20
118:6
**reading** 2:13
118:5
**ready** 74:9 121:4
**really** 9:19 11:3
11:22 21:14
34:10 36:11
59:1 64:9
84:18 95:2
110:2 114:5
115:5 118:1
119:9 121:10
122:4 125:6
**reason** 42:22
53:7 124:7
**reasons** 90:14
110:11
**recall** 10:7 19:11
22:6 34:12,16
35:4 45:4
47:20 64:24
100:2 101:9
102:17,20
116:24
**recalled** 108:1
**receive** 23:8
**recess** 79:15
109:7
**recited** 105:7
**recognize** 24:21
25:18 26:3
39:13 45:24

DEPOSITION OF LYDIA HICKS                    June 04, 2019

recognized 19:2
  81:15
recollection 72:1
  100:12
recommend
  73:20 96:22
  127:7
recommendati...
  73:14 122:1,5
recommended
  110:13
record 5:8,15
  8:2 27:7 34:5
  39:7 41:15
  45:13 48:23
  55:9 60:11
  66:1,2 74:18
  81:5 90:15
  94:3 95:18
  109:8 118:11
  118:22
records 49:3
  65:21 90:7
  91:5
recourse 119:5
RECROSS 4:2
red 39:20 40:15
redact 84:4 88:1
  88:5,16,17
redacted 83:21
  84:2,2,3 89:22
redactions 82:23
  87:14,14 89:8
  89:12
REDIRECT 4:2
refer 50:12 53:8
  85:6 99:7,10
  106:5 109:11
  110:10
reference 37:21
  57:11 81:18
  85:12 90:15
  100:9
referenced
  55:14

referral 24:19
  25:8 26:1 31:4
  50:21 53:2,17
  53:21 77:12,19
  78:24 80:4
  91:14,16,21,21
  93:22 94:3
referrals 23:9,12
  25:2 53:5
referred 8:4
  22:15 23:11
  30:7,13 51:8
  51:10,10,11
  56:9 57:18
  87:22 109:17
referring 24:11
  69:16 81:13
refers 29:13
reflect 86:3
  119:3
reflected 60:11
  68:6
reflects 75:14
  84:21 119:15
refusal 52:4
refuse 112:16
refusing 112:15
  113:3
region 9:16
  73:15
regional 7:21,23
  9:5,8,10,22
  10:2,5,18 11:7
  11:14 13:21
  15:20 19:21
  21:19 22:1,5
  51:4,20 68:20
  68:23 69:1,9
  69:11 108:7
  114:6 118:15
regions 22:4
regular 6:23
reinforcement
  125:10
related 128:13

relates 89:4
relating 90:8
release 48:23
  87:9
relying 72:15
remember 9:14
  22:12 34:2
  35:10 36:12
  39:1,5 45:5
  46:12 47:24
  54:10,20,24
  58:11 70:7
  77:10 78:7
  80:3 84:18
  91:15 96:17
  100:14,16
  101:17 102:1
  104:16 108:4,8
  117:22 118:4
  126:18
remembered
  18:23 100:23
removed 62:19
  62:21
repeat 63:16
  76:2 93:4
rephrase 5:23
report 25:24
  51:15 125:9,15
reported 128:8
reporter 2:12
  24:13 45:11
  55:8 81:23
  85:24 117:10
reporters 1:22
  116:24 128:6
reporting 92:18
represent 33:22
request 30:17
  49:7 56:10
  95:4,6,8,12,17
  95:19,20 111:8
  111:12,20
requested 52:24
  95:15

requests 23:13
required 12:1
  65:7
resolve 120:20
resolving 120:19
respect 92:21
  103:21 112:3
respond 49:20
  53:3 95:12
responded
  125:20
responding 95:4
response 100:9
  106:21
responsibilities
  10:23 11:14
  12:20 52:13,16
  66:17 71:16
  92:19,22 93:9
  103:20
responsibility
  66:22 105:3
  112:2
restate 91:10
restroom 79:11
RETAINED
  4:14
retired 123:14
retirement
  114:11
retraining 70:16
review 17:5 52:5
  53:9 66:4 67:4
  67:6,13,20,23
  68:3,4,5,6 69:6
  69:12,16 70:11
  70:18,19 71:8
  71:9 75:2 78:4
  103:17 125:10
  125:13 127:5
reviewed 48:4
  57:6 65:21
  68:8,9
reviewing 49:23
  66:22

