# Killian and Associates, S.C.

Terry M. Killian, M.D.
Jennifer Hardwick, M.D.
Digisha Agarwal, M.D.
Steven Fritz, Psy.D.
Tami Skaggs-Braidwood, LCSW
Virginia Thompson, LCSW
Angela Trowbridge, LCSW
P. Jean Follin, LCPC
J. Graham Thompson, LMFT

1020 South Fifth Street • Telephone (217) 544-3143
Springfield, Illinois 62703 • Fax (217) 544-4436

## FORENSIC PSYCHIATRIC EVALUATION
## FITNESS TO STAND TRIAL

**DEFENDANT'S NAME:**    Tiffany Ann Rusher
**CASE NUMBER:**    2016-CF-1287
**DATE OF EVALUATION:**    Wednesday, 01/25/2017

**INTRODUCTION:** Ms. Tiffany Ann Rusher is a 27 year old Caucasian female from Clinton, Illinois who was seen for forensic psychiatric examination at Sangamon County Jail on 01/25/2017. Her date of birth is ▇▇ 1989.

I (Dr. Killian) apologize for the long delay in completing this report, which was due largely to how slow my psychiatric resident was in getting me her first and second drafts of this report.

**REASON FOR THE REFERRAL:** Ms. Rusher was referred to Dr. Killian for forensic psychiatric evaluation by her attorney, the Sangamon county Public Defender for the purpose of giving an opinion regarding Ms. Rusher's current fitness to stand trial. Dr. Killian was appointed by the Sangamon County court on 01/05/2017 to examine Ms. Rusher for fitness to stand trial.

**CHARGES:** Ms. Rusher is charged with aggravated battery based on an event alleged to have occurred on 12/08/2016.

**QUALIFICATIONS OF EXAMINER:** Dr. Killian is a forensic psychiatrist. He received a MD degree from the University of Missouri-Columbia in May 1982 and completed a four-year, fully accredited residency-training program in Psychiatry at University of Missouri-Columbia in May 1986. He is board certified in the field of General Psychiatry and licensed to practice medicine in all of its branches in the states of Illinois and Missouri. He has been in the practice of psychiatry for more than 30 years, including four years in his residency-training program. He is a Psychiatrist within the meaning of Illinois law. He has performed more than 1200 forensic psychiatric examinations (plus countless independent medical exams for employers) during his career, and has been qualified as an expert in Psychiatry by more than 25 different Illinois Counties.

**STATEMENT OF NON-CONFIDENTIALITY:** Before Dr. Killian and writer (Sowmya Puvvada, MD, a third year psychiatry resident at Southern Illinois University School of Medicine) interviewed the defendant, Dr. Killian introduced the writer and explained to Ms. Rusher that Dr. Puvvada would be participating in this interview and taking notes for a report. Dr. Killian explained that a part of his job is teaching psychiatric residents forensic psychiatry. Dr. Killian explained that after Dr. Puvvada writes the first draft of the report, Dr. Killian would further modify and send the report under his name. We informed Ms. Rusher of the nature

1:18-cv-01100-SEM-TSH   # 177-15   Filed: 09/25/20   Page 2 of 6

and purpose of the examination, specifically we informed Ms. Rusher that Dr. Killian was a forensic psychiatrist and had been appointed by the court to perform a psychiatric examination to determine fitness for trial, but that we might also address her sanity at the time of her alleged crimes. Dr. Killian also explained the terms fitness and sanity. We stated that the results of Ms. Rusher's examination would be written and Dr. Killian would be sending a copy to the Public Defender, Robert J. Scherschligt who will forward a copy to the State's Attorney and to the court. We further informed Ms. Rusher that Dr. Killian may be required to testify in open court about his findings. We also informed the defendant that because of the nature of the examination, the normal doctor/patient confidentiality would not apply and that confidentiality would not be kept. After giving the statement of non-confidentiality, we had asked Ms. Rusher to repeat the statement of non-confidentiality back to us to ensure that Ms. Rusher understood. Ms. Rusher was able to do so with additional questions to help her repeat back to us.

**SOURCES OF INFORMATION:** We conducted a psychiatric interview with Ms. Rusher for about an hour on 01/06/2017. We also reviewed documents which Dr. Killian received on 01/05/2017 from Public Defender's office including the court order for mental examination, the charge information sheet and police report.

