E-FILED
Friday, 25 September, 2020 12:21:04 PM
Clerk, U.S. District Court, ILCD

*Professional Service*

## AGREEMENT FOR THE PROVISION OF INMATE HEALTH SERVICES
## AT THE SANGAMON COUNTY JAIL, SANGAMON COUNTY, ILLINOIS

This AGREEMENT entered into by and between the County of Sangamon, located in the State of Illinois (hereinafter the "COUNTY") and Advanced Correctional Healthcare, Inc. (hereinafter "ACH").

**Recitals**

WHEREAS, the COUNTY desires to provide professional and responsive healthcare services to the inmates of Sangamon County Jail for the good health and well being of the inmates of the Jail; and

WHEREAS, ACH is a corporation which provides health care services in incarceration facilities.

THEREFORE, the parties enter into this AGREEMENT as hereinafter set forth.

**Contract Documents**

The entire agreement of the parties is set forth in the Contract Documents, which for the purposes of interpretation shall have the following hierarchy:

1. This AGREEMENT with all attachments and exhibits incorporated herein.

**Definitions**

1. SANGAMON COUNTY INMATES. Sangamon County Inmates shall be defined as those persons booked into custody under the jurisdiction of the Sangamon County Sheriff's Department and presently incarcerated in the Sangamon County Jail and Jail work release inmates in the custody of the Jail, not to include Sangamon County inmates housed in other facilities or inmates housed for other counties, State Department of Corrections, INS, US Marshals, or other Federal Agencies (hereinafter "Sangamon County Inmates").

2. NON-COUNTY INMATES. Non-County Inmates shall be defined as Sangamon County Inmates housed in other facilities, inmates housed in the Sangamon County Jail for other counties, State Department of Corrections, INS, US Marshals, or other federal agencies (hereinafter "Non-County Inmates").

3. MIDLEVEL PRACTITIONER. A Midlevel Practitioner shall be defined as an Advanced Registered Nurse Practitioner or Physician Assistant who has completed an advanced training program. All midlevel practitioners shall be duly licensed to practice medicine in the state of Illinois.

## 1.0  DUTIES AND OBLIGATIONS OF ACH

For and in consideration of the compensation to be paid to ACH as hereafter set forth, ACH agrees as follows:

### 1.1  Scope of Services to be Provided by ACH

1.1.1  SITE MEDICAL DIRECTOR/PHYSICIAN. Physician shall visit the facility once each week for a minimum of two (2) hours at the discretion of the SHERIFF or his designee or as otherwise agreed to by the SHERIFF and ACH. Physician shall serve as the facility's Site Medical Director and be available by telephone to facility and medical staff on an on-call basis, seven (7) days per week, twenty-four (24) hours per day.

**EXHIBIT
9**

Sangamon County Produced 1736
Rusher

Inmate Health Services Agreement
Sangamon County Jail / ACH

1.1.2  NURSE PRACTITIONER.  Nurse Practitioner shall visit the facility each week for a minimum of ten (10) hours at the discretion of the SHERIFF or his designee or as otherwise agreed to by the SHERIFF and ACH.  Nurse Practitioner shall be available by telephone to facility and medical staff on an on-call basis, seven (7) days per week, twenty-four (24) hours per day.

1.1.3  PSYCHIATRY.  Psychiatrist shall visit the facility once each week for a minimum of two (2) hours at the discretion of the SHERIFF or his designee or as otherwise agreed to by the SHERIFF and ACH.

1.1.4  NURSING.  ACH shall provide on-site nursing coverage, to include up to one hundred forty-four (144) hours nursing services per week, excluding Paid Time-Off (PTO) for illness of less than one (1) full shift.  This will include an RN forty (40) hours per week and LPN one hundred four (104) hours per week.  The noted number of hours is designed to support an inmate population up to 350. COUNTY and ACH agree to review nursing hours should the ADP significantly exceed this level.

1.1.5  MENTAL HEALTH WORKER.   A licensed clinical social worker shall visit the facility each week for a minimum of twenty (20) hours at the discretion of the SHERIFF or his designee or as otherwise agreed to by the SHERIFF and ACH.

1.1.6  MEDICAL RECORDS CLERK.   A medical records clerk shall visit the facility each week for up to eighteen (18) hours at the discretion of the SHERIFF or his designee or as otherwise agreed to by the SHERIFF and ACH.

1.1.7  ON-SITE SERVICES.
    1.1.7.1  ACH shall provide for COUNTY inmates:
        1.1.7.1.1   Basic pharmaceuticals, including prescription medications and prescribed over-the-counter medications;
        1.1.7.1.2   HIV/AIDS, Hepatitis, Cystic Fibrosis, Multiple Sclerosis, Biologicals (as defined in the Physician Desk Reference), Cancer and/or court-ordered medications and testing up to the annual financial liability limit in Section 1.1.7;
        1.1.7.1.3   On-site laboratory testing to include finger-stick blood sugar, urine dipstick for pregnancy and/or infection;
        1.1.7.1.4   TB skin tests for inmates as directed by the Sheriff;
        1.1.7.1.5   Disposable medical supplies intended for one-time use (not to include durable or reusable equipment or supplies);
        1.1.7.1.6   Medical waste removal; and
        1.1.7.1.7   Dental triage screenings, in accordance with criteria established by a licensed dentist, for the purpose of identifying patients in need of serious dental services.  ACH shall not provide or be financially responsible for the cost of dental services.

    1.1.7.2  ACH shall provide for NON-COUNTY inmates:
        1.1.7.2.1   On-site evaluation and medical care;
        1.1.7.2.2   Prescribed over-the-counter medications;
        1.1.7.2.3   On-site laboratory testing to include finger-stick blood sugar, urine dipstick for pregnancy and/or infection;

Sangamon County Produced 1737
Rusher

Inmate Health Services Agreement
Sangamon County Jail / ACH

| | |
|---|---|
| 1.1.7.2.4 | TB skin tests for inmates as directed by the Sheriff; |
| 1.1.7.2.5 | Disposable medical supplies intended for one-time use (not to include durable or reusable equipment or supplies); |
| 1.1.7.2.6 | Medical waste removal; and |
| 1.1.7.2.7 | Dental triage screening, in accordance with criteria established by a licensed dentist, for the purpose of identifying patients in need of serious dental services. ACH shall not provide or be financially responsible for the cost of dental services. |

Prescription pharmaceuticals for non-county inmates will be invoiced to the COUNTY at a discounted rate.

1.1.7.3  ACH shall provide for SHERIFF Jail Staff:

| | |
|---|---|
| 1.1.7.3.1 | Pre-employment physicals for Jail staff, as directed by the Sheriff; |
| 1.1.7.3.2 | TB skin tests for Jail Staff, as directed by the Sheriff |

All medical care provided by ACH shall be rendered by professionals licensed to practice in the State of Illinois.

