E-FILED
Friday, 06 November, 2020 11:31:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| KELLI ANDREWS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 18-cv-1100 |
| COUNTY OF SANGAMON, et al., | ) | Hon. Sue E. Myerscough |
| Defendants. | ) | Hon. Tom Schnazle-Haskins, Magistrate |

## EXHIBIT LIST

| Exhibit Number | Exhibit Description |
|---|---|
| 1 | Discharge Summary – Mental Health Records |
| 2 | Hammit Dep Ex. 1 – Tiffany Rusher Progress Report |
| 3 | Expert Report of Terry A. Kupers |
| 4 | Stanley Expert Report |
| 5 | Deposition of Ajay Jeetwani |
| 6 | Sangamon County Produced 1711 – Confidentiality Procedures |
| 7 | Deposition of Jennifer Ealey |
| 8 | Sangamon County Produced 1756-1764 – Floor plans and ISP Report |
| 9 | Sangamon County Produced 634-717 – Disciplinary Reports |
| 10 | Deposition of Arun Abraham |
| 11 | Whitley dep exhibit 15 – Shift Activity Reports |
| 12 | Dep of Guy Bouvet |
| 13 | IMG 6377 – Photo of cell door from hallway |
| 14 | IMG 6423 – Photo of door from hallway |
| 15 | IMG 6375 – Photo of hallway |
| 16 | IMG 6384 – Photo of cell from hallway |
| 17 | Plaintiff Production 012688 – Photo of security camera |
| 18 | Plaintiff production 012687 – Photo of office |
| 19 | Deposition of Kyle Meyer |
| 20 | Sangamon County Produced 557 – Prisoner Location Verification |
| 21 | Sangamon County Produced 562 – Prisoner Location Verification |
| 22 | Sangamon County Produced 564 – Prisoner Location Verification |
| 23 | Sangamon County Produced 581 – Prisoner Location Verification |
| 24 | Sangamon County Produced 885-888 – Placement/Review of Detainee in Observation |
| 25 | Deposition of Kate Daniels |
| 26 | Sangamon County Produced 1701 – Policy regarding cell maintenance |

|  |  |  |
|---|---|---|
|  |  | and property |
|  | 27 | Sangamon County Produced 9027 – Signed Inmate Medical Clearing Form |
|  | 28 | Sangamon County Produced 1007-1008 – Sangamon County Incident Report |
|  | 29 | Sangamon County Produced 1710 – Mental Health Care Program |
|  | 30 | Bouvet Dep exhibit 17 – Placement/Review of Patient in Observation |
|  | 31 | Sangamon County Produced 889 – Medical/Physiological Referral |
|  | 32 | Deposition of Melissa Caldwell |
|  | 33 | Abraham exhibit 3 – Medical Progress Note |
|  | 34 | Abraham exhibit 2 – Progress Notes |
|  | 35 | Sangamon County Produced 895 – Discharge Summary |
|  | 36 | Hicks dep exhibit 2 – Mental Health Screening Interview |
|  | 37 | Deposition of Lydia Hicks |
|  | 38 | Deposition of Amy Trivette |
|  | 39 | Deposition of Michael James |
|  | 40 | Deposition of Michael Fowlkes |
|  | 41 | Plaintiff 012542-012547 – "No Room at the Inn" Article |
|  | 42 | Plaintiff 013476-013483 – DOJ Correspondence re Detention Center Inspection |
|  | 43 | Deposition of Larry Beck |
|  | 44 | Deposition of Terry Durr |
|  | 45 | Caldwell dep exhibit 5 – Special Diet Order |
|  | 46 | Bandy Dep Exhibit 4 – Special Diet Order |
|  | 47 | Deposition of Brittany Bandy |
|  | 48 | Sangamon County Produced 294 – ED Preliminary Report |
|  | 49 | ACH 681-682 – Handwritten Notes |
|  | 50 | Sangamon 152 – Progress Notes |
|  | 51 | Coroner's Report |
|  | 52 | Sangamon County Produced 599 – Excerpt from Report |
|  | 53 | Hicks dep exhibit 4 – Placement of Patient in Observation |
|  | 54 | Deposition of Sean Stewart |
|  | 55 | Deposition of Zach Whitley |
|  | 56 | Deposition of John Kirby |
|  | 57 | IMG 6411 – Image of Towel |
|  | 58 | IMG 6406 – Image of Towel Strip |
|  | 59 | IMG 6430 – Image of Toilet |
|  | 60 | Sangamon County Produced 1712-1714 – Counseling Services |
|  | 61 | ACH 498 – Location Verification |
|  | 62 | Caldwell dep Exhibit 12 – DOJ Correspondence |
|  | 63 | ACH Video Excerpts |