IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KELLI ANDREWS, AS ADMINISTRATOR OF THE ESTATE OF TIFFANY ANN RUSHER, DECEASED, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Law No. 18-cv-01100-SEM-TSH |
| SANGAMON COUNTY, ILLINOIS; JACK CAMPBELL, in his Official Capacity as Sangamon County Sheriff; LARRY BECK, JR.; ADVANCED CORRECTIONAL HEALTHCARE, INC.; ARUN ABRAHAM; KEVIN N. MCDERMOTT, as Special Representative of the Estate of Michael Shmikler; KYLE MEYER, ZACH WHITLEY, JENNIFER EALEY, GUY BOUVET, III, and DOES 1-5, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**<u>DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF EIGHTH MOTION *IN LIMINE*</u>**

NOW COME Defendants LARRY BECK, GUY E. BOUVET, III, JACK CAMPBELL, JENNIFER EALEY, KYLE MEYER, SANGAMON COUNTY, ILLINOIS, AND ZACH WHITLEY (collectively, "Defendants"), by THERESA M. POWELL, of HEYL, ROYSTER, VOELKER & ALLEN, P.C., their attorneys, in compliance with Local Rules 7.1 and 16.1, submit this memorandum in support of Defendants' motion *in limine* instructing the Plaintiff, her counsel, witnesses, employees, or agents from mentioning, referring to, inferring, suggesting, or otherwise attempting to convey before the jury and the venire at any time during these proceedings:

> That services were subsequently added at the Sangamon County Jail to provide additional mental health treatment to detainees and additional training to corrections staff.

## ARGUMENT AND AUTHORITIES

1. Plaintiff has inquired in discovery concerning measures taken by the Sangamon County Jail to increase mental health services in the years following the death of Tiffany Rusher. Plaintiff inquired with Sheriff Barr, for example, about mental health staffing increasing from 28 to 40 hours per week starting in February 2018. Plaintiff also inquired Superintendent Beck about training that Advanced Correctional Healthcare conducted with jail staff sometime after March 2017.

2. None of these, or similar changes occurring after March 2017 in any way implies that policies or practices of the jail prior to that date were constitutionally deficient; nor should Plaintiff be permitted to argue as much to the jury. Rather, these additional services reflect the ongoing efforts of jail administration to provide superior security, detention and mental health services in Sangamon County.

3. Pursuant to Rule 407, "[w]hen measures are taken that would have made an earlier injury or harm less likely to occur, evidence the subsequent measures is not admissible to prove . . . negligence [or] culpable conduct." Fed. R. Evid. 407. The basis for exclusion "rests on a social policy of encouraging people to take, or at least not discouraging them from taking, steps in furtherance of added safety." Fed. R. Evid. 407, Advisory Committee Note. When a subsequent measure is offered as evidence of liability, Rule 407 bars its use. *Pugh v. Tribune Co.*, 521 F.3d 686, 695 (7th Cir. 2008). This provision applies in equal force to prohibit discussion of post-incident changes in jail policy designed to increase services to jail detainees. *Ford v. Schmidt*, 577 F.2d 408, 410-411 (7th Cir. 1978).

WHEREFORE, the Defendants respectfully request this Court issue an order prohibiting Plaintiff, her counsel, and her witnesses, employees, or agents from mentioning, referring to, inferring, suggesting, or otherwise attempting to convey before the jury and the venire at any time during these proceedings that services were subsequently added at the Sangamon County Jail to provide additional mental health treatment to detainees and additional training to corrections staff.

Respectfully Submitted,

LARRY BECK, GUY E. BOUVET, III, JACK CAMPBELL, JENNIFER EALEY, KYLE MEYER, SANGAMON COUNTY, ILLINOIS, AND ZACH WHITLEY, Defendants

s/ Theresa M. Powell
Theresa M. Powell, IL ARDC #: 6230402
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
3731 Wabash Avenue
Springfield, IL 62711-6261
Phone: 217.522.8822, Ext. 2222
Fax:    309.420.0402
Email:  tpowell@heylroyster.com

## PROOF OF SERVICE

    I hereby certify that on June 11, 2021, I electronically filed the foregoing instrument, DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF EIGHTH MOTION IN LIMINE, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Stephen H. Weil | Nicole Rae Schult |
| Jonathan I. Loevy | Alan Mills |
| Arthur Loevy | Sarah Blair |
| Sarah C. Grady | Bridget Geraghty |
| LOEVY & LOEVY | UPTOWN PEOPLE'S LAW CENTER |
| Third Floor, 311 North Aberdeen | 4413 North Sheridan |
| Chicago, IL  60607 | Chicago, IL  60640 |
| Email: weil@loevy.com | Email: nicole@uplcchicago.org |
| Email: jon@loevy.com | Email: alan@uplcchicago.org |
| Email: arthur@loevy.com | Email: sarah@uplcchicago.org |
| Email: sarah@loevy.com | Email: bridget@uplcchicago.org |
| ***Attorneys for Plaintiff*** | ***Attorneys for Plaintiff*** |

Matthew J. Maddox
Betsy A. Wirth
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
400 South Ninth Street, Suite 102
Springfield, IL  62701
Email:  mmaddox@quinnjohnston.com
Email:  bwirth@quinnjohnston.com
Email:  jsisson@quinnjohnston.com
***Attorneys for Defendants Arun Abraham, M.D., Advanced Correctional Healthcare, Inc. and Kevin N. McDermott as Special Representative of Michael Shmikler***

                                                s/ Theresa M. Powell
                                                  Theresa M. Powell

TMP/RAK/cs (5487-15)
38823379_1.docx