IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

KELLI ANDREWS, as Administrator of the )
Estate of Tiffany Ann Rusher, deceased, )
)
Plaintiff, )
)
v. ) Case No. 18-cv-1100
)
SANGAMON COUNTY, ILLINOIS, WES BARR, )
LARRY BECK JR., ADVANCED CORRECTIONAL )
HEALTHCARE, INC. ARUN ABRAHAM, MICHAEL )
SHMIKLER, KYLE MEYER, Z. WHITLEY, JENNFER )
EALEY, GUY BOUVET III, AND DOES 1-5, )
)
Defendants. )

## ARUN ABRAHAM, M.D.'S
## ANSWERS TO PLAINTIFF'S INTERROGATORIES

NOW COMES Arun Abraham, M.D. by his attorneys, QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, and for his Answers to Plaintiff's Interrogatories states as follows:

1. State the name, address and phone number of every person who participated in answering these Interrogatories.

**ANSWER:** Dr. Arun V. Abraham
401 Clipper Rd. Springfield, IL 62711
217.953.0352

2. Identify by name and address all persons who have knowledge of facts that relate to any of the claims or defenses in this action, including but not limited to all persons who are not listed in Defendant's Rule 26 Initial Disclosures. If you answer this Interrogatory by incorporating documents, please list under oath the identifies of any and all additional persons not listed in these documents, or, if there are no such additional persons with knowledge responsive to the Interrogatory, please so state under oath.

**ANSWER:** Dr. Arun V. Abraham
401 Clipper Rd. Springfield, IL 62711

Michael C. Shmikler
3906 Pebblebrook Lane Champaign, IL 61822

Tracy Hammitt
37 Downing Drive, Chatham, IL   62629

Kate Daniels
33 Inverness Road, Springfield, IL 62704

Mary Dambacher, NP
#7 Corn Silk, Divernon, IL 62530

Billy Ernst
1 Charlwood, Springfield, IL 62711

Brittany Bandy
3420 S College St. Springfield, IL 62703

All Sangamon County Jail employees and staff as identified by co-defendants.

3. For each person with knowledge responsive to the previous Interrogatory, please describe with particularity any categories of facts known by each such Person relating to the claims or defenses in this action, including all categories of facts about which the person may be competent to testify at trial. If this Interrogatory is answered by incorporating documents, please state under oath whether there are any categories of facts known to any witness relating to the claims or defenses in this action which are not reflected in the documents upon which you rely; in the event you fail to do so, Plaintiff will assume the substance of the witnesses' testimony is strictly limited to what is contained in such documents.

**ANSWER:** Each individual identified in interrogatory #2 has knowledge of the patient, Tiffany Rusher, to the extent that they were involved in her medical care and treatment.

4. For punitive damage purposes, please state your net financial worth as of the time of answering these Interrogatories and for the previous five years. Additionally, please describe how that net worth has been calculated, including your total annual net and gross profits.

**ANSWER:** Defendant Dr. Abraham objects to this interrogatory, as it calls for information which is neither relevant nor reasonably calculated to lead to relevant evidence and is not proportional to the needs of this case, as this request is premature. Leave to seek punitive damages has not been granted.

5. For any Affirmative Defenses pled in this matter, please describe the entire factual basis or bases supporting those defenses. The information sought by this Interrogatory is not a mere recitation of the statutory sections invoked. Plaintiff requests that you provide a detailed description of every fact and legal basis on which the defense is asserted so that Plaintiff may have the opportunity to investigate by way of additional discovery requests. For instance, if there is

any physical, documentary, or testimonial evidence which supports any such defense, please identify it specifically.

**ANSWER:**   Defendant Dr. Abraham objects to the form of the question, as it calls for undue detail and a narrative response more appropriate for deposition.   Without waiving said objection, Defendant Dr. Abraham asserts that his affirmative defenses will be supported by the documents produced in discovery and the testimony of all defendants and Rule 26 witnesses.

6.   For any document responsive to Plaintiff's First Request for Production of Documents to You which has been destroyed or is no longer in Your possession, please describe with detail when and how it became destroyed or lost from Your possession.

**ANSWER:**   Not applicable.

Advanced Correctional Healthcare, Inc., Michael Shmikler, and Arun Abraham, M.D., Defendants

By: _____
Betsy A. Wirth
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

Matthew J. Maddox (Illinois Bar No. 6185870)
Betsy A. Wirth (Illinois Bar No. 6298163)
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
400 South Ninth Street, Suite 102
Springfield, IL 62701
Telephone:   (217) 753-1133
Facsimile:   (217) 753-1180
E-mail:   mmaddox@quinnjohnston.com
E-mail:   bwirth@quinnjohnston.com

## Verification Pursuant to 735 ILCS 5/1-109

Under Penalties provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be no information or belief and as to such matters the undersigned certifies as aforesaid that he verily believes them to be true.

_____

4

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 25, 2019, I sent, via electronic mail, a copy of Arun Abraham, M.D.'s Answers to Plaintiff's Interrogatories to:

Stephen H. Weil
Alexis G. Chardon
Weil & Chardon LLC
333 S. Wabash Ave., Suite 2700
Chicago, IL 60604
steve@weilchardon.com
ali@weilchardon.com

Alan Mills
Elizabeth Mazur
Nichole Schult
Uptown People's Law Center
4413 North Sheridon Road
Chicago, IL 60640
alan@uplcchicago.org
liz@uplcchicago.org
Nicole@uplcchicago.org

Teresa M. Powell
Alisha Lynne Sheehan
Brett Eric Siegel
Heyl Royster Voelker & Allen
3731 Wabash Avenue
PO Box 9678
Springfield, IL 62971
tpowell@heylroyster.com
asheehan@heylroyster.com
bsiegel@heylroyster.com

          /s/ Matthew J. Maddox
          Matthew J. Maddox (Illinois Bar No. 6185870)
          Betsy A. Wirth (Illinois Bar No. 6298163)
          QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
          400 South Ninth Street, Suite 102
          Springfield, IL 62701
          Telephone: (217) 753-1133
          Facsimile: (217) 753-1180
          E-mail: mmaddox@quinnjohnston.com
          E-mail: bwirth@quinnjohnston.com