IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

KELLI ANDREWS, as Administrator of the )
Estate of Tiffany Ann Rusher, deceased, )
                                                     )
     Plaintiff, )
                                                     )
v. )    Case No. 18-cv-1100
                                                   )
SANGAMON COUNTY, ILLINOIS, WES BARR, )
LARRY BECK JR., ADVANCED CORRECTIONAL )
HEALTHCARE, INC. ARUN ABRAHAM, MICHAEL )
SHMIKLER, KYLE MEYER, Z. WHITLEY, JENNFER )
EALEY, GUY BOUVET III, AND DOES 1-5, )
                                                   )
     Defendants. )

## ADVANCED CORRECTIONAL HEALTHCARE, MICHAEL SHMIKLER AND ARUN ABRAHAM, M.D.'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION

NOW COME Advanced Correctional Healthcare, Michael Shmikler and Arun Abraham, M.D. by their attorneys, QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, and for their Response to Plaintiff's First Set of Requests for Production state as follows:

    1.    All documents which relate to, support, or rebut any of the allegations or claims in the Complaint.

**RESPONSE:** Defendants object to the request as it is vague, overly broad and unduly burdensome. Without waiving said objection, Defendants have produced all non-privileged documents within their possession.

    2.    All documents which relate to, support, or rebut any of your affirmative defenses in this matter.

**RESPONSE:** Defendants object to the request as it is vague, overly broad and unduly burdensome. Without waiving said objection, Defendants have produced all non-privileged documents within their possession.

    3.    All documents which you may rely at trial.

**RESPONSE:** Defendants object to the request as it is vague, overly broad and unduly burdensome. Without waiving said objection, Defendants have produced all non-privileged documents within their possession.

4.  All documents relied upon by you to answer Plaintiff's Interrogatories in this matter.

**RESPONSE:** None, other than the medical records produced by ACH pursuant to subpoena.

5.  To the extent not already produced in this matter, all documents relating to the detainment of Tiffany Rusher at Sangamon Jail from December 2016 through March 2017.

**RESPONSE:** Please see the un-redacted Prisoner Location Verification Forms previously produced by Sangamon County Defendants as Sangamon County Produced 1430 U-1475 U.

6.  To the extent not already produced in this matter, all records pertaining to Tiffany Rusher, without limitation to time.

**RESPONSE:** See Response to Request #5.

7.  To the extent not already produced in this matter, all photographs of Tiffany Rusher.

**RESPONSE:** None.

8.  To the extent not already produced in this matter, all notes or recordings of any interviews pertaining to the death of Tiffany Rusher.

**RESPONSE:** Defendants object to this request, as it requires disclosure of documents subject to attorney-client and / or work product privilege. Without waiving said objection, attorneys for Defendants have notes regarding interviews with ACH, Dr. Arun Abraham, Michael Shmikler, Kate Daniels, Billy Ernst, Mary Dambacher and Tracy Hammitt.

9.  To the extent not already produced in this matter, all communications relating to Tiffany Rusher.

**RESPONSE:** Defendants object to this request, as it is overly broad, unduly burdensome and requires disclosure of documents subject to attorney-client and / or work product privilege.

10. Financial statements sufficient to show the total net worth of Advanced Correctional Healthcare and profits and losses for the past five years and the basis for your calculations in response to Plaintiff's Interrogatory No. 4.

**RESPONSE:** Defendant ACH objects to the request as it is unduly burdensome and calls for information which is neither relevant nor reasonably calculated to lead to relevant evidence and is not proportional to the needs of this case; additionally, this request is premature in that leave to seek punitive damages has not been granted.

11. Tax returns of Arun Abraham and Michael Shmikler for the previous five years.

**RESPONSE:** Defendants Dr. Abraham and Michael Shmikler object to the request as it is unduly burdensome, invasive and calls for information which is neither relevant nor reasonably calculated to lead to relevant evidence and is not proportional to the needs of this case; additionally, this request is premature in that leave to seek punitive damages has not been granted.

12. Financial statements sufficient to show the total net worth of Arun Abraham and Michael Shmikler for the previous five years.

**RESPONSE:** Defendants Dr. Abraham and Michael Shmikler object to the request as it is unduly burdensome, invasive and calls for information which is neither relevant nor reasonably calculated to lead to relevant evidence and is not proportional to the needs of this case; additionally, this request is premature in that leave to seek punitive damages has not been granted.

13. To the extent not already produced in this matter, all documents which are responsive to Plaintiff's August 15, 2018 Subpoena to ACH in this matter (the "Subpoena"), which Plaintiffs here incorporate into this Document Request. To the extent that materials are available which supplement or amend our previous response to the Subpoena, you are hereby notified of our obligation to supplement our response to the Subpoena in compliance with the requirements of Federal Rules of Civil Procedure 34 and 26.

**RESPONSE:** See Response to Request #5.

14. The complete personnel files of Arun Abraham and Michael Shmikler.

**RESPONSE:** Please see the attached personnel files for Arun Abraham, M.D. and Michael Shmikler (ACH 000559-000640).

15. A copy of all insurance documents, declaration pages, policies, claims forms, proofs of claim or other documents, pertaining to any and all insurance which was in effect in regard to the provision of services at Sangamon County Jail at the time of the incident in question.

**RESPONSE:** Please see the attached declaration pages (ACH 000522). Defendants object to the production of any additional insurance documents as neither relevant nor reasonably calculated to lead to relevant evidence and is not proportional to the needs of this case and / or subject to privilege.

        Advanced Correctional Healthcare, Inc., Michael Shmikler,
        and Arun Abraham, M.D., Defendants

        By:       *s/Betsy A. Wirth*
                  Betsy A. Wirth
        QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

Matthew J. Maddox (Illinois Bar No. 6185870)
Betsy A. Wirth (Illinois Bar No. 6298163)
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
400 South Ninth Street, Suite 102
Springfield, IL 62701
Telephone:  (217) 753-1133
Facsimile:  (217) 753-1180
E-mail:  mmaddox@quinnjohnston.com
E-mail:  bwirth@quinnjohnston.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 25, 2019, I sent, via electronic mail, a copy of Advance Correctional Healthcare, Michael Shmikler and Arun Abraham's Response to Plaintiff's First Set of Requests for Production to:

Stephen H. Weil
Alexis G. Chardon
Weil & Chardon LLC
333 S. Wabash Ave., Suite 2700
Chicago, IL 60604
steve@weilchardon.com
ali@weilchardon.com

Alan Mills
Elizabeth Mazur
Nichole Schult
Uptown People's Law Center
4413 North Sheridon Road
Chicago, IL 60640
alan@uplcchicago.org
liz@uplcchicago.org
Nicole@uplcchicago.org

Teresa M. Powell
Alisha Lynne Sheehan
Brett Eric Siegel
Heyl Royster Voelker & Allen
3731 Wabash Avenue
PO Box 9678
Springfield, IL 62971
tpowell@heylroyster.com
asheehan@heylroyster.com
bsiegel@heylroyster.com

                                        *s/Betsy A. Wirth*
                                        Matthew J. Maddox (Illinois Bar No. 6185870)
                                        Betsy A. Wirth (Illinois Bar No. 6298163)
                                        QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
                                        400 South Ninth Street, Suite 102
                                        Springfield, IL 62701
                                        Telephone:   (217) 753-1133
                                        Facsimile:   (217) 753-1180
                                        E-mail:      mmaddox@quinnjohnston.com
                                        E-mail:      bwirth@quinnjohnston.com
                                        4822-4728-9226, v. 1