1:18-cv-01100-SEM-TSH #256-4 Filed 09/19/21 Page 1 of 14

E-FILED
Sunday, 19 September, 2021  10:17:43 PM
Clerk, U.S. District Court, ILCD

Steve Weil <weil@loevy.com>

 **Gmail**

## Re: Activity in Case 1:18-cv-01100-SEM-TSH Andrews v. County of Sangamon et al Order on Motion for Summary Judgment [HRVA-HRVA.FID2685968]

1 message

**Steve Weil** <weil@loevy.com>                                                                    Thu, Sep 16, 2021 at 12:35 PM
To: Betsy Wirth <bwirth@quinnjohnston.com>, Matt Maddox <mmaddox@quinnjohnston.com>, pjennetten@quinnjohnston.com
Cc: "Theresa M. Powell" <TPowell@heylroyster.com>, Alan Mills <alan@uplcchicago.org>, Sarah Grady <sarah@loevy.com>, Isabella Aguilar <aguilar@loevy.com>, Bridget Geraghty <bridget@uplcchicago.org>

Betsy:

This is entirely unacceptable.  During fact discovery your clients asked for leave to respond to our punitive damages discovery after summary judgment.  We agreed to that accommodation, but your clients have flagrantly abused our agreement.  Both sides agreed that your clients would get us punitive damage discovery responses 30 days after the summary judgment decision.  I reminded Mr. Maddox and you of this obligation on July 3, just a few days after the decision was issued.  Yet it is evident that only now is your client making some attempt to gather responsive information--more than 70 days after the summary judgment decision was issued, and after we sent you multiple reminders in the interim.

Plaintiff is being prejudiced by this delay and the prejudice is growing by the day, particularly because the delay cripples our ability to conduct follow-up discovery in time for trial in the event your clients' responses require it.  If we do not receive a full response by COB tomorrow, we will be forced to move for sanctions.  They will include monetary sanctions, possible evidentiary sanctions, and the right to conduct expedited follow-up discovery, including the right to inspect your clients' records if we determine that your clients' disclosures are inadequate. I will also say that at this point we may need to request some of these remedies in any event, depending on what discovery responses your clients disclose.

We expect that you will send any responses electronically, whether or not you also send them by US Mail.

Best regards,

Steve
--
Stephen H. Weil
LOEVY & LOEVY
311 N. Aberdeen
Chicago, IL 60607
Tel:  312-243-5900
Fax: 312-243-5902
weil@loevy.com


On Thu, Sep 16, 2021 at 11:21 AM Betsy Wirth <bwirth@quinnjohnston.com> wrote:

Good morning, Steve,


I received some documents from ACH and reviewed them. I let the Controller I am working with know that what she provided to me is insufficient. I am waiting on a response from her for how long it will take to get me sufficient documents to respond. I will follow up with you as soon as I hear from her. I am also waiting on a response from Dr. A regarding his accountant's progress.


*Betsy A. Wirth*

**Associate**

Quinn Johnston
400 S. Ninth St., Ste. 102
Springfield, IL  62701
Phone:  217.753.1133
Fax:  217.753.1180
Email:  bwirth@quinnjohnston.com
Web:  www.quinnjohnston.com





This electronic mail message is intended only for the use of the person or entity to whom it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure. Distribution or copying by any person or entity other than the intended recipient is hereby prohibited. If you receive this message in error, please notify the law office of Quinn Johnston (400 S. Ninth St., Ste. 102, Springfield, IL  62701) of the error, delete the message and destroy any copy of the message.

