# EXHIBIT LIST FOR THE SANGAMON COUNTY DEFENDANTS
**(Defendants Sangamon County, Campbell, Bouvet, Ealey, Meyer, and Whitley)**

| **Andrews v. Sangamon County, et al.** | Case No. 18-cv-1100 |
|---|---|

**Sangamon County Defendants' Expect to Offer:**

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 1-1597 | McFarland Mental Health Center Records (bates McFarland 1-1597) | | | |
| 1598-2577 | Advanced Correctional Healthcare records (bates 1-934 and 099-A-099-RR) | | | |
| 2578-3130 | Exhibits 1-7 and 15-16 attached to Advanced Correctional Healthcare Motion for Summary Judgment, d/e 177 | | | |
| 3131-3560 | Sangamon County Jail medical records for Tiffany Rusher (bates SCJ Medical Records Tiffany Rusher 1-429) | | | |
| 3561-3692 | Sangamon County Jail mental health records for Tiffany Rusher (bates Sangamon County Tiffany Rusher 1-131) | | | |
| 3693-3698 | Sangamon County Jail Incident Report from date of incident (bates Sangamon County Produced 126-130) | | | |
| 3699-3729 | Sangamon County Jail Incident Reports for period of 12-15-2016 through 3-19-2017, Incident Report for 3/19/2017 and Extraordinary or Unusual Occurrences for 3-18-2017 incident (bates Sangamon County Produced 995-1020, 1502-1507) | | | |

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 3730-3768 | Sangamon County Jail records for Tiffany Rusher (bates Sangamon County Produced 1479, 1602-1621, 1630-1640, booking records 1641-1646, 1647-1650) | | | |
| 3769-3781 | IC Solutions Call Records (bates Sangamon County Produced 719-731) | | | |
| 3782 | Medical/Psychological Referral Form (bates Sangamon County Produced 889) | | | |
| 3783-3786 | Review of Detainee in Observation Forms (bates Sangamon County Produced 885-888) | | | |
| 3787-3804 | McFarland Discharge Summary (bates Sangamon County Produced 890-907) | | | |
| 3805-3819 | Petition and Order, 16-MH-1 | | | |
| 3820-3912 | Daily Admin. Disciplinary Reports (bates Sangamon County Produced 1509-1601) | | | |
| 3913-3916 | Special Diet Orders (bates Sangamon County Produced 182, 521-522) | | | |
| 3917-3949 | Jail Incident Reports (bates Sangamon County Produced 988-1020) | | | |
| 3950-4250 | Daily Shift Activity Reports (bates Sangamon County Produced 4975-5275) | | | |
| 4251 | Cell Detail Form (bates Sangamon County Produced 1967) | | | |

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 4252-4271 | Medical Contract – Agreement for the Provision of Inmate Health Services at the Sangamon County Jail, Sangamon County, Illinois between County of Sangamon and Advanced Correctional Healthcare, Inc. (bates Sangamon County Produced 1736-1755) | | | |
| 4272-4278 | Police report (bates Sangamon County Produced 1758-1764) | | | |
| 4279-4604 | Sangamon County Jail Daily Shift Activity Reports (bates Sangamon County Produced 1765-1790 and 004975-005275) | | | |
| 4605 | Sangamon County Jail Inmate Housing History Report for Tiffany Rusher (bates Sangamon County Produced 2746) | | | |
| 4606-4682 | Sangamon County Documents (001659-001735) | | | |
| 4683-4684 | Floor Plan - Sangamon County Confidential Documents (001756-001757) | | | |
| 4685-4868 | Officer Location Incident for 3-10-2017 to 3-18-2017 (001791-001974) | | | |
| 4869-6556 | Sangamon County Documents (bates 000011-001698) | | | |
| 6557 | 1-11-17 Inmate Medical Clearing Form for Tiffany A. Rusher (009027) | | | |
| 6558-6807 | Sangamon County Produced 11-260 | | | |

