IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>SANGAMON COUNTY, ILLINOIS, WES BARR, LARRY BECK JR., ADVANCED CORRECTIONAL HEALTHCARE, INC. ARUN ABRAHAM, MICHAEL SHMIKLER, KYLE MEYER, Z. WHITLEY, JENNFER   ) EALEY, GUY BOUVET III, AND DOES 1-5,<br><br>Defendants. | Case No. 18-cv-1100 |

## **Notice of Service of Discovery Documents**

I hereby certify that on **March 2, 2022**, I electronically filed this **Notice of Service of Discovery Documents** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Stephen H. Weil<br>Jon Loevy<br>Arthur Loevy<br>Sarah Grady<br>Loevy & Loevy<br>weil@loevy.com<br>jon@loevy.com<br>arthur@loevy.com<br>sarah@loevy.com | Alan Mills<br>Nicole Schult<br>Bridget Geraghty<br>Uptown People's Law Center<br>alan@uplcchicago.org<br>Nicole@uplcchicago.org<br>Bridget&uplcchicago.org |
| Teresa M. Powell<br>Brett Eric Siegel<br>Heyl Royster Voelker & Allen<br>tpowell@heylroyster.com<br>secf@heylroyster.com<br>cskaggs@heylroyster.com | Isabella Aguilar<br>Loevy & Loevy<br>311 N. Aberdeen St., 3rd Fl.<br>aguilar@loevy.com |

And I hereby certify that on **March 2, 2022**, I emailed true copies of the following discovery documents to the above-listed counsel of record:

**ACH DISCOVERY RESPONSE PURSUANT TO ORDER OF JANUARY 18, 2022**

                                                Arun Abraham, M.D., Advanced Correctional Healthcare, Inc. and Michael Shmikler, Defendants

                              By:    *s/ Peter R. Jennetten*
                                                Peter R. Jennetten
                                                QUINN JOHNSTON

Peter R. Jennetten (Illinois Bar No. 6237377)
Betsy A. Wirth (Illinois Bar No. 6298163)
QUINN JOHNSTON
227 N.E. Jefferson Ave.
Peoria, IL   61602-1211
(309) 674-1133 (phone)
(309) 674-6503 (fax)
E-mail: pjennetten@quinnjohnston.com
E-mail: bwirth@quinnjohnston.com

4871-5814-4786, v. 3