# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| KELLI ANDREWS, | ) |
| | ) |
| Plaintiff, | ) Case No. 18 C 1100 |
| | ) |
| v. | ) Hon. Sue Myerscough, J. |
| | ) |
| COUNTY OF SANGAMON, *et al.*, | ) Hon. Tom Schanzle-Haskins, M.J. |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, by and through her undersigned counsel, files this notice to inform the Court that Plaintiff has reached a settlement with the defendants that resolves all claims in this case.

Dated: March 14, 2022

Respectfully submitted,

/s/ Stephen H. Weil

Alan Mills - alan@uplcchicago.org
Nicole Schult - nicole@uplcchicago.org
Bridget Geraghty - bridget@uplcchicago.org
Uptown People's Law Center
4413 North Sheridan Rd.
Chicago, Illinois 60640
Tel: (773) 769-1411
Fax: (773) 769-2224

Stephen H. Weil
Arthur Loevy
Sarah Grady
Isabella Aguilar
Loevy & Loevy
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
312-243-5900
weil@loevy.com

*Attorneys for Plaintiff*