### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>SANGAMON COUNTY, ILLINOIS, WES BARR, LARRY BECK JR., ADVANCED CORRECTIONAL HEALTHCARE, INC. ARUN ABRAHAM, MICHAEL SHMIKLER, KYLE MEYER, Z. WHITLEY, JENNFER) EALEY, GUY BOUVET III, AND DOES 1-5,<br><br>Defendants. | Case No. 18-cv-1100 |

### STIPULATION AND NOTICE OF AMENDMENT AND VOLUNTARY DISMISSAL OF DR. ABRAHAM PURSUANT TO FED. R. CIV. P. 15(a)

NOW COME THE PARTIES, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 15(a) stipulate and agree that DR. ARUN ABRAHAM shall be and is dismissed as a Defendant in the above-captioned matter, without prejudice, with each party to bear its own costs and attorney fees.

Fed. R. Civ. P. 15(a) provides that after an answer is filed, "a party may amend its pleading only with the opposing party's written consent…" The 7th Circuit has suggested that this is the proper mechanism to voluntarily dismiss claims against one of several defendants. See e.g., *Taylor v. Brown*, 787 F.3d 851, 857-858 (7th Cir. 2015).

Pursuant to Fed. R. Civ. P. 15(a) of the Federal Rules of Civil Procedure, the Plaintiff, KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased, and her attorneys hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice as against the Defendant, Dr. Arun Abraham. The Complaint shall be deemed amended

to omit any claim against Dr. Arun Abraham individually. This stipulation does not affect the claims against the remaining Defendants.

All parties consent and stipulate to the dismissal as required by Fed. R. Civ. P. 15(a). All parties are to bear their own costs and attorney fees. Pursuant to Fed. R. Civ. P. 15(a), this stipulation is self-effectuating and all claims against Dr. Arun Abraham are hereby dismissed without prejudice.

In the alternative, the Parties also stipulate to dismissal of all claims against Dr. Arun Abraham Fed. R. Civ. P. 41(a)(1)(A)(ii), with all parties to bear their own costs. See, *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (dismissing claims against one of multiple defendants pursuant to Rule 41); also, *Futch v. AIG, Inc*., CIV 07-402-GPM, 2007 WL 1752200, at *1 (S.D. Ill. June 15, 2007) (citing cases).

Dated: April 20, 2022

| KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased, | LARRY BECK, GUY E. BOUVET, III, JACK CAMPBELL, JENNIFER EALEY, KYLE MEYER, SANGAMON COUNTY, ILLINOIS, AND ZACH WHITLEY, Defendants |
|---|---|
| By: s/ *Sarah Grady* <br> Attorney for Plaintiff <br> Sarah Grady <br> Loevy & Loevy <br> 311 N. Aberdeen Street <br> Third Floor <br> Chicago, IL 60607 <br> weil@loevy.com <br> jon@loevy.com <br> arthur@loevy.com <br> sarah@loevy.com | By: s/ *Theresa M. Powell* (with consent) <br> Attorney for Defendants <br> Theresa M. Powell <br> Heyl Royster Voelker & Allen <br> 3731 Wabash Avenue <br> Springfield, IL 62971 <br> tpowell@heylroyster.com |

ARUN ABRAHAM, M.D., Defendant

By: s/ *Peter R. Jennetten* (with consent)
    Peter R. Jennetten
    QUINN JOHNSTON
    227 N.E. Jefferson Ave.
    Peoria, IL   61602-1211
    (309) 674-1133 (phone)
    (309) 674-6503 (fax)
    Email:pjennetten@quinnjohnston.com


Peter R. Jennetten (Illinois Bar No. 6237377)
Betsy A. Wirth (Illinois Bar No. 6298163)
QUINN JOHNSTON
227 N.E. Jefferson Ave.
Peoria, IL   61602-1211
(309) 674-1133 (phone)
(309) 674-6503 (fax)
E-mail:   pjennetten@quinnjohnston.com
E-mail:   bwirth@quinnjohnston.com