# IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| KELLI ANDREWS, | ) |
| | ) |
| Plaintiff, | ) Case No. 18 C 1100 |
| | ) |
| v. | ) Hon. Sue Myerscough, J. |
| | ) |
| COUNTY OF SANGAMON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, by and through her undersigned counsel and pursuant to Fed. R. Civ. P.41(a)(1)A(ii), hereby dismisses with prejudice of all claims asserted herein with each party to bear its own attorney's fees and costs. Defendants stipulate to the Dismissal.

[SIGNATURES ON FOLLOWING PAGE]

| | |
|---|---|
| Dated: July 29, 2022 | Respectfully submitted, |
| /s/ Theresa Powell (with consent) | /s/ Stephen H. Weil |
| Theresa M. Powell<br>Heyl, Royster, Voelker & Allen, P.C.<br>3731 Wabash Avenue,<br>Springfield, Illinois 62711<br>217.522.8822<br>tmpowell@heylroyster.com | Stephen H. Weil<br>Arthur Loevy<br>Isabella Aguilar<br>Loevy & Loevy<br>311 N. Aberdeen Street<br>Third Floor<br>Chicago, IL 60607<br>312-243-5900<br>weil@loevy.com |
| *Counsel for Sangamon County, Illinois, Sheriff Jack Campbell, Larry Beck Jr., Kyle Meyer, Zach Whitley, Jennifer Ealey, and Guy Bouvet III, Defendants* | |
| /s/ Peter R. Jennetten (with consent) | /s/ *Bridget Geraghty* |
| Peter R. Jennetten<br>Betsy Wirth<br>Quinn Johnston<br>227 NE Jefferson<br>Peoria, IL  61602<br>Phone:  309.674.1133<br>Fax:  309.674.6503<br>pjennetten@quinnjohnston.com | Alan Mills - alan@uplcchicago.org<br>Nicole Schult - nicole@uplcchicago.org<br>Bridget Geraghty - bridget@uplcchicago.org<br>Uptown People's Law Center<br>4413 North Sheridan Rd.<br>Chicago, Illinois 60640<br>Tel: (773) 769-1411<br>Fax: (773) 769-2224 |
| *Counsel for Arun Abraham, M.D., Advanced Correctional Healthcare, Inc. and the Estate of Michael Shmikler, Defendants* | *Counsel for Plaintiff* |