reviews 12:22
  67:11 72:22
  73:2 125:20
right 8:17 13:24
  15:1 24:15
  47:19 63:4
  82:20 85:3
  91:3 99:6
  101:9 105:23
  107:22 125:4
  127:5,7,7
Risk 17:3 40:11
  41:24 42:14,16
  43:22,24 54:1
  66:8,11 78:14
  119:22 121:16
  122:15
Robinson
  109:14
role 14:1,7 15:16
  15:23 20:3
  21:4
room 35:13,13
  35:14,17,20
  36:2,9 40:14
  40:24 41:6,18
  41:19 42:7
  53:12 65:11
rooms 16:3
Roster 81:14
Rosters 80:1,4
  81:8 91:13
  94:12
roughly 13:22
  17:10 80:20
rounds 30:19,23
  52:18 53:23,24
  66:7
routine 70:18
  71:3
ROYSTER 3:10
RPR 1:17 2:9
  128:5,20
rule 5:17 110:11
ruled 105:4,8

DEPOSITION OF LYDIA HICKS

June 04, 2019

Page 144

rush 104:1
Rusher 1:6
   27:14 29:7
   32:7 33:21
   34:21 57:18
   58:5 65:15,21
   75:23 78:10,13
   80:8 115:11
   126:20
Rusher's 77:23
   103:18
Rushton 117:11
   119:3

**S**

S 2:1 4:5
Sabr 3:22
sad 101:15
safety 122:2,6
salary 115:5
sample 67:1
   68:18
sampling 68:14
Sangamon 1:9
   3:13 6:21 7:19
   8:15,21 13:10
   13:15,23 15:10
   15:16 16:1
   18:1,3,8 19:11
   20:3,11 21:2,5
   21:8 24:17
   25:5,14 27:3
   31:1 35:6,9
   37:16 38:24
   46:19 54:7
   55:11 59:16,23
   63:7 64:21
   65:16,22 70:3
   74:8 83:18
   84:20 91:17
   103:21 109:11
   109:19 119:22
   125:24
sat 35:16
Saturday 75:24

save 99:22
saw 27:11 30:10
   41:21 51:8,9
   60:24 77:24
   78:12 82:12
   86:14,15 94:1
   96:4 116:22
saying 27:2 93:9
   101:10
says 24:18 25:24
   26:2 50:3
   55:17,24 57:6
   57:18 61:6,18
   64:18 75:4
   84:20 98:13,17
   104:5,22 105:1
   118:11,20
scale 31:14
   32:21
schedule 54:18
   54:20,22 55:1
scheduled 99:1
Score 27:18
   31:20 32:7,9
scored 72:11
Scores 28:1
scratch 17:22
screamed 116:9
screened 58:10
screening 16:3
   55:17 56:5,23
   62:5
second 12:8
   52:21 55:3
   57:10 62:9
   66:1 69:16
   78:21 100:19
   104:3 114:23
section 29:22
   49:4,10 50:1
   50:17 52:12
   53:1 61:2
   62:15 64:3,17
   69:8 70:13
   104:22

sections 29:21
security 30:4,15
   30:15 51:12
   53:8 122:4,18
see 9:2 23:12,22
   23:24 28:21
   29:2 31:8
   38:10,11 42:9
   49:20 50:3
   53:19 60:11
   64:19 65:1
   67:9 74:12
   77:23 78:3,8
   78:14 83:5,20
   91:1 92:6
   95:11 98:20
   109:5,12 111:9
   111:12 114:9
   123:22
seed 121:20
seeing 18:23
   31:19 60:8
   77:14 94:6
seen 23:23 25:7
   26:13 28:1,21
   29:7,22 30:17
   48:7 51:7
   52:24 58:21
   61:15 63:12
   82:3,5 84:5,13
   84:14 86:1
   92:6 93:22
   94:4 95:7,9,15
   95:16 116:5
   119:11
sees 28:12 90:16
segregated
   52:19,21
segregation
   30:19,20,22,23
   51:9 52:18
   56:8 61:17
   62:10 66:7
self 33:13,13
   51:10 52:24