**HISTORY OF PRESENT SITUATION FROM THE POLICE REPORT:** The police report filed by Officer Trooper Price stated that Ms. Rusher was arrested for aggravated battery that was reported to have occurred on 12/08/2016 at around 3:32pm. Officer Price was dispatched to a battery at the McFarland Mental Health Center. Officer Price was informed that Ms. Rusher battered multiple staff members and patients. As per report, Ms. Rusher used a cast on her foot as a battering ram and struck another patient's abdomen, injured a staff member in her neck and back, bit a patient's arm and injured a staff member's knee who tried to stop her. When Ms. Rusher was asked the reason for battery, she told the officer that she hit the patient because he said something that she did not like and then hit the staff member because the staff member had been talking about Ms. Rusher. She also reportedly said that she would continue to hurt people because she does not want to be at McFarland Mental Health Center.

There was little information in the police report regarding Ms. Rusher's mental state at the time of this alleged assault.

**HISTORY OF PRESENT SITUATION FROM INTERVIEW WITH THE DEFENDANT:** After giving the statement of non-confidentiality, we began the interview by asking Ms. Rusher what happened that led to the arrest. Ms. Rusher began answering by saying that she recently got out of prison around May of 2016 and got admitted to McFarland after that, for a suicide attempt. She reported a long history of self-injurious behavior. She reported to have fractured her leg in November of 2016 and re-fractured it again in December, 2016. Describing the incident, she stated that a patient tried to instigate a fight between Ms. Rusher and a staff member by saying that Ms. Rusher said something bad about the staff member. Ms. Rusher mentioned that the staff believed what that patient said about her, and that "they pissed me off which made me kick the staff's butt". She also reported that all the patients were asked to go to their rooms because of a Code Red which she apparently refused to comply with. Ms. Rusher admitted that she bit another patient and assaulted several staff members and patients at the hospital. When asked the reason for that, Ms. Rusher said that she does not know why she was violent towards them. When asked about her mental status during the incident, she did not report any confusion at that time and stated that she was very angry.

**PAST LEGAL HISTORY:** When asked about legal history, Ms. Rusher reported that she was arrested over a hundred times and was released in May, 2016 after six and a half years of incarceration for drug charges.

Tiffany Ann Rusher – Forensic psychiatric exam – 01/25/2017 – Page 2

ACH 000643

## PAST PSYCHIATRIC HISTORY:

**Past diagnoses:** Ms. Rusher reported that she was diagnosed with Bipolar disorder type I and with borderline personality.

**Symptoms:** ****Personality symptoms:__ When asked about her symptoms, Ms. Rusher stated that she has been suicidal since the age of 12 and that she has repeatedly engaged in self injurious behavior. ****Manic or hypomanic symptoms:__ She reported that she has had episodes lasting two to three day per episode during which she cannot sleep, yet was not tired, with her mood during those episodes being "really good" and she feels over energized. She also reported to get frustrated, anxious at times. ****Miscellaneous symptoms:__ She stated that she sometimes sees things and hears voices even when there is no one around. She described that the voices tell her to hurt herself when she is frustrated. While describing the voices, she mentioned that she hears one voice which is of "Charlie" and is unfamiliar. Charlie says things like, "I am not going to make it in life", "I do not need to live". She also stated that the voice "sounds deep", is "a little bit inside my head" and sometimes feels like "he is right next to me". While describing the things that she sees, she mentioned that she saw a blanket moving when she was in a different cell at the jail, but has not mentioned any other such experience in the past. When asked if she feels that she has any supernatural powers, she reported that she can sometimes predict things that are going to happen ahead of time, but this does not happen all the time.

**Inpatient admissions:** Ms. Rusher stated that she has had multiple psychiatric admissions over the years, and that this time, the admission to McFarland Mental Health Center was for suicide attempt since the time she got out of prison last May. Several previous suicide attempts/self injurious behaviors were reported. She reported to have had multiple admissions to psychiatric facility some of which include at the Pavilion in Champaign IL and HRC in Clinton, Illinois.

**Previous medications and responses:** Ms. Rusher reported that she has taken many medications and feels that Seroquel, Doxepin helped her the most.