1.1.6   OFF-SITE AND/OR MOBILE SERVICES. When off-site and/or mobile service care are required for medical reasons, ACH shall arrange and be financially responsible for the cost of inpatient hospital services, outpatient hospital services, mobile services, specialty services, dental care, laboratory, x-ray, diagnostic testing, consultation services, and medically indicated ambulance transportation provided off-site or by mobile unit while the patient is a Sangamon County Jail inmate, subject to the financial liability limit noted in Section 1.1.7. ACH shall arrange all off-site treatment and/or mobile services in accordance with the SHERIFF'S Policies and Procedures.

All invoices for off-site care will be forwarded to the SHERIFF"s office by the provider(s). SHERIFF will then forward those invoices to ACH for re-pricing at the applicable rate and payment. A reconciliation report will be provided by ACH to the COUNTY upon request and will be a summary report of costs applied towards the ▇▇▇▇▇▇▇ annual financial liability limit.

1.1.7   FINANCIAL LIABILITY LIMIT. ACH's total financial responsibility for the cost of HIV/AIDS, Hepatitis, Cystic Fibrosis, Multiple Sclerosis, Biologicals (as defined in the Physician Desk Reference), and Cancer medications, inpatient hospital services, outpatient hospital services, mobile services, specialty services, dental care, laboratory, x-ray, diagnostic testing, consultation services, and medically indicated ambulance transportation provided off-site or by mobile unit provided to Sangamon County Jail inmates, shall be limited to an aggregate amount of ▇▇▇▇▇▇▇▇ per 12 month contract term with the COUNTY responsible for all off-site, specialty and mobile service costs exceeding the aggregate limit. The date of service, or date of admission in the case of a hospital visit, shall be used to determine the calendar month in which the expenses are to be applied toward the ▇▇▇▇▇▇ 12 month aggregate limit. Any costs exceeding the ▇▇▇▇▇ 2 month aggregate limit, will be reconciled back to the COUNTY at the time the costs exceed the limit or monthly as needed.

Sangamon County Produced 1738
Rusher

Inmate Health Services Agreement
Sangamon County Jail / ACH

Any monies remaining in the 12 month financial liability pool after receipt of invoices for services will be shared with the County at a rate of 90% County/10% ACH within 90 days after the 12 month period. Receipts for services received more than 90 days after the close of the 12 month financial liability pool period will be forwarded to the County for payment. ACH shall not be financially responsible for any costs associated with off-site medical care and treatment for Non-County inmates. In the event the contract is terminated prior to the 12 month annual term in which the annual liability limit applies, the annual liability limit available for services will be prorated for the portion of the 12 month period elapsed. Costs greater than the prorated amount will be the responsibility of the County.

1.2     **Management services.** ACH shall provide management services to include: a comprehensive Strategic Plan; site specific Policies and Procedures; Protocols; Peer Review; Orientation In-Service Training for correctional officers with regard to accessing inmate healthcare services; Continuous Quality Improvement (CQI); Cost Containment; Utilization Management; Risk Management programs; HIPAA (Health Insurance Portability and Accountability Act) and NCCHC (National Commission on Correctional Health Care) Compliance programs specific to the Jail's medical operations including compliance with chronic disease programs.

1.3     **Staffing**
ACH shall provide staffing limited to physician, nurse practitioner, psychiatrist, nursing and mental health worker coverage necessary for the rendering of healthcare services to the inmates of Sangamon County Jail as described herein. The minimum service requirements include:

1.3.1     SITE MEDICAL DIRECTOR/PHYSICIAN. Physician shall visit the facility once each week for a minimum of two (2) hours at the discretion of the SHERIFF or his designee or as otherwise agreed to by the SHERIFF and ACH. Physician shall serve as the facility's Site Medical Director and be available by telephone to facility and medical staff on an on-call basis, seven (7) days per week, twenty-four (24) hours per day.

1.3.2     NURSE PRACTITIONER. Nurse Practitioner shall visit the facility each week for a minimum of twenty (20) hours at the discretion of the SHERIFF or his designee or as otherwise agreed to by the SHERIFF and ACH. Nurse Practitioner shall be available by telephone to facility and medical staff on an on-call basis, seven (7) days per week, twenty-four (24) hours per day.

1.3.3     PSYCHIATRY. Psychiatrist shall visit the facility once each week for a minimum of two (2) hours at the discretion of the SHERIFF or his designee or as otherwise agreed to by the SHERIFF and ACH.

1.3.4     NURSING. ACH shall provide on-site nursing coverage, to include up to one hundred forty-four (144) hours nursing services per week, excluding Paid Time-Off (PTO) for illness of less than one (1) full shift. This will include an RN forty (40) hours per week and LPN one hundred four (104) hours per week. The noted number of hours is designed to support an inmate population up to 350. COUNTY and ACH agree to review nursing hours should the ADP significantly exceed this level.

Sangamon County Produced 1739
Rusher

Inmate Health Services Agreement
Sangamon County Jail / ACH

1.3.5 MENTAL HEALTH WORKER. A licensed clinical social worker shall visit the facility each week for a minimum of twenty (20) hours at the discretion of the SHERIFF or his designee or as otherwise agreed to by the SHERIFF and ACH.

1.3.6 MEDICAL RECORDS CLERK. A medical records clerk shall visit the facility each week for up to eighteen (18) hours at the discretion of the SHERIFF or his designee or as otherwise agreed to by the SHERIFF and ACH.

1.4 Miscellaneous Duties and Obligations

1.4.1 COLLECTION OF DNA/PHYSICAL EVIDENCE. ACH shall perform the collection of physical evidence (hair, blood, saliva) for the purpose of DNA testing on-site with signed consent from the inmate in accordance with applicable NCCHC guidelines. Court-ordered collection of physical evidence shall be referred to the appropriate Emergency Room. ACH shall not be financially responsible for any costs associated with the collection or testing of physical evidence, including, but not limited to any associated medical and/or laboratory fees, added personnel and court costs, and the cost of DNA collection kits.

1.4.2 BODY CAVITY SEARCHES. ACH shall perform body cavity searches on-site with signed consent from the inmate in accordance with applicable NCCHC guidelines. Court-ordered body cavity searches shall be referred to the appropriate Emergency Room. ACH shall not be financially responsible for any costs associated with a body cavity search, including, but not limited to any associated medical and/or laboratory fees, and added personnel and court costs.

1.4.3 MEDICAL WASTE. ACH shall be responsible for medical waste removal service at the Sangamon County Jail consistent with all applicable laws.

1.4.4 HEALTH EDUCATION. ACH shall provide health education materials to the Sheriff for inmate education.

1.4.5 CARE REPORTS. ACH shall review at the scheduled CQI meetings, the health care reports with the SHERIFF or his designee concerning the overall operation of the healthcare services program and the general health of the inmates of Sangamon County Jail.

1.4.6 MEETINGS. ACH representatives shall meet, in accordance with a schedule agreed to by the SHERIFF and ACH, with the SHERIFF or his designee concerning procedures within the Sangamon County Jail and any proposed changes in health-related procedures or other matters, which either party deems necessary.