9/19/21, 9:11 PM    Loevy & Loevy Mail - Re: Activity in Case 1:18-cv-01100-SEM-TSH Andrews v. County of Sangamon et al Order on Motion for Su…

1:18-cv-01100-SEM-TSH #256-4 Filed 09/19/21 Page 2 of 14



**From:** Steve Weil <weil@loevy.com>
**Sent:** Thursday, September 16, 2021 9:44 AM
**To:** Betsy Wirth <bwirth@quinnjohnston.com>
**Cc:** Theresa M. Powell <TPowell@heylroyster.com>; Matt Maddox <MMaddox@quinnjohnston.com>; Bridget Geraghty <bridget@uplcchicago.org>; Alan Mills <alan@uplcchicago.org>; Nicole Schult <nicole@uplcchicago.org>; Sarah Grady <sarah@loevy.com>
**Subject:** Re: Activity in Case 1:18-cv-01100-SEM-TSH Andrews v. County of Sangamon et al Order on Motion for Summary Judgment [HRVA-HRVA.FID2685968]

Betsy,

We did not receive any of the punitive damages discovery responses yesterday.  If you sent them by mail, please send us copies via email.  If you have not responded, please advise.

Thanks

--

Stephen H. Weil

LOEVY & LOEVY

311 N. Aberdeen

Chicago, IL 60607

Tel:  312-243-5900

Fax: 312-243-5902

weil@loevy.com

On Wed, Sep 1, 2021 at 3:50 PM Betsy Wirth <bwirth@quinnjohnston.com> wrote:

Yes – the answer to the punitive damages interrogatory and the supporting documentation in response to the request to produce.

*Betsy A. Wirth*

**Associate**
    Quinn Johnston
    400 S. Ninth St., Ste. 102
    Springfield, IL  62701
    Phone:  217.753.1133
    Fax:  217.753.1180
    Email:  bwirth@quinnjohnston.com
    Web:  www.quinnjohnston.com



This electronic mail message is intended only for the use of the person or entity to whom it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure. Distribution or copying by any person or entity other than the intended recipient is hereby prohibited. If you receive this message in error, please notify the law office of Quinn Johnston (400 S. Ninth St., Ste. 102, Springfield, IL  62701) of the error, delete the message and destroy any copy of the message.

https://mail.google.com/mail/u/0?ik=873b3eacd1&view=pt&search=all&permthid=thread-f%3A1704296849938063398%7Cmsg-a%3Ar82513261864…    2/14



**From:** Steve Weil <weil@loevy.com>
**Sent:** Wednesday, September 1, 2021 3:49 PM
**To:** Betsy Wirth <bwirth@quinnjohnston.com>
**Cc:** Theresa M. Powell <TPowell@heylroyster.com>; Matt Maddox <MMaddox@quinnjohnston.com>; Bridget Geraghty <bridget@uplcchicago.org>; Alan Mills <alan@uplcchicago.org>; Nicole Schult <nicole@uplcchicago.org>; Sarah Grady <sarah@loevy.com>
**Subject:** Re: Activity in Case 1:18-cv-01100-SEM-TSH Andrews v. County of Sangamon et al Order on Motion for Summary Judgment [HRVA-HRVA.FID2685968]

Thanks Betsy.  To clarify, is that written responses and production of responsive documents by 9/15?

--

Stephen H. Weil

LOEVY & LOEVY

311 N. Aberdeen

Chicago, IL 60607

Tel:  312-243-5900

Fax: 312-243-5902

weil@loevy.com

On Wed, Sep 1, 2021 at 3:47 PM Betsy Wirth <bwirth@quinnjohnston.com> wrote:

> Good afternoon, Steve,
>
> I have confirmation from ACH that they will be able to respond on or before September 15. I am waiting on confirmation from Dr. Abraham by his accountant. Thank you!

**Betsy A. Wirth**

**Associate**
　Quinn Johnston
　400 S. Ninth St., Ste. 102
　Springfield, IL  62701
　Phone:  217.753.1133
　Fax:  217.753.1180
　Email:  bwirth@quinnjohnston.com
　Web:  www.quinnjohnston.com

 QUINN JOHNSTON

This electronic mail message is intended only for the use of the person or entity to whom it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure. Distribution or copying by any person or entity other than the intended recipient is hereby prohibited. If you receive this message in error, please notify the law office of Quinn Johnston (400 S. Ninth St., Ste. 102, Springfield, IL  62701) of the error, delete the message and destroy any copy of the message.