3

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 6808-7066 | Sangamon County Produced 261-519 | | | |
| 7067-7073 | Sangamon County Produced 520-525 | | | |
| 7074 | SCP 604- Booking card | | | |
| 7075-7076 | SCP 607 & 609 Bouvet incident report | | | |
| 7077-7081 | SCP 610-613 incident reports | | | |
| 7082-7089 | SCP 615- 622 Court Location records | | | |
| 7090 | SCP 623 | | | |
| 7091-7227 | SCP 634-770 | | | |
| 7228-7234 | SCP 791-797 cell checks | | | |
| 7235-7430 | SCP 825-1020 | | | |
| 7431 | SCP 972 Housing while incarcerated | | | |
| 7432-7444 | SCP 973-985 phone logs | | | |
| 7445-7449 | SCP 990-994 | | | |
| 7450-7475 | SCP 995-1020 | | | |
| 7476-7741 | SCP 1021-1286 | | | |
| 7742-7963 | SCP 1287-1508 | | | |
| 7964-8189 | Documents which relate to, support or rebut any allegation or claim in complaint (38 U; 634-717U; 964-965U; 968U; 1430 U-1475U; 1480-1492U; 1508-1601U) | | | |
| 8190-8235 | Prisoner Location Verification Reports (bates CONFIDENTIAL Sangamon County Produced 1430 U – 1475 U) | | | |
| 8236-8329 | Sangamon County Jail Daily Administrative Disciplinary Reports for period of 12-15-2016 through 3-18-2017 (bates Sangamon County Produced 38 U and 1509-1601 U) | | | |

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 8330-8354 | Complaint from Kelli Andrews, as Administrator of the Estate of Tiffany Rusher, Deceased v. Bruce Rauner, The State of Illinois, John R. Baldwin, Jeff Sim, He Yuan, Brian Richardson, The Illinois Department of Corrections and Wexford Health Sources, Inc., CDIL 18-cv-1101 (bates SCO-ESI 000090-SCO-ESI 000114) | | | |
| 8355-8372 | Documents defendants may rely on at trial (SCO-ESI-000279–SCO-ESI-000296) | | | |
| 8373-8441 | Documents relating to detainment of Tiffany Rusher at Sangamon County Jail for December 2016-March 2017 (SCO-ESI-000279-000296; SCO-ESI-000321-SCO-ESI-366; SCO-ES7973I-000369-SCO-ESI-000375) | | | |
| 8442-8453 | Court Case Information Printout for 2016-CF-001287 (1-11) | | | |
| 8454-8460 | Expert Report - Michael R. Jarvis, M.D., Ph.D. | | | |
| 8461-8620 | Expert Report - Sean T. Stewart, Captain | | | |
| 8621 | Index of Tiffany Rusher Audio CDs | | | |
| 8622 | Tiffany A. Rusher Scene Photos from ISP CSI (CD 1) | | | |
| 8623 | Tiffany A. Rusher Autopsy Photos (CD 2) | | | |
| 8624 | Tiffany A. Rusher 911 call recording (CD 3) | | | |

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 8625-8628 | Sangamon County Jail audio recordings of phone calls made by Tiffany Rusher (thumb drive; CD 4: Tiffany A. Rusher phone calls 12-15-2016 to 1-2-2017; CD 5: Tiffany A. Rusher phone calls 1-2-2017 to 3-2-2017) | | | |
| 8629 | Tiffany A. Rusher Surveillance Video of print room near shower area in Sangamon County Jail (CD 6) | | | |
| 8630 | Tiffany A. Rusher Surveillance Video of main hall in Sangamon County Jail (CD 7) | | | |
| 8631 | Tiffany A. Rusher Surveillance Video at Tiffany Rusher's cell in Sangamon County Jail (CD 8) | | | |
| 8632 | Tiffany A. Rusher 3/18/17 Surveillance Video of Sangamon County Jail (CD 9) | | | |
| 8633 | 3/18/17 Surveillance video of Sangamon County Jail (CD 10) | | | |

**Sangamon County Defendants' May Offer:**

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 8634-8976 | DeWitt County Human Resource Center Records (bates DeWitt County HRC 1-342) | | | |
| 8977-8983 | ACH 641-647 (Dr. Killian's records | | | |

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 8984-8997 | Sangamon County Jail Call Log of Tiffany Rusher Phone Calls (bates Sangamon County Produced 718-731) | | | |
| 8998-9497 | Sangamon County Jail Policies and Procedures (bates Sangamon County Produced 2246-2745) | | | |
| 9498-9504 | Terry M. Killian, M.D. Forensic Psychiatric Evaluation Fitness to Stand Trial 1-25-2017 (ACH 000641-000647) | | | |
| 9505-9588 | Pavilion Behavioral Health System records (bates 000001-000083) | | | |
| 9589-13870 | IDOC Medical Records (bates 1-4281) | | | |
| 13871-14728 | IDOC Master File (bates 1-857) | | | |
| 14729-15158 | Sangamon County Jail medical records for Tiffany Rusher emailed to Nicole Schult 5/23/2017 (bates SCJ Medical Records 1-429) | | | |
| 15159-15290 | Sangamon County Jail mental health records for Tiffany Rusher emailed to Nicole Schult 6/21/2017 (bates 1-131) | | | |
| 15291-16816 | Memorial Medical Center records (bates 1-1525) | | | |