send 66:24 76:1
   102:6 105:3,19
sending 84:22
   107:11
sense 11:11
   48:20,21 62:2
   121:2
sent 69:10 72:6
   84:15 89:23
   105:2,18 106:1
   106:7
separate 21:11
separation 20:23
serious 70:11,14
   70:21,21
   115:23
serve 90:23
serves 90:21
Service 61:19
   114:16
services 6:6 8:16
   10:23 11:21
   12:13 24:19
   30:8 52:4 61:7
   64:10 65:8
   109:16 119:23
   121:17 122:8
   122:14
sessions 61:14
   121:18
set 19:23 26:10
   32:22 52:7
   54:18,21,24
   87:23
setting 13:19
   33:11,16
severe 57:20,24
   57:24
sew 121:6
share 48:24 49:2
SHEEHAN
   125:5,8 126:22
sheet 77:19
sheets 77:12
   92:10 93:22

Sheridan 3:4
Sheriff 19:1
Sheriff's 12:4
   36:20 44:7,8
   44:14
Shmikler 1:12
   3:20 14:24
   17:24 18:16
   19:10 20:10
   21:6 22:8,23
   32:6 33:20
   34:3,13 35:1
   38:14,20,24
   40:2 46:6,11
   47:12,16 49:24
   54:15 58:16
   60:5 66:16,19
   66:21 71:17,22
   74:20 75:1,10
   75:12,15,21
   78:12 79:16,18
   82:8 86:4,8
   89:7 91:4 92:1
   92:8 94:8,17
   95:4 96:7
   102:3 104:9
   105:6,15,24
   108:3 109:10
   109:20 116:19
   125:10,19,23
   126:1,6,19
Shmikler' 78:9
Shmikler's
   92:15 108:18
   109:2
shortages 8:20
shorthand 2:11
   128:8,10
show 41:11
showed 69:6
   84:5 99:4
sick 49:9 52:23
   56:9
side 44:19 83:6
   106:15 110:16

DEPOSITION OF LYDIA HICKS                    June 04, 2019

111:17 113:15
**sided** 47:4
**sides** 45:18
**sign** 104:19
**signature** 84:20
    85:14 86:12
**signed** 47:11
    74:22,23,24
    75:5 104:9,12
**significant**
    106:16
**signing** 2:13
**similar** 25:11
**simply** 118:24
**sit** 29:12 45:4
    56:10,14 57:3
    61:13 71:24
    72:24 73:19
    100:11 121:18
    122:6
**site** 6:22 18:14
**sitting** 62:3
**Six** 71:6
**skip** 88:13
**skipping** 108:9
**skirmish** 124:21
**Sleep** 52:5
**sleeping** 118:18
**sliced** 65:7
**SMI** 57:18,19
**social** 6:8 7:2
    58:18 114:16
**solving** 120:18
**somebody** 8:24
    19:14 23:11,23
    29:16,17 30:7
    32:10 38:3,9
    43:4,7,11,14
    55:22 56:6,8
    57:2 59:24
    63:1 64:13
    65:5 90:24
    100:2 107:11
    110:8 111:16
    113:3 114:20

120:21
**somebody's**
    33:15 121:3
**soon** 43:16
**sorry** 10:9 11:10
    13:7,9 17:22
    20:19 30:2
    35:7 41:3
    45:16,19 47:5
    47:16 61:10
    66:3,20 67:11
    70:7 76:2
    78:19 91:10
    92:17 93:1
    103:24 105:10
    108:9 110:20
    110:20 119:19
    123:2
**sort** 30:5 72:15
    90:15 109:24
    110:16 119:22
    122:11 124:6
**sorting** 99:20
**sounds** 11:5
    17:17 75:8
**source** 52:1
    53:21 72:14
**South** 1:20 2:7
    3:8,17
**specific** 16:24
    27:2 31:8 35:7
    50:14,15 52:9
    88:19 92:20
    120:7
**specifically**
    24:14 32:14
    35:11 36:7
    93:9 94:22
    96:2,17 98:4
    124:9
**speech** 43:8
**spell** 5:7 14:12
    15:5
**spent** 42:12,13
    65:22