## RECENT PSYCHIATRIC HISTORY:

**Current diagnosis:** Ms. Rusher reported that she was diagnosed with Bipolar Disorder type I.

**Current medications:** Ms. Rusher reported that she is currently on Thorazine 200mg in the morning, 300mg at noon and 300mg at bedtime, and Depakote 500mg twice daily.

**Depressive symptoms: Mood:** When asked to describe her mood, Ms. Rusher stated that it is on and off good. **Energy:** When asked about energy, Ms. Rusher reported that she sometimes feels over energized during mania like episodes. **Sleep:** When asked to describe her sleep, she reported that during the mania like episodes, she has difficulty falling asleep, but she is not tired and does not feel the need to sleep. **Suicidal thoughts:** Ms. Rusher denied any current active suicidal ideas, but stated that she has had multiple suicide attempts in the past, especially since 2013. She reported that when she gets angry, she takes it out on herself and also had ICU admissions. She stated that she usually swallows sharp objects so that they can get stuck in her throat. She reported that she was scoped to remove these object about 12 times so far.

**Assaultive/Homicidal thoughts:** When asked about thoughts of hurting others, Ms. Rusher said, "sometimes when I am frustrated". She did not mention any homicidal thoughts directed towards a specific person.

**Anxiety symptoms:** When asked about anxiety symptoms, she said that anxiety is a huge problem when she gets frustrated.

**Psychotic symptoms:** Ms. Rusher denied a current experience of hearing voices when no one is around, however reports that she does hear voices and sees things during the episodes of high energy, as described above. While describing these symptoms, she reported that she usually hears one voice of someone she calls "Charlie" which is unfamiliar, but she said "he acts like Chucky, more negative," (referring to the horror movie character Chucky). She reported that it hears the voice on most days and sometimes feels like the voice is right next to her. She denied ever having an experience where she can hear or be aware of other's thoughts.

**Manic symptoms:** Ms. Rusher did not report any recent symptoms of high energy, but was not talking much.

**SUBSTANCE ABUSE HISTORY:** Ms. Rusher reported that she drank alcohol on and off for the last 7 years. She stated that she has used crack cocaine, heroin once because of which she contracted HIV. She stated that she was never in treatment for substance use.

**SOCIAL HISTORY:**

**Childhood history:** Ms. Rusher stated that she was born in Champaign and raised in Clinton, Illinois. She reported that she did not share a good relationship with her father and brother. She stated that her biological father used to beat her up and her brother almost everyday starting at the age of 3 till she was 20 years old. She reported that her brother tried to molest her, forcing oral sex on her about 3 times when she was 12 or 13 years old.

**Marriages and children:** Ms. Rusher reported that she was never married and does not have any children.

**Educational history:** Ms. Rusher told us that she finished 11th grade.

**Employment history:** Ms. Rusher reported that she has not ever held a job.

**MEDICAL HISTORY:** Ms. Rusher reported that her medical history is significant for HIV, broken leg and asthma.

**FAMILY PSYCHIATRIC HISTORY:** We did not ask Ms. Rusher any questions about her family psychiatric history.

**UNDERSTANDING OF LEGAL ISSUES:** In understanding of her legal issues, we used a modification of McGarry scale. Ms. Rusher was able to name various participants in courtroom. She was able to tell us that there would be the prosecutor, the State's Attorney, judge, correctional officer, Public Defender and family members. She was sort of able to describe their roles adequately with some guidance. She gave adequate explanation of how plea bargain works. She told us that she had been arrested for "Aggravated battery" and that she could serve one to three years in prison if convicted. She appears adequately capable of disclosing to attorney pertinent facts surrounding the offense and of challenging prosecution witness realistically. There does not appear to be unmanageable behavior based on our observation. Ms. Rusher appears to manifest self-serving as opposed to self-defeating motivation with regard to her case.

**MENTAL STATUS EXAMINATION:**

**Appearance:** Ms. Rusher appeared stated age. She was wearing an inmate uniform and had a cast on her leg. She appeared adequately groomed.

**Behavior:** Ms. Rusher was reasonably cooperative throughout the interview with fairly good eye contact and appropriate behavior.

ACH 000645

**Motor:** She did not exhibit any psychomotor agitation or retardation. There were no abnormal motor movements observed.