1.4.7 RECORDS. ACH shall maintain, cause, or require to be maintained complete and accurate medical records for each inmate who has received health care services. Each medical record shall be maintained in accordance with applicable laws, the Illinois Department of Corrections Minimum Standards for Jails and Lockups and the SHERIFF'S Policies and Procedures. The medical records shall be kept separate from the inmate's confinement record. A complete original of the applicable medical record shall be available to accompany each inmate who is transferred from the Sangamon County Jail to another location for off-site

Sangamon County Produced 1740
Rusher

services or transferred to another institution. Medical records shall be kept confidential, subject to applicable law regarding confidentiality of such records. ACH shall comply with Illinois and Federal law and the SHERIFF'S policy with regard to access by inmates and Jail staff to medical records. No information contained in the medical records shall be released by ACH except as provided by the SHERIFF'S Policy, by a court order, or otherwise in accordance with applicable laws. At expiration of the Contract period, all medical records shall be delivered to and remain with the SHERIFF. However, the SHERIFF shall provide ACH with reasonable ongoing access to all medical records even after the expiration of the Contract for the purpose of defending litigation. Inmate medical records shall at all times be the property of the Sangamon County SHERIFF.

ACH shall make available to the SHERIFF, unless otherwise specifically prohibited, at the SHERIFF'S request, all records, documents and other papers relating to the direct delivery of health care services to Sangamon County inmates hereunder.

During the Contract period and for a reasonable time thereafter, the SHERIFF will provide ACH, at ACH's request, the SHERIFF'S records relating to provision of health care services to inmates as may be reasonably requested by ACH in connection with an investigation of, or defense of any claim by a third party related to ACH's conduct. Consistent with applicable state and federal laws and the foregoing provision, the SHERIFF will make available to ACH such records as are maintained by the SHERIFF, hospitals and other off-site health care providers involved in the care or treatment of inmates (to the extent the SHERIFF has any control over those records) as ACH may reasonably request. Any such information provided by the SHERIFF to ACH that the SHERIFF considers confidential shall be kept confidential by ACH and shall not, except as may be required by law, be distributed to any third party without prior written approval by the SHERIFF. Notwithstanding any provision of this AGREEMENT to the contrary, the SHERIFF'S internal affairs investigative records shall not be required to be provided to ACH or any other person or entity (except as may be required by law).

1.4.8 SHERIFF'S POLICIES AND PROCEDURES. ACH shall operate within the requirements of the SHERIFF'S Policies and Procedures which directly relate to the provision of medical services and other Policies and Procedures of the SHERIFF which may impact on the provision of medical services. Such Policies and Procedures may change from time to time; if so, ACH will be promptly notified and shall operate within all policies or modifications thereof.

1.5 **ACH Will Not Be Responsible For:**
1.5.1 ELECTIVE CARE. ACH shall not provide elective medical care to inmates. Elective medical care shall be defined as care which, if not provided would not, in the opinion of ACH's Medical Director (licensed physician employed by ACH), cause the inmate's health to deteriorate or cause harm to the inmate's well being. Decisions concerning elective medical care shall be consistent with the applicable American Medical Association (AMA) Standards.

Sangamon County Produced 1741
Rusher

Inmate Health Services Agreement
Sangamon County Jail / ACH

      1.5.2   OTHER EXPENSES. ACH will not be responsible for any other expenses, including, but not limited to, dentures and dental restoration, optical care not related to injury, illness or infection, eyeglasses and optical supplies, durable medical equipment and supplies, office supplies, prosthetics and prosthetic supplies. ACH shall not be financially responsible for any costs associated with off-site care and/or treatment of Non-County Inmates.

## 2.0    DUTIES AND OBLIGATIONS OF THE SHERIFF

### 2.1   Security

The SHERIFF shall maintain responsibility for the physical security of the Sangamon County Jail and the continuing security of the inmates.

ACH and the SHERIFF understand that adequate security services are necessary for the safety of the agents, employees and subcontractors of ACH as well as for the security of inmates and SHERIFF'S staff, consistent with the correctional setting. The SHERIFF will provide security sufficient to enable ACH and its personnel to safely provide health care services described in this contract.

The SHERIFF and the COUNTY shall not be liable for loss of or damage to equipment and supplies of ACH, its agents, employees or subcontractors unless such loss or damage was caused by the sole negligence of the SHERIFF'S employees.

The SHERIFF shall screen ACH's proposed staff to insure that they will not constitute a security risk. The SHERIFF shall have final approval of ACH's employees in regards to security/background clearance.

### 2.2   Office Equipment and Supplies

The SHERIFF shall provide use of COUNTY-owned office equipment, office supplies and all necessary utilities in place at the Jail's health care facilities. Upon termination of this AGREEMENT, ACH shall return to the COUNTY possession and control of all COUNTY-owned medical and office equipment. At such time, the office equipment shall be in good working order, with allowances made for reasonable wear and tear.

### 2.3   Non-Medical Care of Inmates

The SHERIFF shall provide for all other personal needs (non-medical) of the inmates while in the Sangamon County Jail, including but not limited to: daily housekeeping services, dietary services including special supplements, liquid diets, or other dietary needs, building maintenance services, facility cleansing for ectoparasites, personal hygiene supplies and services, clothing and linen supplies.

### 2.4   Inmate Information

The SHERIFF shall provide, as needed, information pertaining to inmates that ACH and the SHERIFF mutually identify as reasonable and necessary for ACH to adequately perform its obligations to the SHERIFF and the COUNTY.

## 3.0   COMPENSATION/ADJUSTMENTS

Sangamon County Produced 1742
Rusher

Inmate Health Services Agreement
Sangamon County Jail / ACH

### 3.1    Annual Amount/Monthly Payments

The annualized amount to be paid by the COUNTY to ACH under this AGREEMENT is to be █████████   The COUNTY shall make monthly payments of 1/12th of this amount ████████ to ACH prior to the first of each month during the term of this AGREEMENT.

3.1.1   ANNUALIZED AMOUNT UPON RENEWAL. Upon the annual anniversary date of this AGREEMENT, the annualized amount of increase shall not exceed ████████ unless agreed to by both parties in advance of the renewal date.

### 3.2    Quarterly Adjustments

Account reconciliation shall be completed for each calendar year fiscal quarter. Adjustments shall be made for variances in the average daily inmate population, non-covered pharmaceuticals purchased, and other expenses such as equipment or services purchased by ACH (with prior approval of the COUNTY) on behalf of the COUNTY. Any contract amount in arrears will be settled through reconciliation and adjusted accordingly. Adjustments will be made to the first monthly invoice prepared after reconciliation between ACH and the COUNTY. Payment of the adjusted amount will be due upon receipt of said invoice.