**From:** Steve Weil <weil@loevy.com>
**Sent:** Monday, August 30, 2021 9:52 AM
**To:** Betsy Wirth <bwirth@quinnjohnston.com>
**Cc:** Theresa M. Powell <TPowell@heylroyster.com>; Matt Maddox <MMaddox@quinnjohnston.com>; Bridget Geraghty <bridget@uplcchicago.org>; Alan Mills <alan@uplcchicago.org>; Nicole Schult <nicole@uplcchicago.org>; Sarah Grady <sarah@loevy.com>
**Subject:** Re: Activity in Case 1:18-cv-01100-SEM-TSH Andrews v. County of Sangamon et al Order on Motion for Summary Judgment [HRVA-HRVA.FID2685968]

Betsy,

While we asked your clients to respond and produce by 9/15, we have received no commitment that your clients will do so.  If you are committing your clients to respond and produce by 9/15 then we do not have an issue.  If you are not committing responses and production by 9/15, however, then we are at issue and we will bring this up at the status.  An answer that your clients are now working on a response is not sufficient--that was the position you took on July 3, and as you can see from this chain I have been trying to get a new response & production date from your clients since August 12.

Please clarify whether your clients will respond and produce by 9/15.

Best regards,

Steve

--

Stephen H. Weil

LOEVY & LOEVY

311 N. Aberdeen

Chicago, IL 60607

Tel:  312-243-5900

Fax: 312-243-5902

weil@loevy.com

On Mon, Aug 30, 2021 at 9:31 AM Betsy Wirth <bwirth@quinnjohnston.com> wrote:

> Good morning, Steve,
>
> I am unclear about what, "issue" we have at this point? You have graciously offered to extend the deadline for the response to September 15 and I have advised my clients of the same. ACH has assigned one of their employees to begin work on the responses. Dr. Abraham has asked his accountant to work on his responses.
>
> **Betsy A. Wirth**
>
> **Associate**
>    Quinn Johnston
>    400 S. Ninth St., Ste. 102
>    Springfield, IL  62701
>    Phone:  217.753.1133
>    Fax:  217.753.1180
>    Email:  bwirth@quinnjohnston.com
>    Web:  www.quinnjohnston.com

**QJ | QUINN JOHNSTON**

This electronic mail message is intended only for the use of the person or entity to whom it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure. Distribution or copying by any person or entity other than the intended recipient is hereby prohibited. If you receive this message in error, please notify the law office of Quinn Johnston (400 S. Ninth St., Ste. 102, Springfield, IL 62701) of the error, delete the message and destroy any copy of the message.



**From:** Steve Weil <weil@loevy.com>
**Sent:** Saturday, August 28, 2021 2:58 PM
**To:** Betsy Wirth <bwirth@quinnjohnston.com>
**Cc:** Theresa M. Powell <TPowell@heylroyster.com>; Matt Maddox <MMaddox@quinnjohnston.com>; Bridget Geraghty <bridget@uplcchicago.org>; Alan Mills <alan@uplcchicago.org>; Nicole Schult <nicole@uplcchicago.org>; Sarah Grady <sarah@loevy.com>
**Subject:** Re: Activity in Case 1:18-cv-01100-SEM-TSH Andrews v. County of Sangamon et al Order on Motion for Summary Judgment [HRVA-HRVA.FID2685968]

Betsy,

I want to advise you that we plan to raise this issue at the 9/2 status conference if it is not resolved before then.