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 16817-18929 | St. John's Medical Records of Tiffany Rusher (1-2112) | | | |
| 18930-18935 | Sangamon County Jail forms (001659-001664) | | | |
| 18936-18941 | Chapter 12-004: Mental Health Care Program dated 10/2015 for revisions from the Sangamon County Sheriff's Office Corrections Division Policies, Procedures & Post Orders (002740-002745) | | | |
| 18942-19212 | Rules, policies and procedures identified in table of contents produced as 1665-74 (001975-002245) | | | |
| 19213-19706 | Rules, policies and procedures identified in table of contents produced as 1676-81 (002246-002739) | | | |
| 19707-19736 | IDOC Jail Inspection Reports for Sangamon County Jail for year 2016 (002880-002909) | | | |
| 19737-19765 | IDOC Jail Inspection Reports for Sangamon County Jail for year 2017 (002910-002938) | | | |
| 19766-19809 | Training records of individually named defendants (002940-002983) | | | |
| 19810-19846 | Logan County Circuit Clerk Records (1-36) | | | |

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 19847-20147 | Sangamon County Jail Shift Activity Reports (004975-005275) | | | |
| 20148-20168 | Training records for each individually named defendant – additional Bouvet training certification (005276-005296) | | | |
| 20169-20173 | 2018 Purchase Order-Sheriff's Office-Notification re ACH Medical Services in Jail (005297-005301) | | | |
| 20174-20234 | ACH Invoices 2017 (005302-005362) | | | |
| 20235-20285 | ACH Invoices 2016 (005363-005413) | | | |
| 20286-20362 | ACH Invoices 2015 (005415-005491) | | | |
| 20363-20475 | Booking Cards (005492-005604) | | | |
| 20476 | SCJ Sample Form 373 (007839) | | | |
| 20477-20553 | Select SC Jail Policies in effect between 12-16-16 and 3-18-17 (008465-008541) | | | |
| 20554-20631 | SCP 526-603 | | | |
| 20632 | SCO-ESI-138 – Jim Gardner Email dated 6/19/2017 re McFarland should have never release Tiffany Rusher | | | |
| 20633 | SCO-ESI-000022 – IDOC Report to Sheriff Wes Barr dated 6/2/2017 | | | |

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 20634-20638 | SCO-ESI-000030-000034 – Sangamon County Coroners Office Report of Postmortem Examination (Autopsy Report) dated 4-28-2017 | | | |
| 20639 | SCO-ESI-000142 – Durr – Kate Daniels 5/17/2017 email to Kathy Godefroid re Assistant Superintendent Durr needs copy of Tiffany Rusher chart | | | |
| 20640-20641 | SCO-ESI-000234-000236 – Bouvet, Ferro, Meyer – Report of Extraordinary or Unusual Occurrences dated 3/18/2017 signed by Sgt. Guy Bouvet, III | | | |
| 20642-20743 | Deposition of Wes Barr taken 8-21-2021 | | | |
| 20744-20904 | Transcriptions of Sangamon County Jail recordings of Tiffany Rusher telephone calls | | | |
| 20905 | Tiffany A. Rusher 3/18/17 Surveillance Video of Sangamon County Jail (CD 11) | | | |
| 20906 | Tiffany A. Rusher 3/18/17 Surveillance Video of Sangamon County Jail (CD 12) | | | |
| 20907 | Surveillance videos of Sangamon County Jail (USB 1) | | | |

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 20908-20912 | Shmikler Placement / Review Records ACH 1032-1036 | | | |
| No number | Defendants may use an exhibit to any of the depositions taken in this matter. | | | |