**spoke** 117:3,15
**sponsored** 44:13
**spring** 7:20
    114:24
**Springfield** 1:20
    2:7 3:18 37:1
    44:10
**Springfield,Ill...**
    3:12
**squarish** 39:18
**St** 16:5 106:9
**stable** 56:7 57:3
**stack** 92:4
**stacks** 91:15
    99:5
**staff** 12:15,18
    17:3 21:4 23:6
    24:3 35:9
    37:13,16 53:5
    54:3,4,6 73:22
    116:15 123:9
**staffing** 19:23
**stamped** 24:17
    25:14,21 45:13
    55:10 82:1
**stands** 35:11
**start** 13:3,10
    18:11 99:19
    102:6
**started** 5:13
    6:11,17,19
    7:17 9:9 11:1
    14:1 18:8 19:8
    38:21,24 46:19
    75:22 77:14
    92:3 98:10
    99:2,11 109:13
    114:5 115:16
    115:24
**starts** 75:13
**state** 5:7 6:5 9:1
    92:14 114:11
    114:15,21
    115:1 128:1
**statement** 50:21

81:11
**states** 1:1 8:22
    10:21 12:5
**stating** 69:11
**status** 29:24
    30:10
**stayed** 6:21
**Staying** 86:24
**Stephen** 3:7
**steps** 48:2
**stick** 70:3
**stipulated** 2:2
**stipulation** 1:21
**stop** 36:1 100:21
**stories** 116:13
    116:15
**strangled** 33:23
    117:16
**strangulation**
    101:21
**Strayer** 20:14,19
    20:20 96:15
**Street** 1:20 2:7
    3:17
**strike** 110:20
**strikes** 45:5
**stuff** 10:14 13:5
    21:18 99:18
    123:7
**subjective** 31:18
**subjects** 44:24
**subsequent**
    47:15
**suggest** 105:23
    125:24
**suggested** 106:1
**suggests** 82:15
**suicide** 36:18
    37:4,5,7 38:9
    53:23 56:7,24
**Suite** 1:20 2:7
    3:17
**summary** 75:19
    93:6
**super** 58:3

**supervise** 109:24
**supervised**
    17:24 18:2
    119:12
**supervising**
    20:10 109:10
**supervision** 21:6
    66:21 110:3
**supervisor** 23:4
    103:22
**Support** 50:18
**supported** 107:6
**supposed** 54:15
    109:15 113:14
**sure** 5:16,19 8:7
    24:10 27:7
    43:18 44:11
    48:11 53:3
    55:23 63:5
    69:24 77:13
    78:22 79:12
    81:12 85:8
    86:10 87:12,24
    89:1 93:5
    112:19,22
    118:2,8,10,12
    122:19 127:5
**surprised** 97:12
    100:14,18
**surrounded**
    39:20
**sworn** 5:3
**symptom** 57:21
**symptoms**
    110:12

---
**T**

**T** 2:1,1 4:5
**take** 5:14 14:6
    24:20 33:14,16
    77:2 83:3
    109:5 113:20
**taken** 1:16 2:4
    2:11 79:15
    92:11 109:7