**Mood:** She described her mood to be good at this time, which was consistent with our observations of her.

**Affect:** Ms. Rusher's affect seems to be mood congruent.

**Speech:** Ms. Rusher's speech was normal in rate, volume, amount, fluency and articulation without pressure of speech.

**Thought process:** Ms. Rusher's thought process was coherent and goal directed without significant tangentiality, loose associations or flight of ideas.

**Thought content:** Ms. Rusher denied current suicidal ideas during our interview but admitted to a lot of suicdal thoughts over the years. She also denied current assaultive or homicidal ideas. She did not reveal any current paranoid beliefs. She does not appear to be psychotic at the time of interview, though she mentioned that she hears a voice, which does not appear to be of the nature typically associated with psychotic illnesses; the voice she described sounds more consistent with the childhood abuse she suffered and the resultant personality problems.

**Intellectual functioning:** Ms. Rusher appears to have at least average intelligence. She was oriented to time, place, purpose and person. Initial registration of three words was good, and was able to recall all three words after three and a half minute delay. She was able to count backwards from 100 by subtracting by sevens. When tested for abstract thinking, she was able to explain the definitions of a couple of moderately difficult proverbs. She was able to name the last five presidents in correct order. When asked what states border Illinois, she was able to name a couple of states.

**Insight and judgment:** It is often difficult to adequately assess insight in a forensic examination because the examination does not necessarily perceive it as being in his or her best interest to be completely honest with the examiner. Ms. Rusher's insight and judgment seem to be reasonably good.

**DIAGNOSTIC FORMULATION:** Ms. Rusher's symptoms appear primarily due to an underlying mood and personality disorder (primarily borderline personality disorder). It is unsure if she is biologically predisposed to mental illness, but psychologically, the extensive history of physical and sexual abuse has contributed to personality disorder.

**BORDERLINE PERSONALITY DISORDER:** As mentioned above, there is an extensive history of abuse when she was growing up which could have made it difficult for her to form stable relationships, poor sense of self. Poor social support and impaired relationships was also evident when she stated that she "feels worthy when in prison". Borderline personality features were also evident in her recurrent self mutilating behaviors and suicidal gestures. Though we were not able to assess for any dissociative symptoms, it is clearly evident that she has difficulty controlling anger, impulsivity, intense anger, negative thinking that seems to have put her in trouble legally multiple times in the past. Given all these features, she meets the criteria for borderline personality disorder as per DSM-V.

**BIPOLAR DISORDER:** During the interview, Ms. Rusher mentioned that she had two to three day period when she feels over energized with irritability, has decreased need for sleep but not tired during that time. She has also mentioned elevated mood, increased self esteem during these episodes. Ms. Rusher was incarcerated most of her life and it is unsure if her level of functioning is impaired during these episodes. She has reported hearing voices, but they do not appear to be true auditory hallucinations at this time and may

Tiffany Ann Rusher – Forensic psychiatric exam – 01/25/2017 – Page 5

ACH 000646

need further evaluation in future. She, however, denied any hallucinations during the interview. She seems to have fairly good insight and judgment overall.

## DIAGNOSIS:

**AXIS I:**     Bipolar disorder type II

**AXIS II:**    Borderline personality disorder

**AXIS III:**   reported history of HIV, broken leg, asthma

## FINDINGS:

1) It is our opinion, within a reasonable degree of psychiatric certainty, that Ms. Rusher is currently fit to stand trial. Her knowledge of courtroom trial is not as extensive as others but it is considered to be adequate. Also Ms. Rusher demonstrated the capacity to learn procedures or terminology used in a courtroom trial. At the present time, Ms. Rusher has an adequate understanding of the nature and purpose of the proceedings against her. Ms. Rusher also appears capable of rationally assisting her attorney in her defense.

2) Given the current clinical presentation reported by Ms. Rusher would benefit from use of mood stabilizers, antipsychotics, antidepressants and psychotherapy as needed.

3) There is no information contained in this report that would be harmful to Ms. Rusher if made known to her.

Respectfully submitted,



Terry M. Killian, MD

Clinical Associate Professor of Psychiatry, Southern Illinois University School of Medicine.

1020 South Fifth Street, Springfield, IL 62703, Phone (217) 544-3143

The interview was conducted by Terry Killian MD and Sowmya Puvvada MD (Third year psychiatric resident at SIU School of medicine) and dictated by Dr. Puvvada. This report was thoroughly reviewed and approved by Dr. Killian after a few corrections and changes were made.

ACH 000647