3.2.1   ADJUSTMENT FOR AVERAGE DAILY POPULATION. Average daily population for a given calendar year quarter shall be determined from Sangamon County Jail census records. For billing purposes, the average daily population shall be based on an average population of 325 inmates per day. When the average daily population exceeds or falls below the base rate in any given quarter, the compensation variance shall be figured on the average number of Sangamon County Jail inmates above or below the base level for that quarter multiplied by the per diem rate of ████ per inmate per day. *(Example: If ADP for Q1 2011 is 335, additional compensation due will be calculated as follows:* ████████  It is understood that Non-County Inmates are not included in the average daily inmate population.

To cover the cost of incidental medical expenses on NON-COUNTY inmates, a separate per diem of ████ per day will be assessed for each NON-COUNTY inmate housed in Sangamon County Jail in excess of the starting NON-COUNTY ADP of 20. ACH will request the monthly count for these separate populations on a calendar year quarterly basis.

## 4.0    TERM AND TERMINATION
### 4.1    Term

*Nov 30, 2011*

*74 r/13/2011*

The term of this AGREEMENT shall be from ___14 February 2011___ through ~~13 February 2013~~. This AGREEMENT shall automatically renew for successive one-year periods unless either party gives ninety (90) days notice prior to the end of a term.

### 4.2    Termination

Sangamon County Produced 1743
Rusher

Inmate Health Services Agreement
Sangamon County Jail / ACH

4.2.1 TERMINATION FOR LACK OF APPROPRIATION. It is understood and agreed that this AGREEMENT shall be subject to annual appropriations by the Sangamon County Board. Notwithstanding any provisions herein to the contrary, if funds are not appropriated for this AGREEMENT, then upon exhaustion of such funding, the COUNTY and SHERIFF shall be entitled to immediately terminate this AGREEMENT without penalty or liability. Recognizing that such termination may entail substantial costs for ACH, the COUNTY and SHERIFF will act in good faith and make every effort to give ACH notice of any potential problem with funding or appropriations. The SHERIFF shall pay for services rendered up to the point of termination.

4.2.2 TERMINATION FOR CAUSE. The SHERIFF reserves the right to terminate this AGREEMENT immediately in the event that ACH discontinues or abandons operations or if ACH fails to comply with any section or part of the AGREEMENT. The SHERIFF shall pay for services rendered up to and including the point of termination, but shall not pay any penalty.

4.2.3 TERMINATION WITHOUT CAUSE. Notwithstanding anything to the contrary contained in this AGREEMENT either the SHERIFF or ACH may, without prejudice to any other rights they may have, terminate this AGREEMENT for convenience and without cause, by giving ninety (90) days written notice to the other party.

4.2.4 COMPENSATION UPON TERMINATION. If any of the termination clauses are exercised, ACH will be paid by the SHERIFF for all scheduled work completed by ACH up to the termination date set forth in the written termination notice.

5.0 **GENERAL TERMS AND CONDITIONS**
   5.1 **Independent Contractor**

It is understood and agreed that an independent contractor relationship is hereby established under the terms and conditions of this AGREEMENT. The employees or agents of ACH are not now nor shall they be deemed to be employees of the COUNTY or the SHERIFF and the employees of the COUNTY and the SHERIFF are not now nor shall they be deemed to be employees of ACH. ACH assumes all financial responsibility for the employees of ACH, such as wages, withholding taxes, social security, sales and other taxes, which may be related to the services to be provided under this AGREEMENT.

5.1.1 SUBCONTRACTING. In order to discharge the obligations hereunder, ACH may engage certain health care professionals as independent contractors rather than employees. As the relationship between ACH and these health care professionals will be that of independent contractor, ACH will not be considered or deemed to be engaged in the practice of medicine or other professions practiced by these professionals. ACH will exercise control over the manner or means by which these independent contractors perform their medical duties. This control will be exercised reasonably consistent with the independent medical judgment these independent contractors are required to exercise. ACH shall exercise administrative supervision over such professionals necessary to insure the strict fulfillment of the obligations contained in this AGREEMENT.

Sangamon County Produced 1744
Rusher

Inmate Health Services Agreement
Sangamon County Jail / ACH

All terms and conditions of this AGREEMENT shall be included in all such subcontracts. For each agent and subcontractor, including all medical professionals, physicians, and nurses performing duties as agents or independent contractors of ACH under this AGREEMENT, ACH shall provide the SHERIFF proof that, for each such professional, there is in effect during the period that person is engaged in the performance of this AGREEMENT, a professional liability or medical malpractice insurance policy, in an amount or amounts of one million dollars coverage per occurrence and three million dollars annual aggregate coverage.

5.1.2   HIRING OF ACH STAFF.  While ACH is pleased to provide staffing during this engagement, ACH does not expect the COUNTY to offer permanent employment to ACH physicians, nurse practitioners, and/or nursing staff.  ACH has a significant investment in the training and professional development of our physicians, nurse practitioners, and/or nursing staff and they are valued employees or independent contractors of ACH.  If COUNTY should hire any ACH physician, nurse practitioners, and/or nursing staff employed by ACH or working at this facility during the contract term or within one year after contract termination, COUNTY will be billed a professional replacement fee of ███████████████████████ to compensate ACH for this employee or independent contractor.

5.2   **Equal Employment Opportunity**

ACH will not discriminate against any employee or applicant for employment because of race, color, religion, sex, ancestry, national origin, place of birth, or because of the attainment of forty (40) or more years of age, or handicap unrelated to the bona fide occupational qualification of the position, or status as a disabled veteran.

5.3   **Miscellaneous General Terms and Conditions**

5.3.1   ENTIRE AGREEMENT.  This AGREEMENT with the attached Health Care Program and Cost Proposal constitutes the entire agreement of the parties and is intended as a complete and exclusive statement of the promises, representations, negotiations, discussions and agreements that have been made in connection with the subject matter hereof.

5.3.2   INDEMNIFICATION.  ACH shall be responsible for claims resulting from negligent conduct by ACH, its employees, agents or subcontractors while performing its duties under this AGREEMENT and shall indemnify and hold harmless the COUNTY and SHERIFF and their employees, agents and subcontractors for such claims.  If a claim is brought against the COUNTY, JAIL or SHERIFF relating to the negligent performance by ACH, its employees, agents or subcontractors of its duties under this AGREEMENT, the COUNTY, JAIL or SHERIFF shall promptly notify ACH of such claim.  ACH shall take all steps necessary to promptly defend and protect the COUNTY, JAIL and SHERIFF including the retention of defense counsel.  However, ACH shall not be responsible for any claims arising out of: (1) the COUNTY, JAIL or SHERIFF or their employees or agents intentionally preventing any persons from receiving medical care ordered by ACH, its health staff, employees, agents or subcontractors; or (2) the negligence of the COUNTY, JAIL, or SHERIFF or

Sangamon County Produced 1745
Rusher

their employees or agents in promptly presenting an ill or injured person to ACH for treatment if it should have been obvious to a non-medical individual that the person was in serious need of immediate medical attention; or (3) the COUNTY, JAIL, or SHERIFF or their employees or agents breach of the AGREEMENT.

5.3.3   INSURANCE LIMITS.  ACH shall procure and maintain in effect throughout the term of this AGREEMENT insurance policies with coverage not less than the types and amounts specified in this Section.