Best regards,

Steve

--

Stephen H. Weil

LOEVY & LOEVY

311 N. Aberdeen

Chicago, IL 60607

Tel: 312-243-5900

Fax: 312-243-5902

weil@loevy.com

On Thu, Aug 26, 2021 at 10:35 AM Betsy Wirth <bwirth@quinnjohnston.com> wrote:

> Good morning, Steve,
>
> I have advised my clients of the deadline you proposed – I am waiting to hear back from them to make sure that they can comply with this deadline. I will let you know as soon as I hear from them.
>
> *Betsy A. Wirth*
>
> **Associate**
>     Quinn Johnston

400 S. Ninth St., Ste. 102
Springfield, IL  62701
Phone:  217.753.1133
Fax:  217.753.1180
Email:  bwirth@quinnjohnston.com
Web:  www.quinnjohnston.com

 QUINN JOHNSTON

This electronic mail message is intended only for the use of the person or entity to whom it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure. Distribution or copying by any person or entity other than the intended recipient is hereby prohibited. If you receive this message in error, please notify the law office of Quinn Johnston (400 S. Ninth St., Ste. 102, Springfield, IL 62701) of the error, delete the message and destroy any copy of the message.



---

**From:** Steve Weil <weil@loevy.com>
**Sent:** Wednesday, August 25, 2021 12:57 PM
**To:** Betsy Wirth <bwirth@quinnjohnston.com>
**Cc:** Theresa M. Powell <TPowell@heylroyster.com>; Matt Maddox <MMaddox@quinnjohnston.com>; Bridget Geraghty <bridget@uplcchicago.org>; Alan Mills <alan@uplcchicago.org>; Nicole Schult <nicole@uplcchicago.org>; Sarah Grady <sarah@loevy.com>
**Subject:** Re: Activity in Case 1:18-cv-01100-SEM-TSH Andrews v. County of Sangamon et al Order on Motion for Summary Judgment [HRVA-HRVA.FID2685968]

Betsy,

Can you please tell us the status of this request.

Thanks,

Steve

--

Stephen H. Weil

LOEVY & LOEVY

311 N. Aberdeen

Chicago, IL 60607

Tel:  312-243-5900

Fax: 312-243-5902

weil@loevy.com

On Mon, Aug 23, 2021 at 9:06 AM Betsy Wirth <bwirth@quinnjohnston.com> wrote:

Good morning, Steve,

I will follow up with ACH regarding the September 15 deadline. Thank you!

### *Betsy A. Wirth*

**Associate**

Quinn Johnston
400 S. Ninth St., Ste. 102
Springfield, IL  62701
Phone:  217.753.1133
Fax:  217.753.1180
Email:  bwirth@quinnjohnston.com
Web:  www.quinnjohnston.com



QJ | QUINN JOHNSTON

This electronic mail message is intended only for the use of the person or entity to whom it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure. Distribution or copying by any person or entity other than the intended recipient is hereby prohibited. If you receive this message in error, please notify the law office of Quinn Johnston (400 S. Ninth St., Ste. 102, Springfield, IL  62701) of the error, delete the message and destroy any copy of the message.



**From:** Steve Weil <weil@loevy.com>
**Sent:** Saturday, August 21, 2021 12:16 PM
**To:** Betsy Wirth <bwirth@quinnjohnston.com>
**Cc:** Theresa M. Powell <TPowell@heylroyster.com>; Matt Maddox <MMaddox@quinnjohnston.com>; Bridget Geraghty <bridget@uplcchicago.org>; Alan Mills <alan@uplcchicago.org>; Nicole Schult <nicole@uplcchicago.org>; Sarah Grady <sarah@loevy.com>
**Subject:** Re: Activity in Case 1:18-cv-01100-SEM-TSH Andrews v. County of Sangamon et al Order on Motion for Summary Judgment [HRVA-HRVA.FID2685968]

Betsy,

Respectfully, this is not acceptable.  We agreed to forego this discovery during the merits based on your representation that you would provide responses within 30 days after summary judgment.  And I reminded you of this obligation on July 3.  From your email, however, it appears that your clients are only now beginning the process of gathering responsive information.  This puts us at a disadvantage, particularly with respect to ACH, since we anticipate that discovery enforcement will be required.

We have other cases against ACH where the company similarly seeks such a delay in punitives discovery.  We will not be in a position to agree to those requests if ACH fails to comply with its end of the agreement.