**Sangamon County Defendants' Impeachment or Refreshing Recollections Only:**

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 20913 | Deposition of Arun Abraham, M.D. taken 6-14-2019 | | | |
| 20914 | Deposition of Kelli Andrews taken 3-25-2019 | | | |
| 20915 | Deposition of Brittany Bandy taken 12-19-2019 | | | |
| 20916 | Deposition of Larry Beck taken 8-20-2019 | | | |
| 20917 | Deposition of Brenda Booth taken 12-19-2019 | | | |
| 20918 | Deposition of Guy Bouvet, III taken 4-24-2019 | | | |
| 20919 | Deposition of Vivian Brown taken 12-11-2019 | | | |
| 20920 | Deposition of Sara Broyles taken 12-18-2019 | | | |
| 20921 | Deposition of Melissa Caldwell, M.D. taken 10-21-2019 | | | |
| 20922 | Deposition of Melissa Childress taken 12-12-2019 | | | |
| 20923 | Deposition of Mary Dambacher taken 6-13-2019 | | | |

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 20924 | Deposition of Erin Kathryn Daniels taken 6-13-2019 | | | |
| 20925 | Deposition of Ronda Duncan f/k/a Ronda Jacobs taken 10-18-2019 | | | |
| 20926 | Deposition of Terry Durr taken 12-12-2019 | | | |
| 20927 | Deposition of Jennifer Ealey taken 4-17-2019 | | | |
| 20928 | Deposition of Barbara Eggemeyer taken 10-16-2019 | | | |
| 20929 | Deposition of Billy Ernest, Jr. taken 6-13-2019 | | | |
| 20930 | Deposition of Breana Foster taken 10-18-2019 | | | |
| 20931 | Deposition of Thomas Fowlkes, M.D. taken 9-1-2020 | | | |
| 20932 | Deposition of Betty Glenn taken 4-15-2019 | | | |
| 20933 | Deposition of Tracy Hammitt taken 6-13-2019 | | | |
| 20934 | Deposition of Lydia Hicks taken 6-4-2019 | | | |
| 20935 | Deposition of Michelle James taken 8-19-2020 | | | |
| 20936 | Deposition of Michael Jarvis, Ph.D., M.D. taken 8-11-2020 | | | |
| 20937 | Deposition of Ajay Jeetwani, M.D. taken 10-15-2019 | | | |
| 20938 | Deposition of John Kirby taken 12-11-2019 | | | |
| 20939 | Deposition of Richard Lechner taken 9-18-2019 | | | |

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 20940 | Deposition of Kyle Meyer taken 4-17-2019 | | | |
| 20941 | Deposition of Melissa Oldham taken 12-18-2019 | | | |
| 20942 | Deposition of Alex Pfeiffer taken 12-13-2019 | | | |
| 20943 | Deposition of Richard Rusher, Jr. taken 4-5-2019 | | | |
| 20944 | Deposition of Zach Rusher taken 4-5-2019 | | | |
| 20945 | Deposition of William Smith taken 12-12-2019 | | | |
| 20946 | Deposition of Sean Stewart taken 7-24-2020 | | | |
| 20947 | Deposition of William Strayer taken 8-20-2019 | | | |
| 20948 | Deposition of Kim Swenka taken 12-18-2019 | | | |
| 20949 | Deposition of Sean Stewart taken 7-24-2020 | | | |
| 20950 | Deposition of Vickie Thompson taken 12-13-2019 | | | |
| 20951 | Deposition of Crystal Tiskos taken 12-12-2019 | | | |
| 20952 | Deposition of Kathleen Treanor-Armich, M.D. taken 10-15-2019 | | | |
| 20953 | Deposition of Amy Trivette taken 8-14-2020 | | | |
| 20954 | Deposition of Kelly Tucker taken 10-18-2019 | | | |

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 20955 | Deposition of Chris Unthank taken 12-11-2019 | | | |
| 20956 | Deposition of Matthew Ward taken 12-11-2019 | | | |
| 20957 | Deposition of Zach Whitley taken 4-24-2019 | | | |
| 20958-20966 | Expert Report - Todd Harrison, LCSW | | | |
| 20967-20971 | Supplemental Expert Report - Terry A. Kupers, M.D., M.S.P. | | | |
| 20972-21004 | Expert Report - Phil Stanley | | | |
| 21005-21103 | Plaintiff's January 31, 2020 Rule 26(a)(2) Disclosures including Terry Kupers, MD's report, CV and statement of prior testimony (KUPERS 0001-0054); Phil Stanley's report, CV and statement of prior testimony (STANLEY 0001-0031) and Todd Harrison, LCSW's report and CV (HARRISON 0001-0007) | | | |
| 21104-21129 | Complaint filed Andrews v. Rauner | | | |
| 21130 | Visitor List Rusher | | | |

**Defendants' Demonstratives:**

Not yet determined or developed as may be developed during trial based upon the evidence presented.