DEPOSITION OF LYDIA HICKS                    June 04, 2019

takes 115:1
talk 16:24 17:4,6
  33:20,24 34:16
  38:10 42:20,23
  52:17 53:18
  56:11 63:1
  64:9 68:16
  103:13 110:2
  111:3,20
  117:23,24
  118:1 120:14
  120:21,23
  121:1,4,9,19
talked 34:3
  36:10 38:12
  42:16 48:12,24
  49:8,11 50:6
  50:23 57:12
  66:15 74:13,14
  83:6 108:10
  110:4 117:9
  122:22 123:9
  123:20,23
  124:9,11
talking 42:13
  43:7,7 48:19
  49:18 57:14
  88:22 116:24
  117:18 118:14
  122:15
tall 80:22
task 92:13
Taylorville 1:23
  128:7
team 21:10
  106:21
technically 5:10
tell 9:16 22:2
  25:4 26:16,22
  36:23 37:22
  47:14 51:19
  59:5 66:6 69:6
  72:3 86:7 87:6
  88:21 96:18
  97:8 108:17

111:18 126:19
telling 93:8
  111:19
tells 28:2 29:22
  29:24
ten 67:1 68:8,14
  69:9
term 33:11
  61:24
terminate 99:8
  99:13
terminated
  75:15 98:3
  100:16 116:20
  126:6
termination
  75:17
terms 21:5 63:3
  70:4 71:4,5
  72:13 103:6
Terrific 26:10
Terry 20:14
testified 5:4 25:9
  27:6
testifying 25:1
thank 10:16
  25:23 57:9
  69:22 76:5
  81:17 93:3
  105:12
thanks 5:11
  41:20
therapeutic
  48:21 64:10,12
  64:16 119:23
  121:15,17
  122:7,14
therapies 120:7
therapy 120:16
  120:17
thereof 2:16
Theresa 3:10
they'd 22:3 53:1
thing 38:1 75:23
  84:19 103:10

110:12
things 5:12 17:2
  22:2 33:15
  37:10,22 49:1
  50:11 65:10
  75:18 77:2
  80:24 81:1
  91:15 96:24
  104:18 113:10
  113:15 119:18
  122:16
think 7:12 14:20
  15:1,21,21,23
  19:13,19 22:10
  27:6 34:23
  36:6,10,23
  39:3 44:10,17
  55:22 57:11
  62:18 64:2,3,4
  64:15 65:3,5,9
  67:24 69:17
  72:23 73:3,4
  73:19 74:6
  80:4 88:18
  89:13,19,19
  99:19,21
  100:18 101:13
  101:15,16
  103:13 105:8
  106:7,23
  107:10 114:14
  114:18 115:6
  116:13 120:4
  120:15 121:2
  121:21 123:4,5
  124:17 125:1
  125:14 126:4
thinking 100:17
third 46:24 47:4
  62:9
thought 32:12
  43:5 72:11
  76:3 87:5
  100:18,23
  101:5 102:15

110:8 114:9
thoughts 102:24
three 7:12 19:3
  77:22
throat 65:7
Tiffany 1:6
  27:14 29:7
  32:7 33:21
  34:1,4,21
  57:18 58:4
  59:16,17 60:6
  65:15 77:6
  80:7 86:4
  87:22 89:4,9
  101:20 102:4,9
  102:24 103:4
  103:18 115:11
  116:4 117:2,3
  117:4,16,18
  119:16 123:8
  123:21 124:1
  124:13,17
Tiffany's 29:23
  77:9 84:10,11
  86:16 87:19,20
  87:21 116:10
  116:23,24
  123:10
time 6:20 8:13
  9:2,12 11:7,9
  12:19 13:8,13
  14:3 17:23
  18:23 19:3
  20:10,18 21:18
  24:7,10 35:11
  35:12,17 39:4
  40:4,5 42:12
  49:6,7,9 62:6,9
  65:15,21 67:23
  68:4,24 70:18
  74:11 78:11,12
  79:13 82:12
  83:16 92:12
  95:17 99:22
  106:22 107:11