5.3.3.1  Commercial General Liability Insurance Policy with limits of $1,000,000 per occurrence and $1,000,000 aggregate

5.3.3.2  Workers' Compensation Insurance and Employers Liability Policies with limits of $500,000 per incident

5.3.3.3  Commercial Automobile Liability Insurance Policy with a limit of $1,000,000 per occurrence, covering owned, hired, and non-owned automobiles

5.3.3.4  Professional Liability Insurance with limits per claim of $1,000,000 and annual aggregate of $3,000,000.00.   Contractor shall require all subcontractors to meet this requirement.

5.3.3.5  Civil Rights Insurance with limits per claim of $1,000,000 and annual aggregate of $3,000,000.00

5.3.4   WAIVER OF BREACH.  The waiver of either party of a breach or violation of any provision of this AGREEMENT shall not operate as, or be construed to be, a waiver of any subsequent breach of the same or other provision hereof.

5.3.5   OTHER CONTRACTS AND THIRD PARTY BENEFICIARIES.  The parties acknowledge that ACH is neither bound by or aware of any other existing Contracts to which either the SHERIFF or the COUNTY are a party and which relate to the provision of medical care to Inmates at the Sangamon County Jail. The parties agree that they have not entered into this AGREEMENT for the benefit of any third person or persons, and it is their express intention that this AGREEMENT is intended to be for their respective benefits only and not for the benefits of others who might otherwise be deemed to constitute third-party beneficiaries thereof.

5.3.6   AMENDMENTS.  This AGREEMENT may be amended at any time only with the written consent of both parties.

5.3.7   ASSIGNMENT.  Neither party may assign rights or delegate any obligations created by this AGREEMENT without the prior written consent of the other party, which consent must not be unreasonably withheld.  Any assignment in violation of the AGREEMENT is void.  This AGREEMENT must be binding upon the heirs, successors, legal representatives and permitted assigns of the parties.

5.3.8   SEVERABILITY.  In the event any provision of this AGREEMENT is held to be unenforceable for any reason, the unenforceability thereof shall not affect the remainder of this AGREEMENT which shall remain in full force and effect and enforceable in accordance with its terms.

Sangamon County Produced 1746
Rusher

Inmate Health Services Agreement
Sangamon County Jail / ACH

5.3.9   EXCUSED PERFORMANCE. In case performance of any terms or provisions hereof shall be delayed or prevented because of compliance within any law, decree, or order of any government agency or authority, local, State, or Federal, or because of riots, or of public disturbances, strikes, lockouts, differences with workmen, fires, floods, Acts of God, or any other reason whatsoever which is not within the control of the parties whose performance is interfered with and which, by the exercise of reasonable diligence, said party is unable to prevent, the party so suffering may at its option suspend, without liability, the performance of its obligations hereunder during the period such cause continues.

5.3.10  NOTICES. All notices to the SHERIFF and to the COUNTY shall be addressed to the SHERIFF at the Sangamon County Jail, 1 Sheriff's Plaza, Springfield, Illinois 62701. All notices to ACH shall be addressed to ADVANCED CORRECTIONAL HEALTHCARE, INC., Attn: Neil Leuthold, 3922 West Baring Trace, Peoria, IL, 61615-2500. Date of receipt shall be used for the purpose of notices.

5.3.11  GOVERNING LAW. This AGREEMENT shall be governed by the laws of the State of Illinois.

5.3.12  COUNTERPARTS. This AGREEMENT may be executed in several counterparts, each of which shall be in an original and all of which together shall constitute but one and the same instrument.

IN WITNESS WHEREOF, the parties hereto have hereunto set their hands and seals the date and year written below.

COUNTY OF SANGAMON, IL          ADVANCED CORRECTIONAL
                                HEALTHCARE, INC.



/s/ Andy Van Meter               /s/ Neil Leuthold
_____          _____
Andy Van Meter                   Neil Leuthold
Title:                           Title:
Chairman, Sangamon County Board  President

1-11-11                          January 13, 2011
_____          _____
DATE                             DATE

Sangamon County Produced 1747
Rusher

**AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF INMATE HEALTH
SERVICES AT SANGAMON COUNTY JAIL, SANGAMON COUNTY, ILLINOIS**

The AGREEMENT entered into on January 13, 2011 by and between the County of Sangamon, located in
the State of Illinois (hereinafter the "COUNTY") and Advanced Correctional Healthcare, Inc. (hereinafter
"ACH") is AMENDED as follows, effective __November 30, 2011__.

Section 1.1 (Scope of Services to be Provided by ACH) is amended as follows:

    Section 1.1.3    (Psychiatry) is hereby removed from the AGREEMENT.

    Section 1.1.5    QUALIFIED MENTAL HEALTH PROFESSIONAL. A Qualified Mental
        Health Professional will visit the FACILITY each week for up to twenty-eight
        (28) hours at the discretion of the SHERIFF or designee.

Section 1.3 (Staffing) is amended as follows:

    Section 1.3.3    (Psychiatry) is hereby removed from the AGREEMENT.

    Section 1.3.5    QUALIFIED MENTAL HEALTH PROFESSIONAL. A Qualified Mental
        Health Professional will visit the FACILITY each week for up to twenty-eight
        (28) hours at the discretion of the SHERIFF or designee.

**REASON FOR CHANGE:** Removal of psychiatry hours; addition of QMHP hours. There is no change
to the annual amount for the period of 12/1/10 – 11/30/11.

AMENDMENT AGREED TO AND ACCEPTED:

**ADVANCED CORRECTIONAL HEALTHCARE, INC.**

/s/ Neil Leuthold
_____    11/7/11
Neil Leuthold, President/Comptroller    Date

**COUNTY OF SANGAMON, IL**

/s/ Andy Van Meter
_____    11/7/11
Andy Van Meter, Chairman, Sangamon County Board    Date

Sangamon County Produced 1748
Rusher

### AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF INMATE HEALTH SERVICES
### SANGAMON COUNTY, ILLINOIS

The AGREEMENT entered into on November 7, 2011 by and between the County of Sangamon, Illinois (hereinafter "COUNTY"), Andy Van Meter in his official capacity as Chairman of the Sangamon County Board, and Advanced Correctional Healthcare, Inc. (hereinafter "ACH"), is AMENDED as follows, effective June 1, 2013 at 12:01 A.M.

**Section 1.1.4 is amended as follows:**

1.1.4    NURSING. ACH will provide on-site registered nursing coverage to include up to forty (40) hours per week on a schedule approved by the SHERIFF. ACH will also provide on-site licensed practical nursing coverage to include up to one-hundred twelve (112) hours per week on a schedule approved by the SHERIFF. When approved by the SHERIFF or designee, hours worked in excess of the contracted amount will be billed monthly to the COUNTY at the prevailing wage and benefit rate of the ACH employee. ACH will provide replacement nursing coverage in instances of absence of one (1) full shift or more.