Please let us know by Tuesday whether your clients will provide responses (and related production) by September 15.  That is more than 30 days after I renewed the request for these responses and it is more than 70 days after the summary judgment ruling.

Best regards,

Steve

--

Stephen H. Weil

LOEVY & LOEVY

311 N. Aberdeen

9/19/21, 9:11 PM          Loevy & Loevy Mail - Re: Activity in Case 1:18-cv-01100-SEM-TSH Andrews v. County of Sangamon et al Order on Motion for Su…

1:18-cv-01100-SEM-TSH #256-4  Filed: 09/19/21  Page 8 of 14

Chicago, IL 60607

Tel:  312-243-5900

Fax: 312-243-5902

weil@loevy.com


On Thu, Aug 19, 2021 at 8:01 AM Betsy Wirth <bwirth@quinnjohnston.com> wrote:

Good morning, Steve,

I have spoken with Dr. Abraham – he will need to employ his accountant to prepare his responses. Dr. Abraham has multiple business interests outside of his primary employment. Dr. Abraham is also dealing with his mother's grave illness and travelling frequently to address that. We are requesting a 45 day extension based on this. I know this seems like a long time – but had our previous schedule remained in place, you would have had responses mere weeks before the trial. You should have his responses in plenty of time prior to our scheduled February trial date in case you need to do any additional discovery based on his responses. Utilizing the accountant should help avoid the need for that as well.

I am working with ACH as well – I am still waiting on their response as far as a timeline to produce their response. I will update you as soon as that information becomes available.

*Betsy A. Wirth*

**Associate**
 Quinn Johnston
 400 S. Ninth St., Ste. 102
 Springfield, IL  62701
 Phone:  217.753.1133
 Fax:  217.753.1180
 Email:  bwirth@quinnjohnston.com
 Web:  www.quinnjohnston.com



This electronic mail message is intended only for the use of the person or entity to whom it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure. Distribution or copying by any person or entity other than the intended recipient is hereby prohibited. If you receive this message in error, please notify the law office of Quinn Johnston (400 S. Ninth St., Ste. 102, Springfield, IL  62701) of the error, delete the message and destroy any copy of the message.



**From:** Steve Weil <weil@loevy.com>
**Sent:** Tuesday, August 17, 2021 11:32 PM
**To:** Theresa M. Powell <TPowell@heylroyster.com>; Matt Maddox <MMaddox@quinnjohnston.com>; Betsy Wirth <bwirth@quinnjohnston.com>
**Cc:** Bridget Geraghty <bridget@uplcchicago.org>; Alan Mills <alan@uplcchicago.org>; Nicole Schult <nicole@uplcchicago.org>; Sarah Grady <sarah@loevy.com>
**Subject:** Re: Activity in Case 1:18-cv-01100-SEM-TSH Andrews v. County of Sangamon et al Order on Motion for Summary Judgment [HRVA-HRVA.FID2685968]

Matt and Betsy,

We agreed that you would produce punitive damages discovery responses 30 days after the summary judgment decision in this case.  Your responses to our punitive damages discovery are now more than two weeks overdue.  You have never requested an extension.  I've asked you to let me know whether you agree to the 8/24 production proposal in yesterday's email by COB last Friday, but I have not heard anything.  That is not appropriate.

We are renewing our request that you respond to our punitive damages discovery by 8/24, three weeks past its due date.  Please let us know whether you will agree to do so by COB tomorrow.