108:6 109:9
  111:8 115:18
  121:15,19,21
  122:10,10
timely 95:5
times 6:23 15:17
  34:24 40:1
  49:2 77:24
  85:10 95:14
  112:7,20
  118:14
timing 71:5
title 61:23
today 5:13 41:21
  71:24 72:24
  73:19 100:11
told 79:16 93:19
  96:13 100:22
  101:4 102:8
  116:2,6 118:18
  119:3
ton 91:4
Tons 115:12
tool 32:2
top 24:18 25:24
  55:24 61:18
  84:20 88:11
  114:12
topics 12:6
  37:21
towel 33:23
town 16:5
tracking 24:19
  31:4 50:22
  53:2 77:12
  93:22 94:3
train 37:13
  38:14,19 76:3
trained 11:23
  12:4 37:15,22
  40:24 41:6
trainer 115:17
training 8:23
  12:21 17:7
  31:21 32:19

35:11,18,20
36:2,15 37:18
37:24 38:3,23
54:3,4,7,12,13
104:6,14
115:24
**trainings** 35:5,8
36:17,20
104:15,15
**transcribed** 2:12
127:6
**transcript** 127:4
128:10
**transferred**
107:21
**trauma** 121:2,3
**tray** 23:8 25:2
26:7,9
**treat** 49:20
**treating** 63:3
**treatment** 62:16
62:23,24 63:6
63:11,12,18,23
64:2,5 65:13
86:20,21 87:7
87:11 123:10
**trial** 106:14
**tricky** 119:1
**tried** 43:16
**trouble** 97:17,18
**troubleshooting**
110:16
**true** 128:10
**truly** 118:23
**truthful** 93:14
**try** 43:8 96:20
96:24
**trying** 14:20
64:12 104:1
122:19
**turn** 46:23 47:11
71:19 75:13
77:17 103:24
**turned** 96:1
**twice** 12:23

66:24
**two** 20:20 21:11
21:22 29:19
39:3 44:10
48:9 53:3
56:17 75:3
80:21 91:4,14
95:11,11
109:15 110:18
116:2,3 119:18
121:19
**type** 24:21 25:18
26:3 27:1,8,16
61:14 70:15
82:19 120:7,16
**types** 49:19 50:6
68:19 120:17
**typically** 62:13

———————
**U**
**U** 2:1 18:22 19:4
**Uh-huh** 8:6 9:7
16:17,20 19:6
25:17 38:18
39:14,19 48:4
48:14,22 64:14
64:20 67:15
68:10 74:16
76:22 77:3
95:18,22
102:10 117:12
121:12
**ultimate** 114:9
**Ummm** 35:22
**uncommon**
113:22
**underneath**
88:24,24
**understand** 5:21
16:14 20:24
38:16 56:20
62:1 87:24
104:22 119:12
120:2
**understanding**

25:4 101:4
105:5,14
113:10
**unemployed**
89:10
**unfit** 107:13,16
**unfortunately**
10:12
**unintelligible**
43:8
**unit** 23:7,19,21
53:18 65:6,10
91:20 116:10
**UNITED** 1:1
**unredacted**
89:17
**up-to-date** 92:19
92:21 93:8
**upload** 67:18
**uploaded** 67:4
**upset** 101:12
**upstairs** 30:21
30:22
**UPTOWN** 3:3
**Urbana** 19:5
**use** 17:8 24:4
27:8 51:6
56:21 59:10
79:11 83:12
**usually** 11:17
27:23 36:23
40:12 56:15
66:12 111:15
124:7
**utilize** 40:14
53:16 117:6
**utilized** 42:8
117:2 119:6

———————
**V**
**vacation** 6:23
49:9 73:24
75:22 76:13,24
79:6 86:13,14
96:12

**vacations** 8:19
**value** 72:10
**values** 75:19,21
76:6 93:7
**various** 12:5
37:21 80:1,4
111:4
**vendor** 44:18
**Verification**
81:15 82:20
83:4 92:5
**version** 57:6
89:18
**versus** 43:6
55:10
**view** 119:16
**violence** 120:22
122:2
**visit** 84:15
118:13
**visits** 22:1
**VOELKER** 3:10
**voicemail** 23:16
**vs** 1:8

———————
**W**
**W-O-M-O-N-...**
123:13
**Wabash** 3:8,11
**wait** 117:6
118:22
**waive** 127:6,7,11
**WAIVED** 2:14
**walk** 48:1 52:15
126:15
**walked** 38:8
**want** 5:14 20:22
23:22 24:10
41:4,12 43:23
45:19 53:21
59:21 80:18
85:15 106:19
108:14 113:19
118:1,24
120:17,20