**Section 1.2 is amended as follows:**

1.2    MANAGEMENT SERVICES. ACH will provide management services to include: a comprehensive Strategic Plan; Peer Review; CQI; Cost Containment; Utilization Management; Risk Management programs; and a Health Insurance Portability and Accountability Act (HIPAA) Compliance programs specific to the FACILITY's medical operations.

**Section 1.3.4 is amended as follows:**

1.3.4    NURSING. ACH will provide on-site registered nursing coverage to include up to forty (40) hours per week on a schedule approved by the SHERIFF. ACH will also provide on-site licensed practical nursing coverage to include up to one-hundred twelve (112) hours per week on a schedule approved by the SHERIFF. When approved by the SHERIFF or designee, hours worked in excess of the contracted amount will be billed monthly to the COUNTY at the prevailing wage and benefit rate of the ACH employee. ACH will provide replacement nursing coverage in instances of absence of one (1) full shift or more.

**Section 1.6 is added to the AGREEMENT as follows:**

1.6    AFFORDABLE CARE ACT. In the event the Affordable Care Act causes any changes to come about which may affect this AGREEMENT, the parties agree to reopen this AGREEMENT for good faith negotiations with respect to such matters.

**Section 1.7 is added to the AGREEMENT as follows:**

1.7    PRISON RAPE ELIMINATION ACT OF 2003 (PREA). ACH will adopt and comply with PREA, all applicable PREA standards, and the FACILITY's policies related to PREA for preventing, detecting, monitoring, investigating, and eradicating any form of sexual abuse within the FACILITY. ACH acknowledges that, in addition to self-monitoring requirements, the FACILITY will conduct announced or unannounced compliance monitoring to include on-site monitoring. ACH understands that failure to comply with PREA, including PREA standards and the FACILITY's policies, may result in termination of this AGREEMENT.

**Section 2.5 is added to the AGREEMENT as follows:**

2.5    DUTY TO PROTECT INMATES/DETAINEES. The non-delegable duty to protect INMATES/DETAINEES is, and always will be, vested in the SHERIFF. This AGREEMENT does not result in the assumption of a non-delegable duty by ACH. As such, the SHERIFF specifically retains the duty and obligation for security of the INMATES/DETAINEES.

**Section 3.0 is amended as follows:**

3.0    ANNUAL AMOUNT/MONTHLY PAYMENTS. The annualized amount to be paid by the COUNTY to ACH under this AGREEMENT is to be ▓▓▓▓▓▓▓▓▓▓
Cents ▓▓▓▓▓▓▓▓ The COUNTY will make monthly payments of ▓▓▓▓▓▓▓▓

1 of 3

Sangamon County Produced 1749
Rusher

_____ which is equal to 1/12 of the annualized amount, during the term of this AGREEMENT. ACH will bill the COUNTY approximately thirty (30) days prior to the month in which services are to be rendered. The COUNTY agrees to pay ACH prior to the tenth (10th) day of the month in which services are rendered.

**Section 5.3.3 is added to the AGREEMENT as follows:**

5.3.3   INSURANCE. ACH will procure and maintain in effect throughout the term of this AGREEMENT insurance policies with coverage not less than the types and amounts specified in this section.

5.3.3.0   Commercial Automobile Liability Insurance Policy with a limit of One Million Dollars ($1,000,000) per occurrence, covering owned, hired, and non-owned automobiles.

5.3.3.1   Commercial General Liability Insurance Policy with limits of One Million Dollars ($1,000,000) per occurrence and an annual policy aggregate of Two Million Dollars ($2,000,000).

5.3.3.2   Professional Liability Insurance, including Civil Rights Liability, with limits of One Million Dollars ($1,000,000) each occurrence / Three Million Dollars ($3,000,000) annual aggregate and Fifteen Million Dollars ($15,000,000) policy aggregate coverage.

5.3.3.3   Workers' Compensation Insurance and Employer's Liability Policies with limits of Five Hundred Thousand Dollars ($500,000) per incident.

5.3.3.4   ADDITIONAL INSUREDS. ACH agrees to name the SHERIFF and the COUNTY as an additional insured under the Commercial Automobile, Commercial General, and Professional Liability portions of insurance and provide the COUNTY with a Certificate of Insurance specific to correctional facilities evidencing the terms of the insurance coverage and policy limits.

**REASON FOR CHANGE:** Increase nursing; update contract language; increase contract price; make Sheriff and county additional insureds on ACH insurance policies.

**AMENDMENT AGREED TO AND ACCEPTED:**

**ADVANCED CORRECTIONAL HEALTHCARE, INC.**

/s/ Neil Leuthold                                    5/30/2013
Neil Leuthold, MBA                                   Date
President/Comptroller

**COUNTY OF SANGAMON, ILLINOIS**

/s/ Andy Van Meter                                   5-31-13
Andy Van Meter, Chairman                             Date
Sangamon County Board

Sangamon County Produced 1750
Rusher

### ADDENDUM #1

Comes now the County of Sangamon, located in the State of Illinois (hereinafter referred to as the "COUNTY") and acting by and through its duly elected Board of County Commissioners and the Sheriff, and Advanced Correctional Healthcare, Inc. (hereinafter referred to as "ACH"), an Illinois corporation, who hereby acknowledge that they entered into an Agreement for the Provision of Inmate Health Services (hereinafter referred to as the "AGREEMENT") dated July 2, 2013. That the parties wish to amend and clarify said AGREEMENT as follows:

1. That the QUALIFIED MENTAL HEALTH PROFESSIONAL (QMHP) section is amended as follows:

    1.27.3  QUALIFIED MENTAL HEALTH PROFESSIONAL (QMHP). ACH will provide an on-site Qualified Mental Health Professional for six (6) hours per week on a schedule approved by the SHERIFF. When approved by the SHERIFF or designee, hours worked in excess of the contracted amount will be billed monthly to the COUNTY at the prevailing wage and benefit rate of the ACH employee. For hours of absence due to CORPORATE HOLIDAYS, paid time off, or sick time, the hours will not be replaced or credited. For all other absences, ACH endeavors to provide replacement coverage, and if it is unable to do so, ACH will credit the COUNTY for those hours. A mental health screening, assessment, and evaluation is a multi-disciplinary process in which ACH staff work in concert with FACILITY staff to identify emergent mental health issues as well as mental health history. An inmate is first assessed at booking by FACILITY staff with timely follow-up as issues are identified by the medical staff. Mental health issues are also assessed at fourteen-day assessment by nursing, which is overseen by the practitioner. If an inmate is identified as requiring specialized mental health evaluation services, they may be referred to the ACH QMHP on-site. The ACH practitioner works in concert with the ACH QMHP. Mental health treatment planning is conducted as a multi-disciplinary process with ACH medical and mental health services working in coordination with FACILITY staff. If an inmate has identified mental health issues that exceed the ability of ACH staff or FACILITY staff to manage, the inmate may be sent off-site for specialized services. Additional clinical activities of the ACH QMHP and may include, but not be limited to, providing individual and/or group therapeutic services, assisting FACILITY and medical staff in the monitoring of mental health for referred inmates, coordinating with FACILITY and medical staff in the management and treatment of inmates with mental health and/or behavioral concerns, monitoring and providing therapeutic support of segregated/isolated inmates, supporting and supplementing the activities of county mental health services in the stabilization of at-risk inmates, coordinating with county mental health services for continuity of care and discharge planning via sharing of pertinent patient information, completion of documentation of assessment and treatment, as well as maintenance of records for referral tracking and CQI, and facilitation of training on mental health-related issues as requested.