Best regards,

Steve

--

Stephen H. Weil

LOEVY & LOEVY

311 N. Aberdeen

Chicago, IL 60607

Tel:  312-243-5900

Fax: 312-243-5902

weil@loevy.com

On Thu, Aug 12, 2021 at 11:12 AM Steve Weil <weil@loevy.com> wrote:

> Theresa,
>
> We don't mind waiting to receive the discovery responses until after the mediation but we assume your clients have been working to gather that information in the meantime.   We would ask that we receive responses by 8/24.  We need that time to engage in any discovery enforcement that may be necessary in advance of trial.
>
> If the County defendants or ACH defendants object to that timeline please let me know by COB tomorrow.
>
> --
> Stephen H. Weil
>
> LOEVY & LOEVY
>
> 311 N. Aberdeen
>
> Chicago, IL 60607
>
> Tel:  312-243-5900
>
> Fax: 312-243-5902
>
> weil@loevy.com
>
> On Thu, Aug 12, 2021 at 10:59 AM Theresa M. Powell <TPowell@heylroyster.com> wrote:
>
>> We will get this to you after the mediation if not successful.
>>
>> We can work out a date then.
>>
>> Sent from my iPhone
>>
>>> On Aug 12, 2021, at 10:41 AM, Steve Weil <weil@loevy.com> wrote:
>>>
>>> Counsel,
>>>
>>> More than 30 days have passed since the summary judgment ruling.  Please let us know when we can expect responses to our punitive damages discovery.

Best regards,

Steve

--

Stephen H. Weil

LOEVY & LOEVY

311 N. Aberdeen

Chicago, IL 60607

Tel:  312-243-5900

Fax: 312-243-5902

[weil@loevy.com](mailto:weil@loevy.com)

On Sat, Jul 3, 2021 at 4:08 PM Matt Maddox <[MMaddox@quinnjohnston.com](mailto:MMaddox@quinnjohnston.com)> wrote:

> We are in accord with Theresa
>
> Get [Outlook for iOS](https://aka.ms/o0ukef)
>
> ---
>
> **From:** Steve Weil <[weil@loevy.com](mailto:weil@loevy.com)>
> **Sent:** Saturday, July 3, 2021 4:07:40 PM
> **To:** Theresa M. Powell <[TPowell@heylroyster.com](mailto:TPowell@heylroyster.com)>
> **Cc:** Matt Maddox <[MMaddox@quinnjohnston.com](mailto:MMaddox@quinnjohnston.com)>; Betsy Wirth <[bwirth@quinnjohnston.com](mailto:bwirth@quinnjohnston.com)>; Alan Mills <[alan@uplcchicago.org](mailto:alan@uplcchicago.org)>; Bridget Geraghty <[bridget@uplcchicago.org](mailto:bridget@uplcchicago.org)>; Sarah Grady <[sarah@loevy.com](mailto:sarah@loevy.com)>; Nicole Schult <[nicole@uplcchicago.org](mailto:nicole@uplcchicago.org)>; 15 _5487_ Correspondence <[{F2685968}.HRVA@dmscomm.hrva.local](mailto:{F2685968}.HRVA@dmscomm.hrva.local)>
> **Subject:** Re: Activity in Case 1:18-cv-01100-SEM-TSH Andrews v. County of Sangamon et al Order on Motion for Summary Judgment [HRVA-HRVA.FID2685968]
>
> Thanks for the update Theresa.  We don't disagree that the parties originally agreed to 30 days but I don't think either side contemplated such a short turnaround, and we need time to enforce if the defendants' disclosures are inadequate.  We haven't determined whether a motion with the court would be noticed as a motion to change the deadline or a motion to compel, but the effect would be the same--to adjust the response deadline in light of our smaller window.
>
> In the meantime we will get you the final PTO as you requested.
>
> Matt and Betsy, please advise as to your clients' position on the punitive discovery.
>
> Thanks,
>
> Steve
>
>  --
>
> Stephen H. Weil
>
> LOEVY & LOEVY
>
> 311 N. Aberdeen
>
> Chicago, IL 60607
>
> Tel:  312-243-5900
>
> Fax: 312-243-5902
>
> [weil@loevy.com](mailto:weil@loevy.com)

On Sat, Jul 3, 2021 at 3:28 PM Theresa M. Powell <[TPowell@heylroyster.com](mailto:TPowell@heylroyster.com)> wrote:

1:18-cv-01100-SEM-TSH  #256-4  Filed: 09/19/21  Page 11 of 14

Steve,

I have sent your discovery to my clients to answer.  I expect to find out from them on Tuesday how long they think this will take to provide answers.