121:3,8
**wanted** 16:23
17:4 53:6
54:12 69:21
74:9 88:1 95:9
97:13,14
117:23 121:9
121:11
**wants** 11:19
120:21
**warranted** 65:1
**wasn't** 8:20 9:18
12:19 20:8
34:15,17 43:7
46:16 65:17
71:12 74:2
76:17 77:15
94:20 113:22
**watch** 38:9
41:24 53:23
56:8,24
**watching** 42:5
**way** 27:10 38:12
96:20 97:21
101:9 107:19
128:13
**we'll** 5:15 55:4
100:21
**we're** 21:11 51:2
62:24 120:24
122:2,3,3
**we've** 107:11
124:15
**week** 6:19 13:22
19:18 21:24
54:16,23 94:18
96:11 109:16
115:16 118:14
**weekend** 101:22
**weekends** 114:8
**weekly** 12:2
16:18,22 17:8
17:11,19,21
92:18 93:15
**weeks** 29:19

DEPOSITION OF LYDIA HICKS

June 04, 2019

Page 148

53:4 95:11,12
**weight** 106:17
**Weil** 3:7,7 79:13
**welcomed** 19:14
**went** 6:22 23:14
    33:2 38:6 49:4
    58:24 59:4,7
    72:11 86:13
    95:20 96:20
    97:9,22 99:20
    102:5 114:20
    122:4
**weren't** 17:13
    32:22 56:7,8
    61:16 62:10
    77:15 120:24
**Wes** 1:10 3:12
**Whitley** 1:12
    3:13
**wholistic** 71:12
**wind** 28:24
**window** 41:22
    41:24
**windows** 42:2,5
    42:8,10
**winter** 114:24
**Wirth** 3:16
**wise** 17:7 21:18
**witness** 2:11 4:2
    5:2
**women** 39:3
**women's** 30:20
    30:20,21 52:21
**Womontry**
    123:12
**wonderful** 73:23
**word** 5:22
**worded** 11:11
**words** 29:21
**work** 11:24
    13:15 16:11,15
    16:16 21:8
    36:4 43:15
    49:14 54:15
    61:14 111:23

112:6 114:8,10
    114:12 115:4
    121:11,14
    123:17
**worked** 7:19
    13:19 15:9
    16:1,4 18:3
    37:16 38:16
    40:1,6,6 41:13
    44:20 48:17
    58:9 73:15,22
    113:10 114:7
**worker** 6:8 7:2
    58:18 114:16
**workers** 90:18
**working** 8:14
    11:2 13:9,10
    13:12,22 17:24
    18:4,8 19:18
    39:23 41:9
    48:19 103:11
    108:3,6 109:10
    109:13,20
    112:14 115:15
    126:12
**worry** 48:18
    100:15
**worth** 91:5
    98:11
**worthy** 51:24
**wouldn't** 43:2,6
    44:6 47:3
    62:11 93:23
    110:14,15
**wound** 121:3,6
**wrap** 109:6
**write** 83:6,14
**writing** 83:16
**written** 59:11
    92:10
**wrong** 11:6
    19:20 41:4
    46:22
**wrote** 55:22
    88:12 92:8

95:3 98:10

**X**

**X** 4:1,5 28:4,8
    41:16

**Y**

**yard** 122:11
**yeah** 9:4,14
    18:18 22:21
    23:18,24 24:5
    29:15 31:6
    33:13 40:12
    42:4 43:19
    46:20 49:15,21
    54:10 57:2,9
    57:13 59:8
    61:5 63:14,15
    63:17 64:1
    67:15 68:2
    72:22 74:11,17
    81:16,19 89:2
    89:16 100:5,24
    103:10 105:23
    107:17 108:12
    108:22 112:18
    113:9 115:6,13
    115:24 116:7
    116:12 117:7
    117:14 118:2,6
    119:13 120:5,8
    120:10 123:5
    125:2 126:14
**year** 7:12 12:23
    19:7 66:24
    73:5 114:1
**yearly** 12:22
    72:8
**years** 9:21 16:4
    48:9 80:12
    98:11 114:10