2. That no additional consideration is required by this Addendum to the AGREEMENT, wherein this Addendum is being made for clarification purposes only.

All of which if acknowledged, confirmed and agreed upon by the parties on this 20th day of August, 2014.

**ADVANCED CORRECTIONAL HEALTHCARE, INC.**

/s/ Sherri Miller
_____
Sherri Miller, President & Chief Operations Officer

**COUNTY OF SANGAMON, ILLINOIS**

/s/ Andy Van Meter
_____
Andy Van Meter, Chairman of the County Board

Please complete and return via fax to 309.214.9977 or email to jyoung@advancedch.com

1 of 1

Sangamon County Produced 1751
Rusher

**THIRD AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF INMATE HEALTH SERVICES
SANGAMON COUNTY, ILLINOIS**

The AGREEMENT entered into on January 13, 2011 by and between the County of Sangamon, Illinois (hereinafter "COUNTY"), the Sangamon County Sheriff (hereinafter "SHERIFF"), and Advanced Correctional Healthcare, Inc. (hereinafter "ACH"), is AMENDED as follows, effective _____ December 1, 2016 at 12:01 A.M.

**The following definition is hereby added to the AGREEMENT as follows:**

4.      **SPECIFIED MEDICATIONS** – Medications related to the treatment of HIV, AIDS, HIV/AIDS related diseases, hepatitis, cystic fibrosis, multiple sclerosis, cancer, active tuberculosis, and/or pulmonary arterial hypertension, as well as medications listed as biological and/or anti-rejection drugs. Medications related to these treatments will be defined in accordance with medical literature.

**Section 1.1.1 is hereby removed from the AGREEMENT in its entirety.**

**Section 1.1.2 is hereby removed from the AGREEMENT in its entirety.**

**Section 1.1.4 is hereby removed from the AGREEMENT in its entirety.**

**Section 1.1.5 is hereby removed from the AGREEMENT in its entirety.**

**Section 1.1.6 is hereby removed from the AGREEMENT in its entirety.**

**Section 1.1.7.1.2 is hereby amended as follows:**

1.1.7.1.2    SPECIFIED MEDICATIONS and/or court-ordered medications and testing up to the annual financial liability limit in Section 1.1.7;

**Section 1.1.7.1.4 is hereby amended as follows:**

1.1.7.1.4    TB skin tests for inmates to be provided as indicated by the TB screening questionnaire results and those otherwise requiring testing;

**Section 1.2 is hereby amended as follows:**

1.2      MANAGEMENT SERVICES. ACH will provide management services to include: a comprehensive Strategic Plan; Peer Review; CQI; and a Risk Management program specific to the FACILITY's medical operations.

**Section 1.3.1 is hereby amended as follows:**

1.3.1    PRACTITIONER. A physician will visit the FACILITY weekly or as otherwise agreed by the SHERIFF and ACH, and will stay until all work is completed. The physician will be available by telephone to the FACILITY and medical staff on an on-call basis, seven (7) days per week, twenty-four (24) hours per day. For scheduled visits that fall on CORPORATE HOLIDAYS, coverage will be provided by telephone only.

**Section 1.3.2 is hereby amended as follows:**

1.3.2    NURSE PRACTITIONER. A nurse practitioner will visit the FACILITY weekly for five (5) hours per week on a schedule approved by the SHERIFF. When approved by the SHERIFF or designee, hours worked in excess of the contracted amount will be billed monthly to the COUNTY at the prevailing wage and benefit rate of the ACH employee. For hours of absence due to CORPORATE HOLIDAYS, paid time off, or sick time, the hours will not be replaced or credited. For all other absences, ACH endeavors to provide replacement coverage, and if it is

1 of 4

Sangamon County Produced 1752
Rusher

unable to do so, ACH's Regional Medical Director for the FACILITY and the SHERIFF or designee will negotiate a mutually agreeable remedy.

**Section 1.3.4 is hereby amended as follows:**

1.3.4    NURSING. ACH will provide on-site licensed practical nursing coverage for one hundred sixty-eight (168) hours per week and registered nursing coverage for forty (40) hours per week on a schedule approved by the SHERIFF. When approved by the SHERIFF or designee, hours worked in excess of the contracted amount will be billed monthly to the COUNTY at the prevailing wage and benefit rate of the ACH employee. For hours of absence due to CORPORATE HOLIDAYS, paid time off, or sick time, the hours will not be replaced or credited. For all other absences, ACH endeavors to provide replacement coverage, and if it is unable to do so, ACH's Director of Medical Operations for the FACILITY and the SHERIFF or designee will negotiate a mutually agreeable remedy.

**Section 1.3.5 is hereby amended as follows:**

1.3.5    QUALIFIED MENTAL HEALTH PROFESSIONAL (QMHP). ACH will provide an on-site Qualified Mental Health Professional for twenty-eight (28) hours per week on a schedule approved by the SHERIFF. When approved by the SHERIFF or designee, hours worked in excess of the contracted amount will be billed monthly to the COUNTY at the prevailing wage and benefit rate of the ACH employee. For hours of absence due to CORPORATE HOLIDAYS, paid time off, or sick time, the hours will not be replaced or credited. For all other absences, ACH endeavors to provide replacement coverage, and if it is unable to do so, ACH's Director of Mental Health Services and the SHERIFF or designee will negotiate a mutually agreeable remedy.

**Section 1.3.6 is hereby amended as follows:**

1.3.6    MEDICAL RECORDS CLERK. ACH will provide on-site medical records clerk coverage for eighteen (18) hours per week on a schedule approved by the SHERIFF. When approved by the SHERIFF or designee, hours worked in excess of the contracted amount will be billed monthly to the COUNTY at the prevailing wage and benefit rate of the ACH employee. For hours of absence due to CORPORATE HOLIDAYS, paid time off, or sick time, the hours will not be replaced or credited. For all other absences, ACH endeavors to provide replacement coverage, and if it is unable to do so, ACH's Director of Medical Operations for the FACILITY and the SHERIFF or designee will negotiate a mutually agreeable remedy.

**Section 2.5 is hereby amended as follows:**

2.5    DUTY TO PROTECT INMATES. The non-delegable duty to protect inmates is, and always will be, vested in the SHERIFF. This AGREEMENT does not result in the assumption of a non-delegable duty by ACH. As such, the SHERIFF specifically retains the duty and obligation for security of the inmates. This duty extends to the control of inmate movement. ACH and its personnel will assume no responsibility for the movement of inmates and assume no responsibility for inmate protection at any time.