I will respond to you then with a better timeline. Since the order gives us 30 days, I don't see a basis for a motion to compel as technically nothing is overdue. I don't mind getting you the information earlier than the 30 days, but I cannot tell you a specific date today.

Please send us your side of the final pretrial order so we can fill in our side.

Thank you.

Sincerely,

**Theresa M. Powell**

*Shareholder/Office Managing Partner*

**Heyl, Royster, Voelker & Allen, P.C.**

3731 Wabash Avenue • Springfield, IL 62711



Web:      www.heylroyster.com

Phone:   217.522.8822

Fax:      217.523.3902

**From:** Steve Weil [mailto:weil@loevy.com]
**Sent:** Saturday, July 3, 2021 3:20 PM
**To:** Theresa M. Powell <TPowell@heylroyster.com>
**Cc:** Matt Maddox <MMaddox@quinnjohnston.com>; Betsy Wirth <bwirth@quinnjohnston.com>; Alan Mills <alan@uplcchicago.org>; Bridget Geraghty <bridget@uplcchicago.org>; Sarah Grady <sarah@loevy.com>; Nicole Schult <nicole@uplcchicago.org>
**Subject:** Re: Activity in Case 1:18-cv-01100-SEM-TSH Andrews v. County of Sangamon et al Order on Motion for Summary Judgment

Counsel,

We asked for your position by COB yesterday regarding whether you would agree to respond to this punitive damages discovery by July 10.  We haven't received a response from any of you to that question.  (Theresa has corresponded but I don't believe has responded to the 10-day request.)

We would rather not go before the court to compel the responses, but as I said, given the timing of the summary judgment decision and the current trial date, a 30-day window is simply not practicable.  And given our small window of time we need to get this resolved sooner rather than later.

I'm asking again that you respond to my 10-day discovery request, by the end of the day tomorrow.  I don't like asking for a response over the weekend but once again, our time is extremely short.  If you don't respond by then we'll assume that you are rejecting my 10-day response request.

I'm available anytime to discuss this matter with you, including the precise deadline if you need slightly more time.  We don't want to impose an undue burden with the short response time but we want to ensure we get responses in time to address any issues before trial.

Thanks in advance and best regards,

- Steve

 --

Stephen H. Weil

LOEVY & LOEVY

311 N. Aberdeen

Chicago, IL 60607

Tel:  312-243-5900

Fax: 312-243-5902

[weil@loevy.com](mailto:weil@loevy.com)

On Thu, Jul 1, 2021 at 9:31 PM Steve Weil <[weil@loevy.com](mailto:weil@loevy.com)> wrote:

> Theresa this is the relevant discovery:
>
> - 2018.08.15 Interrogatories to County Defendants, #12
>
> - 2019.01.24 Interrogatories to Meyer / Bouvet / Whitley / Ealey #4
>
> - 2019.01.24 RFPs to  Meyer / Bouvet / Whitley / Ealey #10
>
> - 2019.03.06 Interrogatories to Abraham #4
>
> - 2019.03.06 Interrogatories to Shmikler #4
>
> - 2019.03.06 Interrogatories to ACH #4
>
> - 2019.03.06 RFPs to ACH Defendants # 10
>
> Also please note that our RFPs to all defendants contain requests for production of all documents relied upon in answering interrogatories.  See e.g. 2019.03.06 RFP to ACH defendants #4.
>
> I'm having a bit of computer trouble so am not able to download these discovery requests at the moment.  Let me know if you need it and we'll be able to get you these requests tomorrow.
>
> Thanks,
>
> - Steve
>
>   --
>
> Stephen H. Weil
>
> LOEVY & LOEVY
>
> 311 N. Aberdeen
>
> Chicago, IL 60607
>
> Tel:  312-243-5900
>
> Fax: 312-243-5902
>
> [weil@loevy.com](mailto:weil@loevy.com)
>
> On Thu, Jul 1, 2021 at 6:32 PM Theresa M. Powell <[TPowell@heylroyster.com](mailto:TPowell@heylroyster.com)> wrote:
>
>> Can you please resend the discovery you are referring to ?
>>
>> Thanks
>>
>> Sent from my iPad