**Z**

**Z** 1:12
**Zach** 3:13

**0**

**0** 31:15
**012591** 60:22
**084-002703**
    128:21

**1**

**1** 4:6 40:12 45:9
    57:18 58:21
    66:13 67:8,10
    87:23 104:2
    125:14
**1-5** 1:13
**1-800-252-9915**
    1:22
**1:18-cv-100-S...**
    1:7
**10** 32:21
**100** 31:15
**102** 1:20 2:7
    3:17
**12** 9:8
**121416** 69:17
**125** 4:3
**12586** 55:11
**12591** 60:21
**12592** 61:10
**12593** 55:12
**13** 57:6
**13th** 46:17
**14** 40:12 66:13
**1480** 24:18
**1482** 24:18
**14th** 125:11
**15** 29:7 40:12
    66:13 73:9,10
    87:6
**16** 40:12 66:13
    73:10 78:18
**1601** 70:13
**16th** 46:8
**17** 25:13 78:7,19
**17th** 86:5
**18** 34:21 126:2,2
**18th** 33:21

**2**

**2** 4:7 6:23 39:10
    53:24 55:5,6,9
    55:14,17 58:22
    66:13
**2:30** 1:18 2:6
**20** 13:18 33:6
    79:3 114:10
    126:9
**2002** 19:8
**2004** 19:9
**2008** 7:5
**2009** 6:17 8:17
    13:11,18 15:24
    58:10
**2010** 114:1
**2012** 7:20,24
    8:17 9:4 18:7
**2013** 46:8
**2014** 75:4,6
**2015** 7:13 74:21
    114:1
**2016** 7:13 58:14
    71:22 73:4
    104:9 114:14
    114:19 125:11
**2017** 6:11,13,20
    7:24 29:7
    33:21 34:22
    58:14 79:3
    86:5 114:24
    125:19 126:3
**2019** 1:18 2:5
    3:1 128:23
**20th** 97:10 98:3
**24th** 98:24
**25th** 100:4,4
**27** 85:12
**28** 9:7 13:24
    19:13,18 54:16
    54:23 94:18
**2A** 29:13,15,16

**3**

**3** 4:7 6:23 35:16

DEPOSITION OF LYDIA HICKS

June 04, 2019

Page 149

44:10 58:22
66:13 81:20,21
82:1,16
**3/17/17** 86:9
**3/17/2017** 85:15
**3/24/17** 98:14,18
99:7
**3/25/17** 85:9
98:22
**3/26/17** 84:20
**30** 12:21
**333** 3:8
**3731** 3:11

---

**4**

**4** 1:18 2:5 3:1
4:8 24:17
26:12 35:16
40:12 50:24
58:22 66:13
77:18 85:22
**4/20/14** 75:3
**4:30** 115:5
**40** 9:10 21:24
**400** 1:19 2:7
3:17
**4413** 3:4
**45** 4:6
**454** 82:1
**456** 88:14

---

**5**

**5** 4:3
**500** 82:2
**55** 4:7
**5516** 69:16
**559** 45:14
**560** 104:3
**563** 46:24 47:5,6
47:7 108:11,11
**583** 71:19
**585** 74:19
**594** 74:19,22
**5th** 128:23

---

**6**

**60** 12:21 32:7,9
32:16 33:1,3
**600** 67:10 68:24
**601** 67:10 68:6
68:24
**602** 75:13 93:2
**604** 45:14,16
**60604** 3:5,8
**61** 32:17
**62568** 1:23
**62701** 3:18
**62791-9678** 3:12
**684** 1:23 128:7
**69** 33:1

---

**7**

---

**8**

**8** 115:4
**81** 4:7
**85** 4:8
**885** 25:15
**889** 25:15,22

---

**9**

**9/21/15** 74:22
**90** 12:21
**9th** 1:20 2:7