**Section 3.0 is hereby amended as follows:**

3.1    ANNUAL AMOUNT/MONTHLY PAYMENTS. The annualized amount to be paid by the COUNTY to ACH under this AGREEMENT is to be ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ The COUNTY will make monthly payments of ▇▇▇▇▇▇ which is equal to 1/12 of the annualized amount, during the term of this AGREEMENT. ACH will bill the COUNTY approximately thirty (30) days prior to the month in which services are to be rendered. The COUNTY agrees to pay ACH within thirty (30) days of receipt of the bill.

**Section 3.1.1 is hereby amended as follows:**

3.1.1    ANNUAL AMOUNT UPON RENEWAL. Upon the annual anniversary date of this AGREEMENT, the annualized amount of increase for compensation will be the 12-Month Consumer Price Index (CPI) for medical

Sangamon County Produced 1753
Rusher

care, but will not be below zero percent (0%) or above two and three quarters percent (2.75%). The CPI will be calculated from the most recent CPI data as published by the Bureau of Labor Statistics.

**Section 3.2 and its subparts are hereby amended and renumbered as follows:**

3.2     QUARTERLY ADJUSTMENTS. Account reconciliation will be completed for variances in the ADP and other expenses, such as equipment or services purchased by ACH (with prior approval of the COUNTY) on behalf of the COUNTY.

    3.2.1     AVERAGE DAILY POPULATION (ADP). ADP for a given quarter will be determined from the FACILITY census records. For billing purposes, the COUNTY INMATE ADP will be 325 and the NON-COUNTY INMATE ADP will be 20. Inmates who are not presently incarcerated in the FACILITY (i.e., persons on electronic monitoring or probation, or who are hospitalized, or in halfway housing or early release housing) should not be counted in either ADP reported to ACH by the COUNTY. The ADPs reported to ACH should only include those inmates presently incarcerated in the FACILITY.

    3.2.2     PER DIEM.

        3.2.2.1 GENERAL. Per diem rate(s) are intended to cover additional costs in those instances where minor, short-term changes in the inmate population results in the higher utilization of routine supplies and services. The per diem is not intended to provide for any additional fixed costs, such as new fixed staffing positions that might prove necessary if the inmate population grows significantly and is sustained. In such cases, ACH reserves the right to negotiate for an increase to its staffing and its contract price in order to continue to provide services to the increased number of inmates and maintain the standard of care. ACH will request the monthly count for these separate populations on a quarterly basis. The per diem rate(s) may be adjusted annually at ACH's discretion.

        3.2.2.2 COUNTY INMATES. When the ADP exceeds or falls below the contracted rate in any calendar quarter, the compensation variance will be figured on the average number of COUNTY INMATES above or below the contracted ADP for that quarter multiplied by the per diem rate of ████ per inmate per day. (Example: If the ADP for a quarter is 10 above the contracted ADP, additional compensation due will be calculated as follows: ████████████)

        3.2.2.3 NON-COUNTY INMATES. To cover the cost of incidental medical expenses for NON-COUNTY INMATES (such as disposable medical supplies, biomedical waste disposal services, and medical malpractice and civil rights insurance coverage), a separate per diem rate of $██ per inmate per day will be assessed for each NON-COUNTY INMATE housed in the FACILITY in excess of the contracted NON-COUNTY INMATE ADP.

    3.2.3     ARREARS. Any contract amount in arrears will be settled through reconciliation and adjusted accordingly. Adjustments will be made to the first monthly invoice prepared after reconciliation between ACH and the COUNTY. Payment of the adjusted amount will be due upon receipt of said invoice.

**Section 5.3.2 is hereby amended as follows:**

5.3.2     Indemnification. ACH shall be responsible for claims resulting from negligent conduct by ACH, its employees, agents or subcontractors while performing its duties under this AGREEMENT and shall indemnify and hold harmless the COUNTY and SHERIFF and their employees, agents and subcontractors for such claims. If a claim is brought against the COUNTY, JAIL or SHERIFF relating to the negligent performance by ACH, its employees, agents or subcontractors of its duties under this AGREEMENT, the COUNTY, JAIL or SHERIFF shall promptly notify ACH or such claim. ACH shall take all steps necessary to promptly defend and protect the COUNTY, JAIL or SHERIFF including the retention of defense counsel. However, ACH shall not be responsible for any claims (actual or alleged) arising out of: (1) the COUNTY, JAIL or SHERIFF or their employees or agents

Sangamon County Produced 1754
Rusher

preventing or delaying any persons from receiving medical care; (2) the negligence of the COUNTY, JAIL, or SHERIFF or their employees or agents in promptly presenting an ill or injured person to ACH for treatment; or (3) the COUNTY, JAIL or SHERIFF or their employees or agents breach of the AGREEMENT.

**Section 5.3.3 and its subparts are hereby amended and renumbered as follows:**

5.3.3    INSURANCE.

       5.3.3.1   ACH will maintain commercial automobile liability insurance with minimum limits of One Million Dollars ($1,000,000) per occurrence, covering owned, hired, and non-owned automobiles.

       5.3.3.2   ACH will maintain one or more commercial general liability insurance policies with minimum limits of bodily injury and/or property damage: One Million Dollars ($1,000,000) each occurrence and an annual policy aggregate of Two Million Dollars ($2,000,000).

       5.3.3.3   ACH will maintain professional liability insurance, including civil rights liability, with minimum limits of One Million Dollars ($1,000,000) each occurrence, Three Million Dollars ($3,000,000) annual aggregate.

       5.3.3.4   ACH will maintain workers' compensation and employer's liability insurance covering its employees while on the FACILITY's premises that complies with the statutory minimum requirements in the applicable state(s).

       5.3.3.5   ADDITIONAL INSUREDS. ACH will name the SHERIFF and the COUNTY as an additional insured for the sole negligence of ACH under the commercial automobile, commercial general and professional liability portions of insurance and provide the COUNTY with a Certificate of Insurance specific to correctional facilities evidencing the terms of the insurance coverage and policy limits.

**REASON FOR CHANGE:** Updated language; reduced annual increase; increased nursing; increased medical records clerk; decreased nurse practitioner; added Active TB, biological/anti-rejection drugs, and pulmonary arterial hypertension to specified medications list; updated TB testing language.

AMENDMENT AGREED TO AND ACCEPTED:

**ADVANCED CORRECTIONAL HEALTHCARE, INC.**

/s/ Sherri Miller                               12/16/16
_____
Sherri Miller                               Date
President & Chief Operations Officer

**COUNTY OF SANGAMON, ILLINOIS**

/s/ Andy Van Meter                          12-12-16
_____
Andy Van Meter                               Date
Chairman, Sangamon County Board

Please complete and return via fax to 309.214.9977 or email to jason.kolberg@advancedch.com

4 of 4

Sangamon County Produced 1755
Rusher