On Jul 1, 2021, at 6:26 PM, Steve Weil <weil@loevy.com> wrote:


Hello Counsel,


During discovery, the parties agreed that the defendants would respond to Plaintiffs' discovery relating to punitive damages, if and when Plaintiff survived summary judgment.  The agreement is reflected in ECF 62, which is attached to this email.


Our agreement contemplated a response period of 30 days after the summary judgment decision.  Given the closeness of the Court's summary judgment decision to trial and the impending pretrial deadlines, however, we don't believe such a long response period is practicable.  We therefore propose that the defendants provide responses by Saturday, 7/10.  We think that balances the defendants' need for time to gather responsive information with the current deadlines in the case.


Please advise by COB tomorrow whether this is agreeable to you.


Thanks and best regards,


Steve

    --

Stephen H. Weil

LOEVY & LOEVY

311 N. Aberdeen

Chicago, IL 60607

Tel:  312-243-5900

Fax: 312-243-5902

weil@loevy.com




---------- Forwarded message ---------
From: <ECF_Returns@ilcd.uscourts.gov>
Date: Thu, Jul 1, 2021 at 2:26 PM
Subject: Activity in Case 1:18-cv-01100-SEM-TSH Andrews v. County of Sangamon et al Order on Motion for Summary Judgment
To: <ECF_Notices@ilcd.uscourts.gov>


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**CENTRAL DISTRICT OF ILLINOIS**

**Notice of Electronic Filing**

The following transaction was entered on 7/1/2021 at 2:24 PM CDT and filed on 7/1/2021

| | |
|---|---|
| **Case Name:** | Andrews v. County of Sangamon et al |
| **Case Number:** | 1:18-cv-01100-SEM-TSH |
| **Filer:** | |
| **Document Number:** | 244 |

**SUMMARY JUDGMENT ORDER Entered by Judge Sue E. Myerscough on 7/1/2021. IT IS ORDERED that Defendants' motions for summary judgment are denied. [177], [180], [181] (KB)**

**1:18-cv-01100-SEM-TSH Notice has been electronically mailed to:**

Alan Mills     alan@uplcchicago.org

Arthur Loevy     arthur@loevy.com, docket@loevy.com

Betsy Ann Wirth     bwirth@quinnjohnston.com, abedinger@quinnjohnston.com, jsisson@quinnjohnston.com

Bridget Kate Geraghty     bridget@uplcchicago.org

Jonathan I Loevy     jon@loevy.com, melinda@loevy.com

Kevin N McDermott     Kevin@kevinnmcdermott.com

Matthew J Maddox     mmaddox@qjhpc.com, jsisson@qjhpc.com

Nicole Rae Schult     nicole@uplcchicago.org, bridget@uplcchicago.org, melissa@uplcchicago.org, musa@uplcchicago.org

Sarah C Grady     sarah@loevy.com, lucia@loevy.com

Sarah Elizabeth Blair     sarah@uplcchicago.org

Stephen H Weil     weil@loevy.com, lucia@loevy.com

Theresa M Powell     tpowell@heylroyster.com, cskaggs@heylroyster.com, sprecf@heylroyster.com

**1:18-cv-01100-SEM-TSH Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=7/1/2021] [FileNumber=4123278-0]
[a08cbccc72941177dff3d5a4e24e23f87d605a3f4494dd10680be1337c55dfc340ce
ae9aa734026c80b19cf47f565a56aae8cad58c5393efabd47e77f366514d]]

<62.Joint Mtn to Amend Schedule.pdf>